1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

KURT SKAU, on behalf of himself and on
behalf of others similarly situated,

10

No.

Plaintiff,

11

DEFENDANT JBS CARRIERS,
INC.'S RENEWED NOTICE OF
REMOVAL OF CIVIL ACTION

12
13

v.

14

JBS CARRIERS, INC., a Delaware corporation,

15

Defendant.

16
17

PLEASE TAKE NOTICE that Defendant JBS CARRIERS, INC. ("JBS") hereby

18

removes this action from the Superior Court of the State of Washington in and for the County

19

of King (the "Superior Court") to this Court based on diversity of citizenship jurisdiction

20

pursuant to 28 U.S.C. § 1332 and supplemental jurisdiction under 28 U.S.C. § 1367. In support

21

of its removal, JBS alleges as follows:

22

**Introduction**

23

1.      On September 5, 2017, plaintiff Kurt Skau commenced a civil action in King

24

County Superior Court against JBS, King County Sup. Ct. No. 17-2-23242-4 SEA (the

25

"Action"). Pursuant to Local Civil Rule 101(b), a copy of the operative complaint (the

26

"Complaint" or "Cmplt.") is separately attached to this Notice as ***Exhibit A***. Copies of all

27

NOTICE OF REMOVAL – 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

process, pleadings, and orders served on JBS, except the Complaint, are attached to this Notice as ***Exhibit B***. *See* 28 U.S.C. § 1446(a). The allegations of the Complaint are incorporated by reference without admitting the truth of any of them.

2.     Plaintiff was employed by JBS from approximately November 9, 2015, to May 5, 2017, which is approximately 77 weeks. Cmplt. ¶ 3.1. Plaintiff alleges five causes of action against JBS: (1) failure to provide Plaintiff paid rest periods as required under Washington law, RCW 49.12.020; (2) failure to pay Plaintiff the Washington Minimum Wage purportedly required by RCW 49.46.090; (3) failure to pay Plaintiff for overtime hours at one-and-a-half times the regular rate as required by RCW 49.46.130; (4) failure to pay Plaintiff for unpaid wages on termination in violation of RCW 49.48.010; and (5) willfully depriving Plaintiff of wages in violation of RCW 49.52.050.  Cmplt. ¶¶ 6.1-10.5.  Plaintiff seeks double damages under RCW 49.52.050 and 49.52.070 on the first four causes of action. Cmplt. ¶ 10.5. Plaintiff also seeks attorneys' fees under state law.  Cmplt. ¶¶ 9.4 and 10.5; *see also* Prayer for Relief.  Plaintiff is represented by Toby J. Marshall and Maria Hoisington-Bingham of Terrell Marshall Law Group PLLC, and Hardeep S. Rehki and Gregory A. Wolk of Rekhi & Wolk, P.S.

3.     JBS is the only defendant and has been properly joined and served, and therefore, no other defendant must join this removal.  *See* 28 U.S.C. § 1446(b)(2)(A).

4.     This Notice is effected properly and timely pursuant to 28 U.S.C. § 1446(b)(3) because it is filed within 30 days after JBS received a copy of an "order or other paper from which it may first be ascertained that the case is one which is or has become removable."

5.     Notice of this removal will be given properly to Plaintiff and the Superior Court pursuant to 28 U.S.C. § 1446(d).

6.     JBS removes the claims of Plaintiff Skau in this Action pursuant to diversity jurisdiction under 28 U.S.C. § 1332(a), and JBS removes the claims of the remaining putative Plaintiffs pursuant to supplemental jurisdiction under 28 U.S.C. § 1367.

NOTICE OF REMOVAL – 2

**JBS's First Notice of Removal and Plaintiff's Motion to Remand**

7.      On October 5, 2017, JBS filed a Notice of Removal pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446(b)(1). On November 2, 2017, Plaintiff filed a Motion to Remand. In the Motion to Remand, Plaintiff conceded JBS's calculation of potential damages but argued that future attorneys' fees may not be included in the amount in controversy calculation. *Skau v. JBS Carriers, Inc.*, 2:17-cv-014990JCC (Nov. 2, 2017), p. 9 [Doc. 13].

8.      On November 30, 2017, Judge Coughenour granted Plaintiff's Motion to Remand. In so doing, the Court held that "an estimate of future attorney fees [may not] be used to satisfy the amount in controversy requirement" and, therefore, JBS failed to prove the amount in controversy exceeded $75,000 by a preponderance of the evidence. *Skau v. JBS Carriers, Inc.*, 2:17-cv-014990JCC (Nov. 30, 2017), p. 4 [Doc. 21]. The difference between the amount in controversy found by Judge Coughenour and the $75,000 jurisdictional threshold was only $7,266.34. *Id.*

**Change of Circumstances**

9.      On April 20, 2018, the Ninth Circuit issued a decision in *Chavez v. JPMorgan Chase & Co.*, -- F. 3d. --, 2018 WL 1882908 (9th Cir. April 20, 2018). There, the court held "that the amount in controversy is not limited to damages incurred prior to notice of removal," but that it "encompasses all relief a court may grant on [the] complaint if the plaintiff is victorious." *Id.* at *1. Further, the Ninth Circuit directed trial courts to "consider damages that are claimed at the time the case is removed" and it stated, "[t]hat the amount in controversy is assessed at the time of removal does *not* mean that the mere futurity of certain classes of damages precludes them from being part of the amount in controversy." *Id.* at * 3 (emphasis in original). Thus, *Chavez* dictates that future damages, including reasonable attorneys' fees that may be awarded by the Court if Plaintiff prevails, must be considered when determining the amount in controversy.

NOTICE OF REMOVAL – 3

10.     The Ninth Circuit's decision is a "relevant change of circumstances justifying a reconsideration of a successive, good faith, petition for removal." *Rea v. Michaels Stores Inc.*, 742 F.3d 1234, 1238 (9th Cir. 2014).

### Diversity of Citizenship Jurisdiction Regarding Plaintiff Skau

11.     Diversity of citizenship jurisdiction is met as to Plaintiff Skau's claims because (a) the named Plaintiff is completely diverse from the named Defendant; and (b) upon information and belief, the amount in controversy for Plaintiff Skau's claims exceeds $75,000.

### Complete Diversity

12.     ***Plaintiff***.  JBS is informed and believes that the named Plaintiff is now, and was at the time the Action was commenced, a citizen of the State of Washington within the meaning of 28 U.S.C. § 1332(d)(2).  *See* Cmplt. ¶ 3.1 (alleging Plaintiff resides in the State of Washington).

13.     ***Defendant JBS***.

a.     JBS is now, and was at the time the action was commenced, a citizen of a state other than Washington within the meaning of 28 U.S.C. § 1332(c)(1).  That section provides that a corporation shall be deemed to be a citizen of every state by which it has been incorporated and of the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1).  A corporation's principal place of business "refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010).

b.     JBS is now, and was at the time the action was commenced, incorporated in the State of Delaware.  Moreover, JBS's principal place of business is now, and was at the time this action was commenced, in the State of Colorado.  *See* Complaint ¶ 3.2. Specifically, JBS's headquarters is located at Greeley, Colorado.  *Id*. Accordingly, JBS is a citizen of the states of Delaware and Colorado.

14.     Therefore, Plaintiff is diverse from Defendant, and complete diversity is met.

NOTICE OF REMOVAL – 4

**The Amount in Controversy Exceeds $75,000 on Plaintiff Skau's Claims**

15.     Without making an admission of liability or damages with respect to any aspect of this case, and without taking a position as to the proper legal test(s) applicable to Plaintiff's allegations, Defendant represents that it has a good faith belief that the amount placed in controversy by Plaintiff's claims exceed the jurisdictional minimum under Section 1332(a). Defendant is not obliged to "research, state, and prove the plaintiff's claims for damages." *McCraw v. Lyons*, 863 F. Supp. 430. 434 (W.D. Ky. 1994). But Defendant can establish the amount in controversy by the allegations in the Complaint, or by setting forth facts in the notice of removal that demonstrate that the amount in controversy "more likely than not" exceeds the jurisdictional minimum. *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996). The District Court may consider whether it is facially apparent from the Complaint that the jurisdictional amount is in controversy. *Singer v. State Farm Mm. Auto Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997); *Conrad Assoc. v. Hartford Accident & Indent. Co.*, 994 F. Supp. 1196, 1198 (N.D. Cal. 1998). In addition to the contents of the removal petition, the Court considers "summary- judgment-type evidence relevant to the amount in controversy at the time of removal," such as affidavits or declarations. *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1117 (9th Cir. 2004); *Singer v. State Farm Mut. Auto Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997).

16.     "[T]he amount in controversy is simply an estimate of the total amount in dispute, not a prospective assessment of defendant's liability." *Lewis v. Verizon Comm., Inc.*, 627 F.3d 395, 400 (9th Cir. 2010). In measuring the amount in controversy, a court must assume that the allegations of the Complaint are true and that a jury will return a verdict for Plaintiff on all claims made in the Complaint. *Kenneth Rothschild Trust v. Morgan Stanley Dean Witter,* 199 F. Supp. 2d 993, 1001 (C.D. Cal. 2002). The ultimate inquiry is what amount is put "in controversy" by Plaintiff's complaint, not what Defendant will actually owe. *Rippee v. Boston Market Corp.,* 408 F. Supp. 2d 982, 986 (S.D. Cal. 2005); *see also Scherer v. Equitable Life Assurance Society of the United States,* 347 F.3d 394, 399 (2d Cir. 2003)

NOTICE OF REMOVAL – 5

(recognizing that the ultimate or provable amount of damages is not what is considered when determining the amount in controversy; rather, it is the amount put in controversy by the plaintiff's complaint).

17.     Defendant provides the below calculations only to demonstrate that the amount in controversy in this case easily exceeds the minimum amount in controversy for diversity jurisdiction. As noted above, Defendant makes no admission of any liability or damages with respect to any aspect of this case and takes no position as to the proper legal test(s) to be applied to Plaintiff's claims. Nor does Defendant waive its right to ultimately contest the proper amount of damages due, if any, should Plaintiff prevail with respect to any of his claims.

18.     Here, Plaintiff seeks unpaid wages, double damages for the unpaid wages, and attorneys' fees. Cmplt. ¶¶ 6.1 to 10.5; Prayer for Relief. The amount placed in controversy by those claims "exceeds the sum or value of $75,000." *See* 28 U.S.C. § 1332(a).

19.     **Unpaid Wages:** Based on the allegations in the Complaint and using JBS's payroll data for Plaintiff Skau, JBS calculates the allegedly unpaid wages at issue by Plaintiff's claims is $26,824.33.

a.     **Unpaid Overtime Wages:** Plaintiff alleges JBS failed to compensate him when he worked over 40 hours per week as required by RCW 49.46.130. *See* Cmplt. ¶¶ 7.1 to 7.5; 8.4. JBS estimates, based on Plaintiff's available Hours of Service Logs ("HOS Logs"), that Plaintiff worked an average of 49 hours per week. *See* Taylor Decl. ¶ 10, attached hereto as *Exhibit C*. Based on Plaintiff's gross pay over the same period divided by the average number of hours Plaintiff worked over that period, JBS estimates that Plaintiff's average hourly wage was approximately $25.81 per hour. *See* Taylor Decl. ¶ 8, attached hereto as *Exhibit C*. Thus, Plaintiff's overtime wage is approximately $38.72 per hour (1.5 times $25.81).

b.     Assuming for purposes of removal that Plaintiff worked an average of nine hours of overtime every week during his approximately 77 weeks of employment at JBS, Plaintiff would have worked a total of 693 overtime hours for which he was paid his regular

NOTICE OF REMOVAL – 6

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1  hourly rate of $25.81, approximately $12.91 less than his overtime rate ($38.72 minus $25.81).

2  Accordingly, Plaintiff has put $8,946.63 of alleged overtime compensation at issue (693 hours

3  x $12.91 per hour =$8,946.63).

4      c.   **Rest Period:** Plaintiff also alleges that JBS failed to pay him and the

5  putative class for 10-minute rest breaks every four hours worked. Cmplt. ¶¶ 5.7 to 5.9; 6.1 to

6  6.8. Plaintiff does not allege how many rest breaks JBS failed to pay. Assuming, for purposes

7  of removal, Plaintiff averaged 49 hours of work per week, Plaintiff would be entitled to

8  approximately 12 breaks per week (49 hours worked divided by 4 hours), and 924 breaks

9  during the entirety of his employment (12 breaks per week x 77 weeks). Also, assuming

10  Plaintiff worked 49 hours per week, the missed rest breaks, based on his allegations, would

11  represent additional time worked and would be compensable at his overtime rate of $38.72 per

12  hour. Based on that rate, Plaintiff could recover $6.50 per 10-minute rest break ($38.72 per

13  hour divided by 6 equals approximately $6.45 per 10-minute period). Thus, assuming Plaintiff

14  was not paid for any rest breaks while employed by JBS, Plaintiff has put $5,959.80 of alleged

15  unpaid rest period time at issue (924 allegedly missed breaks x $6.45 per break).

16      d.   **Off-the-Clock Work:** Plaintiff claims JBS required him to perform off-

17  the-clock work without compensation. Cmplt. ¶ 5.4. The Complaint does not allege how many

18  hours per week the plaintiff worked off the clock. Assuming, based on Plaintiff's available

19  HOS Logs, and only for purposes of removal, Plaintiff worked off the clock for approximately

20  three hours per week from November 9, 2015, to May 5, 2017, Plaintiff worked approximately

21  231 hours off the clock. *See* Taylor Decl. ¶ 9, attached hereto as ***Exhibit C***. Thus, applying

22  Plaintiff's overtime[1] hourly rate of $38.72, Plaintiff has put $8,944.32 of alleged off-the-clock

23  work time at issue ($38.72 per hour x 231 alleged hours worked).

24      e.   **Minimum Wage for Training and Orientation Work:** Plaintiff claims

25  JBS did not pay minimum wage for time worked during driver orientation or driver training.

26  ___
[1] Assuming, again, that Plaintiff worked 49 hours per week and was entitled to overtime, the additional off-the-clock work hours, as alleged, would qualify as overtime.

27  NOTICE OF REMOVAL – 7

Cmplt. ¶¶ 5.3, 7.1 to 7.5. With regard to orientation, Plaintiff claims he was not paid minimum wage for mandatory orientation. Cmplt. ¶ 5.3. Orientation typically ranges from 24 to 32 hours, depending on the driver. *See* McQuade Decl. ¶ 6, attached hereto as ***Exhibit D***. In 2015 – when Plaintiff began working for JBS – Washington's minimum wage was $9.47 per hour. Assuming Plaintiff did not receive minimum wage for the period in which he attended orientation, Plaintiff has put as much as $303.04 of alleged unpaid orientation time at issue (32 hours x $9.47 per hour).

f.      With regard to driver training, Plaintiff alleges he did not receive at least minimum wage for 15,000 miles of driver training. Cmplt. ¶ 5.3. Based on Plaintiff's available HOS Log, JBS estimates for purposes of removal only that Plaintiff traveled approximately 53 miles per hour while working for JBS (10,410 miles driven divided by 195.53 hours). S*ee* Taylor Decl. ¶ 11, attached hereto as ***Exhibit C***. Assuming Plaintiff maintained that average during his training, Plaintiff spent approximately 282 hours completing his 15,000 miles of driver training (15,000 miles divided by 53 miles per hour). Thus, applying Washington's 2015 minimum wage, Plaintiff has put approximately $2,670.54 of alleged unpaid training time at issue ($9.47 per hour x 282 training hours).

g.      **Total Amount at Issue for Alleged Unpaid Wages.** Based on the above calculations, JBS reasonably estimates that Plaintiff has placed $26,824.33 in unpaid wages at issue in this matter.

20.      **Double Damages.**  Plaintiff also seeks double damages under RCW 49.52.050, which allows an employee to recover an additional amount equal to the unpaid wages for willful violations.  Cmplt. ¶¶ 10.1 to 10.5 & Prayer for Relief.  Here, Plaintiff alleges that JBS's failure to pay the alleged rest periods, minimum wages, overtime wages, and final wages was willful and triggers the double-damages provision.  *Id.* ¶¶ 10.1 to 10.5. Plaintiff therefore seeks an amount equal to the back wages allegedly owed—*i.e.*, an additional $26,824.33—as double damages. Adding that amount to the alleged unpaid wages portions brings the amount in

NOTICE OF REMOVAL – 8

controversy to $53,648.66. Plaintiff did not dispute this estimate in his Motion to Remand. *Skau v. JBS Carriers, Inc.*, 2:17-cv-014990JCC (Nov. 2, 2017), p. 9 [Doc. 13].

 21. **Attorneys' Fees**.

  a. The Ninth Circuit has held that "where an underlying statute authorizes an award of attorneys' fees, either with mandatory or discretionary language, such fees may be included in the amount in controversy." *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998). Courts have interpreted *Galt* to allow a removing defendant to add to the amount in controversy a reasonable estimate of plaintiff's attorneys' fees likely to be incurred through the resolution of the case. *See, e.g.*, *Brady v. Mercedes-Benz USA, Inc.*, 243 F. Supp. 2d 1004, 1010-11 (N.D. Cal. 2002) ("[A] reasonable estimate of fees likely to be incurred to resolution is part of the benefit permissibly sought by the plaintiff and thus contributes to the amount in controversy."); *Simmons v. PCR Tech.*, 209 F. Supp. 2d 1029, 1034-35 (N.D. Cal. 2002) (Under *Galt*, "the measure of [attorneys'] fees should be the amount that can reasonably be anticipated at the time of removal, not merely those already incurred."). A court may look to "the amount of fees commonly incurred in similar litigation" to determine the reasonable fees likely to be incurred. *Brady*, 243 F. Supp. 2d at 1011.

  b. The statutes that underlie Plaintiff's wage-and-hour claims allow a successful plaintiff to recover his or her attorneys' fees, and Plaintiff seeks those fees in the Complaint. Cmplt., Prayer for Relief, § E (seeking attorneys' fees); RCW 49.52.070 (allowing employee to recover attorneys' fees in connection with willfully withheld wages). Therefore, the amount in controversy here includes a reasonable estimate of Plaintiff's attorney fees.

  c. Plaintiff's attorneys' estimated fees would likely alone satisfy the amount in controversy requirement for diversity jurisdiction. In the Motion to Remand, Plaintiff stated that, as of JBS's first notice of removal on October 5, 2017, his attorneys had incurred $14,085 in attorney fees, making the undisputed amount in controversy $67,733.66 as

NOTICE OF REMOVAL – 9

of that date, which is only $7,267 short of the jurisdictional threshold. *Skau v. JBS Carriers, Inc.*, 2:17-cv-014990JCC (Nov. 2, 2017), p. 9 [Doc. 13].

    d. Since that time, the parties have engaged in briefing regarding the Motion to Remand, as well as written discovery. It is likely that Plaintiff has incurred greater than $7,267 performing these tasks. Thus, Plaintiff's currently incurred attorneys' fees likely exceed the amount in controversy requirements.

    e. Regardless, the Ninth Circuit's decision in *Chavez*, *supra*, makes clear that future damages, including attorney fees that may be awarded by the Court if Plaintiff prevails, may properly be considered when determining the amount in controversy. 2018 WL 1882908, at *3. It cannot be disputed that the Court could award Plaintiff greater than $7,267 in attorney fees if he prevails in this matter. Indeed, Plaintiff's current attorneys have received significant fee awards in other matters. *See e.g.*, *Helde v. Knight Transp., Inc.*, No. C12-0904RSL, 2016 U.S. Dist. LEXIS 56162 (W.D. Wash. Apr. 26, 2016) ($1.2 million fee award); *Chesbro v. Best Buy Stores, L.P.*, No. 2:10-CV-00774-RAJ, 2014 WL 11906648, at *2 (W.D. Wash. Sept. 19, 2014) ($1,137,500 award); *Wilbur v. City of Mount Vernon,* No. C11-1100RSL, 2014 WL 11961980 (W.D. Wash. Apr. 15, 2014) (Plaintiff's counsel received an award for attorney's fees of $2,500,000); *Bronzich, et al. v. Persels & Associates, LLC,* C10-0364 (E.D. Wash.) ($650,000 award); *Milligan v. Toyota Motor Sales, U.S.A., Inc.,* No. C 09-05418 RS, 2012 WL 10277179 (N.D. Cal. Jan. 6, 2012) ($806,000 award); *Estate of Brown v. Consumer Law Assocs., LLC*, No. 11-CV-0194-TOR, 2013 WL 2285368, at *6 (E.D. Wash. May 23, 2013) (awarding $373,668.05 in attorney's fees and costs and noting "[b]ased upon the fees and costs reportedly incurred by Plaintiffs to date, any [future] assessment could easily exceed $1 million."); *Barnett v. Wal-Mart Stores, Inc.*, 2009 WL 2194864 (Wash. Super. Ct. July 20, 2009) ($10,500,000 award, including costs).

    f. Moreover, there are only 20 putative class members in this case. In light of Plaintiff's attorneys' significant fee awards in other cases, even on a pro rata basis, the

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1  attorney fees reasonably anticipated to be incurred by Plaintiff Skau will exceed $7,267 and

2  surpass the required $75,000 threshold.

3      22.    **Conclusion**.  The calculations above demonstrate the amount in controversy far

4  exceeds the $75,000 requirement.

5                              **Supplemental Jurisdiction**

6      23.    Because one Plaintiff's claims are properly before the Court under traditional

7  diversity jurisdiction, the Court has supplemental jurisdiction over the remaining putative

8  Plaintiffs' claims pursuant to 28 U.S.C. § 1367.  *See Exxon Mobil Corp. v. Allapattah Servs.,*

9  *Inc.*, 545 U.S. 546, 559 (2005).

10                          **Venue and Intradistrict Assignment**

11     24.    Venue of this Action exists in this District pursuant to 28 U.S.C. § 1441(a)

12 because the Superior Court is located within the District. Moreover, the case is properly venued

13 in the Seattle Division of this District because a substantial portion of the alleged events or

14 omissions that give rise to Plaintiff's claims occurred in King County. *See* LCR 3(d); Cmplt. ¶

15 2.2.

16                                  **Conclusion**

17     25.    Plaintiff's Complaint is properly before this Court under diversity of citizenship

18 jurisdiction and supplemental jurisdiction.

19

20

21

22

23

24

25

26

27 NOTICE OF REMOVAL – 11

1    DATED this 10th day of May, 2018.

2                                    Davis Wright Tremaine LLP

3                                    By: */s/N. Joseph Wonderly*
                                         Michael J. Killeen, WSBA #7837
4                                        N. Joseph Wonderly, WSBA #51925
                                         1201 Third Avenue, Suite 2200
5                                        Seattle, WA  98101-3045
                                         Telephone: 206-622-3150
6                                        Fax: 206-757-7700
7                                        E-mail:    MikeKilleen@dwt.com
8                                                   Joewonderly@dwt.com

9                                    Attorney for Defendant JBS Carriers, Inc.

10                                   Sherman & Howard LLC

11                                   */s/ Jonathon Watson*
12                                       Jonathon Watson
                                          633 Seventeenth Street, Suite 3000
13                                       Denver, Colorado 80202
                                         Telephone: 303-299-8286
14                                       Fax: 303-298-0940
15                                       E-mail:    JWatson@shermanhoward.com

16                                   Co-counsel for Defendant JBS Carriers, Inc.
17

18

19

20

21

22

23

24

25

26

27   NOTICE OF REMOVAL – 12

## CERTIFICATE OF SERVICE

1

2      I hereby certify that on May 10, 2018, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the

4 following:

5

6      TERRELL MARSHALL LAW GROUP LLC
       Toby J. Marshall, WSBA # 32726
7      Email: tmarshall@terrellmarshall.com
       Maria Hoisington-Bingham, WSBA # 51493
8      Email: mhoisington@terrellmarshall.com
       936 North 34th Street, Suite 300
9      Seattle, Washington 98103-8869
       Telephone: 206-816-6603
10     Facsimile: 206-319-5450

11

12     REKHI & WOLK, P.S.
       Hardeep S. Rekhi, WSBA #34579
13     Email: Hardeep@rekhiwolk.com
       Gregory A. Wolk, WSBA #28946
14     Email: greg@rekhiwolk.com
       529 Warren Avenue North, Suite 201
15     Seattle, WA 98109
       Telephone: (206) 388-5887
16     Facsimile: (206) 577-3924

17

18                              /s/ Valerie Macan
                                Davis Wright Tremaine LLP
19                              1201 Third Avenue, Suite 2200
                                Seattle, WA 98101-3045
20                              P: 206-622-3150
                                F: 206-757-7700
21                              Email: @dwt.com

22

23

24

25

26

27

NOTICE OF REMOVAL – 13

Exh. A

FILED

17 SEP 05 PM 2:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

KURT SKAU, on behalf of himself and on behalf
of others similarly situated,

                        Plaintiff,

     v.

JBS CARRIERS, INC., a Delaware corporation,

                    Defendant.

NO.

CLASS ACTION COMPLAINT FOR
DAMAGES

Plaintiff Kurt Skau brings this action on his own behalf and on behalf of all others similarly situated and alleges as follows:

## I. INTRODUCTION

1.1    <u>Nature of Action.</u> Plaintiff Kurt Skau brings this class action against JBS Carriers, Inc. ("Defendant"). Defendant is a truckload transportation company that delivers goods throughout the United States, including the state of Washington. Plaintiff alleges Defendant has engaged in a common course of failing to compensate its Washington-based driver employees for the paid rest breaks to which they are entitled, failing to compensate driver employees for all hours of work, and failing to pay overtime wages.

## II. JURISDICTION AND VENUE

2.1    <u>Jurisdiction.</u> Defendant is within the jurisdiction of this Court. Defendant conducts business in Washington. Defendant hires drivers that reside in Washington and have

CLASS ACTION COMPLAINT FOR DAMAGES - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  commercial driver's licenses issued by the state of Washington. Thus, Defendant has obtained

2  the benefits of the laws of Washington as well as Washington's commercial and labor

3  markets.

4      2.2    <u>Venue.</u> Venue is proper in King County because Defendant operates and

5  transacts business in King County, and Plaintiff performed work for Defendant in King County.

6      2.3    <u>Governing Law.</u> The claims asserted on behalf of Plaintiff and Class members in

7  this complaint are brought solely under state law causes of action and are governed

8  exclusively by Washington law.

9                       **III.  PARTIES**

10      3.1    <u>Plaintiff Kurt Skau.</u> Plaintiff worked for Defendant from approximately

11  November 9, 2015 to May 5, 2017. Plaintiff worked as part of Defendant's Western Regional

12  fleet and regularly transported goods within the western part of the United States, including

13  the state of Washington. Plaintiff has a commercial driver's license issued by the state of

14  Washington. During the duration of his employment, Plaintiff was a resident of Port Orchard,

15  Washington. Plaintiff performed work for Defendant in King County, Washington.

16      3.2    <u>Defendant JBS Carriers, Inc.</u> Defendant is a Delaware corporation that is

17  headquartered in Greeley, Colorado and does business in Washington. Defendant is an

18  interstate and regional truckload transportation company that primarily transports meat and

19  poultry products. Defendant maintains a fleet of over 600 trucks and 800 employees.

20  Defendant's Western Regional fleet operates in the western part of the United States,

21  including the state of Washington. Defendant recruits individuals who reside in Washington to

22  work for the Western Regional fleet. Defendant has employed Plaintiff and hundreds of other

23  Washington-based drivers and has exercised control over how and when those employees

24  were paid.

25

26

27

CLASS ACTION COMPLAINT FOR DAMAGES - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## IV.  CLASS ACTION ALLEGATIONS

4.1     Class Definition. Under Civil Rule 23(a) and (b)(3), Plaintiff brings this case as a class action against Defendant on behalf of the class defined as follows (the "Class"):

> All current and former employees of JBS Carriers, Inc. who worked as drivers for the company while residing in the state of Washington at any time between September 5, 2014 and the date of final disposition of this action.

Excluded from the Class are any entity in which Defendant has a controlling interest or that has a controlling interest in Defendant, and Defendant's legal representatives, assignees, and successors. Also excluded are the judge to whom this case is assigned and any member of the judge's immediate family.

4.2     Numerosity. Plaintiff believes that more than one hundred persons have worked as driver employees for Defendant while based in Washington during the proposed class period. The Class members are so numerous that joinder of all members is impracticable. Moreover, the disposition of the claims of the Class in a single action will provide substantial benefits to all parties and the Court.

4.3     Commonality. There are numerous questions of law and fact common to Plaintiff and Class members. These questions include, but are not limited to, the following:

a.     Whether Defendant has engaged in a common course of failing to pay Class members at no less than minimum wage for all hours spent in mandatory orientation and driver training;

b.     Whether Defendant has engaged in a common course of failing to pay Class members at no less than minimum wage for all non-driving work performed;

c.     Whether Defendant has engaged in a common course of failing to pay Class members overtime compensation for hours worked beyond 40 in a week;

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1          d.     Whether Defendant has engaged in a common course of failing to

2                 separately pay Class members for rest breaks, whether received or not;

3          e.     Whether Defendant has engaged in a common course of failing to keep

4                 true and accurate time records for all hours worked by Class members;

5          f.     Whether Defendant's failure to pay all wages owed to Class members

6                 was willful;

7          g.     Whether Defendant has violated RCW 49.12.020;

8          h.     Whether Defendant has violated WAC 296-126-092;

9          i.     Whether Defendant has violated RCW 49.46.090;

10         j.     Whether Defendant has violated RCW 49.46.130;

11         k.     Whether Defendant has violated WAC 296-128-012;

12         l.     Whether Defendant has violated RCW 49.46.040;

13         m.     Whether Defendant has violated WAC 296-128-010;

14         n.     Whether Defendant has violated WAC 296-128-011;

15         o.     Whether Defendant has violated WAC 296-128-020;

16         p.     Whether Defendant has violated WAC 296-126-040;

17         q.     Whether Defendant has violated WAC 296-126-050;

18         r.     Whether Defendant has violated RCW 49.48.010;

19         s.     Whether Defendant has violated RCW 49.52.050; and

20         t.     The nature and extent of Class-wide injury and the measure of

21                 compensation for such injury.

22     4.4     <u>Typicality.</u> Plaintiff's claims are typical of the claims of the Class. Plaintiff has

23 performed work for Defendant as a driver employee while residing in the state of Washington

24 and is thus a member of the Class. Plaintiff's claims, like the claims of the Class, arise out of

25 the same common course of conduct by Defendant and are based on the same legal and

26 remedial theories.

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1        4.5    <u>Adequacy.</u>  Plaintiff will fairly and adequately protect the interests of the Class.

2    Plaintiff has retained competent and capable attorneys who have significant experience in

3    complex and class action litigation, including employment law. Plaintiff and his counsel are

4    committed to prosecuting this action vigorously on behalf of the Class and have the financial

5    resources to do so. Neither Plaintiff nor his counsel have interests that are contrary to or that

6    conflict with those of the Class.

7        4.6    <u>Predominance.</u>  Defendant has engaged in a common course of wage and hour

8    abuse toward Plaintiff and members of the Class. The common issues arising from this

9    conduct that affect Plaintiff and members of the Class predominate over any individual issues.

10   Adjudication of these common issues in a single action has important and desirable

11   advantages of judicial economy.

12       4.7    <u>Superiority.</u>  Plaintiff and Class members have suffered and will continue to

13   suffer harm and damages as a result of Defendant's unlawful and wrongful conduct. Absent a

14   class action, however, most Class members likely would find the cost of litigating their claims

15   prohibitive. Class treatment is superior to multiple individual suits or piecemeal litigation

16   because it conserves judicial resources, promotes consistency and efficiency of adjudication,

17   provides a forum for small claimants, and deters illegal activities. There will be no significant

18   difficulty in the management of this case as a class action. The Class members are readily

19   identifiable from Defendant's records.

20                   **V.  SUMMARY OF FACTUAL ALLEGATIONS**

21       5.1    <u>Common Course of Conduct: Failure to Pay for All Hours of Work</u>.  Defendant

22   has engaged in a common course of failing to pay Plaintiff and Class members for each hour

23   worked.

24       5.2    Defendant pays its drivers a piece rate for driving work—specifically, a certain

25   amount for each mile driven. Defendant also pays drivers a piece rate for certain other

26   activities.

27

CLASS ACTION COMPLAINT FOR DAMAGES - 5

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  5.3 Defendant has engaged in a common course of failing to pay Plaintiff and Class

2 members at least minimum wage for all hours of work performed during mandatory

3 orientation and driver training. Defendant requires new drivers to attend a mandatory

4 orientation at Defendant's headquarters in Greeley, Colorado. Defendant pays drivers a set

5 weekly rate for this orientation. Defendant also requires new drivers to complete at least

6 15,000 miles of driver training. Defendant pays drivers a set weekly rate for hours spent

7 training.

8  5.4 Defendant has engaged in a common course of failing to pay Plaintiff and Class

9 members at least minimum wage for all hours spent performing many work activities,

10 including but not limited to pickups, deliveries, waiting and detention time, fueling, scaling,

11 loading, washing and cleaning trailers and tractors, unloading, pre-trip and post-trip

12 inspections, communicating with dispatch, completing paperwork, completing online training

13 courses, assisting new driver orientation, transporting drivers to and from Defendant's

14 facilities, and moving trailers at Defendant's facilities.

15  5.5 Defendant has engaged in a common course of encouraging Plaintiff and Class

16 members to perform non-driving work activities while off the clock and in "off-duty" or

17 "sleeper berth" status.

18  5.6 Defendant has had actual or constructive knowledge of the facts set forth in

19 Paragraphs 5.1 through 5.5.

20  5.7 <u>Common Course of Conduct: Failure to Provide Paid Rest Breaks</u>.  Defendant

21 has engaged in a common course of failing to provide Plaintiff and Class members with a paid

22 ten-minute rest break for every four hours of work.

23  5.8 Defendant has engaged in a common course of failing to separately pay Class

24 members for rest breaks, whether received or not, at their average hourly rate.

25  5.9 Defendant has had actual or constructive knowledge of the facts set forth in

26 Paragraphs 5.7 through 5.8.

27

CLASS ACTION COMPLAINT FOR DAMAGES - 6

5.10  Common Course of Conduct: Failure to Pay Overtime Wages. Defendant has engaged in a common course of failing to pay overtime wages to Plaintiff and Class members.

5.11  Defendant has engaged in a common course of failing to pay overtime wages to Plaintiff and Class members for hours worked in excess of forty hours per week. Defendant's piece-rate compensation system fails to pay drivers the reasonable equivalent of overtime pay.

5.12  Defendant has had actual or constructive knowledge of the facts set forth in Paragraphs 5.10 through 5.11.

5.13  Common Course of Conduct: Failure to Maintain and Provide Accurate Wage Statements.  Defendant has engaged in a common course of failing to keep true and accurate time records for all hours worked by Plaintiff and Class members.

5.14  Defendant has engaged in a common course of failing to provide proper payroll documents to Plaintiff and Class members.

5.15  Defendant has had actual or constructive knowledge of the facts set forth in Paragraphs 5.13 through 5.14.

## VI.  FIRST CLAIM FOR RELIEF
### (Violations of RCW 49.12.020 and WAC 296-126-092 — Failure to Provide Paid Rest Periods)

6.1  Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

6.2  RCW 49.12.010 provides that "[t]he welfare of the state of Washington demands that all employees be protected from conditions of labor which have a pernicious effect on their health. The state of Washington, therefore, exercising herein its police and sovereign power declares that inadequate wages and unsanitary conditions of labor exert such pernicious effect."

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6.3     RCW 49.12.020 provides that "[i]t shall be unlawful to employ any person in any industry or occupation within the state of Washington under conditions of labor detrimental to their health."

6.4     Under RCW 49.12.005 and WAC 296-126-002, "conditions of labor" "means and includes the conditions of rest . . . periods" for employees.

6.5     WAC 296-126-092 provides that employees shall be allowed certain paid rest periods during their shifts.

6.6     Under Washington law, Defendant has an obligation to separately pay employees for each rest break to which they are entitled, regardless of whether the employees receive those rest breaks.

6.7     By the actions alleged above, Defendant has violated the provisions of RCW 49.12.020 and WAC 296-126-092.

6.8     As a result of the unlawful acts of Defendant, Plaintiff and members of the Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff and members of the Class are entitled to the recovery of such damages, including interest thereon, attorneys' fees under RCW 49.48.030, and costs.

## VII.  SECOND CLAIM FOR RELIEF
### (Violation of RCW 49.46.090 — Payment of Wages Less than Entitled)

7.1     Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

7.2     RCW 49.46.020 provides that every employer shall pay its employees not less than the minimum hourly wage in effect at the time the work is performed.

7.3     RCW 49.46.090 provides that "[a]ny employer who pays any employee less than wages to which such employee is entitled under or by virtue of [the Minimum Wage Act], shall be liable to such employee affected for the full amount of such wage rate, less any amount actually paid to such employee by the employer, and for costs and such reasonable attorney's fees as may be allowed by the court."

CLASS ACTION COMPLAINT FOR DAMAGES - 8

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    7.4    By the actions alleged above, Defendant has violated the provisions of RCW

2  49.46.090.

3    7.5    As a result of the unlawful acts of Defendant, Plaintiff and members of the

4  Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff

5  and members of the Class are entitled to the recovery of such damages, including interest

6  thereon, as well as attorneys' fees and costs under RCW 49.46.090.

7                          **VIII.  THIRD CLAIM FOR RELIEF**
                **(Violations of RCW 49.46.130 – Failure to Pay Overtime Wages)**
8

9    8.1    Plaintiff realleges and incorporate by reference each and every allegation set

10  forth in the preceding paragraphs.

11    8.2    RCW 49.46.130 provides that "no employer shall employ any of his employees

12  for a workweek longer than 40 hours unless such employee receives compensation for his

13  employment in excess of the hours above specified at a rate not less than one and one-half

14  times the regular rate at which he is employed."

15    8.3    RCW 49.46.130 (f) excludes an individual employed as a truck or bus driver who

16  is subject to the provisions of the Federal Motor Carrier Act (49 U.S.C. Sec. 3101 et seq. and 49

17  U.S.C. Sec. 10101 et seq.), if the compensation system under which the truck or bus driver is

18  paid includes overtime pay, reasonably equivalent to that required by this subsection, for

19  working longer than forty hours per week. Upon information and belief, Defendant did not

20  employ a "reasonably equivalent" method to pay overtime to Plaintiff and Class members.

21    8.4    WAC 296-128-012 provides a method for compensating truck drivers for

22  overtime pay. Defendant did not compensate Plaintiff and Class members for overtime hours

23  worked.

24    8.5    By the actions alleged above, Defendant has violated the provisions of RCW

25  49.46.130.

26    8.6    As a result of the unlawful acts of Defendant, Plaintiff and members of the

27  Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff

CLASS ACTION COMPLAINT FOR DAMAGES - 9

1  and members of the Class are entitled to recovery of such damages, including interest

2  thereon, as well as attorneys' fees and costs under RCW 49.46.090.

### IX.  FOURTH CLAIM FOR RELIEF
### (Violation of RCW 49.48.010 — Unpaid Wages on Termination)

9.1    Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

9.2    RCW 49.48.010 provides that "[w]hen any employee shall cease to work for an employer, whether by discharge or by voluntary withdrawal, the wages due him or her on account of his or her employment shall be paid to him or her at the end of the established pay period." The statute further provides that "[i]t shall be unlawful for any employer to withhold or divert any portion of an employee's wages . . . ."

9.3    By the actions alleged above, Defendant has violated the provisions of RCW 49.48.010 by failing to pay wages to Plaintiff and Class members for rest breaks, by failing to pay wages to Plaintiff and Class members for all hours of work, and by failing to pay overtime wages to Plaintiff and Class members.

9.4    As a result of the unlawful acts of Defendant, Plaintiff and members of the Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff and members of the Class are entitled to the recovery of such damages, including interest thereon, attorneys' fees under RCW 49.48.030, and costs.

### X.  FIFTH CLAIM FOR RELIEF
### (Violation of RCW 49.52.050 — Willful Deprivation of Wages)

10.1    Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

10.2    RCW 49.52.050(2) provides that "[a]ny employer or officer, vice principal or agent of any employer . . . who . . . [w]ilfully and with intent to deprive the employee of any part of his or her wages, shall pay any employee a lower wage than the wage such employer is

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  obligated to pay such employee by any statute, ordinance, or contract" shall be guilty of a

2  misdemeanor.

3        10.3    Defendant's violations of RCW 49.12.020, WAC 296-126-092, RCW 49.46.090,

4  RCW 49.46.130, and RCW 49.48.010 as discussed above, were willful and constitute violations

5  of RCW 49.52.050.

6        10.4    RCW 49.52.070 provides that any employer who violates the provisions of RCW

7  49.52.050 shall be liable in a civil action for twice the amount of wages withheld, attorneys'

8  fees, and costs.

9        10.5    As a result of the willful, unlawful acts of Defendant, Plaintiff and members of

10  the Class have been deprived of compensation in amounts to be determined at trial and

11  Plaintiff and members of the Class are entitled to recovery of twice such damages, including

12  interest thereon, as well as attorneys' fees and costs under RCW 49.52.070.

13                              **XI.  PRAYER FOR RELIEF**

14        WHEREFORE, Plaintiff, on his own and on behalf of the members of the Class, prays for

15  judgment against Defendant as follows:

16        A.    Certify the proposed Class;

17        B.    Appoint Plaintiff as representative of the Class;

18        C.    Appoint the undersigned attorneys as counsel for the Class;

19        D.    Aware compensatory and exemplary damages to Plaintiff and Class members

20              for violation of Washington's wage and hour laws, in amounts to be proven at

21              trial;

22        E.    Award attorneys' fees and costs to Plaintiff and Class members, as allowed by

23              law;

24        F.    Award prejudgment and post-judgment interest to Plaintiff and Class members,

25              as provided by law;

26

27

CLASS ACTION COMPLAINT FOR DAMAGES - 11

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

G.    Permit Plaintiff and members of the Class leave to amend the complaint to

conform to the evidence presented at trial; and

H.    Grant such other and further relief as the Court deems necessary, just, and

proper.

RESPECTFULLY SUBMITTED AND DATED this 5th day of September, 2017.

TERRELL MARSHALL LAW GROUP PLLC


By:   /s/ Toby J. Marshall, WSBA #32726
      Toby J. Marshall, WSBA #32726
      Email:  tmarshall@terrellmarshall.com
      Maria Hoisington-Bingham, WSBA #51493
      Email:  mhoisington@terrellmarshall.com
      936 North 34th Street, Suite 300
      Seattle, Washington 98103-8869
      Telephone: (206) 816-6603
      Facsimile: (206) 319-5450

      REKHI & WOLK, P.S.
      Hardeep S. Rekhi, WSBA #34579
      Email:  hardeep@rekhiwolk.com
      Gregory A. Wolk, WSBA #28946
      Email:  greg@rekhiwolk.com
      529 Warren Avenue North, Suite 201
      Seattle, Washington 98109
      Telephone: (206) 388-5887
      Facsimile: (206) 577-3924

      *Attorneys for Plaintiff*

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Exh. B-1

**FILED**

17 SEP 05 PM 2:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| Kurt Skau | NO.    17-2-23242-4 SEA |
| Plaintiff(s), | ORDER SETTING CIVIL CASE SCHEDULE |
| vs. | |
| JBS Carries, Inc. | ASSIGNED JUDGE: Galvan, Veronica Alicea, Dept. 21 |
| Respondent(s) | FILED DATE: 9/5/2017 |
| | TRIAL DATE: 9/4/2018 |
| | SCOMIS CODE: *ORSCS |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

### I. NOTICES

**NOTICE TO PLAINTIFF:** The Plaintiff may serve a copy of this **Order Setting Case Schedule** (*Schedule*) on the Defendant(s) along with the ***Summons and Complaint/Petition.*** Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the ***Summons and Complaint/Petition*** or (2) service of the Defendant's first response to the ***Complaint/Petition***, whether that response is a ***Notice of Appearance***, a response, or a Civil Rule 12 (CR 12) motion. The ***Schedule*** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**"I understand that I am required to give a copy of these documents to all parties in this case."**

_____         _____
PRINT NAME                                             SIGN NAME

<center>I. NOTICES  (continued)</center>

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this **Schedule**. In order to comply with the **Schedule**, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD PARTY COMPLAINTS:**
A filing fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR  4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING  DUE DATES  CANCELED BY FILING  PAPERS  THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of all parties and claims is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of all parties and claims is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES  OF APPEARANCE OR WITHDRAWAL  AND ADDRESS  CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION  FILING  AND TRIAL  DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and cross-claims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $220 arbitration fee.** If a party seeks a trial de novo when an arbitration award is appealed, a fee of $250 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE  FEES:**
**All** parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements and/or Local Civil Rule 41.

<center>**King County Local Rules are available for viewing at www.kingcounty.gov/courts/clerk.**</center>

## II. CASE SCHEDULE

| √ | CASE EVENTS | DATE |
|---|---|---|
| | Case Filed and Schedule Issued. | 9/5/2017 |
| √ | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [See KCLMAR2.1(a) and Notices on page 2]. **$220 Arbitration fee must be paid** | 2/13/2018 |
| √ | **DEADLINE** for file Confirmation of Joinder if not subject to Arbitration [See KCLCR 4.2(a) and Notices on page 2] | 2/13/2018 |
| | **DEADLINE** for Hearing Motions to Change Case Assignment Area [KCLCR 82(e)] | 2/27/2018 |
| | **DEADLINE** for Disclosure of Possible Primary Witnesses [See KCLCR 26(k)] | 4/3/2018 |
| | **DEADLINE** for Disclosure of Possible Additional Witnesses [KCLCR 26(k)] | 5/15/2018 |
| | **DEADLINE** for Jury Demand [See KCLCR 38(b)(2)] | 5/29/2018 |
| | **DEADLINE** for Change in Trial Date [See KCLCR 40(e)(2)] | 5/29/2018 |
| | **DEADLINE** for Discovery Cutoff [See KCLCR 37(g)] | 7/17/2018 |
| | **DEADLINE** for Engaging in Alternative Dispute Resolution [See KCLCR16(b)] | 8/7/2018 |
| | **DEADLINE** for Exchange Witness & Exhibit Lists & Documentary Exhibits [See KCLCR 4(j)] | 8/14/2018 |
| √ | **DEADLINE** to file Joint Confirmation of Trial Readiness [See KCLCR 16(a)(1)] | 8/14/2018 |
| | **DEADLINE** for Hearing Dispositive Pretrial Motions [See KCLCR 56;CR56] | 8/21/2018 |
| √ | Joint Statement of Evidence [See KCLCR 4(k)] | 8/28/2018 |
| | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusion of Law with the Clerk) | 8/28/2018 |
| | Trial Date [See KCLCR 40] | 9/4/2018 |

The √ indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.

## III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above. Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance. It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.

DATED:   9/5/2017

_____
PRESIDING JUDGE

### IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule. The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:** If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:** Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**CASE SCHEDULE AND REQUIREMENTS:** Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

#### A. Joint Confirmation regarding Trial Readiness Report
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g., interpreters, equipment).

The Joint Confirmation Regarding Trial Readiness form is available at www.kingcounty.gov/courts/scforms. If parties wish to request a CR 16 conference, they must contact the assigned court. Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding the report.

#### B. Settlement/Mediation/ADR
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand. Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held. FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

#### C. Trial
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court. The Friday before trial, the parties should access the court's civil standby calendar on the King County Superior Court website www.kingcounty.gov/courts/superiorcourt to confirm the trial judge assignment.

### MOTIONS PROCEDURES
#### A. Noting of Motions

**Dispositive Motions:** All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge. The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules. Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Non-dispositive Motions:** These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered. All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the

Note for Motion should state "Without Oral Argument." Local Civil Rule 7 governs these motions, which include discovery motions. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge. All other motions should be noted and heard on the Family Law Motions calendar. Local Civil Rule 7 and King County Family Law Local Rules govern these procedures. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

**Emergency Motions:** Under the court's local civil rules, emergency motions will usually be allowed only upon entry of an Order Shortening Time. However, some emergency motions may be brought in the Ex Parte and Probate Department as expressly authorized by local rule. In addition, discovery disputes may be addressed by telephone call and without written motion, if the judge approves in advance.

**B. Original Documents/Working Copies/ Filing of Documents: All original documents must be filed with the Clerk's Office.** Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court. The exceptions to the e-filing requirement are also available on the Clerk's Office website. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge. The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom. Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator. Working copies can be submitted through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk/documents/eWC.

**Service of documents:** Pursuant to Local General Rule 30(b)(4)(B), e-filed documents shall be electronically served through the e-Service feature within the Clerk's eFiling application. Pre-registration to accept e-service is required. E-Service generates a record of service document that can be e-filed. Please see the Clerk's office website at www.kingcounty.gov/courts/clerk/documents/efiling regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion. **Do not file the original of the proposed order with the Clerk of the Court.** Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order. The court may distribute orders electronically. Review the judge's website for information: www.kingcounty.gov/courts/SuperiorCourt/judges.

**Presentation of Orders for Signature:** All orders must be presented to the assigned judge or to the Ex Parte and Probate Department, in accordance with Local Civil Rules 40 and 40.1. Such orders, if presented to the Ex Parte and Probate Department, shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). If the assigned judge is absent, contact the assigned court for further instructions. If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the Ex Parte and Probate Department.** Such orders shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department. **If final order and/or formal proof are entered in the Ex Parte and Probate Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**
Pursuant to Local Civil Rule 7(b)(5)(B), the initial motion and opposing memorandum shall not exceed 4,200 words and reply memoranda shall not exceed 1,750 words without authorization of the court. The word count includes all portions of the document, including headings and footnotes, except 1) the caption; 2) table of contents and/or authorities, if any; and 3): the signature block. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

*IT IS SO ORDERED.  FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS.  PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.*

**PRESIDING JUDGE**

Exh. B-2

FILED

17 SEP 05 PM 2:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| Kurt Skau | NO.  17-2-23242-4 SEA |
| VS | |
| JBS Carries, Inc. | CASE INFORMATION COVER SHEET AND AREA DESIGNATION |

## CAUSE OF ACTION

**(MSC) -**    OTHER COMPLAINT/PETITION (MSC 2)

## AREA DESIGNATION

**SEATTLE -**    Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.

Exh. B-3

FILED
17 SEP 05 PM 2:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

KURT SKAU, on behalf of himself and on behalf of others similarly situated,

                Plaintiff,

      v.

JBS CARRIERS, INC., a Delaware corporation,

                Defendant.

NO.

SUMMONS (20 DAY)

TO:    JBS CARRIERS, INC.:

A lawsuit has been started against you in the above-entitled court by the Plaintiff. The Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where the Plaintiff is entitled to what has been asked for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that Plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the Plaintiff. Within fourteen (14) days

SUMMONS (20 DAY) - 1

1     after you serve the demand, the Plaintiff must file this lawsuit with the Court, or the service

2     on you of this Summons and Complaint will be void.

3           If you wish to seek the advice of an attorney in this matter, you should do so promptly

4     so that your written response, if any, may be served on time.

5           THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

6     State of Washington.

7           RESPECTFULLY SUBMITTED AND DATED this 5th day of September, 2017.

8                       TERRELL MARSHALL LAW GROUP PLLC

9

10                       By:  /s/ Toby J. Marshall, WSBA #32726

11                         Toby J. Marshall, WSBA #32726
                          Email:  tmarshall@terrellmarshall.com

12                         Maria Hoisington-Bingham, WSBA #51493
                          Email:  mhoisington@terrellmarshall.com

13                         936 North 34th Street, Suite 300
                        Seattle, Washington 98103-8869

14                         Telephone: (206) 816-6603

15                         Facsimile: (206) 319-5450

16                         REKHI & WOLK, P.S.

17                         Hardeep S. Rekhi, WSBA #34579
                        Email:  hardeep@rekhiwolk.com

18                         Gregory A. Wolk, WSBA #28946
                        Email:  greg@rekhiwolk.com

19                         529 Warren Avenue North, Suite 201

20                         Seattle, Washington 98109
                        Telephone: (206) 388-5887

21                         Facsimile: (206) 577-3924

22                         *Attorneys for Plaintiff*

23

24

25

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Exh. B-4



FILED

17 SEP 13 PM 2: 36

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

KURT SKAU, ON BEHALF OF HIMSELF AND ON
BEHALF OF OTHERS SIMILARLY SITUATED

Cause No.:     **17-2-23242-4 SEA**

Hearing Date:

Plaintiff/Petitioner

vs.

**JBS CARRIERS, INC., A DELAWARE CORPORATION**

Defendant/Respondent

AFFIDAVIT OF SERVICE OF

**SUMMONS; CLASS ACTION COMPLAINT FOR DAMAGES;
CASE ASSIGNMENT AREA DESIGNATION AND CASE
INFORMATION COVER SHEET; ORDER SETTING CIVIL
CASE SCHEDULE; CASE INFORMATION COVER SHEET
AND AREA DESIGNATION; PLAINTIFF'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR PRODUCTION
OF DOCUMENTS PROPOUNDED TO DEFENDANT**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United
States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above
entitled action, and is competent to be a witness therein.

On the **6th day of September, 2017** at **1:23 PM** at the address of **1560 BROADWAY SUITE 2090,
DENVER, Denver County, CO 80202**; this declarant served the above described documents upon **JBS
CARRIERS, INC., A DELAWARE CORPORATION c/o CORPORATION SERVICE COMPANY,
REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by
then presenting to and leaving the same with **Kurt Plender , CLERK, PERSON AUTHORIZED TO
ACCEPT, who accepted service, with identity confirmed by physical description, a gray-haired
white male approx. 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**.
No information was provided or discovered that indicates that the subjects served are members of the
United States military.

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: Terrell Marshall & Daudt, PLLC
Ref #: 2092-001

Tracking #: 0018977946

| PLAINTIFF/PETITIONER: KURT SKAU, ON BEHALF OF HIMSELF AND ON BEHALF OF OTHERS SIMILARLY SITUATED | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   JBS CARRIERS, INC., A DELAWARE CORPORATION | 17-2-23242-4 SEA |

Service Fee Total: **$ 167.50**

DATED this ____ day of ___September___, 20 17

**Megan Grimes**

Subscribed and Sworn to before me this __8__ day of ___Sept___ , 20 17.

NOTARY PUBLIC in and for the State of **Colorado**

Residing at: _____

My commission expires _____

LYNNE A. GRIMES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034027345
MY COMMISSION EXPIRES SEPTEMBER 22, 2019

**ORIGINAL PROOF OF SERVICE**
PAGE 2 OF 2

For: **Terrell Marshall & Daudt, PLLC**
Ref #: **2092-001**

Tracking #: **0018977946**

Exh. B-5

FILED

17 SEP 05 PM 2:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

### KING COUNTY SUPERIOR COURT
### CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET
### (CICS)

Pursuant to King County Code 4A.630.060, a faulty document fee of $15 may be assessed to new case filings missing this sheet.

**CASE NUMBER:** _____

(Provided by the Clerk)

**CASE CAPTION:**  Kurt Skau v. JBS Carriers, Inc.
(New case: Print name of person starting case **vs.** name of person or agency you are filing against.)
(When filing into an existing family law case, the case caption remains the same as the original filing.)

Please mark one of the boxes below:

☒ **Seattle Area**, defined as:

> All of King County north of Interstate 90 and including all of the Interstate 90 right-of-way; all the cities of Seattle, Mercer Island, Bellevue, Issaquah and North Bend; and all of Vashon and Maury Islands.

☐ **Kent Area,** defined as:

> All of King County south of Interstate 90 except those areas included in the Seattle Case Assignment Area.

I certify that this case meets the case assignment criteria, described in King County LCR 82(e).

/s/ Toby J. Marshall, WSBA #32726 _____        _____09/05/2017_____
Signature of Attorney            WSBA Number                  Date

or

_____        _____
Signature of person who is starting case                      Date

936 North 34th Street, Suite 300, Seattle, Washington 98103 _____
Address, City, State, Zip Code of person who is starting case if not represented by attorney

## KING COUNTY SUPERIOR COURT
## CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET

## CIVIL
Please check the category that best describes this case.

**APPEAL/REVIEW**

☐ Administrative Law Review (ALR 2)*

(Petition to the Superior Court for review of rulings made by state administrative agencies.( e.g. DSHS Child Support, Good to Go passes, denial of benefits from Employment Security, DSHS, L & I))

☐ DOL Revocation (DOL 2)*

(Appeal of a DOL revocation Implied consent-Test refusal ONLY.) RCW 46.20.308(9)

**CONTRACT/COMMERCIAL**

☐ Breach of Contract (COM 2)*

(Complaint involving money dispute where a breach of contract is involved.)

☐ Commercial Contract (COM 2)*

(Complaint involving money dispute where a contract is involved.)

☐ Commercial Non-Contract (COL 2)*

(Complaint involving money dispute where no contract is involved.)

☐ Third Party Collection (COL 2)*

(Complaint involving a third party over a money dispute where no contract is involved.)

**JUDGMENT**

☐ Abstract, Judgment, Another County (ABJ 2)

(A certified copy of a judgment docket from another Superior Court within the state.)

☐ Confession of Judgment (MSC 2)*

(The entry of a judgment when a defendant admits liability and accepts the amount of agreed-upon damages but does not pay or perform as agreed upon.)

☐ Foreign Judgment (from another State or Country) (FJU 2)

(Any judgment, decree, or order of a court of the United States, or of any state or territory, which is entitled to full faith and credit in this state.)

☐ Tax Warrant or Warrant (TAX 2)

(A notice of assessment by a state agency or self-insured company creating a judgment/lien in the county in which it is filed.)

☐ Transcript of Judgment (TRJ 2)

(A certified copy of a judgment from a court of limited jurisdiction (e.g. District or Municipal court) to a Superior Court.)

Page **2** of 5

**PROPERTY RIGHTS**

☐ Condemnation/Eminent Domain (CON 2)*

(Complaint involving governmental taking of private property with payment, but not necessarily with consent.)

☐ Foreclosure (FOR 2)*

(Complaint involving termination of ownership rights when a mortgage or tax foreclosure is involved, where ownership is not in question.)

☐ Land Use Petition (LUP 2)*

(Petition for an expedited judicial review of a land use decision made by a local jurisdiction.) RCW 36.70C.040

☐ Property Fairness (PFA 2)*

(Complaint involving the regulation of private property or restraint of land use by a government entity brought forth by Title 64.)

☐ Quiet Title (QTI 2)*

(Complaint involving the ownership, use, or disposition of land or real estate other than foreclosure.)

☐ Residential Unlawful Detainer (Eviction) (UND 2)

(Complaint involving the unjustifiable retention of lands or attachments to land, including water and mineral rights.)

☐ Non-Residential Unlawful Detainer (Eviction) (UND 2)

(Commercial property eviction.)

**OTHER COMPLAINT/PETITION**

☐ Action to Compel/Confirm Private Binding Arbitration (MSC 2)

(Petition to force or confirm private binding arbitration.)

☐ Bond Justification (MSC 2)

(Bail bond company desiring to transact surety bail bonds in King County facilities.)

☐ Change of Name (CHN 5)

(Petition for name change, when domestic violence/antiharassment issues require confidentiality.)

☐ Certificate of Rehabilitation (MSC 2)

(Petition to restore civil and political rights.)

☐ Certificate of Restoration of Opportunity (MSC 2)

(Establishes eligibility requirements for certain professional licenses)

☐ Civil Commitment (sexual predator) (PCC 2)

(Petition to detain an individual involuntarily.)

☐ Deposit of Surplus Funds (MSC 2)

(Deposit of extra money from a foreclosure after payment of expenses from sale and obligation secured by the deed of trust.)

☐ Emancipation of Minor (EOM 2)

(Petition by a minor for a declaration of emancipation.)

☐ Foreign Subpoena (MSC 2)

(To subpoena a King County resident or entity for an out of state case.)

Page **3** of 5

☐ Frivolous Claim of Lien (MSC 2)

(Petition or Motion requesting a determination that a lien against a mechanic or materialman is excessive or unwarranted.)

☐ Injunction (INJ 2)*

(Complaint/petition to require a person to do or refrain from doing a particular thing.)

☐ Interpleader (MSC 2)

(Petition for the deposit of disputed earnest money from real estate, insurance proceeds, and/or other transaction(s).)

☐ Malicious Harassment (MHA 2)*

(Suit involving damages resulting from malicious harassment.) RCW 9a.36.080

☐ Non-Judicial Filing (MSC 2)

(See probate section for TEDRA agreements. To file for the record document(s) unrelated to any other proceeding and where there will be no judicial review.)

☒ Other Complaint/Petition (MSC 2)*

(Filing a Complaint/Petition for a cause of action not listed.)

☐ Public records Act (PRA 2)*
(Actions filed under RCW 42.56.)

☐ Receivership (MSC 2)

(The process of appointment by a court of a receiver to take custody of the property, business, rents and profits of a party to a lawsuit pending a final decision on disbursement or an agreement.)

☐ Relief from Duty to Register (RDR2)

(Petition seeking to stop the requirement to register.)

☐ Restoration of Firearm Rights (RFR 2)

(Petition seeking restoration of firearms rights under RCW 9.41.040 and 9.41.047.)

☐ School District-Required Action Plan (SDR 2)

(Petition filed requesting court selection of a required action plan proposal relating to school academic performance.)

☐ Seizure of Property from the Commission of a Crime-Seattle (SPC 2)*

(Seizure of personal property which was employed in aiding, abetting, or commission of a crime, from a defendant after conviction.)

☐ Seizure of Property Resulting from a Crime-Seattle (SPR 2)*

(Seizure of tangible or intangible property which is the direct or indirect result of a crime, from a defendant following criminal conviction. (e.g., remuneration for, or contract interest in, a depiction or account of a crime.))

☐ Structured Settlements- Seattle (MSC 2)

(A financial or insurance arrangement whereby a claimant agrees to resolve a personal injury tort claim by receiving periodic payments on an agreed schedule rather than as a lump sum.)

☐ Vehicle Ownership (MSC 2)*

(Petition to request a judgment awarding ownership of a vehicle.)

**TORT, ASBESTOS**
☐ Personal Injury (PIN 2)*

(Complaint alleging injury resulting from asbestos exposure.)

☐ Wrongful Death (WDE 2)*

(Complaint alleging death resulting from asbestos exposure.)

Page 4 of 5

**TORT, MEDICAL MALPRACTICE**

☐ Hospital  (MED 2)*

(Complaint involving injury or death resulting from a hospital.)

☐ Medical Doctor (MED 2)*

(Complaint involving injury or death resulting from a medical doctor.)

☐ Other Health care Professional (MED 2)*

(Complaint involving injury or death resulting from a health care professional other than a medical doctor.)

**TORT, MOTOR VEHICLE**

☐ Death (TMV 2)*

(Complaint involving death resulting from an incident involving a motor vehicle.)

☐ Non-Death Injuries (TMV 2)*

(Complaint involving non-death injuries resulting from an incident involving a motor vehicle.)

☐ Property Damages Only (TMV 2)*

(Complaint involving only property damages resulting from an incident involving a motor vehicle.)

☐ Victims Vehicle Theft (VVT 2)*

(Complaint filed by a victim of car theft to recover damages.)  RCW 9A.56.078

**TORT, NON-MOTOR VEHICLE**

☐ Implants (PIN 2)

☐ Other Malpractice (MAL 2)*

(Complaint involving injury resulting from other than professional medical treatment.)

☐ Personal Injury (PIN 2)*

(Complaint involving physical injury not resulting from professional medical treatment, and where a motor vehicle is not involved.)

☐ Products Liability (TTO 2)*

(Complaint involving injury resulting from a commercial product.)

☐ Property Damages (PRP 2)*

(Complaint involving damage to real or personal property excluding motor vehicles.)

☐ Property Damages-Gang (PRG 2)*

(Complaint to recover damages to property related to gang activity.)

☐ Tort, Other (TTO 2)*

(Any other petition not specified by other codes.)

☐ Wrongful Death (WDE 2)*

(Complaint involving death resulting from other than professional medical treatment.)

**WRIT**

☐ Habeas Corpus (WHC 2)

(Petition for a writ to bring a party before the court.)

☐ Mandamus (WRM 2)**

(Petition for writ commanding performance of a particular act or duty.)

☐ Review (WRV 2)**

(Petition for review of the record or decision of a case pending in the lower court; does not include lower court appeals or administrative law reviews.)

* The filing party will be given an appropriate case schedule at time of filing.
** Case schedule will be issued after hearing and findings.

Page 5 of 5

Civil-CICS   Revised 6/2016

Exh. B-6

FILED

17 SEP 21 PM 2:14

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT OF THE STATE OF WASHINGTON
KING COUNTY

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated, | Case No. 17-2-23242-4 SEA |
| Plaintiff, | NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT JBS CARRIERS, INC. |
| v. | |
| JBS CARRIERS, INC., a Delaware corporation | |
| Defendant. | |

TO:          CLERK OF THE COURT

AND TO:   Plaintiff KURT SKAU

AND TO:   TOBY J. MARSHALL, MARIA HOISINGTON-BINGHAM, HARDEEP S. REKHI and GREGORY A. WOLK plaintiff's attorneys.

YOU AND EACH OF YOU will please take notice that Michael J. Killeen of Davis Wright Tremaine LLP and Jonathon Watson of Sherman & Howard, who will submit an appropriate pro hac vice motion, hereby appear as co-counsel on behalf of Defendant JBS Carriers, Inc., in the above-entitled action, and request that all further papers and pleadings in this matter, except original process, be served upon the undersigned attorneys at their address below stated.

NOTICE OF APPEARANCE - 1
4828-8264-5584v.1 0050033-000295

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 21st day of September 2017.

1

2                                          Davis Wright Tremaine LLP

3                                          By: _____
                                               Michael J. Killeen, WSBA # 7837
4                                              1201 Third Avenue, Suite 2200
                                               Seattle, WA  98101-3045
5                                              Telephone: 206-622-3150
                                               Fax: 206-757-7700
6                                              E-mail:    MikeKilleen@dwt.com

7                                          Attorneys for Defendant JBS Carriers, Inc.

8                                          Sherman & Howard LLC

9                                              Jonathon Watson,
                                               633 Seventeenth Street, Suite 3000
10                                             Denver, Colorado 80202
                                               Telephone: 303-299-8286
11                                             Fax: 303-298-0940
                                               E-mail:    JWatson@shermanhoward.com

12                                         Co-counsel for Defendant JBS Carriers, Inc.

13

14

15

16

17

18

19

20

21

22

23

## CERTIFICATE OF SERVICE

1

2    I hereby declare under penalty of perjury under the laws of the State of Washington and

3    the United States that, on the date indicated below, I electronically filed the foregoing

4    document with the Clerk of the Court using the ECF system and will provide a copy of such

5    filing to the following:

6    **Via Legal Messenger**

7        TERRELL MARSHALL LAW GROUP LLC
         Toby J. Marshall, WSBA # 32726
8        Email: tmarshall@terrellmarshall.com
         Maria Hoisington-Bingham, WSBA # 51493
9        Email: mhoisington@terrellmarshall.com
         936 North 34th Street, Suite 300
10       Seattle, Washington 98103-8869
         Telephone: 206-816-6603
11       Facsimile: 206-319-5450

12       REKHI & WOLK, P.S.
         Hardeep S. Rekhi, WSBA #34579
13       Email: Hardeep@rekhiwolk.com
         Gregory A. Wolk, WSBA #28946
14       Email: greg@rekhiwolk.com
         529 Warren Avenue North, Suite 201
15       Seattle, WA 98109
         Telephone: (206) 388-5887
16       Facsimile: (206) 577-3924

17       DATED this 21st day of September 2017.

18                                    _Lindsey Strickland_ (signature)
                                      Lindsey Strickland
19                                    Davis Wright Tremaine LLP
                                      1201 Third Avenue, Suite 2200
20                                    Seattle, WA 98101-3045
                                      P: 206-622-3150
21                                    F: 206-757-7700
                                      Email: lindseystrickland@dwt.com

22

23

NOTICE OF APPEARANCE - 3
4828-8264-5584v.1 0050033-000295

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Exh. B-7

FILED

17 OCT 02 PM 1:43

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT OF THE STATE OF WASHINGTON
KING COUNTY

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated, | Case No. 17-2-23242-4 SEA |
| Plaintiff, | NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT JBS CARRIERS, INC. |
| v. | |
| JBS CARRIERS, INC., a Delaware corporation | |
| Defendant. | |

TO:        CLERK OF THE COURT

AND TO:    Plaintiff KURT SKAU

AND TO:    TOBY J. MARSHALL, MARIA HOISINGTON-BINGHAM, HARDEEP S. REKHI and GREGORY A. WOLK plaintiff's attorneys.

YOU AND EACH OF YOU will please take notice that N. Joseph Wonderly of Davis Wright Tremaine LLP, hereby joins Michael J. Killeen of Davis Wright Tremaine LLP and Jonathon Watson of Sherman & Howard and appears as co-counsel on behalf of Defendant JBS Carriers, Inc., in the above-entitled action, and requests that all further papers and pleadings in this matter, except original process, be served upon him at the address below stated.

NOTICE OF APPEARANCE - 1
4816-4276-1809v.1 0036800-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206 622 3150 main  206 757 7700 fax

DATED this 2nd day of October 2017.

1

2         Davis Wright Tremaine LLP

3        By:
          N. Joseph Wonderly, WSBA #51925
4          1201 Third Avenue, Suite 2200
          Seattle, WA  98101-3045
5          Telephone: 206-757-8286
          Fax: 206-757-7286
6          E-mail: JoeWonderly@dwt.com

7        Co-counsel for Defendant JBS Carriers, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1

**CERTIFICATE OF SERVICE**

2          I hereby declare under penalty of perjury under the laws of the State of Washington and

3    the United States that, on the date indicated below, I electronically filed the foregoing

4    document with the Clerk of the Court using the ECF system and will provide a copy of such

5    filing to the following:

6          **Via Legal Messenger**

7          TERRELL MARSHALL LAW GROUP LLC
           Toby J. Marshall, WSBA # 32726
8          Email: tmarshall@terrellmarshall.com
           Maria Hoisington-Bingham, WSBA # 51493
9          Email: mhoisington@terrellmarshall.com
           936 North 34th Street, Suite 300
10         Seattle, Washington 98103-8869
           Telephone: 206-816-6603
11         Facsimile: 206-319-5450

12         REKHI & WOLK, P.S.
           Hardeep S. Rekhi, WSBA #34579
13         Email: Hardeep@rekhiwolk.com
           Gregory A. Wolk, WSBA #28946
14         Email: greg@rekhiwolk.com
           529 Warren Avenue North, Suite 201
15         Seattle, WA 98109
           Telephone: (206) 388-5887
16         Facsimile: (206) 577-3924

17         DATED this 2nd day of October 2017.

18                                        _Daniela Najera,_

19                                        Daniela Najera,
                                          Legal Secretary to N. Joseph Wonderly

20

21

22

23

NOTICE OF APPEARANCE - 3
4816-4276-1809v.1 0036800-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206 622 3150 main  206 757 7700 fax

Exh. B-8

FILED

17 OCT 03 PM 2:46

KING COUNTY
SUPERIOR COURT CLERK
CASE NUMBER: 17-2-23242-4 SEA

THE HONORABLE VERONICA A. GALVAN
Department 21

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

KURT SKAU, on behalf of himself and on behalf
of others similarly situated,

          Plaintiff,

    v.

JBS CARRIERS, INC., a Delaware corporation,

          Defendant.

NO.  17-2-23242-4 SEA

**STIPULATION FOR ELECTRONIC SERVICE**

Pursuant to CR 5(b)(7), the parties, by and through the undersigned counsel of record, stipulate and agree to accept service of all court filings, discovery documents (including requests, responses, and documents produced), subpoenas, and other papers in the above-captioned matter electronically as follows:

(1)    Documents that are to be served on the Plaintiff through their attorneys, Terrell Marshall Law Group PLLC and Rekhi & Wolk, P.S., shall be sent to each and every recipient listed below:

- Toby J. Marshall at            tmarshall@terrellmarshall.com
- Elizabeth A. Adams at       eadams@terrellmarshall.com
- Maria C. Hoisington-Bingham at    mhoisington@terrellmarshall.com
- Eden B. Nordby at           enordby@terrellmarshall.com

STIPULATION FOR ELECTRONIC SERVICE - 1
CASE NO. 17-2-23242-4 SEA

1          •     Holly Rota at                hrota@terrellmarshall.com

2          •     Hardeep S. Rekhi at          hardeep@rekhiwolk.com

3          •     Gregory A. Wolk at           greg@rekhiwolk.com

4          •     Zoe Kahn at                  zoe@rekhiwolk.com

5          (2)      Documents that are to be served on the Defendant through their attorneys,

6   Davis Wright Tremaine LLP and Sherman & Howard L.L.C, shall be sent to each and every

7   recipient listed below:

8          •     Jonathon Watson at        jwatson@shermanhoward.com

9          •     James S. Korte at           jkorte@shermanhoward.com

10         •     Katherine M. Edinger at    kedinger@shermanhoward.com

11         •     Lynn Z. Howell at          lhowell@shermanhoward.com

12         •     Michael J. Killeen at       mikekilleen@dwt.com

13         •     Joe Wonderly at           joewonderly@dwt.com

14         •     Cindy Lein at               cindylein@dwt.com

15         •     Lindsey Strickland at       lindseystrickland@dwt.com

16         (3)      The documents to be electronically served may be served as attachments to

17   the email or by including a link within the email to download the documents from a cloud

18   storage provider. If attached to an email, the documents attached to any one email shall not

19   exceed 15 MB. To avoid over-sized attachments, attachments may be broken into two or

20   more PDF files (if the parties have agreed to the specific production in PDF form) and multiple

21   emails can be used. The correct format for the partial files should identify the order of the

22   parts numerically or alphabetically.

23         (4)      The email must be sent and received between 8:00 a.m. PT and midnight PT.;

24   service made on a Saturday, Sunday, holiday, or after midnight PT on any other day shall be

25   deemed complete on 8:00 a.m. PT on the first judicial day thereafter.

26

27

STIPULATION FOR ELECTRONIC SERVICE - 2
CASE NO. 17-2-23242-4 SEA

1        (5)    The parties only agree to receive electronic service via email as set forth herein

2  and do not agree to receive service via facsimile.

3        (6)    This stipulation applies only to the above-referenced action and constitutes

4  each party's consent to be served electronically as indicated. Any party may revoke this

5  consent, so long as written notice is provided three court days in advance of such revocation.

6  Otherwise, this consent will remain in effect until the conclusion of this litigation.

7

8        RESPECTFULLY SUBMITTED AND DATED this 3rd day of October, 2017.

9

   TERRELL MARSHALL LAW GROUP PLLC     Davis Wright Tremaine LLP

10

11  By:  /s/ Toby J. Marshall, WSBA #32726    By: /s/ Michael J. Killeen, WSBA #32726

12     Toby J. Marshall, WSBA #32726        Michael J. Killeen, WSBA #7837
      Email: tmarshall@terrellmarshall.com    Email: mikekilleen@dwt.com

13     Maria Hoisington-Bingham, WSBA #51493  N. Joe Wonderly, WSBA #51925
      Email: mhoisington@terrellmarshall.com   Email: joewonderly@dwt.com

14     936 North 34th Street, Suite 300        1201 Third Ave, Suite 2200

15     Seattle, WA 98103-8869             Seattle, WA 98101
      Telephone: (206) 816-6603          Telephone: (206) 622-3150

16     Facsimile: (206) 319-5450           Facsimile: (206) 757-7700

17
     REKHI & WOLK, P.S.               Sherman & Howard LLC

18     Hardeep S. Rekhi, WSBA #34579       Jonathon Watson
      Email: hardeep@rekhiwolk.com        Email: jwatson@shermanhoward.com

19     Gregory A. Wolk, WSBA #28946        633 Seventeenth Street, Suite 3000
      Email: greg@rekhiwolk.com          Denver, CO 80202

20     529 Warren Avenue North, Suite 201    Telephone: (303) 299-8286

21     Seattle, Washington 98109          Facsimile: (303) 298-0940
      Telephone: (206) 388-5887

22     Facsimile: (206) 577-3924

23
   *Attorneys for Plaintiff*               *Attorneys for Defendant*

24

25

26

27

STIPULATION FOR ELECTRONIC SERVICE - 3
CASE NO. 17-2-23242-4 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

FILED

17 OCT 03 PM 2:46

THE HONORABLE VERONICA A. GALVAN
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

KURT SKAU, on behalf of himself and on behalf
of others similarly situated,

Plaintiff,

v.

JBS CARRIERS, INC., a Delaware corporation,

Defendant.

NO.  17-2-23242-4 SEA

**DECLARATION OF SERVICE**

I, Toby J. Marshall, declare and say as follows:

1.      I am a citizen of the United States and resident of the State of Washington, over the age of 18 years, not a party to the above-entitled action, and am competent to be a witness herein.  My business address is 936 North 34th Street, Suite 300, Seattle, Washington, 98103; telephone (206) 816-6603.

2.      On October 3, 2017, I caused true and correct copies of the following documents to be delivered to Defendant in the above-captioned matter, by the means indicated below:

- **Stipulation for Electronic Service; and**
- **[This] Declaration of Service.**

DECLARATION OF SERVICE - 1
Case No. 17-2-23242-4 SEA

1  Michael J. Killeen, WSBA #7837
   Email: mikekilleen@dwt.com
2  N. Joe Wonderly, WSBA #51925
   Email: joewonderly@dwt.com
3  Email: cindylein@dwt.com
   Email: lindseystrickland@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
5  1201 Third Ave, Suite 2200
   Seattle, Washington 98101
6  Telephone: (206) 622-3150
7  Facsimile: (206) 757-7700

8  Jonathon Watson
   Email: jwatson@shermanhoward.com
9  Email: jkorte@shermanhoward.com
10 Email: kedinger@shermanhoward.com
   Email: lhowell@shermandhoward.com
11 SHERMAN & HOWARD LLC
12 633 Seventeenth Street, Suite 3000
   Denver, CO 80202
13 Telephone: (303) 299-8286
   Facsimile: (303) 298-0940
14

15 *Attorneys for Defendant*

16        I declare under penalty of perjury under the laws of the State of Washington and the

17 United States that the foregoing is true and correct.

18        DATED this 3rd day of October, 2017.

19                              By:  /s/ Toby J. Marshall, WSBA #32726
20                                   Toby J. Marshall, WSBA #32726

21

☐ U.S. Mail, postage prepaid
☐ Hand Delivered via Messenger Service
☐ Overnight Courier
☐ Facsimile
☒ Electronic Mail
☒ Via the King County Electronic Filing
   Notification System

22

23

24

25

26

27

DECLARATION OF SERVICE - 2
CASE NO. 17-2-23242-4 SEA

Exh. B-9

FILED

17 OCT 03 PM 2:46

THE HONORABLE VERONICA A. GALVAN
KING COUNTY
Department 21
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

KURT SKAU, on behalf of himself and on behalf
of others similarly situated,

                 Plaintiff,

    v.

JBS CARRIERS, INC., a Delaware corporation,

                 Defendant.

NO.  17-2-23242-4 SEA

**DECLARATION OF SERVICE**

I, Toby J. Marshall, declare and say as follows:

    1.     I am a citizen of the United States and resident of the State of Washington, over the age of 18 years, not a party to the above-entitled action, and am competent to be a witness herein.  My business address is 936 North 34th Street, Suite 300, Seattle, Washington, 98103; telephone (206) 816-6603.

    2.     On October 3, 2017, I caused true and correct copies of the following documents to be delivered to Defendant in the above-captioned matter, by the means indicated below:

- **Stipulation for Electronic Service; and**
- **[This] Declaration of Service.**

DECLARATION OF SERVICE - 1
Case No. 17-2-23242-4 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Michael J. Killeen, WSBA #7837
   Email: mikekilleen@dwt.com
2  N. Joe Wonderly, WSBA #51925
   Email: joewonderly@dwt.com
3  Email: cindylein@dwt.com
   Email: lindseystrickland@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
5  1201 Third Ave, Suite 2200
   Seattle, Washington 98101
6  Telephone: (206) 622-3150
7  Facsimile: (206) 757-7700

8  Jonathon Watson
   Email: jwatson@shermanhoward.com
9  Email: jkorte@shermanhoward.com
10 Email: kedinger@shermanhoward.com
   Email: lhowell@shermandhoward.com
11 SHERMAN & HOWARD LLC
12 633 Seventeenth Street, Suite 3000
   Denver, CO 80202
13 Telephone: (303) 299-8286
   Facsimile: (303) 298-0940
14
15 *Attorneys for Defendant*
16         I declare under penalty of perjury under the laws of the State of Washington and the
17 United States that the foregoing is true and correct.
18         DATED this 3rd day of October, 2017.
19                                        By:  /s/ Toby J. Marshall, WSBA #32726
20                                             Toby J. Marshall, WSBA #32726
21
22
23
24
25
26
27

☐ U.S. Mail, postage prepaid
☐ Hand Delivered via Messenger Service
☐ Overnight Courier
☐ Facsimile
☒ Electronic Mail
☒ Via the King County Electronic Filing
    Notification System

DECLARATION OF SERVICE - 2
CASE NO. 17-2-23242-4 SEA

# Exh. B-10

FILED

17 OCT 05 PM 3:18

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated, | No. 17-2-23242-4 SEA |
| Plaintiff, | NOTICE OF FILING NOTICE OF REMOVAL |
| v. | |
| JBS CARRIERS, INC., a Delaware corporation, | |
| Defendant. | |

TO:     The Court and all counsel of record:

        PLEASE TAKE NOTICE that on October 5, 2017, Defendant JBS Carriers, Inc. filed a

Notice of Removal in the United States District Court for the Western District of Washington.

A true and correct copy of the Notice is attached as **Exhibit A**.

//

//

//

//

//

//

//

//

//

//

NOTICE OF FILING NOTICE OF REMOVAL - 1
4843-7384-9169v.1 0036800-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 5th day of October, 2017.
Davis Wright Tremaine LLP

By: */s/ Michael J. Killeen*
     Michael J. Killeen, WSBA # 7837
     N. Joseph Wonderly, WSBA # 51925
     1201 Third Avenue, Suite 2200
     Seattle, WA  98101-3045
     Telephone: 206-622-3150
     Fax: 206-757-7700
     E-mail: MikeKilleen@dwt.com
     E-mail: JoeWonderly@dwt.com


Sherman & Howard LLC

By: */s/ Jonathon Watson*
     Jonathon Watson (*Pro Hac Vice* pending)
     633 Seventeenth Street, Suite 3000
     Denver, Colorado 80202
     Telephone: 303-299-8286
     Fax: 303-298-0940
     E-mail: JWatson@shermanhoward.com


Attorneys for Defendant JBS Carriers, Inc.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## DECLARATION OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of

Washington that I am now and at all times herein mentioned, a citizen of the United States, a

resident of the state of Washington, over the age of eighteen years, not a party to or interested

in the above-entitled action, and competent to be a witness herein.

On this date I caused to be served in the manner noted below a copy of the document

entitled *NOTICE OF FILING NOTICE OF REMOVAL* on the following:

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP LLC<br>Toby J. Marshall, WSBA # 32726<br>Email: tmarshall@terrellmarshall.com<br>Maria Hoisington-Bingham, WSBA # 51493<br>Email: mhoisington@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: 206-816-6603<br>Facsimile: 206-319-5450 | ☐ Via Legal Messenger<br>☐ U.S. Mail, postage prepaid<br>☐ Federal Express<br>☐ Facsimile<br>☐ E-Serve Application<br>☒ Email |
| REKHI & WOLK, P.S.<br>Hardeep S. Rekhi, WSBA #34579<br>Email: Hardeep@rekhiwolk.com<br>Gregory A. Wolk, WSBA #28946<br>Email: greg@rekhiwolk.com<br>529 Warren Avenue North, Suite 201<br>Seattle, WA 98109<br>Telephone: (206) 388-5887<br>Facsimile: (206) 577-3924 | ☐ Via Legal Messenger<br>☐ U.S. Mail, postage prepaid<br>☐ Federal Express<br>☐ Facsimile<br>☐ E-Serve Application<br>☒ Email |

DATED this 5th day of October, 2017.


*/s/ Daniela Najera*_____
Daniela Najera, Legal Secretary

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

# Exhibit A-1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated, | No. |
| Plaintiff, | DEFENDANT JBS CARRIERS, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION |
| v. | |
| JBS CARRIERS, INC., a Delaware corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant JBS CARRIERS, INC. ("JBS") hereby removes this action from the Superior Court of the State of Washington in and for the County of King (the "Superior Court") to this Court based on diversity of citizenship jurisdiction pursuant to 28 U.S.C. § 1332 and supplemental jurisdiction under 28 U.S.C. § 1367. In support of its removal, JBS alleges as follows:

1. On September 5, 2017, plaintiff Kurt Skau commenced a civil action in King County Superior Court against JBS, King County Sup. Ct. No. 17-2-23242-4 SEA (the "Action"). Pursuant to Local Civil Rule 101(b), a copy of the operative complaint (the "Complaint" or "Cmplt.") is separately attached to this Notice as *Exhibit A*. Copies of all process, pleadings, and orders served on JBS, except the Complaint, are attached to this Notice

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

as ***Exhibit B***.  *See* 28 U.S.C. § 1446(a). The allegations of the Complaint are incorporated by reference without admitting the truth of any of them.

2.     As alleged in the Complaint, Plaintiff was employed by JBS from November 9, 2015 to May 5, 2017, which is approximately 77 weeks. Cmplt. ¶ 3.1. Plaintiff alleges five causes of action against JBS: (1) failure to provide Plaintiff paid rest periods as required under Washington law, RCW 49.12.020; (2) failure to pay Plaintiff the Washington Minimum Wage purportedly required by RCW 49.46.090; (3) failure to pay Plaintiff for overtime hours at one-and-a-half times the regular rate as required by RCW 49.46.130; (4) failure to pay Plaintiff for unpaid wages on termination in violation of RCW 49.48.010; and (5) willfully depriving Plaintiff of wages in violation of RCW 49.52.050.  Cmplt. ¶¶ 6.1-10.5.  Plaintiff seeks double damages under RCW 49.52.050 and 49.52.070 on his claims. Cmplt. ¶ 10.5. Plaintiff also seeks attorneys' fees under state law.  Cmplt. ¶¶ 9.4 and 10.5; *see also* Prayer for Relief.  Plaintiff is represented by Toby J. Marshall and Maria Hoisington-Bingham of Terrell Marshall Law Group PLLC, and Hardeep S. Rehki and Gregory A. Wolk of Rekhi & Wolk, P.S.

3.     On September 6, 2017, Plaintiff effected service of process on JBS by personal service on JBS' agent for service of process, Corporation Service Company.

4.     JBS is the only defendant and has been properly joined and served, and therefore, no other defendant must join this removal.  *See* 28 U.S.C. § 1446(b)(2)(A).

5.     This Notice is effected properly and timely pursuant to 28 U.S.C. § 1446(b)(1) because it is filed within 30 days after JBS was served with the Complaint in the Action.

6.     Notice of this removal will be given properly to Plaintiff and the Superior Court pursuant to 28 U.S.C. § 1446(d).

7.     JBS removes the claims of Plaintiff Skau in this Action pursuant to diversity jurisdiction under 28 U.S.C. § 1332(a), and JBS removes the claims of the remaining putative Plaintiffs pursuant to supplemental jurisdiction under 28 U.S.C. § 1367.

**Diversity of Citizenship Jurisdiction Regarding Plaintiff Skau**

8.     Diversity of citizenship jurisdiction is met as to Plaintiff Skau's claims because (a) the named Plaintiff is completely diverse from the named Defendant; and (b) upon information and belief, the amount in controversy for Plaintiff Skau's claims exceeds $75,000.

**Complete Diversity**

9.     *Plaintiff*.  JBS is informed and believes that the named Plaintiff is now, and was at the time the Action was commenced, a citizen of the State of Washington within the meaning of 28 U.S.C. § 1332(d)(2).  *See* Cmplt. ¶ 3.1 (alleging Plaintiff resides in the State of Washington).

10.     *Defendant JBS*.

a.     JBS is now, and was at the time the action was commenced, a citizen of a state other than Washington within the meaning of 28 U.S.C. § 1332(c)(1). That section provides that a corporation shall be deemed to be a citizen of every State by which it has been incorporated and of the State where it has its principal place of business. 28 U.S.C. § 1332(c)(1).  A corporation's principal place of business "refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010).

b.     JBS is now, and was at the time the action was commenced, incorporated in the State of Delaware.  Moreover, JBS' principal place of business is now, and was at the time this action was commenced, in the State of Colorado.  *See* Complaint ¶ 3.2. Specifically, JBS' headquarters is located at Greeley, Colorado.  *Id.* Accordingly, JBS is a citizen of the states of Delaware and Colorado.

11.     Therefore, Plaintiff is diverse from Defendant, and complete diversity is met.

**The Amount in Controversy Exceeds $75,000 on Plaintiff Skau's Claims**

12.     Without making an admission of liability or damages with respect to any aspect of this case, and without taking a position as to the proper legal test(s) applicable to Plaintiff's allegations, Defendant represents that it has a good faith belief that the amount placed in

NOTICE OF REMOVAL - 3
4843-3963-9377v.3 0036800-000002

controversy by Plaintiff's claims exceed the jurisdictional minimum under Section 1332(a). Defendant is not obliged to "research, state, and prove the plaintiff's claims for damages." *McCraw v. Lyons*, 863 F. Supp. 430. 434 (W.D. Ky. 1994). But Defendant can establish the amount in controversy by the allegations in the Complaint, or by setting forth facts in the notice of removal that demonstrate that the amount in controversy "more likely than not" exceeds the jurisdictional minimum. *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996). The District Court may consider whether it is facially apparent from the Complaint that the jurisdictional amount is in controversy. *Singer v. State Farm Mm. Auto Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997); *Conrad Assoc. v. Hartford Accident & Indent. Co.*, 994 F. Supp. 1196, 1198 (N.D. Cal. 1998). In addition to the contents of the removal petition, the Court considers "summary-judgment-type evidence relevant to the amount in controversy at the time of removal," such as affidavits or declarations. *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1117 (9th Cir. 2004); *Singer v. State Farm Mut. Auto Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997).

13.    "[T]he amount in controversy is simply an estimate of the total amount in dispute, not a prospective assessment of defendant's liability." *Lewis v. Verizon Comm., Inc.*, 627 F.3d 395, 400 (9th Cir. 2010). In measuring the amount in controversy, a court must assume that the allegations of the Complaint are true and that a jury will return a verdict for Plaintiff on all claims made in the Complaint. *Kenneth Rothschild Trust v. Morgan Stanley Dean Witter,* 199 F. Supp. 2d 993, 1001 (C.D. Cal. 2002). The ultimate inquiry is what amount is put "in controversy" by Plaintiff's complaint, not what Defendant will actually owe. *Rippee v. Boston Market Corp.,* 408 F. Supp. 2d 982, 986 (S.D. Cal. 2005); *see also Scherer v. Equitable Life Assurance Society of the United States,* 347 F.3d 394, 399 (2d Cir. 2003) (recognizing that the ultimate or provable amount of damages is not what is considered when determining the amount in controversy; rather, it is the amount put in controversy by the plaintiff's complaint).

14.    Defendant provides the below calculations only to demonstrate that the amount in controversy in this case easily exceeds the minimum amount in controversy for diversity

jurisdiction. As noted above, Defendant makes no admission of any liability or damages with respect to any aspect of this case, and takes no position as to the proper legal test(s) to be applied to Plaintiff's claims. Nor does Defendant waive its right to ultimately contest the proper amount of damages due, if any, should Plaintiff prevail with respect to any of his claims.

15. Here, Plaintiff seeks unpaid wages, double damages for the unpaid wages, and attorneys' fees. Cmplt. ¶¶ 6.1 to 10.5; Prayer for Relief. The amounts placed in controversy by those claims "exceeds the sum or value of $75,000." *See* 28 U.S.C. § 1332(a).

16. **Unpaid Wages:** Based on the allegations in the Complaint and using JBS' payroll data for Plaintiff Skau, JBS calculates the allegedly unpaid wages at issue by Plaintiff's claims is $26,824.33.

a. **Unpaid Overtime Wages:** Plaintiff alleges JBS failed to compensate him when he worked over 40 hours per week as required by RCW 49.46.130. *See* Cmplt. ¶¶ 7.1 to 7.5; 8.4. JBS estimates, based on Plaintiff's available Hours of Service Logs ("HOS Logs"), that Plaintiff worked an average of 49 hours per week. *See* Taylor Decl. ¶ 10, attached hereto as *Exhibit C*. Based on Plaintiff's gross pay over the same period divided by the average number of hours Plaintiff worked over that period, JBS estimates that Plaintiff's average hourly wage was approximately $25.81 per hour. *See* Taylor Decl. ¶ 8, attached hereto as *Exhibit C*. Thus, Plaintiff's overtime wage is approximately $38.72 per hour (1.5 times $25.81).

b. Assuming for purposes of removal that Plaintiff worked an average of 9 hours of overtime every week during his approximately 77 weeks of employment at JBS, Plaintiff would have worked a total of 693 overtime hours for which he was paid his regular hourly rate of $25.81, approximately $12.91 less than his overtime rate ($38.72 minus $25.81). Accordingly, Plaintiff has put $8,946.63 of alleged overtime compensation at issue (693 hours x $12.91 per hour =$8,946.63).

c. **Rest Periods:** Plaintiff also alleges that JBS failed to pay him and the putative class for ten-minute rest breaks every four hours worked. Cmplt. ¶¶ 5.7 to 5.9; 6.1 to 6.8. Plaintiff does not allege how many rest breaks JBS failed to pay. Assuming, for purposes

of removal, Plaintiff averaged 49 hours of work per week, Plaintiff would be entitled to 12 breaks per week (49 hours worked divided by 4 hours), and 924 breaks during the entirety of his employment (12 breaks per week x 77 weeks). Also, assuming Plaintiff worked 49 hours per week, the missed rest breaks, based on his allegations, would represent additional time worked and would be compensable at his overtime rate of $38.72 per hour. Based on that rate, Plaintiff could recover $6.50 per ten-minute rest break ($38.72 per hour divided by 6 equals approximately $6.45 per ten minute period). Thus, assuming Plaintiff was not paid for any rest breaks while employed by JBS, Plaintiff has put $5,959.80 of alleged unpaid rest period time at issue (924 allegedly missed breaks x $6.45 per break).

       d. **Off-the-Clock Work:** Plaintiff claims JBS required him to perform off-the-clock work without compensation. Cmplt. ¶ 5.4. The Complaint does not allege how many hours per week the plaintiff worked off the clock. Assuming, based on Plaintiff's available HOS Logs, and only for purposes of removal, Plaintiff worked off the clock for approximately three hours per week from November 9, 2015 to May 5, 2017, Plaintiff worked approximately 231 hours off the clock. *See* Taylor Decl. ¶ 9, attached hereto as ***Exhibit C***. Thus, applying Plaintiff's overtime[1] hourly rate of $38.72, Plaintiff has put $8,944.32 of alleged off-the-clock work time at issue ($38.72 per hour x 231 alleged hours worked).

       e. **Minimum Wage for Training and Orientation Work:** Plaintiff claims JBS did not pay minimum wage for time worked during driver orientation or driver training. Cmplt. ¶¶ 5.3, 7.1 to 7.5. With regard to orientation, Plaintiff claims he was not paid minimum wage for mandatory orientation. Cmplt. ¶ 5.3. Orientation typically ranges from 24 to 32 hours, depending on the driver. *See* McQuade Decl. ¶ 6, attached hereto as ***Exhibit D***. In 2015 – when Plaintiff began working for JBS – Washington's minimum wage was $9.47 per hour. Assuming Plaintiff did not receive minimum wage for the period in which he attended

---

[1] Assuming, again, that Plaintiff worked 49 hours per week and was entitled to overtime, the additional off-the-clock work hours, as alleged, would qualify as overtime.

NOTICE OF REMOVAL - 6
4843-3963-9377v.3 0036800-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

orientation, Plaintiff has put as much as $303.04 of alleged unpaid orientation time at issue (32 hours x $9.47 per hour).

        f.      With regard to driver training, Plaintiff alleges he did not receive at least minimum wage for 15,000 miles of driver training. Cmplt. ¶ 5.3. Based on Plaintiff's available HOS Log, JBS estimates for purposes of removal only that Plaintiff traveled approximately 53 miles per hour while working for JBS (10,410 miles driven divided by 195.53 hours). *See* Taylor Decl. ¶ 11, attached hereto as ***Exhibit C***. Assuming Plaintiff maintained that average during his training, Plaintiff spent approximately 282 hours completing his 15,000 miles of driver training (15,000 miles divided by 53 miles per hour). Thus, applying Washington's 2015 minimum wage, Plaintiff has put approximately $2,670.54 of alleged unpaid training time at issue ($9.47 per hour x 282 training hours).

        g.      **Total Amount at Issue for Alleged Unpaid Wages.** Based on the above calculations, JBS reasonably estimates that Plaintiff has placed $26,824.33 in unpaid wages at issue in this matter.

        17.      **Double Damages.** Plaintiff also seeks double damages under RCW 49.52.050, which allows an employee to recover an additional amount equal to the unpaid wages for willful violations. Cmplt. ¶¶ 10.1 to 10.5 & Prayer for Relief. Here, Plaintiff alleges that JBS' failure to pay the alleged rest periods, minimum wages, overtime wages, and final wages was willful and triggers the double-damages provision. *Id.* ¶¶ 10.1 to 10.5. Plaintiff therefore seeks an amount equal to the back wages allegedly owed—*i.e.*, an additional $26,824.33—as double damages. Adding that amount to the alleged unpaid wages portions brings the amount in controversy to $53,648.66.

        18.      **Attorneys' Fees**.

        a.      The Ninth Circuit has held that "where an underlying statute authorizes an award of attorney' fees, either with mandatory or discretionary language, such fees may be included in the amount in controversy." *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998). Courts have interpreted *Galt* to allow a removing defendant to add to the

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

amount in controversy a reasonable estimate of plaintiff's attorneys' fees likely to be incurred through the resolution of the case. *See, e.g.*, *Brady v. Mercedes-Benz USA, Inc.*, 243 F. Supp. 2d 1004, 1010-11 (N.D. Cal. 2002) ("[A] reasonable estimate of fees likely to be incurred to resolution is part of the benefit permissibly sought by the plaintiff and thus contributes to the amount in controversy."); *Simmons v. PCR Tech.*, 209 F. Supp. 2d 1029, 1034-35 (N.D. Cal. 2002) (Under *Galt*, "the measure of [attorneys'] fees should be the amount that can reasonably be anticipated at the time of removal, not merely those already incurred."). A court may look to "the amount of fees commonly incurred in similar litigation" to determine the reasonable fees likely to be incurred. *Brady*, 243 F. Supp. 2d at 1011.

b.    The statutes that underlie Plaintiff's wage-and-hour claims allow a successful plaintiff to recover his or her attorneys' fees, and plaintiff seeks those fees in the Complaint. Cmplt., Prayer for Relief, § E (seeking attorneys' fees); RCW 49.52.070 (allowing employee to recover attorneys' fees in connection with willfully withheld wages). Therefore, the amount in controversy here includes a reasonable estimate of Plaintiff's attorney fees.

c.    Plaintiff's attorneys' estimated fees would likely alone satisfy the amount in controversy requirement for diversity jurisdiction. For example, in two prior cases settled by Plaintiff's counsel, the Terrell Marshall Law Group, in the Western District of Washington, Mr. Marshall billed over $79,000 and $86,000, respectively, *before* a Notice of Removal was even filed. *See* Plaintiff's Attorney's Time Entries in *Helde v. Knight Transp., Inc.*, No. C12-0904RSL, 2016 U.S. Dist. LEXIS 56162 (W.D. Wash. Apr. 26, 2016) (Time sheet attached hereto as ***Exhibit E***); *Wilbur, et al. v. City of Mount Vernon, et al.*, C11-1100 RSL (W.D. Wash.) (April 2014) (Time sheet attached hereto as ***Exhibit F***). In fact, in *Wilbur*, all of plaintiffs' attorneys recorded a total of $136,000 in fees *before* the defendant filed a notice of removal (the $136,000 total includes Mr. Marshall's fees of $86,213 referenced above.) *See* Time Sheet Attached Hereto as ***Exhibit F***. Assuming Mr. Marshall and the three additional Plaintiffs' attorneys have recorded similar hours here, attorney's fees alone would

satisfy the amount in controversy requirements. Of course, Plaintiff's attorneys' fees will only increase as this matter is further litigated.

19.     **Conclusion**.  The calculations above demonstrate the amount in controversy far exceeds the $75,000 requirement.

<div align="center">

**Supplemental Jurisdiction**

</div>

20.     Because one Plaintiff's claims are properly before the Court under traditional diversity jurisdiction, the Court has supplemental jurisdiction over the remaining putative Plaintiffs' claims pursuant to 28 U.S.C. § 1367.  *See Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 559 (2005).

<div align="center">

**Venue and Intradistrict Assignment**

</div>

21.     Venue of this Action exists in this District pursuant to 28 U.S.C. § 1441(a) because the Superior Court is located within the District.  Moreover, the case is properly venued in the Seattle Division of this District because a substantial portion of the alleged events or omissions that give rise to Plaintiff's claims occurred in King County.  *See* L.C.R. 3(d); Cmplt. ¶ 2.2.

<div align="center">

***Conclusion***

</div>

22.     Plaintiff's Complaint is properly before this Court under diversity of citizenship jurisdiction and supplemental jurisdiction.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1    DATED this 5th day of October, 2017.

2                                          Davis Wright Tremaine LLP

3
                                           By:  /s/ Michael J. Killeen
4                                                Michael J. Killeen, WSBA # 7837
                                                 N. Joseph Wonderly, WSBA # 51925
5                                                1201 Third Avenue, Suite 2200
                                                 Seattle, WA  98101-3045
6                                                Telephone: 206-622-3150
                                                 Fax: 206-757-7700
7                                                E-mail: MikeKilleen@dwt.com
                                                 E-mail: JoeWonderly@dwt.com
8

9
                                           Sherman & Howard LLC
10
                                           By:  /s/ Jonathon Watson
11                                               Jonathon Watson (*Pro Hac Vice* application
                                                 forthcoming)
12                                               633 Seventeenth Street, Suite 3000
                                                 Denver, Colorado 80202
13                                               Telephone: 303-299-8286
                                                 Fax: 303-298-0940
14                                               E-mail: JWatson@shermanhoward.com
15

16   .
                                           Attorneys for Defendant JBS Carriers, Inc.
17

18

19

20

21

22

23

24

25

26

27

NOTICE OF REMOVAL - 10
4843-3963-9377v.3 0036800-000002

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the State of Washington that on October 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy of such filing to the following in the manner noted below:

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP LLC<br>Toby J. Marshall, WSBA # 32726<br>Email: tmarshall@terrellmarshall.com<br>Maria Hoisington-Bingham, WSBA # 51493<br>Email: mhoisington@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: 206-816-6603<br>Facsimile: 206-319-5450 | ☐ Via Legal Messenger<br>☐ U.S. Mail, postage prepaid<br>☐ Federal Express<br>☐ Facsimile<br>☐ E-Serve Application<br>☒ Email |
| REKHI & WOLK, P.S.<br>Hardeep S. Rekhi, WSBA #34579<br>Email: Hardeep@rekhiwolk.com<br>Gregory A. Wolk, WSBA #28946<br>Email: greg@rekhiwolk.com<br>529 Warren Avenue North, Suite 201<br>Seattle, WA 98109<br>Telephone: (206) 388-5887<br>Facsimile: (206) 577-3924 | ☐ Via Legal Messenger<br>☐ U.S. Mail, postage prepaid<br>☐ Federal Express<br>☐ Facsimile<br>☐ E-Serve Application<br>☒ Email |

DATED this 5th day of October 2017.

/s/ Daniela Najera
Daniela Najera, Legal Secretary

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# Exhibit A

FILED

17 SEP 05 PM 2:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated, | |
| Plaintiff, | NO. |
| v. | CLASS ACTION COMPLAINT FOR DAMAGES |
| JBS CARRIERS, INC., a Delaware corporation, | |
| Defendant. | |

Plaintiff Kurt Skau brings this action on his own behalf and on behalf of all others similarly situated and alleges as follows:

## I. INTRODUCTION

1.1     Nature of Action. Plaintiff Kurt Skau brings this class action against JBS Carriers, Inc. ("Defendant"). Defendant is a truckload transportation company that delivers goods throughout the United States, including the state of Washington. Plaintiff alleges Defendant has engaged in a common course of failing to compensate its Washington-based driver employees for the paid rest breaks to which they are entitled, failing to compensate driver employees for all hours of work, and failing to pay overtime wages.

## II. JURISDICTION AND VENUE

2.1     Jurisdiction. Defendant is within the jurisdiction of this Court. Defendant conducts business in Washington. Defendant hires drivers that reside in Washington and have

CLASS ACTION COMPLAINT FOR DAMAGES - 1

commercial driver's licenses issued by the state of Washington. Thus, Defendant has obtained the benefits of the laws of Washington as well as Washington's commercial and labor markets.

2.2      Venue. Venue is proper in King County because Defendant operates and transacts business in King County, and Plaintiff performed work for Defendant in King County.

2.3      Governing Law. The claims asserted on behalf of Plaintiff and Class members in this complaint are brought solely under state law causes of action and are governed exclusively by Washington law.

**III.  PARTIES**

3.1      Plaintiff Kurt Skau. Plaintiff worked for Defendant from approximately November 9, 2015 to May 5, 2017. Plaintiff worked as part of Defendant's Western Regional fleet and regularly transported goods within the western part of the United States, including the state of Washington. Plaintiff has a commercial driver's license issued by the state of Washington. During the duration of his employment, Plaintiff was a resident of Port Orchard, Washington. Plaintiff performed work for Defendant in King County, Washington.

3.2      Defendant JBS Carriers, Inc. Defendant is a Delaware corporation that is headquartered in Greeley, Colorado and does business in Washington. Defendant is an interstate and regional truckload transportation company that primarily transports meat and poultry products. Defendant maintains a fleet of over 600 trucks and 800 employees. Defendant's Western Regional fleet operates in the western part of the United States, including the state of Washington. Defendant recruits individuals who reside in Washington to work for the Western Regional fleet. Defendant has employed Plaintiff and hundreds of other Washington-based drivers and has exercised control over how and when those employees were paid.

CLASS ACTION COMPLAINT FOR DAMAGES - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## IV.  CLASS ACTION ALLEGATIONS

4.1     Class Definition. Under Civil Rule 23(a) and (b)(3), Plaintiff brings this case as a class action against Defendant on behalf of the class defined as follows (the "Class"):

> All current and former employees of JBS Carriers, Inc. who worked as drivers for the company while residing in the state of Washington at any time between September 5, 2014 and the date of final disposition of this action.

Excluded from the Class are any entity in which Defendant has a controlling interest or that has a controlling interest in Defendant, and Defendant's legal representatives, assignees, and successors. Also excluded are the judge to whom this case is assigned and any member of the judge's immediate family.

4.2     Numerosity. Plaintiff believes that more than one hundred persons have worked as driver employees for Defendant while based in Washington during the proposed class period. The Class members are so numerous that joinder of all members is impracticable. Moreover, the disposition of the claims of the Class in a single action will provide substantial benefits to all parties and the Court.

4.3     Commonality. There are numerous questions of law and fact common to Plaintiff and Class members. These questions include, but are not limited to, the following:

      a.      Whether Defendant has engaged in a common course of failing to pay Class members at no less than minimum wage for all hours spent in mandatory orientation and driver training;

      b.      Whether Defendant has engaged in a common course of failing to pay Class members at no less than minimum wage for all non-driving work performed;

      c.      Whether Defendant has engaged in a common course of failing to pay Class members overtime compensation for hours worked beyond 40 in a week;

CLASS ACTION COMPLAINT FOR DAMAGES - 3

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1          d.     Whether Defendant has engaged in a common course of failing to

2                    separately pay Class members for rest breaks, whether received or not;

3          e.     Whether Defendant has engaged in a common course of failing to keep

4                    true and accurate time records for all hours worked by Class members;

5          f.     Whether Defendant's failure to pay all wages owed to Class members

6                    was willful;

7          g.     Whether Defendant has violated RCW 49.12.020;

8          h.     Whether Defendant has violated WAC 296-126-092;

9          i.     Whether Defendant has violated RCW 49.46.090;

10         j.     Whether Defendant has violated RCW 49.46.130;

11         k.     Whether Defendant has violated WAC 296-128-012;

12         l.     Whether Defendant has violated RCW 49.46.040;

13         m.     Whether Defendant has violated WAC 296-128-010;

14         n.     Whether Defendant has violated WAC 296-128-011;

15         o.     Whether Defendant has violated WAC 296-128-020;

16         p.     Whether Defendant has violated WAC 296-126-040;

17         q.     Whether Defendant has violated WAC 296-126-050;

18         r.     Whether Defendant has violated RCW 49.48.010;

19         s.     Whether Defendant has violated RCW 49.52.050; and

20         t.     The nature and extent of Class-wide injury and the measure of

21                    compensation for such injury.

22      4.4     <u>Typicality.</u> Plaintiff's claims are typical of the claims of the Class. Plaintiff has

23 performed work for Defendant as a driver employee while residing in the state of Washington

24 and is thus a member of the Class. Plaintiff's claims, like the claims of the Class, arise out of

25 the same common course of conduct by Defendant and are based on the same legal and

26 remedial theories.

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    4.5    Adequacy.  Plaintiff will fairly and adequately protect the interests of the Class.

2  Plaintiff has retained competent and capable attorneys who have significant experience in

3  complex and class action litigation, including employment law. Plaintiff and his counsel are

4  committed to prosecuting this action vigorously on behalf of the Class and have the financial

5  resources to do so. Neither Plaintiff nor his counsel have interests that are contrary to or that

6  conflict with those of the Class.

7    4.6    Predominance.  Defendant has engaged in a common course of wage and hour

8  abuse toward Plaintiff and members of the Class. The common issues arising from this

9  conduct that affect Plaintiff and members of the Class predominate over any individual issues.

10  Adjudication of these common issues in a single action has important and desirable

11  advantages of judicial economy.

12    4.7    Superiority.  Plaintiff and Class members have suffered and will continue to

13  suffer harm and damages as a result of Defendant's unlawful and wrongful conduct. Absent a

14  class action, however, most Class members likely would find the cost of litigating their claims

15  prohibitive. Class treatment is superior to multiple individual suits or piecemeal litigation

16  because it conserves judicial resources, promotes consistency and efficiency of adjudication,

17  provides a forum for small claimants, and deters illegal activities. There will be no significant

18  difficulty in the management of this case as a class action. The Class members are readily

19  identifiable from Defendant's records.

20                          **V.  SUMMARY OF FACTUAL ALLEGATIONS**

21    5.1    Common Course of Conduct: Failure to Pay for All Hours of Work.  Defendant

22  has engaged in a common course of failing to pay Plaintiff and Class members for each hour

23  worked.

24    5.2    Defendant pays its drivers a piece rate for driving work—specifically, a certain

25  amount for each mile driven. Defendant also pays drivers a piece rate for certain other

26  activities.

27

CLASS ACTION COMPLAINT FOR DAMAGES - 5

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

5.3     Defendant has engaged in a common course of failing to pay Plaintiff and Class members at least minimum wage for all hours of work performed during mandatory orientation and driver training. Defendant requires new drivers to attend a mandatory orientation at Defendant's headquarters in Greeley, Colorado. Defendant pays drivers a set weekly rate for this orientation. Defendant also requires new drivers to complete at least 15,000 miles of driver training. Defendant pays drivers a set weekly rate for hours spent training.

5.4     Defendant has engaged in a common course of failing to pay Plaintiff and Class members at least minimum wage for all hours spent performing many work activities, including but not limited to pickups, deliveries, waiting and detention time, fueling, scaling, loading, washing and cleaning trailers and tractors, unloading, pre-trip and post-trip inspections, communicating with dispatch, completing paperwork, completing online training courses, assisting new driver orientation, transporting drivers to and from Defendant's facilities, and moving trailers at Defendant's facilities.

5.5     Defendant has engaged in a common course of encouraging Plaintiff and Class members to perform non-driving work activities while off the clock and in "off-duty" or "sleeper berth" status.

5.6     Defendant has had actual or constructive knowledge of the facts set forth in Paragraphs 5.1 through 5.5.

5.7     Common Course of Conduct: Failure to Provide Paid Rest Breaks.  Defendant has engaged in a common course of failing to provide Plaintiff and Class members with a paid ten-minute rest break for every four hours of work.

5.8     Defendant has engaged in a common course of failing to separately pay Class members for rest breaks, whether received or not, at their average hourly rate.

5.9     Defendant has had actual or constructive knowledge of the facts set forth in Paragraphs 5.7 through 5.8.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

5.10    <u>Common Course of Conduct: Failure to Pay Overtime Wages</u>. Defendant has engaged in a common course of failing to pay overtime wages to Plaintiff and Class members.

5.11    Defendant has engaged in a common course of failing to pay overtime wages to Plaintiff and Class members for hours worked in excess of forty hours per week. Defendant's piece-rate compensation system fails to pay drivers the reasonable equivalent of overtime pay.

5.12    Defendant has had actual or constructive knowledge of the facts set forth in Paragraphs 5.10 through 5.11.

5.13    <u>Common Course of Conduct: Failure to Maintain and Provide Accurate Wage Statements</u>.  Defendant has engaged in a common course of failing to keep true and accurate time records for all hours worked by Plaintiff and Class members.

5.14    Defendant has engaged in a common course of failing to provide proper payroll documents to Plaintiff and Class members.

5.15    Defendant has had actual or constructive knowledge of the facts set forth in Paragraphs 5.13 through 5.14.

**VI.  FIRST CLAIM FOR RELIEF**
**(Violations of RCW 49.12.020 and WAC 296-126-092 —**
**Failure to Provide Paid Rest Periods)**

6.1    Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

6.2    RCW 49.12.010 provides that "[t]he welfare of the state of Washington demands that all employees be protected from conditions of labor which have a pernicious effect on their health. The state of Washington, therefore, exercising herein its police and sovereign power declares that inadequate wages and unsanitary conditions of labor exert such pernicious effect."

CLASS ACTION COMPLAINT FOR DAMAGES - 7

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6.3     RCW 49.12.020 provides that "[i]t shall be unlawful to employ any person in any industry or occupation within the state of Washington under conditions of labor detrimental to their health."

6.4     Under RCW 49.12.005 and WAC 296-126-002, "conditions of labor" "means and includes the conditions of rest . . . periods" for employees.

6.5     WAC 296-126-092 provides that employees shall be allowed certain paid rest periods during their shifts.

6.6     Under Washington law, Defendant has an obligation to separately pay employees for each rest break to which they are entitled, regardless of whether the employees receive those rest breaks.

6.7     By the actions alleged above, Defendant has violated the provisions of RCW 49.12.020 and WAC 296-126-092.

6.8     As a result of the unlawful acts of Defendant, Plaintiff and members of the Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff and members of the Class are entitled to the recovery of such damages, including interest thereon, attorneys' fees under RCW 49.48.030, and costs.

### VII.  SECOND CLAIM FOR RELIEF
### (Violation of RCW 49.46.090 — Payment of Wages Less than Entitled)

7.1     Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

7.2     RCW 49.46.020 provides that every employer shall pay its employees not less than the minimum hourly wage in effect at the time the work is performed.

7.3     RCW 49.46.090 provides that "[a]ny employer who pays any employee less than wages to which such employee is entitled under or by virtue of [the Minimum Wage Act], shall be liable to such employee affected for the full amount of such wage rate, less any amount actually paid to such employee by the employer, and for costs and such reasonable attorney's fees as may be allowed by the court."

CLASS ACTION COMPLAINT FOR DAMAGES - 8

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

7.4     By the actions alleged above, Defendant has violated the provisions of RCW 49.46.090.

7.5     As a result of the unlawful acts of Defendant, Plaintiff and members of the Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff and members of the Class are entitled to the recovery of such damages, including interest thereon, as well as attorneys' fees and costs under RCW 49.46.090.

### VIII.  THIRD CLAIM FOR RELIEF
### (Violations of RCW 49.46.130 – Failure to Pay Overtime Wages)

8.1     Plaintiff realleges and incorporate by reference each and every allegation set forth in the preceding paragraphs.

8.2     RCW 49.46.130 provides that "no employer shall employ any of his employees for a workweek longer than 40 hours unless such employee receives compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed."

8.3     RCW 49.46.130 (f) excludes an individual employed as a truck or bus driver who is subject to the provisions of the Federal Motor Carrier Act (49 U.S.C. Sec. 3101 et seq. and 49 U.S.C. Sec. 10101 et seq.), if the compensation system under which the truck or bus driver is paid includes overtime pay, reasonably equivalent to that required by this subsection, for working longer than forty hours per week. Upon information and belief, Defendant did not employ a "reasonably equivalent" method to pay overtime to Plaintiff and Class members.

8.4     WAC 296-128-012 provides a method for compensating truck drivers for overtime pay. Defendant did not compensate Plaintiff and Class members for overtime hours worked.

8.5     By the actions alleged above, Defendant has violated the provisions of RCW 49.46.130.

8.6     As a result of the unlawful acts of Defendant, Plaintiff and members of the Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff

CLASS ACTION COMPLAINT FOR DAMAGES - 9

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

and members of the Class are entitled to recovery of such damages, including interest thereon, as well as attorneys' fees and costs under RCW 49.46.090.

### IX.  FOURTH CLAIM FOR RELIEF
### (Violation of RCW 49.48.010 — Unpaid Wages on Termination)

9.1     Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

9.2     RCW 49.48.010 provides that "[w]hen any employee shall cease to work for an employer, whether by discharge or by voluntary withdrawal, the wages due him or her on account of his or her employment shall be paid to him or her at the end of the established pay period." The statute further provides that "[i]t shall be unlawful for any employer to withhold or divert any portion of an employee's wages . . . ."

9.3     By the actions alleged above, Defendant has violated the provisions of RCW 49.48.010 by failing to pay wages to Plaintiff and Class members for rest breaks, by failing to pay wages to Plaintiff and Class members for all hours of work, and by failing to pay overtime wages to Plaintiff and Class members.

9.4     As a result of the unlawful acts of Defendant, Plaintiff and members of the Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff and members of the Class are entitled to the recovery of such damages, including interest thereon, attorneys' fees under RCW 49.48.030, and costs.

### X.  FIFTH CLAIM FOR RELIEF
### (Violation of RCW 49.52.050 — Willful Deprivation of Wages)

10.1     Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

10.2     RCW 49.52.050(2) provides that "[a]ny employer or officer, vice principal or agent of any employer . . . who . . . [w]ilfully and with intent to deprive the employee of any part of his or her wages, shall pay any employee a lower wage than the wage such employer is

CLASS ACTION COMPLAINT FOR DAMAGES - 10

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    obligated to pay such employee by any statute, ordinance, or contract" shall be guilty of a

2    misdemeanor.

3          10.3    Defendant's violations of RCW 49.12.020, WAC 296-126-092, RCW 49.46.090,

4    RCW 49.46.130, and RCW 49.48.010 as discussed above, were willful and constitute violations

5    of RCW 49.52.050.

6          10.4    RCW 49.52.070 provides that any employer who violates the provisions of RCW

7    49.52.050 shall be liable in a civil action for twice the amount of wages withheld, attorneys'

8    fees, and costs.

9          10.5    As a result of the willful, unlawful acts of Defendant, Plaintiff and members of

10   the Class have been deprived of compensation in amounts to be determined at trial and

11   Plaintiff and members of the Class are entitled to recovery of twice such damages, including

12   interest thereon, as well as attorneys' fees and costs under RCW 49.52.070.

13                              **XI.  PRAYER FOR RELIEF**

14         WHEREFORE, Plaintiff, on his own and on behalf of the members of the Class, prays for

15   judgment against Defendant as follows:

16         A.    Certify the proposed Class;

17         B.    Appoint Plaintiff as representative of the Class;

18         C.    Appoint the undersigned attorneys as counsel for the Class;

19         D.    Aware compensatory and exemplary damages to Plaintiff and Class members

20              for violation of Washington's wage and hour laws, in amounts to be proven at

21              trial;

22         E.    Award attorneys' fees and costs to Plaintiff and Class members, as allowed by

23              law;

24         F.    Award prejudgment and post-judgment interest to Plaintiff and Class members,

25              as provided by law;

26

27

CLASS ACTION COMPLAINT FOR DAMAGES - 11

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

G.     Permit Plaintiff and members of the Class leave to amend the complaint to conform to the evidence presented at trial; and

H.     Grant such other and further relief as the Court deems necessary, just, and proper.

RESPECTFULLY SUBMITTED AND DATED this 5th day of September, 2017.

TERRELL MARSHALL LAW GROUP PLLC


By:  /s/ Toby J. Marshall, WSBA #32726
     Toby J. Marshall, WSBA #32726
     Email:  tmarshall@terrellmarshall.com
     Maria Hoisington-Bingham, WSBA #51493
     Email:  mhoisington@terrellmarshall.com
     936 North 34th Street, Suite 300
     Seattle, Washington 98103-8869
     Telephone: (206) 816-6603
     Facsimile: (206) 319-5450

     REKHI & WOLK, P.S.
     Hardeep S. Rekhi, WSBA #34579
     Email:  hardeep@rekhiwolk.com
     Gregory A. Wolk, WSBA #28946
     Email:  greg@rekhiwolk.com
     529 Warren Avenue North, Suite 201
     Seattle, Washington 98109
     Telephone: (206) 388-5887
     Facsimile: (206) 577-3924

     *Attorneys for Plaintiff*

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# Exhibit B-1

FILED

17 SEP 05 PM 2:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

| | | |
|---|---|---|
| Kurt Skau | | NO. 17-2-23242-4 SEA |
| | Plaintiff(s), | ORDER SETTING CIVIL CASE SCHEDULE |
| vs. | | ASSIGNED JUDGE: Galvan, Veronica Alicea, Dept. 21 |
| JBS Carries, Inc. | | |
| | Respondent(s) | FILED DATE: 9/5/2017 |
| | | TRIAL DATE: 9/4/2018 |
| | | SCOMIS CODE: *ORSCS |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

## I. NOTICES

**NOTICE TO PLAINTIFF:** The Plaintiff may serve a copy of this **Order Setting Case Schedule** (*Schedule*) on the Defendant(s) along with the ***Summons and Complaint/Petition.*** Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the ***Summons and Complaint/Petition*** or (2) service of the Defendant's first response to the ***Complaint/Petition***, whether that response is a ***Notice of Appearance***, a response, or a Civil Rule 12 (CR 12) motion. The ***Schedule*** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**"I understand that I am required to give a copy of these documents to all parties in this case."**

| | |
|---|---|
| PRINT NAME | SIGN NAME |

## I. NOTICES (continued)

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this *Schedule*. In order to comply with the *Schedule*, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD PARTY COMPLAINTS:**
A filing fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of all parties and claims is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

 Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of all parties and claims is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING AND TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and cross-claims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $220 arbitration fee**. If a party seeks a trial de novo when an arbitration award is appealed, a fee of $250 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
**All** parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements and/or Local Civil Rule 41.

**King County Local Rules are available for viewing at www.kingcounty.gov/courts/clerk.**

## II. CASE SCHEDULE

| √ | CASE EVENTS | DATE |
|---|---|---|
| | Case Filed and Schedule Issued. | 9/5/2017 |
| √ | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [See KCLMAR2.1(a) and Notices on page 2]. **$220 Arbitration fee must be paid** | 2/13/2018 |
| √ | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [See KCLCR 4.2(a) and Notices on page 2] | 2/13/2018 |
| | **DEADLINE** for Hearing Motions to Change Case Assignment Area [KCLCR 82(e)] | 2/27/2018 |
| | **DEADLINE** for Disclosure of Possible Primary Witnesses [See KCLCR 26(k)] | 4/3/2018 |
| | **DEADLINE** for Disclosure of Possible Additional Witnesses [KCLCR 26(k)] | 5/15/2018 |
| | **DEADLINE** for Jury Demand [See KCLCR 38(b)(2)] | 5/29/2018 |
| | **DEADLINE** for Change in Trial Date [See KCLCR 40(e)(2)] | 5/29/2018 |
| | **DEADLINE** for Discovery Cutoff [See KCLCR 37(g)] | 7/17/2018 |
| | **DEADLINE** for Engaging in Alternative Dispute Resolution [See KCLCR16(b)] | 8/7/2018 |
| | **DEADLINE** for Exchange Witness & Exhibit Lists & Documentary Exhibits [See KCLCR 4(j)] | 8/14/2018 |
| √ | **DEADLINE** to file Joint Confirmation of Trial Readiness [See KCLCR 16(a)(1)] | 8/14/2018 |
| | **DEADLINE** for Hearing Dispositive Pretrial Motions [See KCLCR 56;CR56] | 8/21/2018 |
| √ | Joint Statement of Evidence [See KCLCR 4(k)] | 8/28/2018 |
| | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusion of Law with the Clerk) | 8/28/2018 |
| | Trial Date [See KCLCR 40] | 9/4/2018 |

The √ indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.

## III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above. Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance. It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.

DATED:    9/5/2017

_____
PRESIDING JUDGE

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule. The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:** If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:** Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**CASE SCHEDULE AND REQUIREMENTS:** Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

### A. Joint Confirmation regarding Trial Readiness Report
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g., interpreters, equipment).

The Joint Confirmation Regarding Trial Readiness form is available at www.kingcounty.gov/courts/scforms. If parties wish to request a CR 16 conference, they must contact the assigned court. Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding the report.

### B. Settlement/Mediation/ADR
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand. Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held. FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

### C. Trial
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court. The Friday before trial, the parties should access the court's civil standby calendar on the King County Superior Court website www.kingcounty.gov/courts/superiorcourt to confirm the trial judge assignment.

## MOTIONS PROCEDURES

### A. Noting of Motions

**Dispositive Motions:** All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge. The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules. Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Non-dispositive Motions:** These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered. All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the

Note for Motion should state "Without Oral Argument." Local Civil Rule 7 governs these motions, which include discovery motions. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge. All other motions should be noted and heard on the Family Law Motions calendar. Local Civil Rule 7 and King County Family Law Local Rules govern these procedures. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

**Emergency Motions:** Under the court's local civil rules, emergency motions will usually be allowed only upon entry of an Order Shortening Time. However, some emergency motions may be brought in the Ex Parte and Probate Department as expressly authorized by local rule. In addition, discovery disputes may be addressed by telephone call and without written motion, if the judge approves in advance.

**B. Original Documents/Working Copies/ Filing of Documents: All original documents must be filed with the Clerk's Office.** Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court. The exceptions to the e-filing requirement are also available on the Clerk's Office website. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge. The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom. Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator. Working copies can be submitted through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk/documents/eWC.

**Service of documents:** Pursuant to Local General Rule 30(b)(4)(B), e-filed documents shall be electronically served through the e-Service feature within the Clerk's eFiling application. Pre-registration to accept e-service is required. E-Service generates a record of service document that can be e-filed. Please see the Clerk's office website at www.kingcounty.gov/courts/clerk/documents/efiling regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion. **Do not file the original of the proposed order with the Clerk of the Court.** Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order. The court may distribute orders electronically. Review the judge's website for information: www.kingcounty.gov/courts/SuperiorCourt/judges.

**Presentation of Orders for Signature:** All orders must be presented to the assigned judge or to the Ex Parte and Probate Department, in accordance with Local Civil Rules 40 and 40.1. Such orders, if presented to the Ex Parte and Probate Department, shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). If the assigned judge is absent, contact the assigned court for further instructions. If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the Ex Parte and Probate Department.** Such orders shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department. **If final order and/or formal proof are entered in the Ex Parte and Probate Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**
Pursuant to Local Civil Rule 7(b)(5)(B), the initial motion and opposing memorandum shall not exceed 4,200 words and reply memoranda shall not exceed 1,750 words without authorization of the court. The word count includes all portions of the document, including headings and footnotes, except 1) the caption; 2) table of contents and/or authorities, if any; and 3): the signature block. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

*IT IS SO ORDERED.  FAILURE TO COMPLY WITH THE PROVISIONS  OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS.  PLAINTIFF/PEITITONER  SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.*

_____
**PRESIDING JUDGE**

# Exhibit B-2

FILED

17 SEP 05 PM 2:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT OF WASHINGTON
COUNTY OF KING

Kurt Skau

VS

JBS Carries, Inc.

NO.  17-2-23242-4 SEA

CASE INFORMATION COVER SHEET
AND AREA DESIGNATION

CAUSE OF ACTION

**(MSC) -**    OTHER COMPLAINT/PETITION (MSC 2)

AREA DESIGNATION

**SEATTLE -**    Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.

# Exhibit B-3

**FILED**

17 SEP 05 PM 2:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated, | NO. |
| Plaintiff, | SUMMONS (20 DAY) |
| v. | |
| JBS CARRIERS, INC., a Delaware corporation, | |
| Defendant. | |

TO:     JBS CARRIERS, INC.:

A lawsuit has been started against you in the above-entitled court by the Plaintiff.  The Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice.  A default judgment is one where the Plaintiff is entitled to what has been asked for because you have not responded.  If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that Plaintiff file this lawsuit with the Court.  If you do so, the demand must be in writing and must be served upon the Plaintiff.  Within fourteen (14) days

SUMMONS (20 DAY) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   after you serve the demand, the Plaintiff must file this lawsuit with the Court, or the service

2   on you of this Summons and Complaint will be void.

3          If you wish to seek the advice of an attorney in this matter, you should do so promptly

4   so that your written response, if any, may be served on time.

5          THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

6   State of Washington.

7          RESPECTFULLY SUBMITTED AND DATED this 5th day of September, 2017.

8                              TERRELL MARSHALL LAW GROUP PLLC

9

10                             By:  /s/ Toby J. Marshall, WSBA #32726
                                    Toby J. Marshall, WSBA #32726
11                                  Email:  tmarshall@terrellmarshall.com
                                    Maria Hoisington-Bingham, WSBA #51493
12                                  Email:  mhoisington@terrellmarshall.com
                                    936 North 34th Street, Suite 300
13                                  Seattle, Washington 98103-8869
                                    Telephone: (206) 816-6603
14                                  Facsimile: (206) 319-5450
15

16                                  REKHI & WOLK, P.S.
                                    Hardeep S. Rekhi, WSBA #34579
17                                  Email:  hardeep@rekhiwolk.com
                                    Gregory A. Wolk, WSBA #28946
18                                  Email:  greg@rekhiwolk.com
                                    529 Warren Avenue North, Suite 201
19                                  Seattle, Washington 98109
                                    Telephone: (206) 388-5887
20                                  Facsimile: (206) 577-3924
21

22                                  *Attorneys for Plaintiff*

23

24

25

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# Exhibit B-4



FILED

17 SEP 13 PM 2:36

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| KURT SKAU, ON BEHALF OF HIMSELF AND ON BEHALF OF OTHERS SIMILARLY SITUATED | Cause No.: **17-2-23242-4 SEA** <br> Hearing Date: |
| Plaintiff/Petitioner | |
| vs. | **AFFIDAVIT OF SERVICE OF** |
| **JBS CARRIERS, INC., A DELAWARE CORPORATION** | **SUMMONS; CLASS ACTION COMPLAINT FOR DAMAGES; CASE ASSIGNMENT AREA DESIGNATION AND CASE INFORMATION COVER SHEET; ORDER SETTING CIVIL** |
| Defendant/Respondent | **CASE SCHEDULE; CASE INFORMATION COVER SHEET AND AREA DESIGNATION; PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **6th day of September, 2017** at **1:23 PM** at the address of **1560 BROADWAY SUITE 2090, DENVER, Denver County, CO 80202**; this declarant served the above described documents upon **JBS CARRIERS, INC., A DELAWARE CORPORATION c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Kurt Plender** , **CLERK, PERSON AUTHORIZED TO ACCEPT**, who accepted service, with identity confirmed by physical description, a gray-haired white male approx. 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs..
No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: **Terrell Marshall & Daudt, PLLC**
Ref #: **2092-001**

Tracking #: **0018977946**

| PLAINTIFF/PETITIONER: KURT SKAU, ON BEHALF OF HIMSELF AND ON BEHALF OF OTHERS SIMILARLY SITUATED | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: JBS CARRIERS, INC., A DELAWARE CORPORATION | 17-2-23242-4 SEA |

Service Fee Total: **$ 167.50**

DATED this _____ day of _____, 20 ___

_____

**Megan Grimes**

Subscribed and Sworn to before me this ___ day of _____, 20___.

_____

NOTARY PUBLIC in and for the State of **Colorado**

Residing at: _____

My commission expires _____

LYNNE A. GRIMES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034027345
MY COMMISSION EXPIRES SEPTEMBER 22, 2019

**ORIGINAL PROOF OF SERVICE**
PAGE 2 OF 2

For: **Terrell Marshall & Daudt, PLLC**
Ref #: 2092-001

Tracking #: **0018977946**

# Exhibit B-5

FILED

17 SEP 05 PM 2:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

# KING COUNTY SUPERIOR COURT

## CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET
## (CICS)

Pursuant to King County Code 4A.630.060, a faulty document fee of $15 may be assessed to new case filings missing this sheet.

**CASE NUMBER:** _____

(Provided by the Clerk)

**CASE CAPTION:** _Kurt Skau v. JBS Carriers, Inc._____
(New case: Print name of person starting case **vs.** name of person or agency you are filing against.)
(When filing into an existing family law case, the case caption remains the same as the original filing.)

Please mark one of the boxes below:

☒    **Seattle Area**, defined as:

> All of King County north of Interstate 90 and including all of the Interstate 90 right-of-way; all the cities of Seattle, Mercer Island, Bellevue, Issaquah and North Bend; and all of Vashon and Maury Islands.

☐    **Kent Area,** defined as:

> All of King County south of Interstate 90 except those areas included in the Seattle Case Assignment Area.

I certify that this case meets the case assignment criteria, described in King County LCR 82(e).

/s/ Toby J. Marshall, WSBA #32726_____          _____09/05/2017_____
Signature of Attorney          WSBA Number          Date

or

_____          _____
Signature of person who is starting case          Date

936 North 34th Street, Suite 300, Seattle, Washington 98103_____
Address, City, State, Zip Code of person who is starting case if not represented by attorney

# KING COUNTY SUPERIOR COURT
## CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET

# CIVIL
Please check the category that best describes this case.

**APPEAL/REVIEW**

☐ Administrative Law Review (ALR 2)*

(Petition to the Superior Court for review of rulings made by state administrative agencies.( e.g. DSHS Child Support, Good to Go passes, denial of benefits from Employment Security, DSHS, L & I))

☐ DOL Revocation (DOL 2)*

(Appeal of a DOL revocation Implied consent-Test refusal ONLY.) RCW 46.20.308(9)

**CONTRACT/COMMERCIAL**

☐ Breach of Contract (COM 2)*

(Complaint involving money dispute where a breach of contract is involved.)

☐ Commercial Contract (COM 2)*

(Complaint involving money dispute where a contract is involved.)

☐ Commercial Non-Contract (COL 2)*

(Complaint involving money dispute where no contract is involved.)

☐ Third Party Collection (COL 2)*

(Complaint involving a third party over a money dispute where no contract is involved.)

**JUDGMENT**

☐ Abstract, Judgment, Another County (ABJ 2)

(A certified copy of a judgment docket from another Superior Court within the state.)

☐ Confession of Judgment (MSC 2)*

(The entry of a judgment when a defendant admits liability and accepts the amount of agreed-upon damages but does not pay or perform as agreed upon.)

☐ Foreign Judgment (from another State or Country) (FJU 2)

(Any judgment, decree, or order of a court of the United States, or of any state or territory, which is entitled to full faith and credit in this state.)

☐ Tax Warrant or Warrant (TAX 2)

(A notice of assessment by a state agency or self-insured company creating a judgment/lien in the county in which it is filed.)

☐ Transcript of Judgment (TRJ 2)

(A certified copy of a judgment from a court of limited jurisdiction (e.g. District or Municipal court) to a Superior Court.)

Civil-CICS   Revised 6/2016

**PROPERTY RIGHTS**

☐ Condemnation/Eminent Domain (CON 2)*

(Complaint involving governmental taking of private property with payment, but not necessarily with consent.)

☐ Foreclosure (FOR 2)*

(Complaint involving termination of ownership rights when a mortgage or tax foreclosure is involved, where ownership is not in question.)

☐ Land Use Petition (LUP 2)*

(Petition for an expedited judicial review of a land use decision made by a local jurisdiction.) RCW 36.70C.040

☐ Property Fairness (PFA 2)*

(Complaint involving the regulation of private property or restraint of land use by a government entity brought forth by Title 64.)

☐ Quiet Title (QTI 2)*

(Complaint involving the ownership, use, or disposition of land or real estate other than foreclosure.)

☐ Residential Unlawful Detainer (Eviction) (UND 2)

(Complaint involving the unjustifiable retention of lands or attachments to land, including water and mineral rights.)

☐ Non-Residential Unlawful Detainer (Eviction) (UND 2)

(Commercial property eviction.)

**OTHER COMPLAINT/PETITION**

☐ Action to Compel/Confirm Private Binding Arbitration (MSC 2)

(Petition to force or confirm private binding arbitration.)

☐ Bond Justification (MSC 2)

(Bail bond company desiring to transact surety bail bonds in King County facilities.)

☐ Change of Name (CHN 5)

(Petition for name change, when domestic violence/antiharassment issues require confidentiality.)

☐ Certificate of Rehabilitation (MSC 2)

(Petition to restore civil and political rights.)

☐ Certificate of Restoration of Opportunity (MSC 2)

(Establishes eligibility requirements for certain professional licenses)

☐ Civil Commitment (sexual predator) (PCC 2)

(Petition to detain an individual involuntarily.)

☐ Deposit of Surplus Funds (MSC 2)

(Deposit of extra money from a foreclosure after payment of expenses from sale and obligation secured by the deed of trust.)

☐ Emancipation of Minor (EOM 2)

(Petition by a minor for a declaration of emancipation.)

☐ Foreign Subpoena (MSC 2)

(To subpoena a King County resident or entity for an out of state case.)

☐ Frivolous Claim of Lien (MSC 2)

(Petition or Motion requesting a determination that a lien against a mechanic or materialman is excessive or unwarranted.)

☐ Injunction (INJ 2)*

(Complaint/petition to require a person to do or refrain from doing a particular thing.)

☐ Interpleader (MSC 2)

(Petition for the deposit of disputed earnest money from real estate, insurance proceeds, and/or other transaction(s).)

☐ Malicious Harassment (MHA 2)*

(Suit involving damages resulting from malicious harassment.) RCW 9a.36.080

☐ Non-Judicial Filing (MSC 2)

(See probate section for TEDRA agreements. To file for the record document(s) unrelated to any other proceeding and where there will be no judicial review.)

☒ Other Complaint/Petition (MSC 2)*

(Filing a Complaint/Petition for a cause of action not listed.)

☐ Public records Act (PRA 2)*
(Actions filed under RCW 42.56.)

☐ Receivership (MSC 2)

(The process of appointment by a court of a receiver to take custody of the property, business, rents and profits of a party to a lawsuit pending a final decision on disbursement or an agreement.)

☐ Relief from Duty to Register (RDR2)

(Petition seeking to stop the requirement to register.)

☐ Restoration of Firearm Rights (RFR 2)

(Petition seeking restoration of firearms rights under RCW 9.41.040 and 9.41.047.)

☐ School District-Required Action Plan (SDR 2)

(Petition filed requesting court selection of a required action plan proposal relating to school academic performance.)

☐ Seizure of Property from the Commission of a Crime-Seattle (SPC 2)*

(Seizure of personal property which was employed in aiding, abetting, or commission of a crime, from a defendant after conviction.)

☐ Seizure of Property Resulting from a Crime-Seattle (SPR 2)*

(Seizure of tangible or intangible property which is the direct or indirect result of a crime, from a defendant following criminal conviction. (e.g., remuneration for, or contract interest in, a depiction or account of a crime.))

☐ Structured Settlements- Seattle (MSC 2)

(A financial or insurance arrangement whereby a claimant agrees to resolve a personal injury tort claim by receiving periodic payments on an agreed schedule rather than as a lump sum.)

☐ Vehicle Ownership (MSC 2)*

(Petition to request a judgment awarding ownership of a vehicle.)

**TORT, ASBESTOS**
☐ Personal Injury (PIN 2)*

(Complaint alleging injury resulting from asbestos exposure.)

☐ Wrongful Death (WDE 2)*

(Complaint alleging death resulting from asbestos exposure.)

**TORT, MEDICAL MALPRACTICE**

☐ Hospital  (MED 2)*

(Complaint involving injury or death resulting from a hospital.)

☐ Medical Doctor (MED 2)*

(Complaint involving injury or death resulting from a medical doctor.)

☐ Other Health care Professional (MED 2)*

(Complaint involving injury or death resulting from a health care professional other than a medical doctor.)

**TORT, MOTOR VEHICLE**

☐ Death (TMV 2)*

(Complaint involving death resulting from an incident involving a motor vehicle.)

☐ Non-Death Injuries (TMV 2)*

(Complaint involving non-death injuries resulting from an incident involving a motor vehicle.)

☐ Property Damages Only (TMV 2)*

(Complaint involving only property damages resulting from an incident involving a motor vehicle.)

☐ Victims Vehicle Theft (VVT 2)*

(Complaint filed by a victim of car theft to recover damages.)  RCW 9A.56.078

**TORT, NON-MOTOR VEHICLE**

☐ Implants (PIN 2)

☐ Other Malpractice (MAL 2)*

(Complaint involving injury resulting from other than professional medical treatment.)

☐ Personal Injury (PIN 2)*

(Complaint involving physical injury not resulting from professional medical treatment, and where a motor vehicle is not involved.)

☐ Products Liability (TTO 2)*

(Complaint involving injury resulting from a commercial product.)

☐ Property Damages (PRP 2)*

(Complaint involving damage to real or personal property excluding motor vehicles.)

☐ Property Damages-Gang (PRG 2)*

(Complaint to recover damages to property related to gang activity.)

☐ Tort, Other (TTO 2)*

(Any other petition not specified by other codes.)

☐ Wrongful Death (WDE 2)*

(Complaint involving death resulting from other than professional medical treatment.)

**WRIT**

☐ Habeas Corpus (WHC 2)

(Petition for a writ to bring a party before the court.)

☐ Mandamus (WRM 2)**

(Petition for writ commanding performance of a particular act or duty.)

☐ Review (WRV 2)**

(Petition for review of the record or decision of a case pending in the lower court; does not include lower court appeals or administrative law reviews.)

* The filing party will be given an appropriate case schedule at time of filing.
** Case schedule will be issued after hearing and findings.

Civil-CICS   Revised 6/2016

# Exhibit B-6

FILED

17 SEP 21 PM 2:14

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT OF THE STATE OF WASHINGTON
KING COUNTY

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated, | Case No. 17-2-23242-4 SEA |
| Plaintiff, | NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT JBS CARRIERS, INC. |
| v. | |
| JBS CARRIERS, INC., a Delaware corporation | |
| Defendant. | |

TO:      CLERK OF THE COURT

AND TO:    Plaintiff KURT SKAU

AND TO:    TOBY J. MARSHALL, MARIA HOISINGTON-BINGHAM, HARDEEP S. REKHI and GREGORY A. WOLK plaintiff's attorneys.

YOU AND EACH OF YOU will please take notice that Michael J. Killeen of Davis Wright Tremaine LLP and Jonathon Watson of Sherman & Howard, who will submit an appropriate pro hac vice motion, hereby appear as co-counsel on behalf of Defendant JBS Carriers, Inc., in the above-entitled action, and request that all further papers and pleadings in this matter, except original process, be served upon the undersigned attorneys at their address below stated.

NOTICE OF APPEARANCE - 1
4828-8264-5584v.1 0050033-000295

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 21st day of September 2017.

Davis Wright Tremaine LLP

By: *[signature]*
Michael J. Killeen, WSBA # 7837
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: 206-622-3150
Fax: 206-757-7700
E-mail:  MikeKilleen@dwt.com

Attorneys for Defendant JBS Carriers, Inc.

Sherman & Howard LLC

Jonathon Watson,
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Telephone: 303-299-8286
Fax: 303-298-0940
E-mail:  JWatson@shermanhoward.com

Co-counsel for Defendant JBS Carriers, Inc.

1                                       **CERTIFICATE OF SERVICE**

2         I hereby declare under penalty of perjury under the laws of the State of Washington and

3 the United States that, on the date indicated below, I electronically filed the foregoing

4 document with the Clerk of the Court using the ECF system and will provide a copy of such

5 filing to the following:

6     **Via Legal Messenger**

7         TERRELL MARSHALL LAW GROUP LLC
        Toby J. Marshall, WSBA # 32726
8         Email: tmarshall@terrellmarshall.com
        Maria Hoisington-Bingham, WSBA # 51493
9         Email: mhoisington@terrellmarshall.com
        936 North 34th Street, Suite 300
10        Seattle, Washington 98103-8869
        Telephone: 206-816-6603
11        Facsimile: 206-319-5450

12        REKHI & WOLK, P.S.
        Hardeep S. Rekhi, WSBA #34579
13        Email: Hardeep@rekhiwolk.com
        Gregory A. Wolk, WSBA #28946
14        Email: greg@rekhiwolk.com
        529 Warren Avenue North, Suite 201
15        Seattle, WA 98109
        Telephone: (206) 388-5887
16        Facsimile: (206) 577-3924

17     DATED this 21st day of September 2017.

18                             *Lindsey Strickland*
19                             Lindsey Strickland
                            Davis Wright Tremaine LLP
20                             1201 Third Avenue, Suite 2200
                            Seattle, WA 98101-3045
21                             P: 206-622-3150
                            F: 206-757-7700
22                             Email: lindseystrickland@dwt.com

23

# Exhibit A-2

# Exhibit B-7

FILED

17 OCT 02 PM 1:43

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT OF THE STATE OF WASHINGTON
KING COUNTY

KURT SKAU, on behalf of himself and on
behalf of others similarly situated,

                Plaintiff,

    v.

JBS CARRIERS, INC., a Delaware corporation

                Defendant.

Case No. 17-2-23242-4 SEA

NOTICE OF APPEARANCE
ON BEHALF OF DEFENDANT JBS
CARRIERS, INC.

TO:      CLERK OF THE COURT

AND TO:   Plaintiff KURT SKAU

AND TO:   TOBY J. MARSHALL, MARIA HOISINGTON-BINGHAM, HARDEEP S.
           REKHI and GREGORY A. WOLK plaintiff's attorneys.

YOU AND EACH OF YOU will please take notice that N. Joseph Wonderly of Davis Wright

Tremaine LLP, hereby joins Michael J. Killeen of Davis Wright Tremaine LLP and Jonathon

Watson of Sherman & Howard and appears as co-counsel on behalf of Defendant JBS Carriers,

Inc., in the above-entitled action, and requests that all further papers and pleadings in this

matter, except original process, be served upon him at the address below stated.

NOTICE OF APPEARANCE - 1
4816-4276-1809v.1 0036800-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206 622 3150 main  206 757 7700 fax

DATED this 2nd day of October 2017.

1

2                                    Davis Wright Tremaine LLP

3                                    By:

                                        N. Joseph Wonderly, WSBA #51925

4                                        1201 Third Avenue, Suite 2200

                                        Seattle, WA 98101-3045

5                                        Telephone: 206-757-8286

                                        Fax: 206-757-7286

6                                        E-mail: JoeWonderly@dwt.com

7                                    Co-counsel for Defendant JBS Carriers, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206 622 3150 main  206 757 7700 fax

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington and the United States that, on the date indicated below, I electronically filed the foregoing document with the Clerk of the Court using the ECF system and will provide a copy of such filing to the following:

**Via Legal Messenger**

TERRELL MARSHALL LAW GROUP LLC
Toby J. Marshall, WSBA # 32726
Email: tmarshall@terrellmarshall.com
Maria Hoisington-Bingham, WSBA # 51493
Email: mhoisington@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: 206-816-6603
Facsimile: 206-319-5450

REKHI & WOLK, P.S.
Hardeep S. Rekhi, WSBA #34579
Email: Hardeep@rekhiwolk.com
Gregory A. Wolk, WSBA #28946
Email: greg@rekhiwolk.com
529 Warren Avenue North, Suite 201
Seattle, WA 98109
Telephone: (206) 388-5887
Facsimile: (206) 577-3924

DATED this 2nd day of October 2017.

Daniela Najera,
Legal Secretary to N. Joseph Wonderly

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206 622 3150 main  206 757 7700 fax

# Exhibit B-8

FILED

17 OCT 03 PM 2:46

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

THE HONORABLE VERONICA A. GALVAN
Department 21

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

KURT SKAU, on behalf of himself and on behalf
of others similarly situated,

Plaintiff,

v.

JBS CARRIERS, INC., a Delaware corporation,

Defendant.

NO.  17-2-23242-4 SEA

**STIPULATION FOR ELECTRONIC SERVICE**

Pursuant to CR 5(b)(7), the parties, by and through the undersigned counsel of record, stipulate and agree to accept service of all court filings, discovery documents (including requests, responses, and documents produced), subpoenas, and other papers in the above-captioned matter electronically as follows:

(1)    Documents that are to be served on the Plaintiff through their attorneys, Terrell Marshall Law Group PLLC and Rekhi & Wolk, P.S., shall be sent to each and every recipient listed below:

- Toby J. Marshall at                    tmarshall@terrellmarshall.com
- Elizabeth A. Adams at              eadams@terrellmarshall.com
- Maria C. Hoisington-Bingham at    mhoisington@terrellmarshall.com
- Eden B. Nordby at                    enordby@terrellmarshall.com

STIPULATION FOR ELECTRONIC SERVICE - 1
CASE No. 17-2-23242-4 SEA

1      •    Holly Rota at                          hrota@terrellmarshall.com

2      •    Hardeep S. Rekhi at                     hardeep@rekhiwolk.com

3      •    Gregory A. Wolk at                      greg@rekhiwolk.com

4      •    Zoe Kahn at                             zoe@rekhiwolk.com

5          (2)    Documents that are to be served on the Defendant through their attorneys,

6   Davis Wright Tremaine LLP and Sherman & Howard L.L.C, shall be sent to each and every

7   recipient listed below:

8      •    Jonathon Watson at                      jwatson@shermanhoward.com

9      •    James S. Korte at                       jkorte@shermanhoward.com

10     •    Katherine M. Edinger at                 kedinger@shermanhoward.com

11     •    Lynn Z. Howell at                       lhowell@shermanhoward.com

12     •    Michael J. Killeen at                   mikekilleen@dwt.com

13     •    Joe Wonderly at                         joewonderly@dwt.com

14     •    Cindy Lein at                           cindylein@dwt.com

15     •    Lindsey Strickland at                   lindseystrickland@dwt.com

16         (3)    The documents to be electronically served may be served as attachments to

17  the email or by including a link within the email to download the documents from a cloud

18  storage provider. If attached to an email, the documents attached to any one email shall not

19  exceed 15 MB. To avoid over-sized attachments, attachments may be broken into two or

20  more PDF files (if the parties have agreed to the specific production in PDF form) and multiple

21  emails can be used. The correct format for the partial files should identify the order of the

22  parts numerically or alphabetically.

23         (4)    The email must be sent and received between 8:00 a.m. PT and midnight PT.;

24  service made on a Saturday, Sunday, holiday, or after midnight PT on any other day shall be

25  deemed complete on 8:00 a.m. PT on the first judicial day thereafter.

26

27

STIPULATION FOR ELECTRONIC SERVICE - 2
CASE NO. 17-2-23242-4 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    (5)    The parties only agree to receive electronic service via email as set forth herein

2  and do not agree to receive service via facsimile.

3    (6)    This stipulation applies only to the above-referenced action and constitutes

4  each party's consent to be served electronically as indicated. Any party may revoke this

5  consent, so long as written notice is provided three court days in advance of such revocation.

6  Otherwise, this consent will remain in effect until the conclusion of this litigation.

7

8      RESPECTFULLY SUBMITTED AND DATED this 3rd day of October, 2017.

9  TERRELL MARSHALL LAW GROUP PLLC        Davis Wright Tremaine LLP

10

11  By:  /s/ Toby J. Marshall, WSBA #32726      By: /s/ Michael J. Killeen, WSBA #32726

12    Toby J. Marshall, WSBA #32726        Michael J. Killeen, WSBA #7837
    Email: tmarshall@terrellmarshall.com      Email: mikekilleen@dwt.com
13    Maria Hoisington-Bingham, WSBA #51493    N. Joe Wonderly, WSBA #51925
    Email: mhoisington@terrellmarshall.com    Email: joewonderly@dwt.com
14    936 North 34th Street, Suite 300        1201 Third Ave, Suite 2200
15    Seattle, WA 98103-8869            Seattle, WA 98101
    Telephone: (206) 816-6603          Telephone: (206) 622-3150
16    Facsimile: (206) 319-5450          Facsimile: (206) 757-7700

17    REKHI & WOLK, P.S.              Sherman & Howard LLC
18    Hardeep S. Rekhi, WSBA #34579        Jonathon Watson
    Email: hardeep@rekhiwolk.com        Email: jwatson@shermanhoward.com
19    Gregory A. Wolk, WSBA #28946        633 Seventeenth Street, Suite 3000
    Email: greg@rekhiwolk.com          Denver, CO 80202
20    529 Warren Avenue North, Suite 201      Telephone: (303) 299-8286
21    Seattle, Washington 98109          Facsimile: (303) 298-0940
    Telephone: (206) 388-5887
22    Facsimile: (206) 577-3924

23  *Attorneys for Plaintiff*              *Attorneys for Defendant*

24
25
26
27

STIPULATION FOR ELECTRONIC SERVICE - 3
CASE NO. 17-2-23242-4 SEA

FILED

17 OCT 03 PM 2:46

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

THE HONORABLE VERONICA A. GALVAN
Department 21

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JBS CARRIERS, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | NO.  17-2-23242-4 SEA<br><br>**DECLARATION OF SERVICE** |

I, Toby J. Marshall, declare and say as follows:

1.　　I am a citizen of the United States and resident of the State of Washington, over the age of 18 years, not a party to the above-entitled action, and am competent to be a witness herein.  My business address is 936 North 34th Street, Suite 300, Seattle, Washington, 98103; telephone (206) 816-6603.

2.　　On October 3, 2017, I caused true and correct copies of the following documents to be delivered to Defendant in the above-captioned matter, by the means indicated below:

- **Stipulation for Electronic Service; and**
- **[This] Declaration of Service.**

DECLARATION OF SERVICE - 1
CASE NO. 17-2-23242-4 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Michael J. Killeen, WSBA #7837
Email: mikekilleen@dwt.com
N. Joe Wonderly, WSBA #51925
Email: joewonderly@dwt.com
Email: cindylein@dwt.com
Email: lindseystrickland@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Ave, Suite 2200
Seattle, Washington 98101
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Jonathon Watson
Email: jwatson@shermanhoward.com
Email: jkorte@shermanhoward.com
Email: kedinger@shermanhoward.com
Email: lhowell@shermandhoward.com
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 299-8286
Facsimile: (303) 298-0940

*Attorneys for Defendant*

☐ U.S. Mail, postage prepaid
☐ Hand Delivered via Messenger Service
☐ Overnight Courier
☐ Facsimile
☒ Electronic Mail
☒ Via the King County Electronic Filing Notification System

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 3rd day of October, 2017.

By: _/s/ Toby J. Marshall, WSBA #32726_
Toby J. Marshall, WSBA #32726

DECLARATION OF SERVICE - 2
CASE No. 17-2-23242-4 SEA

# Exhibit C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT SKAU, on behalf of himself and on
behalf of others similarly situated,

            Plaintiff,

     v.

JBS CARRIERS, INC., a Delaware corporation,

            Defendant.

No.

DECLARATION OF DARRIN
TAYLOR IN SUPPORT OF
DEFENDANT JBS CARRIERS,
INC'S NOTICE OF REMOVAL

I, Darrin Taylor, declare:

1.    I am the Director of Sales & Regional Operations for Defendant, JBS Carriers, Inc. ("JBS Carriers"). As Director of Sales & Regional Operations and in preparation for this declaration, I reviewed Mr. Skau's settlement sheets, paycheck stubs, and his available Hours of Service Logs ("HOS Logs"). I have personal knowledge of the facts stated herein and if called to testify thereto could do so competently.

2.    This declaration sets forth information I have compiled from other corporate departments located here in Greeley, Colorado. This information is maintained in the ordinary course of business, was prepared at or near the time of events or matters described therein, and records such data accurately. I have access, either directly or indirectly, to these business and corporate records in the ordinary course of business, and I periodically refer to them.

3.    JBS Carriers employs over the road truck drivers who transport product from production facilities to customers throughout the United States. Much of the product transported is animal proteins and agricultural products produced by a related entity, JBS USA Food Company ("JBS"). JBS Carriers is headquartered in Greeley, Colorado and does not have any offices or terminals in Washington. The majority of JBS Carriers' administrative functions

DECLARATION OF DARRIN TAYLOR IN SUPPORT
OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
REMOVAL
46827062.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

(including that of legal, payroll, human resources, operation, and planning) are conducted in Greeley, Colorado. Greeley, Colorado is where the actual center of direction, control, and coordination for JBS Carriers takes place. JBS Carriers' principal place of business is in Colorado.

4.      Plaintiff Kurt Skau was a resident of Washington during his employment with JBS Carriers, and I do not have any reason to believe Plaintiff is no longer a resident of Washington. Plaintiff was employed by JBS Carriers from November 9, 2015 until May 5, 2017.

5.      Drivers at JBS Carriers are paid on a per-trip basis, determined by factors including the length of the haul, and the driver's base per-mile rate, which varies depending on the level of experience and the length of the trip.

6.      Pursuant to Department of Transportation ("DOT") regulations, JBS Carriers maintains a detailed HOS Log for rolling six month periods. The HOS Log is an electronic record of drivers' daily activities, as recorded into four primary categories; (1) off duty, (2) sleeper birth; (3) driving; and (4) on duty, not driving. The HOS Log is a requirement of DOT regulations.

7.      Mr. Skau filed his Complaint on September 5, 2017, and given a reasonable amount of time after service occurred, JBS Carriers stopped the six month period from continuing to roll. Therefore, the most accurate records of Mr. Skau's hours of service date from March 26, 2017 to May 1, 2017 (Mr. Skau's last day of driving).

8.      By analyzing JBS Carriers' records, I calculate Mr. Skau earned an average hourly rate of approximately $25.81 per hour. I calculated this number based on the five weeks of Mr. Skau's available HOS Log (from March 26, 2017 until May, 1 2017), excluding one week in which Mr. Skau did not work. Based on this data, I divided the total gross pay for the same time period ($5,047.37) by the total number of hours that Mr. Skau worked (195.53

DECLARATION OF DARRIN TAYLOR IN SUPPORT
OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
REMOVAL
46827062.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

hours). Dividing $5,047.37 by 195.53 hours equals approximately $25.81, which is a reasonable estimate of Mr. Skau's hourly pay.

9.  By analyzing Plaintiff's HOS Log, I calculate that Mr. Skau spent approximately three hours per week working, but not driving. This number was calculated by reviewing the HOS Log data from the five week period, and excluding the week Mr. Skau did not work. As noted above, the HOS Log indicates how much time Plaintiff spent driving and also working, but not driving. Using the HOS Log, I first totaled all of the time Mr. Skau spent working, but not driving, which amounted to 13.02 hours, or 781.2 minutes. I then divided that number by the days Mr. Skau worked in the period (30), which equals approximately 26.04 minutes per day of on duty, not driving time. Next, I multiplied the average minutes per day of on duty, not driving time (26.04) by seven days to get the weekly average (182.28 minutes). Based on the above calculations, I determined that Mr. Skau spent an average of three hours per week working, but not driving (182.28 minutes divided by 60 minutes per hour).

10.  Also by analyzing Mr. Skau's HOS Log, I calculate that Mr. Skau worked an average of 49 hours per week. (This number combines the time Mr. Skau spent driving and the time spent working, but not driving.) I calculated this number by analyzing the available HOS Log data from the five week period, excluding the week Mr. Skau did not work. Using this data I totaled all of the time Mr. Skau spent working (195.53 hours) and divided it by the number of weeks Mr. Skau worked (4 weeks). Based on the above calculations, I determined that Mr. Skau spent an average of 49 hours per week working.

11.  Based on Mr. Skau's available HOS Logs, I estimate that he drove 10,410 miles during the five week period of March 26, 2017 to May 1, 2017. As noted above, Mr. Skau worked approximately 195.53 hours during this period, which includes both on duty driving and on duty, not driving time. Thus, I estimate that Mr. Skau traveled approximately 53 miles per hour during the period in which his HOS Logs are available.

DECLARATION OF DARRIN TAYLOR IN SUPPORT
OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
REMOVAL
46827062.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1    I declare under penalty of perjury under the laws of the United States that the foregoing

2    is true and correct.

3    Executed    at    _____Greeley_____ , _____Colorado_____ , on

4    September 29, 2017.

5

6                                                Darrin Taylor

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    DECLARATION OF DARRIN TAYLOR IN SUPPORT
      OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
      REMOVAL
      46795094.1                                        Davis Wright Tremaine LLP
                                                             LAW OFFICES
                                                        1201 Third Avenue, Suite 2200
                                                          Seattle, WA  98101-3045
                                                   206.622.3150 main · 206.757.7700 fax

# Exhibit D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT SKAU, on behalf of himself and on
behalf of others similarly situated,

          Plaintiff,

      v.

JBS CARRIERS, INC., a Delaware corporation,

          Defendant.

No.

DECLARATION OF MICHAEL
McQUADE IN SUPPORT OF
DEFENDANT JBS CARRIERS,
INC'S NOTICE OF REMOVAL

I, Michael McQuade, declare:

1.    I am the Human Resources Director for Defendant, JBS Carriers, Inc. ("JBS Carriers"). In my role as Human Resources Director, I oversee all human resources operations for JBS Carriers. As Human Resources Director and in preparation for this declaration, I reviewed Mr. Skau's personnel file and other documents relating to Mr. Skau. As such, I have personal knowledge of the facts stated herein and if called to testify thereto could do so competently.

2.    This declaration sets forth information I have compiled from other corporate departments located here in Greely, Colorado. This information is maintained in the ordinary course of business, was prepared at or near the time of events or matters described therein, and records such data accurately. I have access, either directly or indirectly, to these business and corporate records in the ordinary course of business, and I periodically refer to them.

3.    JBS Carriers is a subsidiary of Swift Brands Company, which falls under the JBS USA Food Company ("JBS") umbrella. JBS is a food processing company with plants around the country. JBS Carriers employs over the road truck drivers who, in large part,

DECLARATION OF MICHAEL MCQUADE IN SUPPORT
OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
REMOVAL
46816360.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

transport JBS' animal protein and agricultural products from production facilities to customers throughout the United States. JBS Carriers operates nationwide.

4.     JBS and JBS Carriers are both headquartered in Greeley, Colorado. Almost all of JBS Carriers' human resources, payroll, accounting, hiring, recruiting, and training personnel are located and operated out of Greeley, Colorado. The only exception is that JBS Carriers employs one recruiter in Green Bay, Wisconsin and Hyrum, Utah, and one billing specialist in Texas. As JBS Carriers' HR Director, my office is located in Greeley, Colorado. JBS Carriers' principal place of business is in Colorado.

5.     Plaintiff Kurt Skau was a resident of Washington during his employment with JBS Carriers, and I do not have any reason to believe plaintiff is no longer a resident of Washington. Plaintiff was employed by JBS Carriers from November 9, 2015 until May 5, 2017.

6.     Every new driver, including Mr. Skau attends an orientation program that occurs in Greeley, Colorado. The orientation program offered to new drivers of JBS Carriers is approximately four days long, with drivers arriving on Monday and being relieved of work at varying times throughout the day on Thursday. The length of orientation is between 24-32 hours, depending on the driver.

7.     In addition to the orientation program, some drivers also participate in a driving training program, known as the "Trainee/Mentor Program." The Trainee/Mentor Program pairs new drivers with a mentor for approximately 15,000 miles. The number of miles required varies depending on the new driver's experience and development. Generally, it takes new drivers 5 weeks to complete the training, but, again, it can take more or less time depending on the experience and development of each individual. Once the new driver completes the Trainee/Mentor Program, he is offered routes to drive on his own.

DECLARATION OF MICHAEL MCQUADE IN SUPPORT
OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
REMOVAL
46816360.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at _Greeley_ , _Colorado_ , on September _29_, 2017.

Michael McQuade

DECLARATION OF MICHAEL MCQUADE IN SUPPORT
OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
REMOVAL
46795095.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# Exhibit A-3

# Exhibit E

THE HONORABLE ROBERT S. LASNIK

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN HELDE, JON BODILY, and MAX TENA, on their own behalf and on the behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>     v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation,<br><br>         Defendant. | NO. 2:12-cv-00904-RSL<br><br>**DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION COSTS** |

I, Toby J. Marshall, declare as follows:

1.    I am a member of Terrell Marshall Law Group PLLC and counsel for Plaintiffs Kevin Helde, Jon Bodily and Max Tena in this matter. I am over 18 years of age, make this declaration based on personal knowledge, and am competent to testify regarding the following facts.

**The Requested Fee Award**

2.    Plaintiffs are moving for an award of reasonable attorneys' fees and reimbursement of litigation costs. Plaintiffs are requesting a fee award of $1,401,612, which represents Class Counsel's lodestar after reduction for unsuccessful claims and with a

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 1
CASE NO. 2:12-CV-00904-RSL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319-5450
www.terrellmarshall.com

1  multiplier of 1.5 in recognition of the risk of no recovery and the quality of services provided to
2  the class.

3         3.      Attached as **Exhibit A** is a spreadsheet that provides Class Counsel's detailed
4  time records in chronological order by timekeeper. The information in the chart is taken from
5  contemporaneous, daily time reports prepared and maintained by Terrell Marshall and Rekhi &
6  Wolk in the regular course of business. We have redacted privileged and similarly confidential
7  information from the time reports, which are otherwise provided in full.

8         4.      As of May 31, 2017, Class Counsel devoted 3,045.63 hours to his case for a
9  total lodestar of $1,121,630.99.

10         5.      I reviewed Class Counsel's billing records and reduced and eliminated time
11  where appropriate. I eliminated time that was administrative in nature, and made reductions
12  where time arguably could have been more efficiently spent. I also eliminated and reduced time
13  to account for Plaintiffs' unsuccessful claims. I eliminated time that was devoted exclusively to
14  litigating claims for overtime wages, compensation for time spent on duty, not driving,
15  payment for miles driven, and delayed bonus payments, as well as claims brought under the
16  Washington Consumer Protection Act and time spent on the motion for reconsideration. I
17  reduced the time spent on class certification by 25%, on responding to Knight's first summary
18  judgment motion by 25%, and on the parties' cross-motions for summary judgment by 50%. I
19  reduced by 25% time spent working with experts and on damages issues through the Court's
20  ruling in April 2016 that Plaintiffs could not recover separate wages for their on duty, not
21  driving tasks, and reduced all deposition time by 15%.

22         6.      The amount of and reason for each writedown is show on Exhibit A. In total
23  Class Counsel Counsel reduced their hours by 611.08, or 20.06%, and their lodestar by
24  $187,222.82, or 16.69%. Following these reductions, Class Counsel's lodestar is $934,408.17.

25         7.      Class Counsel requests a multiplier of 1.5 on their reduced lodestar, for a total
26  fee award of $1,401,612.

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 2
CASE NO. 2:12-CV-00904-RSL

1
**Terrell Marshall's Qualifications and Rates**

2      8.      The following table identifies the attorneys and staff members from my firm

3   who worked on this case and for whom the recovery of fees is sought. For each of the

4   timekeepers below, I have stated the current hourly rate, the number of hours billed after the

5   reductions discussed above, and the total amount of fees.

| Name and Position | Rate | Hours | Total |
|---|---|---|---|
| Toby J. Marshall<br>Managing Partner<br>J.D. from Univ. of Washington School of Law, 2002 | $475 | 713.7 | $339,007.50 |
| Jennifer Rust Murray<br>Partner<br>J.D. from Univ. of Washington School of Law, 2005 | $450 | 5.6 | $2,520.00 |
| Amanda M. Steiner<br>Partner<br>J.D. from UC Berkeley School of Law, 1997 | $495 | 20.5 | $10,147.50 |
| Marc C. Cote<br>Partner<br>J.D. from Univ. of Washington School of Law, 2007 | $375 | 72.5 | $27,187.50 |
| Erika L. Nusser<br>Associate<br>J.D. from Univ. of San Francisco School of Law, 2008 | $350 | 428.2 | $149,870.00 |
| Sharon Safarik<br>Associate<br>J.D. from Univ. of Washington School of Law, 2005 | $225 | 35.1 | $7,897.50 |
| Eric Nusser<br>Associate<br>J.D. from Seattle Univ. School of Law, 2016 | $150 | 25.2 | $3,780.00 |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 3
CASE NO. 2:12-cv-00904-RSL

| Name and Position | Rate | Hours | Total |
|---|---|---|---|
| Eden Nordby<br>Senior Paralegal<br>11 years legal experience | $150 | 131.3 | $19,695.00 |
| Jennifer Boschen<br>Senior Paralegal<br>17 years legal experience | $150 | 9.5 | $1,425.00 |
| Hannelore Ohaus<br>Legal Assistant<br>6 years legal experience | $75 | 5.3 | $397.50 |
| Hannah Buckendorf<br>Legal Assistant | $50 | 13.0 | $650.00 |
| Bradford Kinsey<br>Legal Assistant<br>26 years legal experience | $100 | 42.075 | $4,207.50 |
| Holly Rota<br>Legal Assistant<br>11 years legal experience | $100 | 15.5 | $1,550.00 |
| Christine Stanley<br>Legal Assistant<br>10 years legal experience | $100 | 10.1 | $1,010.00 |

9.      Terrell Marshall sets its rates for attorneys and staff members based on a variety of factors, including among others: the experience, skill and sophistication required for the types of legal services typically performed; the rates customarily charged in similar matters; the rates customarily charged by other lawyers of similar skill and experience; and the experience, reputation, and ability of Terrell Marshall's attorneys and staff members.

10.      Our lodestar calculations are based on our current standard hourly rates. Courts throughout Washington and around the country have approved fee requests by Terrell Marshall that were based the standard rates of the firm at the time of the application. Indeed, many courts have approved fee requests by Terrell Marshall that were based on higher billing rates. Here is

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 4
CASE NO. 2:12-cv-00904-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319-5450
www.terrellmarshall.com

1   a sample of the federal and state courts that have approved Terrell Marshall's rates as

2   reasonable in class action litigation:

3          a.   *Paz v. Sakuma Brothers Farms, Inc.,* C13-01918 MJP (W.D.

4               Wash.) (July 2016) (approving Terrell Marshall's standard

5               rates);

6          b.   *Witschel v. IMCO General Construction, Inc., et al.,* Case No.

7               13-2-00975-0 (Wash. Super. Ct. Skagit County) (June 2016)

8               (approving Terrell Marshall's standard rates);

9          c.   *Taylor v. Universal Auto Group I, Inc.,* C13-05245 KLS

10             (W.D. Wash.) (Nov. 2015) (approving rates of up to

11             $650/hour for Terrell Marshall attorneys);

12         d.   *Romatka, et al. v. Brinker Int'l. Payroll Company, L.P., et al.,*

13             Case No. 13-2-14937-1 SEA (Wash. Super. Ct. King County)

14             (March 2015) (approving Terrell Marshall's standard rates);

15          e.   *Chesbro v. Best Buy Stores, L.P.,* C10-774 RAJ (W.D.

16             Wash.) (Sept. 2014) (approving rates up to $650/hour for

17             Terrell Marshall attorneys);

18          f.   *Wilbur, et al. v. City of Mount Vernon, et al.*, C11-1100 RSL

19             (W.D. Wash.) (April 2014) (approving Terrell Marshall's

20             standard rates);

21          g.   *Brown v. Consumer Law Associates, LLC*, C11-0194 (E.D.

22             Wash.) (Nov. 2013) (approving Terrell Marshall's standard

23             rates);

24          h.   *Bronzich, et al. v. Persels & Associates, LLC*, C10-0364

25             (E.D. Wash.) (approving Terrell Marshall's standard rates);

26

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 5
CASE NO. 2:12-cv-00904-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ● FAX 206.319-5450
www.terrellmarshall.com

1     i. *Milligan v. Toyota Motor Sales, U.S.A., Inc.*, C09-05418 RS

2       (N.D. Cal.) (Jan. 2012) (approving rates up to $600/hour for

3       Terrell Marshall attorneys);

4     j. *Seraphin v. AT&T Internet Svcs.*, CV-00131-REB (D. Idaho)

5       (Aug. 2011) (approving rates up to $600/hour for Terrell

6       Marshall attorneys);

7     k. *Odom v. Microsoft Corp.*, Case No. 04-2-10618-4 SEA

8       (Wash. Super. Ct. King County) (Sept. 2010) (approving rates

9       up to $560/hour for Terrell Marshall attorneys);

10    l. *Ramirez v. Precision Drywall, Inc.*, Case No. 08-2-26023-2

11      SEA (Wash. Super. Ct. King County) (Aug. 2010) (approving

12      Terrell Marshall's standard rates and awarding a multiplier)

13    m. *Splater v. Thermal Ease Hydronic Systems, Inc.*, Case No. 03

14      2 33553-3 SEA (Wash. Super. Ct. King County) (July 2009)

15      (approving rates up to $560/hour for Terrell Marshall

16      attorneys); and

17    n. *Barnett, et al. v. Wal-Mart Stores, Inc.*, Case No. 01-2-24553-

18      8 SEA (Wash. Super. Ct. King County) (July 2009)

19      (approving rates up to $560/hour for Terrell Marshall

20      attorneys)

21   11.  Since the beginning work on this case in September 2012, Terrell Marshall

22 worked with no guarantee of being compensated for their time and efforts. Payment of Terrell

23 Marshall's fees has always been contingent on successfully obtaining relief for the Plaintiffs

24 and class members. As a result, there was a substantial risk of non-payment, particularly in

25 light of the legal challenges involved in litigating this case. Work on this case has necessarily

26

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 6
CASE NO. 2:12-cv-00904-RSL

1    been to the exclusion of work on other matters that likely would have generated fees. Terrell

2    Marshall has also been denied use of the fees they earned over the course of this case.

3        12.    Terrell Marshall is a law firm in Seattle, Washington that focuses on complex

4    civil and commercial litigation with an emphasis on consumer protection, product defect,

5    employment, wage and hour, real estate, personal injury, and civil rights matters. The firm's

6    attorneys have extensive experience in class actions, collective actions, and other complex

7    matters. They have been appointed lead or co-lead class counsel in numerous cases at both the

8    state and federal level. They have prosecuted a variety of multi-million-dollar consumer fraud,

9    wage and hour, securities fraud, and product defect class actions. The defendants in these cases

10   have included companies such as Wal-Mart, Microsoft, Best Buy, Toyota, Honda, Sallie Mae,

11   Comcast, ABM Industries, AT&T, T-Mobile USA, Weyerhaeuser, Behr Products, American

12   Cemwood, Bank of America, Discover, Chase, Capital One, and HSBC.

13       13.    In addition to this case, Terrell Marshall's attorneys have served as co-lead

14   counsel in several employment class or collective actions, including the following:

15   - *Romatka, et al. v. Brinker International Payroll Company, L.P., et al.*
16     — Filed in 2013 on behalf of approximately 900 current and former
       hourly employees who alleged wage and hour violations regarding
17     failure to provide rest breaks and failure to properly disclose service
       charges. We obtained a $900,000 settlement on behalf of the Class.
18     The settlement received final approval on March 6, 2015.

19   - *Newell v. Home Care of Washington, Inc., et al.* — Terrell Marshall
       represented a class of more than 400 in-home health care workers
20     who alleged violations of state wage and hour law.  The class was
       certified on December 20, 2012 by the Honorable Linda Tompkins,
21     in Washington State Superior Court, in and for Spokane County.
       This case settled in 2014 and received final settlement approval in
22     early 2015.

23   - *Paz v. Sakuma Brothers Farms, Inc.* — Terrell Marshall represented
24     a class of almost 1,000 migrant and seasonal berry pickers who
       alleged violations of state wage and hour law and the federal
25     Agricultural Worker Protection Act.  The primary claims in the case
       settled for $850,000 plus an agreement on injunctive relief in May
26     2014; preliminary approval of the settlement was granted by the

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 7
CASE NO. 2:12-CV-00904-RSL

Honorable Marsha J. Pechman in the United States District Court for the Western District of Washington in July 2014, and final approval was granted in November 2014. We successfully litigated additional claims not covered by the 2014 settlement, which resulted in a unanimous opinion by the Washington Supreme Court in *Lopez Demetrio v. Sakuma Brothers Farms, Inc.*, 183 Wn.2d 649 (2015). Following the Washington Supreme Court decision, the court approved a final settlement of all claims and ordered payment of Plaintiffs' attorneys' fees and costs in July 2016.

- *Hill v. Xerox Business Services, LLC, et al.* — Terrell Marshall represents a class of current and former call center workers who allege violations of Washington wage and hour laws. This case was filed in 2012. In 2014, the Honorable John Coughenour found that the elements for class certification were met and denied the defendants' motion for partial summary judgment. The defendants appealed the summary judgment ruling, and the appeal is pending in the Ninth Circuit Court of Appeals.

- *Douglas v. Xerox Business Services, LLC, et al.* — Terrell Marshall represents a proposed nationwide class of current and former call center workers who allege violations of the Fair Labor Standards Act. This case was filed in 2012. In 2014, the Honorable John Coughenour conditionally certified a collective action on the central claims. An appeal of a summary judgment ruling is pending in the Ninth Circuit Court of Appeals.

- *Dickerson v. Cable Communications, Inc., et al.* — Filed in 2012 on behalf of approximately 500 individuals alleging their employer violated Oregon's wage and hour laws. Defendants' systematic scheme of wage and hour violations involved, among other things, failure to pay non-managerial installation technicians for all hours worked, including overtime. The case settled on a class-wide basis, and approval was granted in 2013.

- *Khadera v. ABM Industries, Inc.* — Terrell Marshall represented an opt-in FLSA class of 337 employees who alleged violations of federal and state wage and hour law. The case settled in March 2012, and final approval of the settlement was granted on October 17, 2012 by the Honorable Ricardo S. Martinez, in the United States District Court for the Western District of Washington.

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 8
CASE NO. 2:12-cv-00904-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319-5450
www.terrellmarshall.com

- *Simpson v. ABM Industries, Inc.* — Terrell Marshall represented a CR 23 class of approximately 6,800 employees who alleged Washington State wage and hour violations. The case settled in March 2012, and final approval of the settlement was granted on September 2012 by the Honorable Teresa B. Doyle, in the Washington State Superior Court in and for King County.

- *Barnett, et al. v. Wal-Mart Stores, Inc.* — Filed in 2001 on behalf of Washington employees alleging wage and hour violations by the country's largest private employer. After more than seven years of litigation, Terrell Marshall obtained a settlement of $35 million on behalf of a certified class of approximately 88,000 employees. That settlement was approved in July 2009.

- *McGinnity, et al. v. AutoNation, Inc., et al.* — Terrell Marshall represented a certified class of more than 500 employees who were denied earned vacation benefits. After nearly two years of litigation before an arbitrator, we obtained an award of $2.34 million on behalf of the class. We successfully defended the award on appeal, and the Washington Supreme Court denied defendants' petition for review. A judgment in excess of $2,600,000 was satisfied in September 2009.

- *Ramirez, et al. v. Precision Drywall, Inc.* — Terrell Marshall represented a certified class of workers who alleged they were not paid for overtime work. The case was tried before a jury during a five-week period in 2010, and Terrell Marshall successfully obtained a judgment for the workers in excess of $4,000,000. Terrell Marshall continues to work on enforcing the judgment against multiple defendants. An initial distribution of funds collected so far was made to eligible class members in April 2016.

- *Reese v. Dycom, Inc.* — Terrell Marshall attorneys represented a class of over 1,700 current and former employees in Washington and Oregon who alleged wage and hour violations. Terrell Marshall obtained a $1.4 million settlement on behalf of the Class. The settlement received final approval on April 23, 2010.

- *Telecommunications Company Lawsuit II* — Attorneys of Terrell Marshall represented a certified class of more than 2,400 current and former employees in Washington and Oregon who alleged wage and hour violations. Attorneys of Terrell Marshall obtained a $3,000,000 settlement after nearly four years of intense litigation, and the court granted final approval of the settlement in March 2009.

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 9
CASE NO. 2:12-cv-00904-RSL

1
2
3

- *Labor Services Company Lawsuit* — Terrell Marshall represented a class of 1,390 employees who alleged wage and hour violations. The case settled in 2009, and Plaintiffs' Motion for Final Approval of Class Action Settlement was granted on April 23, 2010.

4
5
6

- *Martinez v. 24 Hr. Professional Janitorial Services, Inc.* — Terrell Marshall represented a class of 175 employees who alleged wage and hour violations. The case settled in 2009, and the settlement was approved by the Honorable Paris Kallas, in the Washington State Superior Court in and for King County.

7
8
9
10

- *Mendis v. Schneider National Carriers, Inc*. — Filed in 2014, Terrell Marshall represents a certified class of approximately 900 current and former employees who allege wage and hour violations that include failure to pay for overtime, failure to pay for rest breaks, failure to pay minimum wage, and other violations of Washington wage and hour laws.

11
12
13
14

- *Witschel v. IMCO General Construction, Inc.* — Filed in 2013 in Washington State Superior Court in and for Skagit County. Terrell Marshall represented current and former hourly-paid employees who alleged violations of Washington wage and hour law regarding rest breaks. The case settled on a class-wide basis for $1.1 million. Final approval of the settlement was granted on June 16, 2016

15
16
17
18
19
20
21

14.    I am the lead attorney from Terrell Marshall for this case and I supervised all work performed. A founding member of the firm and its current managing member, I concentrate my practice in complex civil litigation, including the prosecution of consumer, wage and hour, and civil rights class actions. I have been actively involved in every aspect of dozens of class actions brought on behalf of consumers, employees, and others, and have recovered millions of dollars and obtained substantial injunctive relief for the represented groups.

22
23
24

15.    I received a B.A., cum laude, from California State University, Sacramento in 1996. In 2002, I received my J.D. from the University of Washington School of Law, where I served on the Moot Court Honor Board and was selected to the Order of Barristers.

25
26

16.    I have tried and won cases in state and federal courts and have also successfully briefed and argued cases before the Washington Supreme Court, the Washington State Court of Appeals, and the Ninth Circuit Court of Appeals. In *Wilbur v. Mount Vernon* (W.D. Wash.), for

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 10
CASE NO. 2:12-cv-00904-RSL

1    example, I was appointed co-lead class counsel for a certified class of indigent defendants in

2    Mount Vernon and Burlington, Washington. After three years of litigation and a nine-day

3    bench trial, my co-counsel and I prevailed and obtained substantial injunctive relief on behalf

4    of the class. The New York Times noted that the settlement was "the first time a federal court

5    had appointed a supervisor to oversee a public-defense system." Attorney General Eric Holder

6    called the result "pivotal" and said it "will help us meet our constitutional and moral

7    obligations to administer a legal system that matches its demands for accountability with a

8    commitment to due process." My colleagues and I received the Champion of Justice Award

9    from WACDL and the President's Award from WDA for our work on the case.

10         17.    I am actively involved in several professional organizations and activities. For

11    example, I currently serve on the amicus and legislative committees of the Washington

12    Employment Lawyers Association and the board of the Washington Appellate Project. I am

13    also a member of the Washington State Association for Justice, the Public Justice Foundation,

14    and the National Association of Consumer Advocates. Previously, in 2013, I served as the

15    Chair of the Washington State Bar Association Labor & Employment Law Section Executive

16    Committee, and I served as the Section's Treasurer in 2011 and 2012.

17         18.    I have been named several times to the annual Washington "Super Lawyers" list

18    and "Rising Star" list by Washington Law & Politics Magazine.

19         19.    Jennifer Rust Murray is a founding member of Terrell Marshall. Ms. Murray

20    graduated from the University of Washington School of Law in 2005 where she was a member

21    of the Washington Law Review. Ms. Murray's law review article entitled "Proving Cause in

22    Fact under Washington's Consumer Protection Act: The Case for a Rebuttable Presumption of

23    Reliance" won the Carkeek prize for best submission by a student author. Prior to law school,

24    Ms. Murray earned a Ph.D. in Philosophy from Emory University. Ms. Murray has been an

25    active member of the Washington State Bar Association since her admission to the bar in 2005.

26    In 2010, Ms. Murray was admitted to the Oregon State Bar.  In 2011, 2012, 2013, 2014, 2015,

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 11
CASE NO. 2:12-CV-00904-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319-5450
www.terrellmarshall.com

1 and 2016, Ms. Murray was named a Washington "Rising Star" by SuperLawyer Magazine.

2 Ms. Murray focuses her practice on complex commercial litigation with an emphasis on

3 consumer and employment issues. She has been involved in nearly every class action

4 prosecuted by the firm.

5      20.     Amanda M. Steiner is a member of Terrell Marshall with nearly twenty years of

6 experience in class action and complex civil litigation. A 1997 graduate of UC Berkeley School

7 of Law who is admitted in Washington, California, New York and Hawaii, she has authored

8 briefs that have resulted in numerous favorable decisions for plaintiffs in high-profile and

9 complex securities, antitrust, consumer and civil rights class action in federal and state courts

10 throughout the United States. Ms. Steiner was selected for inclusion in the annual Northern

11 California "Super Lawyers" list (2012-2016) and was named to the Top 50 Women Lawyers of

12 Northern California. She is a member of the Legal Writing Institute and the American Bar

13 Association's Appellate Practice Committee, and is a Fellow of the American Bar Foundation.

14 I supervised Ms. Steiner's legal work on this case.

15      21.     Marc C. Cote is a former partner at Terrell Marshall. He graduated from the

16 University of Washington School of Law with high honors in 2007. He served as a Law Clerk

17 to the Honorable Walter L. Carpeneti of the Alaska Supreme Court. Mr. Cote concentrates his

18 practice on complex civil litigation and employment law, including individual and class action

19 wage and hour cases. He was on the trial team for the plaintiffs in the wage and hour class

20 action, *Ramirez v. Precision Drywall, Inc.* (King County Superior Court, 2010), and has

21 litigated numerous employment cases, including wage and hour class actions, in both state and

22 federal court. He is also active in several professional organizations and is the co-author of the

23 Wage and Hour Law chapter of the 2013 edition of the Washington State Association for

24 Justice Employment Law Deskbook. He has been named to the *Rising Star* list by Super

25 Lawyers multiple times.

26

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 12
CASE NO. 2:12-cv-00904-RSL

1       22.     Erika L. Nusser is a 2008 graduate of the University of San Francisco School of

2  Law, with significant experience in class action litigation. Ms. Nusser has been actively

3  involved in every aspect of numerous class actions, including serving as trial counsel in

4  *Ramirez v. Precision Drywall, Inc*, supra. She has tried and won cases in state and federal

5  courts and has also successfully briefed and argued cases before the Washington State Court of

6  Appeals and the Ninth Circuit Court of Appeals. Ms. Nusser has also been named to the annual

7  Washington "Super Lawyers" and "Rising Star" lists by Washington Law & Politics Magazine

8  from 2013 – 2017. I supervised Ms. Nusser's legal work on this case.

9       23.     Sharon Safarik was an associate at Terrell Marshall. She graduated from the

10  University of Washington School of Law in 2005. I supervised Ms. Safarik's legal work on this

11  case.

12       24.     Eric Nusser is a 2016 graduate of the University of Seattle University School of

13  Law. He focused his studies on labor and employment law and civil litigation, served as an

14  extern to the Honorable Lisa R. Worswick at the Washington Court of Appeals, and was a

15  summer associate at the Unemployment Law Project. He also served as a president of the

16  Seattle University Labor and Employment Law Association and was a three-time recipient of

17  the Presidential Law Scholarship. I supervised Mr. Nusser's legal work on this case.

18       25.     Eden Nordby is a senior litigation paralegal and Terrell Marshall. She has a B.A.

19  from Sarah Lawrence College. Ms. Nordby has more than nine years of experience managing

20  complex litigation and also has extensive experience in conducting electronic discovery. I

21  supervised Ms. Nordby's legal work on this case.

22       26.     Jennifer Boschen has been a senior litigation paralegal at Terrell Marshall. She

23  has a B.A. from Rutgers University. Ms. Boschen has ten years of experience managing

24  complex litigation and has become knowledgeable about conducting electronic discovery. Ms.

25  Boschen's unique qualifications and experience as both an investigator and as a litigation

26

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 13
CASE NO. 2:12-CV-00904-RSL

1   paralegal with extensive ESI experience make her extremely valuable. I supervised Ms.

2   Boschen's legal work on this case.

3         27.    Hannelore Ohaus was a legal assistant at Terrell Marshall. She has a B.A. from

4   Whitman College and six years of litigation experience. I supervised Ms. Ohaus's legal work

5   on this case.

6         28.    Hannah Buckendorf was a legal assistant at Terrell Marshall. She has a B.A.

7   from the College of Idaho. I supervised Ms. Buckendorf's legal work on this case.

8         29.    Bradford Kinsey is a litigation assistant at Terrell Marshall and has worked in

9   that capacity with the firm since 2009. He has twenty-six years of experience as a litigation

10   assistant. I supervised Mr. Kinsey's work on this case.

11         30.    Holly Rota is a litigation assistant at Terrell Marshall and has worked in that

12   capacity with the firm for two years. She has eleven years of experience as a litigation assistant.

13   I supervised Ms. Rota's work on this case

14         31.    Christine Stanley was a litigation assistant at Terrell Marshall. When she left the

15   firm, she had ten years of experience as a litigation assistant. I supervised Ms. Stanley's work

16   on the case.

17                                 **Litigation Costs**

18         32.    Through the date of this submission, Class Counsel have reasonably and

19   necessarily incurred $64,308.05 in unreimbursed litigation costs reasonably related to the

20   prosecution of this case. These costs are customarily charged to and paid by hourly clients. The

21   following chart summarizes Class Counsel's litigation costs:

| Type of Cost | Amount |
|---|---|
| Computer Research (Westlaw and Pacer) | $6,554.36 |
| Courier and Postage | $584.16 |
| Expert Costs | $43,290 |
| Filing Fees | $232.49 |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 14
CASE NO. 2:12-cv-00904-RSL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319-5450
www.terrellmarshall.com

| Type of Cost | Amount |
|---|---:|
| Meals | $281.77 |
| Mediation Costs | $5,055.50 |
| Notice Costs | $379.52 |
| Process Service | $60.00 |
| Records Productions/Transcripts | $4,660.89 |
| Reproductions (scanning and copying) | $1,633.90 |
| Travel and Lodging | $1,575.46 |
| **Total** | **$64,308.05** |

33.　　This chart includes a 25% reduction of Westlaw charges and amounts paid to experts Jeff Munson and Robert D. Abbott, Ph.D., for work related to Plaintiffs' unsuccessful claims.

34.　　The spreadsheet attached as **Exhibit B** provides a detailed list of Terrell Marshall's litigation costs and is taken from contemporaneous, documented expense records regularly prepared and maintained by Terrell Marshall in the regular course of business.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington, on this 7th day of June, 2017.

By:　 /s/ Toby J. Marshall, WSBA #32726　
　　　 Toby J. Marshall, WSBA #32726

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 15
CASE NO. 2:12-cv-00904-RSL

CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on June 7, 2017, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

Stellman Keehnel, WSBA #9309
Email:  stellman.keehnel@dlapiper.com
Anthony Todaro, WSBA #30391
Email: Anthony.todaro@dlapiper.com
Jeffrey DeGroot, WSBA #46839
Email:  jeffrey.degroot@dlapiper.com
DLA PIPER LLP
701 Fifth Avenue, Suite 7000
Seattle, Washington  98104-7044
Telephone:  (206) 839-4800
Facsimile:  (206) 839-4801

Eric S. Beane, *Admitted Pro Hac Vice*
Email: eric.beane@dlapiper.com
DLA PIPER LLP
1999 Avenue of the Stars, Suite 400
Los Angeles, California 90067-6023
Telephone: (310) 595-3005
Facsimile: (310) 595-3305

*Attorneys for Defendant*

DATED this 7th day of June, 2017.

TERRELL MARSHALL LAW GROUP PLLC

By:  _/s/ Toby J. Marshall, WSBA #32726_
     Toby J. Marshall, WSBA #32726
     Email:  tmarshall@terrellmarshall.com
     936 North 34th Street, Suite 300
     Seattle, Washington  98103-8869
     Telephone:  (206) 816-6603
     Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 16
CASE NO. 2:12-cv-00904-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319-5450
www.terrellmarshall.com

# - Exhibit A -

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1/10/2012 | Greg Wolk | 1.70 | $ 425.00 | 722.50 | meet with client re claims and representation | | $ 722.50 | | RW |
| 3 | 1/10/2012 | Hardeep Rekhi | 1.70 | $ 425.00 | 722.50 | Initial client meeting | | $ 722.50 | | RW |
| 4 | 1/10/2012 | Jason Proctor | 1.00 | $ 150.00 | 150.00 | Created Redwell; Updated File | 1.00 | $ - | Administrative | RW |
| 5 | 1/11/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Teleconference With Client; E-Mails HSR & Gaw | | $ 30.00 | | RW |
| 6 | 1/12/2012 | Hardeep Rekhi | 1.10 | $ 425.00 | 467.50 | Reviewed various client Issues & case caw; legal research regarding claims; research regarding defendant; research regarding other similar claims | | $ 467.50 | | RW |
| 7 | 1/12/2012 | Jason Proctor | 4.20 | $ 150.00 | 630.00 | Requested EEOC File For Client; Requested FMCSA File; Requested ESD File; Requested Personnel File From Knight Transportation's Human Resource Office In Seattle. | 3.40 | $ 120.00 | Administrative/Relevance | RW |
| 8 | 1/13/2012 | Greg Wolk | 2.80 | $ 425.00 | 1,190.00 | analyze and investgate retaliation claims (1.5); review client documents (.5); prepare PRA request and rep letters (.2); research retaliation caselaw (.6) | 2.30 | $ 212.50 | Relevance | RW |
| 9 | 1/13/2012 | Hardeep Rekhi | 0.90 | $ 425.00 | 382.50 | Strategized Case; review client documents; reviewed pay information; analyzed claims | | $ 382.50 | | RW |
| 10 | 1/13/2012 | Jason Proctor | 1.00 | $ 150.00 | 150.00 | Requested Personnel File; Requested L & I Documents; Teleconference With Ahson Aziz; Saved Fax | 0.60 | $ 60.00 | Relevance/Administraive | RW |
| 11 | 1/13/2012 | Jason Proctor | 3.20 | $ 150.00 | 480.00 | Teleconference With Ahson Aziz; Teleconference With Comdata; Investigated Comdata Records; Requested Unemployment Records; Scanned In Documents; Updated File | 2.40 | $ 120.00 | Administrative/Relevance | RW |
| 12 | 1/16/2012 | Greg Wolk | 4.30 | $ 425.00 | 1,827.50 | analyze and investigate claims: payroll card deductions | | $ 1,827.50 | | RW |
| 13 | 1/16/2012 | Hardeep Rekhi | 2.40 | $ 425.00 | 1,020.00 | Reviewed Case Issues; Teleconference With Client | | $ 1,020.00 | | RW |
| 14 | 1/16/2012 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Teleconference With Ahson Aziz; Scanned In Letter; Reviewed & Faxed; Scanned In Legal Research; Updated File | 0.10 | $ 30.00 | Administrative/Relevance | RW |
| 15 | 1/19/2012 | Jason Proctor | 1.70 | $ 150.00 | 255.00 | Teleconference With Unemployment Law Project; Scanned And Reviewed L & I Public Records E-Mail | 1.70 | $ - | Administrative/Relevance | RW |
| 16 | 1/26/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Left Message For Eeoc; Reviewed Voicemail & Letter; Scanned And Calendared Deadlines | 0.50 | $ - | Administrative | RW |
| 17 | 1/30/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Scanned In Letter | 0.10 | $ - | Administrative | RW |
| 18 | 1/31/2012 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Follow-Up With Opposing Counsel | | $ 85.00 | | RW |
| 19 | 2/2/2012 | Jason Proctor | 0.80 | $ 150.00 | 120.00 | Scanned In Esd Documents | 0.80 | $ - | Administrative | RW |
| 20 | 2/3/2012 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | analyze and investigate retaliation claim | 0.30 | $ - | Relevance | RW |
| 21 | 2/3/2012 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Strategized Case | | $ 45.00 | | RW |
| 22 | 2/7/2012 | Hardeep Rekhi | 0.60 | $ 425.00 | 255.00 | Reviewed Client Documents; Discussed The Same | | $ 255.00 | | RW |
| 23 | 2/8/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | review client documents | | $ 85.00 | | RW |
| 24 | 2/8/2012 | Jason Proctor | 0.80 | $ 150.00 | 120.00 | Saved Fax; Drafted Letter To Knight Transportation | 0.20 | $ 90.00 | Administrative | RW |
| 25 | 2/9/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Mailed Letter | 0.20 | $ - | Administrative | RW |
| 26 | 2/14/2012 | Hardeep Rekhi | 0.80 | $ 425.00 | 340.00 | Reviewed Case Issues; review client documents; analyze case issues and strategize case; Teleconference With Client; E-Mailed Opposing Counsel | | $ 340.00 | | RW |
| 27 | 2/17/2012 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | meet with client re claims and next steps | 0.10 | $ 85.00 | Relevance | RW |
| 28 | 2/17/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Scanned In Letter From EEOC | 0.20 | $ - | Administrative | RW |
| 29 | 2/20/2012 | Hardeep Rekhi | 0.80 | $ 425.00 | 340.00 | Strategized Case; Reviewed Documents; Teleconference With Client | | $ 340.00 | | RW |
| 30 | 2/21/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed L&I Letter; Scanned And Filed | 0.20 | $ - | Administrative | RW |
| 31 | 2/27/2012 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | E-Mail Correspondence | | $ 85.00 | | RW |
| 32 | 2/27/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Saved & Reviewed E-Mail | | $ 30.00 | Administrative | RW |
| 33 | 2/28/2012 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | review email from employer (.1); analyze next steps (.3) | | $ 170.00 | | RW |
| 34 | 2/28/2012 | Hardeep Rekhi | 1.60 | $ 425.00 | 680.00 | Reviewed E-Mails; research regarding the same; teleconference to client regarding the same; Review time logs received from defendant | | $ 680.00 | | RW |
| 35 | 2/28/2012 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Reviewed E-Mail; Saved Personnel File & Scanned E-Mail | | $ 45.00 | Administrative | RW |
| 36 | 2/29/2012 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Reviewed Correspondence from Defendant; reviewed time logs received from Defendant; analyzed the same | | $ 85.00 | | RW |
| 37 | 3/1/2012 | Greg Wolk | 0.90 | $ 425.00 | 382.50 | research wage claims | | $ 382.50 | | RW |
| 38 | 3/1/2012 | Hardeep Rekhi | 1.00 | $ 425.00 | 425.00 | Teleconference With Client | | $ 425.00 | | RW |
| 39 | 3/1/2012 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Teleconference With Ahson Aziz; Strategized Case | | $ 45.00 | | RW |
| 40 | 3/5/2012 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | research per diem claim | | $ 212.50 | | RW |
| 41 | 3/5/2012 | Hardeep Rekhi | 2.80 | $ 425.00 | 1,190.00 | Researched Claims; find other similar claims; review dockets; review legal research regarding the same; develop and update case strategy | | $ 1,190.00 | | RW |
| 42 | 3/6/2012 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | confer w HSR re communication from employer | | $ 127.50 | | RW |
| 43 | 3/6/2012 | Hardeep Rekhi | 1.20 | $ 425.00 | 510.00 | Researched Claims; Teleconference With Defendant; review case records; research WACs re hours | | $ 510.00 | | RW |
| 44 | 3/20/2012 | Greg Wolk | 0.60 | $ 425.00 | 255.00 | review file (.2); analyze claims (.4) | 0.20 | $ 170.00 | Relevance | RW |
| 45 | 3/20/2012 | Hardeep Rekhi | 1.20 | $ 425.00 | 510.00 | Review Driver Records | | $ 510.00 | | RW |
| 46 | 3/20/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Saved Documents | 0.20 | $ - | Administrative | RW |
| 47 | 3/21/2012 | Greg Wolk | 2.40 | $ 425.00 | 1,020.00 | analyze claims and confer w HSR re next steps | 0.50 | $ 807.50 | Relevance | RW |
| 48 | 3/21/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Updated File | 0.20 | $ - | Administrative | RW |
| 49 | 3/26/2012 | Hardeep Rekhi | 1.10 | $ 425.00 | 467.50 | Researched wages issue; research overtime issue; calculate hourly rates; | 0.30 | $ 340.00 | Unsuccessful claims | RW |
| 50 | 3/27/2012 | Hardeep Rekhi | 4.80 | $ 425.00 | 2,040.00 | Reviewed driver Hours; Reviewed Case File; Developed Case Strategy | | $ 2,040.00 | | RW |
| 51 | 3/28/2012 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | confer w HSR re communication with client | | $ 127.50 | | RW |
| 52 | 3/28/2012 | Hardeep Rekhi | 2.70 | $ 425.00 | 1,147.50 | Called Client; Discussed Case; Amended Fact And Strategy Memo; determine next steps | | $ 1,147.50 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 18
CASE NO. 2:12-CV-00904-RSL

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 3/28/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Strategized Case | | $ 30.00 | | RW |
| 54 | 3/29/2012 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | confer w HSR re next steps | | $ 170.00 | | RW |
| 55 | 3/29/2012 | Hardeep Rekhi | 2.20 | $ 425.00 | 935.00 | Research wage claims; research trucking cases; research WACs; Research class action claims issues | | $ 935.00 | | RW |
| 56 | 4/2/2012 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | analyze and revise fact memo | | $ 127.50 | | RW |
| 57 | 4/2/2012 | Hardeep Rekhi | 5.00 | $ 425.00 | 2,125.00 | Edited Fact Memo; Conducted Research on wage claims | | $ 2,125.00 | | RW |
| 58 | 4/3/2012 | Greg Wolk | 1.20 | $ 425.00 | 510.00 | analyze MSJ from OR Knight case | | $ 510.00 | | RW |
| 59 | 4/3/2012 | Hardeep Rekhi | 5.60 | $ 425.00 | 2,380.00 | Researched Possible Class Claims; Called Client; Researched Class Claims | | $ 2,380.00 | | RW |
| 60 | 4/3/2012 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Legal Research; Scanned, Reviewed And Calendared Letter From OSHA | 0.10 | $ 30.00 | Administrative/Relevance | RW |
| 61 | 4/4/2012 | Greg Wolk | 0.70 | $ 425.00 | 297.50 | review documents and analyze class claims | | $ 297.50 | | RW |
| 62 | 4/4/2012 | Hardeep Rekhi | 0.70 | $ 425.00 | 297.50 | Teleconference With Client; Discussed Case Strategy | | $ 297.50 | | RW |
| 63 | 4/5/2012 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | confer w HSR re class claims | | $ 170.00 | | RW |
| 64 | 4/5/2012 | Hardeep Rekhi | 2.90 | $ 425.00 | 1,232.50 | Researched Claims re class action, wage claims; research trucking industry re mileage pay | | $ 1,232.50 | | RW |
| 65 | 4/6/2012 | Greg Wolk | 1.70 | $ 425.00 | 722.50 | research class claims | | $ 722.50 | | RW |
| 66 | 4/6/2012 | Hardeep Rekhi | 2.60 | $ 425.00 | 1,105.00 | Researched Claims re class action, wage claims; research trucking industry re mileage pay | | $ 1,105.00 | | RW |
| 67 | 4/9/2012 | Greg Wolk | 2.70 | $ 425.00 | 1,147.50 | revise draft complaint; confer w HSR re meeting with opposing counsel and possible co-counsel; confer w client | | $ 1,147.50 | | RW |
| 68 | 4/9/2012 | Hardeep Rekhi | 3.60 | $ 425.00 | 1,530.00 | Teleconference With Client; Discussed Class Action; Drafted Complaint; Researched Claims; Researched Defendant | | $ 1,530.00 | | RW |
| 69 | 4/10/2012 | Greg Wolk | 2.00 | $ 425.00 | 850.00 | revise complaint; research caselaw | | $ 850.00 | | RW |
| 70 | 4/10/2012 | Hardeep Rekhi | 4.10 | $ 425.00 | 1,742.50 | Revise Drafted Complaint; research re same; review other similar claims I industry; | | $ 1,742.50 | | RW |
| 71 | 4/10/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Voicemail | 0.10 | $ - | Administrative | RW |
| 72 | 4/11/2012 | Greg Wolk | 2.80 | $ 425.00 | 1,190.00 | revise complaint; research caselaw; confer w client re next steps | | $ 1,190.00 | | RW |
| 73 | 4/11/2012 | Hardeep Rekhi | 1.40 | $ 425.00 | 595.00 | Revise Drafted Complaint; research re same; review other similar claims I industry; | | $ 595.00 | | RW |
| 74 | 4/11/2012 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Strategized Case; Left Message With Fmcsa; Teleconference With Client | 0.10 | $ 45.00 | Administrative | RW |
| 75 | 4/12/2012 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Reviewed Case Strategy | | $ 212.50 | | RW |
| 76 | 4/12/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Records Management | 0.20 | $ - | Administrative | RW |
| 77 | 4/13/2012 | Hardeep Rekhi | 1.10 | $ 425.00 | 467.50 | Finalized Complaint | | $ 467.50 | | RW |
| 78 | 4/16/2012 | Greg Wolk | 1.50 | $ 425.00 | 637.50 | research law and draft PRA request to L&I | 0.30 | $ 510.00 | Relevance | RW |
| 79 | 4/16/2012 | Hardeep Rekhi | 1.40 | $ 425.00 | 595.00 | Strategized Meeting; Researched Per Diem Issue | | $ 595.00 | | RW |
| 80 | 4/16/2012 | Jason Proctor | 3.20 | $ 150.00 | 480.00 | Edited Summons & Complaint; Re-Requested L &I Records; Teleconference With L & I | 0.30 | $ 435.00 | Administrative | RW |
| 81 | 4/16/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Teleconference With Process Server | | $ 15.00 | | RW |
| 82 | 4/17/2012 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | confer w HSR re getting additional information and next steps | | $ 212.50 | | RW |
| 83 | 4/17/2012 | Hardeep Rekhi | 1.10 | $ 425.00 | 467.50 | Researched Per Diem; Review Advertising | 0.40 | $ 297.50 | Unsuccessful claims | RW |
| 84 | 4/18/2012 | Greg Wolk | 1.00 | $ 425.00 | 425.00 | research and draft complaint | | $ 425.00 | | RW |
| 85 | 4/18/2012 | Hardeep Rekhi | 1.80 | $ 425.00 | 765.00 | Draft discovery | | $ 765.00 | | RW |
| 86 | 4/18/2012 | Jason Proctor | 0.80 | $ 150.00 | 120.00 | Drafted Letter To Fmcsa; Left Message For Client | 0.70 | $ 15.00 | Relevance | RW |
| 87 | 4/19/2012 | Greg Wolk | 2.80 | $ 425.00 | 1,190.00 | revise complaint (1.0); revise discovery requests (1.8) | | $ 1,190.00 | | RW |
| 88 | 4/19/2012 | Hardeep Rekhi | 2.40 | $ 425.00 | 1,020.00 | Finalized Complaint & Discovery | | $ 1,020.00 | | RW |
| 89 | 4/19/2012 | Jason Proctor | 1.50 | $ 150.00 | 225.00 | Edited Discovery; Filed Summons & Complaint; Updated File; Prepared Documents For Process Server; Drafted Letter To Process Server; Mailed; Printed Copies; Updated File | 0.50 | $ 150.00 | Administrative | RW |
| 90 | 4/19/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Calendared Deadlines | 0.50 | $ - | Administrative | RW |
| 91 | 4/23/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Saved And Reviewed E-Mail From L & I; E-Mailed L & I | 0.50 | $ - | Administrative | RW |
| 92 | 4/24/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed And Saved E-Mail; E-Mailed L & I | 0.20 | $ - | Administrative | RW |
| 93 | 4/26/2012 | Jason Proctor | 0.70 | $ 150.00 | 105.00 | Calendared Deadlines; Updated File | 0.70 | $ - | Administrative | RW |
| 94 | 4/29/2012 | Greg Wolk | 1.00 | $ 425.00 | 425.00 | finalize complaint and discovery requests | | $ 425.00 | | RW |
| 95 | 4/30/2012 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | finalize complaint and discovery requests (.3); confer w HSR re work product (.2) | | $ 212.50 | | RW |
| 96 | 4/30/2012 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Reviewed Service Issues | | $ 85.00 | | RW |
| 97 | 4/30/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Calendared Answer To Defendant | 0.10 | $ - | Administrative | RW |
| 98 | 4/30/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Edited Summons And Strategized Case | | $ 30.00 | | RW |
| 99 | 4/30/2012 | Jason Proctor | 0.90 | $ 150.00 | 135.00 | Edited Letter To Knight; Edited Discovery; Teleconference With Process Server; E-Mailed Process Server; Updated File | 0.20 | $ 105.00 | Administrative | RW |
| 100 | 5/1/2012 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Scanned In Declaration Of Service & Invoice & Calendared Answer | 0.40 | $ - | Administrative | RW |
| 101 | 5/4/2012 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | E-Filed Corrected Summons And Declaration Of Service | 0.40 | $ - | Administrative | RW |
| 102 | 5/7/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Mailed Check To Process Server | 0.10 | $ - | Administrative | RW |
| 103 | 5/15/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | confer w HSR re opposing counsel communication | | $ 85.00 | | RW |
| 104 | 5/15/2012 | Jason Proctor | 0.80 | $ 150.00 | 120.00 | Teleconference With Opposing Counsel; Reviewed Voicemail; Saved And Looked-Up Attorney Information; E-Mailed HSR And Gaw; Document Management | 0.40 | $ 60.00 | Administrative | RW |
| 105 | 5/16/2012 | Hardeep Rekhi | 0.70 | $ 425.00 | 297.50 | research class claims and determine strategy; review strategy from other similar claims | | $ 297.50 | | RW |
| 106 | 5/16/2012 | Jason Proctor | 1.20 | $ 150.00 | 180.00 | Strategized Case; Researched Multnomah County Records | | $ 180.00 | | RW |
| 107 | 5/16/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Strategized Case Regarding Obtaining Records From Multnomah County | | $ 30.00 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 19
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | | I | J |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Date** | **Professional** | **Units** | **Price** | **Value** | **Narrative** | **Writedown** | **Revised Value** | | **Writedown Explanation** | **Firm** |
| 108 | 5/21/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Strategized Case Regarding Obtaining Records From Multnomah County | | $ | 15.00 | | RW |
| 109 | 5/22/2012 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | confer w HSR re no answer (.2); review letter re default (.2) | | $ | 170.00 | | RW |
| 110 | 5/22/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Mailed And Saved Letter | | $ | 15.00 | | RW |
| 111 | 5/22/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Reviewed Voicemail; Saved And Reviewed Notice Of Removal | 0.40 | $ | 15.00 | Administrative | RW |
| 112 | 5/24/2012 | Greg Wolk | 1.30 | $ 425.00 | 552.50 | review notice of removal; research law | | $ | 552.50 | | RW |
| 113 | 5/24/2012 | Jason Proctor | 1.00 | $ 150.00 | 150.00 | Reviewed Notice Of Removal; Saved Ecf Documents; Document Management; Legal Research | 0.30 | $ | 105.00 | Administrative | RW |
| 114 | 5/25/2012 | Greg Wolk | 0.90 | $ 425.00 | 382.50 | review Court's rules (.2); confer w HSR re next steps (.7) | | $ | 382.50 | | RW |
| 115 | 5/29/2012 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | review letter from opposing counsel (.2); confer w HSR (.2) | | $ | 170.00 | | RW |
| 116 | 5/29/2012 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | Reviewed Various Case Filings And Letters From Opposing Counsel | | $ | 127.50 | | RW |
| 117 | 5/29/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Saved E-Mail And Letter From Opposing Counsel | 0.10 | $ | - | Administrative | RW |
| 118 | 5/30/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | review corporate disclosure statement | | $ | 85.00 | | RW |
| 119 | 6/6/2012 | Hardeep Rekhi | 2.00 | $ 425.00 | 850.00 | Researched Case Issues Regarding Procedures In Federal Court | | $ | 850.00 | | RW |
| 120 | 6/6/2012 | Jason Proctor | 0.60 | $ 150.00 | 90.00 | Saved Notice Of Appearance & Corporation Disclosure Statement; Saved E-Mail From L & I Records | | $ | 90.00 | | RW |
| 121 | 6/7/2012 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Reviewed Case Status Regarding Eeoc Issues | 0.50 | $ | - | Relevance | RW |
| 122 | 6/7/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Teleconference With Client (2); Left Messages For Eeoc; Reviewed & Saved Fax From Eeoc; E-Mailed HSR & Gaw | 0.30 | $ | 30.00 | Administrative | RW |
| 123 | 6/8/2012 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Teleconference With Eeoc; Faxed Representation Letter | 0.40 | $ | - | Relevance; Administrative | RW |
| 124 | 6/11/2012 | Hardeep Rekhi | 2.90 | $ 425.00 | 1,232.50 | Reviewed Case Filings And Researched Issue Related To Per Diem; Removal And Records Retrieval | | $ | 1,232.50 | | RW |
| 125 | 6/12/2012 | Hardeep Rekhi | 2.10 | $ 425.00 | 892.50 | Reviewed Case Filings And Researched Issues Relating To Per Diem And Wacs | | $ | 892.50 | | RW |
| 126 | 6/13/2012 | Hardeep Rekhi | 1.90 | $ 425.00 | 807.50 | Reviewed Case Issues And Created Strategy | | $ | 807.50 | | RW |
| 127 | 6/14/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | review motion to dismiss | 0.20 | $ | - | Unsuccessful claims | RW |
| 128 | 6/15/2012 | Greg Wolk | 1.00 | $ 425.00 | 425.00 | review motion to dismiss | 1.00 | $ | - | Unsuccessful claims | RW |
| 129 | 6/15/2012 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Reviewed Motion To Dismiss | 0.50 | $ | - | Unsuccessful claims | RW |
| 130 | 6/15/2012 | Jason Proctor | 3.00 | $ 150.00 | 450.00 | Saved Defendant'S Motion To Dismiss; Calendared; Strategized Case; Drafted Response To Motion To Dismiss; E-Mail HSR And Gaw(2) | 2.50 | $ | 75.00 | Unsuccessful claims | RW |
| 131 | 6/16/2012 | Greg Wolk | 1.40 | $ 425.00 | 595.00 | research and analyze motion to dismiss | 1.40 | $ | - | Unsuccessful claims | RW |
| 132 | 6/19/2012 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | review order re initial disclosures, etc. | | $ | 127.50 | | RW |
| 133 | 6/19/2012 | Hardeep Rekhi | 0.40 | $ 425.00 | 170.00 | Reviewed Court Filings | 0.40 | $ | - | | RW |
| 134 | 6/19/2012 | Hardeep Rekhi | 2.20 | $ 425.00 | 935.00 | Reviewed And Revised Documents; Researched Past Claims; Researched Regarding Motion To Dismiss | 0.80 | $ | 595.00 | Unsuccessful claims | RW |
| 135 | 6/20/2012 | Greg Wolk | 3.90 | $ 425.00 | 1,657.50 | research and draft response to motion to dismiss | 3.90 | $ | - | Unsuccessful claims | RW |
| 136 | 6/20/2012 | Hardeep Rekhi | 2.00 | $ 425.00 | 850.00 | Reviewed & Revised Documents; Researched Past Claims; Researched Regarding Motion To Dismiss | 1.00 | $ | 425.00 | Unsuccessful claims | RW |
| 137 | 6/22/2012 | Greg Wolk | 5.20 | $ 425.00 | 2,210.00 | draft response to motion to dismiss | 5.20 | $ | - | Unsuccessful claims | RW |
| 138 | 6/23/2012 | Greg Wolk | 1.00 | $ 425.00 | 425.00 | revise PRA response documents | 1.00 | $ | - | Unsuccessful claims | RW |
| 139 | 6/25/2012 | Greg Wolk | 3.10 | $ 425.00 | 1,317.50 | analyze OR Knight case file | | $ | 1,317.50 | | RW |
| 140 | 6/25/2012 | Hardeep Rekhi | 3.60 | $ 425.00 | 1,530.00 | Reviewed And Strategized Draft Response; Researched Regarding The Same | 3.60 | $ | - | Unsuccessful claims | RW |
| 141 | 6/25/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Saved And Reviewed Ecf Documents; Document Management | 0.20 | $ | - | Administrative | RW |
| 142 | 6/26/2012 | Greg Wolk | 5.10 | $ 425.00 | 2,167.50 | research and revise response to motion to dismiss | 5.10 | $ | - | Unsuccessful claims | RW |
| 143 | 6/26/2012 | Hardeep Rekhi | 3.90 | $ 425.00 | 1,657.50 | Researched And Reviewed Response | 3.90 | $ | - | Unsuccessful claims | RW |
| 144 | 6/26/2012 | Jason Proctor | 1.10 | $ 150.00 | 165.00 | Legal Research; Calendared Deadlines | 1.10 | $ | - | Administrative; Unsuccessful claims | RW |
| 145 | 6/27/2012 | Greg Wolk | 3.00 | $ 425.00 | 1,275.00 | research and revise response to motion to dismiss | 3.00 | $ | - | Unsuccessful claims | RW |
| 146 | 6/27/2012 | Hardeep Rekhi | 4.50 | $ 425.00 | 1,912.50 | Researched And Reviewed Response | 4.50 | $ | - | Unsuccessful claims | RW |
| 147 | 6/27/2012 | Hardeep Rekhi | 5.50 | $ 425.00 | 2,337.50 | Drafted Opposition | 5.50 | $ | - | Unsuccessful claims | RW |
| 148 | 6/28/2012 | Greg Wolk | 2.00 | $ 425.00 | 850.00 | revise HSR sections to response; revise response | 2.00 | $ | - | Unsuccessful claims | RW |
| 149 | 6/28/2012 | Hardeep Rekhi | 4.90 | $ 425.00 | 2,082.50 | Research, Drafted, Revised And Reviewed Opposition To Motion To Dismiss | 4.90 | $ | - | Unsuccessful claims | RW |
| 150 | 6/30/2012 | Greg Wolk | 1.50 | $ 425.00 | 637.50 | revise response | 1.50 | $ | - | Unsuccessful claims | RW |
| 151 | 7/1/2012 | Greg Wolk | 1.30 | $ 425.00 | 552.50 | finalize reponse | 1.30 | $ | - | Unsuccessful claims | RW |
| 152 | 7/2/2012 | Greg Wolk | 3.90 | $ 425.00 | 1,657.50 | finalize response to motion to dismiss | 3.90 | $ | - | Unsuccessful claims | RW |
| 153 | 7/2/2012 | Hardeep Rekhi | 4.50 | $ 425.00 | 1,912.50 | Reviewed And Revised Response | 4.50 | $ | - | Unsuccessful claims | RW |
| 154 | 7/2/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Edited Response To Motion To Dismiss; E-Filed; E-Mailed Proposed Order To Judge | 0.50 | $ | - | Unsuccessful claims/Administrative | RW |
| 155 | 7/3/2012 | Hardeep Rekhi | 3.50 | $ 425.00 | 1,487.50 | Finalized Response | 3.50 | $ | - | Unsuccessful claims | RW |
| 156 | 7/5/2012 | Hardeep Rekhi | 1.40 | $ 425.00 | 595.00 | Strategized Case; Reviewed And Revised Proposed Scheduling Order | | $ | 595.00 | | RW |
| 157 | 7/5/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Drafted Letter To Opposing Counsel; Mailed And E-Mailed | 0.20 | $ | 45.00 | Administrative | RW |
| 158 | 7/6/2012 | Hardeep Rekhi | 0.80 | $ 425.00 | 340.00 | Reviewed Reply Motion | 0.80 | $ | - | Unsuccessful claims | RW |
| 159 | 7/6/2012 | Greg Wolk | 1.00 | $ 425.00 | 425.00 | review Knight's reply to motion to dismiss; confer w HSR re same | 1.00 | $ | - | Unsuccessful claims | RW |
| 160 | 7/9/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Saved And Reviewed Reply | 0.20 | $ | - | Unsuccessful claims | RW |
| 161 | 7/10/2012 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Reviewed Case Strategy; E-Mailed Opposing Counsel | | $ | 212.50 | | RW |
| 162 | 7/10/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Saved E-Mail To Opposing Counsel | | $ | 15.00 | | RW |
| 163 | 7/11/2012 | Greg Wolk | 0.80 | $ 425.00 | 340.00 | review drafts for 26(f) conference, report and initial disclosures | | $ | 340.00 | | RW |
| 164 | 7/11/2012 | Jason Proctor | 1.80 | $ 150.00 | 270.00 | Drafted Joint Status Report & Discovery Plan & Initial Disclosures | | $ | 270.00 | | RW |
| 165 | 7/16/2012 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Legal Research | | $ | 60.00 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 20
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 166 | 7/17/2012 | Greg Wolk | 2.60 | $ 425.00 | 1,105.00 | confer w counsel re 26(f) (.3); draft report (.5); draft discovery requests (2.0) | | $ 1,105.00 | | RW |
| 167 | 7/17/2012 | Hardeep Rekhi | 1.40 | $ 425.00 | 595.00 | Reviewed And Prepared For Discovery Conference | | $ 595.00 | | RW |
| 168 | 7/17/2012 | Jason Proctor | 0.60 | $ 150.00 | 90.00 | Strategized Case; Drafted Discovery Requests | | $ 90.00 | | RW |
| 169 | 7/20/2012 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | finalize disclosures and discovery requests | | $ 170.00 | | RW |
| 170 | 7/20/2012 | Jason Proctor | 1.10 | $ 150.00 | 165.00 | Saved Documents; Reviewed Initial Disclosures; Edited Discovery Requests; Mailed | 0.30 | $ 120.00 | Administrative | RW |
| 171 | 7/23/2012 | Greg Wolk | 0.70 | $ 425.00 | 297.50 | revise initial disclosures | | $ 297.50 | | RW |
| 172 | 7/24/2012 | Greg Wolk | 1.10 | $ 425.00 | 467.50 | finalize initial disclosures (.3); review Knight's initial disclosures and discovery requests (.8) | | $ 467.50 | | RW |
| 173 | 7/30/2012 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | analyze Knight's initial disclosures/discovery requests and revisions to Joint Status Report | | $ 170.00 | | RW |
| 174 | 7/30/2012 | Jason Proctor | 0.60 | $ 150.00 | 90.00 | Saved And Reviewed E-Mail From L & I&; E-Mailed L & I(2); Strategized Case; Updated File | 0.40 | $ 30.00 | Administrative | RW |
| 175 | 7/31/2012 | Greg Wolk | 0.80 | $ 425.00 | 340.00 | revise Joint Status report | | $ 340.00 | | RW |
| 176 | 7/31/2012 | Hardeep Rekhi | 1.30 | $ 425.00 | 552.50 | Reviewed Joint Status Report; Reviewed Response From Opposing Counsel | | $ 552.50 | | RW |
| 177 | 7/31/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Left Message For Eeoc; E-Mailed Joint Status Report; E-Filed | 0.50 | $ - | Administrative | RW |
| 178 | 8/2/2012 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | confer w/ HSR and client re next steps | | $ 127.50 | | RW |
| 179 | 8/2/2012 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Strategize case with co-counsel re next steps | | $ 212.50 | | RW |
| 180 | 8/7/2012 | Greg Wolk | 0.80 | $ 425.00 | 340.00 | confer w HSR and client re discovery responses | | $ 340.00 | | RW |
| 181 | 8/7/2012 | Hardeep Rekhi | 0.80 | $ 425.00 | 340.00 | Strategize w/ co-counsel re discovery responses | | $ 340.00 | | RW |
| 182 | 8/8/2012 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | review case schedule (.2); confer w HSR and [redact] client (.3) | | $ 212.50 | | RW |
| 183 | 8/8/2012 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | Strategize w/ re [redact] | | $ 127.50 | | RW |
| 184 | 8/9/2012 | Jason Proctor | 1.40 | $ 150.00 | 210.00 | Saved And Calendared Minute Order | 1.40 | $ - | | RW |
| 185 | 8/14/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Saved And Reviewed E-Mail From L & I; Saved And Calendared Documents | 0.50 | $ - | Administrative | RW |
| 186 | 8/15/2012 | Greg Wolk | 0.80 | $ 425.00 | 340.00 | confer w HSR re notice of deposition (.2); [redact] client(.1); research FRCP 33 (.5) | | $ 340.00 | | RW |
| 187 | 8/15/2012 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | discuss and strategize issues related to notice of deposition and [redact] | | $ 212.50 | | RW |
| 188 | 8/16/2012 | Greg Wolk | 1.20 | $ 425.00 | 510.00 | confer w HSR and opposing counsel re deposition for client (.7); confer w client re [redacted] (.5) | | $ 510.00 | | RW |
| 189 | 8/16/2012 | Hardeep Rekhi | 1.40 | $ 425.00 | 595.00 | Strategized Case; Reviewed E-Mail; Teleconference With Client | | $ 595.00 | | RW |
| 190 | 8/16/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Teleconference With Client; Strategized Case | | $ 75.00 | | RW |
| 191 | 8/17/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Strategized Case | | $ 15.00 | | RW |
| 192 | 8/18/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | confer w client re [redacted] | | $ 85.00 | | RW |
| 193 | 8/19/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | analyze next steps w HSR | | $ 85.00 | | RW |
| 194 | 8/19/2012 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Determine next steps | | $ 85.00 | | RW |
| 195 | 8/20/2012 | Greg Wolk | 0.60 | $ 425.00 | 255.00 | confer re deposition dates(.1); review Knight discovery requests (.5) | | $ 255.00 | | RW |
| 196 | 8/21/2012 | Greg Wolk | 0.80 | $ 425.00 | 340.00 | analyze and draft responses to Knight discovery requests | | $ 340.00 | | RW |
| 197 | 8/21/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Reviewed Voicemail; Stategized Case; Teleconference With Opposing Counsel; Edited Discovery | | $ 75.00 | | RW |
| 198 | 8/22/2012 | Greg Wolk | 1.70 | $ 425.00 | 722.50 | draft and prepare responses to Knight discovery requests(1.4); confer w client (.3) | | $ 722.50 | | RW |
| 199 | 8/22/2012 | Hardeep Rekhi | 1.00 | $ 425.00 | 425.00 | Reviewed Discovery; Call Client | | $ 425.00 | | RW |
| 200 | 8/22/2012 | Hardeep Rekhi | 2.30 | $ 425.00 | 977.50 | Reviewed And Revised Discovery Responses | | $ 977.50 | | RW |
| 201 | 8/22/2012 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Saved And Reviewed Order; Teleconference With Client; Strategized Case | 0.20 | $ 30.00 | Administrative | RW |
| 202 | 8/23/2012 | Greg Wolk | 3.40 | $ 425.00 | 1,445.00 | draft and prepare responses to Knight discovery requests (1.8); confer w client(.4); review Knight's responses to our discovery requests (1.2) | | $ 1,445.00 | | RW |
| 203 | 8/23/2012 | Jason Proctor | 3.20 | $ 150.00 | 480.00 | Strategized Case; Teleconference With Client; Answered Discovery | | $ 480.00 | | RW |
| 204 | 8/24/2012 | Greg Wolk | 1.10 | $ 425.00 | 467.50 | Finalize responses to discovery requests (.5); review Knight's discovery responses (.3); revise letter to opposing counsel re discovery deficiencies (.3) | | $ 467.50 | | RW |
| 205 | 8/24/2012 | Jason Proctor | 6.00 | $ 150.00 | 900.00 | Worked On Answering Discovery, Documents Produced, Redacted, Bates Numbered, Edited Letter To Opposing Counsel | 1.50 | $ 675.00 | Administrative | RW |
| 206 | 8/27/2012 | Hardeep Rekhi | 1.60 | $ 425.00 | 680.00 | Reviewed Letters; Researched Issues; Draft Response To Opposing Counsel | | $ 680.00 | | RW |
| 207 | 8/27/2012 | Jason Proctor | 0.90 | $ 150.00 | 135.00 | Scanned And Reviewed Documents; Saved And Reviewed Letter From Opposing Counsel | 0.90 | $ - | Administrative | RW |
| 208 | 8/28/2012 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | meet and confer re Knight discovery responses | | $ 212.50 | | RW |
| 209 | 8/28/2012 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | discuss re Knight discovery responses | | $ 212.50 | | RW |
| 210 | 8/30/2012 | Jason Proctor | 0.60 | $ 150.00 | 90.00 | Strategized Case; Updated File; Teleconference With Client | 0.20 | $ 60.00 | Administrative | RW |
| 211 | 9/4/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Saved And Reviewed Documents From L&I | 0.20 | $ - | Administrative | RW |
| 212 | 9/6/2012 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | confer w client re [redacted] | | $ 212.50 | | RW |
| 213 | 9/6/2012 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | discussion w/ client | | $ 212.50 | | RW |
| 214 | 9/6/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Saved And Reviewed L & I Documents | 0.20 | $ - | Administrative | RW |
| 215 | 9/7/2012 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | email opposing counsel re deposition of client | | $ 170.00 | | RW |
| 216 | 9/10/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Saved & Reviewed E-Mail | 0.20 | $ - | Administrative | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 21
CASE NO. 2:12-CV-00904-RSL

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 217 | 9/11/2012 | Jason Proctor | 3.20 | $ 150.00 | 480.00 | Saved And Reviewed E-Mails: Picked Up Cd From Opposing Counsel; Document Management; Reviewed Documents; Strategized Case | 0.60 | $ 390.00 | Administrative | RW |
| 218 | 9/12/2012 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Saved & Reviewed E-Mail(2); Strategized Case | 0.10 | $ 30.00 | Administrative | RW |
| 219 | 9/13/2012 | Greg Wolk | 2.00 | $ 425.00 | 850.00 | Research protective order for deposition(.3); confer w potential co-counsel (1); confer w client re [redacted] (.2); email and finalize confidentiality agreement w opp counsel (.5) | | $ 850.00 | | RW |
| 220 | 9/13/2012 | Hardeep Rekhi | 2.50 | $ 425.00 | 1,062.50 | confer w potential co-counsel (1) | | $ 1,062.50 | | RW |
| 221 | 9/13/2012 | Jason Proctor | 0.60 | $ 150.00 | 90.00 | Saved & Reviewed E-Mail From Opposing Counsel; Saved Confidentiality Agreement; Document Management; Strategized Case; Updated File | 0.50 | $ 15.00 | Administrative | RW |
| 222 | 9/13/2012 | Jason Proctor | 1.30 | $ 150.00 | 195.00 | Meet With Client; Went To Opposing Counsel'S Office | 0.90 | $ 60.00 | Administrative | RW |
| 223 | 9/13/2012 | Toby Marshall | 3.10 | $ 475.00 | 1,472.50 | Telephone conferences with Mr. Rekhi and Mr. Wolk regarding co-counsel arrangement, claims, procedural history, and factual background issues [1.0]; researched and analyzed issues regarding same [.8]; ran conflict check and opened new matter [.1]; telephone conference with Mr. Keehnel regarding dispute over deposition date [.1]; telephone conferences with co-counsel regarding same [.3]; researched and analyzed issues regarding same [.5]; analyzed issues regarding protective order and class list [.3]. | 0.10 | $ 1,425.00 | Administrative | TM |
| 224 | 9/14/2012 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | Telephone call with co-counsel regarding case strategy issues | | $ 170.00 | | RW |
| 225 | 9/14/2012 | Hardeep Rekhi | 0.40 | $ 425.00 | 170.00 | Telephone call with co-counsel regarding case strategy issues | | $ 170.00 | | RW |
| 226 | 9/14/2012 | Jason Proctor | 1.40 | $ 150.00 | 210.00 | Reviewed E-Mail; Saved Class List; Strategized Case; Reviewed E-Mail From Co-Counsel; E-Mailed PRA Documents To Co-Counsel; Reviewed And Saved E-Mail; Drafted Motion For Protective Order, Declaration, Proposed Order; Document Management | 1.00 | $ 60.00 | Administrative | RW |
| 227 | 9/14/2012 | Bradford Kinsey | 0.30 | $ 100.00 | 30.00 | Retrieved pleadings from King County Superior Court. | 0.30 | $ - | Administrative | TM |
| 228 | 9/14/2012 | Eden Nordby | 1.50 | $ 150.00 | 225.00 | Worked on converting class list to Excel spreadsheet [1]; worked on Accurint searches; email regarding same [.5]. | | $ 225.00 | | TM |
| 229 | 9/14/2012 | Hannah Buckendorf | 1.80 | $ 50.00 | 90.00 | Performed Accurint searches on potential class members. | | $ 90.00 | | TM |
| 230 | 9/14/2012 | Toby Marshall | 3.20 | $ 475.00 | 1,520.00 | Telephone calls from co-counsel regarding case strategy issues [.4]; researched and analyzed issues regarding protective order motion for deposition of plaintiff [1.8]; worked on same [1.0]. | | $ 1,520.00 | | TM |
| 231 | 9/16/2012 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Reviewed materials from records requests to DU [.2]. | | $ 95.00 | | TM |
| 232 | 9/17/2012 | Greg Wolk | 3.20 | $ 425.00 | 1,360.00 | review class list and prepare script for class member interviews (1.3); confer w co-counsel (1.5) | | $ 1,360.00 | | RW |
| 233 | 9/17/2012 | Hardeep Rekhi | 2.90 | $ 425.00 | 1,232.50 | confer w co-counsel; review class member interview script; confer re the same | | $ 1,232.50 | | RW |
| 234 | 9/17/2012 | Hannah Buckendorf | 2.00 | $ 50.00 | 100.00 | Perform Accurint Searches for potential class members. | | $ 100.00 | | TM |
| 235 | 9/17/2012 | Toby Marshall | 1.50 | $ 475.00 | 712.50 | Telephone conference with co-counsel regarding legal and factual background issues and worked on same [1.5]. | | $ 712.50 | | TM |
| 236 | 9/18/2012 | Greg Wolk | 1.50 | $ 425.00 | 637.50 | call class members (1.5) | | $ 637.50 | | RW |
| 237 | 9/18/2012 | Hannah Buckendorf | 2.00 | $ 50.00 | 100.00 | Performed Accurint Advanced Person search. | | $ 100.00 | | TM |
| 238 | 9/18/2012 | Toby Marshall | 0.50 | $ 475.00 | 237.50 | Worked on outline for witness interviews [.4]; email correspondence with co-counsel regarding witness calls [.1]. | | $ 237.50 | | TM |
| 239 | 9/19/2012 | Toby Marshall | 0.70 | $ 475.00 | 332.50 | Worked on class member calls [.7]. | | $ 332.50 | | TM |
| 240 | 9/20/2012 | Greg Wolk | 5.30 | $ 425.00 | 2,252.50 | call class members (4.1); draft [redacted] (.4); confer with co-counsel (.8) | | $ 2,252.50 | | RW |
| 241 | 9/20/2012 | Hardeep Rekhi | 0.80 | $ 425.00 | 340.00 | confer with co-counsel (.8) | | $ 340.00 | | RW |
| 242 | 9/20/2012 | Eden Nordby | 0.80 | $ 150.00 | 120.00 | Revised class list to send to vendor [.5]; email to vendor regarding request for class list searches [.3]. | | $ 120.00 | | TM |
| 243 | 9/20/2012 | Toby Marshall | 2.00 | $ 475.00 | 950.00 | Worked on class list updates [.1]; worked on class member calls [1.1]; telephone conference with co-counsel regarding same and case strategy issues [.8]. | | $ 950.00 | | TM |
| 244 | 9/21/2012 | Greg Wolk | 2.20 | $ 425.00 | 935.00 | call class members | | $ 935.00 | | RW |
| 245 | 9/21/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Strategized Case | | $ 30.00 | | RW |
| 246 | 9/21/2012 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Correspondence regarding class list project. | | $ 30.00 | | TM |
| 247 | 9/21/2012 | Toby Marshall | 1.10 | $ 475.00 | 522.50 | Worked on [redacted] and email correspondence with co-counsel regarding same [.2]; worked on class member calls [.9]. | | $ 522.50 | | TM |
| 248 | 9/22/2012 | Toby Marshall | 0.60 | $ 475.00 | 285.00 | Worked on class member calls [.6]. | | $ 285.00 | | TM |
| 249 | 9/24/2012 | Greg Wolk | 1.10 | $ 425.00 | 467.50 | confer w co-counsel re [redacted] | | $ 467.50 | | RW |
| 250 | 9/25/2012 | Greg Wolk | 1.80 | $ 425.00 | 765.00 | call class members (1.3); confer w co-counsel (.5) | | $ 765.00 | | RW |
| 251 | 9/25/2012 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | confer w/ TM | | $ 212.50 | | RW |
| 252 | 9/25/2012 | Toby Marshall | 1.20 | $ 475.00 | 570.00 | Worked on class member calls [.7]; telephone conference with co-counsel regarding same [.4]; email correspondence with co-counsel regarding class list and motion to amend complaint [.1]. | | $ 570.00 | | TM |
| 253 | 9/26/2012 | Greg Wolk | 0.90 | $ 425.00 | 382.50 | call class members (.6); confer re [redacted] (.3) | | $ 382.50 | | RW |
| 254 | 9/26/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Teleconference With Opposing Counsel(2) | | $ 30.00 | | RW |
| 255 | 9/27/2012 | Greg Wolk | 1.00 | $ 425.00 | 425.00 | confer w client (.2); confer w co-counsel(.2); call class members (.6) | | $ 425.00 | | RW |
| 256 | 9/27/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Saved And Reviewed Response To Motion; Drafted Notice Of Withdrawl; Drafted Motion For Protective Order | 0.20 | $ 45.00 | Administrative | RW |
| 257 | 9/28/2012 | Greg Wolk | 3.30 | $ 425.00 | 1,402.50 | call class members (2.6); confer w co-counsel (.7) | | $ 1,402.50 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 22
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Date** | **Professional** | **Units** | **Price** | **Value** | **Narrative** | **Writedown** | **Revised Value** | **Writedown Explanation** | **Firm** |
| 258 | 9/28/2012 | Hardeep Rekhi | 0.70 | $ 425.00 | $ 297.50 | confer w co-counsel | | $ 297.50 | | RW |
| 259 | 9/28/2012 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Telephone conference with co-counsel regarding agreement with defense counsel on class representative issue and related discovery deadlines [.1]; analyzed issues regarding same [.1]. | | $ 95.00 | | TM |
| 260 | 10/1/2012 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | call class members | | $ 127.50 | | RW |
| 261 | 10/1/2012 | Eden Nordby | 0.30 | $ 150.00 | $ 45.00 | Worked on docketing case scheduling order. | | $ 45.00 | | RW |
| 262 | 10/1/2012 | Toby Marshall | 1.10 | $ 475.00 | $ 522.50 | Worked on class member calls and email correspondence with co-counsel regarding same [1.1]. | | $ 522.50 | | TM |
| 263 | 10/1/2012 | Torrie Marshall | 0.30 | $ 100.00 | $ 30.00 | Worked on docketing case scheduling order. | 0.30 | $ - | Administrative | TM |
| 264 | 10/2/2012 | Greg Wolk | 1.90 | $ 425.00 | $ 807.50 | call class members (1.3); confer w co-counsel re [redacted] (.6) | | $ 807.50 | | RW |
| 265 | 10/2/2012 | Jason Proctor | 0.50 | $ 150.00 | $ 75.00 | Legal Research | | $ 75.00 | | RW |
| 266 | 10/2/2012 | Toby Marshall | 0.90 | $ 475.00 | $ 427.50 | Worked on class member calls [.9]. | | $ 427.50 | | TM |
| 267 | 10/3/2012 | Greg Wolk | 2.60 | $ 425.00 | $ 1,105.00 | call class members (1.5); confer w co-counsel (.3); research claims compare with notes from calls (.8) | | $ 1,105.00 | | RW |
| 268 | 10/4/2012 | Greg Wolk | 1.80 | $ 425.00 | $ 765.00 | call class members (1.4); confer w co-counsel (.4) | | $ 765.00 | | RW |
| 269 | 10/4/2012 | Hardeep Rekhi | 0.40 | $ 425.00 | $ 170.00 | confer w/ TM | | $ 170.00 | | RW |
| 270 | 10/4/2012 | Toby Marshall | 2.20 | $ 475.00 | $ 1,045.00 | Analyzed issues regarding class member calls and legal claims [.2]; researched and analyzed issues regarding legal claims and factual background issues [.7]; telephone conference with co-counsel regarding same and case strategy [.5]; worked on class member calls [.8]. | | $ 1,045.00 | | TM |
| 271 | 10/5/2012 | Greg Wolk | 3.20 | $ 425.00 | $ 1,360.00 | meet w [redacted] (2.2); confer w co-counsel re next steps (.2); analyze claims (.6) | | $ 1,360.00 | | RW |
| 272 | 10/5/2012 | Jason Proctor | 0.20 | $ 150.00 | $ 30.00 | E-Mailed Discovery; Edited Class Agreement; Mailed | 0.20 | $ - | Administrative | RW |
| 273 | 10/5/2012 | Toby Marshall | 2.70 | $ 475.00 | $ 1,282.50 | Email correspondence with co-counsel regarding meeting with Mr. Bodily [.1]; to Bellevue for meeting with Mr. Bodily and return from same [2.4]; worked on document management issues [.2]. | | $ 1,282.50 | | TM |
| 274 | 10/8/2012 | Toby Marshall | 2.40 | $ 475.00 | $ 1,140.00 | Worked on class member calls [2.4]. | | $ 1,140.00 | | TM |
| 275 | 10/9/2012 | Greg Wolk | 3.70 | $ 425.00 | $ 1,572.50 | call class members (.7); meet w [redacted] (2.4); confer w co-counsel (.2); analyze claims (.4) | | $ 1,572.50 | | RW |
| 276 | 10/9/2012 | Hardeep Rekhi | 3.20 | $ 425.00 | $ 1,360.00 | confer w co-counsel; meet with [redacted] | | $ 1,360.00 | | RW |
| 277 | 10/9/2012 | Jason Proctor | 0.20 | $ 150.00 | $ 30.00 | Document Management For Notice Of Association And Representation Agreement | 0.20 | $ - | Administrative | RW |
| 278 | 10/9/2012 | Bradford Kinsey | 0.30 | $ 100.00 | $ 30.00 | Prepared draft of and finalized Marshall notice of association of counsel [.2]; arranged filing and service [.1]. | | $ 30.00 | | TM |
| 279 | 10/9/2012 | Toby Marshall | 4.00 | $ 475.00 | $ 1,900.00 | Email correspondence with co-counsel regarding class member interviews [.1]; analyzed issues regarding same [.1]; worked on representation agreement for [redacted] and email correspondence with [redacted] regarding same [.3]; ran conflict checks for potential class representatives [.1]; to Spanaway for meeting with co-counsel and Mr. Helde [3.4]. | | $ 1,900.00 | | TM |
| 280 | 10/10/2012 | Greg Wolk | 2.00 | $ 425.00 | $ 850.00 | meet w client (1.2); analyze claims (.8) | | $ 850.00 | | RW |
| 281 | 10/10/2012 | Jason Proctor | 0.40 | $ 150.00 | $ 60.00 | E-Mailed Representation Agreement; Document Management | 0.40 | $ - | Administrative | RW |
| 282 | 10/10/2012 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Message from Ms. Clifford regarding factual background issues [.1]; analyzed issues regarding and email correspondence with co-counsel regarding Jon Bodily's documents [.1]; worked on case strategy issues [.1]. | | $ 142.50 | | TM |
| 283 | 10/11/2012 | Greg Wolk | 1.20 | $ 425.00 | $ 510.00 | analyze claims | | $ 510.00 | | RW |
| 284 | 10/11/2012 | Jason Proctor | 0.80 | $ 150.00 | $ 120.00 | Saved And Reviewed E-Mails(2); Document Management; E-Mailed Client | 0.80 | $ - | Administrative | RW |
| 285 | 10/12/2012 | Jason Proctor | 0.40 | $ 150.00 | $ 60.00 | Saved And Reviewed Letter; Document Management For Client Documents | 0.40 | $ - | Administrative | RW |
| 286 | 10/15/2012 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Researched and analyzed issues regarding legal claims and factual background [.8]. | | $ 380.00 | | TM |
| 287 | 10/16/2012 | Toby Marshall | 3.80 | $ 475.00 | $ 1,805.00 | Worked on factual background issues [.3]; telephone call from Mr. Tena regarding same [.5]; drafted representation agreement for Mr. Tena [.2]; to Tacoma to meet with Mr. Tena [.7]; meeting with Mr. Tena regarding factual background issues [1.2]; returned from same [.9]. | | $ 1,805.00 | | TM |
| 288 | 10/17/2012 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | review email from co-counsel (.1); discuss next steps (.1) | | $ 85.00 | | RW |
| 289 | 10/17/2012 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Analyzed issues regarding claims of Mr. Tena [.1]; drafted email to co-counsel regarding same [.4]; worked on factual background issues [.3]. | | $ 380.00 | | TM |
| 290 | 10/18/2012 | Jason Proctor | 0.20 | $ 150.00 | $ 30.00 | Edited Agreement; Emailed To Co-Counsel | 0.10 | $ 15.00 | Administrative | RW |
| 291 | 10/18/2012 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Worked on finalizing representation agreement for Mr. Tena [.1]. | | $ 47.50 | | TM |
| 292 | 10/19/2012 | Toby Marshall | 2.80 | $ 475.00 | $ 1,330.00 | Worked on complaint and researched and analyzed issues regarding same [2.8]. | | $ 1,330.00 | | TM |
| 293 | 10/22/2012 | Greg Wolk | 1.90 | $ 425.00 | $ 807.50 | revise amended complaint (1.2); confer w co-counsel re next steps (.3); email opposing counsel (.2) | | $ 807.50 | | RW |
| 294 | 10/23/2012 | Greg Wolk | 1.30 | $ 425.00 | $ 552.50 | revise supp discovery production (1.0); confer w client re same (.3) | | $ 552.50 | | RW |
| 295 | 10/23/2012 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed E-Mail | 0.10 | $ - | Administrative | RW |
| 296 | 10/23/2012 | Eden Nordby | 0.30 | $ 150.00 | $ 45.00 | Worked on document review. | 0.30 | $ - | Administrative | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 23
CASE NO. 2:12-CV-00904-RSL

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 297 | 10/23/2012 | Toby Marshall | 2.20 | $ 475.00 | 1,045.00 | Email correspondence with co-counsel regarding discovery issues [.1]; worked on discovery issues [1.6]; telephone conference with co-counsel regarding same and factual background and case strategy issues [.4]; telephone conference with Mr. Tena regarding factual background issues [.1]. | | $ 1,045.00 | | TM |
| 298 | 10/24/2012 | Greg Wolk | 1.70 | $ 425.00 | 722.50 | revise supp discovery production (1.2); confer w clients re same (.5) | | $ 722.50 | | RW |
| 299 | 10/24/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed E-Mail And Discovery | | $ 15.00 | | RW |
| 300 | 10/24/2012 | Eden Nordby | 4.60 | $ 150.00 | 690.00 | Worked on document production; commenced document review and index. | | $ 690.00 | | TM |
| 301 | 10/24/2012 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Worked on discovery issues [.4]. | | $ 190.00 | | TM |
| 302 | 10/25/2012 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Reviewed E-Mails; Document Management; Teleconference With Co-Counsel | 0.20 | $ 30.00 | Administrative | RW |
| 303 | 10/25/2012 | Jason Proctor | 2.90 | $ 150.00 | 435.00 | Document Management; Finalized, Burnt Cd; E-Mailed; E-Mail Co-Counsel | 2.60 | $ 45.00 | Administrative | RW |
| 304 | 10/25/2012 | Eden Nordby | 6.20 | $ 150.00 | 930.00 | Worked on document review and production index [4.5]; worked on document production [.7]; finalized discovery responses [1]. | | $ 930.00 | | TM |
| 305 | 10/26/2012 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | review client documents | | $ 127.50 | | RW |
| 306 | 10/26/2012 | Katie Lohr | 0.50 | $ 90.00 | 45.00 | Delivered Documents To Opposing Counsel | 0.50 | $ - | Administrative | RW |
| 307 | 10/26/2012 | Eden Nordby | 0.50 | $ 150.00 | 75.00 | Forwarded discovery responses and production to co-counsel for service on Defendants [.3]; worked on file organization [.2] | | $ 75.00 | | TM |
| 308 | 10/29/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Delivered Appendix A; Updated File | 0.50 | $ - | Administrative | RW |
| 309 | 10/29/2012 | Eden Nordby | 1.00 | $ 150.00 | 150.00 | Worked on appendix to supplemental discovery responses. | | $ 150.00 | | TM |
| 310 | 10/29/2012 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Worked on issues regarding first supplemental responses to defendant's discovery requests [.2]. | | $ 95.00 | | TM |
| 311 | 10/30/2012 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | confer w co-counsel re [redacted] (.2); draft disengagement letter (.2) | 0.20 | $ 85.00 | Relevance | RW |
| 312 | 10/30/2012 | Jason Proctor | 0.70 | $ 150.00 | 105.00 | Strategized Case; Disengaged Case | 0.40 | $ 45.00 | Relevance | RW |
| 313 | 10/30/2012 | Toby Marshall | 0.50 | $ 475.00 | 237.50 | Email correspondence and telephone conference with with co-counsel regarding discovery and case strategy issues [.3]; analyzed issues and left message with opposing counsel regarding same [.2]. | | $ 237.50 | | TM |
| 314 | 10/31/2012 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | confer w co-counsel on amending complaint | | $ 127.50 | | RW |
| 315 | 10/31/2012 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Finalized, mailed and E-Mailed Letters To Aziz And OSHA | 0.50 | $ - | Relevance/Administraive | RW |
| 316 | 10/31/2012 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Analyzed issues regarding withdrawal of representation of Mr. Aziz [.1]. | 0.10 | $ - | Relevance | TM |
| 317 | 11/1/2012 | Greg Wolk | 1.30 | $ 425.00 | 552.50 | analyze leave to amend complaint (.5); confer with co-counsel re same (.8) | | $ 552.50 | | RW |
| 318 | 11/1/2012 | Hardeep Rekhi | 0.80 | $ 425.00 | 340.00 | confer with co-counsel re seeking leave to amend complaint | | $ 340.00 | | RW |
| 319 | 11/1/2012 | Erika Nusser | 0.40 | $ 350.00 | 140.00 | Worked on case strategy and motion to amend complaint [.4] | | $ 140.00 | | TM |
| 320 | 11/1/2012 | Toby Marshall | 1.10 | $ 475.00 | 522.50 | Analyzed issues regarding case strategy and email correspondence with co-counsel regarding same [.3]; telephone conference with co-counsel regarding same and worked on amended complaint [.8]. | | $ 522.50 | | TM |
| 321 | 11/2/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | meet w client re case status and scheduling deposition | | $ 85.00 | | RW |
| 322 | 11/5/2012 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | analyze amending complaint and supplementing discovery | | $ 212.50 | | RW |
| 323 | 11/5/2012 | Erika Nusser | 2.30 | $ 350.00 | 805.00 | Emails regarding case strategy issues [.2]; voicemail and telephone conference with Mr. Tena regarding [redacted][.2]; telephone conference with Mr. Wolk regarding [redacted] [.2]; worked on motion to amend complaint [1.7] | | $ 805.00 | | TM |
| 324 | 11/6/2012 | Bradford Kinsey | 0.90 | $ 100.00 | 90.00 | Prepared draft of plaintiff's motion for leave to amend complaint [.3]; prepared draft of Wolk declaration in support of motion for leave to amend complaint [.2]; prepared draft of Marshall declaration in support of motion to amend complaint [.2]; prepared draft of proposed order granting leave to amend complaint [.2]. | | $ 90.00 | | TM |
| 325 | 11/6/2012 | Erika Nusser | 6.70 | $ 350.00 | 2,345.00 | Worked on case strategy issues [.3]; worked on motion to amend complaint and supporting documents [4.4]; researched relation back and statute of limitations issues [2] | | $ 2,345.00 | | TM |
| 326 | 11/6/2012 | Toby Marshall | 0.70 | $ 475.00 | 332.50 | Telephone conference with opposing counsel regarding addition of named complaints and discovery issues [.2]; analyzed issues and email correspondence with co-counsel regarding same [.3]; worked on amended complaint [.2]. | | $ 332.50 | | TM |
| 327 | 11/7/2012 | Greg Wolk | 1.20 | $ 425.00 | 510.00 | analyze amended complaint and draft motion to amend complaint | | $ 510.00 | | RW |
| 328 | 11/7/2012 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Document Management Regarding Jon Bodily Documents | 0.40 | $ - | Administrative | RW |
| 329 | 11/7/2012 | Erika Nusser | 6.20 | $ 350.00 | 2,170.00 | Continued research regarding relation back of claims and drafted memo regarding the same [3.4]; voicemail for Mr. Tena [.1]; worked on factual issues [.2]; worked on motion to amend complaint [2.5] | | $ 2,170.00 | | TM |
| 330 | 11/8/2012 | Greg Wolk | 1.00 | $ 425.00 | 425.00 | analyze and revise motion to amend complaint | | $ 425.00 | | RW |
| 331 | 11/8/2012 | Hardeep Rekhi | 2.10 | $ 425.00 | 892.50 | Reviewed Issues Regarding Amended Complaint | | $ 892.50 | | RW |
| 332 | 11/8/2012 | Jason Proctor | 4.80 | $ 150.00 | 720.00 | Edited Motion To Amend Complaint; Declarations; Proposed Order & Exhibits; E-Filed; E-Mailed Proposed Order | 4.00 | $ 120.00 | Administrative | RW |
| 333 | 11/8/2012 | Erika Nusser | 6.90 | $ 350.00 | 2,415.00 | Worked on case strategy issues and motion to amend complaint [.7]; case strategy conferences regarding amended complaint [.4]; worked on motion to amend complaint and supporting documents, and revisions thereto [2.5]; worked on amended complaint and revisions thereto. [3.3] | | $ 2,415.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 24
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 334 | 11/8/2012 | Toby Marshall | 0.50 | $ 475.00 | $ 237.50 | Worked on amended complaint [.5]. | | $ 237.50 | | TM |
| 335 | 11/9/2012 | Hardeep Rekhi | 2.00 | $ 425.00 | $ 850.00 | Reviewed Issues Regarding Amended Complaint | | $ 850.00 | | RW |
| 336 | 11/12/2012 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | Sent E-Mail Regarding Discovery Issues | | $ 42.50 | | RW |
| 337 | 11/12/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Updated File | 0.20 | $ - | Administrative | RW |
| 338 | 11/12/2012 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 339 | 11/12/2012 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Voicemail and telephone conference with Mr. Tena [.2] | | $ 70.00 | | TM |
| 340 | 11/12/2012 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Analyzed issues regarding production of Mr. Tena's documents; email correspondence with co-counsel regarding response from opposing counsel to amended complaint proposal; analyzed issues regarding same and deposition scheduling [.2]. | | $ 95.00 | | TM |
| 341 | 11/13/2012 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Telephone conference with Mr. Tena regarding [redacted] and email correspondence with co-counsel regarding same and case strategy issues [.2]; left message with opposing counsel regarding same [.1]. | | $ 142.50 | | TM |
| 342 | 11/13/2012 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 343 | 11/14/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | Confer with co-counsel regarding case strategy and class cert | | $ 85.00 | | RW |
| 344 | 11/14/2012 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Confer with co-counsel regarding case strategy and class cert | | $ 85.00 | | RW |
| 345 | 11/14/2012 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Reviewed E-Mails Regarding Discovery | | $ 85.00 | | RW |
| 346 | 11/14/2012 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Telephone call from co-counsel regarding case strategy and class certification issues [.2]; exchanged messages with opposing counsel regarding amended complaint and plaintiff depositions [.1]. | | $ 142.50 | | TM |
| 347 | 11/15/2012 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Followed-Up On Discovery | | $ 212.50 | | RW |
| 348 | 11/15/2012 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone conference with opposing counsel regarding discovery issues [.1]; worked on same [.1]. | | $ 95.00 | | TM |
| 349 | 11/16/2012 | Greg Wolk | 1.90 | $ 425.00 | 807.50 | review and analyze client docs [.4]; confer w clients re docs and depositions [.4]; review email by co-counsel re amended complaint and next steps [.1]; confer w co-counsel re amended complaint, discovery, and deposition issues [1.0] | | $ 807.50 | | RW |
| 350 | 11/16/2012 | Hardeep Rekhi | 2.00 | $ 425.00 | 850.00 | confer w co-counsel re amended complaint, discovery, and deposition issues ; follow up re the same | | $ 850.00 | | RW |
| 351 | 11/16/2012 | Jason Proctor | 1.00 | $ 150.00 | 150.00 | Strategized Case; Left Message For John Bodily; Left Message For Kevin Helde; Reviewed E-Mail From Co-Counsel; Edited W-9; E-Mailed Opposing Counsel; Teleconference With Jon Bodily; Teleconference With Kevin Helde; E-Mails HSR, Gaw And Tm | 0.80 | $ 30.00 | Administrative | RW |
| 352 | 11/16/2012 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding amended complaint and discovery issues [.2] | | $ 70.00 | | TM |
| 353 | 11/16/2012 | Toby Marshall | 2.50 | $ 475.00 | 1,187.50 | Prepared for and participated in telephone conference with opposing counsel regarding amended complaint, discovery, and deposition issues [.3]; telephone conferences with co-counsel regarding same [1.0]; researched and analyzed issues regarding same [.8]; drafted email to opposing counsel regarding same [.4]. | | $ 1,187.50 | | TM |
| 354 | 11/19/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | confer on withdrawing complaint, subbing parties` | | $ 85.00 | | RW |
| 355 | 11/19/2012 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | worked on withdrawing complaint and adding parties | | $ 85.00 | | RW |
| 356 | 11/19/2012 | Eden Nordby | 0.80 | $ 150.00 | 120.00 | Worked on notice of withdrawal of motion; filed and served same. | 0.40 | $ 60.00 | Efficiency | TM |
| 357 | 11/19/2012 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Email correspondence with opposing counsel and co-counsel regarding withdrawal of motion to file amended complaint [.1]; analyzed issues and email correspondence with co-counsel regarding same [.2]. | | $ 142.50 | | TM |
| 358 | 11/20/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | analyze final amendments to complaint | | $ 85.00 | | RW |
| 359 | 11/20/2012 | Hardeep Rekhi | 1.10 | $ 425.00 | 467.50 | Strategized Case; discuss w/ Co-Counsel; follow up research | | $ 467.50 | | RW |
| 360 | 11/20/2012 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Document Management; E-Mailed Amended Complaint | 0.20 | $ - | Administrative | RW |
| 361 | 11/20/2012 | Eden Nordby | 1.50 | $ 150.00 | 225.00 | Finalized and formatted amended complaint; filed and served same; telephone conference with clerk regarding amended complaint. | | $ 225.00 | | TM |
| 362 | 11/20/2012 | Toby Marshall | 0.50 | $ 475.00 | 237.50 | Analyzed issues regarding filing of amended complaint and email correspondence with co-counsel regarding same [.2]; telephone conference with Mr. Tena regarding [redacted] [.1]; analyzed issues regarding same [.1]; email to opposing counsel regarding same and deadline for class certification filing [.1]. | | $ 237.50 | | TM |
| 363 | 11/21/2012 | Hardeep Rekhi | 2.30 | $ 425.00 | 977.50 | Reviewed Discovery Issues; Reviewed Discovery Regarding Clients | | $ 977.50 | | RW |
| 364 | 11/21/2012 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Document Management With Ecf & Letter; E-Mail To Co-Counsel | 0.40 | $ - | Administrative | RW |
| 365 | 11/26/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | Confer w. co-counsel re discovery and class cert issues | | $ 85.00 | | RW |
| 366 | 11/26/2012 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Confer w. co-counsel re discovery and class cert issues | | $ 85.00 | | RW |
| 367 | 11/26/2012 | Toby Marshall | 0.60 | $ 475.00 | 285.00 | Telephone call from Mr. Tena regarding [redacted] [.1]; analyzed issues regarding same [.2]; email correspondence and telephone conference with co-counsel regarding discovery and class certification issues [.2]; email correspondence with opposing counsel regarding same [.1]. | | $ 285.00 | | TM |
| 368 | 11/27/2012 | Greg Wolk | 0.90 | $ 425.00 | 382.50 | review discovery from Knight [.5]; contact clients and discuss dep prep and timing issues with co-counsel [.4] | | $ 382.50 | | RW |
| 369 | 11/27/2012 | Hardeep Rekhi | 3.90 | $ 425.00 | 1,657.50 | Reviewed Case Material And Discovery Produced | | $ 1,657.50 | | RW |
| 370 | 11/27/2012 | Toby Marshall | 0.90 | $ 475.00 | 427.50 | Worked on document production and deposition scheduling issues and telephone conference with opposing counsel regarding same [.9]. | | $ 427.50 | | TM |
| 371 | 11/28/2012 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | analyze discovry produced | | $ 85.00 | | RW |
| 372 | 11/28/2012 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Reviewed Discovery Issues | | $ 212.50 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 25
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Date** | **Professional** | **Units** | **Price** | **Value** | **Narrative** | **Writedown** | **Revised Value** | **Writedown Explanation** | **Firm** |
| 373 | 11/28/2012 | Jason Proctor | 0.20 | $ 150.00 | $ 30.00 | Reviewed E-Mails; Document Management; E-Mails Clients | 0.20 | $ - | Administrative | RW |
| 374 | 11/29/2012 | Greg Wolk | 0.40 | $ 425.00 | $ 170.00 | speak with clients about depositions (.2); review discovery (.2) | | $ 170.00 | | RW |
| 375 | 11/29/2012 | Jason Proctor | 0.50 | $ 150.00 | $ 75.00 | Strategized Case; Teleconference With Jon Bodily And Kevin Helde; E-Mailed Clients Regarding The Same | 0.30 | $ 30.00 | Administrative | RW |
| 376 | 11/29/2012 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 377 | 11/29/2012 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Forwarded deposition documents to Mr. Tena. | | $ 30.00 | | TM |
| 378 | 11/29/2012 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Telephone conference with Mr. Tena regarding [redacted] [.1]; worked on docketing issues and scheduling of preparation for same [.2]. | | $ 142.50 | | TM |
| 379 | 12/4/2012 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Left message with Mr. Tena regarding [redacted] [.1]. | | $ 47.50 | | TM |
| 380 | 12/5/2012 | Hardeep Rekhi | 1.90 | $ 425.00 | $ 807.50 | Reviewed Deadlines; Prepared For Deposition | | $ 807.50 | | RW |
| 381 | 12/5/2012 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Emails regarding case strategy issues [.2] | | $ 70.00 | | TM |
| 382 | 12/5/2012 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Analyzed issues regarding class certification deadline and email correspondence with co-counsel and opposing counsel regarding same [.2]. | | $ 95.00 | | TM |
| 383 | 12/5/2012 | Toby Marshall | 0.50 | $ 475.00 | $ 237.50 | Telephone call from opposing counsel regarding discovery issues and extension of class certification deadline [.4]; analyzed issues regarding same [.1]. | | $ 237.50 | | TM |
| 384 | 12/6/2012 | Hardeep Rekhi | 0.80 | $ 425.00 | $ 340.00 | Reviewed Document Production; prep for dep | | $ 340.00 | | RW |
| 385 | 12/6/2012 | Jason Proctor | 0.30 | $ 150.00 | $ 45.00 | Document Management | 0.30 | $ - | Administrative | RW |
| 386 | 12/6/2012 | Toby Marshall | 1.40 | $ 475.00 | $ 665.00 | Worked on discovery issues [.8]; telephone conference with opposing counsel regarding same [.6]. | | $ 665.00 | | TM |
| 387 | 12/7/2012 | Greg Wolk | 0.80 | $ 425.00 | $ 340.00 | analyze answer | | $ 340.00 | | RW |
| 388 | 12/7/2012 | Hardeep Rekhi | 2.30 | $ 425.00 | $ 977.50 | Reviewed Documents Regarding Depositions; E-Mail Correspondence With Co-Counsel | | $ 977.50 | | RW |
| 389 | 12/7/2012 | Jason Proctor | 0.30 | $ 150.00 | $ 45.00 | Strategized Case; E-Mailed Co-Counsel; Burned Cd | 0.20 | $ 15.00 | Administrative | RW |
| 390 | 12/7/2012 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Emails regarding case strategy issues [.2] | | $ 70.00 | | TM |
| 391 | 12/7/2012 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Worked on discovery issues [.4]. | | $ 190.00 | | TM |
| 392 | 12/10/2012 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | confer w co-counsel re document production and timing with discovery motion deadlines | | $ 255.00 | | RW |
| 393 | 12/10/2012 | Hardeep Rekhi | 0.70 | $ 425.00 | $ 297.50 | Teleconference Regarding Discovery | | $ 297.50 | | RW |
| 394 | 12/10/2012 | Jason Proctor | 0.30 | $ 150.00 | $ 45.00 | Document Management; Teleconference With Helde And Bodily; E-Mailed Bodily | 0.20 | $ 15.00 | Administrative | RW |
| 395 | 12/10/2012 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 396 | 12/10/2012 | Toby Marshall | 1.40 | $ 475.00 | $ 665.00 | Prepared for and participated in telephone conference with co-counsel and opposing counsel regarding Knight's document production, deposition scheduling, and class certification issues [.9]; worked on issues and email correspondence with co-counsel and opposing counsel regarding same [.5]. | | $ 665.00 | | TM |
| 397 | 12/11/2012 | Greg Wolk | 1.60 | $ 425.00 | $ 680.00 | analyze preemption (.5); confer with co-counsel re legal claims and factual background (1.1) | | $ 680.00 | | RW |
| 398 | 12/11/2012 | Hardeep Rekhi | 4.00 | $ 425.00 | $ 1,700.00 | Reviewed Discovery In Preparing Of Deposition (2.9); confer with co-counsel re issues regarding legal claims and factual background (1.1) | | $ 1,700.00 | | RW |
| 399 | 12/11/2012 | Toby Marshall | 1.20 | $ 475.00 | $ 570.00 | Telephone call from Mr. Tena regarding [redacted] [.1]; researched and analyzed issues regarding legal claims and factual background and telephone conferences with co-counsel regarding same [1.1]. | | $ 570.00 | | TM |
| 400 | 12/12/2012 | Greg Wolk | 5.30 | $ 425.00 | $ 2,252.50 | analyze notes from witness driver (.4); confer w co-counsel re same (.3); dep prep w client (3.6); analyze claims (1) | 0.50 | $ 2,040.00 | Unsuccessful claims | RW |
| 401 | 12/12/2012 | Hardeep Rekhi | 7.50 | $ 425.00 | $ 3,187.50 | Reviewed Discovery; Met With Client; Prepared For Deposition | 1.10 | $ 2,720.00 | Unsuccessful claims | RW |
| 402 | 12/12/2012 | Jennifer Boschen | 0.90 | $ 150.00 | $ 135.00 | Telephone conference with class member and drafted summary regarding same [.9]. | | $ 135.00 | | TM |
| 403 | 12/12/2012 | Toby Marshall | 6.90 | $ 475.00 | $ 3,277.50 | Reviewed documents produced by Knight and analyzed issues regarding factual background [2.9]; meeting with co-counsel and clients regarding factual background issues and preparation for depositions [3.6]; analyzed issues regarding class certification and witness interviews [.4]. | 1.00 | $ 2,802.50 | Unsuccessful claims | TM |
| 404 | 12/13/2012 | Hardeep Rekhi | 2.00 | $ 425.00 | $ 850.00 | Reviewed Discovery; E-Mail Correspondence With Co-Counsel | | $ 850.00 | | RW |
| 405 | 12/13/2012 | Jason Proctor | 0.30 | $ 150.00 | $ 45.00 | Saved And Reviewed E-Mail And Documents; Saved And Reviewed Amended Notice Of Deposition; E-Mailed To Client | 0.30 | $ - | Administrative | RW |
| 406 | 12/13/2012 | Jason Proctor | 0.20 | $ 150.00 | $ 30.00 | Saved And Reviewed Letter And Uploaded Documents; E-Mailed To Co-Counsel | 0.20 | $ - | Administrative | RW |
| 407 | 12/13/2012 | Eden Nordby | 0.60 | $ 150.00 | $ 90.00 | Worked on document production [.2]; updated caption [.2]; letter to opposing counsel regarding document production[.2]. | | $ 90.00 | | TM |
| 408 | 12/13/2012 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Worked on discovery issues and email correspondence with co-counsel and opposing counsel regarding same [.4]. | | $ 190.00 | | TM |
| 409 | 12/14/2012 | Jason Proctor | 3.30 | $ 150.00 | $ 495.00 | Strategized Case; Legal Research; Records Management; Converted Documents; E-Mailed Gaw & HSR; Reviewed E-Mail From Gaw | 1.30 | $ 300.00 | Administrative | RW |
| 410 | 12/14/2012 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Worked on docketing. | | $ 15.00 | | TM |
| 411 | 12/17/2012 | Greg Wolk | 1.80 | $ 425.00 | $ 765.00 | analyze similar wage and actions cases and Knight claims chart (.4); confer w co-counsel re legal claims and factual background (1.6) | 0.10 | $ 722.50 | Unsuccessful claims | RW |
| 412 | 12/17/2012 | Hardeep Rekhi | 7.80 | $ 425.00 | $ 3,315.00 | Reviewed Various Materials For Deposition (6.2); confer w co-counsel re legal claims and factual background (1.6) | | $ 3,315.00 | | RW |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Date** | **Professional** | **Units** | **Price** | **Value** | **Narrative** | **Writedown** | **Revised Value** | **Writedown Explanation** | **Firm** |
| 413 | 12/17/2012 | Jason Proctor | 2.70 | $ 150.00 | 405.00 | Legal Research; Teleconference With Aziz | 1.00 | $ 255.00 | Relevance/Efficiency | RW |
| 414 | 12/17/2012 | Toby Marshall | 2.00 | $ 475.00 | 950.00 | Reviewed documents produced by Knight [.1]; reviewed materials from related case in CA [.1]; researched and analyzed issues regarding legal claims and factual background and telephone conference with co-counsel regarding same [1.8]. | | $ 950.00 | | TM |
| 415 | 12/17/2012 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 416 | 12/18/2012 | Greg Wolk | 1.70 | $ 425.00 | 722.50 | review discovery produced and similar case pleadings (.9); meet with co-counsel and client regarding factual background issues (.8) | | $ 722.50 | | RW |
| 417 | 12/18/2012 | Hardeep Rekhi | 8.80 | $ 425.00 | 3,740.00 | Prepared For And Defended Deposition (8); meet with co-counsel and client regarding factual background issues (.8) | 1.30 | $ 3,187.50 | Unsuccessful claims | RW |
| 418 | 12/18/2012 | Jason Proctor | 1.10 | $ 150.00 | 165.00 | Legal Research; Document Management | 0.80 | $ 45.00 | Administrative/Efficiency | RW |
| 419 | 12/18/2012 | Erika Nusser | 0.50 | $ 350.00 | 175.00 | Analyzed related litigation [.5] | 0.50 | $ - | Relevance | TM |
| 420 | 12/18/2012 | Toby Marshall | 9.50 | $ 475.00 | 4,512.50 | Meeting with Mr. Tena in preparation for deposition [.7]; traveled to and defended Mr. Tena's deposition and returned from same [8.0]; meeting with co-counsel and client regarding factual background issues [.8]. | 1.40 | $ 3,847.50 | Unsuccessful claims | TM |
| 421 | 12/19/2012 | Greg Wolk | 1.10 | $ 425.00 | 467.50 | review discovery and similar pleadings/motions (.3); meeting with co-counsel and client re factual background issues (.8) | | $ 467.50 | | RW |
| 422 | 12/19/2012 | Hardeep Rekhi | 9.50 | $ 425.00 | 4,037.50 | Prepared For And Defended Deposition (8.7); meeting with co-counsel and client regarding factual background issues (.8) | 1.40 | $ 3,442.50 | Unsuccessful claims | RW |
| 423 | 12/19/2012 | Jason Proctor | 2.50 | $ 150.00 | 375.00 | Strategized Case; Legal Research; Reviewed E-Mail; E-Mailed HSR; Document Management Regarding Protective Order And Defendant's Documents Produced; Teleconference With Kevin Helde | 2.20 | $ 45.00 | Administrative | RW |
| 424 | 12/19/2012 | Katie Lohr | 5.30 | $ 90.00 | 477.00 | Legal Research | 2.50 | $ 252.00 | Efficiency | RW |
| 425 | 12/19/2012 | Erika Nusser | 0.50 | $ 350.00 | 175.00 | Researched factual issues for subpoena to Qualcomm [.5] | | $ 175.00 | | TM |
| 426 | 12/19/2012 | Toby Marshall | 9.60 | $ 475.00 | 4,560.00 | Meeting with Mr. Bodily in preparation for deposition [.5]; traveled to and defended Mr. Bodily's deposition and returned from same [8.3]; meeting with co-counsel and Mr. Bodily regarding factual background issues [.8]. | 1.40 | $ 3,895.00 | Unsuccessful claims | TM |
| 427 | 12/20/2012 | Greg Wolk | 0.70 | $ 425.00 | 297.50 | Meet with co-counsel and client re factual background issues | 0.70 | $ - | | RW |
| 428 | 12/20/2012 | Hardeep Rekhi | 8.20 | $ 425.00 | 3,485.00 | Defended Deposition (7.5); Meet with co-counsel and client re factual background issues (.7) | 1.20 | $ 2,975.00 | Unsuccessful claims | RW |
| 429 | 12/20/2012 | Jason Proctor | 3.20 | $ 150.00 | 480.00 | Document Management Regarding Exhibits | 3.20 | $ - | Administrative | RW |
| 430 | 12/20/2012 | Bradford Kinsey | 1.10 | $ 100.00 | 110.00 | Prepared draft of subpoena to produce documents directed to Qualcomm, Inc. [.3]; prepared draft of associated Exhibit A [.4]; prepared draft of declaration of records custodian [.2]; prepared draft of declaration of service [.2]. | | $ 110.00 | | TM |
| 431 | 12/20/2012 | Erika Nusser | 1.70 | $ 350.00 | 595.00 | Analyzed discovery responses and production, and worked on subpoena to Qualcomm [1.7] | | $ 595.00 | | TM |
| 432 | 12/20/2012 | Toby Marshall | 8.10 | $ 475.00 | 3,847.50 | Telephone call from Mr. Helde regarding deposition attendance and email to opposing counsel regarding same [.1]; traveled to and defended Mr. Helde's deposition and returned from same [7.3]; meeting with Mr. Helde and co-counsel regarding factual background issues [.7]. | 1.20 | $ 3,277.50 | Unsuccessful claims | TM |
| 433 | 12/21/2012 | Hardeep Rekhi | 0.90 | $ 425.00 | 382.50 | Reviewed E-Mail And Correspondence; Discussed Case Status | | $ 382.50 | | RW |
| 434 | 12/21/2012 | Jason Proctor | 1.00 | $ 150.00 | 150.00 | Document Management Regarding Exhibits; E-Mailed Co-Counsel | 1.00 | $ - | Administrative | RW |
| 435 | 12/21/2012 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Saved And Reviewed Stipulation And Proposed Order | 0.10 | $ - | Administrative | RW |
| 436 | 12/21/2012 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding stipulated protective order [.2] | | $ 70.00 | | TM |
| 437 | 12/21/2012 | Sharon Safarik | 0.40 | $ 225.00 | 90.00 | Discussed new research assignment. | 0.20 | $ 45.00 | Efficiency | TM |
| 438 | 12/21/2012 | Toby Marshall | 1.30 | $ 475.00 | 617.50 | Worked on outline of claims/issues and research projects to complete before class certification [.8]; reviewed proposed confidentiality agreement, analyzed issues regarding same, and email correspondence with co-counsel regarding same [.3]; email correspondence opposing counsel regarding discovery production issues [.1]; email correspondence with opposing counsel regarding briefing schedule for class certification [.1]. | | $ 617.50 | | TM |
| 439 | 12/26/2012 | Bradford Kinsey | 0.70 | $ 100.00 | 70.00 | Prepared draft of stipulation and proposed order regarding class certification briefing schedule. | | $ 70.00 | | TM |
| 440 | 12/26/2012 | Erika Nusser | 2.70 | $ 350.00 | 945.00 | Continued analyzing discovery responses and production, and worked on subpoena and letter to Qualcomm [2.7] | | $ 945.00 | | TM |
| 441 | 12/26/2012 | Toby Marshall | 0.50 | $ 475.00 | 237.50 | Worked on stipulation for briefing schedule on class certification [.1]; message from client regarding document production [.1]; worked on stipulation and proposed order to vacate case schedule pending class certification and email correspondence with co-counsel regarding same [.3]. | | $ 237.50 | | TM |
| 442 | 12/27/2012 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | Telephone call with co-counsel regarding discovery and factual background issues | | $ 170.00 | | RW |
| 443 | 12/27/2012 | Hardeep Rekhi | 0.40 | $ 425.00 | 170.00 | Telephone call with co-counsel regarding discovery and factual background issues | | $ 170.00 | | RW |
| 444 | 12/27/2012 | Bradford Kinsey | 0.30 | $ 100.00 | 30.00 | Prepared draft of and finalized Nusser notice of association of counsel [.2]; arranged filing and service [.1]. | | $ 30.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 27
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 445 | 12/27/2012 | Eden Nordby | 4.00 | $ 150.00 | $ 600.00 | Worked on document production project [.2]; commenced document review and index [3.8]. | | $ 600.00 | | TM |
| 446 | 12/27/2012 | Erika Nusser | 2.00 | $ 350.00 | $ 700.00 | Analyzed production from Knight [2] | | $ 700.00 | | TM |
| 447 | 12/27/2012 | Sharon Safarik | 4.10 | $ 225.00 | $ 922.50 | Researched preemption issues. | 2.10 | $ 450.00 | Efficiency | TM |
| 448 | 12/27/2012 | Toby Marshall | 2.70 | $ 475.00 | $ 1,282.50 | Researched and analyzed issues regarding factual background and worked on case strategy [.3]; worked on document production issues [.2]; email to opposing counsel regarding class certification briefing and case schedule deadlines [.1]; worked on document review issues [.2]; reviewed defendant's document production [1.5]; telephone conference with co-counsel regarding discovery and factual background issues [.4]. | | $ 1,282.50 | | TM |
| 449 | 12/28/2012 | Greg Wolk | 1.50 | $ 425.00 | $ 637.50 | Telephone conference with co-counsel re factual background, legal, and case strategy issues | | $ 637.50 | | RW |
| 450 | 12/28/2012 | Hardeep Rekhi | 6.40 | $ 425.00 | $ 2,720.00 | Legal Research Regarding Similar Claims; E-Mail Correspondence With Co-Counsel; Researched Issues Relating To Comdata; Strategized Subpoenas; confer with co-counsel re factual background, legal and case strategy issues (1.5) | | $ 2,720.00 | | RW |
| 451 | 12/28/2012 | Jason Proctor | 3.50 | $ 150.00 | $ 525.00 | Saved And Reviewed E-Mails; Document Management Regarding Letter And Defendant'S Documents Produced; E-Mailed Documents To Co-Counsel | 3.50 | $ - | Administrative | RW |
| 452 | 12/28/2012 | Eden Nordby | 5.00 | $ 150.00 | $ 750.00 | Worked on document production [.5]; created production CDs for opposing counsel [.3]; letter to opposing counsel [.2]; served document production [.2]; continued document review and index [3.8]. | | $ 750.00 | | TM |
| 453 | 12/28/2012 | Erika Nusser | 2.10 | $ 350.00 | $ 735.00 | Worked on revisions to subpoena to Qualcomm [.3]; analyzed production of Comdata account for Mr. Aziz [.3]; researched factual issues and worked on subpoena to Comdata [1.5] | | $ 735.00 | | TM |
| 454 | 12/28/2012 | Sharon Safarik | 0.50 | $ 225.00 | $ 112.50 | Researched preemption issues. | 0.30 | $ 45.00 | Efficiency | TM |
| 455 | 12/28/2012 | Toby Marshall | 3.30 | $ 475.00 | $ 1,567.50 | Worked on discovery and factual background issues and researched and analyzed same [1.8]; telephone conference with co-counsel regarding factual background, legal, and case strategy issues [1.5]. | | $ 1,567.50 | | TM |
| 456 | 12/31/2012 | Jason Proctor | 0.30 | $ 150.00 | $ 45.00 | Document Management | 0.30 | $ - | Administrative | RW |
| 457 | 1/2/2013 | Hardeep Rekhi | 3.80 | $ 425.00 | $ 1,615.00 | Legal Research Regarding Similar Cases; Reviewed Docket; Reviewed Other Cases; E-Mail Correspondence With Co-Counsel | | $ 1,615.00 | | RW |
| 458 | 1/2/2013 | Jason Proctor | 2.10 | $ 150.00 | $ 315.00 | Strategized Case: Teleconference With Aziz; Document Management For Exhibits & Transcripts; E-Mailed Clients And Co-Counsel With Exhibits & Transcripts; Reviewed E-Mails; Reviewed Legal Research. | 1.80 | $ 45.00 | Administrative/Relevance/Efficiency | RW |
| 459 | 1/2/2013 | Katie Lohr | 5.20 | $ 90.00 | $ 468.00 | Legal Research | 2.00 | $ 288.00 | Efficiency | RW |
| 460 | 1/2/2013 | Bradford Kinsey | 0.60 | $ 100.00 | $ 60.00 | Prepared draft of subpoena to produce documents directed to Comdata; prepared draft of and finalized declaration of records custodian; prepared draft of transmittal letter; prepared draft of declaration of service. | | $ 60.00 | | TM |
| 461 | 1/2/2013 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Correspondence with co-counsel regarding client contact information. | | $ 30.00 | | TM |
| 462 | 1/2/2013 | Eden Nordby | 3.10 | $ 150.00 | $ 465.00 | Worked on document review. | | $ 465.00 | | TM |
| 463 | 1/2/2013 | Erika Nusser | 1.60 | $ 350.00 | $ 560.00 | Researched legal and factual issues [1.1]; worked on subpoena to Comdata [.5] | | $ 560.00 | | TM |
| 464 | 1/2/2013 | Sharon Safarik | 7.40 | $ 225.00 | $ 1,665.00 | Researched preemption and orientation issues. | 3.70 | $ 832.50 | Efficiency | TM |
| 465 | 1/2/2013 | Toby Marshall | 0.50 | $ 475.00 | $ 237.50 | Telephone call from Mr. Tena regarding document production [.1]; worked on issues regarding same and discovery [.4]. | | $ 237.50 | | TM |
| 466 | 1/3/2013 | Hardeep Rekhi | 2.90 | $ 425.00 | $ 1,232.50 | Researched Issue Regarding Bonuses; Reviewed Deposition Transcripts | 1.20 | $ 722.50 | Unsuccessful claims | RW |
| 467 | 1/3/2013 | Hardeep Rekhi | 0.30 | $ 425.00 | $ 127.50 | Reviewed E-Mail Correspondence Regarding Setting Hearing Dates | 0.30 | $ - | Administrative | RW |
| 468 | 1/3/2013 | Jason Proctor | 0.20 | $ 150.00 | $ 30.00 | Saved And Reviewed Letter Form Judge Lasnik; Strategized Case | 0.20 | $ - | Administrative | RW |
| 469 | 1/3/2013 | Katie Lohr | 6.00 | $ 90.00 | $ 540.00 | Reviewed Documents And Personnel Files | | $ 540.00 | | RW |
| 470 | 1/3/2013 | Katie Lohr | 0.70 | $ 90.00 | $ 63.00 | Legal Research | 0.70 | $ - | Unsuccessful claims | RW |
| 471 | 1/3/2013 | Bradford Kinsey | 0.60 | $ 100.00 | $ 60.00 | Conduct legal research regarding Garza v. Swift Transportation matter; revise Qualcomm subpoena. | | $ 60.00 | | TM |
| 472 | 1/3/2013 | Eden Nordby | 4.40 | $ 150.00 | $ 660.00 | Continued document review [4]; worked on document production project [.2]; worked on docketing [.1]; email correspondence regarding Plaintiffs' deposition transcripts [.1]. | | $ 660.00 | | TM |
| 473 | 1/3/2013 | Erika Nusser | 1.00 | $ 350.00 | $ 350.00 | Emails regarding case strategy issues [.3]; reviewed analysis of bonus issue [.2]; worked on subpoena to Comdata and supporting documents [.5] | 0.20 | $ 280.00 | Unsuccessful Claims | TM |
| 474 | 1/3/2013 | Sharon Safarik | 5.50 | $ 225.00 | $ 1,237.50 | Researched preemption and orientation issues. | 2.70 | $ 630.00 | Efficiency | TM |
| 475 | 1/3/2013 | Toby Marshall | 1.10 | $ 475.00 | $ 522.50 | Reviewed letter from court regarding proposed stipulated protective order [.1]; analyzed issues regarding extension of case schedule deadlines and email correspondence with co-counsel and opposing counsel regarding same [.3]; worked on revisions to proposed stipulated protective order [.3]; reviewed documents from Mr. Tena and worked on production of same [.1]; worked on subpoena duces tecum to ComData and email correspondence with co-counsel regarding same [.2]; worked on research issues [.1]. | | $ 522.50 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 28
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 476 | 1/4/2013 | Hardeep Rekhi | 4.20 | $ 425.00 | $ 1,785.00 | Review E-Mails Regarding Scheduling; Researched Case Law Regarding Faaa; Researched Case Law Regarding Fmsca; Teleconference With Aziz | 0.50 | $ 1,572.50 | Relevance | RW |
| 477 | 1/4/2013 | Jason Proctor | 0.40 | $ 150.00 | $ 60.00 | Teleconference With Aziz(2); Mailed Documents | 0.40 | $ - | Relevance/Administrative | RW |
| 478 | 1/4/2013 | Bradford Kinsey | 0.40 | $ 100.00 | $ 40.00 | Reviewed and revised proposed class certification briefing schedule stipulation and proposed order. | | $ 40.00 | | TM |
| 479 | 1/4/2013 | Eden Nordby | 2.90 | $ 150.00 | $ 435.00 | Continued document review. | | $ 435.00 | | TM |
| 480 | 1/4/2013 | Erika Nusser | 0.60 | $ 350.00 | $ 210.00 | Analyzed proposed changes to subpoenas to Qualcom and Comdata [.4]; emails regarding scheduling issues [.2] | | $ 210.00 | | TM |
| 481 | 1/4/2013 | Sharon Safarik | 5.10 | $ 225.00 | $ 1,147.50 | Researched preemption and orientation issues. | 2.50 | $ 585.00 | Efficiency | TM |
| 482 | 1/4/2013 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Email correspondence with co-counsel and opposing counsel regarding proposed amendments to case schedule [.2]. | | $ 95.00 | | TM |
| 483 | 1/7/2013 | Hardeep Rekhi | 2.90 | $ 425.00 | $ 1,232.50 | Reviewed Case File; Drafted Outline For 30(B)(6) Deposition; Teleconference With Co-Counsel | 0.40 | $ 1,062.50 | Unsuccessful claims | RW |
| 484 | 1/7/2013 | Jason Proctor | 0.60 | $ 150.00 | $ 90.00 | Saved And Reviewed E-Mail And Documents | 0.60 | $ - | Administrative | RW |
| 485 | 1/7/2013 | Bradford Kinsey | 0.20 | $ 100.00 | $ 20.00 | Reviewed order on Beane pro hac vice admission; amended caption. | 0.20 | $ - | Administrative | TM |
| 486 | 1/7/2013 | Eden Nordby | 5.10 | $ 150.00 | $ 765.00 | Worked on document production issues [.3]; transmittal letter to opposing counsel [.2]; served document production [.2]; updated production log [.1]; continued document review [4.3]. | | $ 765.00 | | TM |
| 487 | 1/7/2013 | Sharon Safarik | 7.70 | $ 225.00 | $ 1,732.50 | Researched preemption and orientation issues. | 3.80 | $ 877.50 | Efficiency | TM |
| 488 | 1/7/2013 | Toby Marshall | 0.50 | $ 475.00 | $ 237.50 | Worked on discovery and factual backgroundissues [.5]. | | $ 237.50 | | TM |
| 489 | 1/8/2013 | Hardeep Rekhi | 0.70 | $ 425.00 | $ 297.50 | Followed-Up On 30(B)(6) | | $ 297.50 | | RW |
| 490 | 1/8/2013 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Saved And Reviewed E-Mails And Documents | 0.10 | $ - | Administrative | RW |
| 491 | 1/8/2013 | Katie Lohr | 0.20 | $ 90.00 | $ 18.00 | Legal Research | 0.20 | $ - | Unsuccessful claims | RW |
| 492 | 1/8/2013 | Bradford Kinsey | 0.40 | $ 100.00 | $ 40.00 | Reviewed, revised and finalized stipulation and proposed order regarding class certification briefing schedule; arranged filing and service; email correspondence to Judge's chambers regarding same. | | $ 40.00 | | TM |
| 493 | 1/8/2013 | Eden Nordby | 5.50 | $ 150.00 | $ 825.00 | Continued document review. | | $ 825.00 | | TM |
| 494 | 1/8/2013 | Sharon Safarik | 8.00 | $ 225.00 | $ 1,800.00 | Researched preemption and orientation issues. | 4.00 | $ 900.00 | Efficiency | TM |
| 495 | 1/8/2013 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Telephone conference with opposing counsel regarding discovery issues [.2]. | | $ 95.00 | | TM |
| 496 | 1/9/2013 | Torrie Marshall | 0.10 | $ 100.00 | $ 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 497 | 1/9/2013 | Hardeep Rekhi | 1.20 | $ 425.00 | $ 510.00 | Looked At 30(B)(6); Researched Comdata Issue | | $ 510.00 | | RW |
| 498 | 1/9/2013 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Saved And Reviewed Stipulation | | $ 15.00 | | RW |
| 499 | 1/9/2013 | Eden Nordby | 4.00 | $ 150.00 | $ 600.00 | Completed document review. | | $ 600.00 | | TM |
| 500 | 1/9/2013 | Sharon Safarik | 8.00 | $ 225.00 | $ 1,800.00 | Researched preemption and orientation issues. | 4.00 | $ 900.00 | Efficiency | TM |
| 501 | 1/9/2013 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Telephone call from Mr. Bodily regarding [redacted][.1]. | | $ 47.50 | | TM |
| 502 | 1/10/2013 | Hardeep Rekhi | 0.80 | $ 425.00 | $ 340.00 | Reviewed Discovery | | $ 340.00 | | RW |
| 503 | 1/10/2013 | Jason Proctor | 0.50 | $ 150.00 | $ 75.00 | Reviewed Fax And Docket; Saved And Reviewed Order; Calendared Deadlines | 0.50 | $ - | Administrative | RW |
| 504 | 1/10/2013 | Erika Nusser | 0.80 | $ 350.00 | $ 280.00 | Emails regarding stipulated protective order [.1]; analyzed same [.4]; analyzed 30(b)(6) deposition notice [.3] | | $ 280.00 | | TM |
| 505 | 1/10/2013 | Jennifer Murray | 1.50 | $ 450.00 | $ 675.00 | Reviewed memorandum regarding preemption and other issues; personal conference with Ms. Safarik regarding same. | | $ 675.00 | | TM |
| 506 | 1/10/2013 | Sharon Safarik | 8.60 | $ 225.00 | $ 1,935.00 | Researched preemption and orientation issues. | 4.30 | $ 967.50 | Efficiency | TM |
| 507 | 1/11/2013 | Jason Proctor | 0.70 | $ 150.00 | $ 105.00 | Calendared Deadlines | 0.70 | $ - | Administrative | RW |
| 508 | 1/11/2013 | Eden Nordby | 0.30 | $ 150.00 | $ 45.00 | Worked on docketing. | 0.30 | $ - | Administrative | TM |
| 509 | 1/11/2013 | Erika Nusser | 0.40 | $ 350.00 | $ 140.00 | Conference regarding case strategy issues and subpoenas to Comdata and Qualcomm [.4] | | $ 140.00 | | TM |
| 510 | 1/11/2013 | Sharon Safarik | 8.00 | $ 225.00 | $ 1,800.00 | Researched preemption and orientation issues. | 4.00 | $ 900.00 | Efficiency | TM |
| 511 | 1/11/2013 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Analyzed issues regarding revised protective order and email correspondence with co-counsel regarding same [.1]; reviewed order on class certification briefing and case schedule deadlines and analyzed issues regarding docketing of same [.1]; worked on case strategy issues [.2]. | | $ 190.00 | | TM |
| 512 | 1/11/2013 | Torrie Marshall | 0.30 | $ 100.00 | $ 30.00 | Worked on docketing case scheduling order. | 0.30 | $ - | Administrative | TM |
| 513 | 1/14/2013 | Hardeep Rekhi | 0.50 | $ 425.00 | $ 212.50 | Researched Knight Issues Regarding Wages | | $ 212.50 | | RW |
| 514 | 1/14/2013 | Jennifer Murray | 0.80 | $ 450.00 | $ 360.00 | Reviewed memorandum regarding preemption. | | $ 360.00 | | TM |
| 515 | 1/14/2013 | Sharon Safarik | 6.70 | $ 225.00 | $ 1,507.50 | Researched preemption and orientation issues. | 3.30 | $ 765.00 | Efficiency | TM |
| 516 | 1/15/2013 | Greg Wolk | 0.50 | $ 425.00 | $ 212.50 | analyze proposed stipulated protective order [.2]; analyze relevant caselaw [.3] | | $ 212.50 | | RW |
| 517 | 1/15/2013 | Hardeep Rekhi | 1.90 | $ 425.00 | $ 807.50 | Legal Research; Reviewed Client Documents; Reviewed Stipulation | | $ 807.50 | | RW |
| 518 | 1/15/2013 | Jason Proctor | 0.70 | $ 150.00 | $ 105.00 | Reviewed Aziz Pro Se Documents; E-Mailed Co-Counsel; Saved And Reviewed Revised Stipulation And Declaration | 0.70 | $ - | Relevance/Administrative/Efficiency | RW |
| 519 | 1/16/2013 | Greg Wolk | 0.90 | $ 425.00 | $ 382.50 | analyze notes on document production | | $ 382.50 | | RW |
| 520 | 1/16/2013 | Hardeep Rekhi | 0.90 | $ 425.00 | $ 382.50 | Reviewed Discovery Issues; E-Mail Correspondence With Co-Counsel | | $ 382.50 | | RW |
| 521 | 1/16/2013 | Jason Proctor | 0.40 | $ 150.00 | $ 60.00 | Saved And Reviewed Documents From Co-Counsel | 0.40 | $ - | Administrative/Efficiency | RW |
| 522 | 1/16/2013 | Bradford Kinsey | 1.40 | $ 100.00 | $ 140.00 | Reviewed, revised and finalized Qualcomm subpoena and related documents; reviewed, revised and finalized Comdata subpoena; arranged service of process; prepared declaration of service; arranged service on opposing counsel. | | $ 140.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 29
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 523 | 1/16/2013 | Erika Nusser | 0.70 | $ 350.00 | 245.00 | Worked on revisions to subpoenas to Qualcomm and Comdata, and finalized the same for service [.7] | | $ 245.00 | | TM |
| 524 | 1/16/2013 | Toby Marshall | 1.70 | $ 475.00 | 807.50 | Reviewed index of hot documents and analyzed issues regarding factual background [.4]; researched and analyzed issues regarding Knight's scheme for compensating productive versus non-productive work [.3]; reviewed memorandum regarding MCA and FAA preemption, applicability of Washington law to work performed outside of Washington, and orientation pay [.4]; worked on topics for Rule 30(b)(6) deposition of defendant [.4]; email correspondence with co-counsel regarding case strategy issues and worked on same [.2]. | 0.30 | $ 665.00 | Unsuccessful Claims | TM |
| 525 | 1/17/2013 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Reviewed Motion For Class Certification, Etc.; Email Correspondence Regarding Deposition; Reviewed Court Filing | 0.10 | $ 170.00 | Unsuccessful claims | RW |
| 526 | 1/17/2013 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Saved And Reviewed Revised Stipulated Protective Order; Document Management | 0.30 | $ - | Administrative | RW |
| 527 | 1/17/2013 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 528 | 1/17/2013 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 529 | 1/18/2013 | Greg Wolk | 3.00 | $ 425.00 | 1,275.00 | analyze notes and memos on class scope, preemption and orientation (2); confer with co-counsel regarding discovery and case strategy issues (1) | | $ 1,275.00 | | RW |
| 530 | 1/18/2013 | Hardeep Rekhi | 1.80 | $ 425.00 | 765.00 | Discussion With Co-Counsel Regarding Class Certification | 0.40 | $ 595.00 | Unsuccessful claims | RW |
| 531 | 1/18/2013 | Erika Nusser | 3.30 | $ 350.00 | 1,155.00 | Analyzed production index and documents [2.2]; telephone conference regarding class certification and case strategy issues [1]; researched and docketed deadline for filing motion for over-length brief in support of class certification [.1] | | $ 1,155.00 | | TM |
| 532 | 1/18/2013 | Toby Marshall | 2.10 | $ 475.00 | 997.50 | Telephone conference with co-counsel regarding discovery and case strategy issues and worked on same [2.1]. | | $ 997.50 | | TM |
| 533 | 1/21/2013 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Edited Letter To Client Regarding Invoice And Discovery | | $ 212.50 | | RW |
| 534 | 1/21/2013 | Hardeep Rekhi | 2.00 | $ 425.00 | 850.00 | Strategized Class Certification Issues; Called Possible Declarants; Reviewed Legal Issues Regarding The Same | 0.50 | $ 637.50 | Unsuccessful claims | RW |
| 535 | 1/21/2013 | Marc Cote | 6.10 | $ 375.00 | 2,287.50 | Researched and summarized case law interpreting 29 CFR 778.318 [1.8]; analyzed defendant's production regarding parties' understanding as to per-mile rate [3.5]; worked on memo analyzing claims under 29 CFR 778.318 [.8]. | 6.10 | $ - | Unsuccessful Claims | TM |
| 536 | 1/22/2013 | Hardeep Rekhi | 1.10 | $ 425.00 | 467.50 | Worked On 30(B)(6) | | $ 467.50 | | RW |
| 537 | 1/22/2013 | Eden Nordby | 0.10 | $ 150.00 | 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 538 | 1/22/2013 | Marc Cote | 2.90 | $ 375.00 | 1,087.50 | Worked on research memo regarding 29 CFR 778.318 and nonpayment for non-driving activities. | 2.90 | $ - | Unsuccessful Claims | TM |
| 539 | 1/23/2013 | Hardeep Rekhi | 1.00 | $ 425.00 | 425.00 | Conferred With Aziz; Reviewed Documents Regarding The Same; Sent 30(B)(6) Documents | 0.70 | $ 127.50 | Relevance | RW |
| 540 | 1/23/2013 | Hardeep Rekhi | 1.50 | $ 425.00 | 637.50 | Reviewed, Revised, And Finalized 30(B)(6) Outline | | $ 637.50 | | RW |
| 541 | 1/23/2013 | Hardeep Rekhi | 0.90 | $ 425.00 | 382.50 | E-Mail Correspondence And Discussed Case With Co-Counsel | | $ 382.50 | | RW |
| 542 | 1/23/2013 | Jason Proctor | 1.20 | $ 150.00 | 180.00 | Teleconference With Aziz; Document Management; Burned Cd Of Client File; Mailed | 1.20 | $ - | Relevance/Administrative | RW |
| 543 | 1/23/2013 | Jason Proctor | 1.60 | $ 150.00 | 240.00 | Edited Letter And Notice Of 30(B)(6) Deposition; E-Mailed And Mailed To Opposing Counsel | 1.30 | $ 45.00 | Administrative | RW |
| 544 | 1/23/2013 | Bradford Kinsey | 0.50 | $ 100.00 | 50.00 | Prepared draft of motion for summary judgment; prepared draft of Marshall declaration in support of motion for summary judgment. | | $ 50.00 | | TM |
| 545 | 1/23/2013 | Erika Nusser | 1.70 | $ 350.00 | 595.00 | Telephone conference with Ms. Wadi regarding Comdata's response to subpoena and emails regarding the same [.4]; voicemails and telephone conference with Mr. Bull regarding Qualcomm's response to subpoena [.5]; researched jurisdiction from which subpoena should issue [.8] | | $ 595.00 | | TM |
| 546 | 1/23/2013 | Marc Cote | 1.70 | $ 375.00 | 637.50 | Worked on research memo regarding effect of 29 CFR 778.318 on claims for unpaid time for non-driving activity. | 1.70 | $ - | Unsuccessful Claims | TM |
| 547 | 1/23/2013 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 548 | 1/24/2013 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | review deposition transcript with client | | $ 212.50 | | RW |
| 549 | 1/24/2013 | Hardeep Rekhi | 1.40 | $ 425.00 | 595.00 | Reviewed Subpoena Issue; Strategized Regarding The Same; Reviewed Jon Bodily Documents; Sent Out 30(B)(6) | | $ 595.00 | | RW |
| 550 | 1/24/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | E-Mailed Opposing Counsel And Co-Counsel | 0.10 | $ - | Administrative | RW |
| 551 | 1/24/2013 | Eden Nordby | 0.30 | $ 150.00 | 45.00 | Left messages with class representatives [redacted] [.2]; Worked on docketing [.1]. | 0.10 | $ 30.00 | Administrative | TM |
| 552 | 1/24/2013 | Erika Nusser | 1.40 | $ 350.00 | 490.00 | Telephone conference with Mr. Bull regarding Qualcomm's response to subpoena [.2]; researched burden issues related to third-party production [.8]; conference regarding Qualcomm's response to subpoena [.2]; email to opposing counsel regarding the same [.2] | | $ 490.00 | | TM |
| 553 | 1/24/2013 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Analyzed issues regarding review of depositions and signatures for same [.1]; worked on discovery issues [.2]. | | $ 142.50 | | TM |
| 554 | 1/24/2013 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 555 | 1/25/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed E-Mail; Calendared Deadline | 0.20 | $ - | Administrative | RW |
| 556 | 1/25/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails from and to Ms. Waddy regarding Comdata's response to subpoena [.2] | | $ 70.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 30
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 557 | 1/27/2013 | Erika Nusser | 1.00 | $ 350.00 | $ 350.00 | Worked on template for class member declarations [1] | | $ 350.00 | | TM |
| 558 | 1/27/2013 | Toby Marshall | 0.60 | $ 475.00 | $ 285.00 | Reviewed memorandum regarding claims arising out of Knight's failure to pay for non-driving work [.3]; worked on class member declaration template [.3]. | | $ 285.00 | | TM |
| 559 | 1/28/2013 | Greg Wolk | 0.80 | $ 425.00 | $ 340.00 | analyze sample declaration for class cert | | $ 340.00 | | RW |
| 560 | 1/28/2013 | Hardeep Rekhi | 1.90 | $ 475.00 | $ 902.50 | Review case law research; review memo re claims; conduct additional research | 0.50 | $ 665.00 | Unsuccessful Claims | RW |
| 561 | 1/28/2013 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Saved And Reviewed E-Mail | 0.10 | $ - | Administrative | RW |
| 562 | 1/28/2013 | Erika Nusser | 1.30 | $ 350.00 | $ 455.00 | Worked on revisions to template for class member declarations [.7]; emails to and from Ms. Tadano regarding Qualcomm subpoena [.4]; analyzed protective order [.2] | | $ 455.00 | | TM |
| 563 | 1/28/2013 | Toby Marshall | 0.60 | $ 475.00 | $ 285.00 | Telephone call from Mr. Tena regarding [redacted] [.2]; worked on discovery and class certification issues [.4]. | 0.30 | $ 142.50 | Unsuccessful Claims | TM |
| 564 | 1/29/2013 | Greg Wolk | 2.20 | $ 425.00 | $ 935.00 | analyze class cert issues: practical miles | 2.20 | $ - | Unsuccessful claims | RW |
| 565 | 1/29/2013 | Jason Proctor | 0.20 | $ 150.00 | $ 30.00 | Transferred Client File; Saved And Reviewed E-Mails | 0.20 | $ - | Administrative | RW |
| 566 | 1/29/2013 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Strategized Case | | $ 15.00 | | RW |
| 567 | 1/29/2013 | Toby Marshall | 0.70 | $ 475.00 | $ 332.50 | Worked on discovery and class certification issues [.7]. | | $ 332.50 | | TM |
| 568 | 1/30/2013 | Greg Wolk | 0.90 | $ 425.00 | $ 382.50 | analyze discovery and class cert issue: practical miles | 0.90 | $ - | Unsuccessful claims | RW |
| 569 | 1/30/2013 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Document Management | 0.10 | $ - | Administrative | RW |
| 570 | 1/31/2013 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | analyze issues for 30b6 dep: class scope | | $ 127.50 | | RW |
| 571 | 1/31/2013 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Saved And Reviewed E-Mail | 0.10 | $ - | Administrative | RW |
| 572 | 1/31/2013 | Jason Proctor | 2.20 | $ 150.00 | $ 330.00 | Reviewed E-Mails; Cancelled Conference Rooms; Re-Noted Deposition For 30(B)(6); Looked Into Travel Arrangements; Saved And Reviewed E-Mails And Objections; Document Management; E-Mailed And Mailed | 2.20 | $ - | Administrative | RW |
| 573 | 1/31/2013 | Katie Lohr | 3.50 | $ 90.00 | $ 315.00 | Legal Research Regarding Bonuses | 3.50 | $ - | Unsuccessful claims | RW |
| 574 | 1/31/2013 | Bradford Kinsey | 0.60 | $ 100.00 | $ 60.00 | Reviewed correspondence regarding Qualcomm subpoena objections; prepared amended subpoena package of same. | | $ 60.00 | | TM |
| 575 | 1/31/2013 | Eden Nordby | 0.40 | $ 150.00 | $ 60.00 | Scheduled court reporter for Knight Transportation deposition; correspondence regarding same. | | $ 60.00 | | TM |
| 576 | 1/31/2013 | Erika Nusser | 2.70 | $ 350.00 | $ 945.00 | Analyzed production and commenced working on motion for class certification [1.3]; letter from Mr. Bull regarding objection to subpoena to Qualcomm [.3]; worked on letter to Mr. Bull regarding subpoena [1]; email to Mr. Bull regarding amended subpoena [.1] | | $ 945.00 | | TM |
| 577 | 1/31/2013 | Toby Marshall | 1.20 | $ 475.00 | $ 570.00 | Worked on document management issues and email to opposing counsel regarding response to Rule 30(b)(6) deposition notice [.1]; message from opposing counsel regarding scheduling of Rule 30(b)(6) deposition and email to co-counsel regarding same [.1]; telephone conferences and email correspondence with with opposing counsel and co-counsel regarding same and worked on arrangements for same [.4]; analyzed issues regarding response to Qualcomm subpoena [.1]; reviewed objections to Rule 30(b)(6) deposition notice [.3]; telephone conference with co-counsel regarding same and preparation for deposition [.2]. | | $ 570.00 | | TM |
| 578 | 2/1/2013 | Greg Wolk | 0.50 | $ 425.00 | $ 212.50 | analyze memo re bonus claim | 0.50 | $ - | Unsuccessful claims | RW |
| 579 | 2/1/2013 | Hardeep Rekhi | 1.75 | $ 425.00 | $ 743.75 | Review legal issues regarding Bonuses; research issues in preparation of Depositions | 0.75 | $ 425.00 | Unsuccessful Claims | RW |
| 580 | 2/1/2013 | Katie Lohr | 5.60 | $ 90.00 | $ 504.00 | Legal Research Regarding Bonuses | 5.60 | $ - | Unsuccessful claims | RW |
| 581 | 2/1/2013 | Bradford Kinsey | 0.30 | $ 100.00 | $ 30.00 | Reviewed, revised and finalized letter to Mr. Bull enclosing amended Qualcomm subpoena package. | | $ 30.00 | | TM |
| 582 | 2/1/2013 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Emails to and from Mr. Bull regarding amended subpoena [.2] | | $ 70.00 | | TM |
| 583 | 2/4/2013 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | Telephone call with co-counsel regarding preparation for Rule 30(b)(6) deposition | | $ 85.00 | | RW |
| 584 | 2/4/2013 | Hardeep Rekhi | 0.80 | $ 425.00 | $ 340.00 | Teleconference with Co-Counsel; worked on 30(b)(6) outline; strategize re depositions | 0.20 | $ 255.00 | Unsuccessful claims | RW |
| 585 | 2/4/2013 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 586 | 2/4/2013 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Analyzed issues regarding preparation for Rule 30(b)(6) deposition and email correspondence with co-counsel regarding same [.1]; telephone call from co-counsel regarding same [.2]. | 0.10 | $ 95.00 | Unsuccessful Claims | TM |
| 587 | 2/4/2013 | Torrie Marshall | 0.10 | $ 100.00 | $ 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 588 | 2/5/2013 | Hardeep Rekhi | 3.00 | $ 425.00 | $ 1,275.00 | Reviewed Outline For 30(B)(6) Deposition Preparation; Reviewed Discovery | 0.50 | $ 1,062.50 | Unsuccessful Claims | RW |
| 589 | 2/5/2013 | Hardeep Rekhi | 1.00 | $ 425.00 | $ 425.00 | Reviewed Deposition Transcript | | $ 425.00 | | RW |
| 590 | 2/5/2013 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed E-Mail | 0.10 | $ - | Unsuccessful claims | RW |
| 591 | 2/5/2013 | Katie Lohr | 4.40 | $ 90.00 | $ 396.00 | Legal Research Re Reimbursement | 4.40 | $ - | Unsuccessful claims | RW |
| 592 | 2/6/2013 | Greg Wolk | 0.50 | $ 425.00 | $ 212.50 | review discovery re orientation claim | | $ 212.50 | | RW |
| 593 | 2/6/2013 | Jason Proctor | 0.40 | $ 150.00 | $ 60.00 | Strategized Case; Teleconference With Comdata | | $ 60.00 | | RW |
| 594 | 2/6/2013 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Worked on docketing. | 0.10 | $ - | | TM |
| 595 | 2/6/2013 | Erika Nusser | 0.40 | $ 350.00 | $ 140.00 | Telephone conference with Mr. Bull regarding Qualcomm's response to subpoena [.3]; email to Ms. Waddy reading Comdata's response to subpoena [.1] | | $ 140.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 31
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|------|-------------|-------|--------|-------|----------|----------|--------------|-------------------------|------|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 596 | 2/6/2013 | Toby Marshall | 1.40 | $ 475.00 | 665.00 | Message from opposing counsel regarding Rule 30(b)(6) deposition and email correspondence with co-counsel regarding same [.1]; analyzed issues regarding same [.2]; telephone call from opposing counsel regarding same [1.0]; analyzed issues regarding subpoena duces tecum to Qualcomm [.1]. | 0.20 | 570.00 | Unsuccessful Claims | TM |
| 597 | 2/6/2013 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | - | Administrative | TM |
| 598 | 2/7/2013 | Greg Wolk | 3.90 | $ 425.00 | 1,657.50 | confer re 30b6 scope and review orientation documents (3.7); review emails from counsel re Qualcomm production (.2) | | 1,657.50 | | RW |
| 599 | 2/7/2013 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | E-Mailed Co-Counsel; Reviewed E-Mails; Strategized Case | 0.30 | 15.00 | Administrative | RW |
| 600 | 2/7/2013 | Katie Lohr | 3.30 | $ 90.00 | 297.00 | Prepared For 30(B)(6) Deposition | 0.50 | 252.00 | Unsuccessful Claims | RW |
| 601 | 2/7/2013 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Email correspondence with co-counsel regarding [redacted]. | | 30.00 | | TM |
| 602 | 2/7/2013 | Erika Nusser | 1.10 | $ 350.00 | 385.00 | Emails from and to Ms. Waddy regarding Comdata's response to subpoena, and telephone conference with Ms. Waddy regarding the same [.4]; telephone conference and emails with Mr. Bull regarding Qualcomm's response to subpoena [.3]; conference regarding the same [.2]; email to Ms. Tadano regarding Qualcomm subpoena [.2] | | 385.00 | | TM |
| 603 | 2/7/2013 | Toby Marshall | 2.30 | $ 475.00 | 1,092.50 | Reviewed materials in preparation for 30(b)(6) deposition of defendant and analyzed issues regarding same [.3]; worked on outline of questions for same [.6]; worked on declarations from employees [.4]. | 0.30 | 950.00 | Unsuccessful Claims | TM |
| 604 | 2/8/2013 | Greg Wolk | 2.10 | $ 425.00 | 892.50 | call drivers for declarations | | 892.50 | | RW |
| 605 | 2/8/2013 | Greg Wolk | 3.00 | $ 425.00 | 1,275.00 | analyze and revise 30b6 outline and exhibits (2.3); review discovery production (.7) | | 1,275.00 | | RW |
| 606 | 2/8/2013 | Jason Proctor | 4.10 | $ 150.00 | 615.00 | Document Management For Exhibits For 30(8)(6) Deposition | 4.10 | - | Administrative | RW |
| 607 | 2/8/2013 | Katie Lohr | 6.30 | $ 90.00 | 567.00 | Prepared For 30(B)(6) Deposition | 1.00 | 477.00 | Unsuccessful Claims | RW |
| 608 | 2/8/2013 | Bradford Kinsey | 0.30 | $ 100.00 | 30.00 | Drafted motion to file overlength brief. | | 30.00 | | TM |
| 609 | 2/8/2013 | Erika Nusser | 5.10 | $ 350.00 | 1,785.00 | Emails to and from Mr. Bull regarding Qualcomm's response to subpoena [.2]; telephone conference with Ms. Waddy regarding factual issues and emails regarding the same [.3]; case strategy conference [.4]; analyzed and revised outline for 30(b)(6) deposition [1.3]; analyzed production [2.4]; analyzed production from Qualcomm and emails regarding the same [.5]; | 0.70 | 1,540.00 | Unsuccessful Claims | TM |
| 610 | 2/8/2013 | Toby Marshall | 0.90 | $ 475.00 | 427.50 | Reviewed documents in preparation for deposition of Knight [.9]. | 0.20 | 332.50 | Unsuccessful Claims | TM |
| 611 | 2/10/2013 | Greg Wolk | 2.00 | $ 425.00 | 850.00 | review discovery production` | 0.30 | 722.50 | Unsuccessful Claims | RW |
| 612 | 2/10/2013 | Toby Marshall | 2.00 | $ 475.00 | 950.00 | Reviewed defendant's document production [2.0]. | 0.30 | 807.50 | Unsuccessful Claims | TM |
| 613 | 2/11/2013 | Greg Wolk | 1.20 | $ 425.00 | 510.00 | review Qualcomm's production | | 510.00 | | RW |
| 614 | 2/11/2013 | Hardeep Rekhi | 2.30 | $ 425.00 | 977.50 | Prepared For 30(B)(6) Deposition | 0.30 | 850.00 | Unsuccessful claims | RW |
| 615 | 2/11/2013 | Hardeep Rekhi | 4.00 | $ 425.00 | 1,700.00 | Traveled To Deposition | | 1,700.00 | | RW |
| 616 | 2/11/2013 | Hardeep Rekhi | 3.50 | $ 425.00 | 1,487.50 | Prepared For 30(B)(6) Deposition | 0.50 | 1,275.00 | Unsuccessful claims | RW |
| 617 | 2/11/2013 | Jason Proctor | 4.00 | $ 150.00 | 600.00 | Document Management For Exhibits For 30(B)(6) Deposition; Reviewed E-Mail And Letter | 4.00 | - | Administrative | RW |
| 618 | 2/11/2013 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Correspondence confirming court reporter for deposition. | | 30.00 | | TM |
| 619 | 2/11/2013 | Erika Nusser | 0.80 | $ 350.00 | 280.00 | Emails regarding discovery issues [.2]; analyzed production from Qualcomm and production from Knight [.2]; emails and analysis regarding preemption issues [.4] | | 280.00 | | TM |
| 620 | 2/11/2013 | Hannah Buckendorf | 1.50 | $ 50.00 | 75.00 | Printed documents needed for deposition and sent documents via Sharefile. | | 75.00 | | TM |
| 621 | 2/11/2013 | Toby Marshall | 9.80 | $ 475.00 | 4,655.00 | Reviewed documents in preparation for Rule 30(b)(6) deposition, worked on strategy for same, and traveled to Phoenix for same [9.8]. | 1.40 | 3,990.00 | Unsuccessful claims | TM |
| 622 | 2/12/2013 | Greg Wolk | 0.90 | $ 425.00 | 382.50 | review notes from 30b6 dep (.4); confer w co-counsel re dep (.5) | 0.20 | 297.50 | Unsuccessful claims | RW |
| 623 | 2/12/2013 | Hardeep Rekhi | 1.50 | $ 425.00 | 637.50 | Prepared For 30(B)(6) Deposition (1); confer w co-counsel re dep (.5) | 0.20 | 552.50 | Unsuccessful claims | RW |
| 624 | 2/12/2013 | Hardeep Rekhi | 9.50 | $ 425.00 | 4,037.50 | Attend And Took 30(B)(6) Deposition | 1.40 | 3,442.50 | Unsuccessful claims | RW |
| 625 | 2/12/2013 | Hardeep Rekhi | 4.00 | $ 425.00 | 1,700.00 | Travel Back From Deposition | | 1,700.00 | | RW |
| 626 | 2/12/2013 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Teleconference With Comdata | | 45.00 | | RW |
| 627 | 2/12/2013 | Erika Nusser | 2.40 | $ 350.00 | 840.00 | Analyzed production and worked on motion for class certification [2.4] | | 840.00 | | TM |
| 628 | 2/12/2013 | Toby Marshall | 13.80 | $ 475.00 | 6,555.00 | Prepared for and participated in deposition of Mr. Quast, designee for Knight Transportation; meetings with co-counsel regarding same; worked on case strategy issues; returned to Seattle from Phoenix [13.8]. | 1.40 | 5,890.00 | Unsuccessful claims | TM |
| 629 | 2/12/2013 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | - | Administrative | TM |
| 630 | 2/13/2013 | Greg Wolk | 10.80 | $ 425.00 | 4,590.00 | draft fact section on Comdata reimbursement (4.1); draft fact section on CPA claim (3.1); call witnesses for declarations (1.2); draft declaration (.8); telephone conference with co-counsel re case strategy issues and claims for class cert (1.7) | 3.10 | 3,272.50 | | RW |
| 631 | 2/13/2013 | Hardeep Rekhi | 2.20 | $ 425.00 | 935.00 | Teleconference With Co-Counsel | | 935.00 | | RW |
| 632 | 2/13/2013 | Hardeep Rekhi | 2.00 | $ 425.00 | 850.00 | Reviewed Various Issues In The Case With Co-Counsel; Researched Regarding The Same | | 850.00 | | RW |
| 633 | 2/13/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Saved And Reviewed E-Mail(2); Document Management | 0.10 | - | Administrative | RW |
| 634 | 2/13/2013 | Eden Nordby | 0.10 | $ 150.00 | 15.00 | Worked on docketing. | 0.10 | - | Administrative | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 32
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 635 | 2/13/2013 | Erika Nusser | 5.80 | $ 350.00 | $ 2,030.00 | Telephone conference regarding 30(b)(6) deposition and class certification issues [.5]; researched factual and legal issues related to orientation pay claim [1.2]; analyzed notes from 30(b)(6) deposition [.5]; emails regarding stipulation to allow defendant to file amended answer [.2]; analyzed declaration of James Moon [.2]; analyzed declaration of Cory Holt [.2]; worked on motion for class certification [3] | | $ 2,030.00 | | TM |
| 636 | 2/13/2013 | Toby Marshall | 5.90 | $ 475.00 | $ 2,802.50 | Worked on outline for class certification motion and researched and analyzed issues regarding same [1.8]; message from opposing counsel regarding leave to amend answer [.1]; telephone conferences with co-counsel regarding case strategy issues and claims for class certification [1.7]; reviewed documents in relation to same [.4]; telephone conference with opposing counsel regarding request for leave to amend answer [.1]; email correspondence with co-counsel regarding same [.1]; left message with opposing counsel regarding same [.1]; worked on template for class member declarations [.5]; left message with [redacted] regarding [redacted] [.1]; telephone conference with [redacted] regarding [redacted] [.8]; finalized same [.2]. | 1.00 | $ 2,327.50 | Unsuccessful Claims | TM |
| 637 | 2/14/2013 | Greg Wolk | 3.30 | $ 425.00 | $ 1,402.50 | call witnesses for declarations (2.3); draft declaration (.8); phone call with co-counsel regarding legal analysis per diem claims (.2) | | $ 1,402.50 | | RW |
| 638 | 2/14/2013 | Hardeep Rekhi | 0.70 | $ 425.00 | $ 297.50 | phone call with co-counsel regarding legal analysis per diem claims; research re same | | $ 297.50 | | RW |
| 639 | 2/14/2013 | Jason Proctor | 0.20 | $ 150.00 | $ 30.00 | Saved And Reviewed E-Mail | 0.20 | $ - | Administrative | RW |
| 640 | 2/14/2013 | Eden Nordby | 0.60 | $ 150.00 | $ 90.00 | Letter to class member regarding declaration; forwarded same [.4]; correspondence regarding class certification motion [.2]. | | $ 90.00 | | TM |
| 641 | 2/14/2013 | Erika Nusser | 7.00 | $ 350.00 | $ 2,450.00 | Worked on orientation and rest break sections for motion for class certification [7] | | $ 2,450.00 | | TM |
| 642 | 2/14/2013 | Toby Marshall | 1.20 | $ 475.00 | $ 570.00 | Telephone call from co-counsel regarding legal analysis of per diem claims [.2]; reviewed case law regarding same [.3]; worked on gathering class member declarations and telephone conferences with [redacted] regarding same [.7]. | | $ 570.00 | | TM |
| 643 | 2/15/2013 | Greg Wolk | 1.00 | $ 425.00 | $ 425.00 | review preemption issue for break claims | | $ 425.00 | | RW |
| 644 | 2/15/2013 | Greg Wolk | 3.00 | $ 425.00 | $ 1,275.00 | draft fact section on practical miles | 3.00 | $ - | Unsuccessful claims | RW |
| 645 | 2/15/2013 | Jason Proctor | 1.30 | $ 150.00 | $ 195.00 | Saved And Reviewed Declarations; Strategized Case; Investigated [redacted] | 0.70 | $ 90.00 | Administrative/Efficiency | RW |
| 646 | 2/15/2013 | Katie Lohr | 0.10 | $ 90.00 | $ 9.00 | Document Management | 0.10 | $ - | Administrative | RW |
| 647 | 2/15/2013 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Worked on file organization. | 0.10 | $ - | Administrative | TM |
| 648 | 2/15/2013 | Eden Nordby | 0.30 | $ 150.00 | $ 45.00 | Letter to class member regarding [redacted]; forwarded declaration to class member for signature [.3]. | | $ 45.00 | | TM |
| 649 | 2/15/2013 | Erika Nusser | 6.60 | $ 350.00 | $ 2,310.00 | Worked on orientation and rest break sections for motion for class certification [6]; emails regarding preemption issues [.4]; analyzed declaration of Steven Smith [.2] | | $ 2,310.00 | | TM |
| 650 | 2/15/2013 | Toby Marshall | 2.70 | $ 475.00 | $ 1,282.50 | Worked on draft of declaration for [redacted] and left message with [redacted] regarding same [.3]; telephone conference with [redacted] regarding [redacted] [.2]; worked on declaration of [redacted] and telephone conference with [redacted]regarding same [1.7]; worked on class certification motion [.2]; reviewed email from opposing counsel regarding preemption argument and researched and analyzed issues regarding same [.3]. | | $ 1,282.50 | | TM |
| 651 | 2/16/2013 | Greg Wolk | 1.20 | $ 425.00 | $ 510.00 | revise fact section on practical miles | 1.20 | $ - | Unsuccessful Claims | RW |
| 652 | 2/16/2013 | Erika Nusser | 6.00 | $ 350.00 | $ 2,100.00 | Worked on overtime section for motion for class certification [6] | 6.00 | $ - | Unsuccessful Claims | TM |
| 653 | 2/17/2013 | Greg Wolk | 0.70 | $ 425.00 | $ 297.50 | call witnesses for declarations; draft declaration | | $ 297.50 | | RW |
| 654 | 2/17/2013 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | finalize fact section on practical miles | 0.30 | $ - | Unsuccessful claims | RW |
| 655 | 2/17/2013 | Erika Nusser | 5.70 | $ 350.00 | $ 1,995.00 | Worked on overtime and per diem sections for motion for class certification [5.7] | 2.90 | $ 980.00 | Unsuccessful Claims | TM |
| 656 | 2/18/2013 | Greg Wolk | 4.50 | $ 425.00 | $ 1,912.50 | review discovery for exhibits to CPA, practical miles, ODND, and bonus pay claims | 4.10 | $ 170.00 | Unsuccessful Claims | RW |
| 657 | 2/18/2013 | Greg Wolk | 0.70 | $ 425.00 | $ 297.50 | analyze bonus pay section | 0.70 | $ - | Unsuccessful Claims | RW |
| 658 | 2/18/2013 | Hardeep Rekhi | 2.40 | $ 425.00 | $ 1,020.00 | Review research re claims; strategize motion; update strategy memo re the same | 0.50 | $ 807.50 | Unsuccessful Claims | RW |
| 659 | 2/18/2013 | Jason Proctor | 1.90 | $ 150.00 | $ 285.00 | Investigated Comdata Records | | $ 285.00 | | RW |
| 660 | 2/18/2013 | Erika Nusser | 8.30 | $ 350.00 | $ 2,905.00 | Worked on orientation and per diem sections for motion for class certification [4]; analyzed 30(b)(6) deposition [2]; analyzed and worked on revisions to fact sections for motion for class certification [2.3] | | $ 2,905.00 | | TM |
| 661 | 2/18/2013 | Toby Marshall | 2.10 | $ 475.00 | $ 997.50 | Telephone conferences with co-counsel regarding draft of class certification motion and factual background and legal issues [.8]; worked on same [1.0]; telephone conference with opposing counsel regarding leave to amend answer to assert preemption defense [.1]; analyzed issues regarding same [.2]. | 0.50 | $ 760.00 | Unsuccessful Claims | TM |
| 662 | 2/19/2013 | Greg Wolk | 2.10 | $ 425.00 | $ 892.50 | analyze 30b6 deposition | | $ 892.50 | | RW |
| 663 | 2/19/2013 | Greg Wolk | 0.80 | $ 425.00 | $ 340.00 | revise practical miles section with cites | 0.80 | $ - | Unsuccessful claims | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 33
CASE NO. 2:12-CV-00904-RSL

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 664 | 2/19/2013 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | analyze CPA claim section | 0.50 | $ - | Unsuccessful claims | RW |
| 665 | 2/19/2013 | Greg Wolk | 0.60 | $ 425.00 | 255.00 | analyze and revise OOND section | 0.60 | $ - | Unsuccessful claims | RW |
| 666 | 2/19/2013 | Hardeep Rekhi | 2.90 | $ 425.00 | 1,232.50 | Review research in claims; strategize motion; update strategy memo re the same | 0.50 | $ 1,020.00 | | RW |
| 667 | 2/19/2013 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Strategized Case; Downloaded Exhibits From Sharefile; Renamed Files; Downloaded Mynatt Motion For Class Certification Brief; Saved Motion For Class Cert Draft; Saved Motion For Leave And Proposed Order | 0.40 | $ - | Administrative | RW |
| 668 | 2/19/2013 | Bradford Kinsey | 1.30 | $ 100.00 | 130.00 | Prepared draft of motion for overlength brief; prepared draft of proposed order granting motion for overlength brief. | | $ 130.00 | | TM |
| 669 | 2/19/2013 | Eden Nordby | 0.30 | $ 150.00 | 45.00 | Reviewed Defendant's production for employee handbook documents. | | $ 45.00 | | TM |
| 670 | 2/19/2013 | Erika Nusser | 7.40 | $ 350.00 | 2,590.00 | Worked on motion for class certification [6.9]; worked on motion to file over-length brief [.5] | 1.30 | $ 2,135.00 | Unsuccessful Claims | TM |
| 671 | 2/19/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Worked on strategy for class certification [.2]. | | $ 95.00 | | TM |
| 672 | 2/20/2013 | Greg Wolk | 0.80 | $ 425.00 | 340.00 | review CPA order and revise section | 0.80 | $ - | Unsuccessful claims | RW |
| 673 | 2/20/2013 | Greg Wolk | 1.90 | $ 425.00 | 807.50 | call witnesses for declarations (1.1); draft declaration (.3); telephone conference with co-counsel re class certification motion and legal issues regarding the same (.5) | | $ 807.50 | | RW |
| 674 | 2/20/2013 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | telephone conference with co-counsel re class certification motion and legal issues regarding the same | | $ 212.50 | | RW |
| 675 | 2/20/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Updated File; Saved Order | 0.20 | $ - | Administrative | RW |
| 676 | 2/20/2013 | Eden Nordby | 1.20 | $ 150.00 | 180.00 | Reviewed documents and deposition transcripts for class certification motion [1]; telephone conferences with class members regarding [redacted] [.2]. | | $ 180.00 | | TM |
| 677 | 2/20/2013 | Erika Nusser | 7.70 | $ 350.00 | 2,695.00 | Telephone conference regarding motion for class certification and case strategy issues [.6]; analyzed declaration of Dwight Simmons [.2]; researched factual issues and worked on motion for class certification [6.9] | | $ 2,695.00 | | TM |
| 678 | 2/20/2013 | Toby Marshall | 6.20 | $ 475.00 | 2,945.00 | Worked on class certification motion and researched and analyzed issues regarding same [4.2]; telephone conferences with co-counsel regarding same [.5]; telephone conferences with [redacted] regarding [redacted] [1.1]; worked on same [.4]. | 1.20 | $ 2,375.00 | Unsuccessful Claims | TM |
| 679 | 2/21/2013 | Greg Wolk | 3.40 | $ 425.00 | 1,445.00 | analyze draft of class cert motion | 0.90 | $ 1,062.50 | Unsuccessful claims | RW |
| 680 | 2/21/2013 | Greg Wolk | 1.90 | $ 425.00 | 807.50 | contact witness(.8); revise declaration (.2); telephone conference with co-counsel regarding class cert motion and issues regarding the same (.9) | | $ 807.50 | | RW |
| 681 | 2/21/2013 | Greg Wolk | 1.70 | $ 425.00 | 722.50 | analyzed and research practical miles | 1.70 | $ - | Unsuccessful claims | RW |
| 682 | 2/21/2013 | Hardeep Rekhi | 2.00 | $ 425.00 | 850.00 | Motion for Class Certification | 0.50 | $ 637.50 | Unsuccessful claims | RW |
| 683 | 2/21/2013 | Hardeep Rekhi | 0.01 | $ 425.00 | 3.31 | Motion for Class Certification | 0.00 | $ 2.48 | | RW |
| 684 | 2/21/2013 | Hardeep Rekhi | 0.35 | $ 425.00 | 150.28 | Review Draft of Motion for Continuance; review stipulation by Defendant regarding amending answer | | $ 150.28 | | RW |
| 685 | 2/21/2013 | Hardeep Rekhi | 5.27 | $ 425.00 | 2,238.33 | Review and revise Motion for Class Certification; teleconference with co-counsel; review and analyze exhibits | 1.32 | $ 1,678.75 | | RW |
| 686 | 2/21/2013 | Hardeep Rekhi | 1.64 | $ 425.00 | 697.71 | Review and revise Motion for Class Certification; teleconference with co-counsel; review and analyze exhibits | 0.41 | $ 523.28 | | RW |
| 687 | 2/21/2013 | Hardeep Rekhi | 0.90 | $ 425.00 | 382.50 | telephone conference with co-counsel regarding class cert motion and issues regarding the same | | $ 382.50 | | RW |
| 688 | 2/21/2013 | Jason Proctor | 1.20 | $ 150.00 | 180.00 | Reviewed E-Mail; Saved Declaration; Saved Declaration; Legal Research; Saved And Reviewed Stipulated Motion And Proposed Order For Leave To File Amended Answer To First Amended Complaint; Saved And Reviewed E-Mail And Letter From Opposing Counsel; Saved And Labeled Documents Produced; E-Mailed Co-Counsel | 1.00 | $ 30.00 | Administrative/Efficiency | RW |
| 689 | 2/21/2013 | Bradford Kinsey | 1.20 | $ 100.00 | 120.00 | Reviewed and revised motion for class certification. | | $ 120.00 | | TM |
| 690 | 2/21/2013 | Eden Nordby | 3.70 | $ 150.00 | 555.00 | Worked on declaration and exhibits in support of class certification; forwarded class member declarations to co-counsel. | | $ 555.00 | | TM |
| 691 | 2/21/2013 | Erika Nusser | 14.20 | $ 350.00 | 4,970.00 | Worked on motion for class certification [14]; analyzed declaration of Erin Moon [.2] | 2.70 | $ 4,025.00 | Unsuccessful Claims | TM |
| 692 | 2/21/2013 | Toby Marshall | 11.00 | $ 475.00 | 5,225.00 | Worked on class certification motion and researched and analyzed issues regarding same [9.6]; telephone conferences with co-counsel regarding same [.9]; reviewed stipulated motion for leave to amend answer and analyzed issues regarding same [.2]; researched and analyzed issues regarding Knight's job advertisements [.3]. | 2.60 | $ 3,990.00 | Unsuccessful Claims | TM |
| 693 | 2/22/2013 | Greg Wolk | 2.90 | $ 425.00 | 1,232.50 | analyze latest version of class cert motion | 0.70 | $ 935.00 | Unsuccessful Claims | RW |
| 694 | 2/22/2013 | Greg Wolk | 0.80 | $ 425.00 | 340.00 | draft declaration in support of motion for class cert | | $ 340.00 | | RW |
| 695 | 2/22/2013 | Greg Wolk | 1.40 | $ 425.00 | 595.00 | reseach and revise section on practical miles | 1.40 | $ - | Unsuccessful claims | RW |
| 696 | 2/22/2013 | Hardeep Rekhi | 2.51 | $ 425.00 | 1,066.51 | Review and revise Motion for Class Certification; teleconference with co-counsel; review and analyze exhibits | 0.50 | $ 854.01 | unsuccessful claims | RW |
| 697 | 2/22/2013 | Jason Proctor | 5.00 | $ 150.00 | 750.00 | Updated File; Reviewed E-Mails From Co-Counlel; Reviewed And Edited Motion For Class Certification | 5.00 | $ - | Administrative/Efficiency | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 34
CASE NO. 2:12-CV-00904-RSL

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 698 | 2/22/2013 | Bradford Kinsey | 8.00 | $ 100.00 | 800.00 | Reviewed, revised and finalized motion for class certification; prepared table of contents and table of authorities; reviewed and finalized Hardeep Rekhi, Erin Moon, James Moon, Cory Holt, Steven Smith and Dwight Simmons declarations; reviewed, revised and finalized Marshall declaration; assembled exhibits; arranged filing and service. | 2.00 | $ 600.00 | Unsuccessful Claims | TM |
| 699 | 2/22/2013 | Eden Nordby | 9.00 | $ 150.00 | 1,350.00 | Worked on motion for class certification and supporting documents. | 2.30 | $ 1,005.00 | Unsuccessful Claims | TM |
| 700 | 2/22/2013 | Erika Nusser | 11.00 | $ 350.00 | 3,850.00 | Worked on revisions to motion for class certification and supporting documents and finalized the same for filing [11] | 2.00 | $ 3,150.00 | Unsuccessful Claims | TM |
| 701 | 2/22/2013 | Jennifer Boschen | 2.40 | $ 150.00 | 360.00 | Worked on exhibits to class certification brief and conferences and correspondence regarding same [2.4]. | | $ 360.00 | | TM |
| 702 | 2/22/2013 | Toby Marshall | 8.10 | $ 475.00 | 3,847.50 | Worked on class certification motion and related documents and telephone conference with co-counsel regarding same [8.1]. | 2.00 | $ 2,897.50 | Unsuccessful Claims | TM |
| 703 | 2/25/2013 | Jason Proctor | 2.30 | $ 150.00 | 345.00 | Saved And Printed Plaintiffs' Motion For Class Certification And Supporting Documents; Calendared; Created Notebook; Conducted Legal Research | 2.00 | $ 45.00 | Administrative/Efficiency | RW |
| 704 | 2/25/2013 | Bradford Kinsey | 0.80 | $ 100.00 | 80.00 | Prepared bench copy of motion for class certification; arranged delivery to chambers. | 0.20 | $ 60.00 | Unsuccessful Claims | TM |
| 705 | 2/25/2013 | Hannah Buckendorf | 1.50 | $ 50.00 | 75.00 | Created Judges notebook and set up ABC pick up. | | $ 75.00 | | TM |
| 706 | 2/26/2013 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | Telephone call with co-counsel re scope of class period | | $ 127.50 | | RW |
| 707 | 2/26/2013 | Hardeep Rekhi | 0.35 | $ 425.00 | 148.75 | Teleconference with Co-Counsel re status and subpoena of Qualcomm records | | $ 148.75 | | RW |
| 708 | 2/26/2013 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | Telephone call with co-counsel re scope of class period | | $ 127.50 | | RW |
| 709 | 2/26/2013 | Jason Proctor | 2.80 | $ 150.00 | 420.00 | Drafted Records Requests To L&I Regarding Public Records Requests | 2.80 | $ - | Administrative/Unsuccessful Claims | RW |
| 710 | 2/26/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding subpoena to Qualcomm [.2] | | $ 70.00 | | TM |
| 711 | 2/26/2013 | Toby Marshall | 0.90 | $ 475.00 | 427.50 | Email from opposing counsel regarding scope of class period and email to co-counsel regarding same [.1]; telephone call from co-counsel regarding same [.3]; email to opposing counsel regarding same [.2]; analyzed issues regarding same [.2]; analyzed issues regarding Comdata fees [.1]. | | $ 427.50 | | TM |
| 712 | 2/27/2013 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | confer and research issue of Qualcomm subpoena | | $ 170.00 | | RW |
| 713 | 2/27/2013 | Hardeep Rekhi | 0.48 | $ 425.00 | 205.06 | review email correspondence; research issue re subpoena | | $ 205.06 | | RW |
| 714 | 2/27/2013 | Erika Nusser | 0.70 | $ 350.00 | 245.00 | Emails regarding subpoena to Qualcomm [.3]; telephone conference and emails with Mr. Bull regarding subpoena to Qualcomm [.2]; email to Ms. Tadano regarding subpoena to Qualcomm [.2] | | $ 245.00 | | TM |
| 715 | 2/27/2013 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Telephone call from opposing counsel regarding scope of class, analyzed issues regarding same, and email to opposing counsel regarding subpoena to Qualcomm [.3]. | | $ 142.50 | | TM |
| 716 | 2/28/2013 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | review email correspondence regarding qualcomm records | | $ 85.00 | | RW |
| 717 | 2/28/2013 | Jason Proctor | 1.00 | $ 150.00 | 150.00 | Signed And Scanned 23 L&I Public Records Requests; Saved And Printed 2.28 Defendant's Amended Answer To First Amended Complaint | 1.00 | $ - | Administrative/Unsuccessful Claims | RW |
| 718 | 2/28/2013 | Erika Nusser | 1.20 | $ 350.00 | 420.00 | Emails regarding subpoena to Qualcomm [.4]; emails and telephone conference with Mr. Bull regarding the same [.2]; telephone conference with counsel for Comdata regarding subpoena and emails regarding the same [.4]; emails to and from Ms. Tadano regarding Qualcomm subpoena [.2] | | $ 420.00 | | TM |
| 719 | 3/1/2013 | Jason Proctor | 1.20 | $ 150.00 | 180.00 | Signed And Scanned 28 L&I Public Records Requests; Updated Filed | 1.20 | $ - | Administrative/Unsuccessful Claims | RW |
| 720 | 3/4/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Saved And Reviewed Defendant'S Motion To File Over-Length Brief Iso Its Motion For Sj And Proposed Order | 0.10 | $ - | Administrative | RW |
| 721 | 3/5/2013 | Greg Wolk | 0.60 | $ 425.00 | 255.00 | speak with witness driver | | $ 255.00 | | RW |
| 722 | 3/5/2013 | Jason Proctor | 0.90 | $ 150.00 | 135.00 | Teleconference With L&I[2]; Reviewed And Analyzed Records; Strategized Public Records Requests; E-Mailed L&I; Saved And Printed E-Mail | 0.90 | $ - | Administrative | RW |
| 723 | 3/7/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding case strategy issues [.2] | | $ 70.00 | | TM |
| 724 | 3/7/2013 | Toby Marshall | 1.40 | $ 475.00 | 665.00 | Telephone call from [redacted] regarding [redacted] [.1]; researched and analyzed issues and telephone conference with co-counsel regarding same [1.1]; telephone conferences with [redacted] regarding same [.2]. | | $ 665.00 | | TM |
| 725 | 3/8/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding defendant's contact with class members [.2] | | $ 70.00 | | TM |
| 726 | 3/8/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Analyzed issues regarding defendant's improper contacts with proposed class members who submitted declarations in support of plaintiffs [.2]. | | $ 95.00 | | TM |
| 727 | 3/11/2013 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Analyzed issues regarding reply in support of class certification motion [.1]. | | $ 47.50 | | TM |
| 728 | 3/12/2013 | Greg Wolk | 0.90 | $ 425.00 | 382.50 | analyze caselaw on ODND and practical miles claim | 0.90 | $ - | Unsuccessful claims | RW |
| 729 | 3/12/2013 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | Telephone conference with co-counsel re defendant's inquiry into represented status of declarants and analyzed issues regarding same | | $ 85.00 | | RW |
| 730 | 3/12/2013 | Hardeep Rekhi | 1.00 | $ 425.00 | 425.00 | review case law regarding plate rate; email correspondence with co counsel regarding show cause hearing | | $ 425.00 | | RW |
| 731 | 3/12/2013 | Bradford Kinsey | 0.30 | $ 100.00 | 30.00 | Reviewed order to show cause; telephone conference to and from Ms. Roberts, Judge Lasnik's bailiff, regarding missing notebook. | | $ 30.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 35
CASE NO. 2:12-CV-00904-RSL

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 732 | 3/12/2013 | Erika Nusser | 1.00 | $ 350.00 | $ 350.00 | Analyzed recent decision regarding practical miles issues and emails regarding the same [.7]; analyzed order to show cause and emails regarding the same [.3] | 0.70 | $ 105.00 | Unsuccessful Claims | TM |
| 733 | 3/12/2013 | Toby Marshall | 0.60 | $ 475.00 | $ 285.00 | Researched and analyzed issues regarding failure to pay for all hours worked on ground that productive pay covers non-productive work time and emails to co-counsel regarding same [.4]; telephone conference with co-counsel regarding defendant's inquiry into represented status of declarants and analyzed issues regarding same [.2]. . | 0.40 | $ 95.00 | Unsuccessful Claims | TM |
| 734 | 3/13/2013 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | Telephone conference and e-mail correspondence with co-counsel | | $ 127.50 | | RW |
| 735 | 3/13/2013 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | Telephone conference and e-mail correspondence with co-counsel | | $ 127.50 | | RW |
| 736 | 3/13/2013 | Toby Marshall | 0.80 | $ 475.00 | 380.00 | Telephone conference and email correspondence with co-counsel regarding [redacted] [.3]; telephone conferences with [redacted] regarding same [.4]; left message with Mr. Tena regarding [redacted] [.1]. | | $ 380.00 | | TM |
| 737 | 3/18/2013 | Greg Wolk | 0.60 | $ 425.00 | 255.00 | review PRA response to REOT request | 0.60 | $ - | Unsuccessful claims | RW |
| 738 | 3/18/2013 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Saved And Reviewed E-Mail From L&I ; Saved And Reviewed Records | 0.40 | $ - | Administrative | RW |
| 739 | 3/18/2013 | Hannah Buckendorf | 1.00 | $ 50.00 | 50.00 | Uploaded two sets of documents to ShareFile and sent documents via Sharefile. | | $ 50.00 | | TM |
| 740 | 3/19/2013 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | draft PRA requests for REOT files for various trucking companies | 0.30 | $ - | Unsuccessful claims | RW |
| 741 | 3/19/2013 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Email regarding Defendant's new production and document database. | | $ 30.00 | | TM |
| 742 | 3/19/2013 | Erika Nusser | 1.00 | $ 350.00 | 350.00 | Analyzed production and conference regarding the same [1] | | $ 350.00 | | TM |
| 743 | 3/19/2013 | Jennifer Boschen | 0.10 | $ 150.00 | 15.00 | Analyzed document production format and correspondence regarding same [.1]. | | $ 15.00 | | TM |
| 744 | 3/20/2013 | Jason Proctor | 3.40 | $ 150.00 | 510.00 | Reviewed E-Mails From Co-Counsel; E-Mailed Paralegal For Opposing Counsel; E-Mailed Co-Counsel Re Supplemental Documents Produced From Opposing Counsel; Reviewed E-Mail From Co-Counsel; E-Mailed Co-Counsel L&I Documents; Downloaded And Renamed Documents Produced By Opposing Counsel, Bates Nos Def0004688-Def00107662; Sent E-Mail Regarding Discovery; E-Mailed L&I Re Regrds Request (S1); Reviewed E-Mail From Co-Counsel Regarding Class Member | 3.40 | $ - | Administrative | RW |
| 745 | 3/20/2013 | Eden Nordby | 2.90 | $ 150.00 | 435.00 | Forwarded document production to co-counsel [.2]; reviewed document production; email and personal conference regarding same [2]; worked on file organization [.7]. | 0.70 | $ 330.00 | Administrative | TM |
| 746 | 3/20/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone call from Mr. Bodily regarding [redacted] [.1]; worked on case strategy issues [.1]. | | $ 95.00 | | TM |
| 747 | 3/21/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed E-Mail From Co-Counsel Re Class Rep; Responded To E-Mail | 0.10 | $ - | Administrative | RW |
| 748 | 3/22/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Records | | $ 15.00 | | RW |
| 749 | 3/22/2013 | Bradford Kinsey | 0.80 | $ 100.00 | 80.00 | Prepared draft of plaintiffs' response to partial motion for summary judgment; prepared draft of proposed order denying motion for partial summary judgment. | | $ 80.00 | | TM |
| 750 | 3/22/2013 | Toby Marshall | 1.70 | $ 475.00 | 807.50 | Analyzed issues regarding defendant's recent document production [.1]; reviewed defendant's motion for summary judgment and analyzed issues regarding same [1.6]. | 0.40 | $ 617.50 | Unsuccessful Claims | TM |
| 751 | 3/25/2013 | Greg Wolk | 1.70 | $ 425.00 | 722.50 | Telephone conference with co-counsel regarding defendant's opposition to class certification and motion for summary judgment | | $ 722.50 | | RW |
| 752 | 3/25/2013 | Hardeep Rekhi | 1.75 | $ 425.00 | 743.75 | Review SJ and supporting documents; begin strategy outline a response, | 0.44 | $ 557.81 | | RW |
| 753 | 3/25/2013 | Hardeep Rekhi | 2.60 | $ 425.00 | 1,106.30 | Review SJ and supporting documents; begin strategy outline a response, review opposition to class certification; teleconference with co-counsel | 0.65 | $ 829.72 | | RW |
| 754 | 3/25/2013 | Jason Proctor | 2.00 | $ 150.00 | 300.00 | Document Management For Defendant'S Motion For Partial Sj; Decl. Of Kevin Quast Iso Defendant'S Motion For Partial Sj & Exhibits A-H; 2013.3.21 Decl. Of Clark Jenkins Iso Defendant'S Motion For Partial Sj; Decl. Of Dominic Dorsett Iso Defendant'S Motion For Partial Sj & Exhibits A-1-8; Decl. Of Sonya Kwon Iso Defendant'S Motion For Partial Sj & Exhibit A & B; Decl. Of Stellman Keehnel Iso Defendant'S Motion For Partial Sj & Exhibits A-J; 2013.3.22 Praecipe To Decl. Of Kevin Quast Iso Defendant's Motion For Partial Sj & Exhibits A-H | 2.00 | $ - | Administrative | RW |
| 755 | 3/25/2013 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Reviewed And Analyzed Discovery Regarding L & I Documents | 0.30 | $ - | Unsuccessful claims | RW |
| 756 | 3/25/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Drafted L & I Records Request Re Disc Containing Reot Materials | 0.20 | $ - | Unsuccessful claims | RW |
| 757 | 3/25/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Teleconference With Co-Counsel | | $ 15.00 | | RW |
| 758 | 3/25/2013 | Bradford Kinsey | 0.30 | $ 100.00 | 30.00 | Prepared draft of reply in support of motion for class certification. | 0.08 | $ 22.50 | | TM |
| 759 | 3/25/2013 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 760 | 3/25/2013 | Toby Marshall | 2.40 | $ 475.00 | 1,140.00 | Reviewed defendant's opposition to class certification and researched and analyzed issues regarding same [.7]; telephone conference with co-counsel regarding defendant's opposition to class certification and motion for summary judgment and researched and analyzed issues regarding same [1.7]. | 0.60 | $ 855.00 | Unsuccessful Claims | TM |
| 761 | 3/25/2013 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 762 | 3/26/2013 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | confer w LNI PRA officer re REOT request | 0.20 | $ - | Unsuccessful claims | RW |
| 763 | 3/26/2013 | Greg Wolk | 1.20 | $ 425.00 | 510.00 | analyze Knight's SJ motion | 0.20 | $ 425.00 | Unsuccessful claims | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 36
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 764 | 3/26/2013 | Hardeep Rekhi | 2.50 | $ 425.00 | 1,062.50 | Research, and review previous legal research and analyse the same regarding FAAAA issues | | 1,062.50 | | RW |
| 765 | 3/27/2013 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | analyze questions for per diem expert | | 127.50 | | RW |
| 766 | 3/27/2013 | Greg Wolk | 2.60 | $ 425.00 | 1,105.00 | draft opp to SJ motion | 0.70 | 807.50 | Unsuccessful claims | RW |
| 767 | 3/27/2013 | Hardeep Rekhi | 2.15 | $ 425.00 | 913.99 | Research legal issues raised in Defendants SJ and opposition to class cert.; discuss the issue regarding tax liability | 0.50 | 701.49 | | RW |
| 768 | 3/27/2013 | Hardeep Rekhi | 0.68 | $ 425.00 | 290.42 | Research legal issues raised in Defendants SJ and opposition to class cert.; discuss the issue regarding tax liability | 0.17 | 217.81 | | RW |
| 769 | 3/27/2013 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Corresponded With L&I Re Records Requests | | - | Administrative | RW |
| 770 | 3/28/2013 | Greg Wolk | 1.50 | $ 425.00 | 637.50 | revise draft opp to SJM | 0.30 | 510.00 | Unsuccessful claims | RW |
| 771 | 3/28/2013 | Jennifer Murray | 4.50 | $ 450.00 | 2,025.00 | Worked on damages issues for class certification motion. | 1.20 | 1,485.00 | | TM |
| 772 | 3/28/2013 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Telephone conference with [redacted] regarding expert consultation services [.2]; analyzed issues regarding response to class certification opposition [.2]. | | 190.00 | | TM |
| 773 | 3/30/2013 | Toby Marshall | 1.10 | $ 475.00 | 522.50 | Researched and analyzed issues regarding Wang decision and worked on strategy for dealing with same [1.1]. | | 522.50 | | TM |
| 774 | 3/31/2013 | Toby Marshall | 6.20 | $ 475.00 | 2,945.00 | Reviewed defendant's opposition to class certification, researched and analyzed issues regarding same, and worked on outline of reply to same [6.2]. | 1.50 | 2,232.50 | Unsuccessful Claims | TM |
| 775 | 4/1/2013 | Greg Wolk | 4.10 | $ 425.00 | 1,742.50 | revise section on orientation (2.5); telephone conferences with co-counsel regarding strategy for class certification reply and summary judgment opposition (1.6) | | 1,742.50 | | RW |
| 776 | 4/1/2013 | Hardeep Rekhi | 5.60 | $ 425.00 | 2,381.42 | Research legal issues raised in Defendants SJ and opposition to class cert.; discuss the issue regarding tax liability | 1.40 | 1,786.00 | | RW |
| 777 | 4/1/2013 | Hardeep Rekhi | 1.60 | $ 425.00 | 680.00 | telephone conferences with co-counsel regarding strategy for class certification reply and summary judgment opposition (1.6) | | 680.00 | | RW |
| 778 | 4/1/2013 | Jason Proctor | 3.00 | $ 150.00 | 450.00 | Document Management Re Motion For Class Certification And Summary Judgment; Legal Research; Strategized Case And Document Management Re Per Diem Expert | 2.40 | 90.00 | Administrative/Unsuccessful Claims | RW |
| 779 | 4/1/2013 | Erika Nusser | 6.40 | $ 350.00 | 2,240.00 | Analyzed defendant's response to plaintiffs' motion for class certification and telephone conference and emails regarding the same [1.2]; analyzed defendant's motion for summary judgment and telephone conference and emails regarding the same [1.6]; commenced working on response to defendant's motion for summary judgment [3.6] | 1.60 | 1,680.00 | Unsuccessful Claims | TM |
| 780 | 4/1/2013 | Toby Marshall | 6.90 | $ 475.00 | 3,277.50 | Worked on reply in support of class certification and analyzed issues regarding same [1.0]; worked on outline for opposition to summary judgment and researched and analyzed issues regarding same [1.2]; telephone conferences with co-counsel regarding strategy for class certification reply and summary judgment opposition [1.6]; prepared for and participated in telephone call with Mr. Head regarding expert consultation [.7]; researched and analyzed issues regarding orientation claim and employee status determinations and email correspondence with co-counsel regarding same [1.0]; researched and analyzed issues regarding summary judgment and class certification issues [1.4]. | 1.30 | 2,660.00 | Unsuccessful Claims | TM |
| 781 | 4/2/2013 | Hardeep Rekhi | 4.03 | $ 425.00 | 1,714.64 | Research legal issues regarding class definition | | 1,714.64 | | RW |
| 782 | 4/2/2013 | Jason Proctor | 3.70 | $ 150.00 | 555.00 | Document Management For Expert Re Per Diem Pay; E-Mailed Co-Counsel Specific Documents | 3.70 | - | Administrative | RW |
| 783 | 4/2/2013 | Erika Nusser | 7.30 | $ 350.00 | 2,555.00 | Email from Mr. Bull regarding subpoena to Qualcomm [.1]; emails regarding expert on taxation under the per diem program [.4]; researched factual issues for response to summary judgment motion [3.8]; worked on response to motion for summary judgment [3] | 1.70 | 1,960.00 | Unsuccessful Claims | TM |
| 784 | 4/2/2013 | Toby Marshall | 9.60 | $ 475.00 | 4,560.00 | Telephone conference with [redacted] regarding [redacted] and email to co-counsel regarding same [.4]; worked on reply in support of class certification and researched and analyzed issues regarding same [9.2]. | 2.70 | 3,277.50 | Unsuccessful Claims | TM |
| 785 | 4/3/2013 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | revise analysis for per diem expert | | 127.50 | | RW |
| 786 | 4/3/2013 | Greg Wolk | 4.50 | $ 425.00 | 1,912.50 | draft section opp SJM on orientation | | 1,912.50 | | RW |
| 787 | 4/3/2013 | Hardeep Rekhi | 4.11 | $ 425.00 | 1,747.81 | Research legal issues regarding class definition; legal research regarding class cert | 1.03 | 1,310.86 | Unsuccessful claims | RW |
| 788 | 4/3/2013 | Hardeep Rekhi | 1.89 | $ 425.00 | 803.60 | Research legal issues regarding class definition; legal research regarding class cert | 0.47 | 602.70 | Unsuccessful claims | RW |
| 789 | 4/3/2013 | Jason Proctor | 2.90 | $ 150.00 | 435.00 | Edited Legal Citations For Plaintiffs' Reply In Support Of Motion For Class Certification | 1.50 | 210.00 | Efficiency | RW |
| 790 | 4/3/2013 | Bradford Kinsey | 0.60 | $ 100.00 | 60.00 | Retrieve related cases. | | 60.00 | | TM |
| 791 | 4/3/2013 | Erika Nusser | 6.20 | $ 350.00 | 2,170.00 | Analyzed and revised expert declaration and emails regarding the same [.5]; worked on issues relating to motion to strike [.3]; worked on response to motion for summary judgment [5.4] | 1.40 | 1,680.00 | Unsuccessful Claims | TM |
| 792 | 4/3/2013 | Jennifer Boschen | 0.40 | $ 150.00 | 60.00 | Prepared index of documents reviewed by expert [.4]. | | 60.00 | | TM |
| 793 | 4/3/2013 | Toby Marshall | 11.00 | $ 475.00 | 5,225.00 | Worked on reply in support of class certification and researched and analyzed issues regarding same [9.4]; worked on declaration of Mr. Head and researched and analyzed issues regarding same [1.6]. | 2.30 | 4,132.50 | Unsuccessful Claims | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 37
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 794 | 4/4/2013 | Greg Wolk | 2.60 | $ 425.00 | 1,105.00 | revise reply to class cert | 0.70 | $ 807.50 | Unsuccessful claims | RW |
| 795 | 4/4/2013 | Greg Wolk | 0.60 | $ 425.00 | 255.00 | revise reply section on CPA claim | 0.60 | $ - | Unsuccessful claims | RW |
| 796 | 4/4/2013 | Greg Wolk | 2.30 | $ 425.00 | 977.50 | revise orientation section on opp SJM (.2); confer w co-counsel re same (.3) | | $ 977.50 | | RW |
| 797 | 4/4/2013 | Hardeep Rekhi | 4.13 | $ 425.00 | 1,755.25 | Research legal response | 1.03 | $ 1,316.44 | Unsuccessful Claims | RW |
| 798 | 4/4/2013 | Hardeep Rekhi | 2.32 | $ 425.00 | 984.58 | Research legal issues regarding response | 0.58 | $ 738.44 | Unsuccessful Claims | RW |
| 799 | 4/4/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Document Management | 0.10 | $ - | Administrative | RW |
| 800 | 4/4/2013 | Erika Nusser | 8.40 | $ 350.00 | 2,940.00 | Emails regarding case strategy issues [.4]; worked on response to motion for summary judgment [6.9]; analyzed and revised reply in support of motion for class certification [.9]; emails regarding case strategy issues [.2] | 2.00 | $ 2,240.00 | Unsuccessful Claims | TM |
| 801 | 4/4/2013 | Jennifer Boschen | 0.40 | $ 150.00 | 60.00 | Prepared draft reply in support of Plaintiffs motion for class certification and correspondence regarding same [.4]. | | $ 60.00 | | TM |
| 802 | 4/4/2013 | Toby Marshall | 9.30 | $ 475.00 | 4,417.50 | Worked on reply in support of class certification and researched and analyzed issues regarding same [9.3]. | 2.30 | $ 3,325.00 | Unsuccessful Claims | TM |
| 803 | 4/5/2013 | Greg Wolk | 1.80 | $ 425.00 | 765.00 | draft CPA section on opp to SJM | 1.80 | $ - | Unsuccessful claims | RW |
| 804 | 4/5/2013 | Greg Wolk | 1.70 | $ 425.00 | 722.50 | revise reply to class cert | 0.40 | $ 552.50 | Unsuccessful Claims | RW |
| 805 | 4/5/2013 | Hardeep Rekhi | 1.57 | $ 425.00 | 665.83 | worked on reply | 0.39 | $ 499.38 | Unsuccessful Claims | RW |
| 806 | 4/5/2013 | Hardeep Rekhi | 1.88 | $ 425.00 | 800.65 | worked on reply | 0.47 | $ 600.49 | Unsuccessful Claims | RW |
| 807 | 4/5/2013 | Bradford Kinsey | 3.00 | $ 100.00 | 300.00 | Reviewed, revised and finalized plaintiffs' reply in support of motion for class certification; finalized supplemental Marshall declaration; arranged filing and service. | 0.75 | $ 225.00 | Unsuccessful Claims | TM |
| 808 | 4/5/2013 | Eden Nordby | 1.50 | $ 150.00 | 225.00 | Worked on declaration and exhibits for reply to class certification motion. | 0.40 | $ 165.00 | Unsuccessful Claims | TM |
| 809 | 4/5/2013 | Erika Nusser | 7.80 | $ 350.00 | 2,730.00 | Worked on reply in support of motion for class certification and supporting documents, and revised and finalized the same for filing [5.5]; telephone conference regarding case strategy issues [.3]; worked on response to motion for summary judgment [2] | 1.00 | $ 2,380.00 | Unsuccessful Claims | TM |
| 810 | 4/5/2013 | Hannah Buckendorf | 1.00 | $ 50.00 | 50.00 | Created a notebook to send to Jugde Lasnik. | | $ 50.00 | | TM |
| 811 | 4/6/2013 | Greg Wolk | 0.60 | $ 425.00 | 255.00 | analyze rest break preemption section to opp SJM | | $ 255.00 | | RW |
| 812 | 4/6/2013 | Hardeep Rekhi | 1.19 | $ 425.00 | 505.04 | Research and draft and analyze brief related to preemption | | $ 505.04 | | RW |
| 813 | 4/6/2013 | Erika Nusser | 6.90 | $ 350.00 | 2,415.00 | Worked on response to motion for summary judgment [6.9] | 1.70 | $ 1,820.00 | Unsuccessful Claims | TM |
| 814 | 4/7/2013 | Greg Wolk | 2.50 | $ 425.00 | 1,062.50 | revise opp to SJM draft | 0.60 | $ 807.50 | Unsuccessful claims | RW |
| 815 | 4/7/2013 | Hardeep Rekhi | 1.13 | $ 425.00 | 480.01 | review and analyze draft response to SJ, revise motion, conduct legal research regarding the same, teleconference regarding the same | | $ 480.01 | | RW |
| 816 | 4/7/2013 | Erika Nusser | 4.80 | $ 350.00 | 1,680.00 | Worked on response to motion for summary judgment and supporting documents, and revisions thereto [3.7]; emails regarding case strategy issues [1.1] | 1.20 | $ 1,260.00 | Unsuccessful Claims | TM |
| 817 | 4/7/2013 | Toby Marshall | 0.50 | $ 475.00 | 237.50 | Worked on response to motion for summary judgment [.5]. | 0.10 | $ 190.00 | Unsuccessful Claims | TM |
| 818 | 4/8/2013 | Greg Wolk | 1.60 | $ 425.00 | 680.00 | revise opp to SJM draft - orientation section | | $ 680.00 | | RW |
| 819 | 4/8/2013 | Greg Wolk | 2.00 | $ 425.00 | 850.00 | finalize opp to SJM | 0.50 | $ 637.50 | Unsuccessful claims | RW |
| 820 | 4/8/2013 | Hardeep Rekhi | 0.86 | $ 425.00 | 366.68 | Review and revise CPA section; review and revise SJ response; Teleconference with Co-Counsel regarding the same | 0.40 | $ 196.68 | Unsuccessful Claims | RW |
| 821 | 4/8/2013 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Document Management Re Reply Iso Plaintiffs' Motion For Class Certification & Supplemental Declaration Of Toby J. Marshall Iso Plaintiffs' Motion Of Class Certification; Emailed Co-Counsel Re Updates For Motion | 0.50 | $ - | Administrative | RW |
| 822 | 4/8/2013 | Bradford Kinsey | 2.20 | $ 100.00 | 220.00 | Reviewed, revised and finalized plaintiffs' response to defendant's motion for partial summary judgment; finalized Head declaration; finalized Marshall declaration; prepared table of contents and table of authorities; arranged filing and service. | 0.50 | $ 170.00 | Unsuccessful Claims | TM |
| 823 | 4/8/2013 | Eden Nordby | 5.00 | $ 150.00 | 750.00 | Worked on exhibits and declaration in support of response to Defendants' motion for partial summary judgment. | 1.30 | $ 555.00 | Unsuccessful Claims | TM |
| 824 | 4/8/2013 | Erika Nusser | 8.00 | $ 350.00 | 2,800.00 | Worked on revisions to response to motion for summary judgment and supporting documents, and finalized the same for filing [8] | 2.00 | $ 2,100.00 | Unsuccessful Claims | TM |
| 825 | 4/8/2013 | Toby Marshall | 0.80 | $ 475.00 | 380.00 | Worked on response to motion for summary judgment [.8]. | 0.20 | $ 285.00 | Unsuccessful Claims | TM |
| 826 | 4/9/2013 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Saved & Reviewed Plaintiffs' Opposition To Defendant'S Motion For Partial Summary Judgment, [Proposed] Order Denying Defendant'S Motion For Partial Summary Judgment, Decl. Of Toby Marshall Iso Plaintiff'S Response To Defendant'S Motion For Partial Summary Judgment & Ex. 1-33 | 0.50 | $ - | Administrative | RW |
| 827 | 4/9/2013 | Bradford Kinsey | 0.40 | $ 100.00 | 40.00 | Arranged delivery of plaintiffs' response to defendant's motion for partial summary judgment to chambers. | | $ 40.00 | | TM |
| 828 | 4/9/2013 | Bradford Kinsey | 0.80 | $ 100.00 | 80.00 | Review correspondence from and to opposing counsel regarding Head declaration exhibits; prepared draft and finalized preaecipe; assembled exhibits. | | $ 80.00 | | TM |
| 829 | 4/9/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails from and to Ms. Tadano regarding plaintiffs' filings in response to defendant's motion for summary judgment [.1]; emails regarding the same [.1] | | $ 70.00 | | TM |
| 830 | 4/9/2013 | Hannah Buckendorf | 1.00 | $ 50.00 | 50.00 | Notebook for Judge Lasnik re motion for summary judgment. | | $ 50.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 38
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 831 | 4/10/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Teleconference With HSR, Gaw, & Co-Counsel Re Next Steps | | $ 15.00 | | RW |
| 832 | 4/10/2013 | Bradford Kinsey | 0.40 | $ 100.00 | 40.00 | Arranged filing and service of praecipe to attach documents; arranged delivery to chambers. | | $ 40.00 | | TM |
| 833 | 4/10/2013 | Erika Nusser | 0.30 | $ 350.00 | 105.00 | Worked on refiling documents in support of plaintiffs' response to motion for summary judgment [.3] | | $ 105.00 | | TM |
| 834 | 4/11/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Praecipe To Attach Documents - Ex. A & B To Richard Head Decl. | 0.20 | $ - | Administrative | RW |
| 835 | 4/13/2013 | Greg Wolk | 1.60 | $ 425.00 | 680.00 | analyze Knight reply to SJM | 0.40 | $ 510.00 | Unsuccessful claims | RW |
| 836 | 4/15/2013 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Review SJ REPLY | 0.13 | $ 159.38 | Unsuccessful claims | RW |
| 837 | 4/15/2013 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Document Management For Defendant'S Reply Iso Motion For Partial Sj, 2013.4.12 Supplemental Decl. Of Stellman Keehnel Iso Defendant'S Reply Iso Motion For Partial Sj & Ex. A-G, And Supplemental Decl. Of Kevin Quast Iso Defendant'S Reply Iso Motion For Partial Sj | 0.50 | $ - | Administrative | RW |
| 838 | 4/17/2013 | Erika Nusser | 0.10 | $ 350.00 | 35.00 | Emails regarding subpoena to Qualcomm [.1] | | $ 35.00 | | TM |
| 839 | 4/23/2013 | Erika Nusser | 0.30 | $ 350.00 | 105.00 | Email to Ms. Tadano regarding class list for Qualcomm subpoena [.1]; conference regarding case strategy [.2] | | $ 105.00 | | TM |
| 840 | 4/24/2013 | Erika Nusser | 0.40 | $ 350.00 | 140.00 | Emails from and to Mr. Bull regarding Qualcomm subpoena [.4] | | $ 140.00 | | TM |
| 841 | 4/25/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Requested Cd For L&I | 0.20 | $ - | Administrative | RW |
| 842 | 4/25/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Requested Cd For L&I | 0.20 | $ - | Administrative | RW |
| 843 | 4/26/2013 | Hannah Buckendorf | 0.50 | $ 50.00 | 25.00 | Sent documents via Sharefile for TJM to Co-counsel. | 0.50 | $ - | Administrative | TM |
| 844 | 4/26/2013 | Jennifer Boschen | 0.30 | $ 150.00 | 45.00 | Worked on production issues and correspondence regarding same [.3]. | | $ 45.00 | | TM |
| 845 | 4/30/2013 | Greg Wolk | 3.20 | $ 425.00 | 1,360.00 | review LNI REOT PRA response | 3.20 | $ - | Unsuccessful claims | RW |
| 846 | 4/30/2013 | Jason Proctor | 0.90 | $ 150.00 | 135.00 | Document Management Re Letter & Documents Received From L & I Pursuant To PRA Request For Reot Materials; Emailed Co-Counsel; Mailed Dvd | 0.90 | $ - | Administrative | RW |
| 847 | 4/30/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Email L&I response to records request [.2] | | $ 70.00 | | TM |
| 848 | 5/3/2013 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Teleconference With L & I And Gaw Re PRA Request For Reot Material; Reviewed Documents | 0.50 | $ - | Administrative/Unsuccessful Claims | RW |
| 849 | 5/5/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed E-Mail From Tm To Opposing Counsel Re Amended Abbott Report | 0.20 | $ - | Efficiency | RW |
| 850 | 5/8/2013 | Hannah Buckendorf | 1.00 | $ 50.00 | 50.00 | Bates labeled documents regarding Max Tena. Combined 50 files and OCRed to ready for production. | | $ 50.00 | | TM |
| 851 | 5/9/2013 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Correspondence regarding document production. | | $ 30.00 | | TM |
| 852 | 5/10/2013 | Greg Wolk | 2.40 | $ 425.00 | 1,020.00 | review LNI REOT PRA respone | 2.40 | $ - | Unsuccessful claims | RW |
| 853 | 5/10/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Document Management Re Max Tena Documents From Co-Counsel | 0.10 | $ - | Administrative | RW |
| 854 | 5/10/2013 | Eden Nordby | 0.50 | $ 150.00 | 75.00 | Transmittal letter to opposing counsel regarding document production; served document production; updated production log. | | $ 75.00 | | TM |
| 855 | 5/10/2013 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Reviewed Tena documents for production [.1]. | | $ 47.50 | | TM |
| 856 | 5/14/2013 | Hardeep Rekhi | 1.10 | $ 425.00 | 467.50 | Review recent case law on FAAAA; report to co-counsels regarding the same | | $ 467.50 | | RW |
| 857 | 5/14/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Aziz Pro Se Docket; Reviewed Documents | 0.20 | $ - | Relevance | RW |
| 858 | 5/14/2013 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Analyzed issues regarding recent supreme court case on FAA preemption and email correspondence with co-counsel regarding same [.1]. | | $ 47.50 | | TM |
| 859 | 5/15/2013 | Erika Nusser | 0.50 | $ 350.00 | 175.00 | Emails and telephone conference with Mr. Bull regarding production from Qualcomm [.5] | | $ 175.00 | | TM |
| 860 | 5/22/2013 | Erika Nusser | 0.90 | $ 350.00 | 315.00 | Email and letter from Mr. Bull regarding Qualcomm production and objections to subpoena [.4]; analyzed production [.5] | | $ 315.00 | | TM |
| 861 | 5/23/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Strategized Case Re L & I Documents, Defendant's Motion For Summary Judgment & Reot Issue | 0.20 | $ - | Unsuccessful claims | RW |
| 862 | 5/23/2013 | Erika Nusser | 0.50 | $ 350.00 | 175.00 | Email regarding production from Qualcomm [.1]; analyzed the same [.4] | | $ 175.00 | | TM |
| 863 | 5/24/2013 | Jason Proctor | 2.70 | $ 150.00 | 405.00 | Reviewed Email To And From Co-Counsel Re Qualcomm Records; Document Management Re Qualcomm Production; Strategized Case Re Discovery | 2.40 | $ 45.00 | Administrative | RW |
| 864 | 5/28/2013 | Hardeep Rekhi | 0.25 | $ 425.00 | 106.25 | Analyze and discuss LNI documents regarding REOT | 0.25 | $ - | | RW |
| 865 | 5/30/2013 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | Telephone conference with co-counsel regarding supplemental filing on class certification | | $ 85.00 | | RW |
| 866 | 5/30/2013 | Hardeep Rekhi | 0.80 | $ 425.00 | 340.00 | Review new case law; review local rules regarding supplemental briefing; discuss the same with Co-counsel | | $ 340.00 | | RW |
| 867 | 5/30/2013 | Jason Proctor | 1.50 | $ 150.00 | 225.00 | Drafted Plaintiffs' Notice Of Supplemental Authority Re Individualized Damages; E-Filed Supplement | 1.00 | $ 75.00 | Administrative/Efficiency | RW |
| 868 | 5/30/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone conference with co-counsel regarding supplemental filing on class certification [.2]. | | $ 95.00 | | TM |
| 869 | 6/3/2013 | Hardeep Rekhi | 0.70 | $ 425.00 | 297.50 | Review recent Case law; follow up on Court Deadlines | | $ 297.50 | | RW |
| 870 | 6/6/2013 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | Email co-counsel re discovery deadlines | | $ 42.50 | | RW |
| 871 | 6/21/2013 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | Telephone conference with co-counsel regarding discovery issues | | $ 85.00 | | RW |
| 872 | 6/21/2013 | Erika Nusser | 0.10 | $ 350.00 | 35.00 | Emails regarding scheduling and case strategy issues [.1] | | $ 35.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 39
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 873 | 6/21/2013 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Telephone conference with co-counsel regarding discovery issues [.2]; analyzed issues regarding same and case strategy [.2]. | | $ 190.00 | | TM |
| 874 | 6/26/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email And Invoice From Co-Counsel; Document Management | 0.20 | $ - | Administrative | RW |
| 875 | 6/26/2013 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Email correspondence with co-counsel regarding status of case and discovery plan [.1]; reviewed production from Qualcomm and analyzed issues regarding same [.2]; analyzed issues regarding expert services [.1]. | | $ 190.00 | | TM |
| 876 | 6/28/2013 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Analyzed issues regarding expert and discovery deadlines [.1]. | | $ 47.50 | | TM |
| 877 | 7/3/2013 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | Telephone call from co-counsel | | $ 85.00 | | RW |
| 878 | 7/3/2013 | Hardeep Rekhi | 0.17 | $ 425.00 | 70.83 | Teleconference with co-counsel | | $ 70.83 | | RW |
| 879 | 7/3/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone call from co-counsel regarding [redacted] [.2]. | | $ 95.00 | | TM |
| 880 | 7/8/2013 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Analyzed issues regarding deadline for expert disclosures [.1]. | | $ 47.50 | | TM |
| 881 | 7/9/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email From Co-Counsel; Strategized Deadlines; Emailed HSR & Gaw Re Calendar | 0.20 | $ - | Administrative/Efficiency | RW |
| 882 | 7/9/2013 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Analyzed issues regarding extension of case scheduling deadlines and email correspondence with co-counsel regarding same [.2]; left message with opposing counsel regarding same [.1]. | | $ 142.50 | | TM |
| 883 | 7/11/2013 | Erika Nusser | 0.10 | $ 350.00 | 35.00 | Email regarding extending case scheduling deadlines [.1] | | $ 35.00 | | TM |
| 884 | 7/11/2013 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Telephone call from opposing counsel regarding request for extension of case scheduling deadlines [.1]. | | $ 47.50 | | TM |
| 885 | 7/12/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Email From Co-Counsel; Strategized Deadlines; Emailed HSR, Gaw & Co-Counsel Re Calendar | 0.10 | $ - | Administrative/Efficiency | RW |
| 886 | 7/17/2013 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Exchanged messages with client regarding [redacted] [.1]. | | $ 47.50 | | TM |
| 887 | 7/22/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Saved & Reviewed Email From Opposing Counsel & Co-Counsel Re Three Month Extension | 0.10 | $ - | Efficiency | RW |
| 888 | 7/22/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding scheduling issues [.2] | | $ 70.00 | | TM |
| 889 | 7/22/2013 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Analyzed issues regarding extension of case scheduling deadlines [.1]; email correspondence with co-counsel and opposing counsel regarding same [.1]; worked on case strategy issues [.1]. | | $ 142.50 | | TM |
| 890 | 7/23/2013 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | Review proposed deadlines (.2); analyze next steps (.3) | | $ 212.50 | | RW |
| 891 | 7/24/2013 | Erika Nusser | 0.30 | $ 350.00 | 105.00 | Reviewed and revised stipulation to extend case scheduling deadlines [.3] | | $ 105.00 | | TM |
| 892 | 7/24/2013 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Analyzed issues regarding extension of case scheduling deadlines [.1]. | | $ 47.50 | | TM |
| 893 | 7/25/2013 | Greg Wolk | 0.90 | $ 425.00 | 382.50 | teleconference w co-counsel re next steps | | $ 382.50 | | RW |
| 894 | 7/25/2013 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Strategized Case Re Discovery; Reviewed Email Correspondence With Co-Counsel; Document Management | 0.20 | $ 15.00 | Administrative | RW |
| 895 | 7/25/2013 | Erika Nusser | 1.10 | $ 350.00 | 385.00 | Telephone conference with co-counsel regarding [redacted][.9]; emails regarding the same [.2] | | $ 385.00 | | TM |
| 896 | 7/25/2013 | Toby Marshall | 0.90 | $ 475.00 | 427.50 | Telephone conference with co-counsel regarding case strategy and discovery issues [.9]. | | $ 427.50 | | TM |
| 897 | 7/26/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding case strategy issues [.2] | | $ 70.00 | | TM |
| 898 | 7/26/2013 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Worked on stipulation extending case scheduling deadlines [.3]. | | $ 142.50 | | TM |
| 899 | 7/29/2013 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Saved And Reviewed Ecf Re Stipulation & [Proposed] Order Extending Case Schedule Deadlines & PRAecipe To Stipulation & [Proposed] Order Extending Case Schedule Deadlines; Emailed HSR & Gaw Re Filing | 0.30 | $ - | Administrative | RW |
| 900 | 7/30/2013 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | Review and finalize draft rogs | | $ 85.00 | | RW |
| 901 | 7/30/2013 | Jason Proctor | 2.10 | $ 150.00 | 315.00 | Saved, Reviewed, And Calendared Minute Order From Ecf | 2.10 | $ - | Administrative | RW |
| 902 | 7/31/2013 | Jason Proctor | 1.60 | $ 150.00 | 240.00 | Drafted Discovery Requests, Delivered To Opposing Counsel; E-Mailed To Opposing Counsel And Co-Counsel | 1.00 | $ 90.00 | Administrative | RW |
| 903 | 8/1/2013 | Eden Nordby | 0.10 | $ 150.00 | 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 904 | 8/1/2013 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 905 | 8/5/2013 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 906 | 8/13/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Ecf Notice Of Change Of Address | 0.10 | $ - | Administrative | RW |
| 907 | 8/13/2013 | Bradford Kinsey | 0.30 | $ 100.00 | 30.00 | Prepared draft and finalized TMDW notice of change of address; arranged filing and service. | | $ 30.00 | | TM |
| 908 | 8/14/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Voicemail for and telephone conference with Ms. Laird regarding Comdata's response to subpoena [.2] | | $ 70.00 | | TM |
| 909 | 8/19/2013 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | Review docus re comdata card (.2); confer w HSR re docs (.2) | | $ 170.00 | | RW |
| 910 | 8/19/2013 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Reviewed Email From Erika Nusser Re Comdata Reports For Helde; Document Management; Emailed HSR & Gaw Re Comdata | 0.50 | $ - | Administrative/Efficiency | RW |
| 911 | 8/19/2013 | Erika Nusser | 0.40 | $ 350.00 | 140.00 | Analyzed sample production from Comdata and emails regarding the same [.4] | | $ 140.00 | | TM |
| 912 | 8/21/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Gaw E-Mail To Co-Counsel Re Comdata | 0.10 | $ - | Efficiency | RW |
| 913 | 8/21/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Email from co-counsel regarding [redacted] [.2] | | $ 70.00 | | TM |
| 914 | 9/3/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed E-Mail From Opposing Counsel; Document Management; Reviewed Defendant'S Responses And Objections To Plaintiffs' Second Set Of Rogs And Rfps | 0.20 | $ - | Administrative/Efficiency | RW |
| 915 | 9/4/2013 | Greg Wolk | 0.70 | $ 425.00 | 297.50 | Review email from clerk; analyze Wang; confer w HSR and co-counsel | | $ 297.50 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 40
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 916 | 9/4/2013 | Hardeep Rekhi | 0.17 | $ 425.00 | 70.83 | Teleconference with client | | $ 70.83 | | RW |
| 917 | 9/4/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email From Co-Counsel & Court Clerk & HSR Re Oral Argument On Defendant'S Motion For S.J. And Plaintiffs' Motion For Class Certification; Reviewed Calendar | 0.20 | $ - | Administrative | RW |
| 918 | 9/4/2013 | Bradford Kinsey | 0.30 | $ 100.00 | 30.00 | Prepared draft of notice of supplemental authority. | | $ 30.00 | | TM |
| 919 | 9/4/2013 | Erika Nusser | 0.80 | $ 350.00 | 280.00 | Analyzed new Ninth Circuit case [.5]; emails regarding case strategy issues [.2]; worked on notice of supplemental authority [.1] | | $ 280.00 | | TM |
| 920 | 9/4/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Analyzed issues regarding submission of supplemental authority [.1]; exchanged messages and email correspondence with opposing counsel, co-counsel, and court regarding scheduling of hearing on class certification and summary judgment [.1]. | | $ 95.00 | | TM |
| 921 | 9/5/2013 | Greg Wolk | 1.10 | $ 425.00 | 467.50 | Review Knight's discovery to our recent requests | | $ 467.50 | | RW |
| 922 | 9/5/2013 | Hardeep Rekhi | 0.17 | $ 425.00 | 70.83 | Email Correspondence regarding case status | | $ 70.83 | | RW |
| 923 | 9/5/2013 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Reviewed Email From Co-Counsel To Teri Roberts Re Oral Argument On Defendant'S Motion For S.J. And Plaintiffs' Motion For Class Certification; Reviewed Email From Teri Roberts; Calendared Hearing; Reviewed Minute Order Setting Hearing On Defendant'S [51] Motion For Partial Summary Judgment And Plaintiffs' [37] Motion To Certify Class & Notice Of Request For Video Recording Of Motion Hearing; Conferred With HSR Re Hearing | 0.40 | $ - | Administrative/Efficiency | RW |
| 924 | 9/5/2013 | Bradford Kinsey | 0.30 | $ 100.00 | 30.00 | Reviewed, revised and finalized plaintiffs' second notice of supplemental authority; arranged filing and service. | | $ 30.00 | | TM |
| 925 | 9/5/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding case strategy issues [.2] | | $ 70.00 | | TM |
| 926 | 9/5/2013 | Hannah Buckendorf | 3.40 | $ 50.00 | 170.00 | Created two case management notebooks for TJM and ELN regarding, 1) Plaintiff's Motion for Class Certifications, and 2) Defendant's motion for Summary Judgement. (Including all declarations and exhibits) | 3.40 | $ - | Administrative | TM |
| 927 | 9/5/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Analyzed issues regarding impact on case of amended decision in Wang [.2]. | | $ 95.00 | | TM |
| 928 | 9/6/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email From Co-Counsel; Reviewed Documents; Emailed Co-Counsel | 0.10 | $ 15.00 | Administrative/Efficiency | RW |
| 929 | 9/8/2013 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Reviewed Comdata production and analyzed issues regarding same [.1]; reviewed defendant's most recent discovery responses and analyzed issues regarding same [.1]; reviewed court request for video recording of class certification and summary judgment hearing and analyzed issues regarding same [.1]. | | $ 142.50 | | TM |
| 930 | 9/9/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed E-Mail From Toby Marshall Re Comdata | 0.10 | $ - | Administrative/Efficiency | RW |
| 931 | 9/9/2013 | Hannah Buckendorf | 1.50 | $ 50.00 | 75.00 | Completed notebooks for TJM and ELN. Discussed missing exhibit status. | 1.50 | $ - | Administrative | TM |
| 932 | 9/9/2013 | Torrie Marchiali | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 933 | 9/10/2013 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | email opposing counsel re deposition of client | | $ 127.50 | | RW |
| 934 | 9/10/2013 | Hardeep Rekhi | 0.17 | $ 425.00 | 70.83 | Email Correspondence regarding case status | | $ 70.83 | | RW |
| 935 | 9/10/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Email From Toby Marshall To Kerry Simonds Re Response To Request For Video Recording; Reviewed Plaintiffs' Response To Request For Consent To Video Recording; Reviewed | 0.10 | $ - | Administrative/Efficiency | RW |
| 936 | 9/10/2013 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 937 | 9/10/2013 | Hannah Buckendorf | 0.20 | $ 50.00 | 10.00 | Printing, scanning, and filing for TJM regarding request for consent to video recording. | | $ 10.00 | | TM |
| 938 | 9/10/2013 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Email to court clerk regarding response to request for video recording of upcoming hearing [.1]; analyzed issues regarding impact on class certification issues of amended decision in Wang [.2]. | | $ 142.50 | | TM |
| 939 | 9/11/2013 | Eden Nordby | 0.10 | $ 150.00 | 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 940 | 9/13/2013 | Hardeep Rekhi | 0.17 | $ 425.00 | 70.83 | email with co-counsel regarding strategy for hearing | | $ 70.83 | | RW |
| 941 | 9/16/2013 | Hardeep Rekhi | 0.17 | $ 425.00 | 70.83 | Review various briefing relating to class certification in preparation for Meeting | | $ 70.83 | | RW |
| 942 | 9/16/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Email Correspondence Between HSR & Co-Counsel Re Hearing | 0.10 | $ - | Administrative/Efficiency | RW |
| 943 | 9/16/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding case strategy issues [.2] | | $ 70.00 | | TM |
| 944 | 9/16/2013 | Toby Marshall | 0.70 | $ 475.00 | 332.50 | Analyzed issues regarding argument for hearing on class certification and summary judgment [.2]; analyzed issues regarding discovery, experts, and factual background [.5]. | | $ 332.50 | | TM |
| 945 | 9/17/2013 | Toby Marshall | 3.10 | $ 475.00 | 1,472.50 | Reviewed filings in preparation for hearing on motion for class certification and researched, analyzed issues regarding same, and worked on outline for argument [3.1]. | 0.80 | $ 1,092.50 | Unsuccessful Claims | TM |
| 946 | 9/18/2013 | Greg Wolk | 1.70 | $ 425.00 | 722.50 | Confer w HSR and co-counsel re hearing and next steps [1.2]; research Knight's retention requirements [.5] | | $ 722.50 | | RW |
| 947 | 9/18/2013 | Hardeep Rekhi | 2.90 | $ 425.00 | 1,231.20 | review case law; review prior arguments; prepare for meeting regarding strategy hearing | 0.72 | $ 923.40 | unsuccessful claims | RW |
| 948 | 9/18/2013 | Hardeep Rekhi | 1.16 | $ 425.00 | 491.82 | review case law; review prior arguments; prepare for meeting regarding strategy hearing | 0.29 | $ 368.86 | unsuccessful claims | RW |
| 949 | 9/18/2013 | Hardeep Rekhi | 1.20 | $ 425.00 | 510.00 | Confer w co-counsel re hearing and next steps | 0.25 | $ 403.75 | Unsuccessful Claims | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 41
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 950 | 9/18/2013 | Jason Proctor | 0.60 | $ 150.00 | $ 90.00 | Reviewed Email From Toby Marshall; Reviewed Becerra Decision; Conducted Legal Research; Reviewed Plaintiffs' Third Notice Of Supplemental Authority; Reviewed Email From Gaw | 0.40 | $ 30.00 | Administrative/Efficiency | RW |
| 951 | 9/18/2013 | Bradford Kinsey | 0.60 | $ 100.00 | $ 60.00 | Amended master caption; prepared draft of plaintiffs' third notice of supplemental authority; arranged filing and service. | | $ 60.00 | | TM |
| 952 | 9/18/2013 | Erika Nusser | 1.30 | $ 350.00 | $ 455.00 | Emails regarding retention of driver's records and researched the same [.2]; telephone conference with co-counsel regarding same [1.1] | | $ 455.00 | | TM |
| 953 | 9/18/2013 | Toby Marshall | 4.00 | $ 475.00 | $ 1,900.00 | Continued reviewing materials in preparation for hearing on class certification and summary judgment, researched and analyzed issues regarding same, and worked on outline for same [2.8]; telephone conference with co-counsel regarding same [1.1]; worked on supplemental authority filing for Becerra decision [.1]. | 1.00 | $ 1,425.00 | Unsuccessful Claims | TM |
| 954 | 9/19/2013 | Greg Wolk | 1.50 | $ 425.00 | $ 637.50 | Review preemption issue and new case law and briefing (1.1); telephone conference with co-counsel re hearing on summary judgment (.4) | | $ 637.50 | | RW |
| 955 | 9/19/2013 | Hardeep Rekhi | 2.56 | $ 425.00 | $ 1,088.24 | Review Certification Briefing | 0.64 | $ 816.18 | Unsuccessful Claims | RW |
| 956 | 9/19/2013 | Hardeep Rekhi | 0.40 | $ 425.00 | $ 170.00 | telephone conference re hearing on summary judgment | 0.10 | $ 127.50 | | RW |
| 957 | 9/19/2013 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed E-Mail From Gaw Re Briefing | 0.10 | $ - | Administrative/Efficiency | RW |
| 958 | 9/19/2013 | Erika Nusser | 6.00 | $ 350.00 | $ 2,100.00 | Research and emails regarding preemtpion issues [1.1]; analyzed discovery responses and worked on letter regarding discovery [3.2]; researched recordkeeping requirements and factual isues relating to the same [1.7] | | $ 2,100.00 | | TM |
| 959 | 9/19/2013 | Toby Marshall | 1.30 | $ 475.00 | $ 617.50 | Researched and analyzed issues for hearing on summary judgment [.6]; telephone conference with co-counsel regarding same [.4]; worked on supplemental authority filing [.1]; worked on discovery letter [.2]. | 0.30 | $ 475.00 | Unsuccessful Claims | TM |
| 960 | 9/20/2013 | Hardeep Rekhi | 0.33 | $ 425.00 | $ 141.67 | Review briefing; discuss supplement with G. Wolk; review case law regarding hearing | | $ 141.67 | | RW |
| 961 | 9/20/2013 | Jason Proctor | 0.70 | $ 150.00 | $ 105.00 | Reviewed Email From Co-Counsel Re Meet & Confer; Reviewed Letter From Erika Nusser To Opposing Counsel Re Meet & Confer; Conducted Legal Reseach | 0.50 | $ 30.00 | Administrative/Efficiency | RW |
| 962 | 9/20/2013 | Bradford Kinsey | 0.40 | $ 100.00 | $ 40.00 | Prepared draft of and finalized notice of supplemental authority; arranged filing and service. | | $ 40.00 | | TM |
| 963 | 9/20/2013 | Toby Marshall | 3.50 | $ 475.00 | $ 1,662.50 | Continued reviewing materials for hearing on motions for class certification and summary judgment, continued working on outline for same, and continued researching and analyzing issues regarding same [3.5]. | 0.90 | $ 1,235.00 | Unsuccessful Claims | TM |
| 964 | 9/21/2013 | Toby Marshall | 5.20 | $ 475.00 | $ 2,470.00 | Worked on outline for hearing on class certification and summary judgment and researched and analyzed issues regarding same [4.8]; reviewed defendants' supplemental authorities [.4]. | 1.30 | $ 1,852.50 | Unsuccessful Claims | TM |
| 965 | 9/22/2013 | Toby Marshall | 3.30 | $ 475.00 | $ 1,567.50 | Worked on outline for hearing on class certification and summary judgment and researched and analyzed issues regarding same [3.3]. | 0.80 | $ 1,187.50 | Unsuccessful Claims | TM |
| 966 | 9/23/2013 | Greg Wolk | 2.40 | $ 425.00 | $ 1,020.00 | Review briefing for hearing | 0.60 | $ 765.00 | Unsuccessful claims | RW |
| 967 | 9/23/2013 | Jason Proctor | 0.30 | $ 150.00 | $ 45.00 | Document Management; Reviewed Defendant's Notice Of Supplemental Authority; Reviewed Email From Toby Marshal Re Plaintiffs' Claims; Reviewed Email & Letter From Nusser Re Meet And Confer | 0.30 | $ - | Administrative/Efficiency | RW |
| 968 | 9/23/2013 | Eden Nordby | 0.40 | $ 150.00 | $ 60.00 | Reviewed Defendants' document production for examples of daily logs. | | $ 60.00 | | TM |
| 969 | 9/23/2013 | Erika Nusser | 1.80 | $ 350.00 | $ 630.00 | Analyzed Defendant's supplemental authority [.5]; emails regarding hearing on motions for class certification and summary judgment [.4]; analyzed factual and legal issues relating to recordkeeping requirements [.9] | | $ 630.00 | | TM |
| 970 | 9/23/2013 | Hannah Buckendorf | 0.40 | $ 50.00 | $ 20.00 | Updated case management notebook. | 0.40 | $ - | Administrative | TM |
| 971 | 9/23/2013 | Toby Marshall | 2.90 | $ 475.00 | $ 1,377.50 | Email to co-counsel regarding factual background issues [.1]; worked on same [.4]; revised outline for hearing on class certification and summary judgment [.4]; reviewed various factual background issues in preparation for same [2.0]. | 0.60 | $ 1,092.50 | Unsuccessful Claims | TM |
| 972 | 9/23/2013 | Torrie Marshall | 0.10 | $ 100.00 | $ 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 973 | 9/24/2013 | Greg Wolk | 4.50 | $ 425.00 | $ 1,912.50 | Meet w co-counsel to prep for hearing; research outstanding issue for hearing | 1.10 | $ 1,445.00 | Unsuccessful claims/Efficiency | RW |
| 974 | 9/24/2013 | Hardeep Rekhi | 4.50 | $ 425.00 | $ 1,912.50 | Meet w co-counsel to prep for hearing (3.5) | 1.10 | $ 1,445.00 | | RW |
| 975 | 9/24/2013 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 976 | 9/24/2013 | Erika Nusser | 4.40 | $ 350.00 | $ 1,540.00 | Meeting with co-counsel regarding hearing on motions for class certification and summary judgment [3.5]; analyzed legal and factual issues in preparation for the same [.9] | | $ 1,540.00 | | TM |
| 977 | 9/24/2013 | Toby Marshall | 7.60 | $ 475.00 | $ 3,610.00 | Worked on outline for hearing on motions for class certification and summary judgment [2.6]; researched and analyzed issues regarding same [1.6]; meeting with co-counsel regarding same [3.4]. | 1.90 | $ 2,707.50 | Unsuccessful Claims | TM |
| 978 | 9/25/2013 | Greg Wolk | 2.80 | $ 425.00 | $ 1,190.00 | Attend hearing; research case law and issues from hearing | 0.80 | $ 850.00 | Unsuccessful claims/Efficiency | RW |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 979 | 9/25/2013 | Jason Proctor | 2.70 | $ 150.00 | $ 405.00 | Prepared For Hearing; Went To Courthouse; Met With Co-Counsel; Took Notes During Hearing; Went Back To Office; Emailed Co-Counsel; Reviewed Gaw Email & Case Law Sent To Co-Counsel | 2.70 | $ - | Administrative/Efficiency | RW |
| 980 | 9/25/2013 | Jason Proctor | 1.10 | $ 150.00 | $ 165.00 | Legal Research Into Griffus; Reviewed Email From Tadano Re Griffus Transcript & Briefing | 0.80 | $ 45.00 | Administrative/Efficiency | RW |
| 981 | 9/25/2013 | Erika Nusser | 4.10 | $ 350.00 | $ 1,435.00 | Prepared for, traveled to, participated in, and returned from hearing on motions for class certification and summary judgment [3.7]; emails regarding legal and factual issues [.3]; email from opposing counsel regarding supplemental briefing [.1] | | $ 1,435.00 | | TM |
| 982 | 9/25/2013 | Toby Marshall | 4.50 | $ 475.00 | $ 2,137.50 | Prepared for, traveled to, participated in, and returned from hearing on motions for class certification and summary judgment [4.2]; telephone call from opposing counsel regarding discovery issues [.2]; worked on same [.1]. | 1.00 | $ 1,662.50 | Unsuccessful Claims | TM |
| 983 | 9/26/2013 | Greg Wolk | 0.70 | $ 425.00 | $ 297.50 | Follow up on research from hearing; confer w co-counsel on supplementing authority | | $ 297.50 | | RW |
| 984 | 9/26/2013 | Jason Proctor | 0.50 | $ 150.00 | $ 75.00 | Conferred With HSR & Gaw Re Griffus Transcript; Teleconference With Toby Marshall Re The Same & Discovery; Reviewed Email From HSR To Tadano Re Griffus Transcript | 0.50 | $ - | Administrative/Efficiency | RW |
| 985 | 9/26/2013 | Erika Nusser | 2.20 | $ 350.00 | $ 770.00 | Analyzed choice of law research and emails and conference regarding the same [2.2] | | $ 770.00 | | TM |
| 986 | 9/26/2013 | Toby Marshall | 1.60 | $ 475.00 | $ 760.00 | Telephone call from co-counsel regarding [redacted][.1]; reviewed decision regarding significant contacts analysis and analyzed issues regarding same [.3]; worked on discovery issues [.2]; telephone conference with opposing counsel regarding discovery issues [1.0]. | | $ 760.00 | | TM |
| 987 | 9/27/2013 | Greg Wolk | 1.00 | $ 425.00 | $ 425.00 | Review response by defendant and transcript | | $ 425.00 | | RW |
| 988 | 9/27/2013 | Jason Proctor | 0.80 | $ 150.00 | $ 120.00 | Reviewed Email Correspondence Between HSR, Gaw, & Co-Counsel Re Supplemental Case Law; Reviewed Defendant'S Submission Of Transcript In Griffus V. Knight Transportation Re Sj On Per Diem Claim; Reviewed Hearing Transcript From Griffus V. Knight Transportation; Reviewed Client Documents | 0.60 | $ 30.00 | Administrative/Efficiency | RW |
| 989 | 9/27/2013 | Erika Nusser | 0.30 | $ 350.00 | $ 105.00 | Emails regarding filing of transcript for supplemental briefing on class certification and summary judgment [.1]; analyzed defendant's supplemental submission [.2] | | $ 105.00 | | TM |
| 990 | 9/30/2013 | Greg Wolk | 1.50 | $ 425.00 | $ 637.50 | Review response, transcript and confer w co-counsel re our reply | | $ 637.50 | | RW |
| 991 | 9/30/2013 | Hardeep Rekhi | 1.00 | $ 425.00 | $ 425.00 | Confer with co-counsel re our reply | | $ 425.00 | | RW |
| 992 | 9/30/2013 | Erika Nusser | 6.20 | $ 350.00 | $ 2,170.00 | Reviewed transcript from summary judgment hearing in Griffus case and analyzed issues regarding same [.9]; telephone conference with co-counsel regarding [redacted] [1.0]; email correspondence with co-counsel regarding [redacted] [.5]; researched Oregon law and worked on supplemental brief regarding summary judgment in Griffus case [3.8]. | | $ 2,170.00 | | TM |
| 993 | 9/30/2013 | Toby Marshall | 3.60 | $ 475.00 | $ 1,710.00 | Reviewed transcript from summary judgment hearing in Griffus case and analyzed issues regarding same [1.2]; researched and analyzed issues regarding deduction laws in Oregon [0.7]; telephone conference with co-counsel regarding same and strategy for distinguishing per diem decision [1.0]; email correspondence with co-counsel regarding same [.4]; telephone call from opposing counsel regarding discovery isses [.3]. | | $ 1,710.00 | | TM |
| 994 | 10/1/2013 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 995 | 10/1/2013 | Erika Nusser | 1.20 | $ 350.00 | $ 420.00 | Continued working on supplemental brief regarding summary judgment in Griffus case [.9]; conference and emails regarding the same [.3] | | $ 420.00 | | TM |
| 996 | 10/1/2013 | Torrie Marshall | 0.10 | $ 100.00 | $ 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 997 | 10/2/2013 | Greg Wolk | 1.80 | $ 425.00 | $ 765.00 | Revise and revise our draft response [1]; confer with co-counsel re per diem decision in Griffus case [.8] | | $ 765.00 | | RW |
| 998 | 10/2/2013 | Hardeep Rekhi | 0.80 | $ 425.00 | $ 340.00 | confer with co-counsel re per diem decision in Griffus case [.8] | | $ 340.00 | | RW |
| 999 | 10/2/2013 | Erika Nusser | 0.80 | $ 350.00 | $ 280.00 | Emails regarding supplemental brief regarding per diem decision in Griffus case [.5]; conferences regarding same [.3]. | | $ 280.00 | | TM |
| 1000 | 10/2/2013 | Toby Marshall | 2.80 | $ 475.00 | $ 1,330.00 | Worked on supplemental brief regarding per diem decision in Griffus case [1.5]; researched and analyzed issues regarding same [.5]; telephone calls from co-counsel regarding same [.8]. | | $ 1,330.00 | | TM |
| 1001 | 10/3/2013 | Greg Wolk | 1.30 | $ 425.00 | $ 552.50 | Revise response and confer w co-counsel | | $ 552.50 | | RW |
| 1002 | 10/3/2013 | Jason Proctor | 0.50 | $ 150.00 | $ 75.00 | Reviewed Response; Conferred With Gaw & HSR Re Plaintiffs' Response To Defendant's Submission Of Transcript | 0.50 | $ - | Administrative/Efficiency | RW |
| 1003 | 10/3/2013 | Bradford Kinsey | 0.60 | $ 100.00 | $ 60.00 | Reviewed, revised and finalized plaintiffs' supplemental brief; arranged filing and service. | | $ 60.00 | | TM |
| 1004 | 10/3/2013 | Toby Marshall | 0.50 | $ 475.00 | $ 237.50 | Analyzed issues regarding supplemental briefing on per diem claim [.1]; worked on response to defendant's submission of transcript [.4]. | | $ 237.50 | | TM |
| 1005 | 10/10/2013 | Greg Wolk | 1.70 | $ 425.00 | $ 722.50 | Reviewed Orders from Judge [.9]; conferred with co-counsel [.8] | | $ 722.50 | | RW |
| 1006 | 10/10/2013 | Hardeep Rekhi | 0.80 | $ 425.00 | $ 340.00 | conferred with co-counsel | | $ 340.00 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 43
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|------|--------------|-------|--------|-------|-----------|-----------|---------------|-------------------------|------|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1007 | 10/10/2013 | Jason Proctor | 0.80 | $ 150.00 | $ 120.00 | Reviewed Order Granting In Part Defendant's Motion For Summary Judgment; Reviewed Order Regarding Motion For Class Certification; Teleconference With Opposing Counsel | 0.80 | $ - | Administrative/Efficiency | RW |
| 1008 | 10/10/2013 | Erika Nusser | 0.90 | $ 350.00 | $ 315.00 | Email to Ms. Laird regarding subpoena to Comdata [.1]; analyzed orders on class certification and summary judgment and telephone conference with co-counsel regarding the same [.8] | | $ 315.00 | | TM |
| 1009 | 10/10/2013 | Toby Marshall | 2.20 | $ 475.00 | $ 1,045.00 | Reviewed court's orders on summary judgment and class certification and analyzed issues regarding same [1.1]; telephone conference with co-counsel regarding same [1.0]; left message with [redacted] regarding [redacted] [.1]. | 0.60 | $ 760.00 | Unsuccessful Claims | TM |
| 1010 | 10/14/2013 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | Confer w co-counsel re issues for motion to reconsider | 0.60 | $ - | Unsuccessful claims | RW |
| 1011 | 10/14/2013 | Hardeep Rekhi | 0.60 | $ 425.00 | $ 255.00 | Confer w co-counsel re issues for motion to reconsider | 0.60 | $ - | Unsuccessful claims | RW |
| 1012 | 10/14/2013 | Erika Nusser | 0.30 | $ 350.00 | $ 105.00 | Emails from and to Ms. Laird regarding Comdata's response to subpoena [.2]; emails regarding factual issues related to overtime claim and motion for reconsideration [.1] | 0.10 | $ 70.00 | Unsuccessful Claims | TM |
| 1013 | 10/14/2013 | Toby Marshall | 0.70 | $ 475.00 | $ 332.50 | Telephone calls from [redacted] regarding [redacted] [.3]; analyzed issues regarding same [.1]; email to co-counsel regarding same [.1]; meeting with co-counsel regarding same and strategy for reconsideration [.2]. | 0.70 | $ - | Unsuccessful Claims | TM |
| 1014 | 10/14/2013 | Torrie Marshall | 0.10 | $ 100.00 | $ 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1015 | 10/15/2013 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | Research REOT docs re reconsideration | 0.60 | $ - | Unsuccessful claims | RW |
| 1016 | 10/15/2013 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed E-Mail From Toby Mashall; Reviewed E-Mail From Gaw To Co-Counsel | 0.10 | $ - | Administrative/Efficiency | RW |
| 1017 | 10/17/2013 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | Research agency review issues | 0.60 | $ - | Unsuccessful claims | RW |
| 1018 | 10/17/2013 | Erika Nusser | 0.10 | $ 350.00 | $ 35.00 | Email to Ms. Laird regarding subpoena to Comdata [.1] | | $ 35.00 | | TM |
| 1019 | 10/18/2013 | Greg Wolk | 0.90 | $ 425.00 | $ 382.50 | Confer w co-counsel re mtn to reconsider | 0.90 | $ - | Unsuccessful claims | RW |
| 1020 | 10/18/2013 | Hardeep Rekhi | 0.90 | $ 425.00 | $ 382.50 | Confer w co-counsel re mtn to reconsider | 0.90 | $ - | Unsuccessful claims | RW |
| 1021 | 10/18/2013 | Erika Nusser | 0.90 | $ 350.00 | $ 315.00 | Telephone conference with co-counsel regarding overtime claims and possible motion for reconsideration [.5]; emails regarding same [.4] | 0.90 | $ - | Unsuccessful Claims | TM |
| 1022 | 10/18/2013 | Toby Marshall | 2.00 | $ 475.00 | $ 950.00 | Researched and analyzed issues regarding overtime claims and possible motion for reconsideration [1.5]; telephone conference with co-counsel regarding same [.5]. | 2.00 | $ - | Unsuccessful Claims | TM |
| 1023 | 10/21/2013 | Greg Wolk | 0.50 | $ 425.00 | $ 212.50 | Confer and review mtn to reconsider (.3); discovery responses from opp counsel (.2) | 0.20 | $ 127.50 | Unsuccessful claims | RW |
| 1024 | 10/21/2013 | Jason Proctor | 0.30 | $ 150.00 | $ 45.00 | Reviewed Email From Opposing Counsel; Reviewed Defendant's Supplemental Responses & Objections To P'S 2nd Set Of Rogs; Conferred With Gaw Re The Same | 0.30 | $ - | Administrative/Efficiency | RW |
| 1025 | 10/21/2013 | Erika Nusser | 0.30 | $ 350.00 | $ 105.00 | Analyzed legal issues regarding reasonably equivalent overtime rule and emails regarding the same [.3] | 0.30 | $ - | Unsuccessful Claims | TM |
| 1026 | 10/21/2013 | Toby Marshall | 4.20 | $ 475.00 | $ 1,995.00 | Researched and analyzed issues regarding reconsideration of court's ruling on overtime claim [.3]; memorandum to and email correspondence with co-counsel regarding same [.3]; worked on motion for reconsideration and researched and analyzed issues regarding same [3.6]. | 4.20 | $ - | Unsuccessful Claims | TM |
| 1027 | 10/22/2013 | Greg Wolk | 2.50 | $ 425.00 | $ 1,062.50 | Review REOT docs from L&I | 2.50 | $ - | Unsuccessful claims | RW |
| 1028 | 10/22/2013 | Jennifer Murray | 0.30 | $ 450.00 | $ 135.00 | Reviewed motion for reconsideration. | 0.30 | $ - | Unsuccessful Claims | TM |
| 1029 | 10/22/2013 | Toby Marshall | 4.80 | $ 475.00 | $ 2,280.00 | Worked on motion for reconsideration and researched and analyzed issues regarding same [4.8]. | 4.80 | $ - | Unsuccessful Claims | TM |
| 1030 | 10/23/2013 | Greg Wolk | 3.50 | $ 425.00 | $ 1,487.50 | Review and revise mtn to reconsider | 3.50 | $ - | Unsuccessful claims | RW |
| 1031 | 10/23/2013 | Bradford Kinsey | 2.80 | $ 100.00 | $ 280.00 | Reviewed, revised and finalized plaintiff's motion for reconsideration; prepared table of contents and table of authorities; arranged filing and service. | 2.80 | $ - | Unsuccessful Claims | TM |
| 1032 | 10/23/2013 | Erika Nusser | 0.80 | $ 350.00 | $ 280.00 | Analyzed and worked on revisions to motion for reconsideration [.5]; emails regarding case strategy issues [.3] | 0.50 | $ 105.00 | Unsuccessful Claims | TM |
| 1033 | 10/23/2013 | Jennifer Murray | 0.30 | $ 450.00 | $ 135.00 | Reviewed motion for reconsideration. | 0.30 | $ - | Unsuccessful Claims | TM |
| 1034 | 10/23/2013 | Toby Marshall | 4.90 | $ 475.00 | $ 2,327.50 | Worked on motion for reconsideration of decision dismissing overtime claim and researched and analyzed issues regarding same [4.0]; email correspondence with co-counsel regarding same [.3]; researched and analyzed issues regarding requests to certify issues to state supreme court [.4]; telephone call from opposing counsel regarding discovery and case scheduling issues [.2]. | 4.70 | $ 95.00 | Unsuccessful Claims | TM |
| 1035 | 10/24/2013 | Greg Wolk | 1.00 | $ 425.00 | $ 425.00 | Confer w co-counsel re next steps | 0.30 | $ 297.50 | Efficiency | RW |
| 1036 | 10/24/2013 | Hardeep Rekhi | 1.00 | $ 425.00 | $ 425.00 | Confer w co-counsel re next steps | 0.30 | $ 297.50 | Efficiency | RW |
| 1037 | 10/24/2013 | Jason Proctor | 0.30 | $ 150.00 | $ 45.00 | Plaintiffs' Motion For Reconsideration Of Order Grantin In Part D'S Motion For Sj | 0.30 | $ - | Administrative/Efficiency | RW |
| 1038 | 10/24/2013 | Erika Nusser | 0.90 | $ 350.00 | $ 315.00 | Telephone conference with co-counsel regarding discovery, damages and case strategy issues [.9] | | $ 315.00 | | TM |
| 1039 | 10/24/2013 | Toby Marshall | 3.40 | $ 475.00 | $ 1,615.00 | Worked on trial plan and researched and analyzed issues regarding discovery and experts [2.2]; telephone conference with co-counsel regarding same [1.2]. | | $ 1,615.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 44
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1040 | 10/25/2013 | Toby Marshall | 1.50 | $ 475.00 | 712.50 | Telephone conference with opposing counsel regarding damages data and discovery [1.5]. | | $ 712.50 | | TM |
| 1041 | 10/28/2013 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | Confer w clients | | $ 212.50 | | RW |
| 1042 | 10/28/2013 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Email correspondence with co-counsel and [redacted] regarding [redacted] [.1]. | | $ 47.50 | | TM |
| 1043 | 11/4/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Analyzed issues regarding case scheduling deadlines and discovery [.1]; email to opposing counsel regarding same [.1]. | | $ 95.00 | | TM |
| 1044 | 11/5/2013 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | Confer w co-counsel re stip on dates and discovery (.1); review stip (.1) | | $ 85.00 | | RW |
| 1045 | 11/5/2013 | Hardeep Rekhi | 0.13 | $ 425.00 | 55.37 | Teleconference with co counsel | | $ 55.37 | | RW |
| 1046 | 11/5/2013 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | Confer w co-counsel re stip on dates and discovery | | $ 42.50 | | RW |
| 1047 | 11/5/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed E-Mail And Stipulation From Co-Counsel | 0.10 | $ - | Administrative/Efficiency | RW |
| 1048 | 11/5/2013 | Christine Stanley | 0.70 | $ 100.00 | 70.00 | Worked on stipulation regarding deadlines. | | $ 70.00 | | TM |
| 1049 | 11/5/2013 | Toby Marshall | 1.10 | $ 475.00 | 522.50 | Telephone calls from opposing counsel regarding case scheduling deadlines and stipulation to extend same [.3]; analyzed issues regarding same [.2]; worked on stipulation [.4]; email to opposing counsel regarding same [.1]; telephone conference with co-counsel regarding same and damages data [.1]. | | $ 522.50 | | TM |
| 1050 | 11/6/2013 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | Telephone conference with opposing counsel and co-counsel re stipulation to extend deadlines | | $ 127.50 | | RW |
| 1051 | 11/6/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed From Co-Counsel; Reviewed E-Mail From Opposing Counsel; Document Management | 0.20 | $ - | Administrative/Efficiency | RW |
| 1052 | 11/6/2013 | Christine Stanley | 0.30 | $ 100.00 | 30.00 | Worked on and filed with the court stipulation regarding deadlines. | | $ 30.00 | | TM |
| 1053 | 11/6/2013 | Erika Nusser | 0.10 | $ 350.00 | 35.00 | Emails regarding scheduling deadlines [.1] | | $ 35.00 | | TM |
| 1054 | 11/6/2013 | Toby Marshall | 0.50 | $ 475.00 | 237.50 | Telephone conferences with opposing counsel and co-counsel regarding stipulation to extend deadlines [.3]; worked on same [.2]. | | $ 237.50 | | TM |
| 1055 | 11/7/2013 | Jason Proctor | 0.90 | $ 150.00 | 135.00 | Reviewed Stipulation & [Proposed] Order Extending Case Scheduling Deadlines; Reviewed Email & Ecf From Court Clerk; Reviewed Emails From Co-Counsel(3) | 0.90 | $ - | Administrative/Efficiency | RW |
| 1056 | 11/7/2013 | Christine Stanley | 0.20 | $ 100.00 | 20.00 | Worked on letter to Max Tena. | | $ 20.00 | | TM |
| 1057 | 11/7/2013 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding trial date [.1]; email to Ms. Laird regarding Comdata's response to subpoena [.1] | | $ 70.00 | | TM |
| 1058 | 11/7/2013 | Toby Marshall | 0.90 | $ 475.00 | 427.50 | Analyzed issues regarding trial date and email correspondence with co-counsel, opposing counsel, and court regarding same [.2]; worked on amended stipulation [.2]; telephone call from opposing counsel regarding same [3]; worked on revisions to same [.1]; attempted to contact Mr. Tena by phone and email correspondence with co-counsel regarding same [.1]. | | $ 427.50 | | TM |
| 1059 | 11/8/2013 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | Confer w co-counsel re pushing dates out (.3); review stip (.2) | | $ 212.50 | | RW |
| 1060 | 11/8/2013 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | Confer w co-counsel re pushing dates out (.3) | | $ 127.50 | | RW |
| 1061 | 11/8/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Amended Stipulation & [Proposed] Order Extending Case Scheduling Deadlines | 0.10 | $ - | Administrative/Efficiency | RW |
| 1062 | 11/8/2013 | Christine Stanley | 0.20 | $ 100.00 | 20.00 | Worked on amended stipulation regarding case schedule and filed same with court. | | $ 20.00 | | TM |
| 1063 | 11/8/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone conference with co-counsel regarding case scheduling deadlines and discovery issues [.2]. | | $ 95.00 | | TM |
| 1064 | 11/13/2013 | Erika Nusser | 0.10 | $ 350.00 | 35.00 | Email from Ms. Laird regarding Comdata's response to subpoena [.1] | | $ 35.00 | | TM |
| 1065 | 11/15/2013 | Eden Nordby | 2.20 | $ 150.00 | 330.00 | Worked on class notice regarding class certification and exclusion request form. | | $ 330.00 | | TM |
| 1066 | 11/15/2013 | Erika Nusser | 0.10 | $ 350.00 | 35.00 | Emails from and to Ms. Laird regarding subpoena to Comdata [.1] | | $ 35.00 | | TM |
| 1067 | 11/18/2013 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | Review Order from Judge; confer w co-counsel re discovery | | $ 127.50 | | RW |
| 1068 | 11/18/2013 | Jason Proctor | 1.30 | $ 150.00 | 195.00 | Reviewed Amended Stipulation & Order Extending Case Scheduling Deadlines; Reviewed Order Denying Plaintiffs' Motion For Reconsideration; Calendared Amended Deadlines | 1.30 | $ - | Administrative/Efficiency | RW |
| 1069 | 11/18/2013 | Eden Nordby | 0.10 | $ 150.00 | 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1070 | 11/18/2013 | Erika Nusser | 0.50 | $ 350.00 | 175.00 | Email to co-counsel regarding cost for Comdata to respond to subpoena [.1]; analyzed order denying motion for reconsideration and conference regarding the same and case strategy issues [.4] | 0.40 | $ 35.00 | Unsuccessful Claims | TM |
| 1071 | 11/18/2013 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Reviewed court's denial of motion to reconsider summary judgment ruling on overtime claim [.1]; analyzed issues regarding same [.2]; reviewed court's order amending case scheduling deadlines and trial date and analyzed issues regarding same [.1]. | 0.30 | $ 47.50 | Unsuccessful Claims | TM |
| 1072 | 11/19/2013 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1073 | 11/20/2013 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Calendared Deadlines | | $ 75.00 | | RW |
| 1074 | 11/20/2013 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1075 | 11/30/2013 | Toby Marshall | 1.10 | $ 475.00 | 522.50 | Worked on class notice form and researched and analyzed issues regarding same [1.0]; worked on exclusion request form [.1]. | | $ 522.50 | | TM |
| 1076 | 12/1/2013 | Toby Marshall | 0.50 | $ 475.00 | 237.50 | Worked on class notice and exclusion request forms and researched and analyzed issues regarding same [.5]. | | $ 237.50 | | TM |
| 1077 | 12/1/2013 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | Review class notice | | $ 127.50 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 45
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Date** | **Professional** | **Units** | **Price** | **Value** | **Narrative** | **Writedown** | **Revised Value** | **Writedown Explanation** | **Firm** |
| 1078 | 12/2/2013 | Hardeep Rekhi | 0.33 | $ 425.00 | 141.67 | review newly decided case; review class notice; email correspondence regarding the same | | $ 141.67 | | RW |
| 1079 | 12/2/2013 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Reviewed Email From Tm Re Exclusion Request Form, & Notice Re Class Certification; Reviewed Fjc Website Re Class Notice Requirements; Reviwed Drafts Of Documents | 0.30 | $ - | Administrative/Efficiency | RW |
| 1080 | 12/2/2013 | Erika Nusser | 0.50 | $ 350.00 | 175.00 | Reviewed class notice documents [.3]; analyzed decision on class certification in similar case involving truck drivers and emails regarding the same [.2] | | $ 175.00 | | TM |
| 1081 | 12/2/2013 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Analyzed issues regarding Swift class certification decision and impact on our case; email correspondence with co-counsel regarding same [.1]. | | $ 47.50 | | TM |
| 1082 | 12/3/2013 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | Review class notive revisions | | $ 85.00 | | RW |
| 1083 | 12/3/2013 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | review communications from co-counsel | | $ 42.50 | | RW |
| 1084 | 12/3/2013 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Reviewed Case Law; Reviewed Email From Tm To Opposing Counsel Re Notices | 0.30 | $ 15.00 | Administrative/Efficiency | RW |
| 1085 | 12/3/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Email to opposing counsel regarding draft class notice and exclusion request forms [.1]; analyzed issues regarding creation of of notice website [.1]. | | $ 95.00 | | TM |
| 1086 | 12/5/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed E-Mail From Opposing Counsel Re Draft Notice Re Class Certification | 0.10 | $ - | Administrative/Efficiency | RW |
| 1087 | 12/6/2013 | Toby Marshall | 1.00 | $ 475.00 | 475.00 | Reviewed defendant's proposed revisions to notice and exclusion request forms and analyzed issues regarding same [.3]; email correspondence with co-counsel regarding same [.1]; worked on additional revisions to notice and exclusion request forms [.4]; email to opposing counsel regarding same [.1]; telephone call from opposing counsel regarding production of damages data [.1]. | | $ 475.00 | | TM |
| 1088 | 12/9/2013 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Email From Co-Counsel Re Draft Notice Re Class Certification; Document Management | 0.10 | $ - | Administrative/Efficiency | RW |
| 1089 | 12/10/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Email to [redacted] requesting [redacted] [.1]; analyzed issues regarding defendant's production of damages data [.1]. | 0.10 | $ 47.50 | Unsuccessful Claims | TM |
| 1090 | 12/16/2013 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | Telephone conference with co-counsel regarding issues with damages data | | $ 85.00 | | RW |
| 1091 | 12/19/2013 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email From Tm To Opposing Counsel Re Draft Notice Of Class Certification; Reviewed Email Correspondence Between Tm & Opposing Counsel | 0.20 | $ - | Administrative/Efficiency | RW |
| 1092 | 12/19/2013 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Updated production log. | | $ 30.00 | | TM |
| 1093 | 12/19/2013 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Email to opposing counsel regarding status of class notice and exclusion forms [.1]; telephone call from[redacted] regarding [redacted] and email to co-counsel regarding same [.2]. | | $ 142.50 | | TM |
| 1094 | 12/20/2013 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Worked on expert issues [.2]. | | $ 95.00 | | TM |
| 1095 | 12/23/2013 | Bradford Kinsey | 0.60 | $ 100.00 | 60.00 | Reviewed, revised and finalized stipulation and proposed order regarding class notice; assembled exhibits. | | $ 60.00 | | TM |
| 1096 | 12/23/2013 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Telephone conference and email correspondence with opposing counsel regarding notice approval [.1]; worked on same [.2]. | | $ 142.50 | | TM |
| 1097 | 12/26/2013 | Bradford Kinsey | 0.30 | $ 100.00 | 30.00 | Reviewed, revised and finalized stipulation and proposed order regarding class notice; re-assembled exhibits; arranged filing and service; arranged delivery of proposed order and exhibits to chambers. | | $ 30.00 | | TM |
| 1098 | 12/26/2013 | Toby Marshall | 3.70 | $ 475.00 | 1,757.50 | Worked on stipulation for notice and exclusion forms and email from opposing counsel regarding same [.1]; analyzed damages data and worked on plan for having experts calculate damages [3.6]. | 0.90 | $ 1,330.00 | Unsuccessful Claims | TM |
| 1099 | 12/27/2013 | Toby Marshall | 2.00 | $ 475.00 | 950.00 | Reviewed payroll data and analyzed issues regarding same [1.4]; email to opposing counsel regarding same [.5]; left message with and email to Dr. Munson regarding expert consultation [.1]. | 0.50 | $ 712.50 | Unsuccessful Claims | TM |
| 1100 | 12/30/2013 | Jason Proctor | 0.80 | $ 150.00 | 120.00 | Reviewed Stipulation And [Proposed] Order Regarding Class Notice; Reviewed Email From Tm Re Knight Class List And Damages Data Production; Document Management; Reviewed Email Between Tm, Abbott & Munson Re Expert Work; Document Management; Reviewed Tm Email To Opposing Counsel | 0.80 | $ - | Administrative/Efficiency | RW |
| 1101 | 12/30/2013 | Toby Marshall | 0.80 | $ 475.00 | 380.00 | Worked on expert analyses and damages calculations and drafted email to Dr. Munson regarding data for same [.8]. | 0.20 | $ 285.00 | Unsuccessful Claims | TM |
| 1102 | 1/3/2014 | Hardeep Rekhi | 0.60 | $ 425.00 | 255.00 | email correspondence with co-counsel; review slip issues | | $ 255.00 | | RW |
| 1103 | 1/3/2014 | Erika Nusser | 0.30 | $ 350.00 | 105.00 | Emails regarding appellate argument on overtime issues in related case [.2]; emails regarding discovery issues [.1] | 0.20 | $ 35.00 | Unsuccessful Claims | TM |
| 1104 | 1/3/2014 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Analyzed issues regarding damages data and email correspondence with opposing counsel regarding same [.2]; analyzed issues regarding expert consultation and email correspondence with Dr. Abbott and Dr. Munson regarding same [.1]. | | $ 142.50 | | TM |
| 1105 | 1/6/2014 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Stipulation & Order Regarding Class Notice | 0.10 | $ - | Administrative/Efficiency | RW |
| 1106 | 1/6/2014 | Erika Nusser | 1.80 | $ 350.00 | 630.00 | Travelled to and from and attended oral argument in Gordon Trucking case [1.8] | 1.80 | $ - | Relevance | TM |
| 1107 | 1/7/2014 | Hardeep Rekhi | 0.90 | $ 425.00 | 382.50 | review discovery | | $ 382.50 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 46
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1108 | 1/7/2014 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | review correspondence from co-counsel | 0.10 | $ 170.00 | Unsuccessful Claims | RW |
| 1109 | 1/7/2014 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email From Opposing Counsel; Reviewed Email From Tm To Opposing Counsel | 0.20 | $ - | Administrative/Efficiency | RW |
| 1110 | 1/7/2014 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Email correspondence regarding class notice mailing. | | $ 30.00 | | TM |
| 1111 | 1/7/2014 | Erika Nusser | 0.40 | $ 350.00 | 140.00 | Emails regarding appellate argument on overtime issue in related case [.3]; emails regarding class notice [.1] | 0.30 | $ 35.00 | Relevance | TM |
| 1112 | 1/7/2014 | Toby Marshall | 0.90 | $ 475.00 | 427.50 | Analyzed issues regarding appeal of overtime claim in related case and email correspondence with co-counsel regarding same [.3]; worked on class notice issues and email correspondence with opposing counsel regarding same [.4]; worked on expert and damage calculation issues [.2]. | 0.30 | $ 285.00 | Relevance | TM |
| 1113 | 1/8/2014 | Eden Nordby | 0.10 | $ 150.00 | 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1114 | 1/8/2014 | Eden Nordby | 1.30 | $ 150.00 | 195.00 | Worked on finalizing class notice and exclusion request; email correspondence regarding same; worked on class list for notice mailing; drafted email to vendor regarding project. | | $ 195.00 | | TM |
| 1115 | 1/8/2014 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding class notice issues [.2] | | $ 70.00 | | TM |
| 1116 | 1/8/2014 | Jennifer Boschen | 3.10 | $ 150.00 | 465.00 | Worked on notice website [3.1]. | | $ 465.00 | | TM |
| 1117 | 1/8/2014 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1118 | 1/9/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | review correspondence from co-counsel | | $ 85.00 | | RW |
| 1119 | 1/9/2014 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Email correspondence with vendor regarding notice mailing project. | | $ 30.00 | | TM |
| 1120 | 1/9/2014 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding class notices issues [.1]; emails regarding discovery issues [.1] | | $ 70.00 | | TM |
| 1121 | 1/9/2014 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Worked on class notice issues [.1]. | | $ 47.50 | | TM |
| 1122 | 1/10/2014 | Toby Marshall | 2.70 | $ 475.00 | 1,282.50 | Worked on notice website [.1]; worked on class notice issues [.1]; meeting with Mr. Munson regarding factual background issues and damages calculations [2.2]; worked on same [.3]. | 0.60 | $ 997.50 | Unsuccessful Claims | TM |
| 1123 | 1/15/2014 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Conferred With Gaw Re Jeremie Moon | | $ 15.00 | | RW |
| 1124 | 1/15/2014 | Eden Nordby | 0.30 | $ 150.00 | 45.00 | Email correspondence regarding notice mailing; set up notice tracking spreadsheet [.3]. | | $ 45.00 | | TM |
| 1125 | 1/15/2014 | Erika Nusser | 0.10 | $ 350.00 | 35.00 | Emails regarding class notice [.1] | | $ 35.00 | | TM |
| 1126 | 1/15/2014 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Email correspondence with experts regarding damages analyses [.1]. | | $ 47.50 | | TM |
| 1127 | 1/16/2014 | Hardeep Rekhi | 1.91 | $ 425.00 | 811.04 | Confer with co-counsel re damages data | | $ 811.04 | | RW |
| 1128 | 1/16/2014 | Hardeep Rekhi | 0.90 | $ 425.00 | 382.50 | review data | | $ 382.50 | | RW |
| 1129 | 1/16/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | reviewed per diem data | | $ 85.00 | | RW |
| 1130 | 1/16/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Confer with co-counsel re damages data | | $ 85.00 | | RW |
| 1131 | 1/16/2014 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Email From Tm Re Knight Per Diem Data | 0.10 | $ - | Administrative/Efficiency | RW |
| 1132 | 1/16/2014 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding discovery issues [.2] | | $ 70.00 | | TM |
| 1133 | 1/16/2014 | Toby Marshall | 1.20 | $ 475.00 | 570.00 | Email correspondence with experts regarding work on damages calculations [.1]; telephone conference with co-counsel regarding issues with damages data [.2]; worked on same [.2]; telephone conference with opposing counsel regarding same, expert disclosure timing, and possibility of settlement negotiations [.7]. | 0.20 | $ 475.00 | Unsuccessful Claims | TM |
| 1134 | 1/17/2014 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding discovery issues [.2] | | $ 70.00 | | TM |
| 1135 | 1/17/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Analyzed issues regarding additional data and information produced by Knight [.1]; email correspondence with expert, co-counsel, and opposing counsel regarding same [.1]. | | $ 95.00 | | TM |
| 1136 | 1/20/2014 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | Review and reply to emails from co-counsel | | $ 85.00 | | RW |
| 1137 | 1/20/2014 | Toby Marshall | 3.60 | $ 475.00 | 1,710.00 | Prepared for meeting with experts and analyzed issues regarding damages calculations [.6]; meeting with experts regarding damages calculations and related issues [2.0]; analyzed issues regarding damages data and email to opposing counsel with questions about same [.4]; analyzed issues regarding calculation of regular rates of pay [.6]. | 0.70 | $ 1,377.50 | Unsuccessful Claims | TM |
| 1138 | 1/21/2014 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | reviewed spreadsheets from counsel | | $ 212.50 | | RW |
| 1139 | 1/21/2014 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email & Spreadsheet From Opposing Counsel | 0.20 | $ - | Administrative/Efficiency | RW |
| 1140 | 1/21/2014 | Toby Marshall | 0.70 | $ 475.00 | 332.50 | Telephone call from opposing counsel regarding damages data issues [.6]; worked on same [.1]. | | $ 332.50 | | TM |
| 1141 | 1/22/2014 | Hannelore Ohaus | 0.50 | $ 75.00 | 37.50 | Ran skip trace searches for class members and remailed class notices. | | $ 37.50 | | TM |
| 1142 | 1/23/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone conference with Dr. Munson regarding damages calculations and data issues [.2]. | | $ 95.00 | | TM |
| 1143 | 1/24/2014 | Hannelore Ohaus | 0.60 | $ 75.00 | 45.00 | Ran skip trace searches for class members and remailed class notices. | | $ 45.00 | | TM |
| 1144 | 1/24/2014 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Telephone conference with Mr. Munson regarding damages calculations [.1]. | | $ 47.50 | | TM |
| 1145 | 1/27/2014 | Greg Wolk | 0.70 | $ 425.00 | 297.50 | Review per diem support for expert report; review per diem research | | $ 297.50 | | RW |
| 1146 | 1/27/2014 | Hannelore Ohaus | 2.00 | $ 75.00 | 150.00 | Ran skip trace searches for class members and remailed class notices. | | $ 150.00 | | TM |
| 1147 | 1/27/2014 | Toby Marshall | 1.00 | $ 475.00 | 475.00 | Telephone call from Dr. Munson regarding issues with damages data [1.0]. | 0.30 | $ 332.50 | Unsuccessful Claims | TM |
| 1148 | 1/29/2014 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | review rule re expert reports | | $ 127.50 | | RW |
| 1149 | 1/29/2014 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | review email correspondence and strategist discovery issues | | $ 212.50 | | RW |
| 1150 | 1/29/2014 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Telephone conference with class member regarding [redacted]. | | $ 30.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 47
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Date** | **Professional** | **Units** | **Price** | **Value** | **Narrative** | **Writedown** | **Revised Value** | **Writedown Explanation** | **Firm** |
| 1151 | 1/29/2014 | Toby Marshall | 1.60 | $ 475.00 | 760.00 | Worked on expert discovery issues [.1]; message from and telephone conferences with Dr. Munson regarding same [.6]; left messages with opposing counsel and Dr. Abbott regarding same [.1]; telephone call from and email correspondence with opposing counsel regarding problems with data [.7]; worked on same [.1]. | 0.20 | $ 665.00 | Unsuccessful Claims | TM |
| 1152 | 1/30/2014 | Greg Wolk | 0.70 | $ 425.00 | 297.50 | Review data from expert and respond to co-counsel (.5); telephone call with co-counsel (.2) | 0.20 | $ 212.50 | Unsuccessful Claims | RW |
| 1153 | 1/30/2014 | Hardeep Rekhi | 1.20 | $ 425.00 | 510.00 | review preliminary expert data; analyze the same | 0.30 | $ 382.50 | Unsuccessful Claims | RW |
| 1154 | 1/30/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | telephone call with co-counsel | | $ 85.00 | | RW |
| 1155 | 1/30/2014 | Jason Proctor | 0.70 | $ 150.00 | 105.00 | Reviewed Deadlines; Reviewed Frcp 26(A)(2); Conferred With HSR & Gaw; Teleconference With Tm; Reviewed Email From Tm Re Preliminary Expert Analysis Of Data Issues & Attached Spreadsheet; Reviewed Email From Gaw Re The Same; Reviewed Email From Tm Re Deadline For Expert Report | 0.70 | $ - | Administrative/Efficiency | RW |
| 1156 | 1/30/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone call from co-counsel and email correspondence with co-counsel and opposing counsel regarding data issues and extension to deadline for expert report [.2]. | | $ 95.00 | | TM |
| 1157 | 2/3/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Review communication from co-counsel re expert | | $ 85.00 | | RW |
| 1158 | 2/3/2014 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email From Tm Re Invoice From Dr. Munson; Reviewed Invoice; Conferred With Gaw Re Invoice | 0.20 | $ - | Administrative/Efficiency | RW |
| 1159 | 2/4/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Review communication from co-counsel | | $ 85.00 | | RW |
| 1160 | 2/7/2014 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Telephone conference with class member regarding [redacted]. | | $ 30.00 | | TM |
| 1161 | 2/10/2014 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Telephone call from opposing counsel regarding issues with damages data [.4]. | | $ 190.00 | | TM |
| 1162 | 2/17/2014 | Toby Marshall | 1.20 | $ 475.00 | 570.00 | Worked on damages and case strategy issues [1.2]. | 0.20 | $ 475.00 | Unsuccessful Claims | TM |
| 1163 | 2/18/2014 | Hardeep Rekhi | 0.48 | $ 425.00 | 205.42 | review correspondence from opposing counsel; follow up regarding the same | | $ 205.42 | | RW |
| 1164 | 2/18/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone call from opposing counsel regarding status of damages calculations and data issues [.2]. | | $ 95.00 | | TM |
| 1165 | 2/19/2014 | Greg Wolk | 1.10 | $ 425.00 | 467.50 | confer w co-counsel & HSR re next steps on discovery | | $ 467.50 | | RW |
| 1166 | 2/19/2014 | Hardeep Rekhi | 1.10 | $ 425.00 | 467.50 | confer w co-counsel & HSR re next steps on discovery | | $ 467.50 | | RW |
| 1167 | 2/19/2014 | Toby Marshall | 1.70 | $ 475.00 | 807.50 | Telephone conference with Dr. Munson regarding damages analyses and data issues [.6]; worked on same [.1]; telephone conference with co-counsel regarding issues with damages data, discovery, and case strategy [.9]; worked on expert issues [.1]. | 0.30 | $ 665.00 | Unsuccessful Claims | TM |
| 1168 | 2/24/2014 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Review email from co-counsel; review various issues related to expert; review client docs related to same | 0.10 | $ 170.00 | Unsuccessful Claims | RW |
| 1169 | 2/24/2014 | Toby Marshall | 2.30 | $ 475.00 | 1,092.50 | Email correspondence with Mr. Head regarding expert declaration [.1]; telephone conference with Dr. Munson regarding damages data and analyses [.4]; researched and analyzed issues regarding same [1.3]; left message with opposing counsel regarding status of expert report [.1]; telephone call from Mr. Head regarding expert report and additional discovery [.4]. | 0.40 | $ 902.50 | Unsuccessful Claims | TM |
| 1170 | 2/25/2014 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | review Head report and draft discovery | | $ 212.50 | | RW |
| 1171 | 2/25/2014 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | reviewed Discovery | | $ 127.50 | | RW |
| 1172 | 2/25/2014 | Jason Proctor | 0.70 | $ 150.00 | 105.00 | Reviewed Email From Tm Re Knight Data Plots; Document Management; Reviewed Expert Report Of Rick Head; Reviewed Pls' First Rfas To Defendant; Reviewed Pls' Third Rfps To Defendant | 0.70 | $ - | Administrative/Efficiency | RW |
| 1173 | 2/25/2014 | Christine Stanley | 1.80 | $ 100.00 | 180.00 | Worked on requests for production and requests for admission to defendant. | | $ 180.00 | | TM |
| 1174 | 2/25/2014 | Erika Nusser | 0.70 | $ 350.00 | 245.00 | Analyzed discovery requests and expert report and emails regarding the same[.7] | 0.20 | $ 175.00 | Unsuccessful Claims | TM |
| 1175 | 2/25/2014 | Toby Marshall | 1.70 | $ 475.00 | 807.50 | Worked on discovery requests to Knight regarding tax, financial, and accounting records [.4]; worked on requests for admission to Knight regarding records of hours worked and researched and analyzed issues regarding same [.4]; worked on expert report of Mr. Head [.4]; telephone call from opposing counsel regarding damages data and settlement negotiations [.4]; worked on same [.1]. | | $ 807.50 | | TM |
| 1176 | 2/26/2014 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | review draft discovery | | $ 127.50 | | RW |
| 1177 | 2/26/2014 | Hardeep Rekhi | 0.75 | $ 425.00 | 318.75 | Review discovery issues and draft regarding RFAs; teleconference with co-counsel | | $ 318.75 | | RW |
| 1178 | 2/26/2014 | Christine Stanley | 0.40 | $ 100.00 | 40.00 | Worked on discovery responses to defendants. | | $ 40.00 | | TM |
| 1179 | 2/26/2014 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding discovery requests [.2] | | $ 70.00 | | TM |
| 1180 | 2/26/2014 | Toby Marshall | 1.10 | $ 475.00 | 522.50 | Worked on expert report and email correspondence with Mr. Head and co-counsel regarding same [.2]; worked on requests for admission and email correspondence with co-counsel regarding same [.4]; telephone call from Mr. Rekhi regarding same and settlement issues [.3]; reviewed data on orientation pay and email correspondence with Dr. Munson and co-counsel regarding same [.2]. | | $ 522.50 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 48
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1181 | 2/27/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | reviewed emails from co-counsel | | $ 85.00 | | RW |
| 1182 | 2/27/2014 | Jason Proctor | 0.30 | $ 150.00 | 45.00 | Reviewed Email From Co-Counsel; Document Management; Calendared Deadlines; Emailed Co-Counsel; Reviewed Email From Co-Counsel | 0.30 | $ - | Administrative/Efficiency | RW |
| 1183 | 2/27/2014 | Christine Stanley | 0.70 | $ 100.00 | 70.00 | Worked on discovery requests to defendant Knight Transportation, Inc.; worked on Mr. Head's expert report. | | $ 70.00 | | TM |
| 1184 | 2/27/2014 | Eden Nordby | 0.40 | $ 150.00 | 60.00 | Forwarded case documents to Rick Head. | | $ 60.00 | | TM |
| 1185 | 2/27/2014 | Toby Marshall | 1.50 | $ 475.00 | 712.50 | Telephone conference with Dr. Munson regarding damages data and calculations [.8]; analyzed issues regarding same and effect of delay on case schedule [.2]; email correspondence with Dr. Munson regarding damages data [.1]; left message with Mr. Beane regarding expert reports [.1]; left message with Mr. Head regarding expert report [.1]; telephone call from Mr. Head regarding same [.1]; worked on Mr. Head's declaration [.1]. | 0.30 | $ 570.00 | Unsuccessful Claims | TM |
| 1186 | 2/27/2014 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1187 | 2/28/2014 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 1188 | 2/28/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone call from Dr. Munson regarding damages analyses [.2]. | | $ 95.00 | | TM |
| 1189 | 3/3/2014 | Toby Marshall | 0.60 | $ 475.00 | 285.00 | Telephone call from opposing counsel regarding expert, case deadline, and settlement issues [.4]; worked on same [.2]. | | $ 285.00 | | TM |
| 1190 | 3/3/2014 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1191 | 3/4/2014 | Rachel Hoover | 0.10 | $ 150.00 | 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1192 | 3/5/2014 | Toby Marshall | 1.00 | $ 475.00 | 475.00 | Meeting with damages expert regarding data and calculations [1.0]. | 0.30 | $ 332.50 | Unsuccessful Claims | TM |
| 1193 | 3/11/2014 | Toby Marshall | 0.60 | $ 475.00 | 285.00 | Telephone conference with Dr. Munson regarding damages calculations [.5]; left message with Dr. Abbott regarding expert report [.1]. | 0.20 | $ 190.00 | Unsuccessful Claims | TM |
| 1194 | 3/12/2014 | Toby Marshall | 1.60 | $ 475.00 | 760.00 | Reviewed preliminary results from damages calculations and analyzed issues regarding same [.8]; telephone conference with Dr. Munson regarding same [.3]; reviewed materials regarding hours spent in orientation [.5]. | 0.30 | $ 617.50 | Unsuccessful Claims | TM |
| 1195 | 3/13/2014 | Toby Marshall | 1.10 | $ 475.00 | 522.50 | Worked on damages issues [.3]; telephone conferences with Dr. Munson regarding same [.8]. | 0.30 | $ 380.00 | Unsuccessful Claims | TM |
| 1196 | 3/14/2014 | Greg Wolk | 0.60 | $ 425.00 | 255.00 | confer w co-counsel re experts | 0.20 | $ 170.00 | Unsuccessful Claims | RW |
| 1197 | 3/14/2014 | Hardeep Rekhi | 0.60 | $ 425.00 | 255.00 | confer w co-counsel re experts | 0.20 | $ 170.00 | Unsuccessful Claims | RW |
| 1198 | 3/14/2014 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Conferred With HSR & Gaw Re Deadline For Experts | 0.10 | $ - | Administrative/Efficiency | RW |
| 1199 | 3/14/2014 | Toby Marshall | 2.30 | $ 475.00 | 1,092.50 | Prepared for and met with experts regarding damages calculations [1.5]; analyzed issues regarding case scheduling and left message with opposing counsel regarding same [.2]; telephone call from opposing counsel regarding same [.1]; telephone conferences with co-counsel regarding damages calculations and case scheduling issues [.3]; worked on same [.2]. | 0.40 | $ 902.50 | Unsuccessful Claims | TM |
| 1200 | 3/17/2014 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email From Jeff Munson Re Knight Damages Draft & Knight Plots; Document Management; Conferred With Gaw Re Expert | 0.20 | $ - | Administrative/Efficiency | RW |
| 1201 | 3/17/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone call from Dr. Munson regarding latest calculations [.1]; reviewed data analysis plots [.1]. | | $ 95.00 | | TM |
| 1202 | 3/18/2014 | Toby Marshall | 1.50 | $ 475.00 | 712.50 | Telephone calls from opposing counsel regarding expert issues and scheduling deadlines [.5]; telephone call from Dr. Munson regarding damages data and calculations [1.0]. | 0.30 | $ 570.00 | Unsuccessful Claims | TM |
| 1203 | 3/19/2014 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | review stip and approve | | $ 85.00 | | RW |
| 1204 | 3/19/2014 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Reviewed Email From Tm; Reviewed Stipulation And Proposed Order To Extend Certain Case Schedule; Reviewed Email From Tm Re Expert & Most Recent Plots; Document Management; Reviewed Gaw Email To Tm | 0.40 | $ - | Administrative/Efficiency | RW |
| 1205 | 3/19/2014 | Erika Nusser | 0.30 | $ 350.00 | 105.00 | Analyzed stipulation to extend case schedule and emails regarding the same [.3] | | $ 105.00 | | TM |
| 1206 | 3/19/2014 | Toby Marshall | 0.50 | $ 475.00 | 237.50 | Analyzed issues regarding and worked on stipulation to extend certain case schedule deadlines [.4]; file management and email correspondence with co-counsel regarding damages calculations [.1]. | | $ 237.50 | | TM |
| 1207 | 3/20/2014 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Gaw Email To Tm Re Expert Plots; Reviewed Email From Tm To Opposing Counsel Re Stip. To Extend Expert Discovery & Msj Deadlines; Reviewed Draft Stipulation And Proposed Order To Extend Certain Case Schedule | 0.20 | $ - | Administrative/Efficiency | RW |
| 1208 | 3/20/2014 | Toby Marshall | 1.40 | $ 475.00 | 665.00 | Telephone call from Dr. Munson regarding damages data and calculations [1.0]; researched and analyzed issues regarding hours of service and email to Dr. Munson regarding cap on weekly hours [.3]; email correspondence with opposing counsel regarding extension of certain deadlines [.1]. | 0.40 | $ 475.00 | Unsuccessful Claims | TM |
| 1209 | 3/21/2014 | Toby Marshall | 1.40 | $ 475.00 | 665.00 | Telephone conference with Dr. Munson regarding damages analyses and calculations [.8]; worked on same [.6]. | 0.30 | $ 522.50 | Unsuccessful Claims | TM |
| 1210 | 3/24/2014 | Christine Stanley | 0.30 | $ 100.00 | 30.00 | Worked on stipulation in regard to deadlines. | | $ 30.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 49
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1211 | 3/24/2014 | Toby Marshall | 3.70 | $ 475.00 | 1,757.50 | Meeting with Dr. Abbott and Dr. Munson regarding damages data, damages calculations, and expert report [1.9]; worked on same [1.8]. | 0.90 | $ 1,330.00 | Unsuccessful Claims | TM |
| 1212 | 3/25/2014 | Eden Nordby | 0.40 | $ 150.00 | 60.00 | Telephone conference with potential class member; email correspondence to attorney regarding same. | | $ 60.00 | | TM |
| 1213 | 3/25/2014 | Erika Nusser | 0.10 | $ 350.00 | 35.00 | Emails regarding potential class member [.1] | | $ 35.00 | | TM |
| 1214 | 3/25/2014 | Toby Marshall | 6.40 | $ 475.00 | 3,040.00 | Telephone conference with Dr. Munson regarding damages data and calculations [.4]; worked on expert report [5.8]; telephone call from Dr. Munson regarding same [.2]. | 1.60 | $ 2,280.00 | Unsuccessful Claims | TM |
| 1215 | 3/26/2014 | Greg Wolk | 1.10 | $ 425.00 | 467.50 | confer w co-counsel (.3); review and revise expert draft report (.8) | 0.20 | $ 382.50 | Unsuccessful Claims | RW |
| 1216 | 3/26/2014 | Hardeep Rekhi | 1.00 | $ 425.00 | 425.00 | Discussion w/ cocounsel re damages; review damages documents regarding the same; | 0.30 | $ 297.50 | Unsuccessful Claims | RW |
| 1217 | 3/26/2014 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Reviewed Email Between Opposing Counsel & Tm Re Stipulation; Document Management; Reviewed Stipulation & [Proposed] Order Extending Certain Case Schedule Deadlines; Reviewed Email Between Gaw & Tm Re Expert Report & Damages Calculation; Document Management; Teleconference With Tm; Reviewed Email From Gaw To Tm Re Revisions | 0.50 | $ - | Administrative/Efficiency | RW |
| 1218 | 3/26/2014 | Erika Nusser | 0.90 | $ 350.00 | 315.00 | Analyzed expert report and emails regarding the same [.9] | 0.20 | $ 245.00 | Unsuccessful Claims | TM |
| 1219 | 3/26/2014 | Toby Marshall | 2.70 | $ 475.00 | 1,282.50 | Worked on expert report and email correspondence with experts regarding same [.8]; email to co-counsel regarding same [.2]; telephone conferences with co-counsel regarding same [.5]; worked on revisions to expert report [.4]; telephone conference with Dr. Munson regarding same [.1]; telephone call from Dr. Abbott regarding same [.2]; finalized report and related materials and email to opposing counsel regarding same [.5]. | 0.70 | $ 950.00 | Unsuccessful Claims | TM |
| 1220 | 3/28/2014 | Eden Nordby | 0.10 | $ 150.00 | 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1221 | 3/31/2014 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Reviewed Email From Tm To Opposing Counsel Re Expert Report Of Dr. Robert Abbott; Document Management; Reviewed Stipulation & Order Extending Certain Case Schedule Deadlines; Calendared | 0.40 | $ - | Administrative/Efficiency | RW |
| 1222 | 3/31/2014 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1223 | 4/1/2014 | Jason Proctor | 0.50 | $ 150.00 | 75.00 | Document Management; Reviewed Defendant'S Responses & Objections To Plaintiffs' First Set Of Rfas; Conferred With HSR Re Def0010763-Def0149538; Reviewed Defendant'S Responses & Objections To Plaintiffs' Third Set Of Rfps | 0.50 | $ - | Administrative/Efficiency | RW |
| 1224 | 4/1/2014 | Eden Nordby | 0.50 | $ 150.00 | 75.00 | Worked on issues regarding Defendant's document production. | | $ 75.00 | | TM |
| 1225 | 4/1/2014 | Erika Nusser | 0.10 | $ 350.00 | 35.00 | Emails regarding discovery issues [.1] | | $ 35.00 | | TM |
| 1226 | 4/1/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Analyzed issues regarding Knight's responses to RFAs and email correspondence with co-counsel regarding same [.1]; worked on document management issues [.1]. | | $ 95.00 | | TM |
| 1227 | 4/3/2014 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email From Co-Counsel; Document Management | 0.20 | $ - | Administrative/Efficiency | RW |
| 1228 | 4/3/2014 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Forwarded Defendant's document production to co-counsel. | | $ 30.00 | | TM |
| 1229 | 4/10/2014 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | confer with co-counsel re case strategy | | $ 85.00 | | RW |
| 1230 | 4/10/2014 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | confer with co-counsel re case strategy | | $ 85.00 | | RW |
| 1231 | 4/10/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone conference with co-counsel regarding case strategy issues [.2]. | | $ 95.00 | | TM |
| 1232 | 4/14/2014 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email From Tm Re Expert Invoice; Reviewed Invoice; Document Management; Reviewed Tm Email To Opposing Counsel Re Dennis Lopez | 0.20 | $ - | Administrative/Efficiency | RW |
| 1233 | 4/14/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Email correspondence with opposing counsel regarding status of individual left off of class list [.1]; worked on document management issues [.1]. | | $ 95.00 | | TM |
| 1234 | 4/18/2014 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Emails Between Tm And HSR, Gaw & Opposing Counsel Re Teleconference On Monday; Calendared | 0.20 | $ - | Administrative/Efficiency | RW |
| 1235 | 4/18/2014 | Erika Nusser | 0.10 | $ 350.00 | 35.00 | Emails regarding discovery scheduling [.1] | | $ 35.00 | | TM |
| 1236 | 4/18/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Email from opposing counsel regarding expert deposition and email correspondence with co-counsel regarding same [.1]; worked on discovery issues [.1]. | | $ 95.00 | | TM |
| 1237 | 4/21/2014 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | T/C w counsel re expert dep | 0.10 | $ 127.50 | Unsuccessful Claims | RW |
| 1238 | 4/21/2014 | Hardeep Rekhi | 0.33 | $ 425.00 | 141.67 | Teleconference with co-counsel and opposing counsel | | $ 141.67 | | RW |
| 1239 | 4/21/2014 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Emails Re Conference Call; Conferred With Gaw Re The Same; Reviewed Email From Tm Re Expert Invoice | 0.20 | $ - | Administrative/Efficiency | RW |
| 1240 | 4/21/2014 | Toby Marshall | 0.60 | $ 475.00 | 285.00 | Prepared for telephone conference with opposing counsel regarding experts and settlement negotiations [.1]; participated in same [.3]; telephone conference with co-counsel regarding same [.2]. | | $ 285.00 | | TM |
| 1241 | 4/22/2014 | Toby Marshall | 0.60 | $ 475.00 | 285.00 | Left message with and email to Dr. Abbott regarding deposition dates [.1]; analyzed issues regarding damages calculations for payroll card advance deductions [.3]; telephone conference with Dr. Munson regarding same [.1]; telephone call from Dr. Abbott regarding deposition and expert issues [.1]. | | $ 285.00 | | TM |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1242 | 4/23/2014 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Email From Tm Re Expert Deposition | 0.10 | $ - | Administrative/Efficiency | RW |
| 1243 | 4/24/2014 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Email From Tm To Opposing Counsel Re Deposition; Calendared | 0.10 | $ - | Administrative/Efficiency | RW |
| 1244 | 4/24/2014 | Hannelore Ohaus | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1245 | 4/24/2014 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Email correspondence with opposing counsel and Dr. Abbott regarding deposition of Dr. Abbott [.1]; analyzed issues regarding same [.1]; telephone conference with Dr. Munson regarding preparation for deposition and issues with payroll advance deduction calculations [.1]; worked on same [.1]. | | $ 190.00 | | TM |
| 1246 | 4/25/2014 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Emails Between HSR & Tm Re Prep Abbott; Calendared | 0.20 | $ - | Administrative/Efficiency | RW |
| 1247 | 4/25/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Email correspondence with experts regarding scheduling issues [.1]; email correspondence with co-counsel regarding case strategy and settlement issues [.1]. | | $ 95.00 | | TM |
| 1248 | 4/25/2014 | Torrie Marshall | 0.10 | $ 100.00 | 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1249 | 4/25/2014 | Toby Marshall | 0.50 | $475.00 | 237.50 | Ran calculations for purposes of explaning recovery versus actual damages and interest in motion for preliminary approval [.5]. | | $ 237.50 | | TM |
| 1250 | 4/28/2014 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | review notice of dep | | $ 127.50 | | RW |
| 1251 | 4/28/2014 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Reviewed subpoena duces tecum to Dr. Abbott and analyzed issues regarding same [.4]. | | $ 190.00 | | TM |
| 1252 | 4/29/2014 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Notice Of Deposition; Document Management | 0.10 | $ - | Administrative/Efficiency | RW |
| 1253 | 5/1/2014 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | review objections re expert deposition notice | | $ 85.00 | | RW |
| 1254 | 5/1/2014 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | review objections | | $ 42.50 | | RW |
| 1255 | 5/1/2014 | Jason Proctor | 0.40 | $ 150.00 | 60.00 | Reviewed Email From Tm Re Objections And Responses To Document Requests In Abbott Dep Notice; Reviewed Plaintiffs' Objections And Responses To Notice Of Deposition Of Dr. Robert Abbott; Reviewed Email From HSR Re The Same; Reviewed Email From Gaw | 0.40 | $ - | Administrative/Efficiency | RW |
| 1256 | 5/1/2014 | Christine Stanley | 0.20 | $ 100.00 | 20.00 | Worked on objections to the deposition notice of Dr. Abbott. | | $ 20.00 | | TM |
| 1257 | 5/1/2014 | Toby Marshall | 3.20 | $ 475.00 | 1,520.00 | Analyzed issues regarding data and damages calculations for expert reports [.5]; telephone conferences with Dr. Munson regarding same [.7]; researched and analyzed issues regarding document requests in notice of deposition of Dr. Abbott [.8]; worked on objections and responses to same [1.0]; left message with Dr. Abbott regarding same [.1]; telephone call from Dr. Abbott regarding same [.1]. | 0.30 | $ 1,377.50 | Unsuccessful Claims | TM |
| 1258 | 5/2/2014 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Review various emails from opposing counsel and co counsel | | $ 212.50 | | RW |
| 1259 | 5/2/2014 | Toby Marshall | 2.00 | $ 475.00 | 950.00 | Analyzed issues regarding expert report and damages calculations and prepared for meeting with experts in preparation for deposition [2.0]. | 0.50 | $ 712.50 | Unsuccessful Claims | TM |
| 1260 | 5/3/2014 | Greg Wolk | 4.40 | $ 425.00 | 1,870.00 | expert deposition prep | 1.10 | $ 1,402.50 | Unsuccessful Claims | RW |
| 1261 | 5/3/2014 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Dep prep | 0.10 | $ 170.00 | Unsuccessful Claims | RW |
| 1262 | 5/3/2014 | Hardeep Rekhi | 3.91 | $ 425.00 | 1,660.45 | Dep prep of Expert witness | 1.00 | $ 1,235.45 | Unsuccessful Claims | RW |
| 1263 | 5/3/2014 | Hardeep Rekhi | 2.04 | $ 425.00 | 868.42 | Dep prep of Expert witness | 0.50 | $ 655.92 | Unsuccessful Claims | RW |
| 1264 | 5/3/2014 | Toby Marshall | 5.60 | $ 475.00 | 2,660.00 | Meeting with Dr. Abbott, Dr. Munson, and co-counsel regarding amended report and preparation for deposition [4.0]; worked on amended report [1.5]; telephone call from Dr. Abbott regarding same [.1]. | 1.40 | $ 1,995.00 | Unsuccessful Claims | TM |
| 1265 | 5/5/2014 | Hardeep Rekhi | 8.00 | $ 425.00 | 3,400.00 | Dep of Expert witness | 2.00 | $ 2,550.00 | Unsuccessful Claims | RW |
| 1266 | 5/5/2014 | Toby Marshall | 8.20 | $ 475.00 | 3,895.00 | Prepared for, traveled to, and defended deposition of Dr. Abbott and meetings with Dr. Abbott, Dr. Munson, and co-counsel regarding same [8.2]. | 2.00 | $ 2,945.00 | Unsuccessful Claims | TM |
| 1267 | 5/6/2014 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | follow up on outstanding issues related to deposition and discovery and expert report | 0.10 | $ 170.00 | | RW |
| 1268 | 5/6/2014 | Toby Marshall | 1.20 | $ 475.00 | 570.00 | Worked on case strategy issues [.1]; worked on amendments to damages calculations [.6]; telephone call from Dr. Munson regarding same [.5]. | 0.30 | $ 427.50 | Unsuccessful Claims | TM |
| 1269 | 5/7/2014 | Jason Proctor | 0.10 | $ 150.00 | 15.00 | Reviewed Email From Tm Re Abbott Invoice; Reviewed Invoice; Document Management | 0.10 | $ - | Administrative/Efficiency | RW |
| 1270 | 5/7/2014 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Researched and analyzed issues regarding compensation for time expert spends preparing for deposition [.2]; email correspondence with opposing counsel regarding expert fees, amended expert report, and extension on rebuttal report [.1]. | | $ 142.50 | | TM |
| 1271 | 5/9/2014 | Jason Proctor | 0.20 | $ 150.00 | 30.00 | Reviewed Email From From Tm & Jeff Munson Re Updated/Amended Report; Document Management; Reviewed Email From Eric Beane Re Dennis Lopez | 0.20 | $ - | Administrative/Efficiency | RW |
| 1272 | 5/9/2014 | Toby Marshall | 2.70 | $ 475.00 | 1,282.50 | Telephone call from Dr. Munson regarding revised damages analyses and calculations [1.2]; worked on second amended expert report [1.4]; email correspondence with Dr. Munson and Dr. Abbott regarding same [.1]. | 0.70 | $ 950.00 | Unsuccessful Claims | TM |
| 1273 | 5/10/2014 | Toby Marshall | 1.20 | $ 475.00 | 570.00 | Telephone conference with Dr. Abbott regarding second amended expert report [.3]; worked on finalizing second amended expert report of Dr. Abbott and documents supporting same [.7]; email to opposing counsel regarding same [.2]. | 0.30 | $ 427.50 | Unsuccessful Claims | TM |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1274 | 5/12/2014 | Greg Wolk | 0.40 | $ 425.00 | $ 170.00 | review settlement offer (.2); confer with co-counsel (.2) | | $ 170.00 | | RW |
| 1275 | 5/12/2014 | Hardeep Rekhi | 0.50 | $ 425.00 | $ 212.50 | Review Settlement issues | | $ 212.50 | | RW |
| 1276 | 5/12/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel | | $ 85.00 | | RW |
| 1277 | 5/12/2014 | Jason Proctor | 1.10 | $ 150.00 | $ 165.00 | Reviewed Email From Tm Re Settlement(2); Document Management; Calculated Fees & Costs; Reviewed Email From Tm Re Second Amended Report Of Dr. Abbott; Conferred With HSR & Gaw Re Fees & Costs | 1.10 | $ - | Administrative/Efficiency | RW |
| 1278 | 5/12/2014 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Emails regarding settlement issues [.2] | | $ 70.00 | | TM |
| 1279 | 5/12/2014 | Toby Marshall | 2.20 | $ 475.00 | $ 1,045.00 | Worked on settlement analysis and prepared spreadsheet regarding same [2.0]; telephone call from and email correspondence with co-counsel regarding same [.2]. | | $ 1,045.00 | | TM |
| 1280 | 5/12/2014 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Emails regading settlement issues [.2] | | $ 70.00 | | TM |
| 1281 | 5/13/2014 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Worked on settlement strategy issues [.2]. | | $ 95.00 | | TM |
| 1282 | 5/14/2014 | Hardeep Rekhi | 0.15 | $ 425.00 | $ 64.46 | Telephone calls to clients; email client; email co-counsel | | $ 64.46 | | RW |
| 1283 | 5/14/2014 | Hardeep Rekhi | 0.17 | $ 425.00 | $ 72.13 | Telephone calls to clients; email client; email co-counsel | | $ 72.13 | | RW |
| 1284 | 5/14/2014 | Hardeep Rekhi | 0.13 | $ 425.00 | $ 56.67 | Telephone calls to clients; email client; email co-counsel | | $ 56.67 | | RW |
| 1285 | 5/14/2014 | Jason Proctor | 0.30 | $ 150.00 | $ 45.00 | Reviewed Email From Tm Re Settlement Offer; Reviewed Email From HSR Re The Same; Conferred With HSR Re Settlement; Reviewed Email From HSR Re Calling Clients; Conferred With HSR Re The Same | 0.30 | $ - | Administrative/Efficiency | RW |
| 1286 | 5/14/2014 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with opposing counsel regarding extension of expert rebuttal report deadline [.1]. | | $ 47.50 | | TM |
| 1287 | 5/15/2014 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Telephone calls to clients; email client; email co-counsel | | $ 42.50 | | RW |
| 1288 | 5/15/2014 | Jason Proctor | 0.20 | $ 150.00 | $ 30.00 | Teleconference With Kevin Helde; Teleconference With Max Tena | | $ 30.00 | | RW |
| 1289 | 5/15/2014 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with co-counsel regarding communications with clients about settlement issues [.1]. | | $ 47.50 | | TM |
| 1290 | 5/16/2014 | Jason Proctor | 0.20 | $ 150.00 | $ 30.00 | Reviewed Emails Between Tm & Opposing Counsel Re Knight'S Rebuttal Report; Reviewed Emails Between HSR & Tm Re Settlement | 0.20 | $ - | Administrative/Efficiency | RW |
| 1291 | 5/19/2014 | Greg Wolk | 0.10 | $ 425.00 | $ 42.50 | review settlement offer | | $ 42.50 | | RW |
| 1292 | 5/19/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed Email From Tm Re Jeff Munson Invoice; Reviewed Invoice | 0.10 | $ - | Administrative/Efficiency | RW |
| 1293 | 5/19/2014 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Emails regarding settlement offer [.2] | | $ 70.00 | | TM |
| 1294 | 5/19/2014 | Toby Marshall | 1.00 | $ 475.00 | $ 475.00 | Worked on settlement proposal and email correspondence with co-counsel and opposing counsel regarding same [1.0]. | | $ 475.00 | | TM |
| 1295 | 5/20/2014 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | review report by opp expert | | $ 127.50 | | RW |
| 1296 | 5/20/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed Email From Tm, HSR & Gaw Re Settlement Offer | 0.10 | $ - | Administrative/Efficiency | RW |
| 1297 | 5/20/2014 | Toby Marshall | 0.60 | $ 475.00 | $ 285.00 | Reviewed rebuttal report of Ms. Kwan and analyzed issues regarding same [.6]. | | $ 285.00 | | TM |
| 1298 | 5/21/2014 | Greg Wolk | 1.00 | $ 425.00 | $ 425.00 | confer w co-counsel re export report & next steps | | $ 425.00 | | RW |
| 1299 | 5/21/2014 | Greg Wolk | 2.00 | $ 425.00 | $ 850.00 | confer w HSR and opp counsel re subpoena & discovery issues & settlement | | $ 850.00 | | RW |
| 1300 | 5/21/2014 | Hardeep Rekhi | 0.50 | $ 425.00 | $ 213.68 | Review Expert Report | 0.10 | $ 171.18 | Unsuccessful Claims | RW |
| 1301 | 5/21/2014 | Jason Proctor | 0.50 | $ 150.00 | $ 75.00 | Reviewed Email From Nicole Tidano; Reviewed Rebuttal Expert Report Of Sonya Kwon, Mba, In Support Of Defendant Knight Transportation, Inc.; Document Management; Reviewed Emails Between Tm, HSR, & Gaw Re The Same; Calendared Teleconference | 0.50 | $ - | Administrative/Efficiency | RW |
| 1302 | 5/21/2014 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Prepared for and participated in conference with co-counsel regarding expert and case strategy issues [.8]. | 0.20 | $ 285.00 | Unsuccessful Claims | TM |
| 1303 | 5/27/2014 | Greg Wolk | 0.10 | $ 425.00 | $ 42.50 | confer w counsel re settlement deadline | | $ 42.50 | | RW |
| 1304 | 5/27/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed Email From Tm Re Knight Settlement Talks | 0.10 | $ - | Administrative/Efficiency | RW |
| 1305 | 5/27/2014 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Emails regarding settlement issues [.2] | | $ 70.00 | | TM |
| 1306 | 5/27/2014 | Toby Marshall | 0.70 | $ 475.00 | $ 332.50 | Analyzed issues regarding settlement [.2]; telephone conference with opposing counsel regarding same [.4]; email to opposing counsel regarding same [.1]. | | $ 332.50 | | TM |
| 1307 | 6/2/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed Tm Email To Opposing Counsel Re Abbott Invoice | 0.10 | $ - | Administrative/Efficiency | RW |
| 1308 | 6/2/2014 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with Dr. Abbott and opposing counsel regarding status of payment for expert deposition invoice [.1]. | | $ 47.50 | | TM |
| 1309 | 6/3/2014 | Greg Wolk | 0.10 | $ 425.00 | $ 42.50 | Confer with co-counsel regarding Knight's challenge to expert deposition invoice | | $ 42.50 | | RW |
| 1310 | 6/3/2014 | Hardeep Rekhi | 0.40 | $ 425.00 | $ 170.00 | Research issues re expert Deposition; teleconference with co-counsel | | $ 170.00 | | RW |
| 1311 | 6/3/2014 | Jason Proctor | 0.30 | $ 150.00 | $ 45.00 | Reviewed Email From Tm Re Message From Eric Beane Re Settlement Negotiations; Reviewed Voicemail; Reviewed Emails Between Tm, Gaw & Nichole Tadano Re Abbott Invoice; Document Management | 0.30 | $ - | Administrative/Efficiency | RW |
| 1312 | 6/3/2014 | Erika Nusser | 0.30 | $ 350.00 | $ 105.00 | Emails and conference regarding motion for partial summary judgment [.3] | | $ 105.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 52
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1313 | 6/3/2014 | Toby Marshall | 1.00 | $ 475.00 | $ 475.00 | Analyzed issues regarding Knight's challenge to expert deposition invoice [.2]; analyzed issues regarding settlement negotiations [.2]; telephone conference with co-counsel regarding same [.1]; analyzed issues regarding motion for summary judgment to apply Mt. Clemens burden-shifting standard [.2]; prepared for and participated in telephone conference with opposing counsel regarding settlement negotiations [.3]. | | $ 475.00 | | TM |
| 1314 | 6/5/2014 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Conference and emails regarding motion for partial summary judgment [.2] | | $ 70.00 | | TM |
| 1315 | 6/5/2014 | Toby Marshall | 1.60 | $ 475.00 | $ 760.00 | Worked on motion for summary judgment on recordkeeping violations [1.5]; worked on settlement issues [.1]. | | $ 760.00 | | TM |
| 1316 | 6/6/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed Email From Tm Re Settlement Conference; Calendared | 0.10 | $ - | Administrative/Efficiency | RW |
| 1317 | 6/9/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed Gaw E-Mail To Co-Counsel | 0.10 | $ - | Administrative/Efficiency | RW |
| 1318 | 6/9/2014 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Analyzed issues regarding settlement [.1]. | | $ 47.50 | | TM |
| 1319 | 6/10/2014 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | confer w JP re client presence at settlement conference and email co-counsel | | $ 85.00 | | RW |
| 1320 | 6/10/2014 | Jason Proctor | 0.70 | $ 150.00 | $ 105.00 | Reviewed Emails Between Tm & Gaw; Conferred With Gaw Re Settlement Conference; Teleconference With Kevin Helde; Left Message For Jon Bodily; Left Message For Max Tena; Emailed HSR & Gaw Re The Same; Teleconference With Max Tena; Emailed HSR & Gaw Re The Same; Teleconference With Jon Bodily; Emailed HSR & Gaw To The Same; Reviewed Emails Between Gaw & Tm Re The Same | 0.50 | $ 30.00 | Administrative/Efficiency | RW |
| 1321 | 6/10/2014 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Analyzed issues regarding settlement [.1]. | | $ 47.50 | | TM |
| 1322 | 6/11/2014 | Torrie Harmon | 0.10 | $ 100.00 | $ 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1323 | 6/12/2014 | Jason Proctor | 0.50 | $ 150.00 | $ 75.00 | Reviewed Emails Between Gaw & Tm Re Sj; Reviewed Documents From Tm; Document Management | 0.50 | $ - | Administrative/Efficiency | RW |
| 1324 | 6/12/2014 | Erika Nusser | 1.00 | $ 350.00 | $ 350.00 | Emails and telephone conference regarding motion for partial summary judgment and commenced review of materials relating to the same [1] | | $ 350.00 | | TM |
| 1325 | 6/13/2014 | Christine Stanley | 0.20 | $ 100.00 | $ 20.00 | Worked on plaintiffs' motion for partial summary judgment and related documents. | | $ 20.00 | | TM |
| 1326 | 6/13/2014 | Erika Nusser | 3.10 | $ 350.00 | $ 1,085.00 | Researched legal and factual issues and commenced working on motion for partial summary judgment [3.1] | | $ 1,085.00 | | TM |
| 1327 | 6/16/2014 | Hardeep Rekhi | 2.00 | $ 425.00 | $ 850.00 | Worked on summary judgment motion | 0.50 | $ 637.50 | | RW |
| 1328 | 6/16/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Revised Email & Letter From Opposing Counsel Re Document Production | 0.10 | $ - | Administrative/Efficiency | RW |
| 1329 | 6/16/2014 | Erika Nusser | 5.60 | $ 350.00 | $ 1,960.00 | Telephone conference with expert regarding factual issues and declaration in support of motion for partial summary judgment [.2]; researched legal and factual issues and worked on motion for partial summary judgment [5.4] | | $ 1,960.00 | | TM |
| 1330 | 6/17/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed Emails Between Tm & Opposing Counsel | 0.10 | $ - | Administrative/Efficiency | RW |
| 1331 | 6/17/2014 | Erika Nusser | 7.20 | $ 350.00 | $ 2,520.00 | Researched legal and factual issues and worked on motion for partial summary judgment [7.2] | | $ 2,520.00 | | TM |
| 1332 | 6/17/2014 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with Dr. Abbott and opposing counsel regarding invoice for deposition time [.1]. | | $ 47.50 | | TM |
| 1333 | 6/18/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed Emails Between HSR & Tm Re Settlement Conference; Calendared | 0.10 | $ - | Administrative/Efficiency | RW |
| 1334 | 6/18/2014 | Toby Marshall | 1.90 | $ 475.00 | $ 902.50 | Worked on motion for summary judgment regarding recordkeeping [1.9]. | | $ 902.50 | | TM |
| 1335 | 6/19/2014 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | review draft SJ motion | | $ 127.50 | | RW |
| 1336 | 6/19/2014 | Hardeep Rekhi | 1.30 | $ 425.00 | $ 552.50 | Worked on summary judgment motion | 0.33 | $ 414.38 | | RW |
| 1337 | 6/19/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Conferred With Gaw Re Motion For Partial Sj | 0.10 | $ - | Administrative/Efficiency | RW |
| 1338 | 6/19/2014 | Christine Stanley | 1.50 | $ 100.00 | $ 150.00 | Worked on motion for summary judgment and related documents. | | $ 150.00 | | TM |
| 1339 | 6/19/2014 | Eden Nordby | 0.80 | $ 150.00 | $ 120.00 | Worked on exhibits in support of motion for summary judgment. | | $ 120.00 | | TM |
| 1340 | 6/19/2014 | Erika Nusser | 6.10 | $ 350.00 | $ 2,135.00 | Worked on declaration of expert and telephone conference and emails to expert regarding the same [.5]; worked on revisions to motion for partial summary judgment and supporting documents, and finalized the same for filing [5.6] | | $ 2,135.00 | | TM |
| 1341 | 6/19/2014 | Toby Marshall | 3.80 | $ 475.00 | $ 1,805.00 | Worked on motion for summary judgment and supporting documents [1.1]; telephone conferences with Dr. Munson regarding expert declaration in support of same [1.5]; worked on Dr. Munson's declaration [1.2]. | | $ 1,805.00 | | TM |
| 1342 | 6/20/2014 | Christine Stanley | 0.20 | $ 100.00 | $ 20.00 | Worked on stipulation regarding mediation deadlines. | | $ 20.00 | | TM |
| 1343 | 6/20/2014 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 1344 | 6/20/2014 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Analyzed issues regarding expert invoice and email correspondence with Dr. Abbott regarding same [.1]; worked on stipulation to extend mediation deadline and email correspondence with opposing counsel regarding same [.3]. | 0.10 | $ 142.50 | Administrative | TM |
| 1345 | 6/20/2014 | Torrie Harmon | 0.10 | $ 100.00 | $ 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1346 | 6/23/2014 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | review Knight's counter-offer | | $ 85.00 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 53
CASE NO. 2:12-CV-00904-RSL

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 1347 | 6/23/2014 | Jason Proctor | 0.50 | $ 150.00 | $ 75.00 | Reviewed Emails Between Gaw, Tm, & En Re Motion For Summary Judgment; Reviewed Plaintiffs' Motion For Partial Summary Judgment, Declaration Of Erika L. Nusser Iso Plaintiffs' Motion For Partial Summary Judgment, & Declaration Of Jeffrey Munson, Ph.D. Iso Plaintiffs' Motion For Partial Summary Judgment; Reviewed Emails Between Tm & Opposing Counsel Re Stip & Prop Order Re Mediation; Reviewed Stip & Prop Order Re Mediation; Reviewed Letter From Eric Beane Re Settlement - Fre 408; Emailed HSR & Gaw Re Settlement | 0.50 | $ - | Administrative/Efficiency | RW |
| 1348 | 6/23/2014 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Reviewed defendant's settlement offer and analyzed issues regarding same [.2]. | | $ 95.00 | | TM |
| 1349 | 6/24/2014 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Reviewed counter offer from Knight and emails regarding the same [.2] | | $ 70.00 | | TM |
| 1350 | 6/25/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Conferred With Gaw Re Settlement Offer | 0.10 | $ - | Efficiency | RW |
| 1351 | 6/25/2014 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Reviewed recent class notice decision regarding similar case [.1]. | 0.10 | $ - | Relevance | TM |
| 1352 | 6/26/2014 | Jason Proctor | 0.10 | $ 150.00 | $ 15.00 | Reviewed Stipulation & Order Extending Mediation Deadline; Calendared | 0.10 | $ - | Administrative | RW |
| 1353 | 6/26/2014 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 1354 | 6/26/2014 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Worked on settlement issues [.1]. | | $ 47.50 | | TM |
| 1355 | 6/27/2014 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Analyzed issues regarding settlement [.1]; worked on issues regarding Knight's payment to Dr. Abbott for deposition [.1]. | | $ 95.00 | | TM |
| 1356 | 6/27/2014 | Torrie Marshall | 0.10 | $ 100.00 | $ 10.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1357 | 6/29/2014 | Toby Marshall | 2.70 | $ 475.00 | $ 1,282.50 | Prepared and worked on strategy for settlement meeting [2.7]. | | $ 1,282.50 | | TM |
| 1358 | 6/30/2014 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | confer w HSR re settlement | | $ 85.00 | | RW |
| 1359 | 6/30/2014 | Hardeep Rekhi | 0.80 | $ 425.00 | $ 340.00 | review settlement issues and strategy | | $ 340.00 | | RW |
| 1360 | 6/30/2014 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Email correspondence with co-counsel regarding preparation for settlement meeting [.1]; worked on preparations for settlement meeting [.3]. | | $ 190.00 | | TM |
| 1361 | 7/1/2014 | Greg Wolk | 6.00 | $ 425.00 | $ 2,550.00 | attend settlement conference | | $ 2,550.00 | | RW |
| 1362 | 7/1/2014 | Erika Nusser | 8.00 | $ 350.00 | $ 2,800.00 | Prepared for, traveled to, participated in, and returned from settlement conference [8]. | | $ 2,800.00 | | TM |
| 1363 | 7/1/2014 | Toby Marshall | 9.10 | $ 475.00 | $ 4,322.50 | Prepared for, traveled to, participated in, and returned from settlement conference [9.1]. | | $ 4,322.50 | | TM |
| 1364 | 7/2/2014 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Email correspondence with co-counsel regarding settlement negotiations [.1]; worked on strategy for settlement and mediation [.3]. | | $ 190.00 | | TM |
| 1365 | 7/3/2014 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re settlement negotiations | | $ 85.00 | | RW |
| 1366 | 7/3/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re settlement negotiations | | $ 85.00 | | RW |
| 1367 | 7/3/2014 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Telephone conference with co-counsel regarding selection of mediator and settlement strategy [.2]; email correspondence with opposing counsel regarding selection of mediator [.1]. | | $ 142.50 | | TM |
| 1368 | 7/7/2014 | Christine Stanley | 0.10 | $ 100.00 | $ 10.00 | Worked on reply in support of motion for summary judgment. | | $ 10.00 | | TM |
| 1369 | 7/8/2014 | Erika Nusser | 3.60 | $ 350.00 | $ 1,260.00 | Conference and emails regarding reply in support of motion for summary judgment [.3]; commenced working on reply in support of motion for summary judgment [3.3] | | $ 1,260.00 | | TM |
| 1370 | 7/8/2014 | Toby Marshall | 2.00 | $ 475.00 | $ 950.00 | Reviewed Knight's response to motion for summary judgment, researched and analyzed issues regarding same, and worked on strategy for reply [2.0]. | | $ 950.00 | | TM |
| 1371 | 7/9/2014 | Erika Nusser | 3.80 | $ 350.00 | $ 1,330.00 | Worked on reply in support of motion for summary judgment [3.8] | | $ 1,330.00 | | TM |
| 1372 | 7/9/2014 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Worked on mediation issues [.2]. | | $ 95.00 | | TM |
| 1373 | 7/10/2014 | Greg Wolk | 1.10 | $ 425.00 | $ 467.50 | confer w co-counsel and review new 9th circuit case | | $ 467.50 | | RW |
| 1374 | 7/10/2014 | Erika Nusser | 8.20 | $ 350.00 | $ 2,870.00 | Analyzed Ninth Circuit decision regarding preemption of rest break claims and emails regarding the same [.5]; worked on reply in support of motion for summary judgment [7.7] | | $ 2,870.00 | | TM |
| 1375 | 7/10/2014 | Marc Cote | 0.40 | $ 375.00 | $ 150.00 | Analyzed issues regarding case strategy in light of Ninth Circuit opinion holding that meal and rest break laws are not preempted. | 0.40 | $ - | Efficiency | TM |
| 1376 | 7/10/2014 | Toby Marshall | 3.00 | $ 475.00 | $ 1,425.00 | Reviewed Ninth Circuit decision in Dilts and analyzed issues regarding impact on case and settlement [1.2]; emails to co-counsel regarding same [.5]; worked on damages calculations for rest break claims [1.0]; email to opposing counsel regarding impact of Dilts on settlement negotiations [.1]; worked on reply in support of summary judgment motion on recordkeeping violations [.2]. | | $ 1,425.00 | | TM |
| 1377 | 7/11/2014 | Greg Wolk | 0.40 | $ 425.00 | $ 170.00 | confer w co-counsel re case and settlement strategy | | $ 170.00 | | RW |
| 1378 | 7/11/2014 | Hardeep Rekhi | 0.64 | $ 425.00 | $ 270.82 | Analysis and discussion of dilts | | $ 270.82 | | RW |
| 1379 | 7/11/2014 | Hardeep Rekhi | 0.40 | $ 425.00 | $ 170.00 | confer w co-counsel re case and settlement strategy | | $ 170.00 | | RW |
| 1380 | 7/11/2014 | Christine Stanley | 0.40 | $ 100.00 | $ 40.00 | Worked on reply in support of motion for summary judgment and proposed order, filed same with Court. | | $ 40.00 | | TM |
| 1381 | 7/11/2014 | Erika Nusser | 4.10 | $ 350.00 | $ 1,435.00 | Emails regarding case strategy and settlement issues [.2]; worked on reply in support of motion for summary judgment and revisions to the same and finalized for filing [3.9] | | $ 1,435.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 54
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|------|--------------|-------|--------|-------|----------|-----------|--------------|-----------------------|------|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1382 | 7/11/2014 | Toby Marshall | 1.40 | $ 475.00 | 665.00 | Worked on reply in support of summary judgment motion [.4]; telephone conference with co-counsel regarding case and settlement strategy issues [.4]; left message with opposing counsel regarding impact of Dilts on case and settlement negotiations [.1]; analyzed issues regarding same [.1]; telephone conferences with opposing counsel regarding same [.3]; worked on scheduling of mediation [.1]. | | $ 665.00 | | TM |
| 1383 | 7/14/2014 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Email correspondence with co-counsel regarding mediation [.1]. | | $ 47.50 | | TM |
| 1384 | 7/15/2014 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Left message with opposing counsel regarding mediation scheduling [.1]; analyzed issues timing of mediation and Knight's preparedness for same [.2]; email correspondence with co-counsel regarding same [.1]. | | $ 190.00 | | TM |
| 1385 | 7/16/2014 | Christine Stanley | 0.20 | $ 100.00 | 20.00 | Worked on plaintiffs' motion for revision of summary judgment order and determination of class certification on rest break claims. | | $ 20.00 | | TM |
| 1386 | 7/16/2014 | Toby Marshall | 5.40 | $ 475.00 | 2,565.00 | Worked on motion to revise summary judgment order on rest break claims and researched and analyzed issues regarding same [5.2]; telephone conferences with opposing counsel regarding extension on case schedule deadlines [.1]; analyzed issues regarding same [.1]. | | $ 2,565.00 | | TM |
| 1387 | 7/17/2014 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | review and revise motions to vacate and stay; contact clients re mediation | | $ 127.50 | | RW |
| 1388 | 7/17/2014 | Hardeep Rekhi | 0.90 | $ 425.00 | 382.50 | review filings | | $ 382.50 | | RW |
| 1389 | 7/17/2014 | Christine Stanley | 1.30 | $ 100.00 | 130.00 | Worked on motion to revise for summary judgment order and class certification in regard to rest break claims and motion to vacate case scheduling order, and related documents; worked on e-service agreement; worked on updating caption to reflect Notice of Appearance of Mr. Swaminathan. | 0.10 | $ 120.00 | Administrative | TM |
| 1390 | 7/17/2014 | Toby Marshall | 2.70 | $ 475.00 | 1,282.50 | Worked on revisions to motion to reinstate and certify rest break claims [.5]; worked on motion to vacate trial date and stay case schedule deadlines [2.0]; worked on proposed orders for motions [.1]; email correspondence with opposing counsel regarding motion to vacate trial date [.1]. | | $ 1,282.50 | | TM |
| 1391 | 7/18/2014 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 1392 | 7/18/2014 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Analyzed issues regarding mediation [.1]. | | $ 47.50 | | TM |
| 1393 | 7/21/2014 | Christine Stanley | 0.20 | $ 100.00 | 20.00 | Worked on mediation letter. | | $ 20.00 | | TM |
| 1394 | 7/21/2014 | Hannelore Ohaus | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1395 | 7/21/2014 | Hannelore Ohaus | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1396 | 7/21/2014 | Toby Marshall | 3.80 | $ 475.00 | 1,805.00 | Worked on mediation letter [3.3]; telephone call from opposing counsel regarding request for one-week extension to respond to rest break claims motion [.1]; worked on damages calculations for rest break claims [.4]. | | $ 1,805.00 | | TM |
| 1397 | 7/22/2014 | Greg Wolk | 1.00 | $ 425.00 | 425.00 | revise mediation letter | | $ 425.00 | | RW |
| 1398 | 7/22/2014 | Christine Stanley | 0.30 | $ 100.00 | 30.00 | Worked on mediation letter and arranged service. | | $ 30.00 | | TM |
| 1399 | 7/22/2014 | Toby Marshall | 2.80 | $ 475.00 | 1,330.00 | Worked on mediation letter [2.8]. | | $ 1,330.00 | | TM |
| 1400 | 7/24/2014 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | review and revise reply and response to stay | | $ 127.50 | | RW |
| 1401 | 7/24/2014 | Christine Stanley | 0.40 | $ 100.00 | 40.00 | Worked on re-note in regard to plaintiffs' motion for revision of summary judgment order and determination of class certification on rest break claims. | 0.20 | $ 20.00 | Efficiency | TM |
| 1402 | 7/24/2014 | Marc Cote | 0.20 | $ 375.00 | 75.00 | Analyzed law regarding segregation of attorneys' fees for mediation purposes. | 0.20 | $ - | Efficiency | TM |
| 1403 | 7/24/2014 | Toby Marshall | 1.50 | $ 475.00 | 712.50 | Message from and email to Judge Kallas regarding mediation [.1]; analyzed issues regarding same [.1]; reviewed defendant's response to motion to vacate trial date and stay case schedule deadlines and drafted reply to same [.5]; worked on re-note of motion to reinstate and certify rest break claim [.1]; prepared for mediation [.6]; telephone call from Mr. Helde regarding same [.1]. | | $ 712.50 | | TM |
| 1404 | 7/25/2014 | Greg Wolk | 6.00 | $ 425.00 | 2,550.00 | attend mediation | | $ 2,550.00 | | RW |
| 1405 | 7/25/2014 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 1406 | 7/25/2014 | Erika Nusser | 7.80 | $ 350.00 | 2,730.00 | Traveled to, participated in, and returned from mediation [7.8] | | $ 2,730.00 | | TM |
| 1407 | 7/25/2014 | Toby Marshall | 7.80 | $ 475.00 | 3,705.00 | Traveled to, participated in, and returned from mediation [7.8]. | | $ 3,705.00 | | TM |
| 1408 | 7/28/2014 | Toby Marshall | 0.50 | $ 475.00 | 237.50 | Analyzed issues regarding pretrial deadlines and case strategy [.3]; analyzed issues regarding calculation of rest break damages and sharing of analysis with opposing counsel [.2]. | | $ 237.50 | | TM |
| 1409 | 7/29/2014 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | confer w co-counsel & review issues re pretrial statement | | $ 127.50 | | RW |
| 1410 | 7/29/2014 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | confer w co-counsel & review issues re pretrial statement | | $ 127.50 | | RW |
| 1411 | 7/29/2014 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Email correspondence regarding document production. | | $ 30.00 | | TM |
| 1412 | 7/29/2014 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding settlement and scheduling issues [.2] | | $ 70.00 | | TM |
| 1413 | 7/29/2014 | Hannelore Ohaus | 0.30 | $ 75.00 | 22.50 | Worked on docketing. | 0.30 | $ - | Administrative | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 55
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1414 | 7/29/2014 | Toby Marshall | 3.20 | $ 475.00 | $ 1,520.00 | Researched and analyzed issues regarding pretrial deadlines and email correspondence with co-counsel regarding same [.6]; email correspondence with opposing counsel regarding pretrial deadlines and rest break damages calculations [.1]; telephone conferences with opposing counsel regarding pretrial deadlines [.2]; telephone conferences with co-counsel regarding trial preparation issues [.8]; worked on same [.6]; email correspondence with court clerk regarding resolution of motion to vacate trial date [.1]; email correspondence with experts regarding trial schedule [.1]; reviewed documents produced by Knight regarding per diem program [.2]; analyzed issues regarding Knight's failure to identify [redacted] as member of class and Knight's misrepresentations regarding hourly rates of Washington drivers, and email correspondence with [redacted] regarding same [.5]. | | $ 1,520.00 | | TM |
| 1415 | 7/30/2014 | Greg Wolk | 2.00 | $ 425.00 | $ 850.00 | prepare pretrial statement; call drivers to be witnesses | | $ 850.00 | | RW |
| 1416 | 7/30/2014 | Hardeep Rekhi | 1.96 | $ 425.00 | $ 833.94 | research regarding pre-trial deadlines; class list | | $ 833.94 | | RW |
| 1417 | 7/30/2014 | Hardeep Rekhi | 0.59 | $ 425.00 | $ 251.69 | research regarding expert witness issues | | $ 251.69 | | RW |
| 1418 | 7/30/2014 | Hardeep Rekhi | 0.60 | $ 425.00 | $ 256.89 | research regarding Defendant's witness | | $ 256.89 | | RW |
| 1419 | 7/30/2014 | Christine Stanley | 0.50 | $ 100.00 | $ 50.00 | Worked on plaintiffs' pretrial statement. | | $ 50.00 | | TM |
| 1420 | 7/30/2014 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Emails regarding factual issues related to hourly pay and potential overtime damages [.2] | 0.20 | $ - | Unsuccessful Claims | TM |
| 1421 | 7/30/2014 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Worked on pretrial statement [.2]. | | $ 95.00 | | TM |
| 1422 | 7/31/2014 | Greg Wolk | 2.00 | $ 425.00 | $ 850.00 | prepare exhibits for pretrial statement | | $ 850.00 | | RW |
| 1423 | 7/31/2014 | Eden Nordby | 1.00 | $ 150.00 | $ 150.00 | Worked on Plaintiffs' pretrial statement. | | $ 150.00 | | TM |
| 1424 | 7/31/2014 | Erika Nusser | 0.10 | $ 350.00 | $ 35.00 | Emails regarding Order Granting Motion to Vacate Trial Date and Stay Case Schedule [.1] | | $ 35.00 | | TM |
| 1425 | 7/31/2014 | Toby Marshall | 1.20 | $ 475.00 | $ 570.00 | Reviewed order vacating trial date and analyzed issues regarding same [.1]; analyzed issues regarding Knight's misrepresentations on hourly pay and potential overtime damages [1.0]; worked on case strategy issues [.1]. | 1.00 | $ 95.00 | Unsuccessful Claims | TM |
| 1426 | 8/1/2014 | Greg Wolk | 0.70 | $ 425.00 | $ 297.50 | confer with co-counsel re Knight's failure to identify all class members and misrepresentations about hourly rates of local drives | 0.30 | $ 170.00 | Unsuccessful Claims | RW |
| 1427 | 8/1/2014 | Hardeep Rekhi | 0.70 | $ 425.00 | $ 297.50 | confer with co-counsel re Knight's failure to identify all class members and misrepresentations about hourly rates of local drives | 0.30 | $ 170.00 | Unsuccessful Claims | RW |
| 1428 | 8/1/2014 | Toby Marshall | 1.50 | $ 475.00 | $ 712.50 | Researched and analyzed issues regarding Knight's misrepresentations about hourly rates of local drivers and ran estimated damages regarding same [.8]; telephone conferences with co-counsel regarding same and Knight's failure to identify all class members [.7]. | 1.10 | $ 190.00 | Unsuccessful Claims | TM |
| 1429 | 8/4/2014 | Christine Stanley | 0.10 | $ 100.00 | $ 10.00 | Worked on reply in support of motion for revision of summary judgment order and determination of class certification of rest break claims. | | $ 10.00 | | TM |
| 1430 | 8/4/2014 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 1431 | 8/4/2014 | Erika Nusser | 0.40 | $ 350.00 | $ 140.00 | Analyzed response to motion for revisions of summary judgment order and reinstatement of rest break claim [.4] | | $ 140.00 | | TM |
| 1432 | 8/5/2014 | Greg Wolk | 0.40 | $ 425.00 | $ 170.00 | contact witnesses; review Def response to mtn for revision | | $ 170.00 | | RW |
| 1433 | 8/5/2014 | Toby Marshall | 3.30 | $ 475.00 | $ 1,567.50 | Reviewed Knight's response to motion to reinstate and certify rest break claims and researched and analyzed issues regarding same [3.3]. | | $ 1,567.50 | | TM |
| 1434 | 8/6/2014 | Toby Marshall | 3.50 | $ 475.00 | $ 1,662.50 | Researched and analyzed issues for and worked on reply in support of motion to reinstate claims [3.5]. | | $ 1,662.50 | | TM |
| 1435 | 8/7/2014 | Greg Wolk | 0.70 | $ 425.00 | $ 297.50 | analyze response and research; confer w co-counsel | | $ 297.50 | | RW |
| 1436 | 8/7/2014 | Hardeep Rekhi | 0.70 | $ 425.00 | $ 297.50 | analyze response and research; confer w co-counsel | | $ 297.50 | | RW |
| 1437 | 8/7/2014 | Toby Marshall | 3.00 | $ 475.00 | $ 1,425.00 | Worked on reply in support of motion to reinstate and certify rest break claims and telephone conference and email correspondence with co-counsel regarding same [3.0]. | | $ 1,425.00 | | TM |
| 1438 | 8/8/2014 | Greg Wolk | 0.80 | $ 425.00 | $ 340.00 | revise reply; confer w co-counsel | | $ 340.00 | | RW |
| 1439 | 8/8/2014 | Hardeep Rekhi | 1.81 | $ 425.00 | $ 768.42 | review reply brief; make edits and research regarding the same | | $ 768.42 | | RW |
| 1440 | 8/8/2014 | Bradford Kinsey | 0.80 | $ 100.00 | $ 80.00 | Reviewed, revised and finalized reply in support of motion for revision of summary judgment order; arranged filing and service. | 0.80 | $ - | Unsuccessful Claims | TM |
| 1441 | 8/8/2014 | Erika Nusser | 1.10 | $ 350.00 | $ 385.00 | Worked on reply in support of motion to reinstate rest break claims, and emails and telephone conference with co-counsel regarding same [1.1] | | $ 385.00 | | TM |
| 1442 | 8/8/2014 | Toby Marshall | 0.70 | $ 475.00 | $ 332.50 | Worked on reply in support of motion to reinstate rest break claims and email correspondence with co-counsel regarding same [.7]. | | $ 332.50 | | TM |
| 1443 | 8/18/2014 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | confer w HSR and co-counsel re class list issue | | $ 255.00 | | RW |
| 1444 | 8/18/2014 | Hardeep Rekhi | 0.67 | $ 425.00 | $ 283.33 | teleconference re missig class memebrs and overtime issue | 0.17 | $ 212.50 | Unsuccessful Claims | RW |
| 1445 | 8/18/2014 | Hardeep Rekhi | 0.67 | $ 425.00 | $ 284.99 | teleconference re missig class memebrs and overtime issue | 0.17 | $ 213.74 | Unsuccessful Claims | RW |
| 1446 | 8/18/2014 | Hardeep Rekhi | 0.60 | $ 425.00 | $ 255.00 | confer w co-counsel re class list issue | | $ 255.00 | | RW |
| 1447 | 8/18/2014 | Toby Marshall | 1.70 | $ 475.00 | $ 807.50 | Telephone conference with co-counsel regarding issues with Knight's failure to identify all class members and Knight's misrepresentations regarding hourly pay [.6]; telephone conference with [redacted] regarding same [.1]; worked on analysis of overtime issue in light of misrepresentations [1.0]. | 1.30 | $ 190.00 | Unsuccessful Claims | TM |
| 1448 | 8/19/2014 | Greg Wolk | 0.50 | $ 425.00 | $ 212.50 | review order and confer w HSR re next steps | | $ 212.50 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 56
CASE NO. 2:12-CV-00904-RSL

| # | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|------|--------------|-------|-------|-------|-----------|-----------|---------------|----------------------|------|
| 1449 | 8/19/2014 | Marc Cote | 0.20 | $ 375.00 | 75.00 | Reviewed and analyzed orders from Judge Lasnik; conference with Mr. Marshall regarding same. | 0.20 | $ - | Efficiency | TM |
| 1450 | 8/19/2014 | Toby Marshall | 0.50 | $ 475.00 | 237.50 | Reviewed orders on reinstatement and certification of rest break claims and Mt. Clemens burden-shifting and analyzed issues regarding same [.5]. | | $ 237.50 | | TM |
| 1451 | 8/20/2014 | Erika Nusser | 0.50 | $ 350.00 | 175.00 | Order granting motion for partial summary judgment and order reinstating and certifying rest break claims [.5] | | $ 175.00 | | TM |
| 1452 | 8/20/2014 | Toby Marshall | 0.70 | $ 475.00 | 332.50 | Analyzed issues and worked on letter to opposing counsel regarding Knight's failure to identify class members and Knight's misrepresentations about hourly pay [.2]; worked on analysis of overtime issues [.5]. | 0.70 | $ - | Unsuccessful Claims | TM |
| 1453 | 8/21/2014 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | review and respond to email from co-counsel re class list issue | | $ 127.50 | | RW |
| 1454 | 8/21/2014 | Christine Stanley | 0.20 | $ 100.00 | 20.00 | Downloaded various documents from the Haji v. Knight Transportation case in Western Washington U.S.D.C. per Mr. Marshall. | 0.20 | $ - | Administrative | TM |
| 1455 | 8/21/2014 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails regarding overtime calculations [.2] | 0.20 | $ - | Unsuccessful Claims | TM |
| 1456 | 8/21/2014 | Rachel Hoover | 0.10 | $ 150.00 | 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1457 | 8/21/2014 | Toby Marshall | 0.50 | $ 475.00 | 237.50 | Worked on analysis of overtime claims in light of Knight's misrepresentations on hourly pay and email correspondence with co-counsel regarding same [.5]. | 0.50 | $ - | Unsuccessful Claims | TM |
| 1458 | 8/27/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone call from Mr. Bodily regarding [redacted][.2]. | | $ 95.00 | | TM |
| 1459 | 8/28/2014 | Greg Wolk | 0.10 | $ 425.00 | 42.50 | confer with co-counsel re case strategy | | $ 42.50 | | RW |
| 1460 | 8/28/2014 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | confer with co-counsel re case strategy | | $ 42.50 | | RW |
| 1461 | 8/28/2014 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Telephone conference with co-counsel regarding case strategy [.1]. | | $ 47.50 | | TM |
| 1462 | 9/1/2014 | Toby Marshall | 2.40 | $ 475.00 | 1,140.00 | Researched and analyzed issues regarding information learned from Haji case and misrepresentations Knight and its counsel made to court [1.0]; drafted letter to opposing counsel regarding same [1.4]. | | $ 1,140.00 | | TM |
| 1463 | 9/3/2014 | Christine Stanley | 0.20 | $ 100.00 | 20.00 | Letter to Mr. Swaminathan. | | $ 20.00 | | TM |
| 1464 | 9/3/2014 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Worked on letter to opposing counsel regarding unidentified class members and misrepresentations about hourly pay [.1]. | | $ 47.50 | | TM |
| 1465 | 9/17/2014 | Greg Wolk | 1.40 | $ 425.00 | 595.00 | research and analyze class list issues (.7); confer with co-counsel re Knight's misrepresentations over hourly workers and scope of Washington-based drivers (.7) | 0.20 | $ 510.00 | Unsuccessful Claims | RW |
| 1466 | 9/17/2014 | Hardeep Rekhi | 0.72 | $ 425.00 | 304.58 | Teleconference regarding missing class members; research and investigation into seperate entities as related to missing class members; discussion regarding new trial dates | | $ 304.58 | | RW |
| 1467 | 9/17/2014 | Hardeep Rekhi | 0.70 | $ 425.00 | 297.50 | confer with co-counsel re Knight's misrepresentations over hourly workers and scope of Washington-based drivers | 0.20 | $ 212.50 | Unsuccessful Claims | RW |
| 1468 | 9/17/2014 | Toby Marshall | 0.90 | $ 475.00 | 427.50 | Telephone conference with co-counsel regarding Knight's misrepresentations over hourly workers and scope of Washington-based drivers [.7]; analyzed issues regarding case schedule [.1]; email to experts regarding availability [.1]. | 0.20 | $ 332.50 | Unsuccessful Claims | TM |
| 1469 | 9/24/2014 | Greg Wolk | 0.10 | $ 425.00 | 42.50 | confer with co-counsel re timing of trial | | $ 42.50 | | RW |
| 1470 | 9/24/2014 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | confer with co-counsel re timing of trial | | $ 42.50 | | RW |
| 1471 | 9/24/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone conference with co-counsel regarding timing of trial [.1]; analyzed issues regarding same [.1]. | | $ 95.00 | | TM |
| 1472 | 10/7/2014 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | review case schedule plan (.3); confer with co-counsel re scheduling issues (.2) | | $ 212.50 | | RW |
| 1473 | 10/7/2014 | Hardeep Rekhi | 0.24 | $ 425.00 | 100.82 | tc w/ opposing counsel re trial date and class rep. | | $ 100.82 | | RW |
| 1474 | 10/7/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | confer with co-counsel re scheduling issues (.2) | | $ 85.00 | | RW |
| 1475 | 10/7/2014 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Worked on case scheduling issues and email correspondence with co-counsel regarding same [.2]; telephone conference with co-counsel and personal conference with Dr. Abbott regarding same [.2]. | | $ 190.00 | | TM |
| 1476 | 10/8/2014 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Worked on proposed case schedule and email correspondence with co-counsel regarding same [.3]. | | $ 142.50 | | TM |
| 1477 | 10/9/2014 | Bradford Kinsey | 0.60 | $ 100.00 | 60.00 | Prepared draft of stipulation and proposed order establishing pre-trial deadlines. | | $ 60.00 | | TM |
| 1478 | 10/16/2014 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | confer w client re claims | | $ 85.00 | | RW |
| 1479 | 10/27/2014 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Email correspondence with opposing counsel regarding case scheduling [.1]. | | $ 47.50 | | TM |
| 1480 | 10/28/2014 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Worked on scheduling issues [.1]. | | $ 47.50 | | TM |
| 1481 | 10/29/2014 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | confer with co-counsel re defendant's request for extension of trial date and plan for responding to same | | $ 85.00 | | RW |
| 1482 | 10/29/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | confer with co-counsel re defendant's request for extension of trial date and plan for responding to same | | $ 85.00 | | RW |
| 1483 | 11/2/2014 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Email correspondence with opposing counsel regarding proposed case schedule and trial date [.1]. | | $ 47.50 | | TM |
| 1484 | 11/5/2014 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Telephone conference with Max Tena regarding [redacted] [.2] | | $ 70.00 | | TM |
| 1485 | 11/7/2014 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone call from expert regarding trial date and additional anticipated work [.2]. | | $ 95.00 | | TM |
| 1486 | 11/14/2014 | Hannelore Ohaus | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 57
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1487 | 11/14/2014 | Holly Rota | 1.00 | $ 100.00 | $ 100.00 | Drafted Plaintiffs' Response to Defendant Knight's motion to Decertify | | $ 100.00 | | TM |
| 1488 | 11/17/2014 | Greg Wolk | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel re trial date | | $ 42.50 | | RW |
| 1489 | 11/17/2014 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel re trial date | | $ 42.50 | | RW |
| 1490 | 11/17/2014 | Marc Cote | 2.70 | $ 375.00 | $ 1,012.50 | Reviewed motion to decertify and previous orders of court in preparation for response to motion to decertify [2.2]; conferences with Mr. Marshall regarding response to motion to decertify [.5]. | | $ 1,012.50 | | TM |
| 1491 | 11/17/2014 | Toby Marshall | 3.10 | $ 475.00 | $ 1,472.50 | Reviewed defendant's motion to decertify claims, researched and analyzed issues regarding same, and worked on outline of response to same [3.0]; telephone conference with co-counsel regarding trial date [.1]. | | $ 1,472.50 | | TM |
| 1492 | 11/18/2014 | Greg Wolk | 0.40 | $ 425.00 | $ 170.00 | confer with co-counsel re motion to decertify and plan for responding to same | | $ 170.00 | | RW |
| 1493 | 11/18/2014 | Hardeep Rekhi | 1.20 | $ 425.00 | $ 510.00 | Review Motion to Decertify; teleconference with co-counsel | | $ 510.00 | | RW |
| 1494 | 11/18/2014 | Hardeep Rekhi | 0.40 | $ 425.00 | $ 170.00 | confer with co-counsel re decertify and plan for responding to same | | $ 170.00 | | RW |
| 1495 | 11/18/2014 | Marc Cote | 3.80 | $ 375.00 | $ 1,425.00 | Worked on response to motion to decertify. | | $ 1,425.00 | | TM |
| 1496 | 11/18/2014 | Toby Marshall | 2.10 | $ 475.00 | $ 997.50 | Telephone conference with co-counsel regarding motion to decertify and plan for responding to same [.4]; reviewed Kwon declaration and analyzed issues regarding same [.4]; worked on outline for response to motion to decertify and analyzed issues regarding same [1.3]. | 0.10 | $ 950.00 | Unsuccessful Claims | TM |
| 1497 | 11/19/2014 | Marc Cote | 5.10 | $ 375.00 | $ 1,912.50 | Worked on response to motion to decertify [4.9]; conference regarding strategy for response to motion to decertify [.2]. | | $ 1,912.50 | | TM |
| 1498 | 11/19/2014 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Telephone conference with opposing counsel regarding case scheduling issues [.4]. | | $ 190.00 | | TM |
| 1499 | 11/20/2014 | Marc Cote | 7.60 | $ 375.00 | $ 2,850.00 | Worked on response to motion to decertify. | | $ 2,850.00 | | TM |
| 1500 | 11/21/2014 | Marc Cote | 5.30 | $ 375.00 | $ 1,987.50 | Worked on response to motion to decertify. | | $ 1,987.50 | | TM |
| 1501 | 11/21/2014 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Worked on case management issues [.2]. | | $ 95.00 | | TM |
| 1502 | 11/23/2014 | Marc Cote | 3.70 | $ 375.00 | $ 1,387.50 | Worked on response to motion to decertify, including conference with Mr. Marshall regarding arguments [3.7]. | | $ 1,387.50 | | TM |
| 1503 | 11/23/2014 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Worked on case strategy issues [.1]. | | $ 47.50 | | TM |
| 1504 | 11/24/2014 | Marc Cote | 7.50 | $ 375.00 | $ 2,812.50 | Worked on response to motion to decertify. | | $ 2,812.50 | | TM |
| 1505 | 11/25/2014 | Marc Cote | 4.70 | $ 375.00 | $ 1,762.50 | Worked on response to motion to decertify. | | $ 1,762.50 | | TM |
| 1506 | 11/25/2014 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with co-counsel regarding case schedule and trial date [.1]. | | $ 47.50 | | TM |
| 1507 | 11/26/2014 | Holly Rota | 1.00 | $ 100.00 | $ 100.00 | Drafted Declaration of Mr. Marshall; Formatted Brief | | $ 100.00 | | TM |
| 1508 | 11/26/2014 | Marc Cote | 5.20 | $ 375.00 | $ 1,950.00 | Worked on response to motion to decertify. | | $ 1,950.00 | | TM |
| 1509 | 11/29/2014 | Toby Marshall | 3.00 | $ 475.00 | $ 1,425.00 | Worked on response to motion to decertify and researched and analyzed issues regarding same [3.0]. | | $ 1,425.00 | | TM |
| 1510 | 11/30/2014 | Marc Cote | 0.60 | $ 375.00 | $ 225.00 | Worked on response to motion to decertify. | | $ 225.00 | | TM |
| 1511 | 11/30/2014 | Toby Marshall | 2.80 | $ 475.00 | $ 1,330.00 | Worked on response to motion to decertify and researched and analyzed issues regarding same [2.8]. | | $ 1,330.00 | | TM |
| 1512 | 12/1/2014 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re Plts' response to Knight's decertification motion | | $ 85.00 | | RW |
| 1513 | 12/1/2014 | Hardeep Rekhi | 1.55 | $ 425.00 | $ 656.86 | review response to motion for Decertifaction | | $ 656.86 | | RW |
| 1514 | 12/1/2014 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re Plts' response to Knight's decertification motion | | $ 85.00 | | RW |
| 1515 | 12/1/2014 | Holly Rota | 1.00 | $ 100.00 | $ 100.00 | Finalized response to motion; declaration of Mr. Marshall; efiled response | | $ 100.00 | | TM |
| 1516 | 12/1/2014 | Marc Cote | 5.20 | $ 375.00 | $ 1,950.00 | Worked on response to motion to decertify and declaration. | | $ 1,950.00 | | TM |
| 1517 | 12/1/2014 | Toby Marshall | 3.90 | $ 475.00 | $ 1,852.50 | Worked on Plaintiffs' response to Knight's decertification motion and researched and analyzed issues regarding same [3.5]; telephone conference with co-counsel regarding same [.2]; worked on case scheduling issues [.2]. | | $ 1,852.50 | | TM |
| 1518 | 12/6/2014 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Reviewed defendant's reply in support of decertification and analyzed issues regarding same [.3]. | | $ 142.50 | | TM |
| 1519 | 12/6/2014 | Hardeep Rekhi | 1.50 | $ 425.00 | $ 637.50 | review reply to motion for Decertifaction; research regarding the same | | $ 637.50 | | RW |
| 1520 | 12/8/2014 | Bradford Kinsey | 2.20 | $ 100.00 | $ 220.00 | Prepared praecipe to replace; reviewed and revised response to motion to decertify; arranged filing and service. | | $ 220.00 | | TM |
| 1521 | 12/8/2014 | Marc Cote | 2.70 | $ 375.00 | $ 1,012.50 | Reviewed and analyzed reply brief filed by Knight on decert motion [1.2]; worked on praecipe and revisions to response to motion [1.5]. | | $ 1,012.50 | | TM |
| 1522 | 12/8/2014 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Analyzed issues regarding need for praecipe to correct for mistake in response to motion for decertification [.1]; analyzed issues regarding Knight's reply in support of motion for decertification [.3]. | | $ 190.00 | | TM |
| 1523 | 12/30/2014 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Telephone call from Mr. Tena regarding [redacted] [.1]. | | $ 47.50 | | TM |
| 1524 | 1/5/2015 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Message from and telephone conference with client regarding [redacted] [.2]; drafted memorandum to file regarding same same [.1]. | | $ 142.50 | | TM |
| 1525 | 1/6/2015 | Greg Wolk | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel | | $ 42.50 | | RW |
| 1526 | 1/6/2015 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel | | $ 42.50 | | RW |
| 1527 | 1/6/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Telephone conference with co-counsel regarding [redacted] [.1]. | | $ 47.50 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 58
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1528 | 1/8/2015 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Email correspondence with counsel representing class in Oregon action regarding factual background and legal issues [.2]. | 0.20 | $ - | Relevance | TM |
| 1529 | 1/9/2015 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Analyzed issues regarding class case against Knight in Oregon and email correspondence with counsel there regarding factual background and legal issues [.2]. | 0.20 | $ - | Relevance | TM |
| 1530 | 2/2/2015 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Email correspondence with expert regarding billing invoice and processed same [.1]; analyzed issues regarding proposed trial date and pretrial deadlines and worked on revisions to draft stipulation regarding same [.2]. | 0.10 | $ 95.00 | Administrative | TM |
| 1531 | 2/3/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with opposing counsel regarding trial date and case schedule [.1]. | | $ 47.50 | | TM |
| 1532 | 2/5/2015 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Email correspondence with co-counsel, opposing counsel, and court clerk regarding proposed trial date [.1]; analyzed issues regarding expert deadlines [.1]. | | $ 95.00 | | TM |
| 1533 | 2/8/2015 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re damages data and witness calls | | $ 85.00 | | RW |
| 1534 | 2/8/2015 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re damages data and witness calls | | $ 85.00 | | RW |
| 1535 | 2/11/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with opposing counsel regarding trial date [.1]. | | $ 47.50 | | TM |
| 1536 | 2/12/2015 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Left message and email correspondence with opposing counsel regarding trial date and case schedule issues [.1]; analyzed issues regarding same [.1]; email correspondence with court and co-counsel regarding scheduling of hearing on motion to decertify [.1]; analyzed issues regarding motion to decertify [.1]. | | $ 190.00 | | TM |
| 1537 | 2/13/2015 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Email correspondence with co-counsel and opposing counsel regarding Knight's refusal to agree to setting of trial date [.1]; analyzed issues regarding same [.1]; telephone call from opposing counsel regarding same [.1]; worked on case strategy issues [.1]. | | $ 190.00 | | TM |
| 1538 | 2/17/2015 | Hannelore Ohaus | 0.20 | $ 75.00 | $ 15.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 1539 | 2/18/2015 | Holly Rota | 0.50 | $ 100.00 | $ 50.00 | Emailed Party response to request for video recording to clerk | 0.40 | $ 10.00 | Efficiency | TM |
| 1540 | 2/18/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Analyzed issues regarding consent to recording of hearing request [.1]. | | $ 47.50 | | TM |
| 1541 | 2/23/2015 | Greg Wolk | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel re hearing on motion to decertify | | $ 42.50 | | RW |
| 1542 | 2/23/2015 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel re hearing on motion to decertify | | $ 42.50 | | RW |
| 1543 | 2/23/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Telephone conference with co-counsel regarding hearing on motion to decertify [.1]. | | $ 47.50 | | TM |
| 1544 | 3/5/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Prepared materials for hearing on motion to decertify [.1]. | | $ 47.50 | | TM |
| 1545 | 3/14/2015 | Toby Marshall | 4.60 | $ 475.00 | $ 2,185.00 | Reviewed briefing on motion for decertification and related documents and researched and analyzed issues regarding same [4.6]. | | $ 2,185.00 | | TM |
| 1546 | 3/15/2015 | Marc Cote | 0.30 | $ 375.00 | $ 112.50 | Conference regarding motion hearing and rest break issues. | | $ 112.50 | | TM |
| 1547 | 3/15/2015 | Toby Marshall | 0.60 | $ 475.00 | $ 285.00 | Analyzed issues in preparation for hearing on motion for decertification [.6]. | | $ 285.00 | | TM |
| 1548 | 3/16/2015 | Toby Marshall | 1.70 | $ 475.00 | $ 807.50 | Worked on outline of argument for hearing on motion to decertify and researched and analyzed issues regarding same [1.7]. | | $ 807.50 | | TM |
| 1549 | 3/17/2015 | Greg Wolk | 3.10 | $ 425.00 | $ 1,317.50 | review motions for decertification, prep for hearing (1.8); confer with co-counsel re same (1.3) | | $ 1,317.50 | | RW |
| 1550 | 3/17/2015 | Hardeep Rekhi | 2.50 | $ 425.00 | $ 1,062.50 | Knight Transportation; review previous filings; discuss and strategize argument | | $ 1,062.50 | | RW |
| 1551 | 3/17/2015 | Hardeep Rekhi | 1.30 | $ 425.00 | $ 552.50 | confer with co-counsel re same | | $ 552.50 | | RW |
| 1552 | 3/17/2015 | Erika Nusser | 1.20 | $ 350.00 | $ 420.00 | Telephone conference regarding hearing on motion to decertify [1.2] | | $ 420.00 | | TM |
| 1553 | 3/17/2015 | Toby Marshall | 8.10 | $ 475.00 | $ 3,847.50 | Worked on outline and PowerPoint presentation for hearing on motion to decertify and researched and analyzed issues regarding same [6.8]; telephone conference with co-counsel regarding same [1.3]. | | $ 3,847.50 | | TM |
| 1554 | 3/18/2015 | Greg Wolk | 2.30 | $ 425.00 | $ 977.50 | prep,attend and debrief decert hearing | | $ 977.50 | | RW |
| 1555 | 3/18/2015 | Erika Nusser | 1.60 | $ 350.00 | $ 560.00 | Traveled to and from and attended hearing on motion to decertify [1.6] | | $ 560.00 | | TM |
| 1556 | 3/18/2015 | Toby Marshall | 3.40 | $ 475.00 | $ 1,615.00 | Worked on PowerPoint presentation for motion to decertify [.5]; traveled to, participated in, and returned from hearing on motion to decertify [2.6]; analyzed issues regarding same [.3]. | | $ 1,615.00 | | TM |
| 1557 | 3/19/2015 | Greg Wolk | 0.80 | $ 425.00 | $ 340.00 | analyze Sakuma bros. arguments and briefing | | $ 340.00 | | RW |
| 1558 | 3/19/2015 | Hannelore Ohaus | 0.10 | $ 75.00 | $ 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1559 | 3/19/2015 | Toby Marshall | 1.10 | $ 475.00 | $ 522.50 | Email correspondence with co-counsel regarding Sakuma briefing [.1]; analyzed issues regarding same [.6]; telephone call from co-counsel regarding same [.4]. | | $ 522.50 | | TM |
| 1560 | 3/20/2015 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Analyzed issues regarding Sakuma case and Court's request for briefing on same [.2]. | | $ 95.00 | | TM |
| 1561 | 3/23/2015 | Marc Cote | 0.90 | $ 375.00 | $ 337.50 | Reviewed order requesting additional briefing on Sakuma and analyzed proper approach to timing of decision [.3]; conference with Mr. Marshall regarding strategy for response to court [.6]. | | $ 337.50 | | TM |
| 1562 | 3/23/2015 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Analyzed issues regarding supplemental briefing on Sakuma case [.8]. | | $ 380.00 | | TM |
| 1563 | 3/24/2015 | Greg Wolk | 1.40 | $ 425.00 | $ 595.00 | draft supp briefing on stay re Sakuma bros; research same | | $ 595.00 | | RW |
| 1564 | 3/24/2015 | Erika Nusser | 0.80 | $ 350.00 | $ 280.00 | Telephone conference regarding supplemental briefing on Sakuma decision [.8] | | $ 280.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 59
CASE NO. 2:12-CV-00904-RSL

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 1565 | 3/24/2015 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Telephone conference with co-counsel regarding strategy for supplemental brief on Sakuma case [.3]. | | $ 142.50 | | TM |
| 1566 | 3/25/2015 | Greg Wolk | 2.40 | $ 425.00 | 1,020.00 | draft briefing on stay pending Sakuma bros | | $ 1,020.00 | | RW |
| 1567 | 3/25/2015 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Knight Transportation; review previous filings; discuss and strategize argument re stay | | $ 212.50 | | RW |
| 1568 | 3/25/2015 | Marc Cote | 0.10 | $ 375.00 | 37.50 | Began analyzing draft brief regarding delaying decision on Knight's motion until Sakuma is decided. | | $ 37.50 | | TM |
| 1569 | 3/25/2015 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Reviewed draft supplemental brief on Sakuma and analyzed issues regarding same [.2]. | | $ 95.00 | | TM |
| 1570 | 3/26/2015 | Greg Wolk | 0.90 | $ 425.00 | 382.50 | revise supp briefing re Sakuma Bros (.7); confer with co-counsel re same (.2) | | $ 382.50 | | RW |
| 1571 | 3/26/2015 | Hardeep Rekhi | 0.33 | $ 425.00 | 141.67 | Review supplemental briefing related to stay; review emails regarding the same; strategize regarding the same | | $ 141.67 | | RW |
| 1572 | 3/26/2015 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Confer with co-counsel re briefing re Sakuma Bros | | $ 85.00 | | RW |
| 1573 | 3/26/2015 | Erika Nusser | 1.60 | $ 350.00 | 560.00 | Analyzed supplemental brief regarding rest breaks and on duty not-driving claims, and emails and conference regarding the same [1.6] | 0.80 | $ 280.00 | Unsuccessful Claims | TM |
| 1574 | 3/26/2015 | Marc Cote | 1.00 | $ 375.00 | 375.00 | Reviewed and analyzed draft brief re effect of Sakuma, made proposed revisions, and emailed comments regarding draft to Mr. Marshall [.7]; conference regarding strategy for brief regarding stay [.3]. | | $ 375.00 | | TM |
| 1575 | 3/26/2015 | Toby Marshall | 1.00 | $ 475.00 | 475.00 | Reviewed draft brief on Sakuma, analyzed issues regarding same, and drafted proposed revisions [.8]; telephone conference with co-counsel regarding same [.2]. | | $ 475.00 | | TM |
| 1576 | 3/27/2015 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | review final draft of supp briefing on Sakuma Bros | | $ 85.00 | | RW |
| 1577 | 3/27/2015 | Holly Rota | 1.00 | $ 100.00 | 100.00 | Finalized Plaintiffs' brief in support of staying case; efiled | | $ 100.00 | | TM |
| 1578 | 3/27/2015 | Marc Cote | 0.20 | $ 375.00 | 75.00 | Conference regarding submission to court re Sakuma. | | $ 75.00 | | TM |
| 1579 | 3/27/2015 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Analyzed issues regarding supplemental briefing on motion for decertification [.3]. | | $ 142.50 | | TM |
| 1580 | 3/29/2015 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Reviewed Knight's supplemental brief on whether to stay case and email correspondence with co-counsel regarding same [.2]. | | $ 95.00 | | TM |
| 1581 | 3/30/2015 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | review Defendant's briefing on Sakuma | | $ 85.00 | | RW |
| 1582 | 3/30/2015 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | Knight Transportation; review Defendant's Supplemental response; meet with client; review deposition schedule, review issues related to Defendants RFPs, review case strategy | | $ 212.50 | | RW |
| 1583 | 3/30/2015 | Marc Cote | 0.20 | $ 375.00 | 75.00 | Reviewed brief from Knight re effect of Sakuma and email regarding same. | | $ 75.00 | | TM |
| 1584 | 3/31/2015 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | review Court's Order; confer w co-counsel re outstanding issues | | $ 127.50 | | RW |
| 1585 | 3/31/2015 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Email correspondence to class member regarding [redacted]. | | $ 30.00 | | TM |
| 1586 | 3/31/2015 | Marc Cote | 0.30 | $ 375.00 | 112.50 | Reviewed order staying case and denying decertification. | 0.30 | $ - | Efficiency | TM |
| 1587 | 3/31/2015 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Responded to class member inquiry regarding [redacted] [.1]; reviewed order staying case pending Sakuma decision and analyzed issues regarding same [.2]. | | $ 142.50 | | TM |
| 1588 | 4/1/2015 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Analyzed order denying motion to decertify and emails regarding the same [.2] | | $ 70.00 | | TM |
| 1589 | 4/21/2015 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Analyzed issues regarding DLI policy that supports plaintiffs' interpretation of WAC 296-126-021 [.1]. | 0.10 | $ - | Unsuccessful Claims | TM |
| 1590 | 6/11/2015 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Telephone conference with non-class member regarding Knight Transportation lease program. | 0.20 | $ - | Relevance | TM |
| 1591 | 6/12/2015 | Marc Cote | 0.50 | $ 375.00 | 187.50 | Reviewed SJ order from similar truck driver case against Wal-Mart and emailed findings to Mr. Marshall. | 0.50 | $ - | Unsuccessful Claims | TM |
| 1592 | 7/10/2015 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Email correspondence with client regarding status of case [.1]. | | $ 47.50 | | TM |
| 1593 | 7/16/2015 | Greg Wolk | 1.00 | $ 425.00 | 425.00 | review Sakuma decision (.3) and confer w co-counsel re same (.7) | | $ 425.00 | | RW |
| 1594 | 7/16/2015 | Hardeep Rekhi | 0.70 | $ 425.00 | 297.50 | confer w co-counsel re Sakuma decision | | $ 297.50 | | RW |
| 1595 | 7/16/2015 | Hannelore Ohaus | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1596 | 7/16/2015 | Toby Marshall | 0.80 | $ 475.00 | 380.00 | Telephone conference with co-counsel regarding impact of Sakuma decision [.7]; worked on docketing of joint status report regarding same [.1]. | | $ 380.00 | | TM |
| 1597 | 7/19/2015 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Reviewed recent case in which court ruled that truck drivers are entitled to separate compensation for nonproduction hours worked [.2]. | 0.20 | $ - | Unsuccessful Claims | TM |
| 1598 | 7/20/2015 | Erika Nusser | 0.30 | $ 350.00 | 105.00 | Analyzed order in related trucking case and emails regarding the same [.3] | 0.30 | $ - | Relevance | TM |
| 1599 | 7/21/2015 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | confer w co-counsel re next steps after Sakuma decision | | $ 170.00 | | RW |
| 1600 | 7/21/2015 | Hardeep Rekhi | 0.40 | $ 425.00 | 170.00 | confer w co-counsel re next steps after Sakuma decision | | $ 170.00 | | RW |
| 1601 | 7/21/2015 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Telephone conference with co-counsel regarding effect of Sakuma on case strategy and timing of trial [.3]. | | $ 142.50 | | TM |
| 1602 | 7/22/2015 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Conference regarding case strategy issues [.2] | | $ 70.00 | | TM |
| 1603 | 7/22/2015 | Toby Marshall | 1.00 | $ 475.00 | 475.00 | Analyzed issues regarding mediation, summary judgment, and case schedule and trial date and email correspondence with co-counsel regarding same [.9]; email correspondence with opposing counsel regarding case schedule and trial date [.1]. | | $ 475.00 | | TM |
| 1604 | 7/24/2015 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Emails and conference regarding settlement communications [.2] | | $ 70.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 60
CASE NO. 2:12-CV-00904-RSL

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 1605 | 7/24/2015 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Analyzed issues regarding mediation strategy and case scheduling and email correspondence with co-counsel regarding same [.2]. | | $ 95.00 | | TM |
| 1606 | 7/28/2015 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | contact clients with case update | | $ 255.00 | | RW |
| 1607 | 7/29/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Message from opposing counsel regarding joint status report and response to mediation request [.1]. | | $ 47.50 | | TM |
| 1608 | 7/30/2015 | Greg Wolk | 0.50 | $ 425.00 | $ 212.50 | confer with co-counsel re joint status report | | $ 212.50 | | RW |
| 1609 | 7/30/2015 | Hardeep Rekhi | 0.50 | $ 425.00 | $ 212.50 | confer with co-counsel re joint status report | | $ 212.50 | | RW |
| 1610 | 7/30/2015 | Toby Marshall | 1.50 | $ 475.00 | $ 712.50 | Email correspondence with opposing counsel regarding joint status report [.3]; telephone conferences with opposing counsel regarding same [.5]; telephone conferences with co-counsel regarding joint status report [.5]; researched and analyzed issues regarding finality of State Supreme Court decision [.2]. | | $ 712.50 | | TM |
| 1611 | 7/31/2015 | Hannelore Ohaus | 0.20 | $ 75.00 | $ 15.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 1612 | 7/31/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Telephone conference with Mr. Tena regarding [redacted][.1]. | | $ 47.50 | | TM |
| 1613 | 8/3/2015 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | discuss case strategy | | $ 85.00 | | RW |
| 1614 | 8/3/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Telephone conference with co-counsel regarding case scheduling issues [.1]. | | $ 47.50 | | TM |
| 1615 | 8/10/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with opposing counsel regarding status of draft joint status report [.1]. | | $ 47.50 | | TM |
| 1616 | 8/13/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Analyzed issues and email correspondence correspondence with opposing counsel and co-counsel regarding joint status report [.1]. | | $ 47.50 | | TM |
| 1617 | 8/17/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Analyzed issues regarding joint status report and email to opposing counsel regarding same [.1]. | | $ 47.50 | | TM |
| 1618 | 8/18/2015 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re joint status report | | $ 85.00 | | RW |
| 1619 | 8/18/2015 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re joint status report | | $ 85.00 | | RW |
| 1620 | 8/18/2015 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Telephone conference with co-counsel regarding joint status report [.2]; email correspondence with co-counsel regarding same [.1]. | | $ 142.50 | | TM |
| 1621 | 8/19/2015 | Greg Wolk | 0.40 | $ 425.00 | $ 170.00 | anayze and propose stipulation to joint stipulation | | $ 170.00 | | RW |
| 1622 | 8/19/2015 | Toby Marshall | 0.90 | $ 475.00 | $ 427.50 | Worked on joint status report and related issues [.9]. | | $ 427.50 | | TM |
| 1623 | 8/20/2015 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Telephone calls from opposing counsel regarding joint status report [.4]; email correspondence with opposing counsel regarding same [.2]; worked on revisions to joint status report [.2]. | | $ 380.00 | | TM |
| 1624 | 8/24/2015 | Hannelore Ohaus | 0.10 | $ 75.00 | $ 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1625 | 8/28/2015 | Eden Nordby | 0.40 | $ 150.00 | $ 60.00 | Telephone conference with court reporter regarding transcript of hearing; email correspondence regarding same; worked on letter to court reporter. | | $ 60.00 | | TM |
| 1626 | 8/28/2015 | Hannelore Ohaus | 0.70 | $ 75.00 | $ 52.50 | Worked on docketing scheduling order. | 0.70 | $ - | Administrative | TM |
| 1627 | 8/28/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Analyzed issues regarding new case scheduling order [.1]. | | $ 47.50 | | TM |
| 1628 | 9/9/2015 | Greg Wolk | 0.10 | $ 425.00 | $ 42.50 | conver with co-counsel re case strategy issues | | $ 42.50 | | RW |
| 1629 | 9/9/2015 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | conver with co-counsel re case strategy issues | | $ 42.50 | | RW |
| 1630 | 9/9/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Telephone conference with co-counsel regarding case strategy issues [.1]. | | $ 47.50 | | TM |
| 1631 | 9/10/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Worked on case management issues [.1]. | | $ 47.50 | | TM |
| 1632 | 9/20/2015 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Worked on case management issues [.2]. | | $ 95.00 | | TM |
| 1633 | 10/11/2015 | Toby Marshall | 3.60 | $ 475.00 | $ 1,710.00 | Worked on motion for partial summary judgment on rest break and on duty, not driving claims and researched and analyzed issues regarding same [3.6]. | 1.80 | $ 855.00 | Unsuccessful Claims | TM |
| 1634 | 10/12/2015 | Elizabeth Adams | 3.30 | $ 285.00 | $ 940.50 | Updated research regarding non-production work time under California law. | 3.30 | $ - | Unsuccessful Claims | TM |
| 1635 | 10/12/2015 | Holly Rota | 0.50 | $ 100.00 | $ 50.00 | Worked on plaintiffs' motion for partial summary judgment. | | $ 50.00 | | TM |
| 1636 | 10/12/2015 | Marc Cote | 0.30 | $ 375.00 | $ 112.50 | Analyzed summary judgment arguments and authority. | 0.10 | $ 75.00 | Unsuccessful Claims | TM |
| 1637 | 10/12/2015 | Toby Marshall | 2.50 | $ 475.00 | $ 1,187.50 | Researched and analyzed issues regarding pay for non-production work [1.0]; worked on factual background issues for partial summary judgment motion on rest break and on duty, not driving claims [.7]; worked on motion for summary judgment [.8]. | 1.20 | $ 617.50 | Unsuccessful Claims | TM |
| 1638 | 10/13/2015 | Elizabeth Adams | 1.60 | $ 285.00 | $ 456.00 | Completed updating research regarding non-production work issue. | 1.60 | $ - | Unsuccessful Claims | TM |
| 1639 | 10/13/2015 | Razel Agustino | 0.10 | $ 75.00 | $ 7.50 | Worked on notice of firm name and email address change. | 0.10 | $ - | Administrative | TM |
| 1640 | 10/15/2015 | Erika Nusser | 0.30 | $ 350.00 | $ 105.00 | Conference and emails regarding motion for summary judgment [.3] | | $ 105.00 | | TM |
| 1641 | 10/15/2015 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Worked on summary judgment motion [.3]. | 0.10 | $ 95.00 | Unsuccessful Claims | TM |
| 1642 | 10/16/2015 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Left message for class member regarding [redacted]. | | $ 15.00 | | TM |
| 1643 | 10/16/2015 | Toby Marshall | 1.00 | $ 475.00 | $ 475.00 | Worked on outline of motion for partial summary judgment [1.0]. | 0.50 | $ 237.50 | Unsuccessful Claims | TM |
| 1644 | 10/23/2015 | Bradford Kinsey | 0.30 | $ 100.00 | $ 30.00 | Prepared draft of notice of firm name change; amended master caption; arranged filing and service. | | $ 30.00 | | TM |
| 1645 | 10/26/2015 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Analyzed issues regarding damages data production [.2]; worked on motion for partial summary judgment [.1]. | | $ 142.50 | | TM |
| 1646 | 10/28/2015 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | analyze and revise partial SJ | 0.30 | $ 127.50 | Unsuccessful claims | RW |
| 1647 | 10/28/2015 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | email from opposing counsel | | $ 42.50 | | RW |
| 1648 | 10/28/2015 | Hardeep Rekhi | 0.83 | $ 425.00 | $ 353.81 | Review Motion for Summary Judgment | 0.21 | $ 265.36 | Unsuccessful Claims | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 61
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1649 | 10/28/2015 | Holly Rota | 1.00 | $ 100.00 | $ 100.00 | Worked on proposed order granting plaintiffs' motion for partial summary judgment and declaration of Mr. Marshall in support of plaintiffs' motion for partial summary judgment. | | $ 100.00 | Unsuccessful Claims | TM |
| 1650 | 10/28/2015 | Toby Marshall | 4.20 | $ 475.00 | $ 1,995.00 | Worked on motion for partial summary judgment and researched and analyzed issues regarding same [3.8]; telephone call from opposing counsel regarding request to extend trial date [.2]; analyzed issues regarding same and email correspondence with co-counsel regarding same [.2]. | 1.90 | $ 1,092.50 | Unsuccessful Claims | TM |
| 1651 | 10/29/2015 | Hardeep Rekhi | 0.42 | $ 425.00 | $ 177.08 | Review summary judgement motion | 0.10 | $ 132.81 | Unsuccessful Claims | RW |
| 1652 | 10/29/2015 | Eden Nordby | 2.50 | $ 150.00 | $ 375.00 | Worked on declaration and exhibits in support of motion for partial summary judgment. | 0.60 | $ 285.00 | Unsuccessful Claims | TM |
| 1653 | 10/29/2015 | Holly Rota | 3.00 | $ 100.00 | $ 300.00 | Worked on and finalized plaintiffs' motion for partial summary judgment, proposed order, declaration of Mr. Marshall in support of plaintiffs' motion for partial summary judgment; electronically filed same. | 1.50 | $ 150.00 | Unsuccessful Claims | TM |
| 1654 | 10/29/2015 | Marc Cote | 2.90 | $ 375.00 | $ 1,087.50 | Worked on motion for partial summary judgment and began reviewing Defendant's motion. | 1.50 | $ 525.00 | Unsuccessful Claims | TM |
| 1655 | 10/29/2015 | Toby Marshall | 4.00 | $ 475.00 | $ 1,900.00 | Telephone conference with co-counsel regarding defendant's request for extension of trial date and plan for responding to same [.2]; worked on proposed order granting plaintiffs' motion for partial summary judgment [.1]; worked on motion for partial summary judgment and analyzed issues regarding same [3.7]. | 1.90 | $ 997.50 | Unsuccessful Claims | TM |
| 1656 | 10/30/2015 | Hardeep Rekhi | 0.50 | $ 425.00 | $ 213.56 | Review Defendant's summary judgement motion | 0.13 | $ 160.17 | Unsuccessful Claims | RW |
| 1657 | 10/30/2015 | Hannelore Ohaus | 0.20 | $ 75.00 | $ 15.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 1658 | 10/30/2015 | Holly Rota | 1.00 | $ 100.00 | $ 100.00 | Worked on judges' copies of plaintiffs' motion for partial summary judgment, proposed order and declaration of Mr. Marshall; coordinated with messenger for delivery. | 0.50 | $ 50.00 | Unsuccessful Claims | TM |
| 1659 | 10/30/2015 | Marc Cote | 0.10 | $ 375.00 | $ 37.50 | Began reviewing Knight's SJ motion. | | $ 37.50 | Unsuccessful Claims | TM |
| 1660 | 10/30/2015 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Analyzed issues regarding plan for responding to defendant's motion for partial summary judgment [.2]. | 0.10 | $ 47.50 | Unsuccessful Claims | TM |
| 1661 | 11/2/2015 | Erika Nusser | 0.60 | $ 350.00 | $ 210.00 | Conference regarding response to defendant's motion for summary judgment and emails regarding the same [.3]; conference and emails regarding case strategy issues [.3] | 0.30 | $ 105.00 | Unsuccessful Claims | TM |
| 1662 | 11/2/2015 | Hannelore Ohaus | 0.30 | $ 75.00 | $ 22.50 | Worked on docketing. | 0.30 | $ - | Administrative | TM |
| 1663 | 11/2/2015 | Marc Cote | 0.20 | $ 375.00 | $ 75.00 | Analyzed arguments on summary judgment motion. | 0.10 | $ 37.50 | Unsuccessful Claims | TM |
| 1664 | 11/2/2015 | Toby Marshall | 4.30 | $ 475.00 | $ 2,042.50 | Worked on plan for responding to defendant's motion for partial summary judgment [.5]; worked on docketing issues [.2]; reviewed Knight's motion for partial summary judgment, researched and analyzed issues regarding same, and worked on outline of response to same [3.2]; analyzed issues regarding Knight's request to extend trial date and email correspondence with co-counsel regarding same [.2]; drafted email to opposing counsel regarding same [.2]. | 1.80 | $ 1,187.50 | Unsuccessful Claims | TM |
| 1665 | 11/3/2015 | Hardeep Rekhi | 1.06 | $ 425.00 | $ 452.27 | review d's SJ | 0.27 | $ 339.20 | Unsuccessful Claims | RW |
| 1666 | 11/3/2015 | Toby Marshall | 0.70 | $ 475.00 | $ 332.50 | Email correspondence with co-counsel regarding defendant's continued request to move trial date [.1]; worked on case management issues [.2]; analyzed issues regarding factual background for response to defendant's motion for partial summary judgment and email correspondence with co-counsel regarding same [.4]. | 0.20 | $ 237.50 | Unsuccessful Claims | TM |
| 1667 | 11/4/2015 | Hannelore Ohaus | 0.30 | $ 75.00 | $ 22.50 | Worked on docketing. | 0.30 | $ - | Administrative | TM |
| 1668 | 11/4/2015 | Holly Rota | 1.00 | $ 100.00 | $ 100.00 | Worked on plaintiffs' response to defendants' motion for partial summary judgment. | 0.50 | $ 50.00 | Unsuccessful Claims | TM |
| 1669 | 11/4/2015 | Marc Cote | 3.30 | $ 375.00 | $ 1,237.50 | Outlined issues for response to motion for SJ. | 0.80 | $ 937.50 | Unsuccessful Claims | TM |
| 1670 | 11/5/2015 | Marc Cote | 6.10 | $ 375.00 | $ 2,287.50 | Worked on response to Knight's motion for summary judgment. | 3.00 | $ 1,162.50 | Unsuccessful Claims | TM |
| 1671 | 11/6/2015 | Greg Wolk | 2.20 | $ 425.00 | $ 935.00 | analyze Knight SJ motion and begin drafting opposition | 1.10 | $ 467.50 | Unsuccessful claims | RW |
| 1672 | 11/6/2015 | Hardeep Rekhi | 1.90 | $ 425.00 | $ 807.50 | Review and outline Knight SJ; teleconference with co-counsel | 0.50 | $ 595.00 | Unsuccessful Claims | RW |
| 1673 | 11/6/2015 | Marc Cote | 8.00 | $ 375.00 | $ 3,000.00 | Worked on response to motion for summary judgment. | 4.00 | $ 1,500.00 | Unsuccessful Claims | TM |
| 1674 | 11/6/2015 | Toby Marshall | 0.90 | $ 475.00 | $ 427.50 | Analyzed issues regarding response to Knight's motion for partial summary judgment [.9]. | 0.50 | $ 190.00 | Unsuccessful Claims | TM |
| 1675 | 11/9/2015 | Eden Nordby | 0.40 | $ 150.00 | $ 60.00 | Worked on document production management. | | $ 60.00 | | TM |
| 1676 | 11/9/2015 | Marc Cote | 5.40 | $ 375.00 | $ 2,025.00 | Worked on response to Knight's motion for SJ. | 2.70 | $ 1,012.50 | Unsuccessful Claims | TM |
| 1677 | 11/10/2015 | Eden Nordby | 1.50 | $ 150.00 | $ 225.00 | Worked on document production management; worked on document review; email correspondence regarding same; updated production log. | | $ 225.00 | | TM |
| 1678 | 11/12/2015 | Marc Cote | 2.40 | $ 375.00 | $ 900.00 | Worked on response to SJ motion. | 1.20 | $ 450.00 | Unsuccessful Claims | TM |
| 1679 | 11/13/2015 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | revise draft opp to SJM | 0.30 | $ 127.50 | Unsuccessful claims | RW |
| 1680 | 11/13/2015 | Marc Cote | 0.20 | $ 375.00 | $ 75.00 | Analyzed arguments on response to motion for summary judgment. | 0.10 | $ 37.50 | Unsuccessful Claims | TM |
| 1681 | 11/15/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Analyzed issues regarding response to Knight's motion for partial summary judgment [.1]. | | $ 47.50 | | TM |
| 1682 | 11/16/2015 | Greg Wolk | 1.10 | $ 425.00 | $ 467.50 | revise draft opp to SJM | 0.50 | $ 255.00 | Unsuccessful claims | RW |
| 1683 | 11/17/2015 | Greg Wolk | 2.80 | $ 425.00 | $ 1,190.00 | revise draft opp to SJM; speak with client | 1.40 | $ 595.00 | Unsuccessful claims | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 62
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | | I | J |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | | Writedown Explanation | Firm |
| 1684 | 11/17/2015 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Worked on response to Knight's motion for partial summary judgment [.4]. | 0.20 | $ | 95.00 | Unsuccessful Claims | TM |
| 1685 | 11/18/2015 | Toby Marshall | 1.40 | $ 475.00 | $ 665.00 | Worked on response to motion for partial summary judgment [1.4]. | 0.70 | $ | 332.50 | Unsuccessful Claims | TM |
| 1686 | 11/19/2015 | Eden Nordby | 1.40 | $ 150.00 | $ 210.00 | Worked on declaration and exhibits in support of response to motion for summary judgment. | 0.40 | $ | 150.00 | Unsuccessful Claims | TM |
| 1687 | 11/19/2015 | Marc Cote | 0.30 | $ 375.00 | $ 112.50 | Analyzed issues for response to summary judgment motion. | 0.10 | $ | 75.00 | Unsuccessful Claims | TM |
| 1688 | 11/19/2015 | Toby Marshall | 1.10 | $ 475.00 | $ 522.50 | Worked on response to Knight's motion for partial summary judgment [1.1]. | 0.50 | $ | 285.00 | Unsuccessful Claims | TM |
| 1689 | 11/20/2015 | Greg Wolk | 0.50 | $ 425.00 | $ 212.50 | confer with co-counsel re response to Knight's motion for partial summary judgment | | $ | 212.50 | | RW |
| 1690 | 11/20/2015 | Hardeep Rekhi | 0.50 | $ 425.00 | $ 212.50 | confer with co-counsel re response to Knight's motion for partial summary judgment | | $ | 212.50 | | RW |
| 1691 | 11/20/2015 | Bradford Kinsey | 2.80 | $ 100.00 | $ 280.00 | Reviewed, revised and finalized Plaintiffs' response to Defendant's partial motion for partial summary judgment; finalized and finalized supporting Marshall declaration; prepared draft and finalized proposed order; arranged filing and service. | 0.70 | $ | 210.00 | Unsuccessful Claims | TM |
| 1692 | 11/20/2015 | Holly Rota | 1.00 | $ 100.00 | $ 100.00 | Worked on response to defendant's motion for partial summary judgment; worked on and finalized declaration of Mr. Marshall in support of plaintiffs' response to defendant's motion for partial summary judgment | 0.50 | $ | 50.00 | Unsuccessful Claims | TM |
| 1693 | 11/20/2015 | Toby Marshall | 0.50 | $ 475.00 | $ 237.50 | Worked on response to Knight's motion for partial summary judgment, declaration in support of same, and proposed order granting same [.3]; telephone conference with co-counsel regarding response to Knight's motion for partial summary judgment [.2]. | 0.30 | $ | 95.00 | Unsuccessful Claims | TM |
| 1694 | 11/23/2015 | Toby Marshall | 1.70 | $ 475.00 | $ 807.50 | Analyzed issues regarding damages data and left message with Dr. Munson regarding same [.3]; worked on response to Knight's motion for partial summary judgment [1.4]. | 0.70 | $ | 475.00 | Unsuccessful Claims | TM |
| 1695 | 11/24/2015 | Marc Cote | 0.30 | $ 375.00 | $ 112.50 | Analyzed authentication issue for deposition transcript and sent email re same. | 0.20 | $ | 37.50 | Unsuccessful Claims | TM |
| 1696 | 11/27/2015 | Marc Cote | 0.10 | $ 375.00 | $ 37.50 | Analyzed Knight's arguments in response to SJ motion. | 0.10 | $ | - | Efficiency | TM |
| 1697 | 12/3/2015 | Greg Wolk | 0.10 | $ 425.00 | $ 42.50 | confer with co counsel re reply ISO plts' motion for partial summary judgment | | $ | 42.50 | | RW |
| 1698 | 12/3/2015 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | confer with co counsel re reply ISO plts' motion for partial summary judgment | | $ | 42.50 | | RW |
| 1699 | 12/3/2015 | Toby Marshall | 1.10 | $ 475.00 | $ 522.50 | Worked on reply in support of Plaintiffs' motion for partial summary judgment [1.0]; telephone call from co-counsel regarding same [.1]. | 0.50 | $ | 285.00 | Unsuccessful Claims | TM |
| 1700 | 12/4/2015 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | revise reply to partial SJ | 0.30 | $ | 127.50 | Unsuccessful claims | RW |
| 1701 | 12/4/2015 | Bradford Kinsey | 2.30 | $ 100.00 | $ 230.00 | Reviewed, revised and finalized reply in support of class certification; finalized supplemental Marshall declaration; arranged filing and service. | | $ | 230.00 | | TM |
| 1702 | 12/4/2015 | Eden Nordby | 1.00 | $ 150.00 | $ 150.00 | Worked on declaration and exhibits in support of reply to motion for summary judgment. | | $ | 150.00 | | TM |
| 1703 | 12/4/2015 | Toby Marshall | 2.90 | $ 475.00 | $ 1,377.50 | Worked on reply in support of motion for partial summary judgment [2.8]; email correspondence with expert regarding additional data analysis [.1]. | 1.40 | $ | 712.50 | Unsuccessful Claims | TM |
| 1704 | 12/7/2015 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Worked on damages issues [.2]. | | $ | 95.00 | | TM |
| 1705 | 12/9/2015 | Eden Nordby | 0.30 | $ 150.00 | $ 45.00 | Worked on file organization; updated production log. | 0.20 | $ | 15.00 | Administrative | TM |
| 1706 | 12/9/2015 | Toby Marshall | 3.10 | $ 475.00 | $ 1,472.50 | Worked on plan for processing additional data and recalculating damages [1.5]; meeting with Dr. Munson regarding same [1.6]. | 0.80 | $ | 1,092.50 | Unsuccessful Claims | TM |
| 1707 | 12/13/2015 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Reviewed Knight's reply in support of its motion for partial summary judgment [.2]; analyzed issues regarding factual background and class definition and drafted email to co-counsel regarding same [.2]. | | $ | 190.00 | | TM |
| 1708 | 12/15/2015 | Greg Wolk | 1.30 | $ 425.00 | $ 552.50 | review recent production and discovery responses | | $ | 552.50 | | RW |
| 1709 | 12/15/2015 | Hardeep Rekhi | 0.50 | $ 425.00 | $ 212.62 | strategize for trial; discussion regarding trial prep; review Defendants discovery supplement | | $ | 212.62 | | RW |
| 1710 | 12/16/2015 | Greg Wolk | 0.90 | $ 425.00 | $ 382.50 | call witnesses re trial availability | | $ | 382.50 | | RW |
| 1711 | 12/17/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with Dr. Munson regarding delay in data production [.1]. | | $ | 47.50 | | TM |
| 1712 | 12/29/2015 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with opposing counsel regarding damages data issues [.1]. | | $ | 47.50 | | TM |
| 1713 | 1/7/2016 | Greg Wolk | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel re request for damages data and trial preparations | | $ | 42.50 | | RW |
| 1714 | 1/7/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel re request for damages data and trial preparations | | $ | 42.50 | | RW |
| 1715 | 1/7/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Email correspondence with opposing counsel regarding request for damages data [.1]; telephone conference with co-counsel regarding same and trial preparations [.1]. | | $ | 95.00 | | TM |
| 1716 | 1/12/2016 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with opposing counsel regarding request for meet and confer to discuss Knight's failure to produce requested damages data [.1]. | | $ | 47.50 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 63
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1717 | 1/13/2016 | Toby Marshall | 0.70 | $ 475.00 | $ 332.50 | Prepared for telephone conference with opposing counsel regarding Knight's failure to timely produce damages data [.3]; telephone conference with opposing counsel regarding same [.2]; analyzed issues regarding same [.2]. | | $ 332.50 | | TM |
| 1718 | 1/18/2016 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Worked on case strategy issues and email correspondence with co-counsel regarding same [.1]. | | $ 47.50 | | TM |
| 1719 | 1/19/2016 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | call witnesses re trial availability | | $ 255.00 | | RW |
| 1720 | 1/20/2016 | Greg Wolk | 1.10 | $ 425.00 | $ 467.50 | call witnesses re trial availability (.8); confer with co-counsel regarding trial plan (.3) | | $ 467.50 | | RW |
| 1721 | 1/20/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | $ 127.50 | confer with co-counsel regarding trial plan | | $ 127.50 | | RW |
| 1722 | 1/20/2016 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Telephone conference regarding case strategy issues [.2] | | $ 70.00 | | TM |
| 1723 | 1/20/2016 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Telephone conference with co-counsel regarding trial plan [.3]. | | $ 142.50 | | TM |
| 1724 | 1/21/2016 | Eden Nordby | 0.50 | $ 150.00 | $ 75.00 | Worked on document production management; updated production log. | | $ 75.00 | | TM |
| 1725 | 1/21/2016 | Toby Marshall | 1.30 | $ 475.00 | $ 617.50 | Reviewed damages data from Knight and analyzed issues regarding same [.7]; telephone conference with opposing counsel regarding same [.2]; exchanged messages with Dr. Munson regarding same [.1]; drafted email to opposing counsel regarding same [.1]; worked on trial strategy issues [.2]. | 0.20 | $ 522.50 | Unsuccessful Claims | TM |
| 1726 | 1/22/2016 | Bradford Kinsey | 0.10 | $ 100.00 | $ 10.00 | Reviewed Tadano withdrawal of counsel; amended master caption. | 0.10 | $ - | Administrative | TM |
| 1727 | 1/22/2016 | Toby Marshall | 0.70 | $ 475.00 | $ 332.50 | Telephone conference with Dr. Munson regarding damages data [.4]; analyzed issues regarding same [.1]; email to opposing counsel regarding same [.1]; telephone conference with Mr. Tena regarding [redacted][.1]. | 0.10 | $ 285.00 | Unsuccessful Claims | TM |
| 1728 | 1/25/2016 | Erika Nusser | 0.10 | $ 350.00 | $ 35.00 | Emails regarding pretrial deadlines [.1] | | $ 35.00 | | TM |
| 1729 | 1/26/2016 | Greg Wolk | 1.60 | $ 425.00 | $ 680.00 | draft calling script for witnesses; identify witnesses to call | | $ 680.00 | | RW |
| 1730 | 1/26/2016 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Telephone conference with Dr. Munson regarding status of damages data [.1]; worked on trial plan issues [.3]. | 0.10 | $ 142.50 | Unsuccessful Claims | TM |
| 1731 | 1/27/2016 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Reviewed records regarding exclusion requests; email correspondence regarding same. | | $ 30.00 | | TM |
| 1732 | 1/27/2016 | Erika Nusser | 0.40 | $ 350.00 | $ 140.00 | Analyzed scheduling issues and emails regarding the same [.4] | | $ 140.00 | | TM |
| 1733 | 1/27/2016 | Hannelore Ohaus | 0.20 | $ 75.00 | $ 15.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 1734 | 1/27/2016 | Toby Marshall | 1.70 | $ 475.00 | $ 807.50 | Telephone conference with Dr. Munson regarding damages data and analysis [1.0]; worked on issues regarding same [.2]; analyzed issues regarding case schedule and inability to prepare for trial without ruling on summary judgment motions [.4]; email correspondence with opposing counsel regarding same [.1]. | 0.30 | $ 665.00 | Unsuccessful Claims | TM |
| 1735 | 1/28/2016 | Greg Wolk | 0.50 | $ 425.00 | $ 212.50 | confer with co-counsel regarding trial date, case schedule, and proposal to modify trial date and case schedule | | $ 212.50 | | RW |
| 1736 | 1/28/2016 | Hardeep Rekhi | 0.50 | $ 425.00 | $ 212.50 | confer with co-counsel regarding trial date, case schedule, and proposal to modify trial date and case schedule | | $ 212.50 | | RW |
| 1737 | 1/28/2016 | Erika Nusser | 1.50 | $ 350.00 | $ 525.00 | Telephone conferences regarding expert issues and case schedule [.9]; worked on stipulation to extend trial date and emails regarding the same [.6] | | $ 525.00 | | TM |
| 1738 | 1/28/2016 | Hannelore Ohaus | 0.50 | $ 75.00 | $ 37.50 | Worked on docketing. | 0.50 | $ - | Administrative | TM |
| 1739 | 1/28/2016 | Holly Rota | 1.00 | $ 100.00 | $ 100.00 | Worked on stipulation and proposed order regarding case schedule. | 0.50 | $ 50.00 | Efficiency | TM |
| 1740 | 1/28/2016 | Toby Marshall | 1.40 | $ 475.00 | $ 665.00 | Analyzed issues regarding trial date and case schedule [.2]; telephone conference with opposing counsel regarding same and expert data issues [.2]; worked on trial plan issues [.2]; telephone conference with co-counsel regarding same and proposal to modify trial date and case schedule [.5]; worked on stipulation and proposed order vacating trial date pending court's decision on cross-motions for summary judgment [.1]; worked on update to website notice [.2]. | | $ 665.00 | | TM |
| 1741 | 1/29/2016 | Holly Rota | 0.50 | $ 100.00 | $ 50.00 | Finalized stipulation and proposed order regarding case schedule; electronically filed same. | | $ 50.00 | | TM |
| 1742 | 2/2/2016 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Telephone conference with class member regarding [redacted]. | | $ 30.00 | | TM |
| 1743 | 2/2/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Worked on scheduling of meeting to discuss trial plan [.1]; telephone call from Dr. Abbott regarding status of trial date [.1]. | | $ 95.00 | | TM |
| 1744 | 2/4/2016 | Greg Wolk | 1.00 | $ 425.00 | $ 425.00 | confer w co-counsel re trial plan | | $ 425.00 | | RW |
| 1745 | 2/4/2016 | Hardeep Rekhi | 1.00 | $ 425.00 | $ 425.00 | confer w co-counsel re trial plan | | $ 425.00 | | RW |
| 1746 | 2/4/2016 | Eden Nordby | 1.00 | $ 150.00 | $ 150.00 | Worked on issues regarding trial preparation projects and timeline. | | $ 150.00 | | TM |
| 1747 | 2/4/2016 | Erika Nusser | 1.00 | $ 350.00 | $ 350.00 | Telephone conference to discuss trial plan [1] | | $ 350.00 | | TM |
| 1748 | 2/4/2016 | Toby Marshall | 0.70 | $ 475.00 | $ 332.50 | Prepared for telephone conference with co-counsel regarding trial preparation efforts [.1]; telephone conference with co-counsel regarding same [.6]. | | $ 332.50 | | TM |
| 1749 | 2/5/2016 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email to opposing counsel regarding status of raw data for damages analyses [.1]. | | $ 47.50 | | TM |
| 1750 | 2/8/2016 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Email correspondence regarding trial preparation projects. | | $ 30.00 | | TM |
| 1751 | 2/8/2016 | Erika Nusser | 0.30 | $ 350.00 | $ 105.00 | Telephone conference and emails regarding case strategy issues and script for class member calls [.3] | | $ 105.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 64
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1752 | 2/8/2016 | Toby Marshall | 1.50 | $ 475.00 | $ 712.50 | Worked on plan for calling potential trial witnesses and email correspondence with co-counsel regarding same [.3]; worked on script for calling potential trial witnesses [.4]; prepared for telephone conference with opposing counsel regarding damages data issues [.1]; participated in same [.1]; analyzed issues regarding damages data and reviewed Knight's experts response to Dr. Abbott's second amended report [.4]; telephone conference with co-counsel regarding damages data and witness calls [.2]. | 0.10 | $ 665.00 | Unsuccessful Claims | TM |
| 1753 | 2/9/2016 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | confer w co-counsel on plan for moving forward | | $ 127.50 | | RW |
| 1754 | 2/9/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | confer on plan for moving forward | | $ 127.50 | | RW |
| 1755 | 2/9/2016 | Eden Nordby | 2.50 | $ 150.00 | 375.00 | Worked on index of potential trial witnesses and claims [2]; updated production log with documents produced to experts [.5]. | | $ 375.00 | | TM |
| 1756 | 2/9/2016 | Toby Marshall | 1.10 | $ 475.00 | $ 522.50 | Telephone conference and email correspondence with Dr. Munson regarding discrepancies in damages data [.4]; analyzed issues regarding discrepancies in damages data [.2]; email to opposing counsel regarding same [.1]; worked on scheduling of same [.1]; worked on analysis of claims held by class members who may be trial witnesses [.3]. | | $ 522.50 | | TM |
| 1757 | 2/10/2016 | Eden Nordby | 1.20 | $ 150.00 | 180.00 | Worked on issues regarding potential witnesses; analyzed damages for same. | | $ 180.00 | | TM |
| 1758 | 2/10/2016 | Erika Nusser | 0.50 | $ 350.00 | 175.00 | Analyzed factual issues for class members [redacted], and voicemail for [redacted] [.3]; emails regarding calls to class members and factual issues [.2] | | $ 175.00 | | TM |
| 1759 | 2/12/2016 | Toby Marshall | 3.20 | $ 475.00 | 1,520.00 | Prepared for telephone conference with opposing counsel and experts regarding discrepancies in damages data and analyzed issues regarding same [1.2]; telephone conference with opposing counsel and experts regarding discrepancies in damages data [1.0]; meeting with Dr. Munson regarding same [1.0]. | | $ 1,520.00 | | TM |
| 1760 | 2/15/2016 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Telephone call from Dr. Munson regarding analysis of damages data discrepancies [.1]. | | $ 47.50 | | TM |
| 1761 | 2/18/2016 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | revise calling script | | $ 127.50 | | RW |
| 1762 | 2/18/2016 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Updated production log. | | $ 30.00 | | TM |
| 1763 | 2/18/2016 | Erika Nusser | 0.60 | $ 350.00 | 210.00 | Worked on adding information regarding Denham Amendment to class member call script and emails regarding the same [.6] | | $ 210.00 | | TM |
| 1764 | 2/18/2016 | Toby Marshall | 0.80 | $ 475.00 | 380.00 | Analyzed issues regarding damages data [.6]; emails to opposing counsel and Dr. Munson regarding same [.2]. | | $ 380.00 | | TM |
| 1765 | 2/26/2016 | Eden Nordby | 0.70 | $ 150.00 | 105.00 | Reviewed class member call script; worked on contacting potential class member witnesses [redacted]; updated tracking spreadsheet. | | $ 105.00 | | TM |
| 1766 | 3/10/2016 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | speak to driver witness re case | | $ 170.00 | | RW |
| 1767 | 3/16/2016 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Message from Mr. Tena regarding [redacted] [.1]; telephone conference with Mr. Tena regarding same [.1]. | | $ 95.00 | | TM |
| 1768 | 3/17/2016 | Toby Marshall | 0.70 | $ 475.00 | 332.50 | Reviewed email from court clerk regarding setting of hearing on motions for summary judgment and email correspondence with co-counsel and opposing counsel regarding same [.2]; analyzed issues regarding inquiry by widow of class member [redacted] and email correspondence with co-counsel regarding same [.1]; worked on preparing notebook for hearing on motions for summary judgment [.2]; worked on case management issues [.2]. | | $ 332.50 | | TM |
| 1769 | 3/18/2016 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Telephone conference with non-class member regarding case status. | 0.20 | $ - | Relevance | TM |
| 1770 | 3/18/2016 | Hannelore Ohaus | 0.30 | $ 75.00 | 22.50 | Worked on docketing. | 0.30 | $ - | Administrative | TM |
| 1771 | 3/18/2016 | Razel Agustino | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1772 | 3/18/2016 | Sam Hoover | 1.50 | $ 50.00 | 75.00 | Created case management notebooks for Mr. Marshall re Motions for Summary Judgment | 1.50 | $ - | Administrative | TM |
| 1773 | 3/18/2016 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Email correspondence with court and co-counsel regarding scheduling of Knight hearing; docketed same [.1]. | | $ 47.50 | | TM |
| 1774 | 4/8/2016 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Email correspondence with co-counsel regarding scheduling of moot for upcoming hearing on summary judgment motions [.1]. | | $ 47.50 | | TM |
| 1775 | 4/15/2016 | Holly Rota | 0.50 | $ 100.00 | 50.00 | Update client contact information. | | $ 50.00 | | TM |
| 1776 | 4/15/2016 | Toby Marshall | 0.10 | $ 475.00 | 47.50 | Prepared for argument on motions for partial summary judgment [.1]. | 0.10 | $ - | Unsuccessful Claims | TM |
| 1777 | 4/17/2016 | Toby Marshall | 1.80 | $ 475.00 | 855.00 | Reviewed briefing and case law in preparation for hearing on motions for partial summary judgment [1.8]. | 0.90 | $ 427.50 | Unsuccessful Claims | TM |
| 1778 | 4/18/2016 | Toby Marshall | 1.40 | $ 475.00 | 665.00 | Researched and analyzed issues regarding motions for partial summary judgment and worked on outline of argument for hearing on same [1.4]. | 0.70 | $ 332.50 | Unsuccessful Claims | TM |
| 1779 | 4/18/2016 | Greg Wolk | 2.00 | $ 425.00 | 850.00 | meet with co-counsel to prep for hearing | 1.00 | $ 425.00 | Unsuccessful claims | RW |
| 1780 | 4/19/2016 | Hardeep Rekhi | 3.33 | $ 425.00 | 1,413.24 | Moot Court Argument/ strategize Summary judgment argument | 1.30 | $ 860.74 | Unsuccessful Claims | RW |
| 1781 | 4/19/2016 | Hardeep Rekhi | 2.00 | $ 425.00 | 850.00 | meet with co-counsel to prep for hearing | 1.00 | $ 425.00 | Unsuccessful Claims | RW |
| 1782 | 4/19/2016 | Erika Nusser | 2.50 | $ 350.00 | 875.00 | Travelled to and from and participated in preparation for hearing on plaintiffs' motion for partial summary judgment, and researched legal and factual issues related to the same [2.5] | 0.60 | $ 665.00 | Unsuccessful Claims | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 65
CASE NO. 2:12-CV-00904-RSL

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 1783 | 4/19/2016 | Toby Marshall | 9.50 | $ 475.00 | $ 4,512.50 | Researched and analyzed issues regarding motions for partial summary judgment and worked on outline of argument and PowerPoint presentation for hearing on same [5.4]; traveled to, participated in, and returned from meeting with co-counsel to moot argument for hearing on motions for partial summary judgment [4.1]. | 4.80 | $ 2,232.50 | Unsuccessful Claims | TM |
| 1784 | 4/20/2016 | Greg Wolk | 0.90 | $ 425.00 | 382.50 | confer with co-counsel re motion for partial summary judgment | | $ 382.50 | | RW |
| 1785 | 4/20/2016 | Hardeep Rekhi | 0.90 | $ 425.00 | 382.50 | confer with co-counsel re motion for partial summary judgment | | $ 382.50 | | RW |
| 1786 | 4/20/2016 | Erika Nusser | 0.90 | $ 350.00 | 315.00 | Conference in preparation for hearing on plaintiffs' motion for partial summary judgment [.9]. | 0.20 | $ 245.00 | Unsuccessful Claims | TM |
| 1787 | 4/20/2016 | Toby Marshall | 6.90 | $ 475.00 | 3,277.50 | Researched and analyzed issues regarding motions for partial summary judgment and worked on outline of argument and PowerPoint presentation for hearing on same [6.0]; telephone conference with co-counsel regarding same [.9]. | 3.50 | $ 1,615.00 | Unsuccessful Claims | TM |
| 1788 | 4/21/2016 | Greg Wolk | 1.30 | $ 425.00 | 552.50 | prep and attend SJ hearing | 0.70 | $ 255.00 | Unsuccessful Claims | RW |
| 1789 | 4/21/2016 | Erika Nusser | 3.30 | $ 350.00 | 1,155.00 | Prepared for, travelled to and from and attended hearing on parties' cross motions for partial summary judgment [3.3] | 0.80 | $ 875.00 | Unsuccessful Claims | TM |
| 1790 | 4/21/2016 | Marc Cote | 0.20 | $ 375.00 | 75.00 | Conference regarding summary judgment hearing. | 0.20 | $ - | Efficiency | TM |
| 1791 | 4/21/2016 | Sam Hoover | 4.00 | $ 50.00 | 200.00 | Prepared ipad for Mr. Marshall's use in court; Tested presentation display on external screen; Gave tutorial to Mr. Marshall and Ms. Nusser re using PowerPoint on the ipad; Prepared physical copies of Mr. Marshall's presentation for use in court; | 4.00 | $ - | Administrative | TM |
| 1792 | 4/21/2016 | Toby Marshall | 6.70 | $ 475.00 | 3,182.50 | Worked on argument for hearing on motions for partial summary judgment [3.8]; traveled to, attended, and returned from hearing on motions for partial summary judgment [2.4]; meeting with co-counsel regarding same [.5]. | 3.40 | $ 1,567.50 | Unsuccessful Claims | TM |
| 1793 | 4/26/2016 | Eden Nordby | 0.20 | $ 150.00 | 30.00 | Email correspondence with co-counsel regarding hearing presentation. | | $ 30.00 | | TM |
| 1794 | 4/27/2016 | Greg Wolk | 0.50 | $ 425.00 | 212.50 | review Order on SJ | | $ 212.50 | | RW |
| 1795 | 4/27/2016 | Hardeep Rekhi | 0.75 | $ 425.00 | 318.75 | Review order; email regarding the same | | $ 318.75 | | RW |
| 1796 | 4/27/2016 | Erika Nusser | 0.50 | $ 350.00 | 175.00 | Order on motions for summary judgment and emails regarding the same [.5] | 0.30 | $ 70.00 | Unsuccessful Claims | TM |
| 1797 | 4/27/2016 | Hannelore Ohaus | 0.30 | $ 75.00 | 22.50 | Worked on docketing. | 0.30 | $ - | Administrative | TM |
| 1798 | 4/27/2016 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Reviewed order on motions for summary judgment and analyzed issues regarding same [.4]. | 0.20 | $ 95.00 | Unsuccessful Claims | TM |
| 1799 | 5/2/2016 | Eden Nordby | 0.10 | $ 150.00 | 15.00 | Reviewed correspondence regarding case update and new case schedule. | | $ 15.00 | | TM |
| 1800 | 5/2/2016 | Toby Marshall | 1.60 | $ 475.00 | 760.00 | Analyzed issues regarding claims to be tried, damages data analyses, and proposed case schedule in preparation for telephone conference with opposing counsel [.6]; telephone conference with opposing counsel regarding damages data analyses, mediation scheduling, and case schedule [.2]; worked on proposed case schedule [.3]; email correspondence with co-counsel regarding telephone conference with opposing counsel and proposed case schedule [.2]; worked on issues regarding damages calculations [.3]. | | $ 760.00 | | TM |
| 1801 | 5/3/2016 | Toby Marshall | 0.70 | $ 475.00 | 332.50 | Analyzed issues regarding schedule for exchange of damages calculations and pre-mediation offers [.3]; email to opposing counsel regarding proposed case schedule and deadlines for exchange of damages calculations and pre-mediation offers [.2]; analyzed issues regarding settlement strategy [.2]. | | $ 332.50 | | TM |
| 1802 | 5/5/2016 | Greg Wolk | 0.60 | $ 425.00 | 255.00 | confer w co-counsel re case schedule, data production and analyses, and mediation issues | | $ 255.00 | | RW |
| 1803 | 5/5/2016 | Hardeep Rekhi | 0.60 | $ 425.00 | 256.06 | Call potential class member; strategize mediation; Discussion regarding new class members | | $ 256.06 | | RW |
| 1804 | 5/5/2016 | Hardeep Rekhi | 0.60 | $ 425.00 | 255.00 | confer w co-counsel re case schedule, data production and analyses, and mediation issues | | $ 255.00 | | RW |
| 1805 | 5/5/2016 | Toby Marshall | 1.10 | $ 475.00 | 522.50 | Telephone conference with co-counsel regarding [redacted] [.4]; telephone conference with opposing counsel regarding case schedule, data production and analyses, and mediation issues [.2]; telephone conference with co-counsel regarding same [.2]; email correspondence with Ms. Roberts, co-counsel, and opposing counsel regarding proposed trial dates [.1]; worked on revisions to proposed case schedule and email to opposing counsel regarding same [.2]. | | $ 522.50 | | TM |
| 1806 | 5/6/2016 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Email correspondence with Ms. Roberts, opposing counsel, and co-counsel regarding case scheduling issues [.2]. | | $ 95.00 | | TM |
| 1807 | 5/16/2016 | Bradford Kinsey | 0.40 | $ 100.00 | 40.00 | Prepared 4/21/16 hearing transcript request [.1]; arranged filing and service [.1]; email correspondence to and from Ms. Zurn [.1]; requested check payment and arranged messenger [.1]. | | $ 40.00 | | TM |
| 1808 | 5/16/2016 | Hannelore Ohaus | 0.60 | $ 75.00 | 45.00 | Worked on docketing. | 0.60 | $ - | Administrative | TM |
| 1809 | 5/16/2016 | Razel Agustino | 0.30 | $ 75.00 | 22.50 | Worked on docketing. | 0.30 | $ - | Administrative | TM |
| 1810 | 5/18/2016 | Hardeep Rekhi | 0.25 | $ 425.00 | 106.49 | teleconfernce with witness | | $ 106.49 | | RW |
| 1811 | 5/23/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 66
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1812 | 5/25/2016 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Followed up with class representative regarding [redacted]. | | $ 30.00 | | TM |
| 1813 | 6/2/2016 | Eden Nordby | 0.80 | $ 150.00 | $ 120.00 | Worked on issues regarding defendant's document production. | | $ 120.00 | | TM |
| 1814 | 6/3/2016 | Eden Nordby | 0.30 | $ 150.00 | $ 45.00 | Worked on document production management; email correspondence regarding same. | | $ 45.00 | | TM |
| 1815 | 6/3/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Analyzed issues regarding damages data [.2]. | | $ 95.00 | | TM |
| 1816 | 6/9/2016 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | confer w co-counsel re moving forward | | $ 85.00 | | RW |
| 1817 | 6/9/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | confer w co-counsel re moving forward | | $ 85.00 | | RW |
| 1818 | 6/9/2016 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Telephone conference with co-counsel regarding damages data [.1]. | | $ 47.50 | | TM |
| 1819 | 6/17/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Analyzed issues regarding [redacted] [.2]. | | $ 95.00 | | TM |
| 1820 | 6/20/2016 | Toby Marshall | 1.60 | $ 475.00 | $ 760.00 | Worked on damages data issues and analysis [1.5]; email to opposing counsel regarding same [.1]. | | $ 760.00 | | TM |
| 1821 | 6/22/2016 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Analyzed issues regarding damages data and email correspondence with opposing counsel regarding same [.3]. | | $ 142.50 | | TM |
| 1822 | 7/7/2016 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Telephone conference with Mr. Tena regarding [redacted]; updated address in class list. | | $ 30.00 | | TM |
| 1823 | 7/12/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Telephone conference with opposing counsel regarding status of damages data extraction [.1]; email correspondence with co-counsel and Dr. Munson regarding same [.1]. | | $ 95.00 | | TM |
| 1824 | 7/13/2016 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Telephone call from Dr. Munson regarding damages data analysis [.1]. | | $ 47.50 | | TM |
| 1825 | 7/15/2016 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Left message with Dr. Munson regarding meeting to analyze damages data and calculations [.1]. | | $ 47.50 | | TM |
| 1826 | 7/19/2016 | Toby Marshall | 0.60 | $ 475.00 | $ 285.00 | Analyzed issues regarding mediation and email correspondence with co-counsel and opposing counsel regarding same [.2]; analyzed issues regarding damages analyses and calculations and email correspondence with opposing counsel regarding same [.2]; exchanged messages with Dr. Munson regarding damages analyses and calculations [.1]; telephone conference with Dr. Munson regarding meeting to analyze damages data and prepare calculations [.1]. | | $ 285.00 | | TM |
| 1827 | 7/21/2016 | Eden Nordby | 1.00 | $ 150.00 | $ 150.00 | Updated production log; worked on document production for expert review; forwarded same. | | $ 150.00 | | TM |
| 1828 | 7/21/2016 | Toby Marshall | 2.20 | $ 475.00 | $ 1,045.00 | Analyzed issues regarding damages data needed for mediation and email correspondence with opposing counsel regarding same [.2]; prepared for meeting with Dr. Munson regarding damages data and calculations [.3]; participated in same [1.4]; worked on getting additional document production to Dr. Munson [.2]; email to Dr. Munson regarding updated class list, prejudgment interest, and extrapolations for current employees [.1]. | | $ 1,045.00 | | TM |
| 1829 | 7/22/2016 | Eden Nordby | 0.50 | $ 150.00 | $ 75.00 | Worked on issues regarding document production for expert; email correspondence to expert regarding same. | | $ 75.00 | | TM |
| 1830 | 7/25/2016 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Email correspondence to expert regarding [redacted]. | | $ 30.00 | | TM |
| 1831 | 7/26/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Email correspondence with co-counsel and opposing counsel regarding proposed mediation dates [.1]; worked on efforts to lock in date [.1]. | | $ 95.00 | | TM |
| 1832 | 7/27/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | $ 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1833 | 7/27/2016 | Toby Marshall | 0.50 | $ 475.00 | $ 237.50 | Email correspondence with co-counsel and opposing counsel regarding scheduling of mediation [.2]; worked on issues related to same [.3]. | | $ 237.50 | | TM |
| 1834 | 7/28/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | Review email correspondance | | $ 85.00 | | RW |
| 1835 | 8/1/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Email correspondence regarding knight and review of bickley | | $ 42.50 | | RW |
| 1836 | 8/2/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Worked on damages data analyses [.2]. | | $ 95.00 | | TM |
| 1837 | 8/3/2016 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1838 | 8/3/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | $ 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1839 | 8/4/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | $ 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1840 | 8/4/2016 | Razel Agustino | 0.10 | $ 75.00 | $ 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1841 | 8/5/2016 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Left message with Dr. Munson regarding status of damages data analyses [.1]; telephone conference with Dr. Munson regarding same [.2]. | | $ 142.50 | | TM |
| 1842 | 8/7/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Email and voicemail messages from Dr. Munson regarding damages calculations [.1]; analyzed issues regarding same [.1]. | | $ 95.00 | | TM |
| 1843 | 8/8/2016 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Analyzed issues regarding exchange of damages calculations, mediation, and scheduling [.4]; email correspondence with opposing counsel regarding same [.1]; telephone call from opposing counsel regarding same [.3]. | | $ 380.00 | | TM |
| 1844 | 8/9/2016 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | confer w co-counsel re schedule | | $ 127.50 | | RW |
| 1845 | 8/9/2016 | Toby Marshall | 1.60 | $ 475.00 | $ 760.00 | Analyzed issues regarding case strategy, modifications to schedule, and proposed additional class [.4]; telephone conference with co-counsel regarding same [.3]; drafted proposed stipulation and order for modification of deadlines [.3]; email to co-counsel regarding same [.1]; email to opposing counsel regarding proposed case schedule modifications and settlement data [.1]; analyzed issues regarding damages calculations and related data [.4]. | | $ 760.00 | | TM |
| 1846 | 8/10/2016 | Toby Marshall | 1.70 | $ 475.00 | $ 807.50 | Telephone conferences with Dr. Munson regarding damages calculations [1.5]; worked on same [.2]. | | $ 807.50 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 67
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1847 | 8/11/2016 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | confer w co-counsel re schedule and mediation | | $ 127.50 | | RW |
| 1848 | 8/11/2016 | Hardeep Rekhi | 0.90 | $ 425.00 | 382.50 | Settlement Discussion with Mediator | | $ 382.50 | | RW |
| 1849 | 8/11/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Discuss mediation | | $ 85.00 | | RW |
| 1850 | 8/11/2016 | Toby Marshall | 1.90 | $ 475.00 | 902.50 | Worked on damages calculations [.6]; telephone conferences with Dr. Munson regarding same [1.3]. | | $ 902.50 | | TM |
| 1851 | 8/12/2016 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | confer w co-counsel re damages | | $ 85.00 | | RW |
| 1852 | 8/12/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | confer w co-counsel re damages | | $ 85.00 | | RW |
| 1853 | 8/12/2016 | Toby Marshall | 1.20 | $ 475.00 | 570.00 | Telephone conference with Dr. Munson regarding damages calculations [.8]; telephone conference with co-counsel regarding same [.2]; email correspondence with opposing counsel regarding exchange of damages calculations [.1]; analyzed issues regarding same [.1]. . | | $ 570.00 | | TM |
| 1854 | 8/14/2016 | Toby Marshall | 3.30 | $ 475.00 | 1,567.50 | Telephone conference with Dr. Munson regarding damages calculations [3.3]. | | $ 1,567.50 | | TM |
| 1855 | 8/15/2016 | Hardeep Rekhi | 3.20 | $ 425.00 | 1,360.00 | Telephone call with witness | | $ 1,360.00 | | RW |
| 1856 | 8/15/2016 | Toby Marshall | 1.80 | $ 475.00 | 855.00 | Telephone conferences with Dr. Munson regarding damages calculations [1.7]; email correspondence with opposing counsel regarding same [.1]. | | $ 855.00 | | TM |
| 1857 | 8/16/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | Telephone call w/ co-counsel | | $ 42.50 | | RW |
| 1858 | 8/16/2016 | Toby Marshall | 2.30 | $ 475.00 | 1,092.50 | Analyzed issues regarding damages calculations and email correspondence with co-counsel regarding same [.2]; telephone conferences with Dr. Munson regarding damages calculations [.6]; worked on narrative explanation of process for calculating damages [1.5]. | | $ 1,092.50 | | TM |
| 1859 | 8/17/2016 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | confer w co-counsel regarding damages calculations and settlement strategy | | $ 170.00 | | RW |
| 1860 | 8/17/2016 | Hardeep Rekhi | 1.10 | $ 425.00 | 467.50 | Review Damages Spreadsheet | | $ 467.50 | | RW |
| 1861 | 8/17/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | review damages | | $ 127.50 | | RW |
| 1862 | 8/17/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Review excel sheets related to damages | | $ 85.00 | | RW |
| 1863 | 8/17/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | teleconfernce with co-counsel | | $ 42.50 | | RW |
| 1864 | 8/17/2016 | Hardeep Rekhi | 0.60 | $ 425.00 | 255.00 | Review Damages Spreadsheets | | $ 255.00 | | RW |
| 1865 | 8/17/2016 | Hardeep Rekhi | 0.40 | $ 425.00 | 170.00 | confer w co-counsel regarding damages calculations and settlement strategy | | $ 170.00 | | RW |
| 1866 | 8/17/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1867 | 8/17/2016 | Toby Marshall | 4.20 | $ 475.00 | 1,995.00 | Worked on narrative explanation of damages calculations [1.8]; email correspondence with Dr. Munson regarding same [.1]; worked on damages calculations and email correspondence with Dr. Munson regarding same [.3]; telephone conference with co-counsel regarding damages calculations and settlement strategy [.4]; telephone conferences with Dr. Munson regarding narrative explanation of damages calculations and corrections to damages calculations [.9]; worked on project for identifying declarants with minimum wage violations [.1]; email to opposing counsel regarding damages calculations and supporting information [.1]; reviewed and analyzed issues regarding Knight's damages calculations and email correspondence with Dr. Munson and co-counsel regarding same [.5]. | | $ 1,995.00 | | TM |
| 1868 | 8/18/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | Email Correspondence | | $ 42.50 | | RW |
| 1869 | 8/18/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1870 | 8/18/2016 | Razel Agustino | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1871 | 8/18/2016 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone conference with Mr. Tena regarding [redacted] [.2]. | | $ 95.00 | | TM |
| 1872 | 8/19/2016 | Hardeep Rekhi | 1.40 | $ 425.00 | 595.00 | Review Knight Damages issues | | $ 595.00 | | RW |
| 1873 | 8/19/2016 | Eden Nordby | 0.40 | $ 150.00 | 60.00 | Reviewed damages data for class member declarants; email correspondence regarding same. | | $ 60.00 | | TM |
| 1874 | 8/19/2016 | Toby Marshall | 0.70 | $ 475.00 | 332.50 | Analyzed issues regarding minimum wage claim [.1]; telephone conference with Dr. Munson regarding issues with Knight's rest break damages calculations [.6]. | | $ 332.50 | | TM |
| 1875 | 8/23/2016 | Toby Marshall | 0.40 | $ 475.00 | 190.00 | Email and telephone call from Dr. Munson regarding additional data analysis for damages calculations [.4]. | | $ 190.00 | | TM |
| 1876 | 8/25/2016 | Greg Wolk | 2.80 | $ 425.00 | 1,190.00 | draft mediation letter | | $ 1,190.00 | | RW |
| 1877 | 8/26/2016 | Greg Wolk | 1.30 | $ 425.00 | 552.50 | revise mediation letter [.9]; confer w client re availability and status of case [.3]; confer with co-counsel re settlement issues (.1) | | $ 552.50 | | RW |
| 1878 | 8/26/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | review mediation brief | | $ 42.50 | | RW |
| 1879 | 8/26/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | confer w co-counsel re settlement issues | | $ 42.50 | | RW |
| 1880 | 8/26/2016 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Telephone conference with co-counsel regarding settlement issues [.1]; worked on mediation submission [.1]. | | $ 95.00 | | TM |
| 1881 | 8/28/2016 | Toby Marshall | 1.60 | $ 475.00 | 760.00 | Worked on mediation submission [1.6]. | | $ 760.00 | | TM |
| 1882 | 8/29/2016 | Greg Wolk | 0.40 | $ 425.00 | 170.00 | revise mediation letter | | $ 170.00 | | RW |
| 1883 | 8/30/2016 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | finalize mediation letter | | $ 127.50 | | RW |
| 1884 | 8/30/2016 | Hardeep Rekhi | 1.20 | $ 425.00 | 510.00 | correspondence re settlement | | $ 510.00 | | RW |
| 1885 | 8/30/2016 | Hardeep Rekhi | 0.40 | $ 425.00 | 170.00 | Review issues related to knight fees | | $ 170.00 | | RW |
| 1886 | 8/30/2016 | Toby Marshall | 0.30 | $ 475.00 | 142.50 | Worked on mediation submission [.3]. | | $ 142.50 | | TM |
| 1887 | 9/1/2016 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | contact clients re mediation | | $ 85.00 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 68
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1888 | 9/1/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | Review expert data; review issues for mediation; review mediation letter | | $ 85.00 | | RW |
| 1889 | 9/1/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Review issues related to mediation | | $ 42.50 | | RW |
| 1890 | 9/2/2016 | Hardeep Rekhi | 1.70 | $ 425.00 | $ 722.50 | Review issues related to mediation | | $ 722.50 | | RW |
| 1891 | 9/2/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Email correspondence with co-counsel regarding mediation submission [.1]; email correspondence with expert regarding invoice [.1]. | 0.10 | $ 47.50 | Administrative | TM |
| 1892 | 9/4/2016 | Toby Marshall | 2.80 | $ 475.00 | $ 1,330.00 | Worked on damage and class member share calculations, settlement strategy, and other issues in preparation for mediation [2.8]. | | $ 1,330.00 | | TM |
| 1893 | 9/5/2016 | Greg Wolk | 2.20 | $ 425.00 | $ 935.00 | prepare for mediation -review caselaw and orders (1); analyze approach with co-counsel (1.2) | | $ 935.00 | | RW |
| 1894 | 9/5/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | Review email correspondence; follow up on the same | | $ 85.00 | | RW |
| 1895 | 9/5/2016 | Hardeep Rekhi | 1.20 | $ 425.00 | $ 510.00 | analyze approach for mediation with co-counsel (1.2) | | $ 510.00 | | RW |
| 1896 | 9/5/2016 | Toby Marshall | 3.90 | $ 475.00 | $ 1,852.50 | Prepared for mediation by working on settlement strategy and researching and analyzing various issues regarding damages calculations, appropriate rate of pay for rest break damages, prejudgment interest entitlement, and alleged defense to willfulness claim [2.4]; email correspondence with co-counsel regarding mediation submissions [.1]; telephone conference with co-counsel regarding strategy for mediation and issues raised in Knight's mediation submission [1.2]; email to co-counsel regarding damages spreadsheet [.2]. | | $ 1,852.50 | | TM |
| 1897 | 9/6/2016 | Greg Wolk | 10.50 | $ 425.00 | $ 4,462.50 | attend mediation | | $ 4,462.50 | | RW |
| 1898 | 9/6/2016 | Hardeep Rekhi | 10.50 | $ 425.00 | $ 4,462.50 | Mediation | | $ 4,462.50 | | RW |
| 1899 | 9/6/2016 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Worked on file organization. | 0.20 | $ - | Administrative | TM |
| 1900 | 9/6/2016 | Erika Nusser | 11.00 | $ 350.00 | $ 3,850.00 | Prepared for, travelled to and from, and attended mediation [11] | | $ 3,850.00 | | TM |
| 1901 | 9/6/2016 | Toby Marshall | 10.70 | $ 475.00 | $ 5,082.50 | Traveled to, participated in, and returned from mediation [10.7]. | | $ 5,082.50 | | TM |
| 1902 | 9/7/2016 | Greg Wolk | 0.40 | $ 425.00 | $ 170.00 | call clients re mediation | | $ 170.00 | | RW |
| 1903 | 9/7/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | review email correspondence and follow up regarding settlement | | $ 42.50 | | RW |
| 1904 | 9/7/2016 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Telephone call from Mr. Tena regarding [redacted] [.1]. | | $ 47.50 | | TM |
| 1905 | 9/8/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | review email correspondence regarding settlement | | $ 42.50 | | RW |
| 1906 | 9/8/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Analyzed issues regarding expert deadlines and email correspondence with opposing counsel regarding same [.2]. | | $ 95.00 | | TM |
| 1907 | 9/9/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | email correpondence re settlement | | $ 42.50 | | RW |
| 1908 | 9/9/2016 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with opposing counsel and co-counsel regarding settlement [.1]. | | $ 47.50 | | TM |
| 1909 | 9/12/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | review email correspondence; | | $ 42.50 | | RW |
| 1910 | 9/12/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | $ 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1911 | 9/12/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Email correspondence with opposing counsel regarding expert disclosure deadline [.1]; analyzed issues regarding settlement negotiations and email correspondence with co-counsel regarding same [.1]. | | $ 95.00 | | TM |
| 1912 | 9/13/2016 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | confer w co-counsel re new settlement information | | $ 85.00 | | RW |
| 1913 | 9/13/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | review email correspondence | | $ 42.50 | | RW |
| 1914 | 9/13/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | confer w co-counsel re new settlement information | | $ 85.00 | | RW |
| 1915 | 9/13/2016 | Toby Marshall | 1.00 | $ 475.00 | $ 475.00 | Telephone call from opposing counsel regarding settlement negotiations [.5]; telephone conference with co-counsel regarding same [.4]; email correspondence with opposing counsel regarding rates charged by plaintiffs' counsel [.1]. | | $ 475.00 | | TM |
| 1916 | 9/14/2016 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | review emails from mediator and co-counsel re settlement [.2); confer re response (.1) | | $ 127.50 | | RW |
| 1917 | 9/14/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | email correspondence re settlement | | $ 42.50 | | RW |
| 1918 | 9/14/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | confer re response to e-mails from mediator re settlement (.1) | | $ 42.50 | | RW |
| 1919 | 9/14/2016 | Toby Marshall | 1.00 | $ 475.00 | $ 475.00 | Analyzed issues regarding settlement negotiations and email correspondence with Judge Kallas and co-counsel regarding same [.3]; telephone call from co-counsel regarding same [.1]; analyzed issues regarding damages calculations and underlying data [.4]; worked on issues regarding amended expert report [.2]. | | $ 475.00 | | TM |
| 1920 | 9/15/2016 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | confer w co-counsel re settlement negotiations | | $ 127.50 | | RW |
| 1921 | 9/15/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Emails re settlement | | $ 42.50 | | RW |
| 1922 | 9/15/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | $ 127.50 | confer w co-counsel re settlement negotiations | | $ 127.50 | | RW |
| 1923 | 9/15/2016 | Toby Marshall | 1.80 | $ 475.00 | $ 855.00 | Telephone call from co-counsel regarding settlement negotiations [.3]; analyzed issues regarding rest break calculations by experts on both sides [1.1]; telephone conference with Dr. Munson regarding same [.4]. | | $ 855.00 | | TM |
| 1924 | 9/16/2016 | Greg Wolk | 0.40 | $ 425.00 | $ 170.00 | confer with co-counsel re settlement negotiations and expert calculations | | $ 170.00 | | RW |
| 1925 | 9/16/2016 | Hardeep Rekhi | 0.50 | $ 425.00 | $ 212.50 | Discussion with co-counse regarding settlment offer; exclusion of expert | | $ 212.50 | | RW |
| 1926 | 9/16/2016 | Hardeep Rekhi | 0.40 | $ 425.00 | $ 170.00 | confer with co-counsel re settlement negotiations and expert calculations | | $ 170.00 | | RW |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1927 | 9/16/2016 | Toby Marshall | 1.50 | $ 475.00 | 712.50 | Worked on settlement negotiation and analyzed issues regarding expert calculations [.9]; telephone conference with co-counsel regarding same [.4]; telephone conference with Dr. Abbott regarding amended report and trial testimony [.1]; email conference with Dr. Abbott regarding data and calculations for settlement [.1]. | | $ 712.50 | | TM |
| 1928 | 9/18/2016 | Toby Marshall | 2.80 | $ 475.00 | 1,330.00 | Analyzed issues regarding damages calculations and data and worked on third amended expert report [1.0]; researched and analyzed issues regarding defendants arguments in settlement negotiations and drafted memorandum responding to same [1.8]. | | $ 1,330.00 | | TM |
| 1929 | 9/19/2016 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | review settlement offer and draft response to co-counsel | | $ 127.50 | | RW |
| 1930 | 9/19/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Settlement discussions regarding case; emails regarding the same | | $ 85.00 | | RW |
| 1931 | 9/19/2016 | Toby Marshall | 4.00 | $ 475.00 | 1,900.00 | Prepared for meeting with experts to work on third amended report [.1]; meeting with experts regarding damages calculations and third amended report [2.2]; worked on trial preparation and strategy issues [.3]; telephone conferences with co-counsel and Judge Kallas regarding settlement negotiations [.7]; telephone conference with opposing counsel regarding same [.7]. | | $ 1,900.00 | | TM |
| 1932 | 9/20/2016 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | confer with co-counsel re settlement negotiations | | $ 85.00 | | RW |
| 1933 | 9/20/2016 | Hardeep Rekhi | 0.40 | $ 425.00 | 170.00 | Review email correspondence; send out email re same | | $ 170.00 | | RW |
| 1934 | 9/20/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | confer with co-counsel re settlement negotiations | | $ 85.00 | | RW |
| 1935 | 9/20/2016 | Toby Marshall | 5.30 | $ 475.00 | 2,517.50 | Worked on settlement negotiations and email correspondence with co-counsel and opposing counsel regarding same [.5]; telephone conference with co-counsel regarding same [.2]; worked on damages calculations and third amended expert report [3.8]; telephone conferences with expert regarding same [.8]. | | $ 2,517.50 | | TM |
| 1936 | 9/21/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Review and respond to email correspondence | | $ 85.00 | | RW |
| 1937 | 9/21/2016 | Megan Wildhood | 0.70 | $ 75.00 | 52.50 | Production management. | 0.70 | $ - | Administrative | TM |
| 1938 | 9/21/2016 | Toby Marshall | 6.40 | $ 475.00 | 3,040.00 | Worked on third amended expert report [1.3]; worked on damages calculations [2.4]; telephone conferences with Dr. Munson regarding damages calculations and third amended expert report [2.6]; telephone conference with Dr. Abbott regarding same [.1]. | | $ 3,040.00 | | TM |
| 1939 | 9/22/2016 | Greg Wolk | 1.60 | $ 425.00 | 680.00 | analyze damage analysis and settlement offer | | $ 680.00 | | RW |
| 1940 | 9/22/2016 | Greg Wolk | 0.30 | $ 425.00 | 127.50 | confer with co-counsel re Knight's current rest break practices | | $ 127.50 | | RW |
| 1941 | 9/22/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | Review Damages documents | | $ 127.50 | | RW |
| 1942 | 9/22/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | confer with co-counsel re Knight's current rest break practices | | $ 127.50 | | RW |
| 1943 | 9/22/2016 | Toby Marshall | 7.60 | $ 475.00 | 3,610.00 | Worked on third amended expert report [4.7]; telephone calls from and email correspondence with Dr. Munson regarding same [1.7]; telephone conference with Dr. Abbott regarding same [.1]; analyzed issues regarding Knight's current rest break practices [.3]; telephone conference with co-counsel regarding same [.5]; [.3]; reviewed damages calculations and analyzed issues regarding same [.5]. | | $ 3,610.00 | | TM |
| 1944 | 9/23/2016 | Greg Wolk | 1.30 | $ 425.00 | 552.50 | contact clients re [redacted] [.5]; confer with co-counsel re settlement and expert report | | $ 552.50 | | RW |
| 1945 | 9/23/2016 | Hardeep Rekhi | 0.70 | $ 425.00 | 297.50 | Review case file for trial prep | | $ 297.50 | | RW |
| 1946 | 9/23/2016 | Hardeep Rekhi | 0.80 | $ 425.00 | 340.00 | confer with co-counsel re settlement and expert report | | $ 340.00 | | RW |
| 1947 | 9/23/2016 | Erika Nusser | 3.00 | $ 350.00 | 1,050.00 | Emails regarding settlement issues [.3]; analyzed expert reports [1.4]; conferences regarding settlement and trial strategy issues [1.3] | | $ 1,050.00 | | TM |
| 1948 | 9/23/2016 | Hannelore Ohaus | 1.30 | $ 75.00 | 97.50 | Ran PeopleMap searches for class member background information [.8]; Worked on docketing [.5]. | 0.50 | $ 60.00 | | TM |
| 1949 | 9/23/2016 | Toby Marshall | 8.00 | $ 475.00 | 3,800.00 | Telephone conferences with Dr. Munson regarding damages calculations and expert report [.5]; worked on expert report [3.8]; telephone conference with Dr. Abbott regarding same [.7]; telephone conferences with co-counsel regarding settlement and expert report [.8]; worked on settlement issues [.4]; telephone conference with opposing counsel regarding settlement [.2]; worked on trial preparation issues [1.6]. | | $ 3,800.00 | | TM |
| 1950 | 9/23/2016 | Greg Wolk | 0.20 | $ 425.00 | 85.00 | contact clients re [redacted] | | $ 85.00 | | RW |
| 1951 | 9/27/2016 | Erika Nusser | 1.70 | $ 350.00 | 595.00 | Commenced working on pretrial statement and analyzing production for exhibit list for trial [1.7] | | $ 595.00 | | TM |
| 1952 | 9/27/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 1953 | 9/29/2016 | Greg Wolk | 2.30 | $ 425.00 | 977.50 | contact drivers as witnesses for trial (1.8); confer with co-counsel (.5) | | $ 977.50 | | RW |
| 1954 | 9/29/2016 | Hardeep Rekhi | 0.50 | $ 425.00 | 212.50 | confer with co-counsel | | $ 212.50 | | RW |
| 1955 | 9/29/2016 | Eden Nordby | 0.50 | $ 150.00 | 75.00 | Telephone conference with co-counsel regarding [redacted]; email correspondence regarding [redacted]. | | $ 75.00 | | TM |
| 1956 | 9/29/2016 | Erika Nusser | 7.00 | $ 350.00 | 2,450.00 | Telephone conference and emails regarding class member calls in preparation for trial [.2]; analyzed production and worked on exhibit list for trial [6.8] | | $ 2,450.00 | | TM |
| 1957 | 9/30/2016 | Hardeep Rekhi | 0.70 | $ 425.00 | 297.50 | Review case documents related expert | | $ 297.50 | | RW |
| 1958 | 9/30/2016 | Hardeep Rekhi | 0.40 | $ 425.00 | 170.00 | Review case documents; review memo re expert | | $ 170.00 | | RW |
| 1959 | 9/30/2016 | Erika Nusser | 7.50 | $ 350.00 | 2,625.00 | Continued analyzing production and working on exhibit list for trial [7.5] | | $ 2,625.00 | | TM |
| 1960 | 9/30/2016 | Hannelore Ohaus | 0.20 | $ 75.00 | 15.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 70
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1961 | 10/3/2016 | Greg Wolk | 2.80 | $ 425.00 | 1,190.00 | review draft exhibit list (1); contact drivers for trial testimony (1.8) | | $ 1,190.00 | | RW |
| 1962 | 10/3/2016 | Hardeep Rekhi | 1.50 | $ 425.00 | 637.50 | Review documents; Review Quast Dep; Trial Prep; designate dep testimony | | $ 637.50 | | RW |
| 1963 | 10/3/2016 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Analyzed issues regarding pretrial statement and trial strategy [.2]. | | $ 95.00 | | TM |
| 1964 | 10/4/2016 | Greg Wolk | 0.90 | $ 425.00 | 382.50 | confer with co-counsel re trial strategy issues | | $ 382.50 | | RW |
| 1965 | 10/4/2016 | Hardeep Rekhi | 1.20 | $ 425.00 | 510.00 | Settlement discussions; ER 408 emails; review case file; prepare for trial | | $ 510.00 | | RW |
| 1966 | 10/4/2016 | Hardeep Rekhi | 0.90 | $ 425.00 | 382.50 | confer with co-counsel re settlement and trial strategy issues | | $ 382.50 | | RW |
| 1967 | 10/4/2016 | Eden Nordby | 2.00 | $ 150.00 | 300.00 | Worked on issues regarding contacting potential trial witnesses; made calls to class members regarding [redacted]. | | $ 300.00 | | TM |
| 1968 | 10/4/2016 | Erika Nusser | 2.00 | $ 350.00 | 700.00 | Telephone conferences regarding settlement and trial strategy issues [1.3]; conference regarding calls to locate trial witnesses [.3]; worked on call script to locate trial witnesses and emails regarding the same [.4] | | $ 700.00 | | TM |
| 1969 | 10/4/2016 | Hannelore Ohaus | 1.40 | $ 75.00 | 105.00 | Made phone calls to potential trial witnesses. | | $ 105.00 | | TM |
| 1970 | 10/4/2016 | Toby Marshall | 1.20 | $ 475.00 | 570.00 | Prepared for telephone conference with co-counsel regarding settlement and trial strategy issues [.1]; participated in same [.9]; analyzed issues regarding settlement talks [.2]. | | $ 570.00 | | TM |
| 1971 | 10/5/2016 | Greg Wolk | 1.20 | $ 425.00 | 510.00 | call drivers for trial availability (1); confer w co-counsel re settlement (.2) | | $ 510.00 | | RW |
| 1972 | 10/5/2016 | Hardeep Rekhi | 2.00 | $ 425.00 | 850.00 | review email correspondence and follow up regarding trial prep; review case orders; | | $ 850.00 | | RW |
| 1973 | 10/5/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | confer w co-counsel re settlement | | $ 85.00 | | RW |
| 1974 | 10/5/2016 | Eden Nordby | 0.40 | $ 150.00 | 60.00 | Telephone conference with class member regarding [redacted]. | | $ 60.00 | | TM |
| 1975 | 10/5/2016 | Toby Marshall | 1.50 | $ 475.00 | 712.50 | Telephone conferences with co-counsel regarding settlement negotiations, trial exhibits, and motions in limine [1.3]; telephone conference with opposing counsel regarding settlement negotiations [.2]. | | $ 712.50 | | TM |
| 1976 | 10/6/2016 | Greg Wolk | 1.60 | $ 425.00 | 680.00 | review Knight motion for continuance (.6); research opp (.6); confer with co-counsel re settlement strategy and pretrial preparations (.4) | | $ 680.00 | | RW |
| 1977 | 10/6/2016 | Hardeep Rekhi | 0.70 | $ 425.00 | 297.50 | Prepare for Trial; email correspondence and discussion re continuance | | $ 297.50 | | RW |
| 1978 | 10/6/2016 | Hardeep Rekhi | 0.40 | $ 425.00 | 170.00 | confer with co-counsel re settlement strategy and pretrial preparations | | $ 170.00 | | RW |
| 1979 | 10/6/2016 | Toby Marshall | 2.10 | $ 475.00 | 997.50 | Exchanged messages with opposing counsel regarding settlement negotiations [.1]; telephone conference with co-counsel regarding settlement strategy and pretrial preparations [.4]; worked on trial preparations [.5]; telephone conference with opposing counsel regarding settlement negotiations and defendant's request to continue trial date [.3]; telephone conference with co-counsel regarding same [.4]; worked on settlement issues [.2]; reviewed motion to continue trial date and analyzed issues regarding same [.2]. | | $ 997.50 | | TM |
| 1980 | 10/7/2016 | Greg Wolk | 4.30 | $ 425.00 | 1,827.50 | speak w drivers re trial availability (3.2); confer with co-counsel re trial witnesses, deposition designations and settlement issues (1.1) | | $ 1,827.50 | | RW |
| 1981 | 10/7/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | Discussion re trial prep; email correspondence re continuance | | $ 127.50 | | RW |
| 1982 | 10/7/2016 | Hardeep Rekhi | 1.10 | $ 425.00 | 467.50 | confer with co-counsel re trial witnesses, deposition designations and settlement issues | | $ 467.50 | | RW |
| 1983 | 10/7/2016 | Toby Marshall | 2.20 | $ 475.00 | 1,045.00 | Worked on outline of response to motion for continuance of trial and drafted email to co-counsel regarding same [.3]; worked on trial preparations [.1]; telephone conference with co-counsel regarding trial witnesses [.5]; telephone conferences with co-counsel regarding deposition designations and settlement issues [.6]; reviewed deposition transcripts for designation at trial [.2]; worked on settlement negotiations [.5]. | | $ 1,045.00 | | TM |
| 1984 | 10/8/2016 | Toby Marshall | 1.80 | $ 475.00 | 855.00 | Researched and analyzed issues regarding admission of deposition testimony from other cases [1.8]. | | $ 855.00 | | TM |
| 1985 | 10/9/2016 | Hardeep Rekhi | 1.60 | $ 425.00 | 680.00 | Review Deposition in prep for trial | | $ 680.00 | | RW |
| 1986 | 10/9/2016 | Toby Marshall | 5.10 | $ 475.00 | 2,422.50 | Drafted memorandum regarding admission of deposition transcripts from other cases [1.0]; reviewed expert report of Ms. Kwon and analyzed issues regarding same [2.3]; worked on pretrial statement [.5]; worked on outline of motions in limine [1.3]. | | $ 2,422.50 | | TM |
| 1987 | 10/10/2016 | Greg Wolk | 6.90 | $ 425.00 | 2,932.50 | draft opp to mtn to continue trial date (2.5); analyze expert report & depo designations (1.8); confer re settlement (.3); spoke w witnesses (1.1); confer with co-counsel re Knight's expert report, settlement strategy, and trial strategy (1.2) | | $ 2,932.50 | | RW |
| 1988 | 10/10/2016 | Hardeep Rekhi | 1.30 | $ 425.00 | 552.50 | Trial prep; review email correspondence; call potential trial witnesses | | $ 552.50 | | RW |
| 1989 | 10/10/2016 | Hardeep Rekhi | 1.20 | $ 425.00 | 510.00 | confer with co-counsel re Knight's expert report, settlement strategy, and trial strategy (1.2) | | $ 510.00 | | RW |
| 1990 | 10/10/2016 | Eden Nordby | 3.60 | $ 150.00 | 540.00 | Worked on Plaintiffs' deposition designations [2.5]; left message for class member regarding [redacted] [.1]; researched local rules regarding trial subpoenas; email correspondence regarding same [1]. | | $ 540.00 | | TM |
| 1991 | 10/10/2016 | Erika Nusser | 7.20 | $ 350.00 | 2,520.00 | Worked on Plaintiffs' Pretrial Statement [6]; telephone conference regarding settlement and case strategy issues [1.2] | | $ 2,520.00 | | TM |
| 1992 | 10/10/2016 | Hannelore Ohaus | 0.20 | $ 75.00 | 15.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 1993 | 10/10/2016 | Holly Rota | 0.20 | $ 100.00 | 20.00 | Updated master caption and related contacts. | | $ 20.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 71
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 1994 | 10/10/2016 | Toby Marshall | 4.40 | $ 475.00 | $ 2,090.00 | Worked on settlement negotiations and email correspondence with co-counsel regarding same [.2]; worked on trial strategy issues and email correspondence with co-counsel regarding same [.2]; worked on analysis of damages calculations by Knight's expert and email correspondence with co-counsel regarding same and expert discovery [.2]; worked on outline of motions in limine [.8]; email correspondence with opposing counsel regarding settlement [.1]; analyzed issues regarding pretrial statement [.2]; worked on analysis of exhibits for trial [.7]; telephone conference with co-counsel regarding Knight's expert report, settlement strategy, and trial strategy [1.2]; worked on pretrial statement [.8]. | | $ 2,090.00 | | TM |
| 1995 | 10/11/2016 | Greg Wolk | 4.30 | $ 425.00 | $ 1,827.50 | draft opp to mtn to continue (3); review draft pretrial statement (1.3); confer with co-counsel re pretrial statement (.2) | | $ 1,827.50 | | RW |
| 1996 | 10/11/2016 | Hardeep Rekhi | 1.80 | $ 425.00 | $ 765.00 | Case research re continuance | | $ 765.00 | | RW |
| 1997 | 10/11/2016 | Hardeep Rekhi | 0.80 | $ 425.00 | $ 340.00 | Review Pretrial statement; trial prep | | $ 340.00 | | RW |
| 1998 | 10/11/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | $ 127.50 | Review Quast Testimony; email correspondence re same | | $ 127.50 | | RW |
| 1999 | 10/11/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Email correspondence re discovery supplement | | $ 42.50 | | RW |
| 2000 | 10/11/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re pretrial statement (.2) | | $ 85.00 | | RW |
| 2001 | 10/11/2016 | Eden Nordby | 4.00 | $ 150.00 | $ 600.00 | Worked on trial deposition designations; worked on trial exhibit list; worked on trial exhibits; finalized pretrial statement; served same on opposing counsel. | | $ 600.00 | | TM |
| 2002 | 10/11/2016 | Erika Nusser | 9.90 | $ 350.00 | $ 3,465.00 | Analyzed documents, worked on pretrial order and deposition and discovery designations, and finalized the same for filing [9.9] | | $ 3,465.00 | | TM |
| 2003 | 10/11/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | $ 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 2004 | 10/11/2016 | Toby Marshall | 5.80 | $ 475.00 | $ 2,755.00 | Worked on pretrial statement [2.1]; telephone conference with co-counsel regarding same [.2]; worked on trial exhibits [.5]; researched and analyzed issues regarding knowing submission defense to liability under RCW 49.52.070 [.5]; prepared for call with opposing counsel regarding settlement [.1]; telephone conference with opposing counsel regarding settlement negotiations [.3]; worked on request to Knight for supplementation of specific discovery responses [.5]; worked on deposition designations [1.6]. | | $ 2,755.00 | | TM |
| 2005 | 10/12/2016 | Greg Wolk | 2.20 | $ 425.00 | $ 935.00 | finalize response to opp to continue trial date (2); confer with co-counsel re negotiations (.2) | | $ 935.00 | | RW |
| 2006 | 10/12/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Draft response to motion to continue | | $ 42.50 | | RW |
| 2007 | 10/12/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re negotiations (.2) | | $ 85.00 | | RW |
| 2008 | 10/12/2016 | Erika Nusser | 1.20 | $ 350.00 | $ 420.00 | Analyzed and revised response to motion to stay case [1.2]. | | $ 420.00 | | TM |
| 2009 | 10/12/2016 | Toby Marshall | 1.80 | $ 475.00 | $ 855.00 | Worked on response to motion for continuance of trial date [.6]; telephone call from co-counsel regarding same [.3]; telephone conference with Dr. Munson regarding issues with damages calculations by Knight's expert [.6]; telephone conference with co-counsel regarding same and settlement negotiations [.2]; worked on settlement negotiations [.1]. | | $ 855.00 | | TM |
| 2010 | 10/13/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | Review issue re per diem claim; email correspondence re the same | | $ 85.00 | | RW |
| 2011 | 10/13/2016 | Erika Nusser | 0.40 | $ 350.00 | $ 140.00 | Emails regarding factual and legal issues relating to written authorizations for per diem deduction [.4]. | | $ 140.00 | | TM |
| 2012 | 10/13/2016 | Toby Marshall | 2.30 | $ 475.00 | $ 1,092.50 | Telephone call from opposing counsel regarding settlement negotiations [.4]; email to opposing counsel regarding same [.1]; worked on motions in limine [1.8]. | | $ 1,092.50 | | TM |
| 2013 | 10/14/2016 | Greg Wolk | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel re settlement issues | | $ 42.50 | | RW |
| 2014 | 10/14/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel re settlement issues | | $ 42.50 | | RW |
| 2015 | 10/14/2016 | Eric Nusser | 0.20 | $ 150.00 | $ 30.00 | Email correspondence regarding motions in limine [.2]. | | $ 30.00 | | TM |
| 2016 | 10/14/2016 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Worked on motions in limine [.7]; telephone conference with co-counsel regarding settlement issues [.1]. | | $ 380.00 | | TM |
| 2017 | 10/17/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | $ 127.50 | Review Email correspondence related to trial prep and MIL; follow up on the same | | $ 127.50 | | RW |
| 2018 | 10/17/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | Review Reply related to Motion to Continue | | $ 85.00 | | RW |
| 2019 | 10/17/2016 | Erika Nusser | 2.80 | $ 350.00 | $ 980.00 | Conferences regarding motions in limine [.8]; worked on motions in limined [1.7]; analyzed reply to motion to continue and emails regarding the same [.3]. | | $ 980.00 | | TM |
| 2020 | 10/17/2016 | Toby Marshall | 1.70 | $ 475.00 | $ 807.50 | Prepared for telephone conference with opposing counsel regarding motions in limine [.2]; telephone conference with opposing counsel regarding motions in limine [.1]; analyzed issues regarding same [.1]; reviewed reply in support of motion for continuance of trial date [.2]. | | $ 807.50 | | TM |
| 2021 | 10/18/2016 | Greg Wolk | 2.00 | $ 425.00 | $ 850.00 | analyze mtns to limine (1); confer with co-counsel re motions in limine (1) | | $ 850.00 | | RW |
| 2022 | 10/18/2016 | Hardeep Rekhi | 1.00 | $ 425.00 | $ 425.00 | Telephone call regarding MIL; Draft the same | | $ 425.00 | | RW |
| 2023 | 10/18/2016 | Hardeep Rekhi | 0.70 | $ 425.00 | $ 297.50 | Review stipulation and issues related to MIL | | $ 297.50 | | RW |
| 2024 | 10/18/2016 | Hardeep Rekhi | 0.60 | $ 425.00 | $ 255.00 | Meeting re MIL | | $ 255.00 | | RW |
| 2025 | 10/18/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | Review issues related to MIL | | $ 85.00 | | RW |
| 2026 | 10/18/2016 | Hardeep Rekhi | 1.00 | $ 425.00 | $ 425.00 | confer with co-counsel re motions in limine (1) | | $ 425.00 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 72
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 2027 | 10/18/2016 | Eric Nusser | 8.40 | $ 150.00 | 1,260.00 | Drafted motions in limine [8.4]. | | $ 1,260.00 | | TM |
| 2028 | 10/18/2016 | Erika Nusser | 4.10 | $ 350.00 | 1,435.00 | Conference and outline regarding motion in limine to exclude other cases [1.2]; analyzed stipultion on motions in limine [.2]; worked on motions in limine [2.3]; telephone conference regarding motions in limine [.4]. | | $ 1,435.00 | | TM |
| 2029 | 10/18/2016 | Holly Rota | 0.30 | $ 100.00 | 30.00 | Worked on stipulation regarding motions in limine and proposed order regarding motions in limine. | | $ 30.00 | | TM |
| 2030 | 10/18/2016 | Toby Marshall | 3.90 | $ 475.00 | 1,852.50 | Prepared for telephone conference with co-counsel regarding motions in limine [.1]; telephone conference with co-counsel regarding motions in limine [1.0]; worked on stipulations regarding motions in limine [1.7]; drafted email to opposing counsel regarding same [.1]; worked on plaintiffs' motions in limine [1.0] . | | $ 1,852.50 | | TM |
| 2031 | 10/19/2016 | Greg Wolk | 0.10 | $ 425.00 | 42.50 | confer with co-counsel re stipulations on motions in limine | | $ 42.50 | | RW |
| 2032 | 10/19/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | 127.50 | Review issues relate to trial prep, MIL, email correspondence re the same | | $ 127.50 | | RW |
| 2033 | 10/19/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | 42.50 | confer with co-counsel re stipulations on motions in limine | | $ 42.50 | | RW |
| 2034 | 10/19/2016 | Erika Nusser | 6.60 | $ 350.00 | 2,310.00 | Worked on motions in limine [6.6]. | | $ 2,310.00 | | TM |
| 2035 | 10/19/2016 | Holly Rota | 1.00 | $ 100.00 | 100.00 | Worked on plaintiffs' motions in limine, declaration of Mr. Marshall in support of motion and proposed order. | | $ 100.00 | | TM |
| 2036 | 10/19/2016 | Toby Marshall | 5.80 | $ 475.00 | 2,755.00 | Worked on motions in limine [4.9]; telephone conferences with co-counsel regarding same [.4]; telephone conference with opposing counsel regarding stipulations on motions in limine [.1]; analyzed issues regarding same [.3]; email to opposing counsel regarding same [.1]. | | $ 2,755.00 | | TM |
| 2037 | 10/20/2016 | Bradford Kinsey | 2.30 | $ 100.00 | 230.00 | Reviewed, revised and finalized Plaintiffs' motions in limine; finalized Marshall declaration and proposed order; assembled exhibits; arranged filing and service. | | $ 230.00 | | TM |
| 2038 | 10/20/2016 | Eden Nordby | 5.00 | $ 150.00 | 750.00 | Worked on motions in limine; worked on declaration and exhibits in support of motions in limine. | | $ 750.00 | | TM |
| 2039 | 10/20/2016 | Erika Nusser | 9.60 | $ 350.00 | 3,360.00 | Worked on motions in limine, supporting documents and proposed order, and finalized the same for filing [9.6] | | $ 3,360.00 | | TM |
| 2040 | 10/20/2016 | Holly Rota | 1.20 | $ 100.00 | 120.00 | Worked on plaintiffs' motions in limine. | | $ 120.00 | | TM |
| 2041 | 10/20/2016 | Jennifer Boschen | 1.20 | $ 150.00 | 180.00 | Telephone and conferences regarding exhibits to motions in limine; prepared exhibits to motions in limine. | | $ 180.00 | | TM |
| 2042 | 10/20/2016 | Toby Marshall | 5.10 | $ 475.00 | 2,422.50 | Worked on motions in limine and researched and analyzed issues regarding same [5.1]. | | $ 2,422.50 | | TM |
| 2043 | 10/21/2016 | Erika Nusser | 0.20 | $ 350.00 | 70.00 | Order denying motion for stay [.2]. | | $ 70.00 | | TM |
| 2044 | 10/21/2016 | Holly Rota | 0.50 | $ 100.00 | 50.00 | Printed and mailed Judges' working copies of plaintiffs' motions in limine, declaration of Mr. Marshall in support of motion and proposed order. | | $ 50.00 | | TM |
| 2045 | 10/22/2016 | Toby Marshall | 0.20 | $ 475.00 | 95.00 | Worked on case management issues [.2]. | | $ 95.00 | | TM |
| 2046 | 10/23/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Email re Meeting of Attorneys | | $ 85.00 | | RW |
| 2047 | 10/23/2016 | Eden Nordby | 1.10 | $ 150.00 | 165.00 | Worked on plaintiffs' trial exhibits. | | $ 165.00 | | TM |
| 2048 | 10/24/2016 | Greg Wolk | 3.00 | $ 425.00 | 1,275.00 | prepare for pre-trial statement meeting (2.4); review Knight's reply to mtn to continue (.6) | | $ 1,275.00 | | RW |
| 2049 | 10/24/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Email to court; follow up re same | | $ 85.00 | | RW |
| 2050 | 10/24/2016 | Eden Nordby | 1.00 | $ 150.00 | 150.00 | Worked on trial exhibits. | | $ 150.00 | | TM |
| 2051 | 10/24/2016 | Erika Nusser | 1.80 | $ 350.00 | 630.00 | Analyzed Defendant's pretrial statement and proposed exhibits and emails regarding the same [1.3]; telephone conference regarding pretrial issues [.5]. | | $ 630.00 | | TM |
| 2052 | 10/24/2016 | Hannelore Ohaus | 0.30 | $ 75.00 | 22.50 | Worked on docketing. | 0.30 | $ - | Administrative | TM |
| 2053 | 10/24/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 2054 | 10/24/2016 | Toby Marshall | 3.80 | $ 475.00 | 1,805.00 | Prepared for pretrial conference of attorneys [.9]; traveled to, participated in, and returned from pretrial conference of attorneys [2.7]; worked on trial preparation issues [.2]. | | $ 1,805.00 | | TM |
| 2055 | 10/25/2016 | Greg Wolk | 1.60 | $ 425.00 | 680.00 | research willfulness and defenses | | $ 680.00 | | RW |
| 2056 | 10/25/2016 | Toby Marshall | 3.40 | $ 475.00 | 1,615.00 | Researched and analyzed issues regarding bona fide dispute defense to violations of RCW 49.52.050(2) [.8]; reviewed discovery responses in relation to same [.4]; drafted memorandum to co-counsel regarding same [.2]; telephone call from Dr. Abbott regarding trial scheduling issues [.1]; worked on trial exhibit issues [.5]; worked on pretrial order [1.0]; worked on trial strategy issues [.4]. | | $ 1,615.00 | | TM |
| 2057 | 10/26/2016 | Greg Wolk | 1.40 | $ 425.00 | 595.00 | revise pretrial order (.4); MIL responses (.4); confer with co-counsel re Knight's motions in limine and plan for responding to same (.6) | | $ 595.00 | | RW |
| 2058 | 10/26/2016 | Hardeep Rekhi | 0.80 | $ 425.00 | 340.00 | Review D's MIL | | $ 340.00 | | RW |
| 2059 | 10/26/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | 85.00 | Trial prep | | $ 85.00 | | RW |
| 2060 | 10/26/2016 | Hardeep Rekhi | 0.60 | $ 425.00 | 255.00 | confer with co-counsel re Knight's motions in limine and plan for responding to same | | $ 255.00 | | RW |
| 2061 | 10/26/2016 | Eden Nordby | 0.60 | $ 150.00 | 90.00 | Worked on trial exhibits [.2]; email correspondence regarding deposition designations [.1]; worked on document production management; updated production log [.3]. | | $ 90.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 73
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Date** | **Professional** | **Units** | **Price** | **Value** | **Narrative** | **Writedown** | **Revised Value** | **Writedown Explanation** | **Firm** |
| 2062 | 10/26/2016 | Erika Nusser | 0.70 | $ 350.00 | $ 245.00 | Telephone conference and emails regarding response to Defendant's motions in limine and analyzed the same [.7]. | | $ 245.00 | | TM |
| 2063 | 10/26/2016 | Toby Marshall | 3.90 | $ 475.00 | $ 1,852.50 | Worked on proposed pretrial order [.3]; email to co-counsel regarding same [.2]; email to opposing counsel regarding same [.2]; analyzed issues regarding exhibits [.2]; researched and analyzed issues regarding bona fide dispute exception to willfulness and worked on memorandum to co-counsel regarding same [2.4]; telephone conference with co-counsel regarding Knight's motions in limine and plan for responding to same [.6]. | | $ 1,852.50 | | TM |
| 2064 | 10/27/2016 | Greg Wolk | 1.10 | $ 425.00 | $ 467.50 | confer w co-counsel (.3); review pretrial order (.8) | | $ 467.50 | | RW |
| 2065 | 10/27/2016 | Hardeep Rekhi | 0.40 | $ 425.00 | $ 170.00 | Review and email correspondence re PTO | | $ 170.00 | | RW |
| 2066 | 10/27/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | $ 127.50 | confer w co-counsel (.3) | | $ 127.50 | | RW |
| 2067 | 10/27/2016 | Eden Nordby | 0.40 | $ 150.00 | $ 60.00 | Finalized and filed proposed pretrial order. | | $ 60.00 | | TM |
| 2068 | 10/27/2016 | Erika Nusser | 1.50 | $ 350.00 | $ 525.00 | Telephone conference regarding pretrial order and trial preparation [.5]; emails regarding pretrial order and case strategy issues, and worke don the same [1]. | | $ 525.00 | | TM |
| 2069 | 10/27/2016 | Holly Rota | 0.30 | $ 100.00 | $ 30.00 | Worked on agreement regarding partial settlement of class claims. | | $ 30.00 | | TM |
| 2070 | 10/27/2016 | Toby Marshall | 2.50 | $ 475.00 | $ 1,187.50 | Worked on finalizing terms of partial settlement for signature [.1]; worked on finalizing stipulation and proposed order on agreed in limine issues [.1]; worked on pretrial order issues [.1]; telephone conference with co-counsel regarding same [.3]; telephone conference with opposing counsel regarding pretrial order and settlement [.6]; telephone conference with co-counsel regarding pretrial order [.1]; worked on revisions to pretrial order [.4]; researched and analyzed issues regarding bona fide dispute defense [.4]; email correspondence with opposing counsel regarding revisions to pretrial order [.2]; analyzed issues regarding same [.1]; worked on filing of same [.1]. | | $ 1,187.50 | | TM |
| 2071 | 10/28/2016 | Greg Wolk | 1.00 | $ 425.00 | $ 425.00 | draft opp to Knight MIL 2 | | $ 425.00 | | RW |
| 2072 | 10/28/2016 | Erika Nusser | 0.50 | $ 350.00 | $ 175.00 | Emails regarding case strategy issues, and briefing on liability for rest break practices after summary judgment order [.5]. | | $ 175.00 | | TM |
| 2073 | 10/28/2016 | Toby Marshall | 2.00 | $ 475.00 | $ 950.00 | Researched and analyzed issues regarding Knight's motions in limine [2.0]. | | $ 950.00 | | TM |
| 2074 | 10/30/2016 | Toby Marshall | 4.80 | $ 475.00 | $ 2,280.00 | Researched and analyzed issues regarding Knight's motions in limine and worked on response to same [4.8]. | | $ 2,280.00 | | TM |
| 2075 | 10/31/2016 | Greg Wolk | 2.40 | $ 425.00 | $ 1,020.00 | finalize draft opp MIL 2 (.4); analyze & revise draft opps to Knight MILs 1, 3-6 (2) | | $ 1,020.00 | | RW |
| 2076 | 10/31/2016 | Hardeep Rekhi | 3.80 | $ 425.00 | $ 1,615.00 | Review case law; Draft MIL; Review MIL; Trial prep | | $ 1,615.00 | | RW |
| 2077 | 10/31/2016 | Hardeep Rekhi | 0.40 | $ 425.00 | $ 170.00 | Work on opposition to MIL | | $ 170.00 | | RW |
| 2078 | 10/31/2016 | Eden Nordby | 1.20 | $ 150.00 | $ 180.00 | Worked on trial subpoenas and acceptance of service regarding same. | | $ 180.00 | | TM |
| 2079 | 10/31/2016 | Erika Nusser | 6.20 | $ 350.00 | $ 2,170.00 | Worked on responses to Defendant's motions in limine [6.2]. | | $ 2,170.00 | | TM |
| 2080 | 10/31/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | $ 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 2081 | 10/31/2016 | Toby Marshall | 9.30 | $ 475.00 | $ 4,417.50 | Worked on opposition to Knight's motions in limine and researched and analyzed issues regarding same [9.2]; analyzed issues regarding deadline for jury instructions and email correspondence with opposing counsel regarding same [.1]. | | $ 4,417.50 | | TM |
| 2082 | 11/1/2016 | Greg Wolk | 0.70 | $ 425.00 | $ 297.50 | review MIL responses | | $ 297.50 | | RW |
| 2083 | 11/1/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Discuss MIL | | $ 42.50 | | RW |
| 2084 | 11/1/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Discuss MIL | | $ 42.50 | | RW |
| 2085 | 11/1/2016 | Eden Nordby | 0.40 | $ 150.00 | $ 60.00 | Finalized trial subpoenas. | | $ 60.00 | | TM |
| 2086 | 11/1/2016 | Erika Nusser | 0.40 | $ 350.00 | $ 140.00 | Emails regarding stipulation on agreed motions in limine [.2]; conference and emails regarding trial subpoenas [.2]. | | $ 140.00 | | TM |
| 2087 | 11/1/2016 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Reviewed Knight's opposition to plaintiffs' motions in limine and analyzed issues regarding same [.3]; worked on subpoenas for Quest and Jenkins [.1]; worked on stipulation regarding agreed in limine terms and email correspondence with co-counsel regarding same [.2]; telephone conference with Mr. Head regarding expert testimony [.2]. | | $ 380.00 | | TM |
| 2088 | 11/2/2016 | Greg Wolk | 1.40 | $ 425.00 | $ 595.00 | analyze & respond to objections to dep designations (.8); object to Knight's dep designations (.6) | | $ 595.00 | | RW |
| 2089 | 11/2/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Trial prep | | $ 42.50 | | RW |
| 2090 | 11/2/2016 | Bradford Kinsey | 1.20 | $ 100.00 | $ 120.00 | Prepared draft of Plaintiffs' proposed jury instructions and special verdict form. | | $ 120.00 | | TM |
| 2091 | 11/2/2016 | Erika Nusser | 0.30 | $ 350.00 | $ 105.00 | Conference and emails regarding trial strategy issues [.3]. | | $ 105.00 | | TM |
| 2092 | 11/2/2016 | Toby Marshall | 6.40 | $ 475.00 | $ 3,040.00 | Worked on jury instructions and researched and analyzed issues regarding same [6.4]. | | $ 3,040.00 | | TM |
| 2093 | 11/3/2016 | Greg Wolk | 1.10 | $ 425.00 | $ 467.50 | analyze jury instructions & verdict form (.8); confer with co-counsel re jury instructions (.3) | | $ 467.50 | | RW |
| 2094 | 11/3/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | $ 127.50 | confer with co-counsel re jury instructions (.3) | | $ 127.50 | | RW |
| 2095 | 11/3/2016 | Bradford Kinsey | 0.60 | $ 100.00 | $ 60.00 | Prepared draft of trial brief; reviewed and revised Plaintiffs' proposed jury instructions. | | $ 60.00 | | TM |
| 2096 | 11/3/2016 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Worked on file organization. | | $ 30.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 74
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 2097 | 11/3/2016 | Erika Nusser | 3.20 | $ 350.00 | $ 1,120.00 | Analyzed proposed jury instructions and worked on proposed verdict form, and emails regarding the same [3.2] | | $ 1,120.00 | | TM |
| 2098 | 11/3/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | $ 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 2099 | 11/3/2016 | Toby Marshall | 5.10 | $ 475.00 | $ 2,422.50 | Worked on jury instructions and researched and analyzed issues regarding same [3.7]; telephone conference with co-counsel regarding same [.3]; worked on jury verdict form [1.1]. | | $ 2,422.50 | | TM |
| 2100 | 11/4/2016 | Erika Nusser | 5.00 | $ 350.00 | $ 1,750.00 | Worked on brief regarding liability for rest break practices after summary judgment order [5] | | $ 1,750.00 | | TM |
| 2101 | 11/4/2016 | Hannelore Ohaus | 0.10 | $ 75.00 | $ 7.50 | Worked on docketing. | 0.10 | $ - | Administrative | TM |
| 2102 | 11/4/2016 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Outlined plan for briefing Knight's liability for rest break practices from July to December 2016 [.2]; worked on revisions to jury instructions [.1]. | | $ 142.50 | | TM |
| 2103 | 11/6/2016 | Erika Nusser | 2.20 | $ 350.00 | $ 770.00 | Worked on brief regarding liability for rest break practices after summary judgment order [2.2] | | $ 770.00 | | TM |
| 2104 | 11/7/2016 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | analyze settlement offer and confer w co-counsel | | $ 255.00 | | RW |
| 2105 | 11/7/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | work on Settlement of Claims | | $ 85.00 | | RW |
| 2106 | 11/7/2016 | Hardeep Rekhi | 0.60 | $ 425.00 | $ 255.00 | analyze settlement offer and confer w co-counsel | | $ 255.00 | | RW |
| 2107 | 11/7/2016 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Left message for class member regarding [redacted]. | | $ 15.00 | | TM |
| 2108 | 11/7/2016 | Erika Nusser | 7.50 | $ 350.00 | $ 2,625.00 | Worked on brief regarding liability for rest break practices after summary judgment order [4.9]; worked on proposed CR2 agreement [.5]; telephone conferences and emails regarding settlement issues [2.1]. | | $ 2,625.00 | | TM |
| 2109 | 11/7/2016 | Toby Marshall | 1.20 | $ 475.00 | $ 570.00 | Analyzed issues regarding Knight's settlement offer [.4]; telephone conferences with co-counsel regarding same [.8]. | | $ 570.00 | | TM |
| 2110 | 11/8/2016 | Greg Wolk | 0.60 | $ 425.00 | $ 255.00 | confer with co-counsel re settlement issues | | $ 255.00 | | RW |
| 2111 | 11/8/2016 | Hardeep Rekhi | 1.00 | $ 425.00 | $ 425.00 | Draft Settlement; discussion and strategize re the same | | $ 425.00 | | RW |
| 2112 | 11/8/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Email correspondence re settlement | | $ 42.50 | | RW |
| 2113 | 11/8/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Review and discuss settlement issues | | $ 42.50 | | RW |
| 2114 | 11/8/2016 | Hardeep Rekhi | 0.60 | $ 425.00 | $ 255.00 | confer with co-counsel re settlement issues | | $ 255.00 | | RW |
| 2115 | 11/8/2016 | Erika Nusser | 6.30 | $ 350.00 | $ 2,205.00 | Telephone conferences and emails regarding settlement issues, and worked on revisions to proposed settlement [3.7]; worked on revisions to motion relating to liability for rest break practices after summary order, and supporting documents [1.5]; worked on stipulation to stay case and emails regarding the same [.4]; worked on trial brief [.7]. | | $ 2,205.00 | | TM |
| 2116 | 11/8/2016 | Toby Marshall | 2.60 | $ 475.00 | $ 1,235.00 | Worked on draft settlement agreement regarding rest break and per diem claims and analyzed issues regarding same [.5]; reviewed defendant's settlement terms proposal and analyzed issues regarding same [.2]; worked on brief regarding Knight's liability on rest breaks from July to December 2016 [1.0]; telephone conference with co-counsel regarding settlement issues [.6]; worked on additional revisions to settlement agreement [.3]. | | $ 1,235.00 | | TM |
| 2117 | 11/9/2016 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re settlement agreement | | $ 85.00 | | RW |
| 2118 | 11/9/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | Review, revise draft proposed stipulation | | $ 42.50 | | RW |
| 2119 | 11/9/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re settlement agreement | | $ 85.00 | | RW |
| 2120 | 11/9/2016 | Eden Nordby | 0.40 | $ 150.00 | $ 60.00 | Worked on terms of settlement; forwarded same to co-counsel and opposing counsel. | | $ 60.00 | | TM |
| 2121 | 11/9/2016 | Erika Nusser | 0.70 | $ 350.00 | $ 245.00 | Analyzed proposed CR2 agreement and emails regarding the same [.7]. | | $ 245.00 | | TM |
| 2122 | 11/9/2016 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Telephone conferences with co-counsel regarding settlement agreement [a]; analyzed issues regarding same [.2]; worked on revisions to and execution of same [.2]. | | $ 190.00 | | TM |
| 2123 | 11/11/2016 | Greg Wolk | 1.80 | $ 425.00 | $ 765.00 | call clients and class members | | $ 765.00 | | RW |
| 2124 | 11/13/2016 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Emails to Mr. Head, Dr. Abbott, and Dr. Munson regarding settlement of case [.1]; worked on outline of next steps [.2]. | | $ 142.50 | | TM |
| 2125 | 11/14/2016 | Greg Wolk | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re next steps | | $ 85.00 | | RW |
| 2126 | 11/14/2016 | Hardeep Rekhi | 0.30 | $ 425.00 | $ 127.50 | Review issues related to Denham Act and FAAAA amendement | | $ 127.50 | | RW |
| 2127 | 11/14/2016 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | review documents related to settlement; discuss next steps | | $ 42.50 | | RW |
| 2128 | 11/14/2016 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | confer with co-counsel re next steps | | $ 85.00 | | RW |
| 2129 | 11/14/2016 | Hannelore Ohaus | 0.40 | $ 75.00 | $ 30.00 | Worked on docketing. | 0.40 | $ - | Administrative | TM |
| 2130 | 11/14/2016 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Telephone conferences with co-counsel regarding post-settlement work to be done [.2]; analyzed issues regarding same [.1]; telephone conference with opposing counsel regarding drafting of full settlement agreement [.1]. | | $ 190.00 | | TM |
| 2131 | 11/15/2016 | Hardeep Rekhi | 2.30 | $ 425.00 | $ 977.50 | Research regarding legislative issues | | $ 977.50 | | RW |
| 2132 | 11/16/2016 | Greg Wolk | 0.40 | $ 425.00 | $ 170.00 | call drivers | | $ 170.00 | | RW |
| 2133 | 11/16/2016 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Email correspondence regarding class list updating for settlement notice. | | $ 30.00 | | TM |
| 2134 | 11/17/2016 | Hardeep Rekhi | 1.00 | $ 425.00 | $ 425.00 | Review case law related to motion to continue | | $ 425.00 | | RW |
| 2135 | 11/17/2016 | Eden Nordby | 0.40 | $ 150.00 | $ 60.00 | Worked on spreadsheet for class member address updates. | | $ 60.00 | | TM |
| 2136 | 11/17/2016 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Telephone call from Dr. Abbott regarding status of trial [.1]. | | $ 47.50 | | TM |
| 2137 | 11/27/2016 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Analyzed fee multipliers and worked on game plan for researching same [.3]. | | $ 142.50 | | TM |
| 2138 | 11/28/2016 | Eric Nusser | 0.40 | $ 150.00 | $ 60.00 | Evaluated research project regarding lodestar fee multipliers [.4]. | | $ 60.00 | | TM |
| 2139 | 11/29/2016 | Eric Nusser | 0.40 | $ 150.00 | $ 60.00 | Researched and analyzed issues regarding fee multipliers. | | $ 60.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 75
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 2140 | 11/30/2016 | Eric Nusser | 4.50 | $ 150.00 | $ 675.00 | Legal research regarding lodestar fee multipliers [4.5]. | | $ 675.00 | | TM |
| 2141 | 12/1/2016 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Updated class member contact information. | | $ 30.00 | | TM |
| 2142 | 12/5/2016 | Eric Nusser | 1.10 | $ 150.00 | $ 165.00 | Legal research and drafted memo regarding lodestar fee multpliers [1.1]. | | $ 165.00 | | TM |
| 2143 | 12/5/2016 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with opposing counsel regarding status of settlement agreement [.1]. | | $ 47.50 | | TM |
| 2144 | 12/6/2016 | Eric Nusser | 2.60 | $ 150.00 | $ 390.00 | Legal research and drafted memo regarding lodestar fee multipliers [2.6]. | | $ 390.00 | | TM |
| 2145 | 12/7/2016 | Eric Nusser | 7.10 | $ 150.00 | $ 1,065.00 | Legal research regarding lodestar fee multipliers [4.1]; drafted memo regarding lodestar fee multipliers [3]. | 3.00 | $ 615.00 | Efficiency | TM |
| 2146 | 12/8/2016 | Eric Nusser | 9.50 | $ 150.00 | $ 1,425.00 | Legal research regarding lodestar fee multipliers [3.4]; drafted and edited memo regarding lodestar fee multipliers [6.1]. | 6.00 | $ 525.00 | Efficiency | TM |
| 2147 | 12/14/2016 | Toby Marshall | 0.50 | $ 475.00 | $ 237.50 | Reviewed Knight's draft of the settlement agreement and analyzed issues regarding same [.5]. | | $ 237.50 | | TM |
| 2148 | 12/15/2016 | Greg Wolk | 1.50 | $ 425.00 | $ 637.50 | analyze and revise draft settlement agreement; confer w clients re status | | $ 637.50 | | RW |
| 2149 | 12/15/2016 | Hardeep Rekhi | 1.90 | $ 425.00 | $ 807.50 | Settlement analysis | | $ 807.50 | | RW |
| 2150 | 12/20/2016 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Worked on settlement agreement and email correspondence with co-counsel regarding same [.2]. | | $ 95.00 | | TM |
| 2151 | 12/21/2016 | Hardeep Rekhi | 1.30 | $ 425.00 | $ 552.50 | Correspondence with co-counsel re class issues | | $ 552.50 | | RW |
| 2152 | 12/22/2016 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with opposing counsel regarding status of settlement agreement [.1]. | | $ 47.50 | | TM |
| 2153 | 12/30/2016 | Toby Marshall | 0.90 | $ 475.00 | $ 427.50 | Worked on draft settlement agreement [.9]. | | $ 427.50 | | TM |
| 2154 | 1/11/2017 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Updated class member contact information in class list. | | $ 30.00 | | TM |
| 2155 | 1/12/2017 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | confer w co-counsel re next steps | | $ 127.50 | | RW |
| 2156 | 1/12/2017 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | Meeting | | $ 85.00 | | RW |
| 2157 | 1/12/2017 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | Meeting | | $ 85.00 | | RW |
| 2158 | 1/12/2017 | Hardeep Rekhi | 0.30 | $ 425.00 | $ 127.50 | confer w co-counsel re next steps | | $ 127.50 | | RW |
| 2159 | 1/12/2017 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Telephone conference with co-counsel regarding strategy for reviewing details of time records, filing motion for award of fees and costs, and filing for preliminary approval [.4]. | 0.10 | $ 142.50 | Administrative | TM |
| 2160 | 1/13/2017 | Hardeep Rekhi | 8.30 | $ 425.00 | $ 3,527.50 | review settlement issues; email correspondence re the same | | $ 3,527.50 | | RW |
| 2161 | 1/18/2017 | Hardeep Rekhi | 0.90 | $ 425.00 | $ 382.50 | ER 408 issues | | $ 382.50 | | RW |
| 2162 | 1/19/2017 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Email correspondence regarding class representative. | | $ 15.00 | | TM |
| 2163 | 1/19/2017 | Eden Nordby | 0.10 | $ 150.00 | $ 15.00 | Email correspondence regarding class representative. | | $ 15.00 | | TM |
| 2164 | 1/19/2017 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Telephone call from Mr. Tena regarding settlement agreement and upcoming surgery [.2]. | | $ 95.00 | | TM |
| 2165 | 1/23/2017 | Hardeep Rekhi | 0.60 | $ 425.00 | $ 255.00 | ER 408 Discussions | | $ 255.00 | | RW |
| 2166 | 1/23/2017 | Toby Marshall | 1.10 | $ 475.00 | $ 522.50 | Worked on compiling and coordinating detailed fees and costs reports [.2]; email correspondence with co-counsel regarding same [.1]; worked on draft settlement agreement and drafted memorandum to co-counsel regarding same [.8]. | 0.30 | $ 380.00 | Administrative | TM |
| 2167 | 1/24/2017 | Greg Wolk | 0.50 | $ 425.00 | $ 212.50 | analyze draft settlement agreement [.4]; confer with co-counsel re attempting to settle dispute over attorneys' fees and costs (.1) | | $ 212.50 | | RW |
| 2168 | 1/24/2017 | Hardeep Rekhi | 0.30 | $ 425.00 | $ 127.50 | ER 408 Discussions | | $ 127.50 | | RW |
| 2169 | 1/24/2017 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel re attempting to settle dispute over attorneys' fees and costs | | $ 42.50 | | RW |
| 2170 | 1/24/2017 | Toby Marshall | 0.90 | $ 475.00 | $ 427.50 | Email correspondence with co-counsel regarding strategy for attempting to settle dispute over attorneys' fees and costs [.1]; telephone conference with co-counsel regarding same [.4]; drafted email to opposing counsel regarding fees and costs [.1]; telephone call from co-counsel regarding settlement agreement [.1]; worked on same [.2]. | | $ 427.50 | | TM |
| 2171 | 1/25/2017 | Greg Wolk | 3.40 | $ 425.00 | $ 1,445.00 | draft settlement agreement | | $ 1,445.00 | | RW |
| 2172 | 1/30/2017 | Greg Wolk | 0.40 | $ 425.00 | $ 170.00 | confer w class member re settlement | | $ 170.00 | | RW |
| 2173 | 1/31/2017 | Greg Wolk | 0.50 | $ 425.00 | $ 212.50 | confer w class members re settlement | | $ 212.50 | | RW |
| 2174 | 1/31/2017 | Hardeep Rekhi | 0.20 | $ 425.00 | $ 85.00 | ER 408 Discussions | | $ 85.00 | | RW |
| 2175 | 1/31/2017 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Prepared for telephone conference with opposing counsel regarding settlement negotiations for fees and costs [.1]; telephone conference with opposing counsel regarding same [.1]; email to co-counsel regarding same [.1]. | | $ 142.50 | | TM |
| 2176 | 2/1/2017 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | confer w class member re settlement | | $ 127.50 | | RW |
| 2177 | 2/2/2017 | Toby Marshall | 1.00 | $ 475.00 | $ 475.00 | Worked on revisions to final settlement agreement [1.0]. | | $ 475.00 | | TM |
| 2178 | 2/5/2017 | Toby Marshall | 4.10 | $ 475.00 | $ 1,947.50 | Continued working on revisions to final settlement agreement [4.1]. | | $ 1,947.50 | | TM |
| 2179 | 2/6/2017 | Toby Marshall | 1.70 | $ 475.00 | $ 807.50 | Worked on draft settlement agreement [1.7]. | | $ 807.50 | | TM |
| 2180 | 2/7/2017 | Greg Wolk | 1.40 | $ 425.00 | $ 595.00 | analyze and revise settlement agreement (.6); confer w class member re settlement (.8) | | $ 595.00 | | RW |
| 2181 | 2/8/2017 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | analyze revisions to settlement agreement | | $ 127.50 | | RW |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 76
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 2182 | 2/8/2017 | Toby Marshall | 1.10 | $ 475.00 | $ 522.50 | Telephone call from Mr. Helde regarding status of settlement and left message with Mr. Tena regarding same [.2]; worked on revisions to settlement agreement [.5]; worked on damages issues [.2]; email correspondence with co-counsel and opposing counsel regarding settlement agreement [.2]. | | $ 522.50 | | TM |
| 2183 | 2/14/2017 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Analyzed issues regarding Knight's proposal on payment of fees and costs and email correspondence with co-counsel regarding same [.8]. | | $ 380.00 | | TM |
| 2184 | 2/15/2017 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with opposing counsel regarding settlement negotiations for fees and costs payment [.1]. | | $ 47.50 | | TM |
| 2185 | 2/16/2017 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Emails regarding settlement issues [.2]. | | $ 70.00 | | TM |
| 2186 | 2/16/2017 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with co-counsel and opposing counsel regarding settlement offer on fees and costs [.1]. | | $ 47.50 | | TM |
| 2187 | 2/17/2017 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Researched and analyzed issues raised by Knight in its counteroffer on fees and costs [.5]; drafted proposed response and circulated same to co-counsel [.3]. | | $ 380.00 | | TM |
| 2188 | 2/21/2017 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Telephone conference regarding case strategy issues [.2]. | | $ 70.00 | | TM |
| 2189 | 3/1/2017 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Updated class member contact information in tracking log. | | $ 30.00 | | TM |
| 2190 | 3/3/2017 | Erika Nusser | 0.30 | $ 350.00 | $ 105.00 | Analyzed revisions to settlement agreement and emails regarding the same [.3]. | | $ 105.00 | | TM |
| 2191 | 3/5/2017 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Email correspondence with opposing counsel regarding settlement agreement [.2]. | | $ 95.00 | | TM |
| 2192 | 3/6/2017 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | analyze email from opposing counsel | | $ 127.50 | | RW |
| 2193 | 3/6/2017 | Toby Marshall | 0.70 | $ 475.00 | $ 332.50 | Email correspondence with opposing counsel regarding settlement agreement [.1]; reviewed email from opposing counsel regarding Knight's most recent offer on fees and costs and analyzed issues regarding same [.3]; email correspondence with co-counsel and opposing counsel regarding counteroffer on fees and costs [.2]; email correspondence with court clerk regarding status of settlement and filing of motion for preliminary approval [.1]. | | $ 332.50 | | TM |
| 2194 | 3/7/2017 | Erika Nusser | 1.20 | $ 350.00 | $ 420.00 | Conference regarding discovery requests and continued to work on the same [1.2]. | | $ 420.00 | | TM |
| 2195 | 3/16/2017 | Erika Nusser | 7.30 | $ 350.00 | $ 2,555.00 | Worked on motion for preliminary approval of class action settlement [7.3]. | | $ 2,555.00 | | TM |
| 2196 | 3/16/2017 | Holly Rota | 0.60 | $ 100.00 | $ 60.00 | Worked on plaintiffs' motion for preliminary approval of class action settlement, declaration of Mr. Marshall in support of motion and proposed order. | | $ 60.00 | | TM |
| 2197 | 3/17/2017 | Greg Wolk | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel re form of settlement notice | | $ 42.50 | | RW |
| 2198 | 3/17/2017 | Hardeep Rekhi | 0.10 | $ 425.00 | $ 42.50 | confer with co-counsel re form of settlement notice | | $ 42.50 | | RW |
| 2199 | 3/17/2017 | Toby Marshall | 0.40 | $ 475.00 | $ 190.00 | Email correspondence with co-counsel regarding notice form and with opposing counsel regarding settlement negotiations [.1]; telephone call from co-counsel regarding form of settlement notice [.1]; worked on proposed counteroffer on fees and costs and email correspondence with co-counsel regarding same [.2]. | | $ 190.00 | | TM |
| 2200 | 3/20/2017 | Greg Wolk | 0.30 | $ 425.00 | $ 127.50 | confer w class member re settlement | | $ 127.50 | | RW |
| 2201 | 3/20/2017 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with co-counsel and opposing counsel regarding plaintiffs' counteroffer on fees and costs [.1]. | | $ 47.50 | | TM |
| 2202 | 3/21/2017 | Erika Nusser | 4.00 | $ 350.00 | $ 1,400.00 | Continued working on motion for preliminary approval of class action settlement [4]. | | $ 1,400.00 | | TM |
| 2203 | 3/24/2017 | Erika Nusser | 0.80 | $ 350.00 | $ 280.00 | Worked on revisions to settlement notice and emails regarding the same [.8]. | | $ 280.00 | | TM |
| 2204 | 3/24/2017 | Toby Marshall | 0.60 | $ 475.00 | $ 285.00 | Worked on form of settlement notice [.6]. | | $ 285.00 | | TM |
| 2205 | 3/27/2017 | Erika Nusser | 6.80 | $ 350.00 | $ 2,380.00 | Continued working on motion for preliminary approval of class action settlement [6.8]. | | $ 2,380.00 | | TM |
| 2206 | 3/28/2017 | Erika Nusser | 3.50 | $ 350.00 | $ 1,225.00 | Emails and voicemails to clients regarding final settlement agreement [.5]; continued working on motion for preliminary approval of class action settlement [3]. | | $ 1,225.00 | | TM |
| 2207 | 3/28/2017 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Analyzed issues regarding issues finalizing settlement agreement and filing motion for preliminary approval [.1]. | | $ 47.50 | | TM |
| 2208 | 4/3/2017 | Erika Nusser | 0.20 | $ 350.00 | $ 70.00 | Worked on settlement issues [.2]. | | $ 70.00 | | TM |
| 2209 | 4/3/2017 | Holly Rota | 0.30 | $ 100.00 | $ 30.00 | Worked on and finalized settlement agreement. | | $ 30.00 | | TM |
| 2210 | 4/3/2017 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Email correspondence with opposing counsel regarding status of settlement negotiations on fees and costs and Knight's signature on settlement agreement [.1]. | | $ 47.50 | | TM |
| 2211 | 4/5/2017 | Greg Wolk | 0.50 | $ 425.00 | $ 212.50 | analyze fees and settlement offer re same | | $ 212.50 | | RW |
| 2212 | 4/5/2017 | Erika Nusser | 0.50 | $ 350.00 | $ 175.00 | Telephone conference regarding settlement issues [.5]. | | $ 175.00 | | TM |
| 2213 | 4/5/2017 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Analyzed issues regarding settlement negotiations [.2]; telephone and personal conference with co-counsel regarding same [.3]; drafted email to opposing counsel regarding final offer on fees and costs [.3]. | | $ 380.00 | | TM |
| 2214 | 4/12/2017 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Worked on plan for filing motion for determination of reasonable fees and costs [.2]. | | $ 95.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 77
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
| 2215 | 4/13/2017 | Greg Wolk | 0.40 | $ 425.00 | $ 170.00 | confer w co-counsel re fees motion and review same | | $ 170.00 | | RW |
| 2216 | 4/13/2017 | Hardeep Rekhi | 0.40 | $ 425.00 | $ 170.00 | confer with co-counsel re determination of fees and costs and drafted memo re same | | $ 170.00 | | RW |
| 2217 | 4/13/2017 | Amanda Steiner | 0.20 | $ 495.00 | $ 99.00 | Strategy conference regarding motion for attorneys' fees and costs [.2]. | | $ 99.00 | | TM |
| 2218 | 4/13/2017 | Toby Marshall | 1.00 | $ 475.00 | $ 475.00 | Worked on plan for moving for determination of fees and costs and drafted memorandum regarding same [.6]; telephone conferences with co-counsel regarding same [.4]. | | $ 475.00 | | TM |
| 2219 | 4/14/2017 | Holly Rota | 0.50 | $ 100.00 | $ 50.00 | Worked on plaintiffs' motion for attorneys' fees and costs, declaration of Mr. Marshall in support of motion and proposed order. | | $ 50.00 | | TM |
| 2220 | 4/16/2017 | Greg Wolk | 0.70 | $ 425.00 | $ 297.50 | worked on review of time entries to submit to court re approval of fees | | $ 297.50 | | RW |
| 2221 | 4/16/2017 | Toby Marshall | 0.80 | $ 475.00 | $ 380.00 | Worked on review of time entries to be submitted in support of motion for determination of reasonable fees and costs award [.8]. | | $ 380.00 | | TM |
| 2222 | 4/17/2017 | Amanda Steiner | 2.80 | $ 495.00 | $ 1,386.00 | Reviewed background materials [1.6]; worked on motion for attorneys' fees and costs [1.2]. | | $ 1,386.00 | | TM |
| 2223 | 4/17/2017 | Toby Marshall | 0.10 | $ 475.00 | $ 47.50 | Analyzed issues regarding efforts to contact Mr. Tena and worked on plan to locate family members [.1]. | | $ 47.50 | | TM |
| 2224 | 4/18/2017 | Eden Nordby | 1.00 | $ 150.00 | $ 150.00 | Worked on research regarding contact information for Mr. Tena; left messages for Mr. Tena and family members. | | $ 150.00 | | TM |
| 2225 | 4/19/2017 | Toby Marshall | 0.20 | $ 475.00 | $ 95.00 | Email correspondence with Mr. Zabriskie regarding settlement administration issues [.1]; worked on issues regarding same [.1]. | | $ 95.00 | | TM |
| 2226 | 4/20/2017 | Amanda Steiner | 5.60 | $ 495.00 | $ 2,772.00 | Worked on motion for attorneys fees and costs, related research [5.6]. | | $ 2,772.00 | | TM |
| 2227 | 4/20/2017 | Toby Marshall | 0.50 | $ 475.00 | $ 237.50 | Worked on plan for obtaining declarations in support of motion for fees and costs and email correspondence with co-counsel regarding same [.3]; worked on review of detailed fee entries for submission with motion for award of fees and costs and email correspondence with co-counsel regarding same [.2]. | 0.20 | $ 142.50 | Administrative | TM |
| 2228 | 4/21/2017 | Greg Wolk | 1.00 | $ 425.00 | $ 425.00 | drafted supporting declarations for approval of fees; confer w co-counsel re same | | $ 425.00 | | RW |
| 2229 | 4/21/2017 | Eden Nordby | 0.50 | $ 150.00 | $ 75.00 | Researched contact information for and left messages with possible family members of Mr. Tena. | | $ 75.00 | | TM |
| 2230 | 4/21/2017 | Toby Marshall | 0.60 | $475.00 | $ 285.00 | Telephone conference and email correspondence with Mr. Zabriskie regarding settlement administration issues [.3]; worked on same [.1]; worked on fee petition issues [.1]; analyzed issues regarding status of Mr. Tena [.1]. | | $ 285.00 | | TM |
| 2231 | 4/22/2017 | Toby Marshall | 0.40 | $475.00 | $ 190.00 | Telephone conference with opposing counsel regarding settlement negotiations and email correspondence with co-counsel regarding same [.2]; worked on plan for fee petition [.2]. | | $ 190.00 | | TM |
| 2232 | 4/24/2017 | Amanda Steiner | 7.90 | $ 495.00 | $ 3,910.50 | Worked on motion for attorneys fees and costs, related research and factual analysis [7.6]; email with team regarding deadlines and procedural issues [.3]. | | $ 3,910.50 | | TM |
| 2233 | 4/24/2017 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Analyzed issues regarding efforts to locate Mr. Tena and his relatives [.1]; analyzed issues regarding Mr. Tena's health status and impact on ability to sign settlement agreement [.1]; worked on issues regarding motion for preliminary approval [.1]. | | $ 142.50 | | TM |
| 2234 | 4/25/2017 | Greg Wolk | 0.80 | $ 425.00 | $ 340.00 | revise supporting declarations for approval of fees | | $ 340.00 | | RW |
| 2235 | 4/26/2017 | Toby Marshall | 0.20 | $475.00 | $ 95.00 | Analyzed issues regarding motion for preliminary approval [.2]. | | $ 95.00 | | TM |
| 2236 | 4/27/2017 | Toby Marshall | 1.20 | $475.00 | $ 570.00 | Worked on motion for preliminary approval [1.2]. | | $ 570.00 | | TM |
| 2237 | 4/28/2017 | Eden Nordby | 0.50 | $ 150.00 | $ 75.00 | Worked on exhibits in support of motion for preliminary approval of settlement [.3]; email correspondence regarding settlement website; searched for available domain names for same [.2]. | | $ 75.00 | | TM |
| 2238 | 4/28/2017 | Toby Marshall | 0.30 | $475.00 | $ 142.50 | Worked on motion for preliminary approval and supporting declaration [.3]. | | $ 142.50 | | TM |
| 2239 | 4/30/2017 | Toby Marshall | 0.30 | $ 475.00 | $ 142.50 | Worked on motion for preliminary approval and declaration in support of same [.3]. | | $ 142.50 | | TM |
| 2240 | 4/30/2017 | Toby Marshall | 0.30 | $475.00 | $ 142.50 | Worked on motion for preliminary approval and declaration in support of same [.3]. | | $ 142.50 | | TM |
| 2241 | 5/1/2017 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Worked on exhibits in support of motion for preliminary approval of settlement. | | $ 30.00 | | TM |
| 2242 | 5/1/2017 | Erika Nusser | 0.30 | $ 350.00 | $ 105.00 | Finalized motion for preliminary approval and supporting documents for filing [.3]. | | $ 105.00 | | TM |
| 2243 | 5/1/2017 | Toby Marshall | 0.60 | $ 475.00 | $ 285.00 | Email correspondence with co-counsel regarding action items for motion on fees and costs [.1]; worked on draft of supporting declaration from Mr. Berger [.5]. | | $ 285.00 | | TM |
| 2244 | 5/1/2017 | Bradford Kinsey | 1.10 | $100.00 | $ 110.00 | Reviewed, revised and finalized motion for preliminary approval; reviewed and finalized Marshall and Tena declarations; assemble Marshall declaration exhibit; finalized proposed order; arranged filing and service; arranged delivery of courtesy copies to chambers; email transmittal correspondence to chambers attaching proposed order. | | $ 110.00 | | TM |
| 2245 | 5/1/2017 | Eden Nordby | 0.20 | $ 150.00 | $ 30.00 | Worked on exhibits in support of motion for preliminary approval of settlement. | | $ 30.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 78
CASE NO. 2:12-CV-00904-RSL

| | Date | Professional | Units | Price | Value | Narrative | Writedown | Revised Value | Writedown Explanation | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| 2246 | 5/1/2017 | Erika Nusser | 0.30 | $350.00 | $ 105.00 | Finalized motion for preliminary approval and supporting documents for filing [.3]. | | $ 105.00 | | TM |
| 2247 | 5/1/2017 | Toby Marshall | 0.60 | $475.00 | $ 285.00 | Email correspondence with co-counsel regarding action items for motion on fees and costs [.1]; worked on draft of supporting declaration from Mr. Berger [.5]. | | $ 285.00 | | TM |
| 2248 | 5/2/2017 | Bradford Kinsey | 0.60 | $100.00 | $ 60.00 | Prepared draft of and finalized praecipe to replace Exhibit 1 (executed settlement agreement) to the Marshall declaration in support of motion for preliminary approval. | | $ 60.00 | | TM |
| 2249 | 5/2/2017 | Eden Nordby | 0.40 | $150.00 | $ 60.00 | Worked on issues regarding settlement website; worked on exhibit to supplemental declaration in support of motion for preliminary approval. | | $ 60.00 | | TM |
| 2250 | 5/2/2017 | Erika Nusser | 0.20 | $350.00 | $ 70.00 | Worked on praecipe to attach Defendant's counsel's signature page to settlement agreement for motion for preliminary approval [.1]; conference regarding settlement website [.1]. | | $ 70.00 | | TM |
| 2251 | 5/2/2017 | Toby Marshall | 1.80 | $475.00 | $ 855.00 | Worked on review, redaction, and writedown of lodestar for motion to determine and award reasonable fees [1.8]. | | $ 855.00 | | TM |
| 2252 | 5/3/2017 | Greg Wolk | 2.80 | $ 425.00 | $ 1,190.00 | analyze and discount fees (2); revise declaration to support fee (0.8); confer w co-counsel re same | | $ 1,190.00 | | RW |
| 2253 | 5/3/2017 | Eden Nordby | 1.70 | $150.00 | $ 255.00 | Worked on content for settlement website; revised long form notice [1]; worked on documents for CAFA notice; forwarded same to settlement administrator [.7]. | | $ 255.00 | | TM |
| 2254 | 5/3/2017 | Erika Nusser | 0.10 | $350.00 | $ 35.00 | Emails regarding domain for CAFA notice [.1]. | | $ 35.00 | | TM |
| 2255 | 5/3/2017 | Jennifer Boschen | 0.70 | $150.00 | $ 105.00 | Purchased settlement domain; configured hosting and redirect page. | | $ 105.00 | | TM |
| 2256 | 5/3/2017 | Toby Marshall | 0.70 | $475.00 | $ 332.50 | Telephone conference with co-counsel regarding strategy for motion for fees and costs [.4]; worked on spreadsheet setting forth detailed time entries for same [.3]. | 0.30 | $ 190.00 | Administrative | TM |
| 2257 | 5/5/2017 | Greg Wolk | 0.80 | $425.00 | $ 340.00 | Discount staff fee entries | | $ 340.00 | | RW |
| 2258 | 5/5/2017 | Amanda Steiner | 3.10 | $495.00 | $ 1,534.50 | Worked on fee motion, related research [3.1]. | | $ 1,534.50 | | TM |
| 2259 | 5/8/2017 | Toby Marshall | 0.20 | $475.00 | $ 95.00 | Telephone conference with co-counsel and email to opposing counsel regarding settlement negotiations over fees and costs [.2]. | | $ 95.00 | | TM |
| 2260 | 5/9/2017 | Greg Wolk | 0.60 | $425.00 | $ 255.00 | returned calls from Class members (.4); analyze defense counsel's response to fee negotiations (.2) | | $ 255.00 | | RW |
| 2261 | 5/9/2017 | Erika Nusser | 0.50 | $350.00 | $ 175.00 | Emails and conference regarding CAFA notice, and worked on revisions to the same [.5]. | | $ 175.00 | | TM |
| 2262 | 5/9/2017 | Toby Marshall | 0.30 | $475.00 | $ 142.50 | Email correspondence with co-counsel regarding negotiations over fees and costs [.1]; analyzed issues regarding CAFA notice [.2]. | | $ 142.50 | | TM |
| 2263 | 5/11/2017 | Toby Marshall | 0.20 | $475.00 | $ 95.00 | Email correspondence with co-counsel and opposing counsel regarding settlement negotiations for fees and costs [.2]. | | $ 95.00 | | TM |
| 2264 | 5/15/2017 | Eden Nordby | 0.50 | $150.00 | $ 75.00 | Updated settlement class list with new class member addresses. | | $ 75.00 | | TM |
| 2265 | 5/15/2017 | Toby Marshall | 0.80 | $475.00 | $ 380.00 | Worked on preparation of fee details for presentation to court [.4]; worked on declaration of Mr. Berger in support of motion for award of fees [.4]. | 0.40 | $ 190.00 | Administrative | TM |
| 2266 | 5/16/2017 | Toby Marshall | 0.30 | $475.00 | $ 142.50 | Email correspondence with opposing counsel regarding settlement negotiations over fees and costs [.1]; worked on declaration of Mr. Berger in support of motion for award of fees and email correspondence with co-counsel regarding same [.2]. | | $ 142.50 | | TM |
| 2267 | 5/17/2017 | Greg Wolk | 0.50 | $425.00 | $ 212.50 | revise decs for fee petition (.3); confer w co-counsel re fee settlement discussions (.2) | | $ 212.50 | | RW |
| 2268 | 5/17/2017 | Eden Nordby | 0.20 | $150.00 | $ 30.00 | Email correspondence regarding settlement website. | | $ 30.00 | | TM |
| 2269 | 5/17/2017 | Toby Marshall | 1.10 | $475.00 | $ 522.50 | Telephone conferences with co-counsel regarding settlement negotiations over fees and costs [.3]; email correspondence with opposing counsel regarding same [.1]; analyzed issues regarding Knight's assertion that additional time should be cut for work with experts and reviewed detailed reports for same [.7]. | | $ 522.50 | | TM |
| 2270 | 5/18/2017 | Erika Nusser | 0.20 | $350.00 | $ 70.00 | Worked on reply in support of motion for preliminary approval [.2]. | | $ 70.00 | | TM |
| 2271 | 5/19/2017 | Holly Rota | 0.50 | $100.00 | $ 50.00 | Worked on and finalized reply in support of plaintiffs' motion for preliminary approval of class action settlement; electronically filed same. | | $ 50.00 | | TM |
| 2272 | 5/24/2017 | Eden Nordby | 3.00 | $150.00 | $ 450.00 | Reviewed settlement agreement and preliminary approval order; worked on calculating deadlines regarding settlement; worked on finalizing long form notice. | | $ 450.00 | | TM |
| 2273 | 5/24/2017 | Erika Nusser | 0.30 | $350.00 | $ 105.00 | Emails regarding preliminary approval of settlement and settlement administration, and deadlines for the same [.3]. | | $ 105.00 | | TM |
| 2274 | 5/24/2017 | Toby Marshall | 0.10 | $475.00 | $ 47.50 | Telephone conference with co-counsel regarding settlement negotiations on fees and costs [.1]. | | $ 47.50 | | TM |
| 2275 | 5/25/2017 | Amanda Steiner | 0.90 | $495.00 | $ 445.50 | Strategy conference regarding fee motion [.2]; reviewed and revised declaration in support [.7]. | | $ 445.50 | | TM |
| 2276 | 5/25/2017 | Erika Nusser | 0.20 | $350.00 | $ 70.00 | Emails regarding settlement administration issues [.2]. | | $ 70.00 | | TM |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 79
CASE NO. 2:12-CV-00904-RSL

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Date** | **Professional** | **Units** | **Price** | **Value** | **Narrative** | **Writedown** | **Revised Value** | **Writedown Explanation** | **Firm** |
| 2277 | 5/25/2017 | Toby Marshall | 0.70 | $475.00 | $ 332.50 | Analyzed issues regarding award calculations for settlement payments to class members and email correspondence with settlement administrator regarding same [.2]; telephone conference with opposing counsel regarding same [.1]; worked on motion for award of fees and declarations in support of same [.2]; worked on settlement award calculations [.2]. | | $ 332.50 | | TM |
| 2278 | 5/26/2017 | Eden Nordby | 0.40 | $150.00 | $ 60.00 | Worked on issues regarding settlement website and notice. | | $ 60.00 | | TM |
| 2279 | 5/26/2017 | Erika Nusser | 0.20 | $350.00 | $ 70.00 | Emails regarding settlement administration issues [.2]. | | $ 70.00 | | TM |
| 2280 | 5/26/2017 | Samuel Levy | 0.20 | $100.00 | $ 20.00 | Worked on docketing. | 0.20 | $ - | Administrative | TM |
| 2281 | 5/30/2017 | Greg Wolk | 0.40 | $425.00 | $ 170.00 | review notice and proposed changes by opp counsel | | $ 170.00 | | RW |
| 2282 | 5/30/2017 | Samuel Levy | 0.50 | $100.00 | $ 50.00 | Worked on docketing. | 0.20 | $ 30.00 | Administrative | TM |
| 2283 | 5/30/2017 | Toby Marshall | 0.20 | $475.00 | $ 95.00 | Analyzed issues regarding finalization of notice documents and email correspondence with co-counsel regarding same [.2]. | | $ 95.00 | | TM |
| 2284 | 5/31/2017 | Greg Wolk | 0.30 | $425.00 | $ 127.50 | finalize notice revisions | | $ 127.50 | | RW |
| 2285 | 5/31/2017 | Toby Marshall | 0.10 | $475.00 | $ 47.50 | Worked on action items for fees and costs motion [.1]. | | $ 47.50 | | TM |
| 2286 | 6/1/2017 | Greg Wolk | 1.70 | $425.00 | $ 722.50 | draft case summary for fee petition (1.2); call class member and email co-counsel re updated addresses (.3); review case summary and email co-counsel (.2) | | $ 722.50 | | RW |
| 2287 | 6/1/2017 | Eden Nordby | 0.70 | $150.00 | $ 105.00 | Worked on update to case website [.3]; email correspondence with co-counsel and settlement administrator regarding settlement notice issues [.4]. | | $ 105.00 | | TM |
| 2288 | 6/1/2017 | Toby Marshall | 3.70 | $475.00 | $ 1,757.50 | Worked on supporting declarations for fee motion [.2]; worked on notice issues [.1]; worked on fee detail review and preparation [2.1]; worked on memorandum regarding history of litigation for attorneys providing declarations in support of fee motion and email correspondence with co-counsel regarding same [.6]; worked on calculations showing recovery versus calculations by defendant's expert [.4]; gathered materials and drafted email to Mr. Johnson regarding request for declaration in support of fee motion [.3]. | 2.10 | $ 760.00 | Administrative | TM |
| 2289 | | | 3045.63 | | $ 1,121,630.99 | | 611.08 | $ 934,408.17 | | |

# - Exhibit B -

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 81
CASE NO. 2:12-CV-00904-RSL

| Date | Component | Units | Price | Value |
|---|---|---|---|---|
| 10/9/2012 | Accurint | 1 | $ 354.77 | $ 354.77 |
| 2/4/2014 | Accurint | 1 | $ 41.00 | $ 41.00 |
| 3/6/2014 | Accurint | 1 | $ 5.00 | $ 5.00 |
| 4/2/2014 | Accurint | 1 | $ 13.00 | $ 13.00 |
| | | | | $ 413.77 |
| | | | | |
| 2/11/2013 | Air Fare | 1 | $ 306.80 | $ 306.80 |
| | | | | $ 306.80 |
| | | | | |
| 1/29/2014 | Class Notice | 1 | $ 87.25 | $ 87.25 |
| 1/31/2014 | Class Notice | 1 | $ 246.19 | $ 246.19 |
| 5/3/2017 | Class Notice | 1 | $ 46.08 | $ 46.08 |
| | | | | $ 379.52 |
| | | | | |
| 1/31/2013 | Courier/PS | 1 | $ 150.00 | $ 150.00 |
| 2/19/2013 | Courier/PS | 1 | $ 150.00 | $ 150.00 |
| 2/26/2013 | Courier/PS | 1 | $ 39.00 | $ 39.00 |
| 4/9/2013 | Courier/PS | 1 | $ 29.00 | $ 29.00 |
| 4/10/2013 | Courier/PS | 1 | $ 18.75 | $ 18.75 |
| 4/15/2013 | Courier/PS | 1 | $ 7.00 | $ 7.00 |
| 3/6/2014 | Courier/PS | 1 | $ 7.00 | $ 7.00 |
| 6/27/2014 | Courier/PS | 1 | $ 25.00 | $ 25.00 |
| 11/6/2015 | Courier/PS | 1 | $ 7.00 | $ 7.00 |
| 5/20/2016 | Courier/PS | 1 | $ 25.00 | $ 25.00 |
| 10/26/2016 | Courier/PS | 1 | $ 7.00 | $ 7.00 |
| | | | | $ 464.75 |
| | | | | |
| 5/31/2013 | Expert | 1 | $ 2,070.00 | $ 2,070.00 |
| 1/31/2014 | Expert | 1 | $ 3,312.50 | $ 3,312.50 |
| 3/21/2014 | Expert | 1 | $ 5,968.75 | $ 5,968.75 |
| 3/21/2014 | Expert | 1 | $ 5,968.75 | $ 5,968.75 |
| 3/31/2014 | Expert | 1 | $ 787.50 | $ 787.50 |
| 4/16/2014 | Expert | 1 | $ 1,487.50 | $ 1,487.50 |
| 4/16/2014 | Expert | 1 | $ 1,487.50 | $ 1,487.50 |
| 5/16/2014 | Expert | 1 | $ 2,125.00 | $ 2,125.00 |
| 5/16/2014 | Expert | 1 | $ 2,125.00 | $ 2,125.00 |
| 6/20/2014 | Expert | 1 | $ 875.00 | $ 875.00 |
| 1/19/2015 | Expert | 1 | $ 375.00 | $ 375.00 |
| 3/15/2016 | Expert | 1 | $ 1,937.50 | $ 1,937.50 |
| 5/31/2016 | Expert | 1 | $ 700.00 | $ 700.00 |
| 8/31/2016 | Expert | 1 | $ 14,400.00 | $ 14,400.00 |
| 10/4/2016 | Expert | 1 | $ 3,750.00 | $ 3,750.00 |
| 11/19/2016 | Expert | 1 | $ 3,325.00 | $ 3,325.00 |
| | | | | $ 50,695.00 |

| Date | Component | Units | Price | | Value | |
|---|---|---|---|---|---|---|
| 2/11/2013 | Hotel | 1 | $ | 201.42 | $ | 201.42 |
| | | | | | $ | **201.42** |
| | | | | | | |
| 12/18/2012 | Meal | 1 | $ | 34.92 | $ | 34.92 |
| 12/19/2012 | Meal | 1 | $ | 32.85 | $ | 32.85 |
| 12/20/2012 | Meal | 1 | $ | 25.98 | $ | 25.98 |
| 2/12/2013 | Meal | 1 | $ | 19.12 | $ | 19.12 |
| 5/5/2014 | Meal | 1 | $ | 27.04 | $ | 27.04 |
| 7/1/2014 | Meal | 1 | $ | 21.69 | $ | 21.69 |
| 7/1/2014 | Meal | 1 | $ | 5.37 | $ | 5.37 |
| 7/25/2014 | Meal | 1 | $ | 30.00 | $ | 30.00 |
| 6/21/2016 | Meal | 1 | $ | 7.82 | $ | 7.82 |
| | | | | | $ | **204.79** |
| | | | | | | |
| 7/16/2014 | Mediation | 1 | $ | 2,387.50 | $ | 2,387.50 |
| 7/25/2014 | Mediation | 1 | $ | 18.00 | $ | 18.00 |
| 8/19/2016 | Mediation | 1 | $ | 1,325.00 | $ | 1,325.00 |
| | | | | | $ | **3,730.50** |
| | | | | | | |
| 10/5/2012 | Mileage | 1 | $ | 13.88 | $ | 13.88 |
| 10/9/2012 | Mileage | 1 | $ | 46.62 | $ | 46.62 |
| 10/15/2012 | Mileage | 1 | $ | 48.84 | $ | 48.84 |
| | | | | | $ | **109.34** |
| | | | | | | |
| 10/15/2012 | PACER | 1 | $ | 14.30 | $ | 14.30 |
| 1/9/2013 | PACER | 1 | $ | 4.70 | $ | 4.70 |
| 4/25/2013 | PACER | 1 | $ | 11.40 | $ | 11.40 |
| 8/7/2013 | PACER | 1 | $ | 11.40 | $ | 11.40 |
| 10/24/2013 | PACER | 1 | $ | 4.50 | $ | 4.50 |
| 10/15/2014 | PACER | 1 | $ | 4.40 | $ | 4.40 |
| 2/5/2016 | PACER | 1 | $ | 6.70 | $ | 6.70 |
| | | | | | $ | **57.40** |
| | | | | | | |
| 12/20/2012 | Parking | 1 | $ | 28.00 | $ | 28.00 |
| 2/12/2013 | Parking | 1 | $ | 56.00 | $ | 56.00 |
| 9/25/2013 | Parking | 1 | $ | 13.00 | $ | 13.00 |
| 1/6/2014 | Parking | 1 | $ | 12.00 | $ | 12.00 |
| 5/5/2014 | Parking | 1 | $ | 28.00 | $ | 28.00 |
| 7/1/2014 | Parking | 1 | $ | 30.00 | $ | 30.00 |
| 7/25/2014 | Parking | 1 | $ | 14.00 | $ | 14.00 |
| 3/18/2015 | Parking | 1 | $ | 10.00 | $ | 10.00 |
| 4/19/2016 | Parking | 1 | $ | 19.00 | $ | 19.00 |
| 4/21/2016 | Parking | 1 | $ | 15.00 | $ | 15.00 |
| 9/6/2016 | Parking | 1 | $ | 25.00 | $ | 25.00 |
| 10/25/2016 | Parking | 1 | $ | 23.00 | $ | 23.00 |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 83
CASE NO. 2:12-CV-00904-RSL

| Date | Component | Units | Price | | Value | |
|------|-----------|-------|-------|---|-------|---|
| | | | | | $ | 273.00 |
| | | | | | | |
| 10/18/2012 | Postage | 1 | $ | 1.64 | $ | 1.64 |
| 11/19/2012 | Postage | 1 | $ | 0.90 | $ | 0.90 |
| 12/18/2012 | Postage | 1 | $ | 0.45 | $ | 0.45 |
| 1/22/2013 | Postage | 1 | $ | 23.69 | $ | 23.69 |
| 2/19/2013 | Postage | 1 | $ | 18.28 | $ | 18.28 |
| 4/23/2013 | Postage | 1 | $ | 18.72 | $ | 18.72 |
| 11/18/2013 | Postage | 1 | $ | 0.46 | $ | 0.46 |
| 1/22/2014 | Postage | 1 | $ | 0.46 | $ | 0.46 |
| 2/19/2014 | Postage | 1 | $ | 36.68 | $ | 36.68 |
| 3/18/2014 | Postage | 1 | $ | 10.96 | $ | 10.96 |
| 4/18/2014 | Postage | 1 | $ | 0.48 | $ | 0.48 |
| 9/18/2015 | Postage | 1 | $ | 0.49 | $ | 0.49 |
| | | | | | $ | 113.21 |
| | | | | | | |
| 9/20/2012 | Rep B&W | 6 | $ | 0.15 | $ | 0.90 |
| 10/8/2012 | Rep B&W | 38 | $ | 0.15 | $ | 5.70 |
| 10/10/2012 | Rep B&W | 55 | $ | 0.15 | $ | 8.25 |
| 10/16/2012 | Rep B&W | 6 | $ | 0.15 | $ | 0.90 |
| 10/18/2012 | Rep B&W | 2 | $ | 0.15 | $ | 0.30 |
| 10/23/2012 | Rep B&W | 2 | $ | 0.15 | $ | 0.30 |
| 12/3/2012 | Rep B&W | 1 | $ | 0.15 | $ | 0.15 |
| 12/4/2012 | Rep B&W | 1 | $ | 0.15 | $ | 0.15 |
| 12/13/2012 | Rep B&W | 96 | $ | 0.15 | $ | 14.40 |
| 12/17/2012 | Rep B&W | 1 | $ | 0.15 | $ | 0.15 |
| 12/20/2012 | Rep B&W | 32 | $ | 0.15 | $ | 4.80 |
| 1/9/2013 | Rep B&W | 38 | $ | 0.15 | $ | 5.70 |
| 2/11/2013 | Rep B&W | 807 | $ | 0.15 | $ | 121.05 |
| 2/13/2013 | Rep B&W | 87 | $ | 0.15 | $ | 13.05 |
| 2/14/2013 | Rep B&W | 3 | $ | 0.15 | $ | 0.45 |
| 2/19/2013 | Rep B&W | 116 | $ | 0.15 | $ | 17.40 |
| 2/20/2013 | Rep B&W | 42 | $ | 0.15 | $ | 6.30 |
| 2/25/2013 | Rep B&W | 1,149.00 | $ | 0.15 | $ | 172.35 |
| 2/28/2013 | Rep B&W | 62 | $ | 0.15 | $ | 9.30 |
| 3/4/2013 | Rep B&W | 104 | $ | 0.15 | $ | 15.60 |
| 3/25/2013 | Rep B&W | 443 | $ | 0.15 | $ | 66.45 |
| 4/1/2013 | Rep B&W | 433 | $ | 0.15 | $ | 64.95 |
| 4/2/2013 | Rep B&W | 59 | $ | 0.15 | $ | 8.85 |
| 4/3/2013 | Rep B&W | 34 | $ | 0.15 | $ | 5.10 |
| 4/23/2013 | Rep B&W | 36 | $ | 0.15 | $ | 5.40 |
| 4/23/2013 | Rep B&W | 778 | $ | 0.15 | $ | 116.70 |
| 4/24/2013 | Rep B&W | 13 | $ | 0.15 | $ | 1.95 |
| 4/29/2013 | Rep B&W | 4 | $ | 0.15 | $ | 0.60 |
| 9/9/2013 | Rep B&W | 1,693.00 | $ | 0.15 | $ | 253.95 |
| 9/11/2013 | Rep B&W | 3 | $ | 0.15 | $ | 0.45 |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 84
CASE NO. 2:12-CV-00904-RSL

| Date | Component | Units | Price | Value |
|---|---|---:|---:|---:|
| 9/23/2013 | Rep B&W | 536 | $ 0.15 | $ 80.40 |
| 9/24/2013 | Rep B&W | 38 | $ 0.15 | $ 5.70 |
| 9/25/2013 | Rep B&W | 60 | $ 0.15 | $ 9.00 |
| 10/14/2013 | Rep B&W | 27 | $ 0.15 | $ 4.05 |
| 10/21/2013 | Rep B&W | 4 | $ 0.15 | $ 0.60 |
| 10/28/2013 | Rep B&W | 40 | $ 0.15 | $ 6.00 |
| 11/25/2013 | Rep B&W | 7 | $ 0.15 | $ 1.05 |
| 1/22/2014 | Rep B&W | 7 | $ 0.15 | $ 1.05 |
| 3/25/2014 | Rep B&W | 41 | $ 0.15 | $ 6.15 |
| 3/26/2014 | Rep B&W | 18 | $ 0.15 | $ 2.70 |
| 6/18/2014 | Rep B&W | 27 | $ 0.15 | $ 4.05 |
| 6/23/2014 | Rep B&W | 30 | $ 0.15 | $ 4.50 |
| 6/30/2014 | Rep B&W | 65 | $ 0.15 | $ 9.75 |
| 7/17/2014 | Rep B&W | 57 | $ 0.15 | $ 8.55 |
| 7/22/2014 | Rep B&W | 57 | $ 0.15 | $ 8.55 |
| 7/25/2014 | Rep B&W | 23 | $ 0.15 | $ 3.45 |
| 8/6/2014 | Rep B&W | 137 | $ 0.15 | $ 20.55 |
| 11/18/2014 | Rep B&W | 57 | $ 0.15 | $ 8.55 |
| 12/1/2014 | Rep B&W | 55 | $ 0.15 | $ 8.25 |
| 12/5/2014 | Rep B&W | 113 | $ 0.15 | $ 16.95 |
| 12/15/2014 | Rep B&W | 18 | $ 0.15 | $ 2.70 |
| 3/10/2015 | Rep B&W | 174 | $ 0.15 | $ 26.10 |
| 3/17/2015 | Rep B&W | 136 | $ 0.15 | $ 20.40 |
| 3/30/2015 | Rep B&W | 15 | $ 0.15 | $ 2.25 |
| 10/19/2015 | Rep B&W | 30 | $ 0.15 | $ 4.50 |
| 11/2/2015 | Rep B&W | 52 | $ 0.15 | $ 7.80 |
| 12/9/2015 | Rep B&W | 40 | $ 0.15 | $ 6.00 |
| 12/22/2015 | Rep B&W | 38 | $ 0.15 | $ 5.70 |
| 2/17/2016 | Rep B&W | 15 | $ 0.15 | $ 2.25 |
| 3/18/2016 | Rep B&W | 216 | $ 0.15 | $ 32.40 |
| 4/20/2016 | Rep B&W | 71 | $ 0.15 | $ 10.65 |
| 4/25/2016 | Rep B&W | 107 | $ 0.15 | $ 16.05 |
| 9/19/2016 | Rep B&W | 1 | $ 0.15 | $ 0.15 |
| 9/19/2016 | Rep B&W | 1 | $ 0.15 | $ 0.15 |
| 10/18/2016 | Rep B&W | 17 | $ 0.15 | $ 2.55 |
| 12/5/2016 | Rep B&W | 17 | $ 0.15 | $ 2.55 |
| 4/3/2017 | Rep B&W | 33 | $ 0.15 | $ 4.95 |
| 5/3/2017 | Rep B&W | 174 | $ 0.15 | $ 26.10 |
| | | | | $ 1,304.70 |
| | | | | |
| 10/8/2012 | Rep Color | 12 | $ 0.25 | $ 3.00 |
| 10/10/2012 | Rep Color | 1 | $ 0.25 | $ 0.25 |
| 10/18/2012 | Rep Color | 1 | $ 0.25 | $ 0.25 |
| 12/13/2012 | Rep Color | 2 | $ 0.25 | $ 0.50 |
| 1/2/2013 | Rep Color | 2 | $ 0.25 | $ 0.50 |
| 1/9/2013 | Rep Color | 25 | $ 0.25 | $ 6.25 |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 85
CASE NO. 2:12-CV-00904-RSL

| Date | Component | Units | Price | Value |
|---|---|---:|---:|---:|
| 2/14/2013 | Rep Color | 2 | $ 0.25 | $ 0.50 |
| 2/19/2013 | Rep Color | 2 | $ 0.25 | $ 0.50 |
| 2/25/2013 | Rep Color | 34 | $ 0.25 | $ 8.50 |
| 5/13/2013 | Rep Color | 1 | $ 0.25 | $ 0.25 |
| 11/7/2013 | Rep Color | 1 | $ 0.25 | $ 0.25 |
| 3/25/2014 | Rep Color | 66 | $ 0.25 | $ 16.50 |
| 6/23/2014 | Rep Color | 65 | $ 0.25 | $ 16.25 |
| 3/10/2015 | Rep Color | 3 | $ 0.25 | $ 0.75 |
| 3/30/2015 | Rep Color | 156 | $ 0.25 | $ 39.00 |
| 10/19/2015 | Rep Color | 1 | $ 0.25 | $ 0.25 |
| 11/2/2015 | Rep Color | 66 | $ 0.25 | $ 16.50 |
| 12/9/2015 | Rep Color | 45 | $ 0.25 | $ 11.25 |
| 12/22/2015 | Rep Color | 92 | $ 0.25 | $ 23.00 |
| 4/20/2016 | Rep Color | 166 | $ 0.25 | $ 41.50 |
| 4/25/2016 | Rep Color | 348 | $ 0.25 | $ 87.00 |
| | | | | $ 272.75 |
| | | | | |
| 10/8/2012 | Scans | 367 | $ 0.05 | $ 18.35 |
| 10/10/2012 | Scans | 245 | $ 0.05 | $ 12.25 |
| 12/13/2012 | Scans | 1 | $ 0.05 | $ 0.05 |
| 1/2/2013 | Scans | 249 | $ 0.05 | $ 12.45 |
| 1/9/2013 | Scans | 100 | $ 0.05 | $ 5.00 |
| 5/21/2014 | Scans | 167 | $ 0.05 | $ 8.35 |
| | | | | $ 56.45 |
| | | | | |
| 2/11/2013 | Taxi | 1 | $ 31.49 | $ 31.49 |
| 2/12/2013 | Taxi | 1 | $ 37.00 | $ 37.00 |
| | | | | $ 68.49 |
| | | | | |
| 10/5/2012 | Toll | 1 | $ 7.68 | $ 7.68 |
| | | | | $ 7.68 |
| | | | | |
| 1/2/2013 | Transcript | 1 | $ 1,192.98 | $ 1,192.98 |
| 2/18/2013 | Transcript | 1 | $ 957.24 | $ 957.24 |
| 8/28/2015 | Transcript | 1 | $ 47.70 | $ 47.70 |
| 5/16/2016 | Transcript | 1 | $ 203.70 | $ 203.70 |
| | | | | $ 2,401.62 |
| | | | | |
| 9/13/2012 | Westlaw | 1 | $ 43.05 | $ 43.05 |
| 9/14/2012 | Westlaw | 1 | $ 286.50 | $ 286.50 |
| 10/16/2012 | Westlaw | 1 | $ 45.00 | $ 45.00 |
| 11/7/2012 | Westlaw | 1 | $ 111.75 | $ 111.75 |
| 11/16/2012 | Westlaw | 1 | $ 12.90 | $ 12.90 |
| 12/27/2012 | Westlaw | 1 | $ 256.80 | $ 256.80 |
| 12/28/2012 | Westlaw | 1 | $ 4.50 | $ 4.50 |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 86
CASE NO. 2:12-CV-00904-RSL

| Date | Component | Units | Price | Value |
|---|---|---|---|---|
| 1/2/2013 | Westlaw | 1 | $ 207.30 | $ 207.30 |
| 1/3/2013 | Westlaw | 1 | $ 46.95 | $ 46.95 |
| 1/4/2013 | Westlaw | 1 | $ 492.75 | $ 492.75 |
| 1/7/2013 | Westlaw | 1 | $ 455.55 | $ 455.55 |
| 1/8/2013 | Westlaw | 1 | $ 625.20 | $ 625.20 |
| 1/9/2013 | Westlaw | 1 | $ 171.75 | $ 171.75 |
| 1/10/2013 | Westlaw | 1 | $ 337.35 | $ 337.35 |
| 1/11/2013 | Westlaw | 1 | $ 238.95 | $ 238.95 |
| 1/12/2013 | Westlaw | 1 | $ 80.40 | $ 80.40 |
| 1/14/2013 | Westlaw | 1 | $ 351.60 | $ 351.60 |
| 1/21/2013 | Westlaw | 1 | $ 66.60 | $ 66.60 |
| 1/23/2013 | Westlaw | 1 | $ 3.90 | $ 3.90 |
| 1/24/2013 | Westlaw | 1 | $ 36.45 | $ 36.45 |
| 1/31/2013 | Westlaw | 1 | $ 46.95 | $ 46.95 |
| 2/12/2013 | Westlaw | 1 | $ 10.95 | $ 10.95 |
| 2/13/2013 | Westlaw | 1 | $ 3.90 | $ 3.90 |
| 2/14/2013 | Westlaw | 1 | $ 22.65 | $ 22.65 |
| 2/15/2013 | Westlaw | 1 | $ 5.85 | $ 5.85 |
| 2/16/2013 | Westlaw | 1 | $ 12.90 | $ 12.90 |
| 2/17/2013 | Westlaw | 1 | $ 18.75 | $ 18.75 |
| 2/20/2013 | Westlaw | 1 | $ 124.80 | $ 124.80 |
| 2/21/2013 | Westlaw | 1 | $ 162.30 | $ 162.30 |
| 2/21/2013 | Westlaw | 1 | $ 72.30 | $ 72.30 |
| 2/22/2013 | Westlaw | 1 | $ 1.95 | $ 1.95 |
| 2/22/2013 | Westlaw | 1 | $ 38.70 | $ 38.70 |
| 3/21/2013 | Westlaw | 1 | $ 9.00 | $ 9.00 |
| 3/28/2013 | Westlaw | 1 | $ 40.65 | $ 40.65 |
| 3/31/2013 | Westlaw | 1 | $ 196.95 | $ 196.95 |
| 4/1/2013 | Westlaw | 1 | $ 14.85 | $ 14.85 |
| 4/1/2013 | Westlaw | 1 | $ 111.90 | $ 111.90 |
| 4/2/2013 | Westlaw | 1 | $ 85.95 | $ 85.95 |
| 4/4/2013 | Westlaw | 1 | $ 73.50 | $ 73.50 |
| 4/5/2013 | Westlaw | 1 | $ 1.95 | $ 1.95 |
| 4/5/2013 | Westlaw | 1 | $ 18.00 | $ 18.00 |
| 4/6/2013 | Westlaw | 1 | $ 138.25 | $ 138.25 |
| 4/6/2013 | Westlaw | 1 | $ 8.25 | $ 8.25 |
| 4/7/2013 | Westlaw | 1 | $ 1.95 | $ 1.95 |
| 4/8/2013 | Westlaw | 1 | $ 43.35 | $ 43.35 |
| 4/23/2013 | Westlaw | 1 | $ 1.95 | $ 1.95 |
| 9/4/2013 | Westlaw | 1 | $ 16.80 | $ 16.80 |
| 9/18/2013 | Westlaw | 1 | $ 27.00 | $ 27.00 |
| 9/19/2013 | Westlaw | 1 | $ 37.50 | $ 37.50 |
| 9/20/2013 | Westlaw | 1 | $ 56.25 | $ 56.25 |
| 9/21/2013 | Westlaw | 1 | $ 61.35 | $ 61.35 |
| 9/23/2013 | Westlaw | 1 | $ 3.90 | $ 3.90 |
| 9/24/2013 | Westlaw | 1 | $ 34.80 | $ 34.80 |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 87
CASE NO. 2:12-CV-00904-RSL

| Date | Component | Units | Price | | Value | |
|---|---|---|---|---|---|---|
| 9/25/2013 | Westlaw | 1 | $ | 18.75 | $ | 18.75 |
| 9/30/2013 | Westlaw | 1 | $ | 64.50 | $ | 64.50 |
| 9/30/2013 | Westlaw | 1 | $ | 85.05 | $ | 85.05 |
| 10/1/2013 | Westlaw | 1 | $ | 1.95 | $ | 1.95 |
| 10/1/2013 | Westlaw | 1 | $ | 1.95 | $ | 1.95 |
| 10/18/2013 | Westlaw | 1 | $ | 133.65 | $ | 133.65 |
| 10/21/2013 | Westlaw | 1 | $ | 25.35 | $ | 25.35 |
| 10/22/2013 | Westlaw | 1 | $ | 36.75 | $ | 36.75 |
| 10/23/2013 | Westlaw | 1 | $ | 61.35 | $ | 61.35 |
| 2/17/2014 | Westlaw | 1 | $ | 36.75 | $ | 36.75 |
| 2/17/2014 | Westlaw | 1 | $ | 36.75 | $ | 36.75 |
| 4/24/2014 | Westlaw | 1 | $ | 9.00 | $ | 9.00 |
| 5/1/2014 | Westlaw | 1 | $ | 66.90 | $ | 66.90 |
| 5/7/2014 | Westlaw | 1 | $ | 12.90 | $ | 12.90 |
| 6/17/2014 | Westlaw | 1 | $ | 169.20 | $ | 169.20 |
| 6/25/2014 | Westlaw | 1 | $ | 1.95 | $ | 1.95 |
| 6/29/2014 | Westlaw | 1 | $ | 78.30 | $ | 78.30 |
| 7/8/2014 | Westlaw | 1 | $ | 96.90 | $ | 96.90 |
| 7/10/2014 | Westlaw | 1 | $ | 10.95 | $ | 10.95 |
| 7/10/2014 | Westlaw | 1 | $ | 249.00 | $ | 249.00 |
| 7/11/2014 | Westlaw | 1 | $ | 12.90 | $ | 12.90 |
| 7/12/2014 | Westlaw | 1 | $ | 211.50 | $ | 211.50 |
| 7/16/2014 | Westlaw | 1 | $ | 151.95 | $ | 151.95 |
| 7/17/2014 | Westlaw | 1 | $ | 64.95 | $ | 64.95 |
| 7/24/2014 | Westlaw | 1 | $ | 12.90 | $ | 12.90 |
| 11/19/2014 | Westlaw | 1 | $ | 12.90 | $ | 12.90 |
| 11/20/2014 | Westlaw | 1 | $ | 3.90 | $ | 3.90 |
| 11/21/2014 | Westlaw | 1 | $ | 77.40 | $ | 77.40 |
| 11/23/2014 | Westlaw | 1 | $ | 28.50 | $ | 28.50 |
| 11/24/2014 | Westlaw | 1 | $ | 18.75 | $ | 18.75 |
| 11/25/2014 | Westlaw | 1 | $ | 7.80 | $ | 7.80 |
| 11/26/2014 | Westlaw | 1 | $ | 22.65 | $ | 22.65 |
| 11/29/2014 | Westlaw | 1 | $ | 192.30 | $ | 192.30 |
| 11/30/2014 | Westlaw | 1 | $ | 15.60 | $ | 15.60 |
| 11/30/2014 | Westlaw | 1 | $ | 1.98 | $ | 1.98 |
| 12/1/2014 | Westlaw | 1 | $ | 6.20 | $ | 6.20 |
| 12/1/2014 | Westlaw | 1 | $ | 7.18 | $ | 7.18 |
| 3/14/2015 | Westlaw | 1 | $ | 5.31 | $ | 5.31 |
| 3/17/2015 | Westlaw | 1 | $ | 9.54 | $ | 9.54 |
| 3/18/2015 | Westlaw | 1 | $ | 1.88 | $ | 1.88 |
| 10/11/2015 | Westlaw | 1 | $ | 7.95 | $ | 7.95 |
| 10/12/2015 | Westlaw | 1 | $ | 9.79 | $ | 9.79 |
| 10/13/2015 | Westlaw | 1 | $ | 25.63 | $ | 25.63 |
| 10/26/2015 | Westlaw | 1 | $ | 1.15 | $ | 1.15 |
| 10/27/2015 | Westlaw | 1 | $ | 0.86 | $ | 0.86 |
| 10/28/2015 | Westlaw | 1 | $ | 2.59 | $ | 2.59 |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 88
CASE NO. 2:12-CV-00904-RSL

| Date | Component | Units | Price | | Value | |
|------|-----------|-------|-------|---|-------|---|
| 10/29/2015 | Westlaw | 1 | $ | 1.44 | $ | 1.44 |
| 10/29/2015 | Westlaw | 1 | $ | 8.06 | $ | 8.06 |
| 10/29/2015 | Westlaw | 1 | $ | 3.74 | $ | 3.74 |
| 11/2/2015 | Westlaw | 1 | $ | 3.82 | $ | 3.82 |
| 11/6/2015 | Westlaw | 1 | $ | 0.29 | $ | 0.29 |
| 11/9/2015 | Westlaw | 1 | $ | 9.22 | $ | 9.22 |
| 11/12/2015 | Westlaw | 1 | $ | 5.76 | $ | 5.76 |
| 11/13/2015 | Westlaw | 1 | $ | 0.29 | $ | 0.29 |
| 11/18/2015 | Westlaw | 1 | $ | 1.73 | $ | 1.73 |
| 11/19/2015 | Westlaw | 1 | $ | 0.29 | $ | 0.29 |
| 11/20/2015 | Westlaw | 1 | $ | 0.29 | $ | 0.29 |
| 11/24/2015 | Westlaw | 1 | $ | 1.44 | $ | 1.44 |
| 12/1/2015 | Westlaw | 1 | $ | 0.29 | $ | 0.29 |
| 12/2/2015 | Westlaw | 1 | $ | 1.73 | $ | 1.73 |
| 12/4/2015 | Westlaw | 1 | $ | 7.20 | $ | 7.20 |
| 12/4/2015 | Westlaw | 1 | $ | 0.86 | $ | 0.86 |
| 4/17/2016 | Westlaw | 1 | $ | 0.68 | $ | 0.68 |
| 4/19/2016 | Westlaw | 1 | $ | 1.74 | $ | 1.74 |
| 4/19/2016 | Westlaw | 1 | $ | 1.32 | $ | 1.32 |
| 4/20/2016 | Westlaw | 1 | $ | 0.75 | $ | 0.75 |
| 9/5/2016 | Westlaw | 1 | $ | 0.54 | $ | 0.54 |
| 9/6/2016 | Westlaw | 1 | $ | 0.23 | $ | 0.23 |
| 9/16/2016 | Westlaw | 1 | $ | 0.99 | $ | 0.99 |
| 9/18/2016 | Westlaw | 1 | $ | 0.23 | $ | 0.23 |
| 9/23/2016 | Westlaw | 1 | $ | 3.17 | $ | 3.17 |
| 10/4/2016 | Westlaw | 1 | $ | 0.92 | $ | 0.92 |
| 10/5/2016 | Westlaw | 1 | $ | 0.82 | $ | 0.82 |
| 10/8/2016 | Westlaw | 1 | $ | 5.58 | $ | 5.58 |
| 10/9/2016 | Westlaw | 1 | $ | 5.26 | $ | 5.26 |
| 10/11/2016 | Westlaw | 1 | $ | 0.41 | $ | 0.41 |
| 10/13/2016 | Westlaw | 1 | $ | 0.71 | $ | 0.71 |
| 10/17/2016 | Westlaw | 1 | $ | 0.35 | $ | 0.35 |
| 10/18/2016 | Westlaw | 1 | $ | 0.90 | $ | 0.90 |
| 10/18/2016 | Westlaw | 1 | $ | 1.83 | $ | 1.83 |
| 10/18/2016 | Westlaw | 1 | $ | 0.35 | $ | 0.35 |
| 10/19/2016 | Westlaw | 1 | $ | 3.61 | $ | 3.61 |
| 10/19/2016 | Westlaw | 1 | $ | 2.09 | $ | 2.09 |
| 10/20/2016 | Westlaw | 1 | $ | 0.09 | $ | 0.09 |
| 10/20/2016 | Westlaw | 1 | $ | 1.26 | $ | 1.26 |
| 10/20/2016 | Westlaw | 1 | $ | 0.87 | $ | 0.87 |
| 10/24/2016 | Westlaw | 1 | $ | 0.25 | $ | 0.25 |
| 10/25/2016 | Westlaw | 1 | $ | 2.11 | $ | 2.11 |
| 10/26/2016 | Westlaw | 1 | $ | 2.41 | $ | 2.41 |
| 10/26/2016 | Westlaw | 1 | $ | 0.99 | $ | 0.99 |
| 10/27/2016 | Westlaw | 1 | $ | 1.70 | $ | 1.70 |
| 10/29/2016 | Westlaw | 1 | $ | 1.35 | $ | 1.35 |

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 89
CASE NO. 2:12-CV-00904-RSL

| Date | Component | Units | Price | | Value | |
|---|---|---|---|---|---|---|
| 10/30/2016 | Westlaw | 1 | $ | 6.20 | $ | 6.20 |
| 10/31/2016 | Westlaw | 1 | $ | 4.20 | $ | 4.20 |
| 10/31/2016 | Westlaw | 1 | $ | 0.05 | $ | 0.05 |
| 11/3/2016 | Westlaw | 1 | $ | 0.79 | $ | 0.79 |
| 11/30/2016 | Westlaw | 1 | $ | 0.92 | $ | 0.92 |
| 12/6/2016 | Westlaw | 1 | $ | 0.25 | $ | 0.25 |
| 12/7/2016 | Westlaw | 1 | $ | 1.65 | $ | 1.65 |
| 12/8/2016 | Westlaw | 1 | $ | 0.83 | $ | 0.83 |
| 3/16/2017 | Westlaw | 1 | $ | 1.46 | $ | 1.46 |
| 3/21/2017 | Westlaw | 1 | $ | 0.34 | $ | 0.34 |
| 4/18/2017 | Westlaw | 1 | $ | 2.26 | $ | 2.26 |
| 4/20/2017 | Westlaw | 1 | $ | 0.24 | $ | 0.24 |
| 4/21/2017 | Westlaw | 1 | $ | 1.13 | $ | 1.13 |
| 4/21/2017 | Westlaw | 1 | $ | 6.50 | $ | 6.50 |
| 4/24/2017 | Westlaw | 1 | $ | 1.70 | $ | 1.70 |
| 4/28/2017 | Westlaw | 1 | $ | 0.60 | $ | 0.60 |
| | | | | | $ | **7,612.39** |

| Total | $ 68,673.58 |
|---|---|

DECLARATION OF TOBY J. MARSHALL IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION COSTS - 90
CASE NO. 2:12-CV-00904-RSL

# Exhibit A-4

# Exhibit F

THE HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
8                      FOR THE WESTERN DISTRICT OF WASHINGTON

9   JOSEPH JEROME WILBUR, a Washington
    resident; JEREMIAH RAY MOON, a                NO.  2:11-cv-01100 RSL
10  Washington resident; and ANGELA MARIE
    MONTAGUE, a Washington resident,              **PLAINTIFFS' MOTION FOR AWARD**
11  individually and on behalf of all others      **OF ATTORNEYS' FEES AND**
    similarly situated,                           **EXPENSES**
12
                                                  NOTE ON MOTION CALENDAR:
13                 Plaintiffs,                     January 3, 2013

14         v.                                      ORAL ARGUMENT REQUESTED

15  CITY OF MOUNT VERNON, a Washington
    municipal corporation; and CITY OF
16  BURLINGTON, a Washington municipal
    corporation,
17
                   Defendants.
18

19

20

21

22

23

24

25

26

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'          **TERRELL MARSHALL DAUDT & WILLIE PLLC**
FEES AND EXPENSES                                         936 North 34th Street, Suite 300
CASE NO. 2:11-cv-01100 RSL                                 Seattle, Washington 98103-8869
                                                    TEL. 206.816.6603 • FAX 206.350.3528
                                                              www.tmdwlaw.com

**TABLE OF CONTENTS**

Page No.

I.   INTRODUCTION ...............................................................................1

II.  FACTUAL BACKGROUND ..............................................................2

III. ARGUMENT AND AUTHORITY .....................................................4

     A.  Plaintiffs Are the Prevailing Parties .......................................4

     B.  Class Counsel Are Entitled to an Award of Reasonable Attorneys' Fees and Expenses Incurred in This Action ..........................................................5

         1.  The Lodestar Establishes a Presumptively Reasonable Fee .....................5

         2.  Class Counsel's Hourly Rates Are Reasonable .........................................6

         3.  The Time Class Counsel Spent Prosecuting This Case and Obtaining a Successful Outcome Was Reasonable ...................................7

         4.  Class Counsel Have Exercised Billing Judgment and Reduced Their Fees Appropriately to Exclude Any Unnecessary Duplication or Inefficiency.............................9

         5.  The Time Class Counsel Spent Preparing This Motion Was Reasonable...............................................10

     C.  Class Counsel Are Entitled to Recover Reasonable Litigation Expenses ...........11

     D.  It Is Unnecessary to Provide Notice of This Motion to the Class .......................11

IV.  CONCLUSION ..................................................................................12

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES  - i
CASE NO. 2:11-cv-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# TABLE OF AUTHORITIES

**Page No.**

## FEDERAL CASES

*Ackerley Commc'ns v. City of Salem,*
    752 F.2d 1394 (9th Cir. 1985) ............................................................5

*Blum v. Stenson,*
    465 U.S. 886 (1984) ...........................................................................6

*Buckhannon Bd. & Care Home, Inc. v. W. Va. Dep't of Health & Human Res.,*
    532 U.S. 598 (2001) ...........................................................................5

*Camacho v. Bridgeport Fin., Inc.,*
    523 F.3d 973 (9th Cir. 2008) ........................................................6, 10

*Chalmers v. City of Los Angeles,*
    796 F.2d 1205, (9th Cir. 1986) ........................................................11

*City of Riverside v. Rivera,*
    477 U.S. 561 (1986) ...........................................................................4

*Fischer v. SJB-P.D. Inc.,*
    214 F.3d 1115 (9th Cir. 2000) ...........................................................5

*Gates v. Deukmejian,*
    987 F.2d 1392 (9th Cir. 1992) ...........................................................6

*Gerling Global Reinsurance Corp. of Am. v. Garamendi,*
    400 F.3d 803 (9th Cir. 2005) .............................................................5

*Harris v. Marhoefer,*
    24 F.3d 160 (1994) .......................................................................4, 11

*Hensley v. Eckerhart,*
    461 U.S. 424 (1983) ......................................................................5, 12

*Higher Taste, Inc. v. City of Tacoma,*
    717 F.3d 712 (9th Cir. 2013) .............................................................5

*Hurrell-Harring v. State,*
    930 N.E.2d 217 (N.Y. 2010) ..............................................................8

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

*Kerr v. Screen Extras Guild, Inc.*,
   526 F.2d 67 (9th Cir. 1975) ........................................................................5

*Leeds v. Watson*,
   630 F.2d 674 (9th Cir. 1980) ....................................................................4

*McGrath v. County of Nev.*,
   67 F.3d 248 (9th Cir. 1995) ......................................................................5

*Moreno v. City of Sacramento*,
   534 F.3d 1106 (9th Cir. 2008) ..................................................................9

*Pennsylvania v. Del. Valley Citizens' Council for Clean Air*,
   478 U.S. 546 (1986) ................................................................................5

*Perdue v. Kenny A. ex rel. Winn*,
   559 U.S. 542 (2010) ............................................................................5, 6

*Seattle Sch. Dist. No. 1 v. Washington*,
   633 F.2d 1338 (9th Cir. 1980) ..................................................................5

*United States v. $12,248 U.S. Currency*,
   957 F.2d 1513 (9th Cir. 1991) ..................................................................8

*United Steelworkers of Am. v. Phelps Dodge Corp.*,
   896 F.2d 403 (9th Cir. 1990) ....................................................................6

*Van Skike v. Dir., Office of Workers' Comp. Programs*,
   557 F.3d 1041 (2009) ..............................................................................6

**FEDERAL STATUTES**

28 U.S.C. § 1920 ..............................................................................11

42 U.S.C. § 1983 ................................................................................2

42 U.S.C. § 1988 ............................................................................2, 4

**FEDERAL RULES**

Fed. R. Civ. P. 23 ......................................................................11, 12

**OTHER**

Cara H. Drinan, *The National Right to Counsel Act: A Congressional Solution to the Nation's Indigent Defense Crisis*, 47 Harvard Journal on Legislation 487 (2010) ....................................7

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES - iii
CASE NO. 2:11-CV-01100 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

Manual for Complex Litigation (Fourth) § 21.722 (2013) ........................................................12

William H.W. McKenna, *The Gideon Split: Preconviction Indigent Defense Reform Litigation in Hurrell-Harring and Duncan*, 45 U.C. Davis L. Rev. 193 (2011) ...........................................7

William B. Rubenstein, *Newberg on Class Actions* § 8:23 (5th ed. 2013) ................................11

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES  - iv
CASE NO. 2:11-cv-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# I.   INTRODUCTION

This class action lawsuit has been, and will long continue to be, a case of exceptional importance.  At issue was the fundamental right to the assistance of counsel that is guaranteed under the Sixth Amendment of the United States Constitution.  Plaintiffs proved at trial that thousands of indigent defendants in the Cities of Mount Vernon and Burlington have been systematically deprived of this right.  Plaintiffs also proved that the deprivation has been directly and predictably caused by the deliberate choices of the Cities' municipal policymakers.  The Court's decision to remedy the constitutional violations through substantial injunctive relief greatly amplifies the notes of freedom and liberty that emerged from Gideon's trumpet a half a century ago, and it does so at a critical time.  As Attorney General Eric Holder recently noted, "America's indigent defense systems continue to exist in a state of crisis."[1]  The important ruling delivered by the Court in this case will undoubtedly reverberate far beyond the Cities' borders, helping to raise public defense standards so that indigent defendants across the nation get the assistance of counsel to which they are entitled.[2]

Plaintiffs and their attorneys achieved what they set out to do, but the path to success was long and there were considerable obstacles along the way.  The Cities aggressively defended their illegal conduct and refused several good-faith attempts to resolve the case through compromise.  As a result, it was necessary for Class Counsel to rigorously and thoroughly prosecute the action and ultimately prove Plaintiffs' claims at trial.  The stakes demanded an in-depth investigation of the facts, an extensive review of the law, the marshaling of substantial evidence, and the presentation of numerous witnesses.  Throughout the entire process, Class Counsel worked as efficiently as possible and had no incentive to waste time on

---

[1] Eric Holder, United States Attorney General, Remarks at the Annual Meeting of the American Bar Association's House of Delegates (August 12, 2013) (transcript available at http://www.justice.gov/iso/opa/ag/speeches/2013/ag-speech-130812.html); *see also* Statement of Interest of the United States, Dkt. No. 322 at 4:17 ("Our national difficulty to meet the obligations recognized in *Gideon* is well documented.").

[2] *See, e.g.,* Jesse Wegman, Editorial Page Editor's Blog, *The Right to an Attorney Who Actually Does His Job*, N.Y. Times, December 9, 2013 (available at http://takingnote.blogs.nytimes.com/2013/12/09/the-right-to-an-attorney-who-actually-does-his-job/?hp&rref=opinion).

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES  - 1
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

unnecessary endeavors. For the reasons set forth below, the attorneys' fees and litigation expenses that Class Counsel incurred and seek to recover are reasonable and fair, particularly in light of the circumstances of the litigation and the extraordinary outcome achieved.

Accordingly, Plaintiffs respectfully move as the prevailing parties for an award to Class Counsel of $2,425,916.52 in attorneys' fees and $43,496.50 in litigation expenses, which shall be paid by the Cities. The motion is brought under 42 U.S.C. § 1988 and Civil Rules 23(h) and 54(d)(2) and is based on the Court's December 4, 2013 Memorandum of Decision.

## II. FACTUAL BACKGROUND

In August 2010, attorneys Matt Zuchetto and Toby Marshall started researching and analyzing the systemic problems that have long plagued indigent defense systems and efforts to create reform through litigation. Marshall Decl. ¶ 25. The attorneys focused their investigation on the joint public defense system in Mount Vernon and Burlington. *Id.* Through public records requests, observations of court proceedings, and interviews with numerous individuals, Messrs. Zuchetto and Marshall determined that deprivations of the right to counsel were widespread and ongoing. *Id.* Thus, in June 2011 the attorneys filed this lawsuit in Skagit County Superior Court on behalf of Plaintiffs and a proposed class of indigent defendants, seeking declaratory and injunctive relief under 42 U.S.C. § 1983. *See* Dkt. No. 1-1, Ex. A. The Cities subsequently removed the case to this Court. Dkt. No. 1.

Shortly after the action was filed, the ACLU of Washington and its cooperating attorneys at Perkins Coie offered to join Messrs. Zuchetto and Marshall and their firms in representing the Plaintiffs and proposed class members. Marshall Decl. ¶ 26. The ACLU and Perkins Coie had successfully litigated a class action against Grant County over indigent defense rights, and Messrs. Zuchetto and Marshall knew the organizations could provide substantial experience, expertise, and resources. *Id.* Thus, Messrs. Zuchetto and Marshall accepted the offer to co-counsel on this important case. *Id.*

Within three weeks of filing the case, Plaintiffs' counsel sent a letter to opposing

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES - 2
CASE NO. 2:11-CV-01100 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

counsel offering to enter into early mediation with the Cities.  Marshall Decl. ¶ 27.  The Cities failed to respond.  *Id.*  Plaintiffs' counsel raised the issue again during the Rule 26(f) conference, noting that the fees and expenses in an action of this magnitude would likely be great if the matter proceeded to judgment, but the Cities stated that they intended to litigate the case extensively and would not address mediation until after summary judgment and class certification issues were resolved.  Dkt. No. 10 at 3:4-24.  The Cities also asserted that they may simply choose to shut down their municipal courts rather than face an injunctive order from this Court, thereby setting the tone for their approach to the lawsuit.  *Id.*

Approximately one month after the filing of the parties' joint status report, the Cities made good on their intention to aggressively defend against Plaintiffs' claims.  The Cities filed three separate summary judgment motions, each over 30 pages in length.  *See* Dkt. Nos. 25-34.  Five weeks later, the Cities filed a motion for sanctions against Joseph Wilbur and a motion to disqualify Plaintiffs' counsel and their experts for alleged violations of the Rules of Professional Conduct.  *See* Dkt. Nos. 87-90.  Plaintiffs' counsel successfully defeated all of these motions, but doing so required substantial evidence, testimony, and briefing.  *See* Dkt. Nos. 45-57, 93-106, 140, 142, 144 (noting "defense counsel had only a weak factual basis" for the motion to disqualify, apparently acted "for tactical reasons," and "arguably overstep[ed] the bounds of zealous advocacy").  Around the same time, Plaintiffs' counsel successfully moved for class certification in the face of considerable opposition.  *See* Dkt. Nos. 124-27, 143.

With the class certified and summary judgment denied, the case moved toward trial.  Extensive discovery was conducted by both sides, including eighteen depositions and the production of thousands of pages of documents.  Marshall Decl. ¶ 28.  The work required of Class Counsel to gather evidence for the prosecution of the case increased substantially when the Cities made changes to their public defense system and argued those changes had rendered the Class claims moot.  *Id.*; *see also* Dkt. No. 218 at 1:14-16.  Indeed, Class Counsel were required to gather and present evidence on two different sets of public defenders.  Marshall

Decl. ¶ 28.  At the close of discovery, Defendants filed a motion for summary judgment on that ground, but Plaintiffs demonstrated there were genuine issues for trial.  *See* Dkt. No. 271.

After class certification was granted and again before trial, Class Counsel worked hard to obtain a resolution of the case through settlement and made substantial offers of compromise.  Marshall Decl. ¶ 29.  The Cities rejected the offers and chose to take their chances on a trial.  *See id*.

The case was tried during nine Court days in June 2013.  Marshall Decl. ¶ 30.  Thirty witnesses were called to testify and hundreds of exhibits were offered into evidence.  *Id*.  Post-trial briefing on key issues was submitted in August per the Court's request.  *Id*.  On December 4, 2013, the Court issued a memorandum of decision.  Dkt. No. 325.  The Court declared that indigent defendants in Mount Vernon and Burlington are systemically deprived of the assistance of counsel and that the Cities' municipal policymakers have made deliberate choices regarding the funding, contracting, and monitoring of the public defense system that directly and predictably caused the deprivation.  *Id*. at 2:8-12.  The Court ordered substantial injunctive relief to remedy the constitutional violations and restore the rights of the Class.  *Id*. at 17-23.

## III.   ARGUMENT AND AUTHORITY

### A.      Plaintiffs Are the Prevailing Parties

The prevailing party in a civil rights suit is entitled to an award of reasonable attorneys' fees and out-of-pocket expenses.  42 U.S.C. § 1988(b) (fees); *Harris v. Marhoefer*, 24 F.3d 16, 19-20 (1994) (expenses).  In reviewing section 1988 fee awards, the United States Supreme Court has noted:

> Congress expressly recognized that a plaintiff who obtains relief in a civil rights lawsuit does so not for himself alone but also as a 'private attorney general,' vindicating a policy that Congress considered of the highest importance . . . . [Thus,] [c]ounsel for prevailing parties should be paid . . . for all time reasonably expended on [the] matter.

*City of Riverside v. Rivera*, 477 U.S. 561, 574-75 (1986) (quotation marks and citations omitted); *see also Leeds v. Watson*, 630 F.2d 674, 677 (9th Cir. 1980) (section 1988 "was

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

designed to provide for awards of attorney fees in 'private attorney general' types of claims in order to encourage the private enforcement of civil rights laws and to fully vindicate" those rights); *Ackerley Commc'ns v. City of Salem*, 752 F.2d 1394, 1396-97 (9th Cir. 1985) (awards of attorneys' fees "act as an effective incentive for injured parties to seek judicial relief for civil rights violations" and "stimulate voluntary compliance with the law") (quoting *Seattle Sch. Dist. No. 1 v. Washington*, 633 F.2d 1338, 1348 (9th Cir. 1980)).

A plaintiff "prevails" for purposes of section 1988 if there is a "material alteration of the parties' legal relationship" that "is accompanied by 'judicial imprimatur on the change.'" *Higher Taste, Inc. v. City of Tacoma*, 717 F.3d 712, 715 (9th Cir. 2013) (quoting *Buckhannon Bd. & Care Home, Inc. v. W. Va. Dep't of Health & Human Res.*, 532 U.S. 598, 605 (2001)). An order granting injunctive relief satisfies this requirement. *See Gerling Global Reinsurance Corp. of Am. v. Garamendi*, 400 F.3d 803, 806, 811 (9th Cir. 2005). Because the Court ordered substantial injunctive relief to the Class to remedy the Cities' constitutional violations, Plaintiffs are the prevailing parties in this lawsuit and are entitled an award of reasonable fees and litigation expenses. *See* Dkt. No. 325 at 17-23.

**B.** **Class Counsel Are Entitled to an Award of Reasonable Attorneys' Fees and Expenses Incurred in This Action**

1. The Lodestar Establishes a Presumptively Reasonable Fee

"In determining a reasonable attorney's fee, the district court's first step is to calculate a 'lodestar' by multiplying the number of hours it finds the prevailing party reasonably expended on the litigation by a reasonable hourly rate." *McGrath v. County of Nev.*, 67 F.3d 248, 252 (9th Cir. 1995); *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). There is a "strong presumption" that the lodestar amount constitutes a "reasonable" fee. *Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542, 553-54 (2010). Thus, "it should only be enhanced or reduced in 'rare and exceptional cases.'" *Fischer v. SJB-P.D. Inc.*, 214 F.3d 1115, 1119 n.4 (9th Cir. 2000) (quoting *Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 565 (1986)); *see also Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975) (factors).

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES - 5
CASE NO. 2:11-CV-01100 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

2.   Class Counsel's Hourly Rates Are Reasonable

Submitted in support of this motion are the declarations of Toby Marshall, Matthew Zuchetto, Sarah Dunne, and James Williams.  Those declarations set forth the skill, experience, rates, hours worked, work performed, and need for time expended by each attorney and staff member that worked for Class Counsel on this matter.  *See* Marshall Decl. ¶¶ 2-20; Zuchetto Decl. ¶¶ 2-15; Dunne Decl. ¶¶ 2-15; Williams Decl. ¶¶ 2-12.  Nearly all of the work performed in prosecuting this case was accomplished by the following individuals, and Class Counsel seek fees at the current hourly rates noted for each:  Toby Marshall, attorney ($375); James Williams, attorney ($580); Matt Zuchetto, attorney ($330); Breena Roos, attorney ($465); Camille Fisher, attorney ($330); Jennifer Boschen, paralegal ($150); Nancy Talner, attorney ($400); Sarah Dunne, attorney ($380); and Joel Higa, paralegal ($155).[3]

For purposes of the lodestar determination, reasonable fees are "calculated according to the prevailing market rates in the relevant community, regardless of whether the plaintiff is represented by private or nonprofit counsel."  *Blum v. Stenson*, 465 U.S. 886, 895 (1984).  "The relevant community is generally defined as the forum in which the district court sits."  *Van Skike v. Dir., Office of Workers' Comp. Programs*, 557 F.3d 1041, 1046 (2009) (quotation marks and citation omitted).  Thus, in assessing the rates requested by Class Counsel, the Court should look to market rates in the Western District of Washington.

"[A]ffidavits of the plaintiffs' attorneys and other attorneys regarding prevailing fees in the community and rate determinations in other cases are satisfactory evidence of the prevailing market rate."  *Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 980 (9th Cir. 2008) (internal marks omitted; quoting *United Steelworkers of Am. v. Phelps Dodge Corp.*, 896 F.2d 403, 407

---

[3] The application of current rates (as opposed to historical rates) throughout the case is an appropriate adjustment because it compensates Class Counsel for the substantial delay in payment for work performed in this case.  *See Perdue*, 559 U.S. at 556; *see also Gates v. Deukmejian*, 987 F.2d 1392, 1406 (9th Cir. 1992) ("We have long recognized that district courts have the discretion to compensate prevailing parties for any delay in the receipt of fees by awarding fees at current rather than historic rates in order to adjust for inflation and loss of the use [of] funds.").  Indeed, the Ninth Circuit has noted that a delay of "over three years" from counsel's initial work is "particularly onerous" where the fees ultimately incurred "run[] in the millions of dollars."  987 F.2d at 1406-07. That is precisely the situation here.

---

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES  - 6
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

(9th Cir. 1990)).  As set forth in the declarations accompanying this motion, the rates Class

Counsel request are consistent with rates charged by other lawyers in this community of similar

skill and experience.  Marshall Decl. ¶ 16; Zuchetto Decl. ¶¶ 6-7; Dunne Decl. ¶ 2; Williams

Decl. ¶ 12.  Indeed, three well-respected and experienced practitioners from Seattle—Bradley

Keller, Sal Mungia, and Joseph Shaeffer—attest as experts that Class Counsel's rates are

comparable to prevailing rates in the Seattle community.  Keller Decl. ¶¶ 6-9; Mungia Decl.

¶ 3-10; Shaeffer Dec. ¶¶ 7-12.  Recent awards in western Washington also show the rates

requested are reasonable.  Marshall Decl. ¶¶ 21-22; Zuchetto Decl. ¶¶ 6-7.

     3.    The Time Class Counsel Spent Prosecuting This Case and Obtaining a
             Successful Outcome Was Reasonable

Class Counsel have filed detailed documentation of the time they spent investigating,

litigating, and trying this case.  Summaries of the hours worked by timekeeper, including

applicable current rate and total fees, are provided in accompanying declarations.  Marshall

Decl. ¶ 20; Zuchetto Decl. ¶ 11; Dunne Decl. ¶ 15.  Also provided as Appendix A to this

motion is a consolidated spreadsheet that describes the tasks performed by every timekeeper on

a daily basis and the number of hours spent on those tasks.  Class Counsel compiled this

spreadsheet from contemporaneously created time records.  Marshall Decl. ¶ 16; Zuchetto

Decl. ¶¶ 13-14; Dunne Decl. ¶ 14; Williams Decl. ¶ 10.  With respect to work performed on the

case up until this motion, Class Counsel respectfully seek payment of $2,396,423.52 in fees.

Successfully prosecuting an indigent defense reform case is notoriously difficult.  *See*

Cara H. Drinan, *The National Right to Counsel Act: A Congressional Solution to the Nation's*

*Indigent Defense Crisis*, 47 Harvard Journal on Legislation 487, 522 (2010) ("lawsuits raising

systemic deprivations of the right to counsel . . . have not been consistently successful in state

court, and they have been almost entirely unsuccessful in federal court").  Such cases typically

involve challenging and complex issues of justiciability, mootness, section 1983 liability, and

injunctive relief. *See, e.g.*, William H.W. McKenna, *The Gideon Split: Preconviction Indigent*

*Defense Reform Litigation in Hurrell-Harring and Duncan*, 45 U.C. Davis L. Rev. 193, 202-11

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES  - 7
CASE NO. 2:11-CV-01100 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

(2011); *Hurrell-Harring v. State*, 930 N.E.2d 217, 220-27 & n.5 (N.Y. 2010).  It is obvious that few lawyers have experience litigating actions involving systemic Sixth Amendment violations.

Despite the substantial risks presented to their firms, Matt Zuchetto and Toby Marshall endeavored to pursue Plaintiffs' claims on a contingent fee basis after a thorough investigation of the Cities' public defense system uncovered systemic and chronic violations of the right to counsel.  Marshall Decl. ¶¶ 24-25.  Once the case was filed, the ACLU of Washington and its cooperating attorneys at Perkins Coie offered to join in the representation, agreeing to the same substantial risks and bringing with them significant experience and resources.[4]  *Id.* ¶ 26.  For example, attorneys Nancy Talner of the ACLU and Breena Roos of Perkins Coie had previously litigated one of the few successful indigent defense cases brought in state court and obtained a settlement after achieving class certification and partial summary judgment.  *Id.*

From the outset, Class Counsel offered to discuss a resolution of the matter through compromise and settlement, but the offers were rejected.  Marshall Decl. ¶¶ 27, 29.  The Cities chose instead to vigorously defend their unlawful practices, and the positions they took compounded the hours required to prosecute the Class claims.  *Id.*  The Cities maintained throughout the case and during trial that their public defense system met constitutional standards for the right to counsel, even when two part-time attorneys were handling more than 1,000 cases each.  Indeed, rather than address the problems detailed in Plaintiffs' complaint and the briefing before the Court, the Cities went in the opposite direction—for example, amending "ordinance[s] related to the provision of public defender services" in order to "remov[e] what little 'teeth' the previous ordinances had."  Dkt. No. 325 at 15:23 –16:2.

After a full trial on the merits, this Court declared that the certified Class of "indigent criminal defendants in Mount Vernon and Burlington are systematically deprived of the assistance of counsel at critical stages of the prosecution and that municipal policymakers have

---

[4] Perkins Coie agreed to assist the ACLU of Washington on a pro bono basis.  The Ninth Circuit has held that attorneys' fees should be paid for pro bono work in civil rights cases.  *See United States v. $12,248 U.S. Currency*, 957 F.2d 1513 (9th Cir. 1991) (affirming trial court's determination that award of fees for pro bono work "truly serves the public policy rationale" of civil rights fee-shifting statute).

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES  - 8
CASE NO. 2:11-CV-00100 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

made deliberate choices regarding the funding, contracting, and monitoring of the public
defense system that directly and predictably caused the deprivation." Dkt. No. 325 at 2:8-12.
The Court also granted significant and extensive injunctive relief that, among other things,
ordered the Cities to "re-evaluate their existing contract for the provision of public defense," to
"hire one part-time Public Defense Supervisor to work at least twenty hours per week," to
periodically provide randomly selected case files to Class Counsel "so that they may evaluate
the Cities' compliance" with the Court's order. *Id*. at 18:16-21, 19:2-3, 22:14-17.  The Public
Defense Supervisor will oversee and evaluate the Cities' public defense system, tracking and
analyzing numerous subjective and objective factors and reporting every six months to Class
Counsel. *Id*. at 19:15 – 22:13.  The Court will maintain jurisdiction over the case for three
years so that Class Counsel may seek additional relief if necessary. *Id*. at 22:17-19.

   Class Counsel achieved an excellent result in this lawsuit.  Preparing for and navigating
the many defenses to this successful outcome required great skill, knowledge, experience, and
hard work.  Accordingly, Class Counsel are entitled to the requested fees.

   4.   Class Counsel Have Exercised Billing Judgment and Reduced Their Fees
        Appropriately to Exclude Any Unnecessary Duplication or Inefficiency

   A court may reduce the overall number of hours only when it makes specific findings
that the work performed was "<u>unnecessarily</u> duplicative." *Moreno v. City of Sacramento*, 534
F.3d 1106, 1113 (9th Cir. 2008) (emphasis in original).  "One certainly expects <u>some</u> degree of
duplication as an inherent part of the process.  There is no reason why the lawyer should
perform this necessary work for free." *Id*. at 1112 (emphasis in original).  A court should be
particularly reluctant to reduce hours for duplication where, as here, counsel handled the matter
on a contingency fee basis. *Id*.  As the Ninth Circuit has noted, "lawyers are not likely to spend
unnecessary time on contingency cases in the hope of inflating their fees.  The payoff is too
uncertain, as to both the result and the amount of the fee." *Id*.  Thus, "[b]y and large, the court
should defer to the winning lawyer's professional judgment as to how much time was required
to spend on the case; after all, he won, and might not have, had he been more of a slacker." *Id*.

Class Counsel took care to best utilize the various talents of the lawyers and staff involved to efficiently manage and prosecute this case. Nevertheless, in computing their lodestar amount Class Counsel carefully exercised billing judgment and made reductions where time arguably could have been more efficiently spent. Marshall Decl. ¶¶ 17-18; Zuchetto Decl. ¶ 19; Dunne Decl. ¶ 14. As a result, the fees sought by Terrell Marshall Daudt & Willie PLLC represent a reduction of 3.5 percent from the firm's recorded time on the matter; the fees sought by The Scott Law Group, P.S. represent a reduction of 3.3 percent from the firm's recorded time on the matter; and the fees sought by the ACLU-WA for itself and its cooperating attorneys represent a reduction of 29 percent from the time recorded on the matter. Marshall Decl. ¶ 18; Zuchetto Decl. ¶¶ 15, 19; Dunne Decl. ¶ 14. Thus, Class Counsel's fee request is a conservative lodestar (less than 82 percent of actual recorded time) based on work that was reasonably and necessarily expended to secure the constitutional rights of the Class.[5]

5. <u>The Time Class Counsel Spent Preparing This Motion Was Reasonable</u>

Time spent establishing the right to a fee award is compensable. *Camacho*, 523 F.3d at 981-82. In determining these additional fees, the Court applies the same lodestar analysis outlined above. *Id*. at 982. A discount or flat-fee award is inappropriate, particularly where the attorneys preparing the application have experience putting together such requests. *Id*.

As set forth in the declarations of Marshall, Zuchetto, and Dunne and detailed in Appendix C to this motion, the fees incurred in preparing this motion and the accompanying submissions were reasonable and necessary. Marshall Decl. ¶ 31; Zuchetto Decl. ¶ 12; Dunne Decl. ¶ 14. Thus, Class Counsel are entitled to an award that includes those fees, which currently amount to $29,493.00.[6]

---

[5] Class Counsel will incur additional fees for work performed in this case, including work associated with reviewing the Public Defense Supervisor's biannual reports and the Cities' production of randomly selected case files. *See* Dkt. No. 325 at 22:1-24. Because it is not possible at this time to estimate the extent of this work, Class Counsel reserve the right to move for additional fees in the future.

[6] If the Cities object to or oppose either motion, Class Counsel will incur additional fees for the preparation of a reply. In that event, Class Counsel will revise the amount requested.

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES  - 10
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

**C. Class Counsel Are Entitled to Recover Reasonable Litigation Expenses**

Under section 1988 and Rule 54(d)(1), Plaintiffs "may recover as part of the award of attorney's fees those out-of-pocket expenses that 'would normally be charged to a fee paying client.'" *Harris*, 24 F.3d at 20 (quoting *Chalmers v. City of Los Angeles*, 796 F.2d 1205, 1216 n.7 (9th Cir. 1986)) (approving recovery of expenses such as "service of summons and complaint, service of trial subpoenas, fee for defense expert at deposition, postage, investigator, copying costs, hotel bills, meals, messenger service and . . . record reproduction"). The reasonable expenses incurred in this litigation (other than taxable costs being sought separately under 28 U.S.C. § 1920) are summarized in the declarations of Class Counsel and consolidated for the Court's reference as Appendix B to this motion.[7] *See* Marshall Decl., ¶ 23; Zuchetto Decl. ¶ 20; Dunne Decl. ¶ 16; Williams Decl. ¶ 13. These expenses are the type of expenses customarily charged to and paid by hourly clients. Thus, Class Counsel are entitled to an award reimbursing them for those expenses, which total $43,496.50.

**D. It Is Unnecessary to Provide Notice of This Motion to the Class**

Rule 23 provides that in a certified class action, the district court may award reasonable attorneys' fees and nontaxable expenses as authorized by law. Fed. R. Civ. P. 23(h). The claim for any such award must be made by motion under Rule 54(d)(2). Fed. R. Civ. P. 23(h)(1). The motion is usually "directed to class members in a reasonable manner." *Id*. "In adjudicated class actions," however, "the court may calibrate the notice to avoid undue expense." Fed. R. Civ. P. 23 advisory committee's note (2003).

Class Counsel searched case law for interpretations of the notice provision and comments by the advisory committee, but the effort was to no avail. Two secondary sources briefly address the issue, and both suggest that notice can be avoided altogether in certain situations. *See* 3 William B. Rubenstein, *Newberg on Class Actions* § 8:23 (5th ed. 2013)

---

[7] To the extent any of the taxable costs requested in Plaintiffs' Motion for Costs are denied, Plaintiffs respectfully request that those costs be awarded as non-taxable litigation expenses. The costs sought as taxable are detailed and supported in the declarations accompanying Plaintiffs' Motion for Costs.

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES - 11
CASE NO. 2:11-CV-01100 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

(finding advisory committee's "rather cryptic statement likely reflects the . . . conclusion that in the rare case that is actually adjudicated, the court has a strong sense of counsel's contributions and is better situated to monitor the fee award itself, hence lessening the need [for notice]"); Manual for Complex Litigation (Fourth) § 21.722 (2013) (notice is necessary "in cases involving settlement review" but may be unnecessary in "adjudicated class actions").

For several reasons, notice to the Class of this motion is unnecessary. First, the Court certified the case under Rule 23(b)(2), which—in contrast to Rule 23(b)(3)—does not require notice. *See* Dkt. No. 143 at 7:7-16; Fed. R. Civ. P. 23(c)(2)(A). Second, no monetary relief was sought, and an award of fees and expenses will have to be paid by the Cities rather than from a common fund to which the Class would otherwise be entitled. Third, the case was fully adjudicated and the Class obtained complete declaratory and injunctive relief; thus, there is no possibility of a conflict between the interests of the Class and those of Class Counsel.

Plaintiffs respectfully ask the Court to hold that notice is unnecessary under these circumstances. The general purpose of notice is to allow class members an opportunity to object, and here there are no grounds for such an objection. If the Court finds notice must be sent, Plaintiffs respectfully ask the Court to order the Cities to pay all expenses associated with publishing notice in a local newspaper or by other means that the Court deems appropriate.[8]

## IV.    CONCLUSION

"Where a plaintiff has obtained excellent results, his attorney should recover a fully compensatory fee." *Hensley*, 461 U.S. at 435 ("The result is what matters."). Here, Plaintiffs have secured substantial and significant injunctive relief that ensures thousands of indigent defendants will receive the right to counsel provided for under the Sixth Amendment of the United States Constitution. Accordingly, Plaintiffs respectfully request an award to Class Counsel of $2,425,916.52 in attorneys' fees and $43,496.50 in litigation expenses.

---

[8] If notice is deemed necessary, the language and form of the publication should be mutually approved by the parties or approved by the Court. The notice should issue within three weeks of the Court's order and should allow Class members at least 30 days in which to submit objections. A fairness hearing should be scheduled on the motion for fees and expenses, and the date, time, and location of that hearing should be included in the notice.

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES  - 12
CASE NO: 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1     DATED this 18th day of December, 2013.

2

3                        TERRELL MARSHALL DAUDT & WILLIE PLLC

4                By:   /s/ Toby J. Marshall, WSBA #32726
                    Beth E. Terrell, WSBA #26759
5                     Email: bterrell@tmdwlaw.com

6                     Toby J. Marshall, WSBA #32726
                    Email: tmarshall@tmdwlaw.com
7                     Jennifer Rust Murray, WSBA #36983
                    Email: jmurray@tmdwlaw.com
8                     936 North 34th Street, Suite 300
                    Seattle, Washington 98103-8869
9                     Telephone: 206.816.6603

10

11                     Darrell W. Scott, WSBA #20241
                    Email: scottgroup@mac.com
12                     Matthew J. Zuchetto, WSBA #33404
                    Email: matthewzuchetto@mac.com
13                     SCOTT LAW GROUP
                    926 W. Sprague Avenue, Suite 583
14                     Spokane, Washington 99201
                    Telephone: 509.455.3966
15

16                     Sarah A. Dunne, WSBA #34869
                    Email: dunne@aclu-wa.org
17                     Nancy L. Talner, WSBA #11196
                    Email: talner@aclu-wa.org
18                     ACLU OF WASHINGTON FOUNDATION
                    901 Fifth Avenue, Suite 630
19                     Seattle, Washington 98164
                    Telephone: 206.624.2184
20

21                     James F. Williams, WSBA #23613
                    Email: jwilliams@perkinscoie.com
22                     Breena M. Roos, WSBA #34501
                    Email: broos@perkinscoie.com
23                     J. Camille Fisher, WSBA #41809
                    Email: cfisher@perkinscoie.com
24                     PERKINS COIE LLP
                    1201 Third Avenue, Suite 4900
25                     Seattle, Washington 98101-3099
                    Telephone: 206.359.8000
26

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES - 13
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1

*Attorneys for Plaintiffs*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES  - 14
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1

**CERTIFICATE OF SERVICE**

2      I, Toby J. Marshall, hereby certify that on December 18, 2013, I electronically filed the

3  foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4  such filing to the following:

5          Kevin Rogerson, WSBA #31664
           Email:  kevinr@mountvernonwa.gov
6          CITY OF MOUNT VERNON
           910 Cleveland Avenue
7          Mount Vernon, Washington  98273-4212

8          *Attorneys for Defendant City of Mount Vernon, Washington*

9
           Scott G. Thomas, WSBA #23079
10         Email:  sthomas@ci.burlington.wa.us
           CITY OF BURLINGTON
11         833 South Spruce Street
           Burlington, Washington  98233-2810
12

13         *Attorneys for Defendant City of Burlington, Washington*

14         Andrew G. Cooley, WSBA #15189
           Email:  acooley@kbmlawyers.com
15         Jeremy W. Culumber, WSBA #35423
           Email:  jculumber@kbmlawyers.com
16         Adam L. Rosenberg, WSBA #39256
           Email:  arosenberg@kbmlawyers.com
17         KEATING, BUCKLIN & MCCORMACK, INC., P.S.
           800 Fifth Avenue, Suite 4141
18         Seattle, Washington  98104-3175
19

20         *Attorneys for Defendants Cities of Burlington, Washington and Mount Vernon,*
           *Washington*
21

22

23

24

25

26

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES  - 15
CASE NO. 2:11-CV-01100 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

DATED this 18th day of December, 2013.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:  /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email:  tmarshall@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603

*Attorneys for Plaintiffs*

PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS'
FEES AND EXPENSES  - 16
CASE NO. 2:11-CV-01100 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# — APPENDIX  A —

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2 | 08/06/10 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Research re potential class action re indigent defense funding. |
| 3 | 08/10/10 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Researched and analyzed issues regarding systemic indigent defense reform [.7]. |
| 4 | 08/10/10 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Research re potential class action. |
| 5 | 08/11/10 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Researched and analyzed issues regarding systemic indigent defense reform [.5]. |
| 6 | 08/11/10 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Research re potential class action. |
| 7 | 08/12/10 | Marshall | 1.50 | $ 375.00 | $ 562.50 | Researched and analyzed issues regarding systemic indigent defense reform [1.5]. |
| 8 | 08/12/10 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | E-mail consulting expert re potential class action (.5); Research re indigent defense class action (1.5). |
| 9 | 08/13/10 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Review/analyze e-mail from consulting expert re potential class (.25); Research re: indigent defense class action (1.5). |
| 10 | 08/16/10 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Research re potential class action re funding of indigent defense. |
| 11 | 08/17/10 | Marshall | 1.50 | $ 375.00 | $ 562.50 | Researched and analyzed issues regarding systemic indigent defense reform [1.5]. |
| 12 | 08/17/10 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Research re potential class re indigent defense. |
| 13 | 09/07/10 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Telephone conference and email correspondence with co-counsel regarding systemic indigent defense reform [.5]. |
| 14 | 09/07/10 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | E-mail consulting expert re potential class (.25); E-mail co-counsel/discuss re potential class (.5). |
| 15 | 09/08/10 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | E-mail co-counsel re potential class. |
| 16 | 09/27/10 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | Review e-mail from consulting expert re potential indigent defense. |
| 17 | 09/28/10 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Telephone conference with co-counsel regarding systemic indigent defense reform and analyzed issues regarding same [.3]. |
| 18 | 09/28/10 | Marshall | 5.40 | $ 375.00 | $ 2,025.00 | Researched and analyzed issues regarding potential civil rights litigation over failure of Washington municipalities to provide indigent defendants with sixth amendment right to representation [5.4]. |
| 19 | 09/28/10 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Discuss potential case w/ Marshall (.25); Review e-mail from consulting expert and respond re same (.5). |
| 20 | 09/29/10 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Email correspondence with co-counsel regarding research materials on indigent defense litigation [.3]. |
| 21 | 09/29/10 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Research re potential class (1.75); E-mail co-counsel re same (.25). |

1

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 22 | 09/30/10 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Telephone conference with co-counsel regarding indigent defense litigation [.2]. |
| 23 | 11/04/10 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding potential class action [.2]. |
| 24 | 11/05/10 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | E-mail co-counsel re potential case. |
| 25 | 11/08/10 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Researched and analyzed issues regarding potential indigent defense litigation [.4]; telephone conferences with co-counsel and consulting expert regarding same [.4]. |
| 26 | 11/08/10 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Call to consulting expert re potential indigent defense class and prep. for same. |
| 27 | 11/16/10 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Research re potential class re indigent defense funding. |
| 28 | 11/29/10 | Marshall | 0.90 | $ 375.00 | $ 337.50 | Telephone conferences with co-counsel and consulting expert regarding indigent defense litigation investigations [.9]. |
| 29 | 11/29/10 | Bledsoe | 0.25 | $ 120.00 | $ 30.00 | Review/research arraignment process for Zuchetto |
| 30 | 11/29/10 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Prep. for meeting w/ consulting expert (1.0); E-mail re same (.5). |
| 31 | 11/30/10 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Research re potential class. |
| 32 | 12/03/10 | Bledsoe | 2.50 | $ 120.00 | $ 300.00 | Review/research arraignment process for Zuchetto. |
| 33 | 12/03/10 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | E-mail BB re status update. |
| 34 | 12/08/10 | Bledsoe | 3.75 | $ 120.00 | $ 450.00 | Continue investigation/research re arraignment practices. |
| 35 | 12/09/10 | Bledsoe | 3.00 | $ 120.00 | $ 360.00 | Continue investigation/research re arraignment practices. |
| 36 | 12/15/10 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Email correspondence with consulting expert regarding investigations [.2]. |
| 37 | 12/15/10 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | E-mail co-counsel re potential case. |
| 38 | 12/17/10 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Research re potential case. |
| 39 | 12/20/10 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Telephone conferences with consulting expert and co-counsel regarding investigations and action items [.6]. |
| 40 | 12/20/10 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Conference call w/ consulting expert and co-counsel re potential case and prepare for same. |
| 41 | 12/21/10 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review/analyze consulting expert article re potential case. |
| 42 | 01/17/11 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Reviewed research materials in preparation for visit to Mt. Vernon municipal court to observe arraignments [.6]. |
| 43 | 01/18/11 | Marshall | 5.30 | $ 375.00 | $ 1,987.50 | Reviewed materials in preparation for trip to Mt. Vernon to view arraignments hearing [.5]; to Mt. Vernon to view arraignments hearing [4.8]. |
| 44 | 01/18/11 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Discuss potential case w/ co-counsel and review e-mail from consulting expert re same. |

2

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 45 | 01/24/11 | Boschen | 1.40 | $ 150.00 | $ 210.00 | Reviewed memos on arraignment observation; personal conference regarding same; prepared arraigment observation form. |
| 46 | 01/24/11 | Marshall | 2.30 | $ 375.00 | $ 862.50 | Worked on factual background issues [.4]; drafted memorandum regarding observations at Mt. Vernon court hearing [1.4]; email correspondence with co-counsel and consulting expert regarding same [.2]; worked on task list and plan for completing action items [.3]. |
| 47 | 01/25/11 | Boschen | 4.00 | $ 150.00 | $ 600.00 | Travel to Mount Vernon Municipal Court for arraignment proceedings; observed arraignment proceedings; return travel from arraignment proceedings. |
| 48 | 01/26/11 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on action item issues [.3]. |
| 49 | 01/31/11 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Summarized court observation; telephone conference regarding same. |
| 50 | 01/31/11 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Worked on file management issues [.2]; telephone conference with consulting expert regarding factual background and legal issues [.4]; telephone conference with co-counsel regarding same [.7]. |
| 51 | 01/31/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Call w/ consulting expert re potential case and preparation re same. |
| 52 | 02/02/11 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Researched hearing and trial calendars for Mount Vernon and Burlington municipal courts; reviewed recording of Mount Vernon hearing; personal conference regarding court observations. |
| 53 | 02/02/11 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | E-mail from consulting expert/Marshall re phone conference. |
| 54 | 02/07/11 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Telephone conference with Mount Vernon Municipal Court regarding hearing schedule; email correspondence regarding same. |
| 55 | 02/07/11 | Zuchetto | 0.10 | $ 330.00 | $ 33.00 | E-mail from co-counsel re Mt. Vernon calendar. |
| 56 | 02/08/11 | Boschen | 9.30 | $ 150.00 | $ 1,395.00 | Travel to and from Mount Vernon Municipal court; observed court proceedings. |
| 57 | 02/09/11 | Boschen | 2.00 | $ 150.00 | $ 300.00 | Drafted summary of court observation. |
| 58 | 02/10/11 | Boschen | 1.80 | $ 150.00 | $ 270.00 | Conference call with consulting and co-counsel regarding court observations and next steps; personal conference regarding same. |
| 59 | 02/10/11 | Marshall | 2.50 | $ 375.00 | $ 937.50 | Worked on memorandum regarding Ms. Boschen's observations from visit to Mount Vernon [1.3]; telephone conference with various individuals regarding factual background issues [.5]; worked on same [.7]. |
| 60 | 02/10/11 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Review memo. re Mt. Vernon arraignments and participate in conference call re potential case. |
| 61 | 02/11/11 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | E-mail consulting expert re meeting (.25);  Research re potential case (.5). |

3

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 62 | 02/14/11 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Meeting with co-counsel regarding case strategy issues [.5]; telephone conference with consulting expert regarding factual background issues [.3]. |
| 63 | 02/14/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Meeting w/ co-counsel re potential case and call to consulting expert re same. |
| 64 | 02/15/11 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Telephone conference with Burlington Municipal Court regarding hearing calendar; correspondence regarding same. |
| 65 | 02/15/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on case strategy issues [.2]. |
| 66 | 02/16/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review e-mail from consulting expert re potential case. |
| 67 | 02/22/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Telephone calls from co-counsel regarding action items [.2]. |
| 68 | 02/22/11 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Discuss potential case w/ co-counsel and e-mail consulting expert re scheduling new meeting. |
| 69 | 02/25/11 | Zuchetto | 7.00 | $ 330.00 | $ 2,310.00 | Meet with co-counsel and other attorneys involved in similar cases and consulting expert, discuss case strategy (2.0); travel to Seattle re same (5.0). |
| 70 | 03/01/11 | Marshall | 2.20 | $ 375.00 | $ 825.00 | Telephone call from co-counsel regarding case strategy issues [.3]; worked on same [.2]; telephone conference with witness regarding factual background issues [.4]; reviewed documents produced by Mount Vernon in response to public disclosure request [1.3]. |
| 71 | 03/01/11 | Zuchetto | 1.80 | $ 330.00 | $ 594.00 | Call w/ OAC personnel (.3); Review documents re contract and complaints and discuss w/ co-counsel (1.5). |
| 72 | 03/02/11 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Draft notes re call w/ witness. |
| 73 | 03/03/11 | Boschen | 0.60 | $ 150.00 | $ 90.00 | Telephone conferences with witness regarding jail visit and bar complaints; personal conference regarding same. |
| 74 | 03/03/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on case strategy issues [.2]. |
| 75 | 03/04/11 | Marshall | 1.60 | $ 375.00 | $ 600.00 | Worked on case strategy issues [4]; telephone conference with co-counsel regarding same [.8]; telephone conference with indigent defendant regarding factual background issues [.4]. |
| 76 | 03/04/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Call w/ witness and debrief with co-counsel re same. |
| 77 | 03/06/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on case strategy issues [.2]. |
| 78 | 03/07/11 | Zuchetto | 1.30 | $ 330.00 | $ 429.00 | Research re potential case. |
| 79 | 03/08/11 | Boschen | 2.30 | $ 150.00 | $ 345.00 | Researched and analyzed caseload data from Washington Courts website; reviewed Mount Vernon and Burlington public defender contract; personal conference regarding potential representative; telephone call to Mount Vernon police department regarding public disclosure request. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 80 | 03/08/11 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Worked on case strategy and factual background issues [.3]; telephone conference with co-counsel regarding same [.3]. |
| 81 | 03/09/11 | Boschen | 8.00 | $ 150.00 | $ 1,200.00 | Travel to and from Skagit County Jail; meeting with witness and inmate interviews regarding indigent defense; reviewed PDR documents; queried Sybrandy and Witt bar numbers in Washington Courts for caseload analyses; telephone conference regarding same. |
| 82 | 03/09/11 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Telephone conferences with co-counsel and consulting expert regarding various issues [1.3]. |
| 83 | 03/09/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Call w/ consulting expert re status (.25); Research re RPC 4.2 (.75). |
| 84 | 03/10/11 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Telephone conference regarding jail visit and next steps; personal conference regarding same. |
| 85 | 03/10/11 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Telephone conference with consulting experts, witness, and co-counsel regarding various issues [.7]; analyzed issues regarding same [.2]; telephone conference with co-counsel regarding same [.3]. |
| 86 | 03/10/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Call w/ team re investigation. |
| 87 | 03/11/11 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Telephone conference with co-counsel regarding case strategy issues [.7]; telephone conference with indigent defendant and co-counsel regarding factual background issues [.5]. |
| 88 | 03/11/11 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Call w/ class member (.75); Discuss case strategy/issues w/ co-counsel (.5); Research re Sybrandy (.75). |
| 89 | 03/14/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on factual background issues [.2]. |
| 90 | 03/14/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Research re RPC 4.2 and contacting clients, and injunctive relief. |
| 91 | 03/15/11 | Marshall | 1.60 | $ 375.00 | $ 600.00 | Researched and analyzed issues regarding legal claims [.8]; researched and analyzed issues regarding attorney-client privilege [.5]; researched and analyzed issues regarding recording of public court hearings [.3]. |
| 92 | 03/15/11 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Research re RPC 4.2 and sybrandy/witt and administrative exhaustion requirements. |
| 93 | 03/16/11 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Research re admin. exhaustion, RPC 4.2. |
| 94 | 03/17/11 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Reviewed recent decision regarding ineffective assistance of counsel in relation to deportation issues [.2]; analyzed issues regarding same [.3]. |
| 95 | 03/17/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review new WASCT case re failing to advise of immigration consequences. |
| 96 | 03/18/11 | Marshall | 2.00 | $ 375.00 | $ 750.00 | Telephone conferences with witness and co-counsel regarding factual background issues [.4]; left message with indigent defendant regarding same [.1]; worked on case strategy issues [1.5]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 97 | 03/18/11 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Discuss strategy w/ co-counsel (1.0); call to class members (.5); call to witness (.25). |
| 98 | 03/21/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Email correspondence with co-counsel regarding witness issues [.2]. |
| 99 | 03/22/11 | Zuchetto | 0.10 | $ 330.00 | $ 33.00 | E-mail co-counsel re call to class member. |
| 100 | 03/23/11 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | E-mail co-counsel re class member call (.25); Review complaint documents (.5). |
| 101 | 03/25/11 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Telephone conference with co-counsel and indigent defendant regarding factual background issues [.4]; left message with witness regarding same [.1]. |
| 102 | 03/25/11 | Bledsoe | 0.75 | $ 120.00 | $ 90.00 | Worked on spreadsheet of complaints re Witt and Sybrandy. |
| 103 | 03/25/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Call to class member and explain not representing on damages claim (.25); Work on complaint spreadsheet (.25). |
| 104 | 03/28/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Telephone call from witness regarding factual background issues [.2]. |
| 105 | 03/28/11 | Bledsoe | 1.00 | $ 120.00 | $ 120.00 | Continue work on spreadsheet of complaints for Witt and Sybrandy. |
| 106 | 03/29/11 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Correspondence and telephone conference regarding driving directions and parking for meeting. |
| 107 | 03/29/11 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Analyzed issues regarding factual background [.6]. |
| 108 | 03/29/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review 1983 case from SCOTUS (.5); Review complaints and work on organization of same (.5). |
| 109 | 03/31/11 | Boschen | 0.80 | $ 150.00 | $ 120.00 | Reviewed complaints, summaries, and contracts; correspondence regarding same. |
| 110 | 03/31/11 | Marshall | 3.20 | $ 375.00 | $ 1,200.00 | Reviewed complaints and related documents [1.4]; worked on case management notebook [.1]; worked on gathering materials for preparation of complaint [1.1]; telephone conference with co-counsel regarding factual background and case strategy issues [.6]. |
| 111 | 03/31/11 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Work on complaint/investigation re Sybrandy/Witt. |
| 112 | 04/01/11 | Boschen | 2.90 | $ 150.00 | $ 435.00 | Meeting regarding ongoing investigation; preparation for same; drafted task list. |
| 113 | 04/01/11 | Marshall | 3.80 | $ 375.00 | $ 1,425.00 | Prepared for factual background meeting [.3]; meeting with consulting experts and witness and telephone conference with co-counsel regarding factual background issues [3.0]; telephone conference with co-counsel regarding case strategy issues and drafting of complaint [.5]. |
| 114 | 04/01/11 | Bledsoe | 2.00 | $ 120.00 | $ 240.00 | Work on Witt and Sybrandy schedule spreadsheets. |

6

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 115 | 04/01/11 | Bergland | 0.50 | $ 190.00 | $ 95.00 | Office conference with Zuchetto regarding information we need to track from complainants and database (.2); office conference with BB re same (.1); review exemplar Complaint forms (.2). |
| 116 | 04/01/11 | Zuchetto | 4.00 | $ 330.00 | $ 1,320.00 | Work on Sybrandy/Witt docket/caseload research (3.5); call w/co-counsel and consulting expert re investigation (.5). |
| 117 | 04/02/11 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Worked on task list [.1]; worked on case management issues [.2]; reviewed guidelines on indigent defense caseloads [.3]. |
| 118 | 04/04/11 | Boschen | 0.40 | $ 150.00 | $ 60.00 | Telephone conferences with Mount Vernon Municipal Court regarding hearings, recordings, and public disclosure requests. |
| 119 | 04/04/11 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Researched and analyzed issues regarding factual background and court hearings related to indigent defendant [.3]. |
| 120 | 04/04/11 | Bledsoe | 4.25 | $ 120.00 | $ 510.00 | Continue work on Witt and Sybrandy schedule spreadsheets. |
| 121 | 04/05/11 | Bledsoe | 5.00 | $ 120.00 | $ 600.00 | Work on Witt and Sybrandy schedule spreadsheets. |
| 122 | 04/06/11 | Boschen | 3.60 | $ 150.00 | $ 540.00 | Telephone conference with Mount Vernon Municipal Court regarding recordings; correspondence and personal conferences regarding same; telephone calls to indigent defendant; researched indigent defendant contact information on Accurint; drafted public disclosure requests to Skagit County and the Mount Vernon Municipal Court. |
| 123 | 04/06/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed factual background issues [.2]. |
| 124 | 04/06/11 | Bledsoe | 3.00 | $ 120.00 | $ 360.00 | Work on Witt and Sybrandy schedule spreadsheets. |
| 125 | 04/07/11 | Bledsoe | 1.50 | $ 120.00 | $ 180.00 | Complete work on Witt and Sybrandy schedule spreadsheets and e-mail final version to Zuchetto. |
| 126 | 04/11/11 | Murray | 0.30 | $ 285.00 | $ 85.50 | Reviewed complaint; personal conference regarding potential class representative. |
| 127 | 04/11/11 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Analyzed issues regarding case strategy [.1]; researched and analyzed issues regarding source of funding for indigent services [.1]; email from consulting expert regarding declaration filed in New Hampshire case [.1]. |
| 128 | 04/12/11 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on factual background issues [.3]. |
| 129 | 04/13/11 | Boschen | 0.70 | $ 150.00 | $ 105.00 | Finalized and faxed public disclosure requests to Mount Vernon Municipal Court and Skagit County Records Management [.5]; telephone conference with Skagit County Records Management regarding same [.1]; telephone call to Office of Assigned Counsel regarding same [.1]. |
| 130 | 04/13/11 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Worked on public disclosure requests [.4]. |
| 131 | 04/13/11 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Review expert declaration, research re potential case. |

7

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 132 | 04/14/11 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Telephone conference regarding public defender contract [.1]. |
| 133 | 04/18/11 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on case strategy issues [.3]. |
| 134 | 04/18/11 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Read e-mail from co-counsel re standing and research re same. |
| 135 | 04/19/11 | Boschen | 1.70 | $ 150.00 | $ 255.00 | Scanned, labeled and produced documents produced in response to public disclosure requests [1.1]; updated task list and correspondence regarding same [.2]; reviewed documents produced in response to public disclosure requests [.4]; |
| 136 | 04/19/11 | Marshall | 8.70 | $ 375.00 | $ 3,262.50 | Reviewed documents from Mount Vernon and Burlington [1.5]; worked on complaint [4.3]; researched and analyzed issues regarding same [2.0]; email correspondence and telephone conferences with co-counsel regarding same [.5]; telephone conference with witness and co-counsel regarding factual background issues [.4]. |
| 137 | 04/19/11 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Work on investigation (.5); call w/ Tein (.25); Discuss same w/ co-counsel (.25); Research re Gideon/misdemeanors (.75). |
| 138 | 04/20/11 | Boschen | 3.90 | $ 150.00 | $ 585.00 | Continued reviewing public disclosure request documents and correspondence regarding same [1.2]; telephone conference regarding complaint and task list [.7]; correspondence transmitting public disclosure request production [.1]; telephone conference regarding referrals and public disclosure request [.3]; telephone conferences and correspondence with Skagit County office of records management regarding public disclosure request [.2]; telephone conferences and email correspondence with Mount Vernon Municipal Court and Skagit County clerk regarding public disclosure request [.2]; email correspondence regarding referrals, conflicts, and complaints relating to public defenders [.6]; drafted public disclosure request to Burlington City Administrator and correspondence regarding same [.6]. |
| 139 | 04/20/11 | Murray | 0.20 | $ 285.00 | $ 57.00 | Telephone conference with potential class representative. |
| 140 | 04/20/11 | Marshall | 4.20 | $ 375.00 | $ 1,575.00 | Worked on complaint [2.0]; researched and analyzed issues regarding same [.5]; reviewed documents obtained through public disclosure requests [.5]; telephone conference with co-counsel and consulting expert regarding factual background and expert issues [.7]; worked on public disclosure request for bid materials [.2]; worked on case strategy issues [.2]; email correspondence with co-counsel regarding same [.1]. |

8

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 141 | 04/20/11 | Zuchetto | 2.50 | $ 330.00 | $ 825.00 | Call w/ co-counsel, consulting expert and Nancy re investigation (1.0); Research re authorities (1.5). |
| 142 | 04/21/11 | Murray | 0.50 | $ 285.00 | $ 142.50 | Correspondence with potential class representative. |
| 143 | 04/21/11 | Marshall | 3.30 | $ 375.00 | $ 1,237.50 | Worked on complaint [2.6]; researched and analyzed issues regarding same [.7]. |
| 144 | 04/21/11 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Research re authority cited by expert (1.0); Discuss caseload reqs. w/ co-counsel (.5). |
| 145 | 04/22/11 | Marshall | 4.00 | $ 375.00 | $ 1,500.00 | Worked on complaint [2.0]; researched and analyzed issues regarding same [1.3]; reviewed documents from public disclosure requests [.7]. |
| 146 | 04/22/11 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Research re authority cited by our expert on caseloads. |
| 147 | 04/25/11 | Murray | 0.30 | $ 285.00 | $ 85.50 | Telephone conference with potential class representative. |
| 148 | 04/25/11 | Marshall | 5.00 | $ 375.00 | $ 1,875.00 | Worked on complaint [2.6]; researched and analyzed issues regarding same [1.7]; reviewed documents for same [.5]; telephone conference with co-counsel regarding same [.2]. |
| 149 | 04/26/11 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Worked on public disclosure request issues [.2]; commenced reviewing and indexing documents produced in response to public disclosure request to the Office of Public Defense [.3]. |
| 150 | 04/26/11 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Worked on complaint [1.0]. |
| 151 | 04/27/11 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Revised PDR to Skagit County; correspondence regarding same. |
| 152 | 04/27/11 | Marshall | 5.80 | $ 375.00 | $ 2,175.00 | Worked on complaint [3.0]; researched and analyzed issues regarding same [2.8]. |
| 153 | 04/28/11 | Boschen | 1.10 | $ 150.00 | $ 165.00 | Filed correspondence, production and standards; reviewed request for proposal; revised PDR letter to City of Burlington; correspondence regarding same; Bates stamped supplemental production; correspondence regarding same. |
| 154 | 04/28/11 | Marshall | 4.30 | $ 375.00 | $ 1,612.50 | Worked on complaint [1.8]; researched and analyzed issues regarding same [2.0]; telephone conference with co-counsel regarding same [.5]. |
| 155 | 04/28/11 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | E-mail re PDR request, contents and timing issues (.75); Work on complaint (1.0). |
| 156 | 04/29/11 | Boschen | 0.60 | $ 150.00 | $ 90.00 | Telephone conference with Skagit County regarding public records request [.1]; prepared check request and letter to Mount Vernon Municipal Court regarding records request [.5]. |
| 157 | 04/29/11 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on complaint [.2]; email to co-counsel regarding same [.1]. |
| 158 | 04/29/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Work on complaint. |

9

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 159 | 05/02/11 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Continued reviewing and indexing PDR documents. |
| 160 | 05/02/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review and analyze complaint and e-mail co-counsel re same. |
| 161 | 05/03/11 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Worked on case strategy issues [.2]; telephone conference with co-counsel regarding complaint [.2]; worked on same [.8]. |
| 162 | 05/03/11 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Review and analyze bar complaint re Sybrandy (.5);  Review, edit and analyze draft complaint (.75). |
| 163 | 05/05/11 | Boschen | 0.40 | $ 150.00 | $ 60.00 | Worked on summarizing case load data. |
| 164 | 05/05/11 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Worked on complaint and related issues [.3]; telephone conference with co-counsel regarding same [.5]. |
| 165 | 05/05/11 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | E-mail co-counsel re proposed changes to complaint and discuss same. |
| 166 | 05/06/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Research re 1983 admin. exhaustion reqs. |
| 167 | 05/09/11 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Telephone conference with witness regarding public disclosure request and correspondence regarding same [.3]; continued caseload analysis [.6]. |
| 168 | 05/10/11 | Boschen | 8.00 | $ 150.00 | $ 1,200.00 | Completed caseload analysis; commenced reviewing Mount Vernon and Skagit PDR documents; prepared copies of PDR documents for consulting expert. |
| 169 | 05/10/11 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Analyzed issues regarding caseload limits [.4]; email correspondence with co-counsel regarding case strategy issues [.2]. |
| 170 | 05/10/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Research and analyze Sybrandy/Witt caseloads. |
| 171 | 05/13/11 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Reviewed documents obtained from Skagit County [1.0]; telephone conference with co-counsel regarding case strategy issues [.2]. |
| 172 | 05/13/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Research new docs. re complaints and caseloads and discuss same w/ co-counsel. |
| 173 | 05/14/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on case management issues [.2]. |
| 174 | 05/17/11 | Marshall | 2.40 | $ 375.00 | $ 900.00 | Reviewed documents obtained from Skagit County [1.3]; worked on complaint [1.1]. |
| 175 | 05/18/11 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Reviewed PDR documents; correspondence and personal conference regarding same[.9]. |
| 176 | 05/18/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Discuss case theory w/ co-counsel (.25); Review Sybrandy documents (.25). |
| 177 | 05/19/11 | Boschen | 2.80 | $ 150.00 | $ 420.00 | Continued reviewing public disclosure request documents; compressed oversized files for production; correspondence regarding public disclosure request documents; Bates labeled public disclosure request productions. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 178 | 05/19/11 | Marshall | 4.70 | $ 375.00 | $ 1,762.50 | Email correspondence with witness and co-counsel regarding factual background issues [.1]; researched and analyzed issues regarding representation for purposes of quashing warrants [.2]; worked on factual background issues [.2]; reviewed documents produced by Skagit County [1.5]; worked on complaint [2.0]; researched and analyzed issues regarding caseload limits [.5]; email to co-counsel regarding same [.2]. |
| 179 | 05/19/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review e-mail from co-counsel re draft complaint (.5); Review new material re PDR (.5). |
| 180 | 05/20/11 | Boschen | 3.40 | $ 150.00 | $ 510.00 | Continued indexing PDR documents [2.2]; conference call regarding investigation [1.2]. |
| 181 | 05/20/11 | Marshall | 3.40 | $ 375.00 | $ 1,275.00 | Worked on complaint [1.3]; email correspondence with co-counsel regarding same [.2]; email to consulting expert regarding same [.1]; worked on file management issues [.1]; telephone conference with consulting experts regarding complaint and factual background issues [1.5]; meeting with co-counsel regarding same [.2]. |
| 182 | 05/20/11 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Prepare for conference re strategy w/ consulting expert, John S. and co-counsel, and conference re same (1.0); draft e-mail to co-counsel re amend (.5). |
| 183 | 05/23/11 | Kinsey | 1.80 | $ 100.00 | $ 180.00 | Reviewed and revised complaint. |
| 184 | 05/23/11 | Marshall | 3.00 | $ 375.00 | $ 1,125.00 | Researched and analyzed issues regarding conflict of interest in city attorney's selection of public defenders [.4]; worked on complaint [1.4]; drafted confirmation of understanding for interviews with indigent defendants [.4]; researched and analyzed issues regarding [.2]; email correspondence with co-counsel regarding same and complaint [.4]; email to consulting expert regarding complaint [.2]. |
| 185 | 05/23/11 | Zuchetto | 2.75 | $ 330.00 | $ 907.50 | Work on complaint (2.0); Call to expert and discuss same w/ co-counsel (.75). |
| 186 | 05/25/11 | Marshall | 2.20 | $ 375.00 | $ 825.00 | Researched and analyzed issues regarding requirements for submitting demand to attorney general's office [1.7]; worked on case strategy issues [.5]. |
| 187 | 05/26/11 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Personal conference regarding jail visitation. |
| 188 | 05/26/11 | Marshall | 4.40 | $ 375.00 | $ 1,650.00 | Telephone conference with co-counsel regarding factual background development [.4]; worked on same [3.5]; researched and analyzed issues regarding jail roster data and strategy for locating potential witnesses [.5]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 189 | 05/27/11 | Zuchetto | 2.50 | $ 330.00 | $ 825.00 | Review and analyze letter to AG and discuss same w/ co-counsel (1.0); Review and analyze fee agreement (1.0); call to consulting expert re complaint (.5). |
| 190 | 05/30/11 | Marshall | 2.00 | $ 375.00 | $ 750.00 | Reviewed article on distinction between Strickland claims and systemic injunctive relief claims [.8]; researched and analyzed issues regarding same [.3]; worked on revisions to complaint [.3]; email to co-counsel regarding same [.2]; drafted representation agreement for indigent defendants [.3]; email to co-counsel regarding same [.1]. |
| 191 | 05/31/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Researched and analyzed issues regarding caseload standards [.2]. |
| 192 | 05/31/11 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Read and analyze e-mail from expert re Giddeon/Hurrell (1.0); Review e-mail from co-counsel re same (1.5); Read and analyze joint rep. agreement (.5). |
| 193 | 06/01/11 | Boschen | 1.20 | $ 150.00 | $ 180.00 | Personal conferences, telephone conferences and correspondence regarding jail visitation; researched jail visitation requirements and roster. |
| 194 | 06/01/11 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Worked on case strategy issues [.2]; telephone conference with co-counsel regarding same [.2]; analyzed issues regarding jail roster data [.3]. |
| 195 | 06/01/11 | Zuchetto | 2.40 | $ 330.00 | $ 792.00 | Work on complaint. |
| 196 | 06/02/11 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Telephone conferences and personal conferences regarding jail visit. |
| 197 | 06/02/11 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Analyzed issues regarding jail visits and related investigations [.4]. |
| 198 | 06/03/11 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Created index for jail visit. |
| 199 | 06/03/11 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Worked on preparations for jail visit [.1]. |
| 200 | 06/05/11 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Researched and analyzed issues regarding Skagit Co. jail roster [.6]; worked on index of potential interviewees [.4]. |
| 201 | 06/06/11 | Boschen | 11.50 | $ 150.00 | $ 1,725.00 | Prepared for and traveled to Skagit County Jail for potential class representative interviews; interviewed potential class representatives; returned from Skagit County Jail. |
| 202 | 06/06/11 | Marshall | 10.40 | $ 375.00 | $ 3,900.00 | Researched and analyzed issues regarding factual background [.8]; to Skagit County jail for interviews [1.2]; interviewed inmates [6.8]; returned from Skagit County jail [1.2]; worked on case strategy issues [.4]. |
| 203 | 06/07/11 | Boschen | 3.50 | $ 150.00 | $ 525.00 | Commenced drafting class representative summaries; reviewed documents and notes; telephone and personal conferences regarding class representatives. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 204 | 06/07/11 | Marshall | 3.90 | $ 375.00 | $ 1,462.50 | Telephone conferences with co-counsel regarding factual background issues and case strategy [.8]; email correspondence with experts regarding ethical and legal issues [.1]; telephone conference with experts regarding same [1.0]; worked on task list [.4]; researched and analyzed issues regarding conflicts of interest [1.6]. |
| 205 | 06/07/11 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Discuss and evaluate class reps. w/ co-counsel (.75); Call w/ potential experts re r/ counsel, standards (1.0). |
| 206 | 06/08/11 | Boschen | 8.10 | $ 150.00 | $ 1,215.00 | Telephone conferences with Mount Vernon and Burlington and Municipal Courts and ABC Legal Services; telephone call to Clallam County District Court; continued work on class representative summaries; researched class member case histories; travel to Burlington Municipal Court; obtained case files from Burlington Municipal Court; return travel from Burlington Municipal Court; personal conference regarding case files. |
| 207 | 06/08/11 | Marshall | 5.40 | $ 375.00 | $ 2,025.00 | Worked on case strategy issues [1.0]; telephone conference with co-counsel regarding same [.4]; reviewed case files for plaintiffs [.8]; analyzed issues regarding same [.8]; worked on complaint [2.4]. |
| 208 | 06/08/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Research re WSBA resolution re caseload standards. |
| 209 | 06/09/11 | Kinsey | 2.20 | $ 100.00 | $ 220.00 | Reviewed, revised and finalized complaint; prepared summons for City of Mt. Vernon; prepared summons to City of Burlington; prepared civil cover sheet; Internet research regarding ABC Legal Services Skagit County deliveries; requested check; telephone conference with ABC Legal Services regarding messenger delivery. |
| 210 | 06/09/11 | Boschen | 2.30 | $ 150.00 | $ 345.00 | Telephone conference with Mount Vernon Municipal Court regarding case status; correspondence regarding same; reviewed Skagit County documents for information relating to class representatives; prepared exhibits to complaint. |
| 211 | 06/09/11 | Marshall | 4.70 | $ 375.00 | $ 1,762.50 | Researched and analyzed factual background issues [1.2]; worked on complaint [.6]; telephone conference with Mr. Moon regarding case strategy issues [.3]; telephone conference with co-counsel same [1.1]; telephone conference with consulting expert regarding complaint [.3]; telephone conferences with Ms. Montague and Mr. Wilbur regarding case strategy issues [.6]; worked on case strategy issues [.6]. |
| 212 | 06/09/11 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Work on complaint. |

13

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 213 | 06/10/11 | Kinsey | 0.60 | $ 100.00 | $ 60.00 | Compiled finalized version of complaint; email correspondence to Mr. Zuchetto regarding same. |
| 214 | 06/10/11 | Marshall | 1.80 | $ 375.00 | $ 675.00 | Worked on case strategy issues [.5]; email correspondence with co-counsel regarding same [.1]; telephone call from consulting expert regarding filing of complaint [.2]; researched and analyzed issues regarding substitution of public defense counsel based on conflict of interests [1.0]. |
| 215 | 06/11/11 | Marshall | 6.30 | $ 375.00 | $ 2,362.50 | Researched and analyzed issues regarding substitution of public defender based on conflict of interest [3.9]; worked on motion regarding same [2.4]. |
| 216 | 06/12/11 | Marshall | 5.80 | $ 375.00 | $ 2,175.00 | Researched and analyzed issues regarding substitution of public defender based on conflict of interest [1.7]; worked on motion for same [4.1]. |
| 217 | 06/13/11 | Kinsey | 1.50 | $ 100.00 | $ 150.00 | Reviewed, revised and finalized motion and related pleadings regarding substitution of counsel (Wilbur); assembled exhibits; telephone conference with court clerk's office; telephone conference with ABC Legal Services; retrieved non-Washington authorities; prepared Marshall notice of appearance; assembled and finalized for filing and service. |
| 218 | 06/13/11 | Boschen | 1.30 | $ 150.00 | $ 195.00 | Telephone conference with Mount Vernon Municipal Court regarding hearing date; personal conference regarding same; telephone call to Skagit County Jail regarding facsimile procedures; prepared facsimile cover sheet for Limited Representation Agreements; faxed same. |
| 219 | 06/13/11 | Marshall | 6.40 | $ 375.00 | $ 2,400.00 | Worked on motion to substitute public defense counsel for Mr. Wilbur and documents related to same [5.4]; email correspondence with various individuals regarding filing of lawsuit [.5]; telephone conferences with Mr. Cammock regarding lawsuit [.5]. |
| 220 | 06/13/11 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Review, analyze and edit motion for substitution of counsel and discuss w/ co-counsel (1.25); Review retainer agreement (.5). |
| 221 | 06/14/11 | Kinsey | 1.00 | $ 100.00 | $ 100.00 | Reviewed, revised and finalized motion and related pleadings regarding substitution of counsel (Moon); assembled exhibits; telephone conference with court clerk's office; telephone conference with ABC Legal Services; retrieved non-Washington authorities; prepared Marshall notice of appearance. |

14

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 222 | 06/14/11 | Boschen | 4.90 | $ 150.00 | $ 735.00 | Worked on motion to subsitute; telephone conferences, personal conferences and correspondence regarding same; telephone conference with Municipal Courts and jails; facsimiles to clients; telephone conference with potential witness; telephone conferences with Phoenix Recovery Services, Upper Skagit Tribe Counseling and client regarding treatment process. |
| 223 | 06/14/11 | Marshall | 8.00 | $ 375.00 | $ 3,000.00 | Worked on service issues [.2]; telephone call from Mr. Moon regarding substitution of counsel [.2]; worked on motion to substitute public defense counsel for Mr. Moon and documents related to same [.8]; telephone conference with Mr. Eason's office regarding same [.1]; email correspondence with Mr. Eason regarding same [.1]; telephone call from Burlington Municipal Court clerk regarding hearing in Mr. Wilbur's case [.2]; prepared for court hearing on motion to substitute defense counsel for Mr. Wilbur [1.0]; to Skagit county for same [1.2]; attended hearing on Mr. Wilbur's public defense representation [.8]; meeting with Mr. Cammock regarding lawsuit [.2]; filed papers at Burlington courthouse [.6]; return from Skagit county [1.2]; worked on case strategy issues [1.0]; worked on file management issues [.4]. |
| 224 | 06/14/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Discuss hearing with co-counsel re substitution of counsel (.75); Review and analyze defense counsel comments re case (.25). |
| 225 | 06/15/11 | Boschen | 3.90 | $ 150.00 | $ 585.00 | Worked on Montague Motion for Substitution; personal conference regarding same; telephone conference with Burlington Municipal Court regarding hearing schedules; telephone conference with and call to Prosecutor Patrick Eason; telephone conferences with clients; facsimiles to clients; telephone conferences with Telmate regarding inmate phone credits; set up inmate phone credits. |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 226 | 06/15/11 | Marshall | 4.30 | $ 375.00 | $ 1,612.50 | Worked on service issues [.3]; worked on responding to telephone calls from potential class members [1.0]; researched and analyzed factual background issues [.4]; worked on Ms. Montague's limited representation agreement [.2]; analyzed issues regarding communications with inmates at jail [.2]; worked on motion to substitute public defender for Ms. Montague and related documents [.4]; exchanged messages with Mr. Hoff regarding motions to substitute him as public defense counsel [.2]; researched and analyzed issues regarding calculation of caseloads of Mr. Witt and Mr. Sybrandy [.3]; email correspondence with Washington Defender's Association regarding filing of lawsuit [.1]; telephone conference with co-counsel regarding case strategy issues [.4]; worked on same [.5]; telephone conference with Mr. Moon regarding status of motion to substitute public defender and related issues [.3]. |
| 227 | 06/16/11 | Boschen | 1.90 | $ 150.00 | $ 285.00 | Personal conference regarding case status and task list; telephone conferences with class members; telephone call to Mount Vernon Municipal Court regarding hearing time; jail roster research; telephone conference with potential witnesses's mother. |
| 228 | 06/16/11 | Marshall | 4.50 | $ 375.00 | $ 1,687.50 | Email correspondence with co-counsel regarding service and case strategy issues [.1]; worked on discovery issues [.6]; telephone conference and email correspondence with Mr. Hoff regarding public defense representation [.4]; analyzed issues regarding same [.2]; worked on task list [.2]; email correspondence with consulting expert regarding case issues [.1]; telephone calls from clients regarding jail visits by Mr. Sybrandy and Mr. Witt [.5]; researched and analyzed issues regarding same [.5]; telephone conference with co-counsel regarding same [.3]; drafted letter to Mr. Sybrandy and Mr. Witt demanding that they cease contact [.5]; email correspondence with co-counsel regarding same [.1]; email to Mr. Sullivan regarding Ms. Montague's attempts at in-patient treatment [.2]; worked on issues regarding same [.2]; worked on document management issues [.2]; worked on case strategy issues [.4]. |
| 229 | 06/16/11 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Work on substitution of counsel issues (.5); Edit letters to Sybrandy and Witt re contact w/ clients (.75). |
| 230 | 06/17/11 | Kinsey | 0.30 | $ 100.00 | $ 30.00 | Reviewed, revised and finalized letter to Messrs. Sybrandy and Witt; arranged email delivery. |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 231 | 06/17/11 | Marshall | 2.20 | $ 375.00 | $ 825.00 | Worked on letter to Mr. Sybrandy and Mr. Witt regarding contact with plaintiffs [.2]; email correspondence with Mr. Hoff regarding public defender work [.1]; worked on follow-up with class members [.1]; reviewed notices from courts regarding upcoming hearings for Mr. Moon and Mr. Wilbur [.1]; worked on discovery requests [.6]; researched and analyzed issues regarding city contracts with public defenders [1.0]; left message with Mr. Skelton [.1]. |
| 232 | 06/20/11 | Kinsey | 0.80 | $ 100.00 | $ 80.00 | Prepared stipulation and proposed order regarding substitution of counsel (Wilbur); prepared proposed order substituting defense counsel (Moon). |
| 233 | 06/20/11 | Boschen | 2.90 | $ 150.00 | $ 435.00 | Telephone conferences with Burlington and Mount Vernon Municipal Courts regarding hearing times and locations; telephone conference with Skagit County Jail regarding client's commitments; telephone conference with co-counsel regarding case status; Westlaw research regarding prior Mount Vernon case; correspondence regarding same. |
| 234 | 06/20/11 | Marshall | 7.40 | $ 375.00 | $ 2,775.00 | Analyzed issues regarding scheduling of hearings on motions to substitute counsel [.2]; telephone call from potential class member regarding scope of case [.1]; worked on case strategy issues and tasks [.9]; telephone conference with Mr. Sullivan regarding Ms. Montague's current commitment and request for in-patient treatment [.2]; analyzed issues regarding same [.1]; drafted stipulation and proposed order granting Mr. Wilbur's motion for substitution of counsel [.4]; email to Mr. Cammock and Mr. Thomas regarding same [.1]; left message with Mr. Cammock regarding same [.1]; telephone conference with Mr. Thomas regarding same [.1]; left message with Mr. Eason regarding same [.1]; worked on discovery requests [1.3]; worked on public disclosure requests [.3]; reviewed legal decision referring to excessive caseloads in Mount Vernon as early as 1992 [.4]; researched and analyzed issues regarding same [.4]; email correspondence and telephone conference with co-counsel regarding same and case strategy issues [1.4]; email correspondence with Ms. Kenimond regarding bidding process [.1]; telephone conference with Mr. Wilbur regarding various issues [.2]; email from Mr. Cammock regarding communication issues [.1]; researched and analyzed issues regarding substitution of counsel [.6]; worked on amended order substituting Mr. Hoff as counsel [.3]. |
| 235 | 06/20/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Work on case strategy/status and discuss w/ co-counsel (.75); Call to city attorneys re motions to substitute counsel (.25). |

17

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 236 | 06/21/11 | Marshall | 7.40 | $ 375.00 | $ 2,775.00 | Reviewed jail roster [.3]; worked on outline of argument for hearings on motion to substitute Glen Hoff as public defender in cases of Mr. Wilbur and Mr. Moon [1.0]; to Skagit County for same [1.2]; participated in same [.8]; meeting with Ms. Montague [.3]; meeting with Mr. Wilbur [.3]; meetings with inmates regarding factual background issues [1.8]; returned from Skagit County [1.2]; telephone conferences with co-counsel regarding factual background and case strategy issues [.5]. |
| 237 | 06/21/11 | Zuchetto | 0.70 | $ 330.00 | $ 231.00 | Research re grant county case predecessor (.2); Work on subst. of counsel (.5). |
| 238 | 06/22/11 | Boschen | 1.40 | $ 150.00 | $ 210.00 | Left voicemail messages with potential witness; personal conferences regarding case task list; correspondence with co-counsel regarding agreements. |
| 239 | 06/22/11 | Marshall | 3.30 | $ 375.00 | $ 1,237.50 | Researched and analyzed issues regarding factual background [.4]; worked on file management issues [.1]; email correspondence with Mr. Carroll regarding assistance with lawsuit [.2]; email from Ms. Mergler regarding same [.1]; researched factual background issues [.5]; worked on stipulation and proposed order substituting Mr. Hoff as public defender for Ms. Montague [.3]; email to Mr. Thomas regarding same [.1]; telephone conferences with individuals previously represented by Mr. Witt and Mr. Sybrandy [1.6]. |
| 240 | 06/22/11 | Zuchetto | 1.70 | $ 330.00 | $ 561.00 | Call to Sanchez re Sybrandy client (.5); Work on rep. agreements (1.2). |
| 241 | 06/23/11 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Correspondence regarding Phoenix Recovery; voicemail to Phoenix Recovery; updated case contacts. |
| 242 | 06/23/11 | Marshall | 2.50 | $ 375.00 | $ 937.50 | Telephone call from Ms. Talner regarding ACLU's potential involvement in litigation [.4]; email correspondence with co-counsel and Ms. Talner regarding same [.2]; telephone conference with Mr. Wilbur regarding in-patient treatment issues [.1]; telephone conference with co-counsel regarding ACLU and case strategy issues [.7]; analyzed issues regarding same [.1]; left message with Mr. Thomas regarding substitution of public defense counsel for Ms. Montague [.1]; left message with Mr. Sullivan regarding Ms. Montague's eligibility for in-patient treatment [.1]; telephone conference with Ms. Montague regarding various issues [.3]; worked on factual background issues [.5]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 243 | 06/23/11 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Discuss potential additional co-counsel w/ Marshall and research re same (1.25); Review and sign limited rep. agreements (.5). |
| 244 | 06/23/11 | Talner | 1.50 | $ 400.00 | $ 600.00 | Read public records documents and pleadings filed to date; discuss documents reviewed with Sarah Dunne |
| 245 | 06/24/11 | Kinsey | 1.20 | $ 100.00 | $ 120.00 | Prepared draft of Marshall notice of appearance; reviewed, revised and finalized motion for substitution of counsel; prepared exhibit to Marshall declaration; prepared table o non-Washington authorities; telephone conference with court clerk's office; prepared notice of hearing and declaration of service; arranged filing and service. |
| 246 | 06/24/11 | Boschen | 2.40 | $ 150.00 | $ 360.00 | Telephone conference regarding case status; personal conference regarding same; worked on labeling documents produced in response to public disclosure requests; correspondence with co-counsel regarding same; created production log; telephone call to Phoenix Recovery Service. |
| 247 | 06/24/11 | Marshall | 4.50 | $ 375.00 | $ 1,687.50 | Email correspondence with Mr. Thomas regarding substitution of public defense counsel for Ms. Montague [.1]; attempt to reach Mr. Thomas by telephone regarding same [.1]; telephone conference with co-counsel regarding discovery and case strategy issues [.8]; email correspondence with Ms. Talner regarding ACLU's involvement in litigation [.1]; email correspondence with potential class member regarding factual background issues [.1]; worked on motion for substitution of public defense counsel for Ms. Montague [.8]; email correspondence with Mr. Sullivan regarding Ms. Montague's eligibility for in-patient treatment [.1]; worked on discovery issues [.3]; drafted memorandum regarding increased fees and costs due to opposing counsel's lack of cooperation [.3]; prepared for conference call with co-counsel and experts [.3]; participated in same [1.0]; telephone call from Mr. Wilbur regarding in-patient treatment [.1]; worked on case strategy issues [.3]; telephone conference with co-counsel regarding same [.1]. |
| 248 | 06/24/11 | Zuchetto | 2.70 | $ 330.00 | $ 891.00 | Review and analyze e-mail re NOA/substitution of counsel from defense counsel (1.7); Call w/ co-counsel and expert (.5); E-mail co-counsel re joint agreements (.5). |
| 249 | 06/24/11 | Talner | 1.40 | $ 400.00 | $ 560.00 | Discuss fact investigation and next steps with T. Marshall and M. Zuchetto |
| 250 | 06/25/11 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on letter to opposing counsel regarding mediation request [.3]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 251 | 06/27/11 | Boschen | 1.80 | $ 150.00 | $ 270.00 | Telephone conferences with Upper Skagit Tribe; telephone conferences with Phoenix Recovery; personal conferences regarding same; updated production log; produced PDR documents to co-counsel; fax to Skagit County Jail; updated case contacts. |
| 252 | 06/27/11 | Marshall | 6.50 | $ 375.00 | $ 2,437.50 | Email to Mr. Hoff regarding orders assigning him as counsel in Mr. Wilbur and Mr. Moon's cases, issues related to same, and status of Ms. Montague's case [.4]; worked on case management issues [.2]; drafted letter to opposing counsel regarding early mediation [.4]; researched and analyzed issues regarding same [.2]; email correspondence with co-counsel regarding same [.2]; worked on document management issues [.2]; message from class member regarding factual background issues [.1]; worked on discovery issues [.3]; worked on discovery requests to defendants [2.6]; analyzed issues regarding Mr. Wilbur's eligibility for in-patient treatment [.3]; telephone conferences with Mr. Wilbur regarding same [.4]; telephone conference with Mr. Hoff regarding status of cases [.2]; telephone conference with Ms. Dunne and Ms. Talner regarding joint prosecution of class action with ACLU [.4]; email correspondence with Ms. Dunne regarding same [.1]; telephone conference with co-counsel regarding same [.2]; worked on case strategy issues [.1]; telephone call from indigent defendant regarding factual background issues [.2]. |
| 253 | 06/27/11 | Zuchetto | 3.50 | $ 330.00 | $ 1,155.00 | Call w/ co-counsel re joining additional plaintiff's counsel (.5); Call to potential witness (.5); Research re class certification (2.0); Work on letter to def. counsel (.5). |
| 254 | 06/28/11 | Kinsey | 0.40 | $ 100.00 | $ 40.00 | Worked on draft of document preservation demand letter. |
| 255 | 06/28/11 | Boschen | 0.70 | $ 150.00 | $ 105.00 | Telephone conference with Phoenix Recovery; telephone call to Mr. Hoff regarding client; personal conferences regarding client's release and treatment. |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 256 | 06/28/11 | Marshall | 6.50 | $ 375.00 | $ 2,437.50 | Drafted letter to Mr. Thomas regarding request for mediation [.1]; telephone conferences with co-counsel and consulting expert regarding expert issues [.5]; analyzed issues regarding class member calls [.1]; meeting with Mr. Butler regarding factual background issues [.1]; worked on discovery requests to defendants [2.7]; email correspondence with co-counsel regarding same [.3]; researched and analyzed issues regarding factual background [1.2]; drafted document data and preservation letter to opposing counsel [.3]; email correspondence with co-counsel regarding same [.1]; worked on subpoena duces tecum to Mr. Sybrandy [.8]; worked on issues regarding in-patient treatment for Mr. Wilbur [.2]; telephone conference with Mr. Wilbur regarding same [.1]. |
| 257 | 06/28/11 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Work on discovery requests to MV and Burlington (1.0); Call w/ expert and discuss same w/ co-counsel (.75); Work on document/data preservation letter (1.25). |
| 258 | 06/29/11 | Kinsey | 4.20 | $ 100.00 | $ 420.00 | Prepared and finalized plaintiffs' first interrogatories and requests for production to defendants City of Burlington and City of Mt. Vernon; finalized discovery preservation demand letter; prepared declaration of service; arranged service; updated caption; reviewed, revised and finalized subpoena in a civil case directed to Witt and Sybrandy. |
| 259 | 06/29/11 | Marshall | 2.20 | $ 375.00 | $ 825.00 | Worked on discovery issues [.2]; worked on subpoena duces tecum to Mr. Sybrandy [1.2]; email to opposing counsel regarding same [.1]; worked on document and data preservation letter to opposing counsel [.1]; email correspondence with co-counsel regarding same [.1]; worked on discovery requests to defendants [.4]; telephone call from Mr. Wilbur regarding status of in-patient treatment [.1]. |
| 260 | 06/29/11 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Work on Subpoena Duces Tecum to Sybrandy (1.0); Review and edit document preservation letter and e-mail co-counsel re same (1.0). |
| 261 | 06/30/11 | Boschen | 1.60 | $ 150.00 | $ 240.00 | Telephone conference with client; telephone conference with Phoenix recovery regarding client's bed date; voice mail to Mr. Hoff regarding client's release; correspondence regarding bed date; researched current address and contact information for client; drafted and emailed public disclosure request to Mount Vernon Municipal Court. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 262 | 06/30/11 | Marshall | 4.40 | $ 375.00 | $ 1,650.00 | Email from co-counsel regarding subpoena duces tecum to Mr. Sybrandy [.1]; researched and analyzed issues regarding factual background [.1]; left message with public defender in Seattle regarding misdemeanor caseloads [.1]; message from potential class member [.1]; telephone conference with potential class member regarding factual background issues [.4]; worked on discovery requests [2.1]; worked on subpoenas to Mr. Witt and Mr. Sybrandy [1.2]; reviewed recent decisions on sixth amendment [.2]; regarding contact information for Mr. Moon [.1]. |
| 263 | 06/30/11 | Zuchetto | 1.30 | $ 330.00 | $ 429.00 | Work on Subpoena Duces Tecum to Sybrandy/Witt. |
| 264 | 07/01/11 | Kinsey | 0.80 | $ 100.00 | $ 80.00 | Finalized plaintiffs' first discovery responses to City of Burlington and City of Mt. Vernon and Sybrandy and Witt subpoenas; arrange service on Mr. Cooley. |
| 265 | 07/01/11 | Marshall | 3.00 | $ 375.00 | $ 1,125.00 | Worked on discovery requests [.9]; researched and analyzed issues regarding guardian ad litem [1.0]; worked on subpoenas to Mr. Sybrandy and Mr. Witt [.5]; let message with Mr. Wilbur's grandmother regarding transfer to in-patient treatment [.1]; telephone conferences with potential class members regarding issues with public defenders [.5]. |
| 266 | 07/01/11 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Work on discovery requests and Subpoena Duces Tecums to Sybrandy/Witt. |
| 267 | 07/01/11 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Email correspondence with co-counsel re case |
| 268 | 07/01/11 | Williams | 1.00 | $ 580.00 | $ 580.00 | Begin reviewing background materials on Skagit County lawsuit; |
| 269 | 07/03/11 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Researched and analyzed issues regarding class certification and standards for prevailing on constitutional claims [1.3]. |
| 270 | 07/04/11 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Researched and analyzed issues regarding historical caseloads in Mount Vernon and Burlington municipal courts [.9]; researched and analyzed issues regarding withdrawal of limited representation in criminal cases of Mr. Wilbur and Mr. Moon [.2]; drafted language for notices of withdrawal [.1]. |
| 271 | 07/05/11 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Telephone conferences and correspondence with Mount Vernon Municipal Court regarding PDR. |
| 272 | 07/05/11 | Marshall | 2.70 | $ 375.00 | $ 1,012.50 | Analyzed issues regarding request for case files from Mount Vernon [.1]; researched and analyzed issues regarding guardian ad litem [.4]; reviewed defendants' notice of removal [.2]; email correspondence with co-counsel regarding same [.2]; researched and analyzed issues regarding same [1.0]; worked on public disclosure requests [.3]; worked on case strategy issues [.5]. |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 273 | 07/05/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Read and analyze notice of removal and limited notice of withdrawals. |
| 274 | 07/05/11 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Review removal documents filed by Defendants |
| 275 | 07/06/11 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Worked on document management issues [.1]; telephone conference with co-counsel regarding case strategy issues [.3]; analyzed issues regarding in-patient treatment of Mr. Wilbur [.1]; reviewed letter from witness regarding indigent defense issues [.1]. |
| 276 | 07/06/11 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | Review Judge assignment, analyze, discuss remand. |
| 277 | 07/07/11 | Boschen | 3.20 | $ 150.00 | $ 480.00 | Read letter from inmate and drafted response letter to same; telephone calls to and conferences with potential witnesses; drafted public disclosure request to Skagit County Jail; updated task list; correspondence regarding same. |
| 278 | 07/07/11 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Worked on witness interviews project [.5]; worked on scheduling of meeting with ACLU regarding participation in case [.2]. |
| 279 | 07/07/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | E-mail to co-counsel re meeting (.25); Review and analyze fee agreement (.25). |
| 280 | 07/08/11 | Boschen | 1.70 | $ 150.00 | $ 255.00 | Telephone conference with client regarding treatment term; telephone conference with Mr. Hoff regarding same; telephone conference with Chief Wend regarding public disclosure request; personal conference and correspondence regarding witness calls; worked on researching phone numbers; updated contacts. |
| 281 | 07/08/11 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Analyzed issues regarding prosecution of litigation with ACLU [.3]; email correspondence with co-counsel regarding same [.2]; analyzed issues regarding public disclosure request to Skagit County jail for phone records [.2]; analyzed issues regarding contact with client [.1]. |
| 282 | 07/08/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review and analyze co-counsel agreement and e-mail co-counsel re same. |
| 283 | 07/10/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on file management issues [.2]. |
| 284 | 07/11/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding service of notice of withdrawal in Burlington and removal to federal court [.1]; emails from Ms. Talner regarding factual background issues [.1]. |
| 285 | 07/12/11 | Boschen | 0.60 | $ 150.00 | $ 90.00 | Finalized letter to witness and prepared mailing of same. |
| 286 | 07/13/11 | Kinsey | 0.80 | $ 100.00 | $ 80.00 | Prepared federal court caption; prepared certificate of service list; reviewed court docket for defendant attorney appearances. |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 287 | 07/13/11 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Researched and analyzed issues regarding amount spent by Defendants per capita and per case compared with amounts spent by other cities within Washington [.6]; email correspondence with co-counsel regarding same [.2]; worked on discovery and case strategy issues [.2]; email correspondence with co-counsel regarding discovery issues [.1]. |
| 288 | 07/13/11 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Review emails from co-counsel and Nancy Talner regarding case facts |
| 289 | 07/14/11 | Kinsey | 0.30 | $ 100.00 | $ 30.00 | Reviewed declaration of service of summons and complaint; email correspondence to opposing counsel transmitting plaintiffs' discovery requests. |
| 290 | 07/14/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review emails from ACLU containing background materials for review; |
| 291 | 07/18/11 | Marshall | 1.80 | $ 375.00 | $ 675.00 | Worked on issues regarding class member interviews [.1]; analyzed issues regarding response to motion for subsitution of counsel [.5]; worked on reply in support of motion for substitution of counsel [1.2]. |
| 292 | 07/19/11 | Kinsey | 1.30 | $ 100.00 | $ 130.00 | Reviewed, revised and finalized reply submission regarding motion for substitution regarding Montague; prepared declaration of service; arranged filing and service. |
| 293 | 07/19/11 | Boschen | 3.40 | $ 150.00 | $ 510.00 | Reviewed Skagit County Jail Roster; prepared index of potential witnesses from same; correspondence regarding same. |
| 294 | 07/19/11 | Marshall | 2.40 | $ 375.00 | $ 900.00 | Worked on reply in support of motion to substitute new public defense counsel for Ms. Montague [.7]; drafted proposed order granting same [.2]; worked on argument for hearing on same [1.0]; analyzed issues regarding docketing deadlines [.1]; worked on document review issues [.4]. |
| 295 | 07/19/11 | Zuchetto | 1.30 | $ 330.00 | $ 429.00 | Review and analyze response and reply re motion for substitution of counsel (.6); Review and analyze joint prosecution agreement and discuss same w/ co-counsel (.7). |
| 296 | 07/20/11 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Reviewed Order Regarding Initial Disclosures, Joint Status Report and Early Settlement; reviewed docket for case; correspondence regarding deadlines. |
| 297 | 07/20/11 | Marshall | 6.70 | $ 375.00 | $ 2,512.50 | Telephone conference with co-counsel regarding case strategy issues [.2]; prepared for hearing on motion to substitute counsel for Ms. Montague [.3]; prepared for interviews with witnesses at Skagit County jail [.4]; to Skagit County for hearing and witness interviews [1.2]; email from opposing counsel regarding cancellation of hearing [.1]; personal conference with court clerk regarding same [.1]; interviewed witnesses at jail [3.2]; returned from Skagit County [1.2]. |

24

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 298 | 07/20/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review and analyze answer. |
| 299 | 07/21/11 | Boschen | 2.80 | $ 150.00 | $ 420.00 | Reviewed and indexed supplemental production from Skagit County in response to public disclosure requested; bates labeled same; bates labeled documents produced by Mount Vernon Municipal Court in response to public disclosure request; updated production log; correspondence regarding documents produced in response to public disclosure requests. |
| 300 | 07/21/11 | Marshall | 2.20 | $ 375.00 | $ 825.00 | Email correspondence with co-counsel regarding case strategy issues [.1]; worked on same [.4]; reviewed documents from Skagit Co. in response to public records request [.3]; email correspondence with co-counsel regarding same [.1]; left message with Ms. Russell regarding potential omissions in same [.1]; worked on compiling notes from jail inmate interviews and analyzing action items [.8]; email correspondence with co-counsel regarding same [.2]; telephone call from Ms. Russell regarding public records request [.1]; email to co-counsel regarding defendants' answer [.1]. |
| 301 | 07/21/11 | Dunne | 2.10 | $ 380.00 | $ 798.00 | Review Answer filed by Defendants; conduct legal research on legal standard for systemic indigent defense reform class action |
| 302 | 07/22/11 | Marshall | 4.60 | $ 375.00 | $ 1,725.00 | Researched and analyzed issues regarding standards to apply to preconviction claims regarding sixth amendment rights [.8]; prepared for meeting with co-counsel [.5]; meetings with co-counsel regarding factual background and case strategy issues [3.3]. |
| 303 | 07/22/11 | Zuchetto | 6.50 | $ 330.00 | $ 2,145.00 | Participate in litigation strategy session w/ co-counsel (2.0); Travel back to Spokane (4.5). |
| 304 | 07/22/11 | Dunne | 2.50 | $ 380.00 | $ 950.00 | Meeting with J. Williams, N. Talner, M. Zuchetto, and T. Marshall regarding case strategy and discovery; |
| 305 | 07/22/11 | Talner | 2.50 | $ 400.00 | $ 1,000.00 | Meeting with co-counsel to discuss case strategy |
| 306 | 07/22/11 | Williams | 2.70 | $ 580.00 | $ 1,566.00 | Review background material and prepare for meeting with co-counsel on case status; |
| 307 | 07/25/11 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Telephone call from co-counsel regarding association with ACLU and case strategy issues [.3]; email correspondence with ACLU and Perkins Coie attorneys regarding same [.2]. |
| 308 | 07/25/11 | Zuchetto | 0.30 | $ 330.00 | $ 99.00 | Work on scheduling Rule 26 conference, expert strategy, review and analyze 06 contract re Burlington. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 309 | 07/25/11 | Dunne | 2.30 | $ 380.00 | $ 874.00 | Review contract for City of Burlington and City of Mount Vernon public defense contract for 2006; conduct legal research on Sixth Amendment legal standard and draft memo regarding same |
| 310 | 07/25/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | review Grant County docket and select documents for intranet access to all counsel; |
| 311 | 07/26/11 | Boschen | 2.30 | $ 150.00 | $ 345.00 | Worked on PDR production index and PDR review; telephone conference with Intelmate regarding client balances; set up intelmate account for indigent defendant; email correspondence to Mount Vernon Municipal Court regarding PDR; telephone call to client; researched client contact; telephone call to Mr. Hoff regarding same; telephone conference with Ms. Johnson; correspondence regarding same. |
| 312 | 07/26/11 | Marshall | 0.90 | $ 375.00 | $ 337.50 | Drafted action items list and worked on implementing same [.4]; telephone conference with co-counsel regarding same [.2]; telephone call from co-counsel regarding factual background issues [.3]. |
| 313 | 07/26/11 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | Work on case management/strategy and discuss same w/ co-counsel. |
| 314 | 07/26/11 | Williams | 2.10 | $ 580.00 | $ 1,218.00 | Review ACLU brief on case status and legal issues; begin developing case overview; |
| 315 | 07/27/11 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Telephone conference with Mr. Hoff; correspondence regarding same; telephone call and voicemail to client; researched client cases; correspondence regarding same; |
| 316 | 07/27/11 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Email from opposing counsel regarding scheduling of Rule 26(f) conference [.1]; analyzed issues regarding communications with named plaintiffs [.1]; email from co-counsel regarding representation of named plaintiffs [.1]; worked on case strategy issues [.2]; telephone conference with expert and co-counsel regarding factual background and legal issues [.8]. |
| 317 | 07/27/11 | Zuchetto | 0.40 | $ 330.00 | $ 132.00 | Teleconference w/ expert (.25); research re right to counsel and parole hearings (.15). |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 318 | 07/28/11 | Boschen | 5.50 | $ 150.00 | $ 825.00 | Telephone calls to and conferences with Burlington and Mount Vernon Municipal Courts; telephone conference with client; drafted public disclosure requests to Burlington and Mount Vernon Municipal Courts; drafted letter to Mount Vernon Municipal Court regarding previous public disclosure request; researched client contact information; telephone call to client; telephone conference with Skagit County Jail regarding client documents; personal conference regarding case status; worked on filing documents; prepared case files for co-counsel; personal conference and correspondence regarding same. |
| 319 | 07/28/11 | Marshall | 3.70 | $ 375.00 | $ 1,387.50 | Telephone calls from indigent defendant regarding factual background issues [.2]; worked on same [.3]; telephone call from co-counsel regarding case strategy and expert issues [.3]; worked on same [.8]; worked on strategy for discovery and class certification [1.3]; email correspondence with co-counsel regarding contact with plaintiffs [.1]; analyzed issues regarding same [.2]; reviewed materials from other cases involving systemic public defense reform [.3]; worked on issues related to evidence files [.2]. |
| 320 | 07/28/11 | Zuchetto | 0.70 | $ 330.00 | $ 231.00 | Analyze costs and case strategy and discuss same w/ co-counsel. |
| 321 | 07/28/11 | Fisher | 5.90 | $ 330.00 | $ 1,947.00 | Draft initial disclosures; |
| 322 | 07/29/11 | Kinsey | 0.80 | $ 100.00 | $ 80.00 | Drafted initial disclosures and joint status report and discovery plan. |
| 323 | 07/29/11 | Marshall | 5.00 | $ 375.00 | $ 1,875.00 | Email correspondence with co-counsel regarding representation of plaintiffs [.1]; drafted task list [.5]; drafted agenda for meeting with co-counsel [.5]; analyzed case strategy issues [.8]; worked on factual background issues [3.1]. |
| 324 | 07/29/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Research and analyze Judge Lasik's decisions re class certification. |
| 325 | 07/29/11 | Zuchetto | 0.70 | $ 330.00 | $ 231.00 | Work on strategy/agenda re team meeting |
| 326 | 07/29/11 | Talner | 0.50 | $ 400.00 | $ 200.00 | Prepare for Monday's meeting with co-counsel by reviewing fact evidence in case to date |
| 327 | 07/29/11 | Fisher | 1.70 | $ 330.00 | $ 561.00 | Read background material for case; |
| 328 | 07/29/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Exchange emails on CR 26(f) conference and plan for 8/1/22 strategy conference; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 329 | 08/01/11 | Boschen | 6.90 | $ 150.00 | $ 1,035.00 | Travel to and from Perkins Coie for case meeting; attended case meeting; telephone call to, conference and email with Pioneer Human Services; telephone conference and correspondence with Mount Vernnon Municipal Court regarding public disclosure request; telephone conference with Burlington Municipal Court regarding public disclosure request; correspondence regarding municipal court hearing dates and times; reviewed documents and correspondence pertaining to potential expert witnesses; prepared documents for client meeting; correspondence regarding same; reviewed client documents; filed same. |
| 330 | 08/01/11 | Marshall | 7.00 | $ 375.00 | $ 2,625.00 | Prepared for meeting with co-counsel [.2]; worked on agenda for same [.1]; worked on task list [.3]; worked on case strategy issues [.4]; meeting with co-counsel regarding case strategy issues, factual background issues, legal issues, expert issues, and action items [4.4]; email correspondence with co-counsel regarding discovery issues [.2]; email correspondence with co-counsel regarding legal standard to apply to preconviction sixth amendment cases [.2]; researched and analyzed issues regarding same [.2]; analyzed issues regarding rescheduling of hearing on motion to substitute new public defender for Ms. Montague [.1]; revised confirmation of understanding for interviews with indigent defendants [.2]; reviewed documents from Ms. Johnson regarding upcoming court hearing [.2]; analyzed issues regarding same [.2]; worked on issues regarding representation of clients by ACLU and Perkins Coie [.2]; worked on expert issues [.1]. |
| 331 | 08/01/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Prepare for strategy meeting |
| 332 | 08/01/11 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Research re GAL re witness/class rep. |
| 333 | 08/01/11 | Dunne | 3.20 | $ 380.00 | $ 1,216.00 | Meeting with J. Williams, C. Fisher, T. Marshall, M. Zuchetto, N. Talner regarding case strategy and discovery |
| 334 | 08/01/11 | Talner | 3.50 | $ 400.00 | $ 1,400.00 | Attend meeting with plaintiffs' attorneys and cooperating attorneys to discuss case strategy; read emails from those attorneys; research experts |
| 335 | 08/01/11 | Fisher | 6.10 | $ 330.00 | $ 2,013.00 | Attend meeting with team to discuss general issues of case and plan; begin initial research on standard used for for the assistance of counsel, possible relief, and defenses we are likely to see; |
| 336 | 08/01/11 | Williams | 5.00 | $ 580.00 | $ 2,900.00 | Prepare for and meet with Wilbur litigation team to discuss case status, assignments, and strategy; review emails from litigation team on post-meeting action items; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 337 | 08/02/11 | Boschen | 8.60 | $ 150.00 | $ 1,290.00 | Prepared maps for travel to Sedro Woolley, Burlington and Mount Vernon; Travel to Pioneer Center North for client meeting; client meeting; travel from Pioneer Center North to Burlingon Municipal Court; obtained documents in response to public disclosure request from Burlington Municipal Court; travel from Burlington Municipal Court to Mount Vernon Municipal Court; obtained documents in response to public disclosure requests from Mount Vernon Municipal Court; observed arraignment hearings; return travel from Mount Vernon Municipal Court. |
| 338 | 08/02/11 | Marshall | 8.60 | $ 375.00 | $ 3,225.00 | Email correspondence with Ms. Burton regarding status of case [.1]; worked on discovery issues [.3]; worked on expert issues [.2]; telephone conference with co-counsel regarding same [.2]; prepared for interviews of indigent defendants [.5]; telephone conference with co-counsel regarding same [.4]; to Skagit County for meeting with client [1.5]; meeting with Ms. Montague regarding various case issues [1.0]; obtained case files from Burlington municipal court [.2]; attended arraignment hearing and interviewed indigent defendants [1.9]; returned from Skagit County [1.3]; exchanged messages with co-counsel regarding expert issues [.2]; analyzed issues regarding caseload standards [.3]; worked on case strategy issues [.5]. |
| 339 | 08/02/11 | Zuchetto | 0.40 | $ 330.00 | $ 132.00 | Research GAL re potential rep. or witness. |
| 340 | 08/02/11 | Zuchetto | 0.70 | $ 330.00 | $ 231.00 | Review and analyze e-mails from co-counsel re expert witnesses. |
| 341 | 08/02/11 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | Call to class rep. re additional co-counsel. |
| 342 | 08/02/11 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Review emails from N. Talner and co-counsel regarding possible experts |
| 343 | 08/02/11 | Talner | 1.90 | $ 400.00 | $ 760.00 | Conduct research regarding possible experts and email co-counsel about experts |
| 344 | 08/02/11 | Williams | 1.00 | $ 580.00 | $ 580.00 | Draft email to Professor Saltzburg on Right to Counsel definition; review emails on potential expert witnesses; |
| 345 | 08/02/11 | Fisher | 9.30 | $ 330.00 | $ 3,069.00 | Research standard for assistance of counsel under sixth amendment; attend court hearings at Mount Vernon Municipal Court; |

29

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 346 | 08/03/11 | Boschen | 4.10 | $ 150.00 | $ 615.00 | Scanned and bates labeled public disclosure requests from Mount Vernon and Burlington Municipal Courts; correspondence regarding same; updated production log; scanned and emailed client agreements; telephone conference with Sun Ray Courte regarding client; telephone conference with Burlington Municipal Court regarding hearing schedule; personal conference and correspondence regarding same; resesarched Witt and Sybrandy open cases; prepared database of same; drafted summary of client visit. |
| 347 | 08/03/11 | Marshall | 2.90 | $ 375.00 | $ 1,087.50 | Analyzed issues regarding requirement of Ms. Montague's presence at hearing on motion to substitute counsel [.1]; telephone conference with Mr. Hoff regarding same [.1]; email correspondence with co-counsel regarding meeting with Ms. Montague [.1]; analyzed issues regarding indigent defendant's factual background [.3]; analyzed issues regarding experts [.1]; email correspondence with co-counsel regarding same [.1]; telephone conference with co-counsel regarding same and factual background issues with Mr. Osborne and Mr. Wilbur [.8]; telephone conference with co-counsel and Mr. Wilbur regarding case status and representation by ACLU [.4]; telephone conference with co-counsel and Ms. Kaiser regarding same [.2]; worked on expert issues and case strategy issues [.5]; worked on client issues [.2]. |
| 348 | 08/03/11 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Work on strategy w/ co-counsel re experts and disabled plaintiff/witness. |
| 349 | 08/03/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Call to Class Rep. to arrange meeting |
| 350 | 08/03/11 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Review emails from co-counsel re possible plaintiffs and respond to inquiry regarding how to obtain military records of potential plaintiff |
| 351 | 08/03/11 | Talner | 3.00 | $ 400.00 | $ 1,200.00 | Research cases where 6th Amendment violation found and share list with co-counsel; telephone call with T. Marshall regarding legal issues in one potential plaintiff or witness's case and strategy regarding experts; review records in potential plaintiff or witness's case and email comments to co-counsel |
| 352 | 08/04/11 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Correspondence regarding court observation and travel regarding same. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 353 | 08/04/11 | Marshall | 2.80 | $ 375.00 | $ 1,050.00 | Revised stipulation and proposed order substituting public defense counsel for Ms. Montague [.1]; email to Mr. Thomas requesting approval to file same [.1]; worked on document management issues [.2]; researched and analyzed issues regarding ability of sitting judge to testify as expert witness [.5]; email correspondence with co-counsel regarding same [.1]; telephone call from expert regarding factual background and expert issues [.5]; worked on same [.6]; telephone conference with co-counsel regarding same [.2]; email correspondence with co-counsel and opposing counsel regarding scheduling issues [.2]; worked on case strategy issues [.3]. |
| 354 | 08/04/11 | Zuchetto | 1.30 | $ 330.00 | $ 429.00 | Meeting w/ Joseph Wilbur. |
| 355 | 08/04/11 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Discuss call w/ expert w/ co-counsel and call to expert re role. |
| 356 | 08/04/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review, analyze and edit e-mail to defense counsel re Rule 26 conference. |
| 357 | 08/04/11 | Zuchetto | 0.70 | $ 330.00 | $ 231.00 | Research re expert issues. |
| 358 | 08/04/11 | Talner | 0.30 | $ 400.00 | $ 120.00 | Emails with co-counsel to arrange Mount Vernon court observation |
| 359 | 08/05/11 | Marshall | 3.70 | $ 375.00 | $ 1,387.50 | Worked on joint status report [1.8]; email correspondence with co-counsel regarding same [.1]; researched and analyzed issues regarding legal claims [1.5]; telephone call from co-counsel regarding same [.2]; left message with Ms. Osborne regarding witness issues [.1]. |
| 360 | 08/05/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Work on letter to Wilbur re rep. |
| 361 | 08/05/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Work on joint report. |
| 362 | 08/05/11 | Talner | 0.80 | $ 400.00 | $ 320.00 | Discuss legal issues in case with ACLU expert on indigent defense; email to co-counsel regarding experts; research on jury trial issue; |
| 363 | 08/08/11 | Boschen | 1.90 | $ 150.00 | $ 285.00 | Personal conference regarding witness search [.2]; worked on coordinating travel to Mount Vernon Municipal Court [.2]; worked on filing [.1]; researched client case history [.3]; correspondence regarding same [.1]; correpondence regarding client contact information [.1]; correspondence regarding correcting caption [.1]; reviewed court records regarding client's public defender [.5]; reviewed Answer to Complaint [.1]; correspondence regarding same [.1]; personal conference regarding same [.1]. |

31

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 364 | 08/08/11 | Marshall | 3.60 | $ 375.00 | $ 1,350.00 | Message from Mr. Moon regarding new contact information [.1]; email correspondence with co-counsel regarding same [.1]; worked on task list [.1]; worked on document management issues [.1]; telephone calls from indigent defendant regarding representation by Mr. Witt [.4]; analyzed issues regarding same [.3]; telephone conference with co-counsel regarding same [.3]; telephone conference with indigent defendant regarding same [.5]; researched and analyzed issues regarding Mr. Witt's representation of Ms. Montague [.2]; interviewed Ms. Shields regarding experiences with public defenders [.3]; analyzed issues regarding same and drafted memorandum for file [.3]; email correspondence with co-counsel regarding joint status report [.2]; worked on strategy for witness interviews [.5]; telephone conference with Mr. Moon regarding status of case and representation by ACLU [.2]. |
| 365 | 08/08/11 | Zuchetto | 0.85 | $ 330.00 | $ 280.50 | Call w/ co-counsel re potential witness/class rep. and analyze same (.75); Work on joint status report (.1). |
| 366 | 08/08/11 | Dunne | 0.90 | $ 380.00 | $ 342.00 | Review and revise Joint Status Report; review legal research on right to counsel from Michigan case; review emails from co-counsel regarding case strategy |
| 367 | 08/08/11 | Talner | 0.80 | $ 400.00 | $ 320.00 | Review and comment on draft discovery requests; telephone call with co-counsel regarding new potential witness/plaintiff; |
| 368 | 08/08/11 | Fisher | 0.60 | $ 330.00 | $ 198.00 | Read the joint pre-trial statement and discovery requests and subpoenas; take care of the notice of appearance; |
| 369 | 08/09/11 | Kinsey | 0.40 | $ 100.00 | $ 40.00 | Amended plaintiff attorney appearances in joint status report and master caption. |
| 370 | 08/09/11 | Boschen | 6.20 | $ 150.00 | $ 930.00 | Travel to and from Mount Vernon Municipal Court to meet with client [5.4]; scanned and emailed signed representation agreements [.1]; worked on filing agreements [.1]; bates labeled and OCRd Mount Vernon PDRs [.4]; updated production log [.1]; correspondence with co-counsel regarding same [.1]. |
| 371 | 08/09/11 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Left message with Mr. Thomas regarding stipulation to substitute public defender for Ms. Montague [.1]; revised draft joint status report [.1]; email to opposing counsel regarding scheduling of Rule 26(f) conference [.1]; email correspondence with co-counsel regarding joint status report [.1]; worked on discovery and case strategy ssues [1.0]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 372 | 08/09/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review and analyze class member treatment notes (.25); Review and Analyze joint status report (.25); discuss strategy w/ co-counsel (.25); Review and analyze substitution of counsel e-mail from opposing counsel re class rep. (.25). |
| 373 | 08/09/11 | Talner | 5.80 | $ 400.00 | $ 2,320.00 | Travel to and from Mount Vernon municipal court and observe pretrial hearings in municipal court and in-custody hearings for municipal court |
| 374 | 08/09/11 | Fisher | 6.10 | $ 330.00 | $ 2,013.00 | Attend hearings at Mount Vernon Municipal Court; draft notice of appearance; |
| 375 | 08/10/11 | Kinsey | 0.30 | $ 100.00 | $ 30.00 | Revised draft joint status report; email correspondence regarding attorney trial counsel appearances; draft transmittal letter to Judge Gilbert enclosing stipulation; reviewed, revised and finalized stipulation to substitute counsel; email correspondence with Mr. Thomas. |
| 376 | 08/10/11 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Worked on re-labeling public disclosure documents [.4]; correspondence regarding same [.2]; updated production log [.2]; correspondence regarding correcting caption [.1]. |
| 377 | 08/10/11 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Worked on factual background investigation and related issues [1.1]. |
| 378 | 08/10/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review and analyze communications re new counsel for Montague (.25); Research and prep. for case strategy call (.5); Edit client letter (.25). |
| 379 | 08/10/11 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Review and revise Notice of Appearance; |
| 380 | 08/10/11 | Talner | 0.60 | $ 400.00 | $ 240.00 | Review court file documents on three named plaintiffs and identify issues relevant to case |
| 381 | 08/10/11 | Fisher | 2.50 | $ 330.00 | $ 825.00 | Conduct research on legal standard on assistance of counsel under the Sixth Amendment; |
| 382 | 08/11/11 | Boschen | 0.70 | $ 150.00 | $ 105.00 | Telephone call to client's sister and correspondence regarding same [.1]; revised witness search list [.5]; correspondence regarding same [.1]. |
| 383 | 08/11/11 | Marshall | 7.30 | $ 375.00 | $ 2,737.50 | Prepared for and participated in Rule 26(f) conference [2.2]; meetings with co-counsel regarding same and case strategy issues [4.4]; worked on discovery issues [.7]. |
| 384 | 08/11/11 | Zuchetto | 6.50 | $ 330.00 | $ 2,145.00 | Travel to Seattle re Rule 26 conference and meeting w/ expert (1.5); Prepare for Rule 26 conference and participate in same (1.0); Strategy meeting w/ co-counsel and meeting w/ expert and debrief re same (4.0). |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 385 | 08/11/11 | Dunne | 2.50 | $ 380.00 | $ 950.00 | Teleconference with David Carlson regarding "next friend" standing; review Rule 17(c)(2) and conduct legal research concerning standard for rule; review and revise draft discovery requests; meeting with N. Talner, J. Williams, C. Fisher, T. Marshall and M. Zuchetto regarding case strategy and mediation; mtg with B. Boruchowitz regarding case and experts |
| 386 | 08/11/11 | Talner | 1.50 | $ 400.00 | $ 600.00 | Attend meeting with co-counsel and consulting expert regarding possible experts, legal standards applicable to the case, and how to gather proof that that standard is met |
| 387 | 08/11/11 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Prepare for and attend CR 26(f) conference on joint status report; discuss case strategy with T. Marshall; review correspondence from team on meeting with B. Boruchowitz; meet with ACLU attorneys and co-counsel to discuss expert witnesses; meet with B. Boruchowitz on expert witness testimony; |
| 388 | 08/12/11 | Kinsey | 1.80 | $ 100.00 | $ 180.00 | Reviewed and revised plaintiffs' first discovery requests to each defendant; prepared declaration of service regarding same; email correspondence regarding Sybrandy and Witt subpoenas. |
| 389 | 08/12/11 | Marshall | 3.10 | $ 375.00 | $ 1,162.50 | Telephone conference and email correspondence with co-counsel regarding case strategy issues [.5]; worked on same [.3]; worked on revisions to joint status report [.6]; researched and analyzed issues regarding ability to get fees where defendant voluntarily stops engaging in unconstitutional behavior [.3]; telephone call from consulting expert regarding expert issues [.2]; researched background of Mr. Boerner [.1]; email correspondence with co-counsel regarding Mr. Boerner's services as expert witness [.2]; worked on document management issues [.1]; worked on discovery issues [.7]; left message with Mr. Boerner regarding expert services [.1]. |
| 390 | 08/12/11 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Email correspondence with co-counsel re legal standard for next friend standing |
| 391 | 08/12/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review draft Joint Status Report and provide comments on same; |
| 392 | 08/13/11 | Fisher | 0.70 | $ 330.00 | $ 231.00 | Draft expert retention agreements; |
| 393 | 08/14/11 | Marshall | 3.00 | $ 375.00 | $ 1,125.00 | Worked on initial disclosures [1.0]; researched and analyzed issues regarding same [.4]; worked on discovery requests to Defendants [1.0]; worked on subpoenas for documents to Mr. Sybrandy and Mr. Witt [.6]. |

34

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 394 | 08/15/11 | Marshall | 2.50 | $ 375.00 | $ 937.50 | Email correspondence with co-counsel regarding discovery requests [.2]; worked on same and subpoenas to Mr. Sybrandy and Mr. Witt [.5]; telephone call from Mr. Boerner regarding expert issues [.1]; email correspondence with co-counsel regarding same [.1]; telephone call from co-counsel regarding strategy for obtaining early summary judgment or preliminary injunction [.4]; telephone call from co-counsel regarding discovery issues [.1]; worked on expert issues [1.1]. |
| 395 | 08/15/11 | Zuchetto | 2.30 | $ 330.00 | $ 759.00 | Work on discovery requests to Mt. V and Burlington. |
| 396 | 08/15/11 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Review emails from co-counsel regarding case strategy and discovery and experts |
| 397 | 08/15/11 | Talner | 0.50 | $ 400.00 | $ 200.00 | Review and revise draft discovery requests |
| 398 | 08/16/11 | Kinsey | 2.80 | $ 100.00 | $ 280.00 | Reviewed and revised plaintiffs' initial disclosures; reviewed and revised exhibits to Sybrandy and Witt subpoenas; reviewed, revised and finalized plaintiffs' first discovery requests to City of Mount Vernon and City of Burlington; arranged delivery by messenger of same; email correspondence to and from service of process of Sybrandy and Witt subpoenas. |
| 399 | 08/16/11 | Boschen | 5.50 | $ 150.00 | $ 825.00 | Worked on Plaintiffs' Initial Disclosures and correspondence regarding same [5.5]. |
| 400 | 08/16/11 | Marshall | 4.60 | $ 375.00 | $ 1,725.00 | Worked on subpoenas to Mr. Witt and Mr. Sybrandy [.4]; email correspondence with co-counsel regarding same [.1]; worked on initial disclosures [.2]; meeting with experts regarding various issues and telephone conference with co-counsel regarding same [2.9]; telephone conferences with fact witnesses and worked on issues related to same [1.0]. |
| 401 | 08/16/11 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Research and analyze injunctive and declaratory relief standards. |
| 402 | 08/16/11 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Review and respond to emails from co-counsel re discovery and motion for preliminary injunction |
| 403 | 08/16/11 | Talner | 1.60 | $ 400.00 | $ 640.00 | Meet with consulting expert, potential expert, and co-counsel to discuss misdemeanor defense practices |
| 404 | 08/16/11 | Fisher | 1.60 | $ 330.00 | $ 528.00 | Research standard used by courts in regards to assistance of counsel in indigent defense cases; |
| 405 | 08/16/11 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review emails on case strategy and status of experts; continue review of background materials; |

35

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 406 | 08/17/11 | Kinsey | 1.20 | $ 100.00 | $ 120.00 | Reviewed, revised and finalized Sybrandy and Witt subpoenas; prepared declaration of service; arranged service of process; arranged delivery by messenger. |
| 407 | 08/17/11 | Boschen | 4.50 | $ 150.00 | $ 675.00 | Drafted letter to Ms. Osborne and prepared mailing of same [.3]; continued work on initial disclosures [4.2]. |
| 408 | 08/17/11 | Marshall | 2.00 | $ 375.00 | $ 750.00 | Prepared for court hearing regarding conflict issues and travelled to Skagit County for same [1.8]; worked on initial disclosures [.2]. |
| 409 | 08/17/11 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Work on initial disclosures. |
| 410 | 08/17/11 | Talner | 0.10 | $ 400.00 | $ 40.00 | Telephone call to potential expert witness |
| 411 | 08/17/11 | Fisher | 0.40 | $ 330.00 | $ 132.00 | Draft expert retention agreements for additional experts; read emails from team; research issues; |
| 412 | 08/18/11 | Boschen | 4.20 | $ 150.00 | $ 630.00 | Continued work on initial disclosures and preparation of documents for production [3.1]; drafted letter regarding same [.2]; prepared mailing of same [.2]; correspondence regarding same [.2]; uploaded disclosures to repository [.1]; correspondence regarding experts [.1]; telephone conferences with witness [.2]; updated production log [.1]. |
| 413 | 08/18/11 | Marshall | 5.40 | $ 375.00 | $ 2,025.00 | Email correspondence and telephone conference with co-counsel regarding initial disclosures and expert witnesses [.4]; telephone conference with Ms. Kenimond regarding factual background issues [.3]; worked on same [1.2]; worked on case strategy issues [.3]; telephone conferences with fact witnesses [1.8]; worked on factual background issues [1.4]. |
| 414 | 08/18/11 | Zuchetto | 2.50 | $ 330.00 | $ 825.00 | Research and analyze injunctive relief, discuss same w/ co-counsel (1.75); Review and analyze Defendants' initial disclosures (.75). |
| 415 | 08/18/11 | Dunne | 0.90 | $ 380.00 | $ 342.00 | Teleconfernece with co-counsel regarding case strategy and motion for preliminary injunction; review emails from co-counsel regarding experts; review emails from co-counsel regarding documents; review and revise Plaintiff's Initial Disclosures |
| 416 | 08/18/11 | Talner | 0.60 | $ 400.00 | $ 240.00 | Telephone call with co-counsel to discuss case strategy |
| 417 | 08/18/11 | Fisher | 4.00 | $ 330.00 | $ 1,320.00 | Edit initial discovery responses; research issues for brief; conference call regarding preliminary injunction and declaratory relief motions; |
| 418 | 08/19/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Email correspondence with expert regarding meeting [.1]; email correspondence with co-counsel regarding discovery and factual background issues [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 419 | 08/19/11 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Review emails from co-counsel regarding case strategy and discovery and witnesses |
| 420 | 08/19/11 | Talner | 0.60 | $ 400.00 | $ 240.00 | Telephone calls to potential expert witnesses; telephone call with potential expert witness; emails to co-counsel discussing communication with potential expert witnesses |
| 421 | 08/19/11 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Review email exchange on motion to amend complaint to add disabled plaintiff Osborn; review email exchange on expert witness and suggest process for collecting declarations; coordinate with D. Boerner on meeting to discuss expert testimony; |
| 422 | 08/20/11 | Fisher | 5.70 | $ 330.00 | $ 1,881.00 | Research and write memo regarding the right to counsel, the standard for pre-conviction Sixth Amendment claims; defenses, and relief; |
| 423 | 08/21/11 | Fisher | 5.10 | $ 330.00 | $ 1,683.00 | Write memo regarding the right to counsel, the standard for pre-conviction Sixth Amendment claims; defenses, and relief; |
| 424 | 08/22/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on expert issues [.1]; email correspondence with co-counsel regarding same [.1]. |
| 425 | 08/22/11 | Talner | 0.10 | $ 400.00 | $ 40.00 | Telephone call with potential expert; telephone call with co-counsel's paralegal regarding documents to give potential expert |
| 426 | 08/22/11 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Prepare for meeting with potential expert witness Dave Boerner; |
| 427 | 08/23/11 | Boschen | 1.70 | $ 150.00 | $ 255.00 | Loaded Plaintiffs' production to shared site [.7]; correspondence regarding same [.1]; prepared productions to expert witnesses [.2]; correspondence regarding same; updated production log [.1]; telephone conference with Burlington Municipal Court regarding hearing date [.1]; uploaded files to secure FTP [.1]; correspondence regarding media files [.1]; reviewed Burlington's discovery requests [.2]; telephone call to client's sister regarding documents [.1]. |
| 428 | 08/23/11 | Marshall | 4.90 | $ 375.00 | $ 1,837.50 | Telephone calls from Ms. Johnson regarding status of incarceration and upcoming hearings [.2]; analyzed issues regarding same [.2]; reviewed documents from Ms. Osborne [.3]; analyzed issues regarding inclusion of Mr. Osborne and Ms. Johnson in lawsuit [.7]; email memorandum to co-counsel regarding same [.2]; worked on expert issues [.3]; meeting with Mr. Boerner and co-counsel regarding factual background and expert issues [2.6]; meeting with co-counsel regarding potential additional named plaintiffs [.4]. |
| 429 | 08/23/11 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Review emails from co-counsel regarding possible new plaintiffs |

37

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 430 | 08/23/11 | Talner | 3.10 | $ 400.00 | $ 1,240.00 | Read emails from co-counsel regarding case strategy; meet with potential expert witness and co-counsel; review newly obtained documents from one criminal case file and email co-counsel regarding issues posed by those documents. |
| 431 | 08/23/11 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Continue preparation for expert witness interview with Dave Boerner; meet with D. Boerner to discuss potential expert opinion for case; exchange emails with team on discovery requests; |
| 432 | 08/24/11 | Kinsey | 0.40 | $ 100.00 | $ 40.00 | Reviewed declarations of service of Sybrandy and Witt subpoenas; researched court filing requirements under Fed. R. Civ. P. and local rules; email correspondence regarding same; |
| 433 | 08/24/11 | Boschen | 0.80 | $ 150.00 | $ 120.00 | Correspondence regarding expert productions and retainers [.2]; drafted and emailed public disclosure request to Mount Vernon Municipal Court [.3]; correspondence regarding audio files and productions [.2]; personal conference regarding calls to potential witnesses [.1]. |
| 434 | 08/24/11 | Marshall | 4.60 | $ 375.00 | $ 1,725.00 | Email to opposing counsel regarding joint status report [.1]; worked on expert and discovery issues [.4]; worked on witness interview issues [.2]; analyzed issues regarding Mr. Osborne's claims [.2]; left message with Ms. Osborne regarding factual background issues [.1]; email correspondence with co-counsel regarding same [.1]; reviewed co-counsel's memorandum regarding legal standard for preconviction Sixth Amendment claims [.4]; researched and analyzed issues regarding same [.2]; worked on outline of relief being sought on preliminary injunction [1.1]; researched and analyzed issues regarding same [1.3]; worked on factual background section for preliminary approval motion [.5]. |
| 435 | 08/24/11 | Dunne | 0.80 | $ 380.00 | $ 304.00 | Meeting with J. Strait regarding expert witness; review emails from co-counsel regarding possible new plaintiffs and discovery and case strategy |
| 436 | 08/25/11 | Kinsey | 0.90 | $ 100.00 | $ 90.00 | Reviewed, revised and finalized joint status report; arranged filing. |
| 437 | 08/25/11 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Updated production log [.1]. |

38

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 438 | 08/25/11 | Marshall | 8.40 | $ 375.00 | $ 3,150.00 | Researched and analyzed issues regarding relief to obtain on preliminary injunction and legal standards supporting same [1.8]; drafted memorandum regarding same [1.0]; telephone call from Ms. Howson regarding factual background issues [.3]; email memorandum to opposing counsel regarding same and notices that Mr. Witt and Mr. Sybrandy send to new clients [.5]; analyzed issues regarding defendants' revisions to joint status report [.1]; email correspondence with co-counsel regarding same [.1]; worked on finalization of joint status report [.1]; reviewed Mr. Witt's objections to subpoena duces tecum [.1]; analyzed issues regarding same and motion to compel requested documents [.5]; email correspondence with co-counsel regarding same [.1]; researched and analyzed issues regarding ability of cities to shut down municipal courts [1.8]; telephone call from Mr. Howson regarding factual background issues [.2]; email to co-counsel regarding same [.2]; worked on case strategy issues [.5]; telephone conference with witness regarding factual background issues [1.1]. |
| 439 | 08/25/11 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Review email from A. Rosenberg regarding Joint Status Report; email correspondence with co-counsel regarding same; review response from Witt to subpoena and email correspondence with co-counsel regarding Witt's response and objections to subpoena |
| 440 | 08/25/11 | Talner | 0.50 | $ 400.00 | $ 200.00 | Read emails from co-counsel regarding case strategy; send emails to co-counsel regarding possible legal issues in the case |
| 441 | 08/25/11 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review correspondence from co-counsel on discovery dispute and Joint Status Report; meet with C. Fisher to discuss process for motion to compel production from Witt and Sybrandy; |
| 442 | 08/26/11 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Researched and analyzed issues regarding structure of municipal courts [.1]; email correspondence with co-counsel regarding same [.1]; telephone conference with co-counsel regarding expert issues [1.0]. |
| 443 | 08/26/11 | Fisher | 0.60 | $ 330.00 | $ 198.00 | Read team emails; conduct preliminary research on consolidation of courts; review material on Grant County case; |
| 444 | 08/27/11 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Worked on expert and witness issues [.2]; worked on case strategy issues [.1]; researched and analyzed issues regarding legal standards applicable to systemic, pre-certification Sixth Amendment claims [1.1]. |
| 445 | 08/28/11 | Marshall | 1.80 | $ 375.00 | $ 675.00 | Researched and analyzed issues regarding legal standards for systemic, pre-certification Sixth Amendment claims [1.8]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 446 | 08/29/11 | Boschen | 0.80 | $ 150.00 | $ 120.00 | Scanned and emailed expert contract [.1]; worked on supplemental witness disclosures [.3]; reviewed correspondence and potential supplemental production [.2]; correspondence regarding discovery and production [.2]; |
| 447 | 08/29/11 | Marshall | 2.80 | $ 375.00 | $ 1,050.00 | Researched and analyzed issues regarding legal standards for systemic, pre-certification Sixth Amendment claims [2.8]. |
| 448 | 08/29/11 | Bergland | 0.10 | $ 190.00 | $ 19.00 | Office Conference with Zuchetto re: obtaining statutory history and obtained archived version of statute available on Lexis. |
| 449 | 08/29/11 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Analyze and research re combing municipal court w/ district court (1.25); Read and analyze discovery to plaintiffs (.25). |
| 450 | 08/30/11 | Boschen | 0.40 | $ 150.00 | $ 60.00 | Telephone call to Glen Hoff's office [.1]; researched witnesses contact information [.2]; updated supplemental witness disclosure [.1]; |
| 451 | 08/30/11 | Marshall | 4.80 | $ 375.00 | $ 1,800.00 | Worked on case strategy issues [.2]; worked on amended complaint [1.6]; researched and analyzed issues regarding factual background [1.4]; worked on client contact issues [.1]; worked on witness interview issues [.4]; analyzed issues regarding Mr. Sybrandy's request for extension to produce documents [.2]; telephone conference with co-counsel regarding motion for preliminary injunction and case strategy issues [.4]; email correspondence with co-counsel regarding same [.1]; analyzed issues regarding representation of next friend [.4]. |
| 452 | 08/30/11 | Bergland | 0.20 | $ 190.00 | $ 38.00 | Research re: text of RCW 3.46.155 before repeal and e-mail same to Zuchetto. |
| 453 | 08/30/11 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Review and analyze Sybrandy letter re Subpoena Duces Tecum and discuss w/ co-counsel. |
| 454 | 08/30/11 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Discuss strategy and work plan re discovery responses, meet and confer and preliminary injunction (.5);  review and work on same (.75). |
| 455 | 08/31/11 | Kinsey | 0.30 | $ 100.00 | $ 30.00 | Letter to Mr. Sybrandy regarding subpoena response time extension. |
| 456 | 08/31/11 | Marshall | 4.00 | $ 375.00 | $ 1,500.00 | Email correspondence with co-counsel regarding case strategy issues [.2]; analyzed issues regarding Mr. Sybrandy's request for extension on response to subpoena [.2]; drafted letter to Mr. Sybrandy regarding same [.3]; telephone conference with Ms. Osborne regarding factual background issues and participation in lawsuit [1.0]; worked on amended complaint [1.2]; researched and analyzed issues regarding factual background [1.0]; email correspondence with co-counsel regarding motion to compel production of documents by Mr. Witt [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| **457** | 08/31/11 | Fisher | 5.10 | $ 330.00 | $ 1,683.00 | Review material to draft motion to compel Witt to comply with subpoena duces tecum; email J. Williams regarding suggestions on how to approach compliance from Witt; organize materials; read team emails; |
| **458** | 08/31/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Exchange emails on case action items and C. Fisher approach to setting up CR 37 meeting in anticipation of motion to compel; |
| **459** | 09/01/11 | Kinsey | 0.50 | $ 100.00 | $ 50.00 | Email correspondence from opposing counsel regarding Word versions of discovery requests; arranged email delivery of same. |
| **460** | 09/01/11 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Telephone conference with Mr. Hoff's office regarding client contact [.1]. |
| **461** | 09/01/11 | Marshall | 5.50 | $ 375.00 | $ 2,062.50 | Worked on document management issues [.2]; worked on amended complaint [.6]; drafted declaration from Ms. Osborne [1.4]; email correspondence with co-counsel regarding same [.1]; worked on revisions to same [.1]; worked on action items list for preliminary injunction and case strategy issues [.4]; email correspondence with co-counsel regarding Ms. Osborne's involvement in case and related documents [.2]; left message with Mr. Dela Cruz regarding contact information for Ms. Montague [.1]; email correspondence with indigent defendant regarding same [.1]; worked on witness interviews [.2]; exchanged messages with Mr. Hoff's office [.1]; telephone conference with Mr. Hoff's assistant regarding discovery process in Mount Vernon and Burlington municipal courts [.2]; email correspondence with co-counsel regarding same [.2]; worked on motion to amend complaint [.6]; worked on responses to defendants' discovery requests [.2]; researched and analyzed issues regarding same [.4]; telephone conference and email correspondence with co-counsel regarding same [.3]; email correspondence with co-counsel regarding representation of Ms. Osborne [.1]. |
| **462** | 09/01/11 | Zuchetto | 2.65 | $ 330.00 | $ 874.50 | Read and analyze letter to Witt counsel (.3); Work on Moon and Wilbur discovery responses (1.25); Read and analyze rep. agreement and declaration (1.1). |
| **463** | 09/01/11 | Fisher | 4.60 | $ 330.00 | $ 1,518.00 | Draft letter to M. Witt's counsel requesting a Rule 37 conference; send draft to J. Williams for approval; read emails from team; review and edit J. Osborne's declaration; |
| **464** | 09/01/11 | Williams | 1.00 | $ 580.00 | $ 580.00 | Exchange emails on addition of Jaretta Osborne as class representative; edit CR 37 letter to attorney for Witt; |
| **465** | 09/02/11 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Correspondence regarding document productions to experts [.1]; updated production log [.1]; updated production log to PC document site [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 466 | 09/02/11 | Marshall | 3.80 | $ 375.00 | $ 1,425.00 | Analyzed issues regarding deadline for joining additional parties [.1]; email correspondence with co-counsel regarding same [.1]; worked on witness interview issues [.3]; telephone conferences with co-counsel regarding same [.2]; worked on expert issues [.3]; email correspondence with co-counsel regarding same [.2]; email correspondence with co-counsel regarding case strategy issues [.2]; drafted letter to Ms. Osborne regarding representation [.1]; finalized documentation for Ms. Osborne to sign regarding same [.2]; email correspondence with co-counsel regarding factual background issues [.2]; worked on motion for leave to amend complaint [.8]; researched and analyzed issues regarding same [.5]; worked on amendments to complaint [.4]; email correspondence with co-counsel regarding case strategy issues [.2]. |
| 467 | 09/02/11 | Bledsoe | 0.75 | $ 120.00 | $ 90.00 | Meeting with Zuchetto re: call persons on witness list who have been involved with Sybrandy or Witt (.25); Called individuals on witness list attempting to gather their information on their experience with either on of them (.5). |
| 468 | 09/02/11 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Call to potential witnesses and discuss same w/ co-counsel (1.25); Work on Moon discovery responses (1.75). |
| 469 | 09/02/11 | Talner | 0.20 | $ 400.00 | $ 80.00 | Read emails from co-counsel regarding additional evidence and comment on that evidence |
| 470 | 09/02/11 | Higa | 3.20 | $ 155.00 | $ 496.00 | Review production log and prepare document index; download and print plaintiff production to expert D. Boerner; assemble D. Boerner working material binder for attorney review; email conference with co-counsel paralegal regarding status of production and production log, and prepare email report for attorney addressing same; |
| 471 | 09/02/11 | Fisher | 2.10 | $ 330.00 | $ 693.00 | Edit amended complaint; draft and send rule 37 conference letter to opposing counsel; |
| 472 | 09/03/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on factual background issues [.2]. |
| 473 | 09/06/11 | Kinsey | 0.20 | $ 100.00 | $ 20.00 | Reviewed, revised and finalized letter to indigent defendant. |
| 474 | 09/06/11 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Correspondence regarding public disclosure requests and timelines [.2]; correspondence regarding client [.1]; correspondence regarding production [.1]; updated client contact information [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 475 | 09/06/11 | Marshall | 2.20 | $ 375.00 | $ 825.00 | Email correspondence with co-counsel regarding court observations [.1]; analyzed issues regarding representation of indigent defendant [.1]; email correspondence with co-counsel regarding same [.1]; message from Ms. Johnson regarding factual background issues [.1]; telephone conference with Ms. Johnson regarding factual background issues and termination of representation [.2]; email correspondence with co-counsel regarding expert issues [.2]; worked on responses to defendants' discovery requests [.8]; researched factual background issues regarding same [.2]; reviewed letter from Mr. Sybrandy regarding objections to subpoena [.1]; researched and analyzed issues regarding same [.2]; email correspondence with co-counsel regarding same [.1]. |
| 476 | 09/06/11 | Zuchetto | 2.50 | $ 330.00 | $ 825.00 | Review and analyze letter from Sybrandy re docs. (.25); Discuss w/ co-counsel (.25); Work on discovery responses re Moon, Wilbur and Montague (2.0). |
| 477 | 09/06/11 | Talner | 1.20 | $ 400.00 | $ 480.00 | Emails to co-counsel regarding getting info to and from expert witnesses; review documents in potential new plaintiff or witness's case, research issues related to it, and send comments to co-counsel |
| 478 | 09/06/11 | Fisher | 2.70 | $ 330.00 | $ 891.00 | Prepare for rule 37 conference; participate in conference with J. Williams; draft letter summarizing conference. |
| 479 | 09/06/11 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Review discovery requests to M. Witt in preparation for CR 37 conference call with Witt's attorney on objections to M. Witt subpoena; CR 37 conference with M. Witt attorney on objections and extension of time to deliver unobjectionalbe documents; |
| 480 | 09/07/11 | Boschen | 1.60 | $ 150.00 | $ 240.00 | Personal conference regarding discovery responses [.5]; reviewed client case history and interview notes [1]; correspondence regarding same [.1]. |
| 481 | 09/07/11 | Marshall | 2.60 | $ 375.00 | $ 975.00 | Worked on responses to defendants' discovery requests [1.0]; worked on witness declarations and related issues [1.6]. |
| 482 | 09/07/11 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Work on Moon discovery responses. |
| 483 | 09/07/11 | Talner | 0.20 | $ 400.00 | $ 80.00 | Emails with co-counsel regarding discovery issues |
| 484 | 09/07/11 | Fisher | 6.40 | $ 330.00 | $ 2,112.00 | Draft letter summarizing rule 37 conference with M. Witt's attorney, J. Murphy; read emails from team regarding Osborne and amended complaint; read letter from R. Sybrandy regarding production of documents; read plaintiffs and amicus curiae brief sent by N. Talner regarding deprivation of Sixth Amendment right to indigent defendants in Texas; |

43

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 485 | 09/07/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review, edit and approve CR 37 letter to attorney for Mr. Witt; |
| 486 | 09/08/11 | Boschen | 3.90 | $ 150.00 | $ 585.00 | Drafted PDR to Burlington Municipal Court and drafted email to Court regarding same [.3]; correspondence regarding same [.1]; telephone conference and correspondence with Burlington Municipal Court regarding PDR [.2]; personal conference regarding client documents and discovery [.2]; prepared cover letter and mailing of PDR payment [.2]; reviewed discovery requests and client case files [1.1]; produced additional documents to experts [.2]; updated production log and online repository [.2]; reviewed client case files and commenced drafting timeline for declaration [1.4]. |
| 487 | 09/08/11 | Marshall | 4.00 | $ 375.00 | $ 1,500.00 | Worked on factual background investigations [1.2]; worked on letter to Mr. Sybrandy regarding subpoena [.6]; worked on factual background issues regarding Osbornes [1.0]; worked on declaration of Ms. Osborne [1.2]. |
| 488 | 09/08/11 | Zuchetto | 2.50 | $ 330.00 | $ 825.00 | Work on Osborne/motion to amend complaint (.75); Work on response re Sybrandy subpoena issue and research re same (1.75). |
| 489 | 09/08/11 | Talner | 0.80 | $ 400.00 | $ 320.00 | Research protective order issues; email co-counsel regarding info to share with experts |
| 490 | 09/08/11 | Fisher | 2.10 | $ 330.00 | $ 693.00 | Talk with J. Williams and T. Marshall about protective orders; research protective orders in federal court; review draft of protective order; |
| 491 | 09/08/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review email from C. Fisher on request for protective order from Witt's attorney and discussion of same with C. Fisher; review emails from ACLU's Nancy Talner on recent legal developments; |
| 492 | 09/09/11 | Boschen | 1.90 | $ 150.00 | $ 285.00 | Telephone conference with client and personal conference regarding same [1.6]; reviewed notes regarding same [.2]; printed letter to Sybrandy [.1]; |
| 493 | 09/09/11 | Marshall | 3.10 | $ 375.00 | $ 1,162.50 | Telephone conference with co-counsel regarding expert issues [.5]; worked on Ms. Montague's responses to defendants' discovery requests [1.2]; drafted letter to Mr. Sybrandy regarding subpoena [.2]; telephone conference with co-counsel regarding discovery issues [.5]; worked on same [.7]. |
| 494 | 09/09/11 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Work on letter to Sybrandy. |
| 495 | 09/09/11 | Talner | 0.30 | $ 400.00 | $ 120.00 | Telephone call with co-counsel to discuss protective order issues |
| 496 | 09/09/11 | Fisher | 1.80 | $ 330.00 | $ 594.00 | Attend conference call with team to discuss protective order and other matters; read and reply to team emails; draft letter to J. Murphy in response to his request for a protective order; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| **497** | 09/09/11 | Williams | 1.00 | $ 580.00 | $ 580.00 | Meet with C. Fisher to discuss protective order and confidentiality agreements; conference call with team on same; |
| **498** | 09/10/11 | Boschen | 1.00 | $ 150.00 | $ 150.00 | Continued work on client chronology; commenced drafting declaration for motion for preliminary injunction. |
| **499** | 09/12/11 | Boschen | 1.30 | $ 150.00 | $ 195.00 | Continued drafting client declaration for motion for preliminary injunction [1.3]. |
| **500** | 09/12/11 | Marshall | 4.10 | $ 375.00 | $ 1,537.50 | Worked on motion for leave to amend complaint [.3]; researched and analyzed issues regarding same [.2]; telephone call from co-counsel regarding same [.2]; reviewed documents for factual background investigation [.8]; telephone call from co-counsel regarding discovery and case strategy issues [.4]; left message with and email to Ms. Osborne regarding declaration [.2]; worked on declaration of indigent defendant [.3]; left message with indigent defendant regarding same [.1]; email correspondence with co-counsel regarding same [.1]; email correspondence with co-counsel regarding proposed amended complaint [.1]; worked on Mr. Moon's responses to defendants' discovery requests [.7]; worked on factual background issues for preliminary injunction motion [.7]. |
| **501** | 09/12/11 | Zuchetto | 4.00 | $ 330.00 | $ 1,320.00 | Work on Moon discovery responses (3.0); Review, analyze and discuss motion to amend complaint w/ co-counsel (.75); Review and analyze e-mail from Witt witness (.25). |
| **502** | 09/12/11 | Fisher | 2.40 | $ 330.00 | $ 792.00 | Edit and letter to J. Murphy regarding protective order; update research memo; |
| **503** | 09/12/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review emails and coordinate with C. Fisher on Judge Skilton and notice of interview to opposing counsel; |
| **504** | 09/13/11 | Boschen | 1.40 | $ 150.00 | $ 210.00 | Telephone call to and correspondence with client [.2]; completed draft of client declaration for motion for preliminary injunction and correspondence regarding same [1]; reviewed client case file [.2]; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 505 | 09/13/11 | Marshall | 5.50 | $ 375.00 | $ 2,062.50 | Telephone conference and email correspondence with co-counsel regarding responses to defendants' discovery requests [.5]; researched and analyzed issues regarding same [.5]; worked on responses to defendants' discovery requests [2.1]; worked on declaration of Ms. Montague [1.3]; worked on documents relating to motion for leave to amend complaint [.1]; worked on indigent defendant's declaration [.2]; telephone conference with indigent defendant regarding factual background issues and declaration [.5]; researched and analyzed issues regarding same [.3]. |
| 506 | 09/13/11 | Bledsoe | 0.50 | $ 120.00 | $ 60.00 | Assist Zuchetto in review of and response to Interrogatories 1-4 in Wilbur discovery. |
| 507 | 09/13/11 | Zuchetto | 2.80 | $ 330.00 | $ 924.00 | Work on responses to Moon discovery requests. |
| 508 | 09/13/11 | Talner | 0.40 | $ 400.00 | $ 160.00 | Review draft declaration of potential witness and send comments to co-counsel |
| 509 | 09/13/11 | Fisher | 0.20 | $ 330.00 | $ 66.00 | Read team emails; conduct conference call with J. Murphy regarding production of requested documents; |
| 510 | 09/14/11 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Telephone calls to and correspondence with clients [.2]; reviewed draft amended complaint [.2]; correspondence regarding same [.1]; |
| 511 | 09/14/11 | Marshall | 2.10 | $ 375.00 | $ 787.50 | Worked on amended complaint [.3]; email correspondence with co-counsel regarding same [.1]; telephone conference with Ms. Osborne regarding representation and declaration [.5]; email correspondence with Ms. Osborne regarding Mr. Osborne's case file [.1]; worked on Ms. Osborne's declaration [.2]; worked on Mr. Wilbur's responses to defendants' discovery requests [.6]; telephone conference with co-counsel regarding same [.3]. |
| 512 | 09/14/11 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Work on Moon and Wilbur discovery responses (2.25); Work on motion to amend complaint (.75). |
| 513 | 09/14/11 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Conduct legal research re interview of potential witnesses who are judicial officers and subpoena process for same |
| 514 | 09/15/11 | Kinsey | 1.80 | $ 100.00 | $ 180.00 | Reviewed, revised and finalized motion to amend complaint; arranged filing and service. |
| 515 | 09/15/11 | Boschen | 1.60 | $ 150.00 | $ 240.00 | Telephone calls to and correspondence with clients [.2]; telephone conferences and correspondence regarding declarations, supplemental disclosures, discovery requests [.2]; reviewed declarations, amended complaint and draft discovery responses [.3]; bates labeled supplemental production [.2]; worked on disovery responses [.7]; |

46

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 516 | 09/15/11 | Marshall | 4.20 | $ 375.00 | $ 1,575.00 | Worked on document management issues [.2]; left message with Ms. Osborne regarding factual background issues [.1]; worked on supplemental disclosures [.3]; worked on Wilbur discovery responses [1.0]; telephone conference with co-counsel regarding same [.6]; worked on Montague discovery responses [.2]; reviewed Mount Vernon's discovery responses [.3]; left message with indigent defendant regarding declaration [.1]; telephone conference with Ms. Osborne regarding factual background issues [.2]; telephone conference with indigent defendant regarding factual background [.8]; worked on declaration of indigent defendant [.4]. |
| 517 | 09/15/11 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Work on response to Wilbur discovery requests (1.5); Review and analyze Mt. Vernon discovery responses (.5); Analyze standing (.5); Work on response to Montague discovery requests (.5). |
| 518 | 09/15/11 | Talner | 0.20 | $ 400.00 | $ 80.00 | Respond to co-counsel email re public defender practices |
| 519 | 09/15/11 | Fisher | 1.20 | $ 330.00 | $ 396.00 | Research whether we may contact a person that defendants designated as their witness; draft letter to opposing counsel informing them that we will be interviewing ex parte S. Skelton; update research memo; |
| 520 | 09/15/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Edit letter to defendants advising of Judge Skelton witness interview; |
| 521 | 09/16/11 | Marshall | 6.80 | $ 375.00 | $ 2,550.00 | Worked on factual background issues regarding Judge Skelton [.2]; email correspondence with co-counsel regarding same [.2]; worked on discovery issues [.4]; reviewed defendants' document production [1.0]; worked on declaration of Mr. Sanchez [.4]; researched and analyzed issues regarding same [.1]; worked on declaration of Mr. Wilbur [.3]; worked on discovery responses of Mr. Wilbur [1.0]; email correspondence with co-counsel regarding same [.2]; analyzed issues regarding factual background and testimony of Ms. Clements [.6]; worked on declaration of indigent defendant [1.0]; researched and analyzed issues regarding same [.4]; reviewed indigent defendant's case files [.8]; telephone call from indigent defendant regarding declaration [.2]. |
| 522 | 09/16/11 | Bledsoe | 2.00 | $ 120.00 | $ 240.00 | Spoke with Joseph Wilbur re: discovery responses (.5); Prepare Notes re Wilbur call (.5); Drafted Montague discovery responses for Zuchetto (1.0). |
| 523 | 09/16/11 | Zuchetto | 3.50 | $ 330.00 | $ 1,155.00 | Work on Wilbur/Montague discovery responses. |
| 524 | 09/16/11 | Talner | 0.40 | $ 400.00 | $ 160.00 | Teleconference with potential expert witness and email co-counsel about that |

47

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 525 | 09/16/11 | Fisher | 0.70 | $ 330.00 | $ 231.00 | Edit and send letter to opposing counsel regarding ex parte interview with S. Skelton; |
| 526 | 09/18/11 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Email correspondence with co-counsel regarding discovery responses [.1]. |
| 527 | 09/18/11 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Work on discovery responses re WIlbur/Montague. |
| 528 | 09/19/11 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Telephone calls to and conferences with clients [.2]; |
| 529 | 09/19/11 | Marshall | 4.60 | $ 375.00 | $ 1,725.00 | Worked on discovery responses for Montague [.4]; worked on declaration of indigent defendant [.9]; telephone conferences with indigent defendant regarding same [.3]; worked on declaration of indignet defendant [.5]; telephone conference with and email to indigent defendant regarding same [.6]; worked on discovery issues [.8]; worked on factual background investigation [.5]; worked on strategy for preliminary injunction motion [.6]. |
| 530 | 09/19/11 | Bledsoe | 1.00 | $ 120.00 | $ 120.00 | Went with Zuchetto to meet Joseph Wilbur (.5); Reviewed Wilbur docs re: all charges in Mount Vernon and Burlington (.5). |
| 531 | 09/19/11 | Zuchetto | 4.50 | $ 330.00 | $ 1,485.00 | Work on Moon, Montague and Wilbur discovery responses. |
| 532 | 09/19/11 | Fisher | 2.50 | $ 330.00 | $ 825.00 | Read and reply to emails from team; draft letter to J. Murphy requesting a second CR 37 conference; |
| 533 | 09/19/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Meet with C. Fisher to discuss strategy for responding to second request from Witt attorney to postpone production of documents; |
| 534 | 09/20/11 | Boschen | 1.70 | $ 150.00 | $ 255.00 | Worked on loading defendants' production and plaintiffs' supplemental production to shared site [.8]; updated production log [.2]; loaded same to shared site [.1]; telephone conference with client [.1]; telephone conference with witness [.2]; correspondence regarding same [.1]; labeled supplemental production [.1]; telephone conference with Burlington Municipal Court [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 535 | 09/20/11 | Marshall | 6.20 | $ 375.00 | $ 2,325.00 | Email correspondence with co-counsel regarding discovery issues [.2]; worked on same [.4]; telephone conferences with co-counsel regarding same [.7]; email correspondence with co-counsel regarding failure of Mr. Witt and Mr. Sybrandy to respond to subpoenas [.1]; analyzed issues regarding same [.1]; drafted letter to Mr. Sybrandy regarding same [.3]; email correspondence with co-counsel regarding same [.1]; worked on discovery responses for Ms. Montague [.7]; worked on discovery responses for Mr. Moon [.2]; worked on review of defendants' document production [.2]; worked on declaration of Mr. Howson [1.2]; email correspondence with co-counsel regarding same [.1]; worked on declaration of Ms. Johnson [.2]; telephone conference with Ms. Johnson regarding same [.5]; email correspondence with co-counsel regarding status of witness declarations [.3]; worked on factual background issues for preliminary injunction motion [.9]. |
| 536 | 09/20/11 | Bledsoe | 3.50 | $ 120.00 | $ 420.00 | Met with Mr. Wilbur at treatment facility to go over discovery and get signature (1.0); Finalized Wilbur Discovery (1.0); Began drafting Wilbur declaration (1.5). |
| 537 | 09/20/11 | Zuchetto | 5.70 | $ 330.00 | $ 1,881.00 | Meeting w/ Joseph Wilbur (1.0); Work on discovery responses (1.5); Work on Moon/Montague discovery responses (2.0); Work on declarations in support of motion for preliminary injunction (.75); Review, analyze and edit CR 37 letter/e-mail and related issues re Sybrandy/WItt (.25); Review and analyze over length request and discuss w/ co-counsel (.2). |
| 538 | 09/20/11 | Talner | 1.90 | $ 400.00 | $ 760.00 | Draft outline to use in interviewing expert witness |
| 539 | 09/20/11 | Fisher | 3.60 | $ 330.00 | $ 1,188.00 | Prepare and participate in Rule 37 conference with J. Murphy regarding discovery production; draft letter to J. Murphy summarizing Rule 37 conference; send C. Kness all letters sent and received regarding M. Witt and J. Murphy; update research on sixth amendment right to counsel; |
| 540 | 09/20/11 | Williams | 0.60 | $ 580.00 | $ 348.00 | Review draft CR 37 dispute letter to attorney for Richard Sybrandy; review defendant's Motion for Overlength Brief; |
| 541 | 09/21/11 | Boschen | 0.80 | $ 150.00 | $ 120.00 | Email correspondence with client regarding discovery [.1]; correspondence regarding declarations [.1]; downloaded and OCR'd Witt production in response to SDT [.3]; updated production log [.2]; correspondence with expert [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 542 | 09/21/11 | Marshall | 6.00 | $ 375.00 | $ 2,250.00 | Telephone call from Ms. Talner regarding rescheduling of meeting with Ms. Jackson [.1]; email correspondence with co-counsel regarding witness declarations and motion for preliminary injunction [.2]; worked on discovery issues [.4]; researched and analyzed issues regarding applicable evidentiary standards for preliminary injunction motions [.2]; email correspondence and telephone conference with co-counsel regarding same [.2]; worked on factual background section of preliminary injunction motion [3.1]; reviewed documents produced by Mr. Witt [.5]; reviewed defendants' discovery responses and document production [.8]; worked on factual background issues [.5]. |
| 543 | 09/21/11 | Bledsoe | 2.10 | $ 120.00 | $ 252.00 | Finalize draft Wilbur declaration for Zuchetto (1.0); Work on finalized versions of discovery (1.1). |
| 544 | 09/21/11 | Zuchetto | 2.75 | $ 330.00 | $ 907.50 | Work on Wilbur declaration (2.5); Research re evidentiary standards prelim. injunction (.25). |
| 545 | 09/21/11 | Talner | 2.50 | $ 400.00 | $ 1,000.00 | Review draft declarations of potential witnesses; review pleadings filed recently; review discovery responses and documents obtained or received to date; revise outline for expert witness interview |
| 546 | 09/21/11 | Fisher | 1.00 | $ 330.00 | $ 330.00 | Coordinate scanning and uploading of discovery documents from M. Witt; read and reply to emails from team; |
| 547 | 09/22/11 | Kinsey | 0.70 | $ 100.00 | $ 70.00 | Reviewed order to show cause; prepared Chambers notebook regarding motion to amend; transmit to chambers. |
| 548 | 09/22/11 | Boschen | 6.80 | $ 150.00 | $ 1,020.00 | Correspondence regarding discovery, declarations, and experts [.3]; worked on document review and indexing of same [6.5]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 549 | 09/22/11 | Marshall | 4.40 | $ 375.00 | $ 1,650.00 | Worked on witness declaration issues [.1]; worked on discovery issues [.3]; prepared for call with Mr. Sybrandy regarding document production [.3]; telephone conference with Mr. Sybrandy regarding same [.4]; researched and analyzed issues regarding payment of expenses incurred in responding to subpoena [.4]; email correspondence with co-counsel regarding same and suggestions for dealing with Mr. Sybrandy [.4]; email correspondence with co-counsel regarding motion for preliminary injunction [.3]; analyzed issues regarding order to show cause on failure to delivery hard copy of motion for leave to amend complaint [.1]; worked on response to same [.2]; worked on declaration of Mr. Wilbur [.3]; telephone conference with co-counsel regarding same [.2]; worked on factual background section of motion for preliminary injunction [.5]; reviewed RFAs to Wilbur [.1]; email to co-counsel regarding same [.1]; email correspondence with co-counsel regarding witness declarations [.2]; reviewed indigent defendant's case file [.3]; email correspondence with co-counsel regarding same [.1]; worked on indigent defendant's declaration [.1]. |
| 550 | 09/22/11 | Zuchetto | 3.90 | $ 330.00 | $ 1,287.00 | Work on Moon, Montague and Wilbur discovery responses (1.0); Prepare for and participate in Rule 37 conference re Sybrandy (1.0); Research re subpoena requirements (.5); Draft letter to Sybrandy re same (.2); Work on Wilbur declaration re motion for preliminary injunction (1.2). |
| 551 | 09/22/11 | Talner | 4.20 | $ 400.00 | $ 1,680.00 | Review documents exchanged in discovery and witness responses to subpoenas; prepare for expert witness interview; comment on draft witness declarations and discovery responses |
| 552 | 09/22/11 | Fisher | 8.40 | $ 330.00 | $ 2,772.00 | Revise and update legal memo for team; draft legal section for preliminary injunction; |
| 553 | 09/23/11 | Kinsey | 0.80 | $ 100.00 | $ 80.00 | Finalized response to motion to show cause; arranged filing and service of response to motion to show cause. reviewed, revised and finalized letter to Mr. Sybrandy regarding subpoena compliance. |
| 554 | 09/23/11 | Boschen | 5.90 | $ 150.00 | $ 885.00 | Telephone call to client [.1]; personal conference regarding client and document review [.1]; continued work on document review [2.2]; revised Declaration of Angela Montague and reviewed case file [3.1]; prepared mailing of declaration and discovery responses to client [.3]; telephone call to client to confirm mailing address [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 555 | 09/23/11 | Marshall | 8.10 | $ 375.00 | $ 3,037.50 | Worked on discovery issues [.1]; worked on declaration of Mr. Howson [.5]; worked on factual background section of preliminary injunction motion [3.3]; to meeting with co-counsel and Ms. Jackson regarding declaration [.3]; attended same [2.2]; returned from same [.3]; worked on declaration of Ms. Montague [.8]; reviewed documents and analyzed issues regarding factual background [.6]. |
| 556 | 09/23/11 | Zuchetto | 2.25 | $ 330.00 | $ 742.50 | Work on Wilbur declaration re preliminary injunction. |
| 557 | 09/23/11 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Review email from co-counsel re case strategy and review declaration of J. Wilbur |
| 558 | 09/23/11 | Talner | 3.30 | $ 400.00 | $ 1,320.00 | Interview expert witness; review and revise on plaintiff declaration |
| 559 | 09/23/11 | Fisher | 6.20 | $ 330.00 | $ 2,046.00 | Draft legal section of preliminary injunction; read and reply to team emails; |
| 560 | 09/24/11 | Marshall | 6.50 | $ 375.00 | $ 2,437.50 | Worked on declaration of Mr. Moon [.2]; worked on factual background section of motion for preliminary injunction [6.3]. |
| 561 | 09/24/11 | Zuchetto | 0.25 | $ 330.00 | 82.50 | Work on Moon declaration. |
| 562 | 09/25/11 | Marshall | 3.40 | $ 375.00 | $ 1,275.00 | Worked on factual background section for preliminary injunction motion [3.2]; email correspondence with co-counsel regarding factual background issues [.2]. |
| 563 | 09/26/11 | Haynes | 2.60 | $ 190.00 | $ 494.00 | Research into motion for leave to amend standing issue (2.6). |
| 564 | 09/26/11 | Marshall | 4.90 | $ 375.00 | $ 1,837.50 | Worked on factual background section of motion for preliminary injunction [2.9]; email correspondence with co-counsel regarding same [.1]; email correspondence with co-counsel regarding witness declarations [.2]; left message with Mr. Howson regarding declaration [.1]; telephone conference with and email correspondence with Mr. Howson regarding same [.2]; reviewed defendants' response to motion for leave to amend complaint [.2]; analyzed issues regarding same [.2]; email correspondence and telephone conference with co-counsel regarding legal section of preliminary injunction motion [.3]; drafted motion for additional pages on preliminary injunction motion [.3]; worked on filing of same [.2]; email to client regarding factual background issues [.2]. |
| 565 | 09/26/11 | Zuchetto | 0.80 | $ 330.00 | $ 264.00 | Read and analyze response re motion to amend complaint (.2); Discuss/e-mail co-counsel re same (.1); Read and analyze motion for preliminary injunction (.25); Discuss/e-mail co-counsel re same (.25). |

52

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 566 | 09/26/11 | Dunne | 2.20 | $ 380.00 | $ 836.00 | Meeting with J. Strait regarding expert testimony and declaration; email corresondence with Strait regarding expert declaration and evidence; prepare for meeting with J. Strait |
| 567 | 09/26/11 | Fisher | 5.90 | $ 330.00 | $ 1,947.00 | Interview J. Strait for declaration; draft preliminary injunction legal argument section; read and reply to team emails; |
| 568 | 09/27/11 | Haynes | 5.90 | $ 190.00 | $ 1,121.00 | Research into Osborne standing issue re: motion for leave to amend (4.0), drafted memorandum regarding same (1.9). |
| 569 | 09/27/11 | Kinsey | 0.20 | $ 100.00 | 20.00 | Prepared draft of reply memorandum in support of motion to amend complaint. |
| 570 | 09/27/11 | Boschen | 6.30 | $ 150.00 | $ 945.00 | Telephone calls and correspondence to clients [.2]; personal conferences and correspondence regarding motion for preliminary injunction [.5]; pulled documents for motion for preliminary injunction [5.2]; reviewed defendant's video production [.4]. |
| 571 | 09/27/11 | Marshall | 7.40 | $ 375.00 | $ 2,775.00 | Email correspondence with client regarding factual background issues [.1]; worked on issues regarding witness declarations [.4]; telephone calls from indigent defendants regarding same [.3]; telephone call from co-counsel regarding preliminary injunction motion and defendants' response to motion for leave to amend [.4]; email to co-counsel regarding same [.1]; worked on factual background section of motion for preliminary injunction [1.4]; worked on declaration of Mr. Boerner [.3]; telephone conference with co-counsel regarding same [.2]; worked on reply in support of motion for leave to amend [4.2]. |
| 572 | 09/27/11 | Bledsoe | 0.25 | $ 120.00 | $ 30.00 | Revisions re  Wilbur declaration. |
| 573 | 09/27/11 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Call w/ Jeremy Moon re declaration (.5); Analyze and edit Boerner declaration (1.2); Strategy meeting (.3). |
| 574 | 09/27/11 | Dunne | 0.70 | $ 380.00 | $ 266.00 | Telephone conferences with co-counsel regarding case strategy and cross-motion for preliminary injunction |
| 575 | 09/27/11 | Talner | 1.80 | $ 400.00 | $ 720.00 | Discussions with co-counsel regarding case strategy and scheduling, research motions issue |
| 576 | 09/27/11 | Fisher | 4.20 | $ 330.00 | $ 1,386.00 | Draft legal section for preliminary injunction; read and reply to team emails; |

53

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 577 | 09/27/11 | Williams | 6.00 | $ 580.00 | $ 3,480.00 | Meet with C. Kness to discuss management of documents; conference call with N. Talner on motion strategy; meet with D. Burman on litigation strategy; conference call with ACLU on strategy of filing cross-motion for preliminary injunction; conference call with full litigation team on timing of motion for preliminary injunction; edit D. Boerner declaration and coordinate with litigation team; |
| 578 | 09/28/11 | Haynes | 0.40 | $ 190.00 | $ 76.00 | Analyzed issues regarding standing (.4). |
| 579 | 09/28/11 | Kinsey | 0.20 | $ 100.00 | $ 20.00 | Telephone conference with Ms. Osborne regarding declaration; prepared template for Mr. Howson declaration. |
| 580 | 09/28/11 | Boschen | 5.20 | $ 150.00 | $ 780.00 | Continued work on motion for preliminary injunction and personal conferences and correspondence regarding same[5]; correspondence regarding expert productions and search for documents related to same [.2]; |
| 581 | 09/28/11 | Marshall | 2.00 | $ 375.00 | $ 750.00 | Worked on reply in support of motion to amend complaint and researched and analyzed issues regarding same [2.0]. |
| 582 | 09/28/11 | Marshall | 3.30 | $ 375.00 | $ 1,237.50 | Worked on issues regarding motion for leave to amend complaint [2.2]; worked on factual background issues [.4]; worked on discovery and expert issues [.7]. |
| 583 | 09/28/11 | Bledsoe | 0.50 | $ 120.00 | $ 60.00 | Finished gathering data for Wilbur Requests for Admission. |
| 584 | 09/28/11 | Zuchetto | 4.50 | $ 330.00 | $ 1,485.00 | Work on motion for Preliminary Injunction (.7); Work on Boerner declaration (1.0); Work on Montague discovery responses (1.1); Review Witt reimbursement request response (.2); Work on response to Requests for Admission (1.5). |
| 585 | 09/28/11 | Fisher | 3.30 | $ 330.00 | $ 1,089.00 | Draft letter to opposing counsel requesting a rule 37 conference; draft preliminary injunction motion; read and reply to team emails; |
| 586 | 09/28/11 | Williams | 5.50 | $ 580.00 | $ 3,190.00 | Review and approve CR 37 demand letter to defendants; exchange emails with litigation team on D. Boerner comments regarding defendants' request for expert testimony; review and edit draft statement of facts for plaintiffs' motion for preliminary injunction and opposition to motion for summary judgment; conference call with D. Boerner on status of case and plan for presenting D. Boerner declaration for review and edit; |
| 587 | 09/29/11 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Correspondence with client[.1]; downloaded audio files from co-counsel [.1]; telephone calls to clients [.1]. |

54

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| **588** | 09/29/11 | Marshall | 8.70 | $ 375.00 | $ 3,262.50 | Analyzed issues regarding filing of motion for preliminary injunction [.1]; telephone call from and email correspondence with co-counsel regarding issues with Mr. Witt's request for payment [.2]; researched and analyzed issues regarding defendants' response to motion for leave to amend complaint [3.1]; worked on reply to same [5.3]. |
| **589** | 09/29/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review and analyze Def's motion for summary judgment (.75); Call w/ Jeremy Moon (.25). |
| **590** | 09/29/11 | Fisher | 4.50 | $ 330.00 | $ 1,485.00 | Write letter to J. Murphy regarding discovery progression and reimbursement; draft preliminary motion; read and reply to team emails; call with T. Marshall to discuss reimbursement; |
| **591** | 09/29/11 | Williams | 6.50 | $ 580.00 | $ 3,770.00 | Review and edit motion for preliminary injunction and opposition to motion for summary judgment; coordinate with C. Fisher on discovery dispute with Witt's attorney and letter on same; begin editing proposed order for injunctive relief; begin reviewing and analyzing Defendants' Summary Judgment motion against J. Wilber; |
| **592** | 09/30/11 | Haynes | 0.90 | $ 190.00 | $ 171.00 | Researched and analyzed issues regarding reply to motion to amend complaint (.9) |
| **593** | 09/30/11 | Kinsey | 1.30 | $ 100.00 | $ 130.00 | Reviewed, revised and finalized reply in support of motion to amend; reviewed and assembled appendix; arranged filing and service; |
| **594** | 09/30/11 | Boschen | 6.50 | $ 150.00 | $ 975.00 | Prepared mailings to clients [.5]; continued document review and indexing [5.6]; researched client active cases and correspondence regarding same [.2]; correspondence with co-counsel regarding document production [.1]; telephone calls to municipal courts for client case status update [.1]; |
| **595** | 09/30/11 | Marshall | 4.40 | $ 375.00 | $ 1,650.00 | Worked on reply in support of motion for leave to amend complaint [1.8]; telephone conferences and email correspondence with co-counsel regarding same [.6]; reviewed documents produced by Mr. Witt and analyzed issues regarding factual background [.4]; analyzed issues regarding deposition notices [.2]; reviewed defendants' motions for summary judgment [.7]; telephone conference with co-counsel regarding same and case strategy issues [.7]. |
| **596** | 09/30/11 | Bledsoe | 0.50 | $ 120.00 | $ 60.00 | Put together/compiled date for Wilbur Requests for Admission's for Zuchetto. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 597 | 09/30/11 | Zuchetto | 1.10 | $ 330.00 | $ 363.00 | Analyze, discuss response re dep notices w/ co-counsel (.25); Work on response re motion to amend complaint (.75); Review/analyze expert declaration re Jackson (.1). |
| 598 | 09/30/11 | Fisher | 4.10 | $ 330.00 | $ 1,353.00 | Participate in call with J. Murphy; draft preliminary injunction motion; participate in call with N. Talner regarding standing issues; edit plaintiffs reply in support of plaintiffs motion for leave to amend complaint; read and reply to team emails; |
| 599 | 09/30/11 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Conference call with M. Witt attorney on production of documents; meet with C. Fisher on strategy for drafting preliminary injunction motion; review and comment on Plaintiffs' reply brief on motion to amend; |
| 600 | 10/02/11 | Fisher | 2.50 | $ 330.00 | $ 825.00 | Write letter to opposing counsel regarding deposition dates for J. Wilbur, J. Moon, and A. Montague; write motion for preliminary injunction; |
| 601 | 10/03/11 | Talner | 3.50 | $ 400.00 | $ 1,400.00 | Review cities' summary judgment motions and exhibits and draft notes responding to them |
| 602 | 10/03/11 | Fisher | 4.00 | $ 330.00 | $ 1,320.00 | Write letters to opposing counsel regarding depositions; write preliminary injunction; |
| 603 | 10/03/11 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review and provide input to C. Fisher on letters regarding deposition notice coordination; |
| 604 | 10/04/11 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Correspondence regarding preliminary injunction exhibits [.2]. |
| 605 | 10/04/11 | Fisher | 4.20 | $ 330.00 | $ 1,386.00 | Write preliminary injunction motion; write letter to opposing counsel regarding second request for initial CR 37 conference; |
| 606 | 10/04/11 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Review summary judgment motions against plaintiffs Moon and Montague; review discovery dispute letters from plaintiffs' counsel on deposition scheduling; coordinate with C. Fisher on motion for protective order; coordinate with C. Fisher on response to opposing counsel; draft CR 37 letter to opposing counsel on re-noting of depositions; |
| 607 | 10/05/11 | Boschen | 1.00 | $ 150.00 | $ 150.00 | Reviewed case-related articles; telephone calls to and conference with Sun Ray Court; telephone call to and correspondence with client; telephone conference and correspondence with Mr. Howson; telephone conference with co-counsel regarding protective order. |
| 608 | 10/05/11 | Bledsoe | 0.05 | $ 120.00 | $ 6.00 | Attempt to call Jeremy Moon regarding signature for declaration; No response. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 609 | 10/05/11 | Fisher | 8.10 | $ 330.00 | $ 2,673.00 | Research and write section regarding concurrent grant of preliminary injunction and denial and summary judgment; write motion for protective order regarding depositions; write C. Fisher declaration in support of motion; write proposed order for motion; |
| 610 | 10/05/11 | Williams | 7.50 | $ 580.00 | $ 4,350.00 | Review and edit Plaintiffs' Cross-Motion for Preliminary Injunction and Opposition to Defendants' Motions for Summary Judgment; finalize discovery dispute letter to counsel for Defendants; coordinate with C. Fisher on drafting Motion for Protective Order; |
| 611 | 10/06/11 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Correspondence regarding deposition scheduling and motion for protective order [.2]; reviewed, signed and scanned declaration [.1]. |
| 612 | 10/06/11 | Fisher | 3.40 | $ 330.00 | $ 1,122.00 | Edit motion for protective order; edit C. Fisher declaration in support of motion; edit proposed order for motion; draft J. Boschen's declaration in support of motion; review R. Howson declaration; |
| 613 | 10/06/11 | Williams | 6.00 | $ 580.00 | $ 3,480.00 | Edit plaintiffs' cross-motion for preliminary injunction and opposition to motions for summary judgment; edit motion for protective order and declaration supporting same; |
| 614 | 10/07/11 | Boschen | 0.60 | $ 150.00 | $ 90.00 | Worked on searching for new numbers for Steven Skelton [.5]; telephone call to witness regarding declaration [.1]; |
| 615 | 10/07/11 | Bledsoe | 0.05 | $ 120.00 | $ 6.00 | Attempt to call Jeremy Moon regarding signature on declaration; No answer. |
| 616 | 10/07/11 | Fisher | 1.50 | $ 330.00 | $ 495.00 | Meet with J. Williams to discuss preliminary injunction motion and response to summary judgment; review defendants' motion to stay preliminary injunction or expedite discovery; |
| 617 | 10/07/11 | Williams | 7.50 | $ 580.00 | $ 4,350.00 | Review Defendants' Motion to Stay Plaintiffs' Preliminary Injunction; edit draft preliminary injunction order; meet with C. Fisher to discuss additional legal research for preliminary injunction brief; |
| 618 | 10/09/11 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Worked on various issues regarding discovery and motion practice [.4]. |
| 619 | 10/09/11 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Edit preliminary injunction motion and response to summary judgment; |

57

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| **620** | 10/10/11 | Marshall | 5.90 | $ 375.00 | $ 2,212.50 | Worked on factual background issues regarding motions for summary judgment and preliminary injunction [2.5]; email correspondence with co-counsel regarding same [.2]; reviewed plaintiffs' motion for protective order [.2]; reviewed defendants' motion for stay of hearing on preliminary injunction [.1]; analyzed issues regarding defendants' motions for summary judgment [.6]; worked on response to same [.3]; telephone conference and email correspondence with co-counsel regarding same [.4]; worked on expert issues and telephone conference with consulting expert and co-counsel regarding same [1.6]. |
| **621** | 10/10/11 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Call w/ consulting expert re case strategy (.5); Calls to Jeremy Moon re declaration (.2); discuss same w/ co-counsel and related dep. dates (.1); Review and analyze motion for protective order and motion to stay discovery (.5); e-mail co-counsel re same (.2). |
| **622** | 10/10/11 | Fisher | 8.10 | $ 330.00 | $ 2,673.00 | Edit preliminary injunction motion and response to summary judgment; research additional support for various arguments; |
| **623** | 10/10/11 | Williams | 5.00 | $ 580.00 | $ 2,900.00 | Edit draft preliminary injunction order and coordinate with C. Fisher on revised cross-motion for preliminary injunction; coordinate with litigation team on status of witness declarations and discovery; |
| **624** | 10/11/11 | Boschen | 3.60 | $ 150.00 | $ 540.00 | Correspondence and personal conferences regarding preliminary injunction [.2]; updated production log [.2]; prepared index of documents produced to expert [.3]; correspondence regarding potential witness [.1]; telephone conference with client [.1]; continued work on motion for preliminary injunction and correspondence and personal conferences regarding same [2.7]. |
| **625** | 10/11/11 | Marshall | 9.50 | $ 375.00 | $ 3,562.50 | Worked on response to motions for summary judgment and cross-motion for preliminary injunction and supporting papers and researched and analyzed issues regarding same [8.7]; telephone conference with witness regarding factual background issues [.4]; worked on response to motion to stay preliminary injunction motion [.4]. |
| **626** | 10/11/11 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Strategy session re Preliminary Injunction and Summary Judgment response (.75); Work on Preliminary Injunction motion and response to Summary Judgment (1.5); Work on contacting Moon Preliminary Injunction motion (.25); Work on expert/Jackson declaration (.5). |

58

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 627 | 10/11/11 | Dunne | 0.90 | $ 380.00 | $ 342.00 | Telephone conference with co-counsel regarding case strategy, discovery and cross-motion for preliminary injunction motion |
| 628 | 10/11/11 | Talner | 3.80 | $ 400.00 | $ 1,520.00 | Emails with co-counsel re possible new witness; revisions to expert declaration; revisions to draft injunction motion and response to summary judgment; conference call with co-counsel re case strategy |
| 629 | 10/11/11 | Fisher | 4.10 | $ 330.00 | $ 1,353.00 | Meet with team to discuss preliminary injunction and response to summary judgment motion; draft opposition to defendants motion to stay preliminary injunction hearing or expedite discovery; |
| 630 | 10/11/11 | Williams | 7.00 | $ 580.00 | $ 4,060.00 | Prepare for and participate in conference call with litigation team on strategy for filing preliminary injunction motion and opposing discovery motion; coordinate with D. Boerner on finalized version of declaration; exchange emails and meet with C. Fisher on strategy and arguments to oppose motion to stay injunction and expedite discovery; edit draft opposition to defendant's motion to stay preliminary injunction or expedite discovery; |
| 631 | 10/12/11 | Boschen | 9.80 | $ 150.00 | $ 1,470.00 | Continued work on factual section of motion for preliminary injunction; correspondence and personal conferences regarding same; telephone conferences with Skagit County Jail regarding Ms. Perez Vargas; researched witness address, contacts, and prior cases; correspondence regarding same; reviewed supplemental production. |
| 632 | 10/12/11 | Marshall | 11.30 | $ 375.00 | $ 4,237.50 | Email to indigent defendant regarding witness declaration [.1]; worked on witness declaration issues [.1]; email correspondence with consulting expert regarding preliminary injunction motion [.2]; telephone conferences with co-counsel regarding same [.4]; worked on preliminary injunction motion and response to summary judgment motions [10.5]. |
| 633 | 10/12/11 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Strategy call re Preliminary Injunction motion (.5); Work on response re motion to stay (.5); Work on Moon declaration (.5). |
| 634 | 10/12/11 | Dunne | 1.20 | $ 380.00 | $ 456.00 | Conduct legal research for opposition to defendants' summary judgment motion and cross-motion for preliminary injunction |
| 635 | 10/12/11 | Talner | 0.70 | $ 400.00 | $ 280.00 | Emails with co-counsel regarding possible new witness |

59

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 636 | 10/12/11 | Williams | 6.50 | $ 580.00 | $ 3,770.00 | Edit Plaintiffs' Opposition to Defendants' Motion to Stay Preliminary Injunction and Expedite Discovery; meet with C. Fisher to discuss same; coordinate with trial team on additional research and writing issues for the cross-motion for preliminary injunction and begin drafting segment on Monell standard; |
| 637 | 10/13/11 | Boschen | 11.50 | $ 150.00 | $ 1,725.00 | Travel to Mount Vernon for client meeting and to Municipal Court for Public Disclosure Request; return travel from Mount Vernon; continued work on motion for preliminary injunction; personal conferences and correspondence regarding same. |
| 638 | 10/13/11 | Marshall | 6.80 | $ 375.00 | $ 2,550.00 | Worked on response to summary judgment motions, motion for preliminary injunction, and supporting papers [6.8]. |
| 639 | 10/13/11 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Work on Preliminary Injunction motion and Summary Judgment response (.25); Strategy call re same (.25); Review and analyze Court's ruling re depositions re same (.25). |
| 640 | 10/13/11 | Dunne | 3.10 | $ 380.00 | $ 1,178.00 | Telephone conference with J. Strait regarding declaration and case; telephone conference with co-counsel regarding cross-motion for preliminary injunction and case strategy; conduct legal research on standing for opposition to summary judgment |
| 641 | 10/13/11 | Talner | 0.90 | $ 400.00 | $ 360.00 | Discuss legal issues in summary judgment response with co-counsel |
| 642 | 10/13/11 | Williams | 8.00 | $ 580.00 | $ 4,640.00 | Continue legal research and edit insert for brief analyzing Monell and deliberate indifference standard; conference call with trial team on status of cross-motion and collection of evidence; review order from Court on re-noting of Defendants' Motion to Stay; exchange emails with litigation team on filing of cross-motion; |
| 643 | 10/14/11 | Boschen | 9.50 | $ 150.00 | $ 1,425.00 | Continued work on motion for preliminary injunction; drafted declaration in support of same; correspondence regarding same. |
| 644 | 10/14/11 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Work on motion for Preliminary Injunction and opposition to Summary Judgment. |
| 645 | 10/14/11 | Talner | 2.80 | $ 400.00 | $ 1,120.00 | Research issues related to summary judgment response; teleconference with expert witnesses; email co-counsel with updates about the case |
| 646 | 10/14/11 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Edit Monell argument section; review and edit cross-motion; |
| 647 | 10/14/11 | Williams | 5.00 | $ 580.00 | $ 2,900.00 | Edit and finalize cross-motion insert on Monell deliberate indifference standard; exchange emails with litigation team on collection of declarations and additional inserts on legal issues; |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 648 | 10/16/11 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Work on motion for preliminary injunction and opposition to summary judgment (1.0); Work on response to Wilbur Requests for Admission (.5). |
| 649 | 10/16/11 | Dunne | 2.50 | $ 380.00 | $ 950.00 | Conduct legal research for opposition for defendants' motion for summary judgment and cross-motion for preliminary injunction; review and revise opposition for summary judgment and cross-motion for preliminary injunction |
| 650 | 10/16/11 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Edit cross- motion and opposition to Motions for Summary Judgment; |
| 651 | 10/17/11 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Reviewed motion for preliminary injunction and opposition to defendants' motions for summary judgment; correspondence regarding same [.2]. |
| 652 | 10/17/11 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Work on motion for Preliminary Injunction and opposition to Summary Judgment. |
| 653 | 10/17/11 | Dunne | 1.40 | $ 380.00 | $ 532.00 | Conduct legal research for opposition for defendants' motion for summary judgment and cross-motion for preliminary injunction; review and revise opposition for summary judgment and cross-motion for preliminary injunction; correspondence with J. Strait regarding declaration |
| 654 | 10/17/11 | Talner | 4.50 | $ 400.00 | $ 1,800.00 | Meet with expert witness; revisions to expert declaration; review final drafts of summary judgment response and plaintiffs' preliminary injunction motion |
| 655 | 10/17/11 | Williams | 7.50 | $ 580.00 | $ 4,350.00 | Finalize cross-motion for preliminary injunction and opposition to defendants' motions for summary judgment; review declarations of expert witnesses, John Strait and Chris Jackson in support of cross-motion; review Court's order denying in part the motion to amend and add Osborne as plaintiff; |
| 656 | 10/18/11 | Boschen | 1.40 | $ 150.00 | $ 210.00 | Telephone conference with Sun Ray Courte regarding client [.1]; correspondence regarding same [.1]; worked on tracking productions and updating production log [1.2]. |
| 657 | 10/18/11 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Work on dep. preparations. |
| 658 | 10/18/11 | Fisher | 0.60 | $ 330.00 | $ 198.00 | Call A. Cooley to discuss deposition dates; email team discussion regarding deposition dates; |
| 659 | 10/19/11 | Boschen | 2.20 | $ 150.00 | $ 330.00 | Researched client case history [.1]; reviewed, labeled and managed defendants' productions [1.9]; updated production log [.2]. |
| 660 | 10/19/11 | Talner | 0.50 | $ 400.00 | $ 200.00 | Emails with co-counsel regarding fact developments in named plaintiffs' criminal cases |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 661 | 10/19/11 | Fisher | 2.30 | $ 330.00 | $ 759.00 | Draft letter to A. Cooley summarizing October 18th phone call; draft letter to A. Cooley regarding deposition locations; draft reply brief for protective order; |
| 662 | 10/19/11 | Williams | 1.10 | $ 580.00 | $ 638.00 | Review and edit letter to counsel for defendants on place of depositions; meet with C. Fisher to discuss letter to counsel for defendants; exchange emails with team on strategy; |
| 663 | 10/20/11 | Kinsey | 0.70 | $ 100.00 | $ 70.00 | Drafted and finalized notice of withdrawal for Montague in Burlington Municipal Court action; arranged filing and service. |
| 664 | 10/20/11 | Boschen | 1.60 | $ 150.00 | $ 240.00 | Personal conferences regarding declarations and client status [.7]; telephone calls to clients [.1]; drafted declaration of Angela Montague ISO Motion for Protective Order and correspondence regarding same [.5]; reviewed case records from public disclosure request [.2]; scanned and emailed same [.1]. |
| 665 | 10/20/11 | Marshall | 7.10 | $ 375.00 | $ 2,662.50 | Email correspondence with co-counsel regarding deposition scheduling [.1]; worked on notice of withdrawal from representation of Montague in Burlington municipal court [.1]; worked on various briefing issues [2.2]; worked on discovery issues [3.7]; telephone conference with Mr. Hoff regarding warrant issues and worked on same [.5]; reviewed declaration of Mr. Stendal and analyzed issues regarding same [.5]. |
| 666 | 10/20/11 | Zuchetto | 3.30 | $ 330.00 | $ 1,089.00 | Work on responses to Requests for Admission (2.5); Review and analyze depo. location/protective order reply argument and e-mail co-counsel re same (.5); Read and analyze Stendal declaration (.3). |
| 667 | 10/20/11 | Talner | 0.90 | $ 400.00 | $ 360.00 | Review and comment on draft requests for admission |
| 668 | 10/20/11 | Fisher | 4.20 | $ 330.00 | $ 1,386.00 | Write reply brief for protective order; |
| 669 | 10/21/11 | Boschen | 1.20 | $ 150.00 | $ 180.00 | Telephone calls to and conferences with Whatcom County Jail; correspondence regarding same; correspondence with clients regarding deposition schedule; labeled defendant Burlington's second supplemental production; updated production log; loaded defendant documents onto PC document site; personal conferences and correspondence regarding deposition schedules and motion for protective order. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| **670** | 10/21/11 | Marshall | 5.60 | $ 375.00 | $ 2,100.00 | Worked on reply in support of protective order on depositions [.8]; researched and analyzed issues regarding same [.3]; email correspondence with co-counsel regarding same [.2]; worked on Mr. Wilbur's responses to RFAs [.7]; telephone conference and email correspondence with co-counsel regarding same [.2]; telephone call from Ms. Montague regarding declaration in support of protective order motion on depositions [.2]; worked on revisions same [.1]; email correspondence with co-counsel regarding same [.1]; worked on discovery issues [3.0]. |
| **671** | 10/21/11 | Zuchetto | 5.70 | $ 330.00 | $ 1,881.00 | Work on responses to Wilbur Requests for Admission (3.7); Read and analyze def's response to Summary Judgment (.75); Litigation strategy conference (1.0); Edit reply re protective order (.25). |
| **672** | 10/21/11 | Dunne | 2.20 | $ 380.00 | $ 836.00 | Review and respond to email correspondence from co-counsel regarding case strategy and discovery issues; review email correspondence from opposing counsel regarding discovery; conference call with co-counsel re case strategy and depositions; review draft of plaintiffs' reply brief for protective order |
| **673** | 10/21/11 | Talner | 1.50 | $ 400.00 | $ 600.00 | Conference call with co-counsel regarding case strategy and discuss preparation for depositions with Sarah Dunne |
| **674** | 10/21/11 | Fisher | 4.20 | $ 330.00 | $ 1,386.00 | Write reply brief for protective order; write declaration for reply brief; write proposed order for protective order; file brief, organize folders; participate in conference call with team; file letter of withdrawal with court; |
| **675** | 10/21/11 | Williams | 1.50 | $ 580.00 | $ 870.00 | Participate in litigation team strategy conference call on deposition coverage and defendants' summary judgment reply briefs; coordinate with C. Fisher on finalization of reply brief and declaration on plaintiffs' motion for protective order; |
| **676** | 10/23/11 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Email correspondence with Ms. Montague and co-counsel regarding scheduling of prep session for deposition [.1]; email correspondence with co-counsel regarding discovery issues [.2]. |
| **677** | 10/23/11 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Work on response to defense counsel re Rule 37 conference. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 678 | 10/24/11 | Marshall | 4.30 | $ 375.00 | $ 1,612.50 | Worked on discovery issues [.2]; reviewed defendants' reply in support of summary judgment and motion to strike [.3]; researched and analyzed issues regarding standing and mootness [1.3]; email correspondence with co-counsel regarding same [.2]; researched and analyzed issues regarding motion to strike [1.5]; email correspondence with co-counsel regarding deposition scheduling [.2]; telephone conferences with Whatcom County Jail regarding Mr. Moon [.4]; worked on forms for access to inmates at Whatcom County Jail [.2]. |
| 679 | 10/24/11 | Zuchetto | 4.80 | $ 330.00 | $ 1,584.00 | Work on responses to Requests for Admission (3.3); Draft letter to defense counsel re meet and confer (1.0); Analyze standing and e-mail co-counsel re same (.5). |
| 680 | 10/24/11 | Talner | 0.80 | $ 400.00 | $ 320.00 | Emails with co-counsel regarding discovery issues |
| 681 | 10/24/11 | Fisher | 2.30 | $ 330.00 | $ 759.00 | Meet with team to discuss status and depositions; look at notes from meeting; prepare for depositions; |
| 682 | 10/24/11 | Williams | 0.80 | $ 580.00 | $ 464.00 | Coordinate with C. Fisher on plans for Moon preparation draft outline for witness preparation; |
| 683 | 10/25/11 | Kinsey | 0.70 | $ 100.00 | $ 70.00 | Prepared draft of plaintiffs' response to motion to strike; prepared draft of notice of intent to file surreply; arranged filing and service of same. |
| 684 | 10/25/11 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Telephone call to client; correspondence regarding same. |
| 685 | 10/25/11 | Marshall | 7.30 | $ 375.00 | $ 2,737.50 | Worked on plaintiffs' response to defendants' motion to strike [5.7]; researched and analyzed issues regarding same [.4]; email correspondence with co-counsel regarding deposition preparation issues [.2]; telephone conference with Whatcom County Jail regarding communications with inmates [.3]; telephone conference with Mr. Moon regarding issues related to deposition [.2]; telephone conferences with co-counsel and Mr. Hoff's assistant regarding same [.2]; email correspondence with co-counsel and court reporter regarding deposition scheduling [.2]; email to Ms. Montague regarding deposition scheduling issues [.1]. |
| 686 | 10/25/11 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Work on deposition prep. (1.0); Draft letter re discovery responses (1.0). |
| 687 | 10/25/11 | Talner | 3.20 | $ 400.00 | $ 1,280.00 | Emails with co-counsel re discovery issues; read transcipts of depositions from prior indigent defense case to prepare for discovery in Wilbur case and summarize relevant points for co-counsel |
| 688 | 10/25/11 | Fisher | 1.30 | $ 330.00 | $ 429.00 | Prepare for deposition of J. Moon; research fifth amendment issues and who can invoke privilege; |

64

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 689 | 10/25/11 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Meet with C. Fisher and J. Higa on document review issues; send out meeting notice with agenda for deposition preparation; edit proposed outline for deposition preparation; |
| 690 | 10/26/11 | Kinsey | 1.30 | $ 100.00 | $ 130.00 | Reviewed, revised and finalized plaintiffs' response to motion to strike; assembled Marshall declaration exhibits; arranged filing and service. |
| 691 | 10/26/11 | Marshall | 2.50 | $ 375.00 | $ 937.50 | Worked on response to motion to strike and supporting papers and telephone conference with co-counsel regarding same [2.5]. |
| 692 | 10/26/11 | Zuchetto | 4.25 | $ 330.00 | $ 1,402.50 | Work on opposition to Summary Judgment/motion for Preliminary Injunction re motion to strike (2.0); Prepare for discovery conference (2.25). |
| 693 | 10/26/11 | Fisher | 2.70 | $ 330.00 | $ 891.00 | Prepare for depositions; research J. Moon's criminal history; |
| 694 | 10/26/11 | Williams | 0.80 | $ 580.00 | $ 464.00 | Review and comment on surreply brief opposing motion to strike hearsay; |
| 695 | 10/27/11 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Attempted to reach Mr. Moon regarding deposition scheduling [.1]; left message with Ms. Osborne regarding status of lawsuit [.1]; worked on case strategy issues and outline of action items [.9]; email to Mr. Hoff regarding factual background issues [.2]. |
| 696 | 10/27/11 | Bledsoe | 1.00 | $ 120.00 | $ 120.00 | Create spreadsheet with Indigent clients' charges  for Zuchetto. |
| 697 | 10/27/11 | Zuchetto | 2.25 | $ 330.00 | $ 742.50 | Prepare for Rule 37 conference (1.0); Work on deposition preparation (1.25). |
| 698 | 10/27/11 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Review draft of deposition outline for client deposition |
| 699 | 10/27/11 | Williams | 1.00 | $ 580.00 | $ 580.00 | Edit team deposition preparation outline; |
| 700 | 10/27/11 | Fisher | 3.70 | $ 330.00 | $ 1,221.00 | Review and pull documents in preparation for J. Moon's deposition; |
| 701 | 10/28/11 | Boschen | 1.60 | $ 150.00 | $ 240.00 | Personal conferences and correspondence regarding deposition arrangements [.3]; telephone call to client; telephone conferences with Whatcom County Jail regarding deposition [.4]; commenced review of Mount Vernon supplemental production [.9]. |
| 702 | 10/28/11 | Marshall | 2.20 | $ 375.00 | $ 825.00 | Worked on various factual background issues [1.5]; analyzed issues regarding Mr. Moon's arraignments and worked on same [.7]. |
| 703 | 10/28/11 | Bledsoe | 1.00 | $ 120.00 | $ 120.00 | Obtain Montague, Wilbur, and Moon dockets from WA courts. |
| 704 | 10/28/11 | Zuchetto | 5.25 | $ 330.00 | $ 1,732.50 | Work on dep. prep. issues, including research re attorney client privilege (2.0); Deposition preparation and discuss same w/ co-counsel (1.5); Prepare for and conduct Rule 37 conference and draft e-mail in response to same (1.75). |
| 705 | 10/28/11 | Talner | 5.60 | $ 400.00 | $ 2,240.00 | Conference call with co-counsel regarding case strategy; review files to prepare for client depositions; teleconference with plaintiffs' criminal defense lawyer; review plaintiffs' court records to prepare for depositions |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 706 | 10/28/11 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Participate in litigation team conference call regarding deposition preparation and strategy; meet with C. Fisher on deposition preparation for J. Moon; exchange emails with team on deposition preparation issues; |
| 707 | 10/28/11 | Fisher | 5.50 | $ 330.00 | $ 1,815.00 | Attend team conference call to discuss depositions; write letter to A. Cooley regarding J. Moon's deposition and incarceration; prepare for J. Moon's deposition; call N. Talner and G. Hoff to discuss open and closed criminal cases; |
| 708 | 10/29/11 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Telephone conference with Mr. Moon regarding factual background issues [.4]; worked on same [.2]; analyzed issues regarding WSAMA brief and email correspondence with expert regarding same [.5]. |
| 709 | 10/30/11 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Review of key documents binder for Jeremiah Moon deposition preparation and identify areas for mock cross-examination; |
| 710 | 10/31/11 | Marshall | 9.20 | $ 375.00 | $ 3,450.00 | Email correspondence with co-counsel regarding witness issues [.1]; analyzed issues regarding in preparation for depositions [.3]; email correspondence with co-counsel regarding same [.2]; telephone call from co-counsel regarding WSAMA amicus brief and strategy for responding to same [.3]; telephone conferences with Sergeant Buren at the Whatcom County Jail [.2]; email correspondence with opposing counsel regarding deposition of Mr. Moon [.1]; worked on preparation for plaintiffs' depositions [.5]; to Sedro Woolley for meeting with Mr. Wilbur regarding deposition preparation [1.7]; meeting with Mr. Wilbur regarding deposition [.8]; to Mount Vernon for meetings with co-counsel and Ms. Montague in preparation for deposition [.3]; meetings with co-counsel and Ms. Montague regarding depositions [3.3]; return from Mount Vernon [1.4]. |
| 711 | 10/31/11 | Zuchetto | 1.80 | $ 330.00 | $ 594.00 | Review and analyze defendant's supplemental discovery responses (.25); Review and analyze amicus filing (.5); Discuss response w/ co-counsel (.2); E-mail team re same (.1); Draft response re Rule 26 conference (.75). |
| 712 | 10/31/11 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Email correspondence with co-counsel re deposition of plaintiff and preparation for same |
| 713 | 10/31/11 | Talner | 4.40 | $ 400.00 | $ 1,760.00 | Travel to Mount Vernon and review court file of potential witness; travel to Whatcom County Jail to meet with plaintiff for deposition preparation; travel to Mount Vernon to meet with other plaintiff for deposition preparation |

66

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 714 | 10/31/11 | Williams | 7.50 | $ 580.00 | $ 4,350.00 | Exchange emails with C. Fisher on logistical arrangements for client depositions; travel to Bellingham to meet with Jeremiah Moon in Bellingham prison to prepare for deposition; meet with Angela Montague in Mt. Vernon at the Best Western to prepare for deposition; |
| 715 | 11/01/11 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Reviewed documents and correspondence regarding same; |
| 716 | 11/01/11 | Marshall | 8.80 | $ 375.00 | $ 3,300.00 | To Bellingham for deposition of Mr. Moon [1.8]; attended deposition of Mr. Moon [4.4]; meeting with co-counsel regarding same [.6]; return from Bellingham [1.8]; email correspondence with co-counsel regarding amicus filing [.2]. |
| 717 | 11/01/11 | Zuchetto | 2.05 | $ 330.00 | $ 676.50 | Debrief re Moon deposition w/ co-counsel re discovery supplement and case strategy (.25); Draft summary re same (.25); Review and analyze Perez-Vargas information (.5); Work on discovery supplement letter (.75); Assist in dep. re review and provide document Witt/Moon plea bargain (.3). |
| 718 | 11/01/11 | Fisher | 8.50 | $ 330.00 | $ 2,805.00 | Attend deposition of J. Moon; prepare for deposition of A. Montague; |
| 719 | 11/01/11 | Williams | 9.00 | $ 580.00 | $ 5,220.00 | Prepare for and defend deposition of plaintiff Jeremiah Moon at Whatcom County Jail; travel from Whatcom County to Seattle; |
| 720 | 11/02/11 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Drafted public disclosure request pertaining to Perez-Vargas; correspondence with Mount Vernon Municipal Court regarding same. |
| 721 | 11/02/11 | Marshall | 11.30 | $ 375.00 | $ 4,237.50 | To Mount Vernon for deposition of Ms. Montague [1.3]; defended deposition of Ms. Montague [8.0]; meeting with Ms. Montague regarding same [.5]; return from Mount Vernon [1.5]. |
| 722 | 11/02/11 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Analyze and discuss possible amicus response (.5); Draft letter re discovery supplement (.7); Discuss Montague deposition w/ co-counsel (.3). |
| 723 | 11/02/11 | Fisher | 11.00 | $ 330.00 | $ 3,630.00 | Attend deposition of A. Montague; travel to Seattle from Mount Vernon; |
| 724 | 11/03/11 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Correspondence and personal conversations regarding amicus briefs, case status and depositions. |
| 725 | 11/03/11 | Marshall | 3.00 | $ 375.00 | $ 1,125.00 | Worked on discovery issues [.4]; analyzed issues regarding amicus briefs [.2]; telephone conference with co-counsel regarding same [1.2]; telephone call from co-counsel regarding same and case strategy issues [.2]; worked on case strategy issues [.2]; worked on letter to opposing counsel regarding discovery issues [.3]; worked on discovery and case strategy issues [.5]. |
| 726 | 11/03/11 | Zuchetto | 4.75 | $ 330.00 | $ 1,567.50 | Analyze amicus filing and discuss response (2.25); Read and analyze e-mail from def. counsel re discovery (.25); Work on letter re discovery supplement (1.75); Respond to def's re dep. requests (.5). |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 727 | 11/03/11 | Talner | 0.40 | $ 400.00 | $ 160.00 | Teleconference with co-counsel and consulting expert regarding response to amicus brief |
| 728 | 11/03/11 | Williams | 1.00 | $ 580.00 | $ 580.00 | Exchange emails with litigation team on requesting amicus briefs in support; conference call with C. Fisher on Montague deposition result; |
| 729 | 11/03/11 | Fisher | 0.40 | $ 330.00 | $ 132.00 | Discuss depositions with team; |
| 730 | 11/04/11 | Marshall | 3.30 | $ 375.00 | $ 1,237.50 | Telephone conference with co-counsel regarding various issues, including amicus filing, response to same, discovery, depositions, class certification, preliminary injunction, and case strategy [1.2]; email correspondence with co-counsel regarding same [.5]; worked on action items arising out of conference call [.4]; analyzed issues regarding deposition scheduling [.3]; email correspondence with opposing counsel regarding same [.2]; reviewed discovery produced by Defendants [.4]; worked on class certification briefing [.3]. |
| 731 | 11/04/11 | Dunne | 0.80 | $ 380.00 | $ 304.00 | Conference call with co-counsel re case strategy and amicus briefs |
| 732 | 11/04/11 | Talner | 0.80 | $ 400.00 | $ 320.00 | Conference call with co-counsel to discuss case strategy |
| 733 | 11/04/11 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Participate in team conference call to discuss amicus briefs, depositions, next steps; |
| 734 | 11/05/11 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Worked on motion for class certification [.7]. |
| 735 | 11/06/11 | Marshall | 6.90 | $ 375.00 | $ 2,587.50 | Researched and analyzed issues regarding standing and mootness in class actions [1.8]; researched and analyzed issues regarding certification under Rule 23(b)(2) [2.0]; worked on plaintiffs' motion for class certification [3.1]. |
| 736 | 11/07/11 | Marshall | 5.70 | $ 375.00 | $ 2,137.50 | Email correspondence with co-counsel regarding deposition scheduling [.1]; prepared for meeting with Mr. Wilbur regarding deposition preparation [.5]; meetings with Mr. Wilbur's mother and efforts to contact Mr. Wilbur [1.2]; to Sedro Woolley for meeting with Mr. Wilbur [1.6]; return from Sedro Woolley [1.6]; analyzed issues regarding deposition scheduling [.2]; left message with Mr. Sanchez regarding same [.1]; telephone conference with Ms. Johnson regarding same [.2]; worked on motion for class certification [.2]. |
| 737 | 11/07/11 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Correspondence with J. Strait re Defendants' summary judgment and amicus brief; email correspondence with co-counsel re plaintiffs' depositions |
| 738 | 11/07/11 | Talner | 0.30 | $ 400.00 | $ 120.00 | Emails with co-counsel regarding litigation strategy |
| 739 | 11/07/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review emails on discovery and upcoming depositions; |
| 740 | 11/08/11 | Kinsey | 1.30 | $ 100.00 | $ 130.00 | Drafted Marshall declaration in support of motion for class certification; researched TMDW case files for inclusion. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| **741** | 11/08/11 | Marshall | 7.60 | $ 375.00 | $ 2,850.00 | Worked on narrowing requests in subpoenas to Mr. Sybrandy and Mr. Witt [.6]; drafted letter to Mr. Sybrandy regarding same [.3]; email correspondence with co-counsel regarding same [.2]; email correspondence with co-counsel regarding deposition scheduling [.2]; telephone call from co-counsel regarding issues with Mr. Wilbur [.2]; email correspondence with opposing counsel regarding same [.1]; analyzed issues regarding same [.2]; worked on motion for class certification [1.8]; researched and analyzed issues regarding same [.3]; telephone call from and email correspondence with co-counsel regarding motion for sanctions [.3]; analyzed issues regarding same [.2]; telephone conference and email correspondence with Mr. Sanchez regarding deposition [.4]; left message with Mr. Howson regarding deposition [.1]; worked on declaration in support of motion for class certification [.3]; reviewed documents produced by Defendants [1.7]; worked on motion for class certification [.5]; email to co-counsel regarding same [.2]. |
| **742** | 11/08/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review and respond to team re Wilbur deposition issue (.25); Review and analyze motion for sanctions (.75). |
| **743** | 11/08/11 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Review draft of subpoena and email correspondence with co-counsel re subpoena to third-party witnesses; email correspondence with co-counsel re discovery issues and depositions |
| **744** | 11/08/11 | Talner | 1.40 | $ 400.00 | $ 560.00 | Review draft correspondence re subpoena to public defenders and email co-counsel about it; review documents produced by one of the public defender |
| **745** | 11/08/11 | Fisher | 2.00 | $ 330.00 | $ 660.00 | Participate in call with A. Cooley regarding Wilbur's deposition; email team regarding call; telephone call T. Marshall to discuss Wilbur's deposition; compare documents M. Witt has produced, objected to, and still needs to produce; email team regarding conclusions regarding M. Witt's production; |
| **746** | 11/08/11 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Review emails and correspondence on Wilbur deposition; review motion for sanctions on Wilbur for failure to appear at deposition and accompanying declaration of A. Cooley; |

69

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 747 | 11/09/11 | Marshall | 5.30 | $ 375.00 | $ 1,987.50 | Email correspondence with co-counsel regarding case strategy issues [.1]; worked on same [.2]; worked on motion for class certification [3.7]; worked on declaration in support of same [.3]; email correspondence with co-counsel regarding same [.1]; telephone conference with co-counsel regarding same and discovery and case strategy issues [.7]; email to opposing counsel regarding deposition scheduling [.2]. |
| 748 | 11/09/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review and edit motion for class certification. |
| 749 | 11/09/11 | Dunne | 2.10 | $ 380.00 | $ 798.00 | Conference call with co-counsel re case strategy; draft Dunne declaration in support of motion for class certification; review and revise motion for class certification; email correspondence with co-counsel re discovery and depositions |
| 750 | 11/09/11 | Talner | 0.90 | $ 400.00 | $ 360.00 | Draft declaration in support of class certification motion; review draft of class certification motion and provide comments on it |
| 751 | 11/09/11 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Send transcripts of J. Moon's deposition to team; review pleadings; |
| 752 | 11/09/11 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Coordinate with litigation team on strategy meeting; review and comment on class certification motion and declarations in support; conference call with litigation team on strategy for class certification and responding to sanctions motion and discovery; draft class certification declaration in support; review emails exchanged by litigation team on multiple subjects; meet with B. Roos to discuss role on litigation team; |
| 753 | 11/10/11 | Kinsey | 1.60 | $ 100.00 | $ 160.00 | Reviewed, revised and finalized amended complaint; arranged filing and service; Reviewed, revised and finalized motion for class certification; prepared Marshall declaration; assembled exhibits; reviewed, revised and finalized Dunne, Zuchetto and Williams declarations; arranged filing and service of motion for class certification; prepared praecipe regarding amended complaint. |
| 754 | 11/10/11 | Boschen | 0.70 | $ 150.00 | $ 105.00 | Pulled and prepared exhibits for class certification motion [.7]. |

70

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 755 | 11/10/11 | Marshall | 7.20 | $ 375.00 | $ 2,700.00 | Finalized amended complaint for filing [.1]; worked on motion for class certification [.5]; email to co-counsel regarding same [.2]; worked on declaration and exhibits in support of same [.2]; analyzed issues regarding amicus filing [.3]; telephone conference with indigent defendant regarding factual background issues [.2]; worked on class certification filing [.5]; reviewed defendants' motion to disqualify and supporting documents [1.2]; researched and analyzed issues regarding same [3.5]; email correspondence and telephone conference with co-counsel regarding same [.5]. |
| 756 | 11/10/11 | Zuchetto | 8.15 | $ 330.00 | $ 2,689.50 | Review and analyze motion for disqualification (1.9); Prepare for and attend Rule 26 conference re Requests for Admission (2.25); Call w/ Joseph Wilbur re deposition and status (.75); Debrief w/ co-counsel re same (.5); Analyze motion for class certification (.5); e-mail co-counsel re same (.25); Prepare declaration in support of class certification (2.0). |
| 757 | 11/10/11 | Talner | 0.90 | $ 400.00 | $ 360.00 | Read motion to disqualify and supporting declarations filed by cities and discuss with co-counsel |
| 758 | 11/10/11 | Dunne | 0.60 | $ 380.00 | $ 228.00 | Review Defendants' motion to disqualify and accompanying declarations; correspondence with J. Strait re motion to disqualify |
| 759 | 11/10/11 | Higa | 0.30 | $ 155.00 | $ 46.50 | Coordinate research effort with research librarians to attempt to gather criminal docket numbers from Mt. Vernon and Burlington municipal courts; |
| 760 | 11/10/11 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Finalize declaration in support of class certification; review email exchange on setting of depositions and on amicus briefs; review and comment on defendants' Motion to Disqualify and related declarations; review finalized motion for class certification and supporting declarations; |
| 761 | 11/11/11 | Kinsey | 0.80 | $ 100.00 | $ 80.00 | Prepared Judge Lasnik's working copy of plaintiffs' motion for class certification; arranged delivery to court clerk's office. |
| 762 | 11/11/11 | Boschen | 2.40 | $ 150.00 | $ 360.00 | Personal conferences and correspondence regarding motion to disqualify; worked on removing kites from network and local machine; reviewed hard copy files for copies of kites; researched public disclosure request history, correspondence and conversations with Skagit County and the Office of Assigned Counsel; drafted summary of same. |

71

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 763 | 11/11/11 | Marshall | 10.00 | $ 375.00 | $ 3,750.00 | Email correspondence with co-counsel regarding class certification filings [.1]; researched and analyzed issues regarding motion to disqualify [2.8]; left message with Mr. Wend regarding factual background issues [.1]; worked on sequestering documents [1.4]; telephone conferences with co-counsel regarding motion to disqualify [1.0]; worked on response to same [4.4]; email correspondence with indigent defendants and witness regarding depositions [.2]. |
| 764 | 11/11/11 | Zuchetto | 6.80 | $ 330.00 | $ 2,244.00 | Analyze motion for disqualification (4.25); discuss response w/ team (1.25); Research re same (1.3). |
| 765 | 11/11/11 | Talner | 1.00 | $ 400.00 | $ 400.00 | Conference call with co-counsel to discuss case strategy |
| 766 | 11/11/11 | Dunne | 1.90 | $ 380.00 | $ 722.00 | Conference call with co-counsel re case strategy and motion to disqualify; conduct legal research on RPC 4.4, kites as privileged documents and documents received through public records request |
| 767 | 11/11/11 | Williams | 3.00 | $ 580.00 | $ 1,740.00 | Conference call with litigation team on strategy for addressing motion to disqualify; draft letter to A. Cooley requesting additional time to respond to motion; review motion to disqualify; conference calls with M. Boman and L. Medway on motion to disqualify; |
| 768 | 11/13/11 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Telephone conference with Ms. Johnson regarding deposition and factual background issues [.2]; researched and analyzed issues regarding response to motion to disqualify [.3]; prepared for Ms. Johnson's deposition [.2]. |
| 769 | 11/14/11 | Marshall | 9.90 | $ 375.00 | $ 3,712.50 | Telephone conferences and email correspondence with co-counsel regarding response to motion for disqualification and related issues [2.2]; worked on same and factual background issues [1.8]; worked on declaration of Tina Johnson regarding kites [.3]; telephone conference with co-counsel regarding same [.1]; to Mount Vernon for deposition of Ms. Johnson [1.2]; email correspondence with co-counsel regarding same [.2]; meetings with Ms. Johnson regarding same [.5]; defended deposition of Ms. Johnson [1.8]; went to Skagit Co. Records department to research factual background issues [.4]; returned from Mount Vernon [.8]; telephone conference with Mr. Wend regarding factual background issues [.2]; telephone conference with Mr. Wilbur regarding factual background issues [.4]. |
| 770 | 11/14/11 | Zuchetto | 5.75 | $ 330.00 | $ 1,897.50 | Prep. for and attend strategy session re motion to disqualify and motion for sanctions (2.5); Call experts re ethics (1.5); Call w/ Joe Wilbur (.75);  Followup w/ counselor (.5); Work on Johnson declaration (.5). |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 771 | 11/14/11 | Dunne | 1.30 | $ 380.00 | $ 494.00 | Conference calls with co-counsel re motion to disqualify and jail documents; conference call with J. Strait |
| 772 | 11/14/11 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Prepare for and participate in litigation strategy conference call with team on motions to disqualify and motion for sanctions on missing Wilbur deposition; meet with B. Roos and C. Fisher to develop arguments for briefs; |
| 773 | 11/14/11 | Roos | 1.60 | $ 465.00 | $ 744.00 | Telephone conferences regarding motion to disqualify and motion for sanctions; review motion to disqualify; |
| 774 | 11/15/11 | Boschen | 0.40 | $ 150.00 | $ 60.00 | Telephone call to Phoenix Recovery [.1]; updated production log [.1]; bates labeled public disclosure request documents from Mount Vernon [.2]. |
| 775 | 11/15/11 | Marshall | 6.30 | $ 375.00 | $ 2,362.50 | Telephone conferences and email correspondence with co-counsel regarding strategy for responding to motion to disqualify [1.0]; worked on issues regarding same [4.3]; telephone conference and email correspondence with Mr. Weyrich regarding factual background issues [.3]; email to opposing counsel regarding scheduling of Rule 30(b)(6) deposition [.1]; telephone calls from Mr. Wilbur regarding legal issues [.4]; analyzed issues factual background issues related to Ms. Perez-Vargas [.2].. |
| 776 | 11/15/11 | Zuchetto | 5.85 | $ 330.00 | $ 1,930.50 | Work on Requests for Admission amendment (.5); Debrief re Johnson deposition (.5); Work on obtaining expert declaration re motion to disqualify (1.25); Call w/ Joe Wilbur, follow up re dep. re same (1.0); Call w/ Skagit County prosecutor (.25); E-mail team re same (.25); Call declarants (2.1). |
| 777 | 11/15/11 | Dunne | 0.90 | $ 380.00 | $ 342.00 | Conference call with R. Aronson re declaration for motion to disqualify; email correspondence with co-counsel re same |
| 778 | 11/15/11 | Fisher | 0.50 | $ 330.00 | $ 165.00 | Read T. Johnson declaration; read and reply to team emails; |
| 779 | 11/15/11 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Coordinate with litigation team on ideas for expert witnesses for opposition to disqualification motion; conference call with ACLU on making contact with Skagit County; |
| 780 | 11/15/11 | Roos | 5.70 | $ 465.00 | $ 2,650.50 | Draft opposition to motion to disqualify; research regarding same; telephone conference with S. Dunne regarding same; |
| 781 | 11/16/11 | Boschen | 3.30 | $ 150.00 | $ 495.00 | Travel to and from Skagit County Jail to have declarations signed [3]; worked on locating correspondence regarding public disclosure request [.2]; reviewed documents in preparation to response to Motion to Disqualify [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 782 | 11/16/11 | Marshall | 10.00 | $ 375.00 | $ 3,750.00 | Telephone conference with Oscar regarding treatment for Mr. Wilbur [.2]; worked on response to motion to disqualify [4.7]; worked on declarations for response to same [1.2]; telephone conferences and email correspondence with Mr. Moon, Ms. Montague, Ms. Johnson, and co-counsel regarding same [1.5]; worked on declaration of Prof. Aronson [.8]; telephone conference with co-counsel regarding same [.3]; worked on factual background issues [.8]; worked on case strategy issues [.5]. |
| 783 | 11/16/11 | Zuchetto | 6.00 | $ 330.00 | $ 1,980.00 | Work on response re motion for disqualification (4.0); Work on opposition re Summary Judgment (2.0). |
| 784 | 11/16/11 | Dunne | 1.70 | $ 380.00 | $ 646.00 | Conference call with co-counsel re motion to disqualify and case strategy; conference call with ethics expert re jail documents and motion to disqualify; conference call with R. Aronson re his declaration in opposition to motion to disqualify; |
| 785 | 11/16/11 | Fisher | 4.10 | $ 330.00 | $ 1,353.00 | Draft opposition to defendants' motion for sanctions regarding cancellation of J. Wilbur's deposition; participate in team conference call; read and reply to emails; |
| 786 | 11/16/11 | Roos | 9.20 | $ 465.00 | $ 4,278.00 | Draft opposition to motion to disqualify counsel; research relating to same; telephone conference relating to same; |
| 787 | 11/16/11 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Prepare for litigation team conference call; attend litigation team conference call on deposition, motion for sanctions, and motion to disqualify; conference call with Skagit County Prosecutor's Office on need for declaration from jail representative and PRA representative; review correspondence from ethics expert; |
| 788 | 11/17/11 | Boschen | 1.30 | $ 150.00 | $ 195.00 | Pulled documents for deposition of Letty Alvarez [1]; personal conferences and correspondence regarding depositions and clients [.2]; reviewed documents produced in response to public disclosure request [.1]. |
| 789 | 11/17/11 | Marshall | 7.40 | $ 375.00 | $ 2,775.00 | Researched and analyzed factual background issues regarding kites [.9]; email correspondence and telephone conference with co-counsel regarding same [.5]; analyzed issues regarding Mr. Wilbur's status [.2]; worked on issues regarding response to motion to disqualify [.1]; prepared for deposition of witness [3.4]; worked on various issues and materials related to response to motion to disqualify [2.3]. |

74

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 790 | 11/17/11 | Zuchetto | 4.15 | $ 330.00 | $ 1,369.50 | Work on declarations re motion to disqualify (2.1); Work on declaration re motion for sanctions (.4); Work on Requests for Admission responses (.7); Call w/ Joe Wilbur and Shannon re same (.4); Call w/ Jose Tarango re declaration (.3); Research re Kites (.25). |
| 791 | 11/17/11 | Dunne | 0.60 | $ 380.00 | $ 228.00 | Review and respond to emails from co-counsel re opp'n to motion to disqualify; revise attorney declaration in opp'n to motion to disqualify; |
| 792 | 11/17/11 | Fisher | 3.60 | $ 330.00 | $ 1,188.00 | Write opposition to defendants' motion for sanctions regarding cancellation of Wilbur's deposition; |
| 793 | 11/17/11 | Williams | 6.00 | $ 580.00 | $ 3,480.00 | Review email from Skagit County Prosecutor and coordinate request for inmate declaration with the team; conference call with Skagit County Prosecutor on declarations from Jail on Public Records Act representative; coordinate declaration with Sgt. J. O'Neill at Skagit County Jail; coordinate declaration of Cori Russell with Skagit County; edit opposition to motion for sanctions and supporting declarations; |
| 794 | 11/17/11 | Roos | 5.90 | $ 465.00 | $ 2,743.50 | Draft opposition to motion to disqualify counsel; research relating to same; |
| 795 | 11/18/11 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Telephone conference with Mr. Hoff's office [.1]; telephone call to Phoenix Recovery [.1]. |
| 796 | 11/18/11 | Marshall | 11.80 | $ 375.00 | $ 4,425.00 | To Skagit County for deposition of witness [1.4]; defended same [5.2]; meetings with witness and counsel regarding same [.5]; worked on factual background issues [.8]; meetings with correctional officers and attorneys regarding kites and jail procedures [1.3]; worked on declarations for response to motion to disqualify [1.0]; telephone conference with co-counsel regarding same [.2]; returned from Skagit County [1.4]. |
| 797 | 11/18/11 | Zuchetto | 6.75 | $ 330.00 | $ 2,227.50 | Work on response to motion for sanctions (1.5); Work on response to motion to disqualify (2.25); Work on supplement re Request for Admission responses (2.0); Team strategy meeting re response to motion to disqualify and witness deposition (1.0). |
| 798 | 11/18/11 | Talner | 0.80 | $ 400.00 | $ 320.00 | Conference call with co-counsel to discuss defense motion to disqualify, defense motion for sanctions, and case strategy; review draft opposition to defense motion for sanctions |
| 799 | 11/18/11 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Revise opposition to motion to disqualify; correspondence with R. Aronson re declaration in support of opp'n to motion to disqualify counsel |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 800 | 11/18/11 | Fisher | 3.80 | $ 330.00 | $ 1,254.00 | Participate in team call regarding motions and depositions; research cases to support opposition to motion to disqualify plaintiffs' attorneys including disqualification inappropriate when counsel did not act in bad faith and when opposing party did not suffer prejudice or injury; |
| 801 | 11/18/11 | Williams | 5.00 | $ 580.00 | $ 2,900.00 | Participate in conference call with litigation team; edit plaintiffs' opposition to motion for sanctions and declarations of T. Marshall and C. Fisher; research caselaw under CR 37 on second chance to comply with discovery orders and civil rules; update opposition to sanctions motion to include CR 37 research; coordinate declarations for opposition to motion to disqualify; |
| 802 | 11/18/11 | Roos | 6.50 | $ 465.00 | $ 3,022.50 | Draft opposition to motion to disqualify; research regarding same; review declarations in support of same; |
| 803 | 11/19/11 | Marshall | 3.90 | $ 375.00 | $ 1,462.50 | Reviewed rough transcript of deposition of witness [.4]; email correspondence with co-counsel regarding same [.2]; worked on opposition to motion to disqualify counsel [1.2]; researched and analyzed issues regarding same [.4]; telephone call from co-counsel regarding same [.4]; email correspondence with co-counsel regarding same [.4]; worked on opposition to motion for sanctions and declarations in support of same [.8]; email correspondence with co-counsel regarding same [.1]. |
| 804 | 11/19/11 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Work on response to motion to disqualify. |
| 805 | 11/19/11 | Roos | 2.10 | $ 465.00 | $ 976.50 | Draft opposition to motion to disqualify; review declarations in support of same; |
| 806 | 11/20/11 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Work on response to motion to disqualify. |
| 807 | 11/20/11 | Fisher | 1.80 | $ 330.00 | $ 594.00 | Edit opposition to motion for sanctions and opposition to motion for disqualification of plaintiffs' attorneys; |
| 808 | 11/20/11 | Roos | 3.80 | $ 465.00 | $ 1,767.00 | Draft opposition to motion to disqualify; review declarations in support of same; |
| 809 | 11/21/11 | Kinsey | 0.50 | $ 100.00 | $ 50.00 | Prepared draft of and finalize letter to Judge Lasnik; arrange delivery of exhibits for in camera review. |
| 810 | 11/21/11 | Boschen | 0.40 | $ 150.00 | $ 60.00 | Telephone conference with Phoenix Recovery [.1]; reviewed deposition transcript of Letty Alvarez [.3]. |
| 811 | 11/21/11 | Marshall | 5.90 | $ 375.00 | $ 2,212.50 | Worked on response to motion to disqualify and issues related to same [4.7]; worked on issues regarding Mr. Wilbur' treatment [.2]; worked on discovery and witness issues [1.0]. |

76

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 812 | 11/21/11 | Zuchetto | 4.25 | $ 330.00 | $ 1,402.50 | Work on response to motion to disqualify (3.75); Team strategy meeting re motion to disqualify (.5). |
| 813 | 11/21/11 | Talner | 0.50 | $ 400.00 | $ 200.00 | Conference call with co-counsel regarding finalizing response to motion to disqualify |
| 814 | 11/21/11 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Finalize opposition to motion for sanctions and coordinate filing; finalize opposition to motion to disqualify and declarations; |
| 815 | 11/21/11 | Roos | 5.50 | $ 465.00 | $ 2,557.50 | Revise opposition to motion to disqualify; revise declarations in support of same; prepare same for filing; telephone conference regarding oppositions; |
| 816 | 11/22/11 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Telephone conference with Sun Ray Courte [.2]; telephone call to client's relative [.1]; correspondence regarding medical release and proof of treatment [.2]. |
| 817 | 11/22/11 | Marshall | 5.70 | $ 375.00 | $ 2,137.50 | Telephone call from Mr. Sanchez regarding deposition [.4]; prepared for same [.1]; researched and analyzed issues regarding immigration status [.2]; email correspondence with co-counsel regarding same [.1]; email correspondence with co-counsel regarding discovery issues [.2]; analyzed issues regarding same [.2]; telephone call from Mr. Rosenberg regarding scheduling of class certification briefing [.1]; analyzed issues regarding same [.1]; email correspondence with co-counsel and Mr. Rosenberg regarding same [.1]; to Mount Vernon for deposition of Mr. Sanchez [1.4]; meetings with Mr. Sanchez regarding same [.4]; defended Mr. Sanchez's deposition [1.1]; returned from same [1.3]. |
| 818 | 11/22/11 | Zuchetto | 2.25 | $ 330.00 | $ 742.50 | Analyze immigration issues re deposition (.4); E-mail co-counsel re same (.1); Debrief with counsel re deposition issues (.5); Analyze e-mail re Subpoena Duces Tecum narrowing/issues (.25); Analyze discovery re bid proposals (.25); Draft discovery deficiency letter re same (.75). |
| 819 | 11/22/11 | Talner | 0.60 | $ 400.00 | $ 240.00 | Teleconference with co-counsel regarding methods for further investigation of merits of the case; teleconference and email with co-counsel regarding deposition issues |
| 820 | 11/22/11 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Review and exchange email with team on class certification; coordinate with experts and with Skagit County Prosecutor's office on opposition to motion to disqualify; review team emails on third-party document production by Sybrandy and Witt; |
| 821 | 11/22/11 | Roos | 0.30 | $ 465.00 | $ 139.50 | Telephone conference with N. Talner regarding review of court files; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| **822** | 11/23/11 | Marshall | 3.90 | $ 375.00 | $ 1,462.50 | Researched and analyzed issues regarding relevance objections at depositions [.1]; analyzed issues regarding Mr. Wilbur's custody and treatment options [.2]; telephone conference with Mr. Wilbur regarding same [.2]; email to Mr. Hoff regarding same [.1]; worked on gathering materials to mail to Mr. Wilbur regarding same [.2]; researched and analyzed issues regarding WSAMA's amicus brief [.3]; drafted response to same [.2]; reviewed defendants' reply in support of motion for disqualification [.2]; analyzed issues regarding witness's testimony [.2]; email correspondence with co-counsel regarding same [.1]; drafted and filed notice of intent to file surreply [.3]; drafted motion to strike false representations in defendants' reply in support of disqualification [1.5]; email correspondence and telephone conference with co-counsel regarding same [.3]. |
| **823** | 11/23/11 | Zuchetto | 2.80 | $ 330.00 | $ 924.00 | Analyze reply re motion for disqualification (1.1); Work on sur-reply re motion for disqualification (.7); Draft letter re discovery deficiency (.75); Analyze amicus re potential response and discuss same w/ co-counsel (.25). |
| **824** | 11/23/11 | Talner | 0.50 | $ 400.00 | $ 200.00 | Read reply brief regarding cities' motion to disqualify; read reply brief regarding cities' motion for sanctions; review plaintiffs' statement regarding WSAMA amicus brief |
| **825** | 11/23/11 | Roos | 1.20 | $ 465.00 | $ 558.00 | Review reply regarding motion to disqualify; review reply regarding motion for sanctions; communications regarding same; |
| **826** | 11/28/11 | Kinsey | 1.50 | $ 100.00 | $ 150.00 | Reviewed, revised and finalized statement regarding amicus curiae brief; arranged filing and service; reviewed, revised and finalized surreply regarding motion to exclude and disqualify experts; arranged filing and service. |
| **827** | 11/28/11 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Finalized surreply on motion for disqualification and response to WSAMA motion for leave to file amicus brief [.2]; telephone conference with Mr. Wilbur regarding treatment issues [.2]. |
| **828** | 11/28/11 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Review and analyze response to motion for Preliminary Injunction (1.25); Work on discovery letter (.5). |
| **829** | 11/28/11 | Williams | 1.80 | $ 580.00 | $ 1,044.00 | Review defendants' Reply on Motion to Disqualify; review emails on surreply brief and other matters involving court filings; review Statement of Plaintiffs Regarding Motion of Washington Association of Municipal Attorneys to File Amicus Brief; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 830 | 11/29/11 | Boschen | 4.10 | $ 150.00 | $ 615.00 | Reviewed and annotated deposition testimony; personal conferences and correspondence regarding same; printed transcripts and prepared mailings to deponents. |
| 831 | 11/29/11 | Marshall | 7.30 | $ 375.00 | $ 2,737.50 | Telephone call from Mr. Wilbur regarding treatment issues [.1]; reviewed defendants' materials in response to motion for preliminary injunction and analyzed issues regarding same [4.2]; worked on response to same [.4]; telephone conference with co-counsel regarding strategy for reply in support of motion for preliminary injunction [.9]; left message with Mr. Hoff regarding Mr. Wilbur's ability to get into treatment [.1]; left message with Mr. Wilbur's friend regarding certificate of treatment completion [.1]; telephone conference with Mr. Wilbur regarding same [.1]; left message with Ms. Osborne regarding status of case [.1]; email to Ms. Osborne regarding same and disengagement [.3]; telephone call from Mr. Hoff regarding Mr. Wilbur's treatment issues [.1]; telephone conference with Mr. Howson regarding deposition [.2]; message from Ms. Osborne regarding status of case [.1]; exchanged messages with and telephone call from Ms. Montague regarding factual background issues [.3]; worked on same [.3]. |
| 832 | 11/29/11 | Zuchetto | 2.25 | $ 330.00 | $ 742.50 | Analyze response re motion for Preliminary Injunction (1.25); Prepare for and attend team strategy session re reply to motion for Preliminary Injunction (1.0). |
| 833 | 11/29/11 | Dunne | 1.10 | $ 380.00 | $ 418.00 | Conference call with co-counsel re case strategy and plaintiffs' reply for motion for a preliminary injunction; email correspondence with co-counsel re WSBA standards |
| 834 | 11/29/11 | Talner | 4.40 | $ 400.00 | $ 1,760.00 | Emails with co-counsel to discuss reply brief re injunction motion; conference call with co-counsel to discuss reply brief regarding injunction motion; research legal issues regarding reply brief, injunction motion and email research results to co-counsel |
| 835 | 11/29/11 | Roos | 1.20 | $ 465.00 | $ 558.00 | Conferences regarding reply regarding motion for preliminary injunction and related issues; communications regarding same; |
| 836 | 11/29/11 | Fisher | 3.50 | $ 330.00 | $ 1,155.00 | Draft reply to opposition to preliminary injunction motion; |
| 837 | 11/29/11 | Williams | 8.50 | $ 580.00 | $ 4,930.00 | Review Cities' opposition to Plaintiffs' Motion for Preliminary Injunction; coordinate with litigation team on injunction and discovery questions; begin drafting plaintiffs' reply brief; send email to Skagit County Prosecutor on status of motion to disqualify; |

79

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| **838** | 11/30/11 | Boschen | 8.90 | $ 150.00 | $ 1,335.00 | Continued reviewing and annotating deposition; drafted memorandum regarding same; correspondence regarding same; telephone confereneces with municipal courts regarding client case status; drafted public disclosure requests to municipal courts; correspondence regarding same. |
| **839** | 11/30/11 | Marshall | 9.90 | $ 375.00 | $ 3,712.50 | Worked on getting additional case file documents for named plaintiffs [.1]; drafted notes from call with Mr. Hoff regarding Mr. Wilbur's ability to get into treatment [.1]; worked on factual background issues for reply in support of motion for preliminary injunction [2.7]; worked on reply in support of motion for preliminary injunction [5.6]; email correspondence with co-counsel regarding same [.2]; reviewed hearing on Perez-Vargas matter and drafted notes of same [.9]; email to co-counsel regarding same [.1]; telephone call from Mr. Wilbur regarding treatment issues [.1]; left message with Mr. Wilbur's sister regarding same [.1]. |
| **840** | 11/30/11 | Zuchetto | 0.70 | $ 330.00 | $ 231.00 | Work on reply re motion for Preliminary Injunction. |
| **841** | 11/30/11 | Talner | 4.90 | $ 400.00 | $ 1,960.00 | Review documents produced in discovery; research reply brief regarding injunction motion; discuss reply brief regarding injunction motion with co-counsel |
| **842** | 11/30/11 | Dunne | 1.50 | $ 380.00 | $ 570.00 | Conduct legal research on standing and mootness for reply brief for motion for preliminary injunction; meeting with N. Talner re same |
| **843** | 11/30/11 | Williams | 6.50 | $ 580.00 | $ 3,770.00 | Continue drafting and editing Plaintiffs' Reply on Cross-Motion for preliminary judgment; continue review of Defendants' declarations in support of opposition; review emails from co-counsel on additions to make to reply brief; |
| **844** | 11/30/11 | Fisher | 3.80 | $ 330.00 | $ 1,254.00 | Telephone conference with N. Talner; draft standing section for reply to opposition to motion for preliminary injunction; |
| **845** | 12/01/11 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Reviewed reply on motion for preliminary injunction; correspondence regarding same. |
| **846** | 12/01/11 | Marshall | 14.80 | $ 375.00 | $ 5,550.00 | Worked on reply in support of motion for preliminary injunction [6.3]; researched and analyzed issues regarding same [2.4]; email correspondence and telephone conference with co-counsel regarding same [.5]; to Mount Vernon for deposition of Mr. Howson [1.2]; defended deposition of Mr. Howson [2.8]; returned from Mount Vernon [1.6]. |
| **847** | 12/01/11 | Zuchetto | 4.40 | $ 330.00 | $ 1,452.00 | Work on reply re Preliminary Injunction motion. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 848 | 12/01/11 | Talner | 1.50 | $ 400.00 | $ 600.00 | Review draft reply brief regarding injunction motion, do additional research on it, do revisions to draft |
| 849 | 12/01/11 | Fisher | 2.20 | $ 330.00 | $ 726.00 | Draft reply brief; |
| 850 | 12/01/11 | Roos | 0.40 | $ 465.00 | $ 186.00 | Review reply in support of preliminary injunction motion; |
| 851 | 12/02/11 | Boschen | 6.90 | $ 150.00 | $ 1,035.00 | Worked on deposition exhibits to declaration in support of cross motion for preliminary injunction; prepared pleadings and exhibits for filing with court; filed pleadings with court; printed pleadings for court; correspondence and personal conferences regarding reply on cross motion for preliminary injunction. |
| 852 | 12/02/11 | Marshall | 8.60 | $ 375.00 | $ 3,225.00 | Worked on reply in support of motion for preliminary injunction [6.7]; worked on declaration in support of same [.5]; email correspondence with co-counsel regarding varioius issues [.5]; worked on filings [.4]; worked on case strategy issues [.5]. |
| 853 | 12/02/11 | Zuchetto | 3.30 | $ 330.00 | $ 1,089.00 | Work on reply re motion for Preliminary Injunction. |
| 854 | 12/02/11 | Talner | 1.90 | $ 400.00 | $ 760.00 | Revisions to reply brief regarding injunction motion |
| 855 | 12/02/11 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Review and edit plaintiffs' reply brief on cross-petition for preliminary injunction and related declarations; coordinate with co-counsel on filing arrangements for reply brief; coordinate Moon and Montague videotaped deposition synchronization; |
| 856 | 12/04/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Email correspondence with court reporters, co-counsel, and Ms. Miller regarding depositions of witnesses [.1]; analyzed issues regarding signatures and correction sheets for same [.1]. |
| 857 | 12/05/11 | Kinsey | 1.10 | $ 100.00 | $ 110.00 | Prepared notebook for Judge Lasnik containing reply in support of motion for preliminary injunction and opposition to defendants' motion for summary judgment; arranged delivery by messenger. |
| 858 | 12/05/11 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Worked on document management issues [.1]; telephone call from Mr. Wilbur regarding factual background issues [.2]; telephone call from co-counsel regarding case strategy and witness issues [.3]; email correspondence with Ms. Montague regarding additional witnesses [.1]; reviewed defendants' notice of intent to file surreply and analyzed issues regarding same [.1]; attempted to contact Mr. Wilbur's sister regarding treatment certificate [.1]; email correspondence with co-counsel regarding class certification motion [.1]; analyzed issues regarding response to same [.3]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 859 | 12/05/11 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Analyze def's response to motion for class certification. |
| 860 | 12/05/11 | Roos | 0.90 | $ 465.00 | $ 418.50 | Review pending motions regarding class certification, summary judgment and preliminary injunction; |
| 861 | 12/05/11 | Fisher | 1.30 | $ 330.00 | $ 429.00 | Read reply to opposition for preliminary injunction; discussion amending complaint and seeking new plaintiffs at jail; read opposition to motion for class certification; |
| 862 | 12/05/11 | Williams | 1.90 | $ 580.00 | $ 1,102.00 | Review email on reply brief filing; review defendants' notice of mootness motion; review final reply brief on cross-motion for preliminary injunction; conference call with N. Talner of ACLU on same; begin review of Cities' opposition to class certification motion; |
| 863 | 12/06/11 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Telephone calls to clients; correspondence regarding jail visits; prepared letter and mailing of transcript. |
| 864 | 12/06/11 | Marshall | 2.40 | $ 375.00 | $ 900.00 | Telephone conference with Mr. Wilbur regarding factual background issues [.2]; reviewed defendants' response to class certification motion and related documents [1.2]; telephone conference with co-counsel regarding same [1.0]. |
| 865 | 12/06/11 | Zuchetto | 3.15 | $ 330.00 | $ 1,039.50 | Research re flat fee PD contracts (.2); Work on reply re class certification. motion (2.75); Analyze def's filing re surreply (.2). |
| 866 | 12/06/11 | Talner | 3.40 | $ 400.00 | $ 1,360.00 | Review cities' brief re class certification; conference call with co-counsel re litigation strategy and planning for response to cities' brief; draft documents and conduct investigation regarding meeting with potential clients and witnesses |
| 867 | 12/06/11 | Roos | 1.10 | $ 465.00 | $ 511.50 | Telephone conference regarding new class representatives and class certification reply; review briefing regarding mootness due to change public defense system; |
| 868 | 12/06/11 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Review opposition to Plaintiffs' Motion for Class Certification; participate in conference call with litigation team on case strategy; review Moon and Montague videotaped deposition excerpts submitted to the Court; |
| 869 | 12/07/11 | Marshall | 5.70 | $ 375.00 | $ 2,137.50 | Worked on reply in support of class certification motion [3.4]; researched and analyzed issues regarding same [2.3]. |
| 870 | 12/07/11 | Zuchetto | 3.90 | $ 330.00 | $ 1,287.00 | Work on reply re class certification brief (3.5); Read and analzye def's surreply re Preliminary Injunction motion (.4). |
| 871 | 12/07/11 | Talner | 7.40 | $ 400.00 | $ 2,960.00 | Travel to and from Skagit County Jail; meet with potential witnesses and clients at the jail; prepare witness and client statements |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 872 | 12/07/11 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review defendants' surreply on motion for preliminary injunction; exchange emails with litigation team on identification of new class representatives; |
| 873 | 12/08/11 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Telephone call to Burlington municipal court regarding documents [.1]; correspondence regarding same [.1]. |
| 874 | 12/08/11 | Marshall | 9.20 | $ 375.00 | $ 3,450.00 | Worked on reply in support of class certification motion [6.7]; researched and analyzed issues regarding same [2.5]. |
| 875 | 12/08/11 | Zuchetto | 4.75 | $ 330.00 | $ 1,567.50 | Work on class certification reply brief. |
| 876 | 12/08/11 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Revise and process retainer agreements for new plaintiffs |
| 877 | 12/08/11 | Talner | 0.30 | $ 400.00 | $ 120.00 | Circulate witness documents to co-counsel |
| 878 | 12/08/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review email exchange on identification of additional class representatives; |
| 879 | 12/09/11 | Kinsey | 0.60 | $ 100.00 | $ 60.00 | Reviewed, revised and finalized plaintiffs' reply in support of motion for class certification; finalized Hasty, Fowkes Barter and Martineau declarations regarding same; finalized Marshall declaration; arranged filing and service of same. |
| 880 | 12/09/11 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Prepared letter to Burlington Municipal Court regarding public disclosure request; correspondence regarding same. |
| 881 | 12/09/11 | Marshall | 4.10 | $ 375.00 | $ 1,537.50 | Worked on reply in support of class certification and declaration supporting same [3.4]; email correspondence with co-counsel regarding same [.3]; worked on filing [.2]; telephone conference with Ms. Osborne regarding case status [.2]. |
| 882 | 12/09/11 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Edit class certification brief. |
| 883 | 12/12/11 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Analyzed issues regarding filing of reply in support of class certification [.1]; email correspondence with Ms. Montague regarding same and factual background issues [.2]; telephone call from Mr. Wilbur regarding factual background and case issues [.2]; worked on document management issues [.2]; drafted letter to Ms. Osborne regarding termination of representation [.2]; email correspondence with Ms. Osborne regarding order dismissing charge against her son [.1]. |
| 884 | 12/12/11 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review and revise final version of Plaintiffs' Reply Re: Motion for Class Certification and supporting declarations; |
| 885 | 12/13/11 | Boschen | 6.90 | $ 150.00 | $ 1,035.00 | Continued document review and deposition preparation; correspondence and personal conferences regarding same. |
| 886 | 12/13/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Telephone conference with Mr. Wilbur regarding status of criminal case [.1]; email correspondence with co-counsel and Mr. Hoff regarding same [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 887 | 12/14/11 | Kinsey | 0.30 | $ 100.00 | $ 30.00 | Reviewed, revised and finalized letter to Ms. Osborne regarding client disengagement. |
| 888 | 12/14/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding deposition transcripts [.1]; email correspondence with co-counsel regarding same [.1]. |
| 889 | 12/15/11 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Correspondence regarding deposition testimony[.1]; researched client's upcoming hearings in municipal court [.1]. |
| 890 | 12/15/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding signature of Ms. Johnson for deposition transcript [.1]; email correspondence with co-counsel regarding handling of deposition costs [.1]. |
| 891 | 12/16/11 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Email correspondence with co-counsel and Mr. Howson regarding deposition transcript [.1]; email correspondence with co-counsel regarding status of Mr. Wilbur's criminal case [.1]; analyzed issues regarding deposition costs [.1]; telephone call from Mr. Wilbur regarding medication issues [.1]. |
| 892 | 12/16/11 | Zuchetto | 0.30 | $ 330.00 | $ 99.00 | E-mail co-counsel re client issue. |
| 893 | 12/19/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Reviewed order granting motion for leave to file amicus brief [.1]; telephone conference and email correspondence with co-counsel regarding same [.1]. |
| 894 | 12/19/11 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Review Order from court re motion for leave to file amicus brief |
| 895 | 12/19/11 | Fisher | 0.40 | $ 330.00 | $ 132.00 | Read amicus curiae brief submitted on behalf of defendants; |
| 896 | 12/19/11 | Roos | 0.50 | $ 465.00 | $ 232.50 | Review amicus brief and consider options for response; communications regarding same; |
| 897 | 12/20/11 | Marshall | 3.00 | $ 375.00 | $ 1,125.00 | Email correspondence with indigent defendant regarding factual background issues [.2]; telephone call from Mr. Wilbur regarding factual background and discovery issues [.3]; worked on same [.1]; analyzed issues regarding WSAMA brief and worked on response to same [2.0]; telephone call from Mr. Moon regarding factual background and discovery issues [.2]; analyzed legal issues [.2]. |
| 898 | 12/20/11 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Review amicus brief from Washington State Association of Municipal attorneys and discuss possible response with B. Roos and C. Fisher; conference call with team on response to amicus brief; |
| 899 | 12/20/11 | Roos | 0.70 | $ 465.00 | $ 325.50 | Telephone conference regarding response to amicus brief; revise same; |
| 900 | 12/21/11 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Drafted and printed letter to client; prepared mailing of same. |
| 901 | 12/21/11 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Telephone call from co-counsel regarding response to WSAMA brief [.2]; worked on factual background and case strategy issues regarding same [.4]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 902 | 12/22/11 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Telephone conferences with co-counsel and Ms. Knox regarding factual background issues [.8]; analyzed issues regarding same [.3]. |
| 903 | 12/22/11 | Zuchetto | 0.70 | $ 330.00 | $ 231.00 | Discuss amicus response w/ co-counsel (.2); call to potential declarant re same (.5). |
| 904 | 12/22/11 | Roos | 1.90 | $ 465.00 | $ 883.50 | Review summary judgment and preliminary injunction briefing; draft response to amicus curiae brief; |
| 905 | 12/26/11 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Email from Mr. Hoff regarding plea deal offered to Mr. Wilbur [.1]; analyzed issues regarding same [.1]. |
| 906 | 12/27/11 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Email correspondence with co-counsel regarding Burlington's plea offer to Mr. Wilbur [.1]; analyzed issues regarding same [.1]; left message with Mr. Hoff regarding same [.1]. |
| 907 | 12/27/11 | Roos | 5.80 | $ 465.00 | $ 2,697.00 | Draft response to WSAMA brief; research relating to same; |
| 908 | 12/27/11 | Williams | 0.50 | $ 580.00 | $ 290.00 | Exchange emails on Wilbur potential mootness issue; |
| 909 | 12/28/11 | Marshall | 1.50 | $ 375.00 | $ 562.50 | Email correspondence with counsel for witness regarding corrections to deposition transcript [.1]; telephone call from Mr. Hoff regarding Mr. Wilbur's criminal matters and other factual background issues [.1]; email to co-counsel regarding same [.2]; researched and analyzed issues regarding recent city council meeting minutes and agendas for Mount Vernon and Burlington [.2]; telephone call from Ms. Talner regarding issues surrounding contract extension and other factual background matters [.4]; researched and analyzed issues regarding same [.2]; telephone conference with Mr. Zuchetto regarding same [.1]; drafted letter to opposing counsel regarding same [.2]. |
| 910 | 12/28/11 | Talner | 3.50 | $ 400.00 | $ 1,400.00 | Research and draft response to WSAMA amicus brief; discuss calls to clients with co-counsel; discuss new info in case with co-counsel |
| 911 | 12/28/11 | Roos | 3.80 | $ 465.00 | $ 1,767.00 | Draft response to WSAMA brief; research relating to same; |
| 912 | 12/28/11 | Williams | 0.70 | $ 580.00 | $ 406.00 | Review email exchange from T. Marshall on status of Wilbur's criminal case; discuss draft response to amicus brief with B. Roos; |
| 913 | 12/29/11 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Email correspondence with co-counsel regarding response to WSAMA's amicus brief [.1]; analyzed issues regarding same [.1]; worked on same [.4]. |
| 914 | 12/29/11 | Zuchetto | 1.10 | $ 330.00 | $ 363.00 | Edit response re Amicus filing. |
| 915 | 12/29/11 | Roos | 3.00 | $ 465.00 | $ 1,395.00 | Revise response to WSAMA brief; incorporate team comments into same; |

85

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 916 | 12/29/11 | Williams | 1.00 | $ 580.00 | $ 580.00 | Meet with B. Roos to discuss draft brief responding to Amicus; review and edit response to Amicus brief from Washington State Association of Municipal Attorneys; |
| 917 | 12/30/11 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Telephone conference with Mr. Wilbur regarding factual background issues [.1]; worked on response to WSAMA brief [1.0]; email correspondence with co-counsel regarding same [.1]. |
| 918 | 12/30/11 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Review and revise plaintiffs' response to WASAMA amicus brief; meeting with L. Baker re calls with R. Martineau |
| 919 | 01/03/12 | Roos | 1.80 | $ 465.00 | $ 837.00 | Revise response to WSAMA brief; draft declaration in support of same; |
| 920 | 01/03/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Edit and finalize opposition to WSAMA amicus brief; |
| 921 | 01/04/12 | Talner | 0.40 | $ 400.00 | $ 160.00 | Teleconference with client regarding jail medical issues; discuss response to WSAMA amicus brief with co-counsel |
| 922 | 01/04/12 | Roos | 2.10 | $ 465.00 | $ 976.50 | Revise response to WSAMA brief; prepare same for filing; |
| 923 | 01/17/12 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Reviewed supplemental production of documents from defendants [.3]; analyzed issues and email correspondence with co-counsel regarding same [.1]; telephone conference with Mr. Wilbur regarding status of lawsuit [.2]. |
| 924 | 01/18/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Email correspondence with co-counsel regarding discovery and case strategy issues [.1]; worked on case management issues [.1]. |
| 925 | 01/18/12 | Roos | 0.50 | $ 465.00 | $ 232.50 | Review discovery responses; conference with J. Williams regarding same and plaintiffs' discovery; |
| 926 | 01/19/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Updated production log [.1]; filed production [.1]; |
| 927 | 01/19/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review email exchange on discovery questions; review and analyze defendants' supplemental responses to discovery; |
| 928 | 01/20/12 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Edit response to Amicus filing. |
| 929 | 01/23/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Email correspondence with co-counsel regarding hearing on preliminary injunction and summary judgment motions [.2]; analyzed issues regarding same [.1]; email correspondence with co-counsel on scheduling of call to discuss case strategy and discovery issues [.1]. |
| 930 | 01/23/12 | Fisher | 0.30 | $ 330.00 | $ 99.00 | Speak with team and R. Lasnik's office to set up oral argument; |
| 931 | 01/23/12 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Coordinate with USDC on oral argument for outstanding motions; exchange emails with team on setting up strategy conference call; discuss oral argument strategy and implications with D. Burman and B. Roos; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 932 | 01/24/12 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Prepared for telephone conferences with co-counsel regarding case strategy, discovery, and hearing issues [.2]; participated in same [.9]; worked on action items regarding same [.2]; email correspondence with consulting expert regarding status of case [.1]. |
| 933 | 01/24/12 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Call w/ team re litigation strategy (1.0); Research re current status/Preliminary Injunction (1.0). |
| 934 | 01/24/12 | Dunne | 0.80 | $ 380.00 | $ 304.00 | Conference call with co-counsel re hearing on summary judgment motion and preliminary injunction and class certification; review Order from court denying motion for sanctions |
| 935 | 01/24/12 | Roos | 1.00 | $ 465.00 | $ 465.00 | Telephone conference regarding discovery and hearing regarding preliminary injunction and summary judgment motions; |
| 936 | 01/24/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Participate on conference call with litigation team on strategy and status of client representation; discuss case strategy with B. Roos and C. Fisher; review Court's Minute Order; |
| 937 | 01/25/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Reviewed order denying sanctions over Wilbur deposition [.1]; worked on update to clients regarding status of litigation [.1]. |
| 938 | 01/25/12 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Review and analyze Court's order denying motion for sanctions. |
| 939 | 01/25/12 | Roos | 0.20 | $ 465.00 | $ 93.00 | Review court order regarding motion for sanctions; |
| 940 | 01/26/12 | Boschen | 1.20 | $ 150.00 | $ 180.00 | Reviewed client case history [.2]; drafted and emailed public disclosure requests to Mount Vernon and Burlington [.5]; personal conference regarding same [.1]; telephone conference with client [.1]; telephone calls to clients [.1]; personal conferences regarding hearing notebooks [.2]. |
| 941 | 01/26/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Worked on discovery and factual background issues [.5]. |
| 942 | 01/27/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Correspondence regarding public disclosure requests [.1]; submitted check requests for same [.1]. |
| 943 | 01/31/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Prepared mailings to municipal courts for public disclosure requests [.2]. |
| 944 | 02/01/12 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Correspondence regarding client's status [.1]. |
| 945 | 02/01/12 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Begin reviewing defendant's summary judgment motions and cases cited in preparation for summary judgment oral argument; |
| 946 | 02/02/12 | Zuchetto | 0.10 | $ 330.00 | $ 33.00 | E-mail co-counsel re outstanding discovery. |
| 947 | 02/02/12 | Williams | 8.00 | $ 580.00 | $ 4,640.00 | Continue review of defendants' Motions for Summary Judgment and cases cited as authority; begin developing outline of responses to defendants' Motions for Summary Judgment; conference call with N. Talner on strategy for oral argument and Supreme Court caselaw; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 948 | 02/03/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Reviewed discovery correspondence [.1]; email correspondence regarding same [.1]. |
| 949 | 02/06/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Telephone call from co-counsel regarding discovery issues [.4]. |
| 950 | 02/06/12 | Zuchetto | 0.70 | $ 330.00 | $ 231.00 | Discuss Sybrandy/Witt productions with co-counsel and e-mail co-counsel re same. |
| 951 | 02/06/12 | Fisher | 0.60 | $ 330.00 | $ 198.00 | Write letter to opposing counsel to retrieve audio and video records from courts; email team regarding discovery issues; |
| 952 | 02/06/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review emails and provide input on discovery letters to defendants; |
| 953 | 02/07/12 | Boschen | 0.70 | $ 150.00 | $ 105.00 | Reviewed Burlington and Mount Vernon documents produced in response to PDRs [.1]; bates labeled productions [.2]; correspondence regarding same [.1]; updated production log [.1]; drafted letter to Burlington Municipal Court regarding issues with PDR documents [.2]; |
| 954 | 02/07/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on discovery issues [.2]. |
| 955 | 02/07/12 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Work on letter/release re Sybrandy/Witt client files. |
| 956 | 02/07/12 | Talner | 0.50 | $ 400.00 | $ 200.00 | Review new court documents regardng client case status |
| 957 | 02/08/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Prepared records releases for clients and correspondence regarding same [.2]. |
| 958 | 02/08/12 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | E-mail co-counsel re consulting expert docs. and review material re same (.25); Review briefing and prepare questions re oral argument on Motion for Summary Judgment/Preliminary Injunction (1.0); Discuss same w/ co-counsel (.25). |
| 959 | 02/09/12 | Boschen | 1.30 | $ 150.00 | $ 195.00 | Prepared cover letters and mailings to Martineau, Moon, Montague and Wilbur regarding release of records [1]; personal conference and correspondence regarding same [.1];  telephone call to client [.1]; prepared mailing of payment to Burlington Municipal Court for PDR supplementation [.1]. |
| 960 | 02/09/12 | Marshall | 2.30 | $ 375.00 | $ 862.50 | Researched and analyzed issues regarding arguments for hearing on preliminary injunction and summary judgment motions [1.3]; telephone conferences and email correspondence with co-counsel regarding same [.8]; worked on discovery issues [.2]. |
| 961 | 02/09/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review def. expert report re sharing w/ consulting expert and discuss same w/ co-counsel (.5); Discuss oral argument/oral argument prep. re Motion for Summary Judgment/Preliminary Injunction w/ co-counsel (.5). |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 962 | 02/09/12 | Fisher | 1.00 | $ 330.00 | $ 330.00 | Email and telephone call with T. Marshall about plaintiffs and oral arguments, follow-up discovery requests from M. Witt and R. Sybrandy, in the process of gathering release statements from plaintiffs to obtain their records from M. Witt and R. Sybrandy; review M. Witt's discovery responses in preparation for letter requesting plaintiffs files; |
| 963 | 02/09/12 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Conference call with co-counsel on oral argument for summary judgment motions and motion for preliminary injunction; continue review of summary judgment motions and preparation for oral argument; review emails on summary judgment motion preparation; |
| 964 | 02/10/12 | Boschen | 1.00 | $ 150.00 | $ 150.00 | Worked on downloading and filing supplemental productions [.4]; uploaded same to Dropbox and FTP site [.3]; correspondence regarding same [.1]; upated production log [.1]; telephone call to client [.1]. |
| 965 | 02/10/12 | Marshall | 2.10 | $ 375.00 | $ 787.50 | Analyzed issues regarding arguments for hearing on preliminary injunction motion [1.0]; researched issues regarding same [.6]; telephone conference with co-counsel regarding same [.2]; email correspondence with co-counsel regarding same [.3]. |
| 966 | 02/10/12 | Williams | 7.50 | $ 580.00 | $ 4,350.00 | Meet with C. Fisher to develop visual aides for oral argument; continue review of summary judgment and preliminary injunction briefing and case law; begin outlining oral argument; |
| 967 | 02/11/12 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on discovery issues and preparation for hearing on motions for summary judgment and preliminary injunction [.3]. |
| 968 | 02/11/12 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Continue outlining and developing oral arguments for summary judgment and preliminary injunction; |
| 969 | 02/12/12 | Marshall | 3.50 | $ 375.00 | $ 1,312.50 | Reviewed briefing in preparation for hearing on various motions [1.4]; analyzed issues regarding same [.8]; email correspondence with co-counsel regarding same [.3]; worked on outline of argument on class certification [1.0]. |
| 970 | 02/12/12 | Fisher | 1.80 | $ 330.00 | $ 594.00 | Create document explaining why conflict counsel and substitute counsel are not the same right; create document listing reasons and excuses why R. Sybrandy and M. Witt do not meet with their clients; create document listing evidence supporting argument of capable of repetition yet evading review; |
| 971 | 02/12/12 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Continue developing plaintiffs' oral argument outline on preliminary injunction and summary judgment motions; |

89

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 972 | 02/13/12 | Marshall | 4.90 | $ 375.00 | $ 1,837.50 | Left messages with clients regarding status of case [.2]; researched and analyzed issues and arguments for hearing on various motions [2.6]; worked on outlines of argument [1.6]; telephone conference with co-counsel regarding same [.3]; email correspondence with co-counsel regarding same [.2]. |
| 973 | 02/13/12 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Work on letter to Sybrandy re Subpoena Duces Tecum (1.25); Prepare questions re oral argument Motion for Summary Judgment/Preliminary Injunction (1.25); Analyze visual aide re oral argument and discuss same w/ co-counsel (.5). |
| 974 | 02/13/12 | Talner | 0.90 | $ 400.00 | $ 360.00 | Preparation for motions hearing |
| 975 | 02/13/12 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Continue developing oral argument for preliminary injunction motion and summary judgment motions; draft powerpoint presentation for same; practice oral argument and refine comments; |
| 976 | 02/14/12 | Boschen | 3.80 | $ 150.00 | $ 570.00 | Reviewed supplemental productions[1.7]; reviewed MVMC 2.62 and compared to new ordinance [.5]; bates labled public disclosure request documents[.2]; correspondence regarding same [.1]; updated production log [.1]; downloaded video production [.2]; burned DVDs for co-counsel of same [.2]; prepared mailings of same [.3]; worked on troubleshooting video issues [.2]; telephone call to Mr. Hoff [.1]; worked on filing [.1]; reviewed privilege log [.1]. |
| 977 | 02/14/12 | Marshall | 6.80 | $ 375.00 | $ 2,550.00 | Worked on outlines for arguments [.5]; reviewed pleadings and researched and analyzed issues regarding same [2.8]; email correspondence with and telephone conference with co-counsel regarding same [.3]; participated in moot court meeting [3.0]; telephone conference with co-counsel regarding same [.2]. |
| 978 | 02/14/12 | Bledsoe | 0.25 | $ 120.00 | $ 30.00 | Proofed/finalized letter from Zuchetto to Sybrandy. |
| 979 | 02/14/12 | Zuchetto | 5.30 | $ 330.00 | $ 1,749.00 | Prep. for and participate in oral argument prep. re Motion for Summary Judgment/Preliminary Injunction (3.3); Review class certification argument outline and discuss same w/ co-counsel (.75); Draft letters to Sybrandy re Subpoena Duces Tecum and client files (1.0); Discuss same w/ co-counsel (.25). |
| 980 | 02/14/12 | Dunne | 1.80 | $ 380.00 | $ 684.00 | Moot preparation for 2/15 hearing on summary judgment, preliminary injunction and class certification motions; email research to co-counsel for upcoming argument |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 981 | 02/14/12 | Talner | 1.60 | $ 400.00 | $ 640.00 | Preparation for motions hearing |
| 982 | 02/14/12 | Roos | 2.50 | $ 465.00 | $ 1,162.50 | Attend moot argument regarding preliminary injunction and summary judgment motions; conference with team regarding same; prepare argument regarding mootness due to voluntarily cessation of conduct; |
| 983 | 02/14/12 | Fisher | 2.00 | $ 330.00 | $ 660.00 | Prepare for oral arguments; attend moot of oral argument; |
| 984 | 02/14/12 | Williams | 6.00 | $ 580.00 | $ 3,480.00 | Review U.S. Supreme Court cases on standing and Section 1983 reckless indifference standard; continue digital oral argument for presentation to U.S. District Court; participate in mock oral argument with trial team; modify visual aides and oral argument presentation to include input from trial team; |
| 985 | 02/15/12 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Telephone conference with Mr. Hoff regarding client and correspondence regarding same [.1]. |
| 986 | 02/15/12 | Marshall | 3.90 | $ 375.00 | $ 1,462.50 | Prepared for hearing on various motions [.7]; attended hearing on preliminary injunction and summary judgment motions [2.8]; personal conference with co-counsel regarding same [.4]. |
| 987 | 02/15/12 | Zuchetto | 0.30 | $ 330.00 | $ 99.00 | E-mail team re oral argument (.1); Debrief w/ co-counsel re same (.2). |
| 988 | 02/15/12 | Fisher | 2.90 | $ 330.00 | $ 957.00 | Attend oral arguments for motions; |
| 989 | 02/15/12 | Roos | 3.00 | $ 465.00 | $ 1,395.00 | Attend hearing regarding preliminary injunction and summary judgment motions; conferences with team regarding same; |
| 990 | 02/15/12 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Refine powerpoint slides and written presentation to prepare for oral argument on motions for summary judgment and cross-motion for preliminary injunction; meet with trial team at U.S.D.C. and participate in oral argument; review email from court on motion to disqualify and exchange emails on same with litigation team; |
| 991 | 02/17/12 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on document management issues [.1]; email correspondence with co-counsel regarding follow-up to hearing [.2]. |
| 992 | 02/17/12 | Roos | 0.20 | $ 465.00 | $ 93.00 | Review and respond to communications regarding potential witness; |
| 993 | 02/17/12 | Williams | 0.70 | $ 580.00 | $ 406.00 | Review letter from citizen whose wife was falsely accused of shoplifting and forced to pay for an attorney who did not appear; exchange emails with same; |
| 994 | 02/20/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Email correspondence with co-counsel regarding letter from class member [.2]. |
| 995 | 02/20/12 | Bledsoe | 0.10 | $ 120.00 | $ 12.00 | Finalized letter to Sybrandy. |
| 996 | 02/20/12 | Zuchetto | 0.40 | $ 330.00 | $ 132.00 | Edit letter to Sybrandy. |
| 997 | 02/20/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review and exchange emails on litigation strategy; |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 998 | 02/21/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Contact potential witness on absence of counsel allegations; coordinate with team on same; |
| 999 | 02/22/12 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Email correspondence with co-counsel regarding potential class member [.1]. |
| 1000 | 02/23/12 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Telephone conference with client [.1]; re-mailed records release to client [.2]. |
| 1001 | 02/23/12 | Marshall | 2.40 | $ 375.00 | $ 900.00 | Reviewed court's orders on class certification, summary judgment, and disqualification motions [.5]; email correspondence and telephone conferences with co-counsel regarding same [.8]; worked on case strategy issues [1.1]. |
| 1002 | 02/23/12 | Zuchetto | 1.40 | $ 330.00 | $ 462.00 | Review and analyze Court's ruling re Summary Judgment/Preliminary Injunction, class certification. and motion to disqualify (1.0); Debrief w/ team re same (.4). |
| 1003 | 02/23/12 | Dunne | 0.90 | $ 380.00 | $ 342.00 | Review Order on class cert, summary judgment and preliminary injunction motions; email correspondence with co-counsel re same; correspondence with J. Strait re ruling |
| 1004 | 02/23/12 | Roos | 0.50 | $ 465.00 | $ 232.50 | Review court orders regarding preliminary injunction, summary judgment, disqualification of counsel, and class certification; conference with J. Williams regarding same; |
| 1005 | 02/23/12 | Williams | 1.20 | $ 580.00 | $ 696.00 | Review and analyze Court's order denying motions for summary judgment and motion for preliminary injunction and motion to disqualify; review and analyze Court's order granting class certification; discuss same with B. Roos and other counsel; |
| 1006 | 02/24/12 | Boschen | 2.40 | $ 150.00 | $ 360.00 | Telephone conference regarding case strategy [1.1]; drafted letter to declarants [.2]; prepared mailing to Ms. Osborne [.2]; telephone calls and correspondence with clients [.3]; reviewed case notes and tasks lists for outstanding public records and discovery sources [.5]; correspondence regarding same [.1]. |
| 1007 | 02/24/12 | Marshall | 3.00 | $ 375.00 | $ 1,125.00 | Worked on document management issues [.2]; analyzed issues regarding case strategy [.8]; telephone conferences with co-counsel regarding same [1.6]; email correspondence with witnesses and class members regarding court's orders [.2]; worked on discovery issues [.2]. |
| 1008 | 02/24/12 | Zuchetto | 2.30 | $ 330.00 | $ 759.00 | Analyze Court's orders re Summary Judgment/Preliminary Injunction/Class certification (1.3); Discuss same w/ team and litigation strategy (1.0). |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 1009 | 02/24/12 | Dunne | 0.90 | $ 380.00 | $ 342.00 | Conference call with co-counsel re court's ruling and case strategy |
| 1010 | 02/24/12 | Talner | 0.90 | $ 400.00 | $ 360.00 | Teleconference with co-counsel to discuss case strategy |
| 1011 | 02/24/12 | Williams | 1.90 | $ 580.00 | $ 1,102.00 | Coordinate with team on news articles regarding Court's orders; create agenda for litigation strategy meeting; participate in conference call with team on strategy; meet with B. Roos to discuss proof analysis and potential expert witness input; |
| 1012 | 02/24/12 | Fisher | 1.60 | $ 330.00 | $ 528.00 | Participate in team call to discuss next steps in light of recent denial of defendants' motion for summary judgment; write PC News update regarding recent orders of denial of defendants' motion for summary judgment; speak with team regarding obtaining indigent defendants' criminal court files from the court; |
| 1013 | 02/24/12 | Roos | 2.70 | $ 465.00 | $ 1,255.50 | Telephone conference with team regarding discovery and related issues; review materials relating to proof of claims; |
| 1014 | 02/27/12 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Telephone call from co-counsel regarding expert issues [.2]; email to expert regarding same [.1]; telephone conferences with expert and co-counsel regarding same [.9]. |
| 1015 | 02/27/12 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Review e-mail from co-counsel re consulting expert (.25); call co-counsel and consulting expert (.5). |
| 1016 | 02/27/12 | Talner | 0.40 | $ 400.00 | $ 160.00 | Draft letter to clients about court ruling |
| 1017 | 02/27/12 | Roos | 1.40 | $ 465.00 | $ 651.00 | Review documents regarding proof of claims; draft proof chart; |
| 1018 | 02/28/12 | Boschen | 1.80 | $ 150.00 | $ 270.00 | Correspondence regarding PDR for case files [.2]; scanned and emailed records release [.1]; telephone call to client [.1]; telephone conference with client [.1]; commenced work on witness list [1.3]; |
| 1019 | 02/28/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Analyzed issues regarding potential deponents [.2]; analyzed issues regarding bids accepted by cities [.2]. |
| 1020 | 02/28/12 | Fisher | 0.60 | $ 330.00 | $ 198.00 | Email M. Hamad, J. Boschen, and J. Higa regarding scanning Mount Vernon and Burlington court files from 2010; email J. Boschen and J. Higa regarding contacting Mount Vernon and Burlington courts to copy their 2010 court files; |
| 1021 | 02/29/12 | Boschen | 0.60 | $ 150.00 | $ 90.00 | Completed work on witness list [.6]. |
| 1022 | 02/29/12 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Worked on discovery and case strategy issues [.5]; telephone conference with co-counsel regarding same [.1]. |
| 1023 | 02/29/12 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | Review and analyze potential deponent list (.1); E-mail co-counsel re same (.1). |

93

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1024 | 02/29/12 | Fisher | 0.20 | $ 330.00 | $ 66.00 | Email team regarding Witt's production; coordinate transfer of M. Witt's documents to A. Cooley. |
| 1025 | 03/01/12 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Correspondence regarding PDR for case files [.1]; correspondence regarding Wilbur release [.1]; scanned release [.1]; telephone call to client [.1]; reviewed correspondence regarding ex parte communications [.1]. |
| 1026 | 03/01/12 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Worked on discovery issues [.3]; email from opposing counsel regarding request to communicate with class members [.1]; analyzed issues regarding same [.2]; email to co-counsel regarding strategy for resopnding to same [.1]; analyzed issues regarding public disclosure requests [.2]; telephone conference with co-counsel regarding case strategy issues [.3]; telephone conference with Mr. Wilbur regarding status update [.2]. |
| 1027 | 03/01/12 | Zuchetto | 1.10 | $ 330.00 | $ 363.00 | Discuss ex parte communication w/ class members by def. counsel w/ co-counsel (.2); Review and analyze e-mails from def. counsel and co-counsel re same (.5); Work on letter to Sybranyd re case files (.4). |
| 1028 | 03/01/12 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Email correspondence with co-counsel re discovery issue and ex parte contact with class members |
| 1029 | 03/01/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review and exchange emails on status of class members and prohibition against ex parte interview; |
| 1030 | 03/01/12 | Fisher | 1.40 | $ 330.00 | $ 462.00 | Contact Mount Vernon and Burlington Municipal Courts and ask about copying court files of all 2010 misdemeanor cases; write public disclosure letter to courts requesting court files; send J. Murphy J. Wilbur's signed statement authorizing release of M. Witt's case files pertaining to his criminal cases; |
| 1031 | 03/02/12 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Correspondence regarding potential witness [.1]. |
| 1032 | 03/02/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Telephone conferences with co-counsel regarding case strategy issues [.5]. |
| 1033 | 03/02/12 | Williams | 1.70 | $ 580.00 | $ 986.00 | Exchange emails on defendants' attempt to interview class members; review discovery dispute correspondence; review list of potential deponents; |
| 1034 | 03/02/12 | Fisher | 0.10 | $ 330.00 | $ 33.00 | Email team about public disclosure requests pertaining to court files; |
| 1035 | 03/05/12 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Worked on discovery and case strategy issues [.5]; email to opposing counsel regarding request for ex parte interviews of class members [.2]; researched and analyzed issues regarding same [.4]. |
| 1036 | 03/05/12 | Zuchetto | 0.10 | $ 330.00 | $ 33.00 | E-mail co-counsel re Sybrandy discovery. |
| 1037 | 03/05/12 | Talner | 0.90 | $ 400.00 | $ 360.00 | Draft letter to update clients and witnesses about court's ruling; research regarding cities' request to interview former class members |

94

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1038 | 03/05/12 | Dunne | 0.10 | $ 380.00 | $ 38.00 | email correspondence with co-counsel re discovery issue and ex parte contact with class members |
| 1039 | 03/05/12 | Fisher | 1.70 | $ 330.00 | $ 561.00 | Gather documents produced by M. Witt and send to A. Cooley per his request; research whether defense can conduct ex parte communications with class members now that class has been certified; |
| 1040 | 03/05/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review emails and approve of communication to defendants on objections to ex parte class communication. |
| 1041 | 03/05/12 | Roos | 4.00 | $ 465.00 | $ 1,860.00 | Draft issues and proof of claim chart; review court orders and filings for same; review documents from Grant County case for same; |
| 1042 | 03/06/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Reviewed correspondence regarding ex parte communications [.1]; telephone conference with client [.1]. |
| 1043 | 03/06/12 | Marshall | 2.00 | $ 375.00 | $ 750.00 | Worked on case strategy issues [.3]; analyzed issues regarding discovery and expert deadlines [.4]; drafted stipulation and proposed order to modify same [.4]; email correspondence with co-counsel regarding same [.2]; email to opposing counsel regarding same [.1]; email correspondence with co-counsel regarding discovery issues [.1]; emails to opposing counsel regarding Witt documents [.2]; analyzed issues regarding defendants' request to have ex parte communications with indigent defendants who allegedly fall outside the class [.2]; email correspondence with co-counsel and opposing counsel regarding same [.1]. |
| 1044 | 03/06/12 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | E-mail co-counsel re adjustment of scheduling order. |
| 1045 | 03/06/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review email exchange on legal research regarding class interviews; review proposed change of case schedule; |
| 1046 | 03/06/12 | Roos | 1.20 | $ 465.00 | $ 558.00 | Draft proof of claims chart; |
| 1047 | 03/07/12 | Talner | 0.60 | $ 400.00 | $ 240.00 | Research regarding cities' request to interview former class members; investigate possible new witness |
| 1048 | 03/07/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review and analyze B. Roos proof analysis for Constitutional claims against Cities and draft master deposition outline from Grant County litigation; review and exchange emails with litigation team on class member interviews; |
| 1049 | 03/07/12 | Roos | 0.30 | $ 465.00 | $ 139.50 | Review documents from witness; communications regarding contact of former class members; review Grant County filings for same; |
| 1050 | 03/08/12 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Drafted letter to Mr. Hoff regarding records release and correspondence regarding same [.4]; telephone call to client [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1051 | 03/08/12 | Marshall | 1.50 | $ 375.00 | $ 562.50 | Email correspondence with co-counsel and opposing counsel regarding proposed modification to case schedule deadlines [.2]; telephone call from co-counsel regarding Sybrandy documents [.2]; worked on discovery and case scheduling issues [.5]; email correspondence with co-counsel regarding same [.2]; worked on obtaining client files from Mr. Hoff [.1]; worked on obtaining client files from Mr. Hoff [.2]; email correspondence with co-counsel regarding same [.1]. |
| 1052 | 03/08/12 | Zuchetto | 0.30 | $ 330.00 | $ 99.00 | E-mail/discuss discovery deadline stipulation w/ co-counsel. |
| 1053 | 03/08/12 | Talner | 0.50 | $ 400.00 | $ 200.00 | Emails with co-counsel regarding discovery issues |
| 1054 | 03/08/12 | Roos | 0.50 | $ 465.00 | $ 232.50 | Research regarding elements of sec. 1983 claims; revise proof chart; |
| 1055 | 03/08/12 | Williams | 0.80 | $ 580.00 | $ 464.00 | Review email exchange on modifying case schedule and response to counsel for Cities; coordinate team meeting on litigation strategy; |
| 1056 | 03/09/12 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Personal conferences regarding case task list [.2]; correspondence regarding records release and witness location [.1]; conducted Accurint search for witness contact [.2]; |
| 1057 | 03/09/12 | Marshall | 4.80 | $ 375.00 | $ 1,800.00 | Worked on discovery and case strategy issues [2.2]; telephone conference with co-counsel regarding same and case scheduling issues [1.0]; worked on issues regarding draft stipulation to extend case scheduling deadlines and email correspondence with opposing counsel regarding same [.8]; worked on witness issues [.8]. |
| 1058 | 03/09/12 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Team meeting/call re litigation strategy (1.0); Edit/revise letter to Sybrandy re docs. (.5); Edit/revise e-mail to def. counsel re discovery plan (.25). |
| 1059 | 03/09/12 | Dunne | 1.00 | $ 380.00 | $ 380.00 | Conference call with co-counsel re discovery issues and case strategy |
| 1060 | 03/09/12 | Talner | 1.00 | $ 400.00 | $ 400.00 | Conference call with co-counsel regarding case strategy |
| 1061 | 03/09/12 | Roos | 1.40 | $ 465.00 | $ 651.00 | Telephone conference with team regarding discovery issues; communications regarding same; |
| 1062 | 03/09/12 | Fisher | 1.80 | $ 330.00 | $ 594.00 | Participate in team call to discuss defendant's request to interview class members, case schedule and stipulated order, status of document production, deposition assignments, and creation of deposition outline; call Mount Vernon and Burlington Municipal courts to inquire about response to public disclosure request for 2010 court files; contact J. Murphy to inquire about production of M. Witt's files for J. Wilbur, A. Montague, and R. Martineau; |

96

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1063 | 03/09/12 | Williams | 1.40 | $ 580.00 | $ 812.00 | Prepare for and preside over conference call with litigation team; meet with B. Roos and C. Fisher on scheduling of depositions; |
| 1064 | 03/10/12 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Worked on document management issues [.4]; worked on witness issues [.2]. |
| 1065 | 03/12/12 | Marshall | 4.70 | $ 375.00 | $ 1,762.50 | Researched and analyzed issues regarding communications with current and former class members, drafted letter to opposing counsel regarding same, and telephone conference with co-counsel regarding same [4.7]. |
| 1066 | 03/12/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review/edit correspondence to def. counsel re deadlines (.2); Review letter. to Court re case files and call w/ co-counsel re same (.3). |
| 1067 | 03/12/12 | Fisher | 3.90 | $ 330.00 | $ 1,287.00 | Write second letter to Mount Vernon and Burlington Municipal Courts requesting case files; talk with M. Zuchetto about letter to courts and obtaining files from M. Witt and R. Sybrandy; |
| 1068 | 03/12/12 | Roos | 0.20 | $ 465.00 | $ 93.00 | Review draft communications with opposing counsel and court; |
| 1069 | 03/12/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review emails and draft letter to Cities with Public Records Act requests; review email exchange and final letter on ex parte communications with class members; |
| 1070 | 03/13/12 | Boschen | 4.40 | $ 150.00 | $ 660.00 | Travel to and from Mount Vernon Municipal Court for client meeting [3.9]; correspondence with Mr. Hoff regarding records release [.1]; telephone conference with Mr. Denny regarding public records request [.1]; commenced preparing records request [.2]; correspondence regarding client [.1]. |
| 1071 | 03/13/12 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Reviewed email from opposing counsel regarding discovery issues [.1]; worked on response to same and case strategy issues [.4]; email to opposing counsel regarding same [.1]; analyzed issues regarding status of client [.2]. |
| 1072 | 03/13/12 | Talner | 2.30 | $ 400.00 | $ 920.00 | Review discovery - court hearing recordings |
| 1073 | 03/13/12 | Fisher | 0.30 | $ 330.00 | $ 99.00 | Read A. Cooley's email regarding extension of discovery and other pertinent schedule deadlines; read and reply to team emails; |
| 1074 | 03/14/12 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Correspondence regarding client and public records request [.1]. |
| 1075 | 03/14/12 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Email correspondence with co-counsel re discovery and case deadlines |
| 1076 | 03/14/12 | Talner | 2.50 | $ 400.00 | $ 1,000.00 | Review discovery - court hearing recordings, obtain client/witness release forms |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1077 | 03/14/12 | Fisher | 0.60 | $ 330.00 | $ 198.00 | Read A. Cooley's email regarding extension of discovery and other deadlines; email Judge Svaren to clarify we do not want courts to do the copying but would prefer to do so ourselves to cut back on costs for all parties involved; |
| 1078 | 03/15/12 | Boschen | 2.50 | $ 150.00 | $ 375.00 | Drafted, finalized and emailed public disclosure request to Skagit County Sheriff [.5]; pulled caseload documents [.2]; updated witness list [.1]; reviewed corresondence regarding witnesses, case files, disclosures, and records requests [.4]; drafted, finalized and emailed public records request to Mount Vernon [.2]; reviewed all discovery requests and responses [1.1]. |
| 1079 | 03/15/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Telephone call from co-counsel regarding case strategy issues [.1]; worked on same [.1]; analyzed issues regarding case schedule and trial date [.2]; email correspondence with co-counsel regarding same [.1]. |
| 1080 | 03/15/12 | Talner | 0.20 | $ 400.00 | $ 80.00 | Emails to co-counsel regarding discovery issues |
| 1081 | 03/15/12 | Fisher | 1.20 | $ 330.00 | $ 396.00 | Write and send J. Murphy letter enclosing J. Moon and D. Hayes statement of release; read and reply to team emails; |
| 1082 | 03/15/12 | Roos | 0.20 | $ 465.00 | $ 93.00 | Review deposition list; |
| 1083 | 03/16/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Prepared check and mailing for public records request [.2]. |
| 1084 | 03/16/12 | Talner | 0.20 | $ 400.00 | $ 80.00 | Emails to co-counsel regarding discovery issues |
| 1085 | 03/16/12 | Fisher | 0.40 | $ 330.00 | $ 132.00 | Read and reply to team emails; |
| 1086 | 03/19/12 | Nusser | 4.00 | $ 225.00 | $ 900.00 | Worked on motion for continuance [4] |
| 1087 | 03/19/12 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Analyzed issues regarding need to extend trial date [.3]; worked on proposed order for same [.4]; email correspondence and telephone conference with co-counsel regarding same [.3]; email to opposing counsel regarding same [.2]; email correspondence with co-counsel regarding Mr. Wilbur [.2]. |
| 1088 | 03/19/12 | Zuchetto | 0.10 | $ 330.00 | $ 33.00 | Review and e-mail co-counsel re stipulation/motion to amend trial schedule. |
| 1089 | 03/19/12 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Read T. Marshall email regarding stipulated case schedule and draft email to A. Cooley regarding schedule; write letter to J. Murphy requesting M. Witt's file pertaining to L . Rodriguez and enclosing L. Rodriguez's statement authorizing release of file; discuss deposition outline with B. Roose; |
| 1090 | 03/19/12 | Roos | 0.70 | $ 465.00 | $ 325.50 | Review deposition list; research regarding deponents; communications regarding same; |
| 1091 | 03/19/12 | Williams | 0.70 | $ 580.00 | $ 406.00 | Review and exchange emails on motion to change case schedule; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1092 | 03/20/12 | Nusser | 5.60 | $ 225.00 | $ 1,260.00 | Worked on motion for continuance and supporting documents [5.6] |
| 1093 | 03/20/12 | Marshall | 1.70 | $ 375.00 | $ 637.50 | Worked on motion to continue trial date [1.2]; email correspondence with co-counsel regarding same [.2]; worked on discovery issues [.3]. |
| 1094 | 03/20/12 | Fisher | 3.80 | $ 330.00 | $ 1,254.00 | Read emails exchanged with A. Cooley regarding extension of case schedule deadlines; write facts section of T. Marshall's declaration regarding plaintiffs' request for court files and public defender case files; read and edit motion for continuance; |
| 1095 | 03/21/12 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Reviewed RCW 70.48.100 [.1]; correspondence regarding PDR to Skagit County Sheriff [.1]; Bates labeled third-party production and correspondence regarding same [.2]; updated production log [.1]. |
| 1096 | 03/21/12 | Marshall | 2.10 | $ 375.00 | $ 787.50 | Worked on motion to continue trial, declaration in support of same, and proposed order granting same [1.7]; email correspondence with co-counsel regarding same [.2]; reviewed recent USSC decisions on Sixth Amendment [.2]. |
| 1097 | 03/21/12 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | Edit/revise motion for continuance. |
| 1098 | 03/21/12 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Review and revise motion to continue trial |
| 1099 | 03/21/12 | Talner | 0.50 | $ 400.00 | $ 200.00 | Emails with co-counsel regarding discovery issues,review documents produced by witness |
| 1100 | 03/21/12 | Roos | 0.40 | $ 465.00 | $ 186.00 | Review Grant County documents regarding jail logs; communications regarding same; |
| 1101 | 03/21/12 | Fisher | 2.20 | $ 330.00 | $ 726.00 | Read team emails regarding jail logs and recent decisions regarding ineffective assistance; edit and incorporate other's edits to the motion to modify case schedule and continue trial date; |
| 1102 | 03/21/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review emails and letters from litigation team on changing trial schedule and discovery; |
| 1103 | 03/22/12 | Boschen | 3.00 | $ 150.00 | $ 450.00 | E-filed, prepared exhibits for and finalized Plaintiffs' Motion to Modify Scheduling Order and Continue Trial [2.6]; Bates labeled documents produced in response to public disclosure request and email correspondence regarding same [.2]; updated production log [.1]; correspondence regarding municipal court records [.1]. |
| 1104 | 03/22/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review and analyze motion to interview class members (.25); Discuss same w/ co-counsel (.25). |
| 1105 | 03/22/12 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Email correspondence with co-counsel re discovery issues |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1106 | 03/22/12 | Fisher | 2.00 | $ 330.00 | $ 660.00 | Finalize and send J. Boschen Plaintiffs' motion to modify scheduling order and continue trial date, T. Marshall's declaration in support of motion, and proposed order for motion; talk with Judge Svaren from Skagit County District Court about production of Mount Vernon and Burlington courts records; email team notes from conversation with Judge Svaren; read defendants' motion to allow reasonable communications with current and former indigent defendants and declaration in support of motion; |
| 1107 | 03/23/12 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Respond to co-counsel re dep. scheduling/strategy. |
| 1108 | 03/23/12 | Roos | 0.50 | $ 465.00 | $ 232.50 | Review motion regarding contact with class members; communications with C. Fisher regarding deposition scheduling; |
| 1109 | 03/23/12 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Write emails to team discussing scheduling of depositions with Cooley; draft letter to A. Cooley requesting dates he is unavailable to attend depositions; |
| 1110 | 03/25/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Email correspondence with co-counsel regarding status of Mr. Wilbur [.1]; worked on discovery and case strategy issues [.3]; email correspondence with co-counsel regarding same [.1]. |
| 1111 | 03/25/12 | Fisher | 0.50 | $ 330.00 | $ 165.00 | Read team emails; draft and send team letter addressed to A. Cooley regarding scheduling of depositions; |
| 1112 | 03/26/12 | Murray | 1.20 | $ 285.00 | $ 342.00 | Reviewed reasonable communication brief; outlined response. |
| 1113 | 03/26/12 | Marshall | 1.90 | $ 375.00 | $ 712.50 | Analyzed issues regarding cities' actions on public defense contracts [.2]; analyzed issues regarding opposition to defendants' motion for ex parte communications with current and former class members [1.3]; telephone conference and email correspondence with co-counsel regarding same [.3]; worked on discovery issues [.1]. |
| 1114 | 03/26/12 | Talner | 0.20 | $ 400.00 | $ 80.00 | Emails with co-counsel re discovery issues |
| 1115 | 03/26/12 | Fisher | 0.60 | $ 330.00 | $ 198.00 | Write letter to A. Cooley regarding scheduling of depositions and send to him; read team emails; write email to J. Murphy regarding production of Mr. Witt's case files pertaining to plaintiffs; |
| 1116 | 03/27/12 | Boschen | 0.40 | $ 150.00 | $ 60.00 | Correspondence regarding public defense contracts, depositions, witnesses and response to motion pertaining to ex parte contact [.4]. |
| 1117 | 03/27/12 | Murray | 5.00 | $ 285.00 | $ 1,425.00 | Worked on response to motion for reasonable communications. |
| 1118 | 03/27/12 | Marshall | 0.90 | $ 375.00 | $ 337.50 | Worked on response to motion for ex parte communications with current and former class members [.5]; worked on discovery and expert issues [.4]. |
| 1119 | 03/27/12 | Bledsoe | 0.40 | $ 120.00 | $ 48.00 | Prepare letter to Richard Sybrandy re: pending subpoena. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 1120 | 03/27/12 | Zuchetto | 1.70 | $ 330.00 | $ 561.00 | Review and respond to e-mail/info re Shields witness (.25); Draft letter to R. Sybrandy re Subpoena Duces Tecum (1.2); Discuss/analyze indigent disclosures w/ co-counsel (.25). |
| 1121 | 03/27/12 | Talner | 0.50 | $ 400.00 | $ 200.00 | Investigate new public defense contracts |
| 1122 | 03/27/12 | Fisher | 0.40 | $ 330.00 | $ 132.00 | Read team emails regarding expert disclosures and potential witness, J. Shields; |
| 1123 | 03/27/12 | Roos | 0.10 | $ 465.00 | $ 46.50 | Communications regarding expert disclosures and fact witnesses; |
| 1124 | 03/28/12 | Boschen | 0.70 | $ 150.00 | $ 105.00 | Drafted response to order to show cause [.2]; personal conferences and correspondence regarding same [.2]; prepared mailing of check to court [.1]; personal conferences regarding judge's notebook for Motion to Modify Scheduling Order and Continue Trial [.2]. |
| 1125 | 03/28/12 | Murray | 6.00 | $ 285.00 | $ 1,710.00 | Worked on response to motion for reasonable communications. |
| 1126 | 03/28/12 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Worked on discovery issues [.2]; worked on response to motion regarding class member communications [.6]. |
| 1127 | 03/28/12 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Email correspondence with co-counsel re Order to Show Cause |
| 1128 | 03/28/12 | Talner | 0.10 | $ 400.00 | $ 40.00 | Email to expert witness regarding information needed for expert disclosures |
| 1129 | 03/28/12 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Write letter to K. Rogerson and S. Thomas inquiring about their unavailability for April and May for depositions; write letter to Judge Svaren about production of court case files; |
| 1130 | 03/28/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review and exchange emails on scheduling of depositions and on obtaining discovery from City court files; |
| 1131 | 03/29/12 | Kinsey | 0.80 | $ 100.00 | $ 80.00 | Prepared draft of and revised plaintiffs' response to motion for reasonable communications. |
| 1132 | 03/29/12 | Boschen | 1.20 | $ 150.00 | $ 180.00 | Filed with court response to order to show cause [.4]; correspondence and personal conference regarding same [.1]; telephone conference with messenger service regarding chambers copy of Motion to Modify Scheduling Order and Continue Trial [.1]; commenced drafting declaration in support of response to motion to allow reasonable communication with current and former indigent defendants and personal conference regarding same [.6]; |
| 1133 | 03/29/12 | Murray | 8.40 | $ 285.00 | $ 2,394.00 | Worked on response to motion for reasonable communication. |
| 1134 | 03/29/12 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Discuss/analyze production of docs from Court issue and response re motion to contact class members w/ co-counsel. |

101

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1135 | 03/29/12 | Fisher | 2.10 | $ 330.00 | $ 693.00 | Send email to team regarding failure of J. Murphy to produce M. Witt's case files; response to N. Talner's emails regarding production of M. Witt's files and next steps; email team regarding costs to produce court files and inquire as to next steps; call J. Murphy's office to discuss production of M. Witt's files and leave message with front desk to have him call me back; read and edit draft of response to cities' motion to allow communication with current and former indigent defendants; send J. Murphy an email to document that I called him this morning and asked for a time to discuss production tomorrow; draft letter to Judge Svaren regarding production of court files; |
| 1136 | 03/29/12 | Roos | 1.90 | $ 465.00 | $ 883.50 | Review and revise opposition to motion for communications with class members; research regarding same; communications regarding court files; |
| 1137 | 03/29/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review and exchange emails on obtaining copies of files from Cities of Mt. Vernon and Burlington; meet with C. Fisher to discuss same; |
| 1138 | 03/30/12 | Boschen | 0.80 | $ 150.00 | $ 120.00 | Continued work on opposition to response to motion to allow reasonable communication with current and former indigent defendants and correspondence regarding same [.5]; searched current jail rosters for client [.1]; Bates labeled Kitsap County Court case files produced in response to public disclosure request [.1]; updated production log [.1]. |
| 1139 | 03/30/12 | Murray | 5.20 | $ 285.00 | $ 1,482.00 | Finalized response to motion for reasonable communication. |
| 1140 | 03/30/12 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Prep. for attend telephonic team meeting (.25); Conference call w/ team re strategy on case files, deps. (1.0). |
| 1141 | 03/30/12 | Talner | 0.20 | $ 400.00 | $ 80.00 | Order court documents on plaintiff in response to cities' claim about her conviction |
| 1142 | 03/30/12 | Williams | 3.00 | $ 580.00 | $ 1,740.00 | Coordinate with litigation team on strategy for discovery; conference call with litigation team on case status and discovery strategy; review plaintiffs' response to defendants' motion to interview class and non-class members; review and edit CR 37 letter to Witt's attorney; |
| 1143 | 03/30/12 | Fisher | 3.60 | $ 330.00 | $ 1,188.00 | Create list of discussion points for team call; prepare for call; attend meeting; write letter to J. Murphy regarding production of M. Witt's case files; |
| 1144 | 03/30/12 | Roos | 2.10 | $ 465.00 | $ 976.50 | Review and revise opposition to motion for communications with class members; telephone conference with team regarding discovery and other issues; |
| 1145 | 04/01/12 | Fisher | 0.20 | $ 330.00 | $ 66.00 | Create deposition chart; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1146 | 04/01/12 | Roos | 1.10 | $ 465.00 | $ 511.50 | Review and revise opposition to motion to communicate with class members; |
| 1147 | 04/02/12 | Kinsey | 3.00 | $ 100.00 | $ 300.00 | Reviewed, revised and finalized plaintiffs' response to cities' motion for communication with plaintiffs [1.3]; prepared table of contents and table of authorities [.5]; reviewed, revised and finalized Marshall supporting declaration [.3]; assembled Marshall declaration exhibits [.5]; reviewed, revised and finalized Fisher declaration [.2]; arranged filing and service [.2]. |
| 1148 | 04/02/12 | Murray | 2.70 | $ 285.00 | $ 769.50 | Revised response to motion for reasonable communication. |
| 1149 | 04/02/12 | Marshall | 5.70 | $ 375.00 | $ 2,137.50 | Worked on issues regarding defendants' request for communications with current and former class members [1.2]; worked on declaration and proposed order for same [.2]; telephone call from co-counsel regarding discovery and case strategy issues [.2]; researched, analyzed, and worked on discovery issues [1.2]; memorandum to co-counsel regarding same [.4]; reviewed documents and discovery responses produced by defendants [1.1]; conference call with co-counsel regarding discovery issues, deposition preparation, expert disclosures, briefing, and new public defense contract [1.0]; worked on expert disclosures and related issues [.4]. |
| 1150 | 04/02/12 | Bledsoe | 0.25 | $ 120.00 | $ 30.00 | Review documents from Mr. Sybrandy and Emailed to Zuchetto. |
| 1151 | 04/02/12 | Talner | 1.40 | $ 400.00 | $ 560.00 | Conference call with co-counsel regarding discovery strategy; emails to expert witness regarding expert disclosures; review draft expert disclosure |
| 1152 | 04/02/12 | Roos | 2.30 | $ 465.00 | $ 1,069.50 | Telephone conference regarding discovery and related issues; review letter to defense counsel regarding court files; review files regarding Grant County litigation for court order relevant to same; review opposition to motion to communicate with class members; review opposition to motion to continue trial; |
| 1153 | 04/02/12 | Fisher | 2.70 | $ 330.00 | $ 891.00 | Create deposition chart for team; draft letter to opposing counsel requesting production of court files; draft rule 34 request for files; draft notice of depositions; participate in team call; research whether courts fall under rule 34 or 45 request; |
| 1154 | 04/02/12 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Prepare for and participate in litigation team strategy call; edit expert witness FRCP 26 disclosure; |
| 1155 | 04/03/12 | Kinsey | 1.20 | $ 100.00 | $ 120.00 | Prepared and finalized praecipe to replace page of Fisher declaration [.9]; revised Fisher declaration [.1]; arranged filing and service [.2] |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1156 | 04/03/12 | Boschen | 0.60 | $ 150.00 | $ 90.00 | Correspondence regarding expert CV [.1]; correspondence regarding third-party productions, discovery requests and expert disclosures [.2]; updated production log [.1]; correspondence regarding supplemental witness disclosures [.1]; correspondence regarding document storage access [.1]. |
| 1157 | 04/03/12 | Marshall | 1.50 | $ 375.00 | $ 562.50 | Finalized praecipe for Ms. Fisher's declaration and ensured service of court notebook [.1]; worked on discovery issues [.4]; worked on witness and expert disclosure issues [.4]; telephone call from co-counsel regarding same [.1]; reviewed defendants' opposition to motion to continue trial and analyzed issues regarding same [.5]. |
| 1158 | 04/03/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Review letter and request for production; correspondence with J. Strait re expert disclosure |
| 1159 | 04/03/12 | Talner | 0.50 | $ 400.00 | $ 200.00 | Revisions to expert disclosure |
| 1160 | 04/03/12 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Read defendants' opposition to plaintiffs' motion to modify scheduling order; review documents produced by M. Witt; |
| 1161 | 04/03/12 | Williams | 3.00 | $ 580.00 | $ 1,740.00 | Edit Plaintiffs' Second Request for Production and cover letter regarding same; edit and finalize letter to counsel for cities on depositions of City Administrators and on Rule 34 production of documents; review and coordinate expert witness disclosures; review expert witness disclosures from defendants; |
| 1162 | 04/04/12 | Boschen | 0.40 | $ 150.00 | $ 60.00 | Correspondence regarding clients location [.1]; Bates labeled third party production and correspondence regarding same [.2]; updated production log [.1]. |
| 1163 | 04/04/12 | Marshall | 3.90 | $ 375.00 | $ 1,462.50 | Worked on factual background issues [.1]; researched and analyzed factual background and legal issues for reply in support of motion to modify case schedule [2.6]; worked on same [1.2]. |
| 1164 | 04/04/12 | Talner | 1.90 | $ 400.00 | $ 760.00 | Review documents produced by one public defender, write summary of them for co-counsel |
| 1165 | 04/04/12 | Roos | 0.80 | $ 465.00 | $ 372.00 | Communications regarding discovery issues; |
| 1166 | 04/04/12 | Fisher | 2.50 | $ 330.00 | $ 825.00 | Review M. Witt's case files of J. Moon and A. Montague produced on April 3, 2012 in response to our February 14, 2012 request; meet with N. Talner and read M. Witt's case files; |
| 1167 | 04/05/12 | Marshall | 3.60 | $ 375.00 | $ 1,350.00 | Worked on reply in support of motion to modify case schedule [3.4]; email correspondence with co-counsel regarding same [.2]. |
| 1168 | 04/05/12 | Williams | 0.20 | $ 580.00 | $ 116.00 | Review reply brief on motion to amend schedule; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1169 | 04/06/12 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Drafted and finalized supplemental declaration in support of motion to modify scheduling order and continue trial [.2]; pulled and prepared exhibits for same [.3]; correspondence regarding same [.1]; drafted supplemental witness disclosure [.3]; |
| 1170 | 04/06/12 | Marshall | 1.60 | $ 375.00 | $ 600.00 | Worked on revisions to reply in support of motion to modify case schedule [.3]; worked on supplemental declaration in support of same [.7]; finalized documents for filing [.2]; worked on factual background and discovery issues [.4]. |
| 1171 | 04/06/12 | Talner | 0.80 | $ 400.00 | $ 320.00 | Review cities' reply brief re communication with former class members and cities' expert witness reports |
| 1172 | 04/06/12 | Roos | 0.60 | $ 465.00 | $ 279.00 | Review reply regarding motion to continue trial date; |
| 1173 | 04/06/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Exchange emails with team on subpoena for Chris Jackson records and other matters related to pending motions; |
| 1174 | 04/09/12 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Reviewed index of public disclosure request documents and production [.3]; correspondence regarding same [.2]; |
| 1175 | 04/09/12 | Marshall | 4.00 | $ 375.00 | $ 1,500.00 | Telephone call from co-counsel regarding various discovery and case strategy issues [.3]; telephone calls from co-counsel regarding Sybrandy's production of documents and follow-up issues [.8]; worked on preparation for depositions of contract managers [.5]; telephone conference with co-counsel regarding discovery, expert, and case strategy issues [.8]; reviewed defendants' supplemental expert disclosures [.3]; researched and analyzed issues regarding expert disclosures and motions to exclude testimony [.5]; drafted letter to opposing counsel regarding same [.4]; email correspondence with co-counsel regarding same [.2]; worked on supplemental witness disclosure [.2]. |
| 1176 | 04/09/12 | Zuchetto | 2.75 | $ 330.00 | $ 907.50 | Team strategy call re Subpoenas Duces Tecum, deps. (1.0); Follow up w/ co-counsel re same (.25); Draft letter to Sybrandy re Subpoena Duces Tecum (1.5). |
| 1177 | 04/09/12 | Talner | 0.90 | $ 400.00 | $ 360.00 | Conference call with co-counsel regarding discovery strategy; review draft witness disclosures |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1178 | 04/09/12 | Fisher | 2.60 | $ 330.00 | $ 858.00 | Reply to N. Talner's email regarding production of files; email T. Marshall and M. Zuchetto inquiring about kites and complaints sent to J. Aarstad and E. Stendal in preparation for their depositions; prepare for team call; participate in team call to discuss depositions, discovery, pending motions; talk with M. Zuchetto and T. Marshall about production from Sybrandy and Witt and decide to follow-up with case files as well as request time spent on private matters; |
| 1179 | 04/09/12 | Roos | 0.80 | $ 465.00 | $ 372.00 | Telephone conference with team regarding discovery issues; |
| 1180 | 04/09/12 | Williams | 7.00 | $ 580.00 | $ 4,060.00 | Review Cities' Reply Brief in Support of Motion to Contact Indigent Clients; begin review of J. Aarstad documents in preparation for his deposition; begin selecting documents for key documents binder; participate in team strategy call on discovery and C. Jackson subpoena; review binder of E. Stendal documents to select documents for key documents binder; meet with B. Roos and C. Fisher on strategy for depositions; draft letter to accompany Notices of Deposition for Stendal and Aarstad; |
| 1181 | 04/10/12 | Kinsey | 0.60 | $ 100.00 | $ 60.00 | Reviewed, revised and finalized letter to Mr. Cooley regarding objection to improper supplemental expert disclosures [.4]; email correspondence to Mr. Cooley, opposing counsel and co-counsel regarding same [.2]. |
| 1182 | 04/10/12 | Boschen | 0.40 | $ 150.00 | $ 60.00 | Worked on reviewing kites and complaints and correspondence regarding same [.4]. |
| 1183 | 04/10/12 | Marshall | 1.70 | $ 375.00 | $ 637.50 | Worked on discovery issues [.9]; telephone call from consulting expert regarding public defense funding issues [.2]; analyzed issues regarding settlement proposal [.2]; email correspondence with co-counsel regarding same [.2]; email correspondence with opposing counsel regarding expert disclosures [.2]. |
| 1184 | 04/10/12 | Zuchetto | 2.75 | $ 330.00 | $ 907.50 | Call w/ co-counsel re Subpoena Duces Tecum to Sybrandy/Witt (1.0); Draft letter to Sybrandy re same (1.75). |
| 1185 | 04/10/12 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Email correspondence with co-counsel re discovery issues |
| 1186 | 04/10/12 | Talner | 1.40 | $ 400.00 | $ 560.00 | Emails and teleconference with co-counsel regarding  issue of obtaining court and public defender files; investigate facts regarding new public defense contract |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1187 | 04/10/12 | Fisher | 3.40 | $ 330.00 | $ 1,122.00 | Review and gather kites, complaints, and other relevant information for J. Aarstad and E. Stendal depositions; read emails regarding request for court documents; participate in phone call with N. Talner and M. Zuchetto; draft cover letter to accompany CR 45 subpoena; |
| 1188 | 04/10/12 | Williams | 7.50 | $ 580.00 | $ 4,350.00 | Review T. Marshall exhibits binder from cross-motion to identify key documents for depositions; continue drafting Master Deposition Outline; exchange correspondence with opposing counsel on production of municipal court files; draft subpoena for Municipal Court files; |
| 1189 | 04/11/12 | Boschen | 1.60 | $ 150.00 | $ 240.00 | Telephone conference with client [.3]; correspondence regarding same [.1]; correspondence and personal conference regarding scanning court records [.3]; continued work on second supplemental witness disclosures [.4]; correspondence and personal conference regarding same [.3]; reviewed declarations and client agreements [.2]. |
| 1190 | 04/11/12 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Worked on discovery issues [.5]; worked on witness list issues [.2]; telephone conference with expert regarding settlement issues [.4]. |
| 1191 | 04/11/12 | Zuchetto | 2.25 | $ 330.00 | $ 742.50 | Work on letter to Sybandy re Subpoena Duces Tecum (1.75); Conf. call w/ team and consulting expert (.4); E-mail co-counsel re same (.1). |
| 1192 | 04/11/12 | Williams | 0.40 | $ 580.00 | $ 232.00 | Coordinate with C. Fisher and C. Kness on subpoena to Municipal Courts of Mt. Vernon and Burlington; review and approve letter to R. Sybrandy on failure to produce records; |
| 1193 | 04/12/12 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Personal conference and correspondence regarding staffing scanning of court case files [.2]; finalized second supplemental witness disclosures and correspondence regarding same [.1]; |
| 1194 | 04/12/12 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Telephone call from client regarding status update [.1]; worked on discovery issues [.2]. |
| 1195 | 04/12/12 | Talner | 0.20 | $ 400.00 | $ 80.00 | Emails with co-counsel regarding supplemental witness disclosures |
| 1196 | 04/12/12 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Review correspondence from opposing counsel on scheduling depositions and respond to same; |
| 1197 | 04/13/12 | Kinsey | 0.70 | $ 100.00 | $ 70.00 | Reviewed, revised and finalized plainitffs' second supplemental witness disclosures [.3]; email correspondence to opposing and co-counsel [.2]; arranged delivery by messenger [.2]. |
| 1198 | 04/13/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Telephone call from co-counsel regarding communications with witnesses [.1]; analyzed issues regarding same [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1199 | 04/13/12 | Talner | 0.30 | $ 400.00 | $ 120.00 | Draft letters to clients and witnesses regarding release of attorney files, emails with co-counsel regarding the draft letters to clients and witnesses |
| 1200 | 04/15/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on discovery issues [.2]. |
| 1201 | 04/16/12 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Correspondence regarding scanning of court records [.1]. |
| 1202 | 04/16/12 | Talner | 0.20 | $ 400.00 | $ 80.00 | Emails with co-counsel regarding obtaining court files |
| 1203 | 04/16/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Meet with C. Fisher and J. Higa on document production by Cities of court files pursuant to subpoena; conference call with Skagit County Prosecutor's office on stipulated protective order and coordination on production of documents; send team an email summarizing same; |
| 1204 | 04/18/12 | Boschen | 2.90 | $ 150.00 | $ 435.00 | Telephone conference with client [.1]; worked on downloading and Bates labeling production [.2]; updated production log [.2]; prepared transmittal and mailing to opposing for supplemental production [.2]; gathered and prepared documents for supplemental production [.9]; correspondence regarding same [.1]; vm from and telephone call to potential class member [.1]; researched potential class member's case history [.1]; reviewed discovery correspondence regarding depositions and supplemental productions in response to subpoenas and records releases [.5]; reviewed disclosures and updated witness list [.4]; correspondence regarding same [.1]. |
| 1205 | 04/18/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Worked on discovery issues [.4]. |
| 1206 | 04/18/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review/analyze Sybrandy production (.4); E-mail team re same (.1). |
| 1207 | 04/18/12 | Talner | 0.50 | $ 400.00 | $ 200.00 | Emails to co-counsel regarding discovery follow up, review new documents produced by Sybrandy |
| 1208 | 04/18/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Finalize amended deposition notices for Aarstad and Stendal; continue development of master deposition outline for team; |
| 1209 | 04/19/12 | Boschen | 1.00 | $ 150.00 | $ 150.00 | Telephone conference with indigent defendant [.7]; drafted summary of same [.2]; updated witness list [.1]. |
| 1210 | 04/19/12 | Fisher | 1.70 | $ 330.00 | $ 561.00 | Draft letter to J. Murphy regarding production of M. Witt's files pertaining to D. Hayes, L. Rodriguez, and R. Martineau; draft protective letter |
| 1211 | 04/19/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Draft letter to Skagit County Prosecutor's office on protocol for production of court files from Mt. Vernon and Burlington; exchange emails with team regarding same; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1212 | 04/20/12 | Marshall | 0.90 | $ 375.00 | $ 337.50 | Analyzed issues regarding expert rebuttal reports and email correspondence with co-counsel regarding same [.3]; worked on discovery issues and email correspondence with co-counsel regarding same [.4]; worked on case strategy issues [.2]. |
| 1213 | 04/20/12 | Talner | 0.30 | $ 400.00 | $ 120.00 | Emails to co-counsel regarding rebuttal expert disclosures |
| 1214 | 04/20/12 | Roos | 0.30 | $ 465.00 | $ 139.50 | Communications regarding court files and related discovery issues; |
| 1215 | 04/20/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Exchange emails with team on discovery related issues; meet with B. Roos and J. Higa on Cities' production of court documents; |
| 1216 | 04/21/12 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Draft protective order for Mount Vernon and Burlington Municipal Court files; |
| 1217 | 04/22/12 | Fisher | 1.50 | $ 330.00 | $ 495.00 | Draft protective order for Mount Vernon and Burlington Court files; |
| 1218 | 04/23/12 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Reviewed witness interview notes [.1]; telephone conferences with co-counsel regarding discovery, expert, and case strategy issues [1.0]. |
| 1219 | 04/23/12 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Team meeting re outstanding discovery issues, litigation strategy (1.0); Discuss Sybrandy issues w/ Marshall in advance of meeting (.25). |
| 1220 | 04/23/12 | Dunne | 0.50 | $ 380.00 | $ 190.00 | Conference call with co-counsel discovery issues and case strategy; email correspondence with co-counsel re discovery issues |
| 1221 | 04/23/12 | Fisher | 3.30 | $ 330.00 | $ 1,089.00 | Read team emails; attend team meeting; draft letter to opposing counsel to schedule P. Eason and C. Cammock depositions; review defendants' responses and document production in response to our first set of interrogatories and requests for documents; draft letter to defendants to request a rule 37 conference; |
| 1222 | 04/23/12 | Roos | 1.20 | $ 465.00 | $ 558.00 | Telephone conference with team regarding discovery issues; communications regarding same; |
| 1223 | 04/23/12 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Exchange emails with Skagit County Prosecutor on City production of records and coordinate with litigation team; prepare for and participate in litigation team conference call on outstanding discovery issues; continue development of master deposition outline for City administrators and prosecutors; |
| 1224 | 04/24/12 | Boschen | 7.90 | $ 150.00 | $ 1,185.00 | Correspondence regarding discovery [.3]; assessed production history, OCR'd production, Bates labeled production, and uploaded documents to shared network [7.4]; updated production log [.2]. |
| 1225 | 04/24/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Worked on discovery issues [.4]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1226 | 04/24/12 | Talner | 3.60 | $ 400.00 | $ 1,440.00 | Emails to co-counsel regarding discovery follow up, teleconference with expert witness re response to cities' experts |
| 1227 | 04/24/12 | Fisher | 3.80 | $ 330.00 | $ 1,254.00 | Draft CR 37 request letter to defense counsel; organize and review discovery received in case in preparation for depositions and CR 37 conference; send letters regarding scheduling of depositions for C. Cammock and P. Eason; |
| 1228 | 04/24/12 | Williams | 6.50 | $ 580.00 | $ 3,770.00 | Review email from C. Fisher on CR 37 letter; meet with C. Fisher on CR 37 letter to Cities and related issues; continue developing master deposition outline for city administrators and attorneys; |
| 1229 | 04/25/12 | Boschen | 1.00 | $ 150.00 | $ 150.00 | Continued OCR'ing production and uploading documents to shared network [1]. |
| 1230 | 04/25/12 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on discovery issues [.3]. |
| 1231 | 04/25/12 | Talner | 0.20 | $ 400.00 | $ 80.00 | Emails with co-counsel re discovery followup |
| 1232 | 04/25/12 | Williams | 5.20 | $ 580.00 | $ 3,016.00 | Continue developing master deposition outline using key documents and discovery produced by Cities; meet with C. Fisher on CR 37 letter to obtain additional discovery; review prior discovery responses from City for follow-up requests; |
| 1233 | 04/26/12 | Boschen | 1.80 | $ 150.00 | $ 270.00 | Continued uploading production to shared network [.9]; researched class member case histories [.2]; drafted public disclosure requests for same [.3]; correspondence regarding discovery and records releases [.2]; produced documents to opposing counsel [.1]; updated production log [.1]. |
| 1234 | 04/26/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Worked on expert and discovery issues [.4]. |
| 1235 | 04/26/12 | Bledsoe | 0.25 | $ 120.00 | $ 30.00 | Review and finalize letter to Sybrandy re: subpoena outstanding requests. |
| 1236 | 04/26/12 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Work on letter to Sybrandy re Subpoena Duces Tecum. |
| 1237 | 04/26/12 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Email correspondence with co-counsel re discovery issues |
| 1238 | 04/26/12 | Talner | 0.70 | $ 400.00 | $ 280.00 | Emails with co-counsel re discovery followup, investigate rebuttal expert witness |
| 1239 | 04/26/12 | Fisher | 2.20 | $ 330.00 | $ 726.00 | Draft letter to J. Murphy requesting M. Witt's case files, total number of cases, and hours spent on non-public defense cases; return N. Talner's voice message and discuss discovery and expert rebuttal issues; |
| 1240 | 04/26/12 | Williams | 7.50 | $ 580.00 | $ 4,350.00 | Continue review of discovery responses and documents produced by Cities to refine CR 37 request for supplementation and continue drafting master deposition outline; |
| 1241 | 04/27/12 | Boschen | 0.70 | $ 150.00 | $ 105.00 | Telephone call to client [.1]; finalized and transmitted public disclosure requests [.2]; correspondence regarding discovery [.4]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1242 | 04/27/12 | Talner | 0.20 | $ 400.00 | $ 80.00 | Emails with co-counsel re discovery followup |
| 1243 | 04/27/12 | Williams | 7.00 | $ 580.00 | $ 4,060.00 | Continue editing CR 37 letter to defendants on failure to adequately produce interrogatory answers or RFP responses to the first set of discovery from plaintiffs; coordinate with litigation team on potential rebuttal expert testimony; |
| 1244 | 04/30/12 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Analyzed issues regarding depositions [.1]; email correspondence and telephone conference with co-counsel regarding same [.2]; reviewed letter from opposing counsel regarding privilege log [.1]; email correspondence with co-counsel regarding same [.1]; email to opposing counsel regarding scheduling of Sybrandy and Witt depositions [.1]; email correspondence with co-counsel regarding discovery issues [.1]; worked on same [.2]; telephone call from Mr. Wilbur regarding status of discovery [.1]; analyzed issues regarding caseload counts [.3]. |
| 1245 | 04/30/12 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | Discuss Sybrandy/Witt deps. w/ co-counsel. |
| 1246 | 04/30/12 | Talner | 0.10 | $ 400.00 | $ 40.00 | Emails with co-counsel re discovery followup |
| 1247 | 04/30/12 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Correspondence with J. Strait |
| 1248 | 04/30/12 | Roos | 0.20 | $ 465.00 | $ 93.00 | Communications regarding depositions; review deposition notices; |
| 1249 | 04/30/12 | Fisher | 1.30 | $ 330.00 | $ 429.00 | Read letter from J. Williams to A. Cooley regarding discovery productions; write and send notice of depositions for C. Cammock and P. Eason; write and send letter to defense counsel regarding production and payment of court files; |
| 1250 | 04/30/12 | Williams | 7.50 | $ 580.00 | $ 4,350.00 | Review binder containing Cities documents responding to discovery requests and continue selection of documents for key documents binder; exchange emails with team on potential evidence; |
| 1251 | 05/01/12 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Discovery correspondence [.2]; drafted subpoenas and notices pertaining to Sybrandy and Witt depositions [.6]; personal conference regarding and correspondence regarding same [.1]. |
| 1252 | 05/01/12 | Marshall | 1.80 | $ 375.00 | $ 675.00 | Worked on discovery issues [.7]; researched and analyzed issues regarding same [.4]; reviewed correspondence from opposing counsel regarding same [.2]; researched and analyzed issues regarding same [.3]; telephone conference with co-counsel regarding same [.2]. |
| 1253 | 05/01/12 | Zuchetto | 1.10 | $ 330.00 | $ 363.00 | Research re 3rd party Subpoena Duces Tecum costs/party costs. |

111

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1254 | 05/01/12 | Williams | 5.00 | $ 580.00 | $ 2,900.00 | Continue review of discovery production from Cities to identify key documents for deposition examination; exchange emails with opposing counsel on setting up CR 37 conference; |
| 1255 | 05/02/12 | Kinsey | 1.20 | $ 100.00 | $ 120.00 | Prepared draft of plaintiffs' first requests for admissions propounded to defendant City of Mount Vernon [.6]; prepared draft of plaintiffs' first requests for admissions to defendant City of Burlington [.6]. |
| 1256 | 05/02/12 | Boschen | 6.40 | $ 150.00 | $ 960.00 | Reviewed conference call agenda and researched discovery and production items [.2]; telephone conference regarding discovery [1]; revised, finalized and emailed notices of deposition for Sybrandy and Witt [1.1]; telephone conferences and correspondence regarding deposition scheduling [.4]; telephone conference with Burlington Municipal Court regarding public disclosure request [.1]; worked on pulling documents for experts [.7]; correspondence regarding same [.1]; worked on Sybrandy and Witt deposition preparation [2.5]; researched attorney contact information and updated case contacts [.2]; updated production log [.1]. |
| 1257 | 05/02/12 | Marshall | 4.90 | $ 375.00 | $ 1,837.50 | Worked on subpoenas to Mr. Sybrandy and Mr. Witt and issues regarding depositions [.2]; worked on discovery issues [.5]; telephone conferences with co-counsel regarding discovery, expert, lay witness, and case strategy issues [1.2]; worked on requests for admission [2.3]; researched and analyzed issues regarding same [.5]; telephone conference with co-counsel regarding same [.2]. |
| 1258 | 05/02/12 | Zuchetto | 2.85 | $ 330.00 | $ 940.50 | Work on Requests for Admission/Interrogatories to defendants (1.1); Team call re litigation strategy (1.0); Research re costs in responding to Subpoena Duces Tecum (.75). |
| 1259 | 05/02/12 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Conference call with J. Strait re case and expert disclosure |
| 1260 | 05/02/12 | Talner | 3.00 | $ 400.00 | $ 1,200.00 | Conference call with co-counsel re discovery issues; draft rebuttal declaration for expert witness; review and comment on draft requests for admission; review documents to be sent to experts for review |
| 1261 | 05/02/12 | Fisher | 1.50 | $ 330.00 | $ 495.00 | Participate in team call to discuss outstanding issues; write email to W. Honea letting him know we will deliver the check for the court files either today or tomorrow and inquire as to how we will receive the files; |
| 1262 | 05/02/12 | Williams | 1.90 | $ 580.00 | $ 1,102.00 | Prepare for and participate in litigation strategy call; discuss action items with B. Roos and C. Fisher; |

112

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1263 | 05/02/12 | Roos | 2.80 | $ 465.00 | $ 1,302.00 | Telephone conference with defense team regarding discovery issues; draft letter and subpoena regarding jail visit logs; research regarding same; review correspondence regarding discovery issues; |
| 1264 | 05/03/12 | Kinsey | 1.50 | $ 100.00 | $ 150.00 | Reviewed, revised and finalized Sybrandy and Witt subpoenas and notices of deposition [.4]; arranged delivery by messenger and U.S. mail [.1]; prepared draft of plaintiffs' second interrogatories and third requests for production of documents to defendant City of Burlington [.5]; prepared draft of plaintiffs' second interrogatories and third requests for production of documents to defendant City of Mount Vernon [.5]. |
| 1265 | 05/03/12 | Boschen | 1.60 | $ 150.00 | $ 240.00 | Correspondence regarding expert production [.2]; drafted letters and prepared production to experts [.6]; personal conference regarding same [.1]; updated production log [.1]; uploaded document to shared network [.1]; prepared mailing to Mount Vernon Municipal Court for public records [.2]; reviewed discovery requests [.3]. |
| 1266 | 05/03/12 | Marshall | 5.20 | $ 375.00 | $ 1,950.00 | Email correspondence with witness regarding factual background issues [.1]; email correspondence with co-counsel regarding requests for admission [.1]; worked on Ms. Jackson's rebuttal report [.6]; analyzed issues regarding exhibits to same [.4]; worked on revisions to requests for admission [.3]; worked on discovery issues and evidence to prove claims [.5]; prepared for conference call with opposing counsel regarding discovery issues, reviewing various discovery materials and researched and analyzed issues regarding same [.8]; participated in same [.9]; telephone conference with co-counsel regarding same [.1]; drafted memorandum regarding same [.4]; researched and analyzed issues regarding objections to questioning of immigration status of Mr. Sanchez [.4]; drafted memorandum regarding same [.4]; telephone conference with co-counsel regarding same [.2]. |
| 1267 | 05/03/12 | Zuchetto | 3.50 | $ 330.00 | $ 1,155.00 | Work on motion to compel Sybrandy docs. |
| 1268 | 05/03/12 | Talner | 1.80 | $ 400.00 | $ 720.00 | Teleconferences with expert witness re revising draft rebuttal declaration and finalizing it |
| 1269 | 05/03/12 | Roos | 0.90 | $ 465.00 | $ 418.50 | Attend Rule 37 conference regarding interrogatory and request for production responses; telephone conference with T. Marshall regarding same; |
| 1270 | 05/03/12 | Fisher | 1.20 | $ 330.00 | $ 396.00 | Read team emails; write cover letter to W. Honea re payment for the court files; read email summarizing CR 37 conference; |

113

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1271 | 05/03/12 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Review and approve correspondence with Skagit County on release of court files; review proposed rebuttal expert opinions and emails related thereto; coordinate with litigation team on depositions of municipal court judges; review and approve draft Requests for Admission; |
| 1272 | 05/04/12 | Kinsey | 1.00 | $ 100.00 | $ 100.00 | Reviewed, revised and finalized plaintiffs' first requests for admissions to defendant City of Burlington [.2]; reviewed, revised and finalized plaintiffs' first requests for admission to defendant City of Mount Vernon [.2]; reviewed. reviewed, revised and finalized plaintiffs' second interrogatories and third requests for production to defendant City of Burlington [.2]; reviewed, revised and finalzied plaintiffs' second interrogatories and third requests for production to defendant City of Mount Vernon [.2]; arranged delivery by messenger regarding same [.2]. |
| 1273 | 05/04/12 | Boschen | 0.70 | $ 150.00 | $ 105.00 | Personal conferences and correspondence regarding subpoenas; personal conferences and correspondence regarding discovery requests; correspondence regarding court case files and labeling and uploading same; updated production log. |
| 1274 | 05/04/12 | Marshall | 3.50 | $ 375.00 | $ 1,312.50 | Worked on additional RFAs, interrogatories, and RFPs to Defendants [.8]; worked on Ms. Jackson's expert rebuttal report [.2]; worked on memorandum to co-counsel regarding discovery call [.2]; worked on analysis of issues defendants raised regarding Mr. Sanchez's deposition [.8]; telephone conference with co-counsel regarding same [.5]; email to opposing counsel regarding Rule 37 call [.4]; worked on discovery issues [.6]. |
| 1275 | 05/04/12 | Zuchetto | 5.75 | $ 330.00 | $ 1,897.50 | Edit/revise Requests for Admission, Interrogatories and Requests for Production to Defendants (1.75); Work on motion to compel Sybrandy (3.5); Analyze 5th amendment issues re depositions (.3); Discuss same w/ co-counsel (.2). |
| 1276 | 05/04/12 | Talner | 0.60 | $ 400.00 | $ 240.00 | Finalize rebuttal expert declaration, respond to co-counsel re discovery issues (defense demand to re-open depositions) |
| 1277 | 05/04/12 | Roos | 1.90 | $ 465.00 | $ 883.50 | Draft letter regarding jail visit logs; communications regarding discovery issues; revise summary of Rule 37 conference; |
| 1278 | 05/04/12 | Fisher | 0.70 | $ 330.00 | $ 231.00 | Send deposition letters regarding Judge Svaren and Skelton; organize pick-up of CDs containing court files; organize uploading files to extranet site; |
| 1279 | 05/04/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Coordinate with co-counsel on setting up depositions and discovery responses; |

114

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1280 | 05/06/12 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Worked on discovery and document management issues [.6]. |
| 1281 | 05/07/12 | Kinsey | 1.00 | $ 100.00 | $ 100.00 | Finalized Morgan Witt deposition notice and subpoena [.2]; arranged service of process of deposition subpoena on Morgan Witt an Richard Sybrandy [.3]; telephone conference with Likkell & Associates regarding court reporting and conference room [.3]; arranged messenger delivery to opposing counsel [.2]. |
| 1282 | 05/07/12 | Marshall | 1.70 | $ 375.00 | $ 637.50 | Email correspondence with co-counsel and opposing counsel regarding scheduling of Witt deposition [.1]; exchanged messages with Mr. Murphy regarding same [.1]; telephone calls from Mr. Murphy regarding same [.1]; docketed deposition and worked on amending subpoena [.1]; sent email to opposing counsel and co-counsel regarding new date [.1]; worked on motion to compel production of documents by Mr. Sybrandy [.5]; worked on discovery issues [.2]; worked on search terms for discovery requests to defendants [.5]. |
| 1283 | 05/07/12 | Zuchetto | 4.00 | $ 330.00 | $ 1,320.00 | Work on motion to compel (3.5); Work on scheduling Sybrandy dep. (.25); Review WItt objections re Subpoena Duces Tecum and e-mail defense counsel re same (.25). |
| 1284 | 05/07/12 | Talner | 1.30 | $ 400.00 | $ 520.00 | Follow-up to rebuttal expert declartion, begin review of court files |
| 1285 | 05/07/12 | Fisher | 0.70 | $ 330.00 | $ 231.00 | Draft motion to compel production of documents; review J. Murphy's objections to recent request for documents in preparation for CR 37 conference; |
| 1286 | 05/07/12 | Roos | 0.30 | $ 465.00 | $ 139.50 | Communications regarding discovery issues; |
| 1287 | 05/08/12 | Kinsey | 0.20 | $ 100.00 | $ 20.00 | Multiple telephone conferences with Diane at ABC regarding Sybrandy subpoena service. |
| 1288 | 05/08/12 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Correspondence regarding cancelled depositions [.1]; reviewed electronic discovery search terms [.1]; correspondence regarding discovery requests [.1]. |

115

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1289 | 05/08/12 | Marshall | 2.30 | $ 375.00 | $ 862.50 | Worked on search term list for defendants' discovery production [.8]; email to co-counsel regarding same [.1]; reviewed email from opposing counsel regarding discovery and analyzed issues regarding same [.2]; analyzed issues regarding Fifth Amendment privilege objections [.2]; analyzed issues regarding document production [.1]; reviewed order extending case schedule deadlines [.1]; analyzed issues regarding same [.1]; worked on expert, deposition, and discovery issues and email correspondence with co-counsel regarding same [.7]. |
| 1290 | 05/08/12 | Bledsoe | 0.50 | $ 120.00 | $ 60.00 | Work on Motion to Compel with Subpoena Duces Tecum. |
| 1291 | 05/08/12 | Zuchetto | 1.95 | $ 330.00 | $ 643.50 | Work on scheduling Sybrandy deposition (.25); Work on motion to compel Sybrandy (1.7). |
| 1292 | 05/08/12 | Talner | 0.40 | $ 400.00 | $ 160.00 | Emails with co-counsel re discovery and schedule issues,continue review of court files |
| 1293 | 05/08/12 | Fisher | 1.90 | $ 330.00 | $ 627.00 | Read team emails; respond to opposing counsel's request for court records without payment; |
| 1294 | 05/08/12 | Roos | 0.40 | $ 465.00 | $ 186.00 | Review amended scheduling order; communications regarding discovery and scheduling order; |
| 1295 | 05/09/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on discovery issues [.1]; email to opposing counsel regarding cancellation of depositions [.1]. |
| 1296 | 05/09/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review search terms re discovery requests and e-mail co-counsel re same. |
| 1297 | 05/09/12 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Draft and send J. Murphy letter requesting Rule 37 conference; |
| 1298 | 05/09/12 | Roos | 0.20 | $ 465.00 | $ 93.00 | Review and revise search terms; |
| 1299 | 05/10/12 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Reviewed court's order on case schedule [.1]; analyzed issues regarding same [.1]; cancelled depositions of Mr. Witt and Mr. Sybrandy [.1]. |
| 1300 | 05/10/12 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Review/analyze Court's ruling re contact w/ class members. |
| 1301 | 05/10/12 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Review Order from court re questioning of class members; email correspondence with co-counsel re same |
| 1302 | 05/10/12 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Read order granting in part and denying in part defendants' motion to allow communications with former and current indigent defendants; draft motion to compel production; |
| 1303 | 05/10/12 | Roos | 0.30 | $ 465.00 | $ 139.50 | Communications regarding discovery issues; review court order regarding contact of class members; |
| 1304 | 05/11/12 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Email correspondence with co-counsel re discovery issues and jail visitor logs |

116

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1305 | 05/11/12 | Fisher | 2.90 | $ 330.00 | $ 957.00 | Draft motion to compel R. Sybrandy and M. Witt to comply with subpoena duces tecum; |
| 1306 | 05/14/12 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Telephone call from co-counsel regarding discovery issues [.1]. |
| 1307 | 05/14/12 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Review/incorp. co-counsel revisions to Sybrandy motion to compel. |
| 1308 | 05/14/12 | Fisher | 1.70 | $ 330.00 | $ 561.00 | Draft motion to compel R. Sybrandy and M. Witt to produce documents in response to Plaintiffs' subpoena; |
| 1309 | 05/14/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review email exchanges on case strategy and discovery responses from counsel for Cities; conference call with C. Fisher on production of documents from Cities; |
| 1310 | 05/15/12 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Telephone call from Mr. Wilbur regarding status of case and factual background issues [.4]; worked on discovery issues [.3]; telephone conference with Ms. Osborne regarding same and status of lawsuit [.2]; email to Ms. Osborne transmitting court orders [.1]. |
| 1311 | 05/15/12 | Zuchetto | 3.25 | $ 330.00 | $ 1,072.50 | Prepare declaration and order re motion to compel Sybrandy and edit motion re same. |
| 1312 | 05/15/12 | Fisher | 2.60 | $ 330.00 | $ 858.00 | Write declaration in support of motion to compel R. Sybrandy's and M. Witt's compliance with subpoenas; |
| 1313 | 05/15/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review Court's Amended Order Setting Trial Date and Related Dates; review Court's Order regarding Defendants' access to indigent defendants; |
| 1314 | 05/16/12 | Marshall | 1.90 | $ 375.00 | $ 712.50 | Worked on motion to compel production of documents by Messrs. Witt and Sybrandy and related documents [.6]; researched and analyzed issues regarding Defendants' request for copies of subpoenaed court records without payment [.5]; email correspondence with co-counsel regarding same [.1]; drafted letter to opposing counsel regarding same [.3]; analyzed issues regarding Rule 37 conference with Mr. Witt's attorney [.1]; telephone conference with co-counsel regarding same [.2]; email correspondence with co-counsel regarding defendants' request for court records [.1]. |
| 1315 | 05/16/12 | Bledsoe | 0.50 | $ 120.00 | $ 60.00 | Review and revise Pls Mtn to Compel Sybrandy's Compliance with Subpoenas Duces Tecum. |
| 1316 | 05/16/12 | Zuchetto | 0.30 | $ 330.00 | $ 99.00 | Review/revise letter to defense counsel re case files. |
| 1317 | 05/16/12 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Email correspondence with co-counsel re discovery issues and case files |
| 1318 | 05/16/12 | Talner | 0.20 | $ 400.00 | $ 80.00 | Emails with co-counsel re deposition scheduling |

117

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 1319 | 05/16/12 | Fisher | 0.30 | $ 330.00 | $ 99.00 | Call J. Murphy to set up CR 37 conference; read motion to compel R. Sybrandy's compliance with subpoena; read letter to opposing counsel regarding payment of court files; |
| 1320 | 05/16/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Exchange emails with litigation team on rescheduling of depositions; |
| 1321 | 05/17/12 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Email correspondence and telephone conference with co-counsel regarding proof of service of subpoena on Mr. Sybrandy and requested relief in motion to compel [.2]; worked on discovery issues [.4]; telephone conference with co-counsel regarding same [.4]. |
| 1322 | 05/17/12 | Bledsoe | 1.00 | $ 120.00 | $ 120.00 | Review and finalize Mtn to Compel Sybrandy and supporting docs. |
| 1323 | 05/17/12 | Bergland | 1.60 | $ 190.00 | $ 304.00 | Review of and revisions to Motion to Compel Production; cite check same; review of and revisions to Zuchetto Declaration. |
| 1324 | 05/17/12 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Team meeting re dep. scheduling/case strategy (.5); Review/edit motion to compel Sybrandy (2.5). |
| 1325 | 05/17/12 | Talner | 0.70 | $ 400.00 | $ 280.00 | Conference call with co-counsel re deposition scheduling, review and comment on motion to compel production from Sybrandy |
| 1326 | 05/17/12 | Fisher | 2.00 | $ 330.00 | $ 660.00 | Write and send letter to J. Murphy confirming CR 37 conference; participate in team call regarding depositions; |
| 1327 | 05/17/12 | Roos | 0.50 | $ 465.00 | $ 232.50 | Telephone conference regarding depositions and discovery; |
| 1328 | 05/17/12 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Conference call with team on rescheduling of depositions; draft letter to opposing counsel on reasons for deposition rescheduling and probable dates; |
| 1329 | 05/18/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Telephone call from co-counsel regarding motion to compel production from Sybrandy and discovery issues [.2]; worked on filing of same [.1]; worked on discovery issues [.1]. |
| 1330 | 05/18/12 | Bledsoe | 0.50 | $ 120.00 | $ 60.00 | Finalize Motion to Compel Sybrandy and supporting docs and e-mail to Marshall for delivery to Judge. |
| 1331 | 05/18/12 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Edit/finalize motion to compel Sybrandy. |
| 1332 | 05/18/12 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Email correspondence with co-counsel re discovery and scheduling of depositions |
| 1333 | 05/18/12 | Talner | 1.30 | $ 400.00 | $ 520.00 | Review and respond to cities' list of claimed improper 5th Amendment objections in depositions |
| 1334 | 05/18/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Finalize letter to counsel for defendants cancelling depositions and offering rescheduling dates; |
| 1335 | 05/18/12 | Fisher | 0.10 | $ 330.00 | $ 33.00 | Review letter regarding re-noting depositions; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1336 | 05/21/12 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Review supplemental discovery material (.3); Discuss same w/ co-counsel (.2); Analyze def. privilege log and e-mail co-counsel re same (1.25). |
| 1337 | 05/21/12 | Fisher | 0.70 | $ 330.00 | $ 231.00 | Prepare for CR 37 conference with J. Murphy; |
| 1338 | 05/21/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review plaintiffs' motion to compel Sybrandy compliance with subpoena; |
| 1339 | 05/22/12 | Talner | 1.90 | $ 400.00 | $ 760.00 | Review cities' supplement production and emails to co-counsel about it; research cities' budget information re public defense funding |
| 1340 | 05/22/12 | Fisher | 4.10 | $ 330.00 | $ 1,353.00 | Prepare for CR 37 conference with J. Murphy regarding M. Witt's production; participate in CR 37 conference with J Murphy; draft motion to compel Cities to answer discovery requests; write letter to J. Murphy summarizing CR 37 conference; |
| 1341 | 05/22/12 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Review and edit master deposition outline for counties to include exhibit examination from key documents binder; review and edit CR 37 letter to counsel for Morgan Witt; |
| 1342 | 05/23/12 | Fisher | 1.70 | $ 330.00 | $ 561.00 | Prepare for and participate in fourth CR 37 conference with J. Murphy; draft and send J. Murphy letter summarizing conference; |
| 1343 | 05/23/12 | Williams | 5.50 | $ 580.00 | $ 3,190.00 | Continue drafting master deposition outline for City Administrators and City Attorneys; |
| 1344 | 05/24/12 | Boschen | 2.40 | $ 150.00 | $ 360.00 | Worked on production and discovery issues and correspondence regarding same [2.4]; |
| 1345 | 05/24/12 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Worked on document management issues [.2]; email correspondence with Ms. Montague regarding status of lawsuit [.1]; researched and analyzed issues regarding factual background in preparation for depositions [.3]; email correspondence with co-counsel regarding same [.1]. |
| 1346 | 05/25/12 | Boschen | 6.90 | $ 150.00 | $ 1,035.00 | Worked on bates labeling and converting native productions; personal conferences regarding same; updated client contact information; reviewed discovery requests and responses; correspondence regarding same; |
| 1347 | 05/25/12 | Talner | 0.80 | $ 400.00 | $ 320.00 | Review discovery documents and send relevant parts to co-counsel for deposition preparation |
| 1348 | 05/25/12 | Williams | 0.70 | $ 580.00 | $ 406.00 | Exchange emails on production of client complaints that pre-date 2006; review and edit letter to Cooley on setting up depositions; |
| 1349 | 05/25/12 | Fisher | 0.70 | $ 330.00 | $ 231.00 | Discuss production issues; write and send letter to A. Cooley regarding rescheduling of depositions; read and reply to team emails; |

119

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| **1350** | 05/27/12 | Marshall | 2.10 | $ 375.00 | $ 787.50 | Worked on discovery and document management issues [.3]; worked on witness issues [.2]; reviewed Ms. Coleman's bid to Cities for public defense services and analyzed issues regarding same [.2]; researched and analyzed issues regarding response to defendants regarding objections on fifth amendment grounds [1.0]; email to co-counsel regarding same [.4]. |
| **1351** | 05/28/12 | Fisher | 0.60 | $ 330.00 | $ 198.00 | Write letter to opposing counsel to schedule a CR 37 conference in order to discuss production of client complaints; |
| **1352** | 05/29/12 | Boschen | 7.30 | $ 150.00 | $ 1,095.00 | Continued work on production issues; telephone conferences and correspondence regarding same; commenced work on document review; updated pleading with Perkins Coie address change. |
| **1353** | 05/29/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Worked on response to opposing counsel regarding objections on fifth amendment and relevance grounds [.2]; email correspondence with co-counsel regarding same [.1]; worked on discovery and deposition scheduling issues [.2]. |
| **1354** | 05/29/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review 5th amendment objections/proposed compromise re depositions and e-mail co-counsel re same. |
| **1355** | 05/29/12 | Fisher | 2.40 | $ 330.00 | $ 792.00 | Finalize letter to A. Cooley requesting CR 37 conference to discuss production of client complaints; review documents; read and respond to team emails; |
| **1356** | 05/29/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Coordinate with litigation team on discovery issues; |
| **1357** | 05/30/12 | Boschen | 7.10 | $ 150.00 | $ 1,065.00 | Continued work on document review [7.1]. |
| **1358** | 05/30/12 | Fisher | 2.90 | $ 330.00 | $ 957.00 | Email J. Boschen list of depositions and deposers; draft motion to compel M. Witt to produce documents; |
| **1359** | 05/31/12 | Boschen | 7.00 | $ 150.00 | $ 1,050.00 | Continued document review and indexing [5.6]; correspondence regarding same [.2]; conference call regarding discovery and depositions [1.2]; |
| **1360** | 05/31/12 | Marshall | 2.40 | $ 375.00 | $ 900.00 | Prepared for conference call with co-counsel regarding discovery and case strategy issues [.2]; participated in same [1.5]; worked on action item plan for discovery, deposition, and case strategy issues [.2]; researched and analyzed issues regarding discoverability of names of attorney's clients and email correspondence with co-counsel regarding same [.1]; reviewed recent document production by defendants [.4]. |
| **1361** | 05/31/12 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Preparation for and attend teleconference team litigation strategy meeting. |
| **1362** | 05/31/12 | Talner | 1.90 | $ 400.00 | $ 760.00 | Conference call with co-counsel to discuss discovery followup actions, emails regarding pieces of evidence in cities' supplemental production |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1363 | 05/31/12 | Fisher | 3.90 | $ 330.00 | $ 1,287.00 | Write agenda for today's call and send to team; draft motion to compel M. Witt's compliance with subpoena; talk with J. Murphy regarding document production'; write summary letter to J. Murphy regarding our call; draft letter to A. Cooley regarding his notice of unavailability; |
| 1364 | 05/31/12 | Williams | 3.00 | $ 580.00 | $ 1,740.00 | Prepare for and preside over litigation team strategy call; review newly produced documents for inclusion in hot documents binder; draft letter to Cooley responding to Notice of Unavailability; |
| 1365 | 05/31/12 | Roos | 1.20 | $ 465.00 | $ 558.00 | Telephone conference with team regarding discovery and related issues; communications regarding legal research projects and deposition scheduling; |
| 1366 | 06/01/12 | Boschen | 7.10 | $ 150.00 | $ 1,065.00 | Drafted SDT to Mountain Law and correspondence regarding same [.4]; continued work on document review [6.5]; correspondence regarding discovery [.2]. |
| 1367 | 06/01/12 | Marshall | 2.40 | $ 375.00 | $ 900.00 | Reviewed new public defense services contract [.4]; analyzed issues regarding subpoena to Mountain Law [.4]; worked on same [.6]; email to co-counsel regarding same [.3]; reviewed documents produced by defendants [.4]; analyzed issues regarding complaints to cities about public defense services [.1]; email correspondence with co-counsel regarding same [.1]; telephone conference with co-counsel regarding deposition scheduling [.1]. |
| 1368 | 06/01/12 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Work on scheduling Sybrandy deposition and e-mail co-counsel re same (1.25); Review/analyze Requests for Admission/Interrogatory responses (.75). |
| 1369 | 06/01/12 | Talner | 1.50 | $ 400.00 | $ 600.00 | Emails with co-counsel re reviewing and revising discovery documents |
| 1370 | 06/01/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review and exchange emails on discovery requests to new public defender; participate in CR 37 conference on missing complaints from 2005-08 on Sybrandy & Witt; |
| 1371 | 06/01/12 | Fisher | 1.50 | $ 330.00 | $ 495.00 | Work on notice of depositions; participate in CR 37 conference regarding complaints prior to 2008 and after April 30, 2012; review discovery responses; |
| 1372 | 06/03/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Finalized subpoena to Mountain Law and analyzed issues regarding service on same [.2]. |

121

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1373 | 06/04/12 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Worked on discovery and document management issues [.3]; message from Mr. Murphy and email correspondence with co-counsel regarding deposition scheduling issues [.1]; analyzed issues and email correspondence with co-counsel regarding same [.1]; reviewed defendants' supplemental discovery responses [.3]; analyzed issues regarding Mr. Rosenberg's letter of May 21 and left message with Mr. Rosenberg regarding same [.3]. |
| 1374 | 06/04/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Draft/finalize letter re scheduling depositions. |
| 1375 | 06/04/12 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Review Cities' responses to Requests for Admission and begin integration of responses into deposition outline; |
| 1376 | 06/04/12 | Roos | 0.20 | $ 465.00 | $ 93.00 | Review and revise subpoenas and notices of deposition; |
| 1377 | 06/05/12 | Boschen | 5.20 | $ 150.00 | $ 780.00 | Continued work on document and video production review [2.5]; correspondence regarding production and discovery [.2]; burned sets of defendants' productions for co-counsel and prepared mailings for same [1.1]; downloaded production from FTP site [.2]; updated production log [.1]; correspondence with opposing counsel regarding production issues [.1]; researched SDT notice issues and correspondence and personal conference regarding same [.2]; drafted and finalized notice and subpoena [.5]; prepared service and mailing of same [.2]; correspondence and telephone call to Mr. Murphy regarding scheduling Mr. Witt's deposition [.1]. |
| 1378 | 06/05/12 | Marshall | 2.30 | $ 375.00 | $ 862.50 | Telephone conferences with co-counsel regarding failure of Mr. Sybrandy to respond to motion to compel [.1]; researched and analyzed issues regarding service of motion on third party [.3]; prepared for call with opposing counsel regarding search terms and other discovery issues [.2]; telephone conference with opposing counsel regarding same [.2]; email correspondence with co-counsel and opposing counsel regarding same [.2]; analyzed issues regarding search terms [.3]; email correspondence with co-counsel regarding same [.3]; reviewed documents produced by defendants [.4]; analyzed issues regarding SDT to Mountain Law [.1]; reviewed letter from opposing counsel regarding deposition of Mr. Rogerson [.1]; analyzed issues regarding document production by defendants [.1]. |
| 1379 | 06/05/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review discovery resp. re bid proposal and e-mail team re same (.25); Draft letter to Sybrandy re overdue responses (.75). |
| 1380 | 06/05/12 | Talner | 0.60 | $ 400.00 | $ 240.00 | Review documents produced in discovery and email about them to co-counsel |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1381 | 06/05/12 | Fisher | 2.50 | $ 330.00 | $ 825.00 | Review documents produced by Cities; draft agenda for weekly team meeting; read and respond to emails; talk with J. Murphy about M. Witt's production; |
| 1382 | 06/05/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Update deposition outline for E. Stendal with questions based on Mt. Vernon responses to Requests for Admission and answers to Interrogatories; |
| 1383 | 06/06/12 | Boschen | 6.10 | $ 150.00 | $ 915.00 | Continued document review [4.8]; correspondence regarding discovery and production [.2]; case status telephone conference [.5]; reviewed Sybrandy response to motion to compel [.1]; reviewed documents relevant to Sybrandy WSBA complaints and correspondence regarding same [.2]; personal confernece and correspondence regarding Rogerson deposition [.1]; correspondence with Mr. Murphy regarding Witt deposition [.1]; correspondence regarding court observation [.1]. |
| 1384 | 06/06/12 | Marshall | 1.70 | $ 375.00 | $ 637.50 | Prepared for weekly conference call with co-counsel regarding discovery, expert, legal, and case strategy issues [.1]; participated in same [.5]; reviewed email and document production from Mr. Sybrandy in response to motion to compel [.2]; worked on discovery issues [.3]; email to opposing counsel regarding meeting to discuss search terms and other discovery issues [.1]; reviewed Mr. Sybrandy's response to motion to compel production and analyzed issues regarding same [.5]. |
| 1385 | 06/06/12 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Review/analyze R. Sybrandy response re motion to compel and e-mail co-counsel and defense counsel re same. |
| 1386 | 06/06/12 | Talner | 0.30 | $ 400.00 | $ 120.00 | Review documents produced in discovery and email about them to co-counsel |
| 1387 | 06/06/12 | Roos | 0.80 | $ 465.00 | $ 372.00 | Telephone conference with team regarding discovery; communications regarding research projects; |
| 1388 | 06/06/12 | Fisher | 1.10 | $ 330.00 | $ 363.00 | Prepare for and participate in weekly team call; send T. Marshall a stipulated protective order signed by R. Lasnik; read R. Sybrandy's email and letter regarding motion to compel; read R. Sybrandy's declaration in response to plaintiff's motion to compel compliance with subpoena; |
| 1389 | 06/06/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Prepare for and coordinate litigation team conference call on case status; review Sybrandy response to plaintiffs' Motion to Compel; |
| 1390 | 06/07/12 | Boschen | 2.40 | $ 150.00 | $ 360.00 | Continued document review [2.4]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 1391 | 06/07/12 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Analyzed issues regarding stipulation to extend reply brief deadline on motion to compel Sybrandy production [.2]; telephone conference with co-counsel regarding same [.1]; telephone conference and email correspondence with Ms. Sunne regarding indigent defense investigation [.2]; email correspondence with co-counsel regarding same [.1]; analyzed issues regarding reply in support of motion to compel Sybrandy production [.1]; worked on strategy for locating witnesses [.1]. |
| 1392 | 06/07/12 | Bledsoe | 1.00 | $ 120.00 | $ 120.00 | Draft Stipulated Order re: extending deadline to reply to Sybrandy's response to Motion to Compel (.7); Draft Note for Hearing re: same (.3). |
| 1393 | 06/07/12 | Zuchetto | 2.50 | $ 330.00 | $ 825.00 | Work on stipulation re continue deadline for reply re Subpoena Duces Tecum. |
| 1394 | 06/08/12 | Boschen | 3.30 | $ 150.00 | $ 495.00 | Prepared letter and mailing to Mr. Sybrandy for delivery of documents and correspondence regarding same [.5]; worked on production and discovery issues relating to motion to compel and correspondence regarding same [.9]; correspondence with Mr. Murphy regarding the deposition of Morgan Witt [.1]; correspondence regarding court observations [.1]; continued reviewing documents [1.7]. |
| 1395 | 06/08/12 | Marshall | 2.50 | $ 375.00 | $ 937.50 | Analyzed issues regarding Sybrandy production [.2]; reviewed defendants' proposed protective order and analyzed issues regarding same [.3]; worked on revisions to same [.2]; researched and analyzed issues regarding same local rules on protective orders and HIPAA application [.3]; worked on reply in support of motion to compel Sybrandy production [1.5]. |
| 1396 | 06/08/12 | Zuchetto | 5.00 | $ 330.00 | $ 1,650.00 | E-mail Jen re Sybrandy docs. (.3); Work on reply re Sybrandy motion to compel (4.7). |
| 1397 | 06/08/12 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Write letter to J. Murphy proposing to inspect files ourselves; |
| 1398 | 06/09/12 | Zuchetto | 0.10 | $ 330.00 | $ 33.00 | Review proposed protective order and e-mail co-counsel re same. |
| 1399 | 06/10/12 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Work on reply re Motion to Compel Sybrandy. |
| 1400 | 06/11/12 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Correspondence with Mr. Murphy regarding Mr. Witt's deposition [.1]. |

124

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1401 | 06/11/12 | Marshall | 0.90 | $ 375.00 | $ 337.50 | Worked on deposition scheduling issues and email correspondence with co-counsel regarding same [.1]; analyzed issues regarding production of documents by Mr. Witt and Mr. Sybrandy [.2]; email correspondence with co-counsel regarding revisions to protective order proposed by opposing counsel [.1]; analyzed issues regarding same and email to opposing counsel regarding same [.2]; worked on reply in support of motion to compel Sybrandy documents [.2]; reviewed opposing counsel's revisions to protective order and analyzed issues regarding same [.1]. |
| 1402 | 06/11/12 | Bledsoe | 1.00 | $ 120.00 | $ 120.00 | Office meeting with Zuchetto and MF re: depo notices and reply due to Mtn to Compel Sybrandy (.25); Review of and forward Sybrandy's replies to Pls discovery to TMDW (.25); Draft Deposition Notice for Richard Sybrandy (.5). |
| 1403 | 06/11/12 | Zuchetto | 7.05 | $ 330.00 | $ 2,326.50 | Work on Reply re Sybrandy motion to compel (6.75); Call w/ witness re Sybrandy bar complaints (.3). |
| 1404 | 06/11/12 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Review and revise proposed protective order |
| 1405 | 06/11/12 | Fisher | 0.70 | $ 330.00 | $ 231.00 | Edit and send letter to J. Murphy regarding proposal to inspect copies ourselves; |
| 1406 | 06/12/12 | Kinsey | 1.60 | $ 100.00 | $ 160.00 | Email correspondence with Likkel and Associates regarding scheduling video depositions of Witt and Sybrandy [.3]; prepared drafts of and finalized amended subpoenas in a civil case to appear at deposition and notices of videotape deposition [.6]; prepared draft of and finalized acceptance of service for Mr. Murphy on behalf of Mr. Witt [.2]; prepared draft and finalized acceptance of service on behalf of Mr. Sybrandy [.2]; prepared draft of transmittal letter to Mr. Sybrandy [.3]. |
| 1407 | 06/12/12 | Boschen | 3.00 | $ 150.00 | $ 450.00 | Worked on labeling and tracking several document productions and producing to opposing counsel [1.5]; updated production log [.1]; personal conferences and correspondence regarding document productions [.5]; correspondence regarding same [.1]; worked on process serving subpoena duces tecum to Mountain Law PLLC [.4]; researched WSBA rules on confidentiality for grievances and correspondence regarding same [.2]; telephone conference with client [.1]. |

125

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 1408 | 06/12/12 | Marshall | 4.60 | $ 375.00 | $ 1,725.00 | Worked on reply in support of motion to compel production from Sybrandy [1.5]; researched and analyzed issues regarding same [.7]; telephone conference with co-counsel regarding same [.2]; reviewed documents produced by Mr. Sybrandy and analyzed issues regarding same [.5]; worked on production of documents [.2]; analyzed issues regarding same [.2]; researched and analyzed issues regarding HIPAA application [.2]; worked on revisions to proposed protective order [.2]; reviewed proposed clawback agreement and worked on revisions to same [.2]; email to opposing counsel regarding same [.1]; worked on document production issues [.5]; worked on issues regarding subpoenas to Mr. Witt and Mr. Sybrandy [.1]. |
| 1409 | 06/12/12 | Bledsoe | 2.50 | $ 120.00 | $ 300.00 | Finalize Reply to Sybrandy's Response to Plaintiffs' Motion to Compel (.5); Prepare Zuchetto declaration and gathered and finalized Zuchetto declaration exhibits (2.0). |
| 1410 | 06/12/12 | Bergland | 0.80 | $ 190.00 | $ 152.00 | Review of and revisions to Reply in Support of Motion to Compel and cite check same. |
| 1411 | 06/12/12 | Zuchetto | 6.25 | $ 330.00 | $ 2,062.50 | Edit/finalize response re motion to compel Sybrandy (5.5); E-mail Jen/discuss w/ Brianna and co-counsel supplemental discovery production (.75). |
| 1412 | 06/12/12 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Review and revise draft reply for motion to compel regarding discovery documents |
| 1413 | 06/12/12 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Call and leave message with J. Murphy regarding inspection of M. Witt's case files; read and edit reply to R. Sybrandy's opposition to motion to compel; call and leave another message with J. Murphy; review document production sent by J. Boschen; |
| 1414 | 06/13/12 | Kinsey | 1.50 | $ 100.00 | $ 150.00 | Reviewed, revised and finalized Sybrandy and Witt deposition subpoenas and notices [.6]; arranged service [.4]; arranged videographer, court reporter and conference room locations [.5]. |
| 1415 | 06/13/12 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Correspondence and telephone conference regarding deposition [.2]; correspondence regarding court observation, document productions and class member tracking [.3]; |
| 1416 | 06/13/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Worked on issues regarding the Cities' electronic searches for documents [.3]; reviewed final draft of stipulated protective order and email correspondence with opposing counsel regarding same [.1]; reviewed final draft of clawback agreement and sent copy of same to opposing counsel [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1417 | 06/13/12 | Zuchetto | 1.35 | $ 330.00 | $ 445.50 | Discuss Witt/Sybrandy docs and deps. w/ co-counsel and strategy re same (.75); Edit/review subpoena material to Sybrandy re dep. (.3); Review/analyze new S.Ct. standard (.3). |
| 1418 | 06/13/12 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Email correspondence with co-counsel re discovery issues; email correspondence with co-counsel re WSBA standards and WA court rules |
| 1419 | 06/13/12 | Talner | 0.30 | $ 400.00 | $ 120.00 | Emails with co-counsel re investigating facts and re new caseload standards |
| 1420 | 06/13/12 | Fisher | 3.90 | $ 330.00 | $ 1,287.00 | Participate in weekly team call; draft motion to compel M. Witt's compliance with subpoena, proposed order, and declaration; |
| 1421 | 06/13/12 | Roos | 0.20 | $ 465.00 | $ 93.00 | Telephone conference regarding discovery issues; |
| 1422 | 06/13/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Participate in weekly team conference call on strategy; meet with C. Fisher to discuss outline of motion to compel production by Witt; |
| 1423 | 06/14/12 | Boschen | 4.00 | $ 150.00 | $ 600.00 | Reviewed search terms, compared to hit list, and correspondence regarding same in preparation for conference call with cities regarding same [1.5]; telephone conference regarding search terms [1]; personal conferences and correspondence regarding same [.3]; researched Microsoft search functionality [.2]; updated production log [.1]; continued reviewing document productions [.9]. |
| 1424 | 06/14/12 | Marshall | 2.30 | $ 375.00 | $ 862.50 | Analyzed issues regarding electronic discovery and prepared for telephone conference with opposing counsel regarding same [.4]; researched and analyzed issues regarding mootness and effect of policy changes on claims for injunctive relief [.4]; email correspondence with co-counsel regarding same [.1]; analyzed issues regarding proposed deposition of Mr. Rogerson and reviewed documents in relation to same [.2]; prepared for telephone conference with opposing counsel regarding search terms [.2]; participated in same [.7]; analyzed issues regarding same [.3]. |
| 1425 | 06/14/12 | Bledsoe | 0.65 | $ 120.00 | $ 78.00 | Prepare letter to Cooley (.25); Review and finalize letter and deposition notice to Richard Sybrandy (.4). |
| 1426 | 06/14/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Work on letter to defense counsel re Rogerson dep. |
| 1427 | 06/14/12 | Fisher | 3.70 | $ 330.00 | $ 1,221.00 | Complete motion to compel; attend meeting with B. Roos and J. Hong to discuss indemnification issue; |
| 1428 | 06/14/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review Court's Stipulated Protective Order; review exchange of emails on new case law from Texas Supreme Court on right to counsel; |

127

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1429 | 06/15/12 | Boschen | 6.40 | $ 150.00 | $ 960.00 | Continued document review [5.2]; correspondence and telephone conference with Mr. Murphy regarding Mr. Witt's deposition [.2]; researched client case history [.1]; continued researching Windows and Outlook query functions and revising the ESI search term list [.9]. |
| 1430 | 06/15/12 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Reviewed state supreme court order on indigent defense standards [.2]; analyzed issues regarding same [.2]; reviewed production of case files from Sybrandy and analyzed issues regarding same [.6]. |
| 1431 | 06/15/12 | Fisher | 1.90 | $ 330.00 | $ 627.00 | Edit motion to compel M. Witt's compliance with subpoena and declaration; organize and chart all correspondence between J. Murphy and plaintiffs; |
| 1432 | 06/16/12 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on document management, discovery, and case strategy issues [.3]. |
| 1433 | 06/18/12 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Telephone call from Mr. Gipe regarding extension of deadline to respond to subpoena to Mountain Law [.1]. |
| 1434 | 06/18/12 | Talner | 1.90 | $ 400.00 | $ 760.00 | Review and summarize court files obtained in discovery |
| 1435 | 06/18/12 | Fisher | 0.50 | $ 330.00 | $ 165.00 | Edit motion to compel M. Witt's compliance with subpoena; review case file information chart from N. Talner. |
| 1436 | 06/19/12 | Boschen | 0.40 | $ 150.00 | $ 60.00 | Reviewed case file index and correspondence regarding same [.2]; reviewed 2012 contract and correspondence regarding same [.2]; |
| 1437 | 06/19/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Analyzed issues regarding municipal court visit [.2]; worked on search term issues for electronic document production [.1]; analyzed issues regarding review of court videos [.1]. |
| 1438 | 06/19/12 | Fisher | 0.40 | $ 330.00 | $ 132.00 | Research special master; compose and send out agenda for tomorrow's call; |
| 1439 | 06/19/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review and exchange emails on motion to compel Witt production of documents; |
| 1440 | 06/20/12 | Boschen | 8.70 | $ 150.00 | $ 1,305.00 | Travel to and from Burlington for court observation; correspondence regarding same; continued work on revised ESI search term list. |
| 1441 | 06/20/12 | Marshall | 2.00 | $ 375.00 | $ 750.00 | Prepared for weekly telephone conference with co-counsel regarding discovery and case strategy issues [.1]; participated in same [.4]; analyzed issues regarding Wilbur court hearing and left message with Mr. Wilbur regarding same [.1]; analyzed issues regarding practices of current public defense attorneys [.2]; reviewed document production regarding same [.5]; email correspondence with co-counsel regarding same [.2]; analyzed issues regarding timing of settlement proposal [.3]; email correspondence and telephone conference with co-counsel regarding same [.2]. |
| 1442 | 06/20/12 | Bledsoe | 0.25 | $ 120.00 | $ 30.00 | Draft letter to defense counsel re: Sybrandy Deposition. |

128

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1443 | 06/20/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review letter from Sybrandy re deposition and review letter to def. counsel re same (.5); Team meeting re strategy (.5). |
| 1444 | 06/20/12 | Talner | 4.80 | $ 400.00 | $ 1,920.00 | Observe Burlington court session, discuss with co-observer, emails with co-counsel re case strategy |
| 1445 | 06/20/12 | Fisher | 2.80 | $ 330.00 | $ 924.00 | Edit declaration for motion to compel M. Witt's compliance with subpoena; gather exhibits for motion; |
| 1446 | 06/20/12 | Williams | 0.20 | $ 580.00 | $ 116.00 | Exchange emails on motion to compel Witt production of documents; |
| 1447 | 06/20/12 | Roos | 2.60 | $ 465.00 | $ 1,209.00 | Review and revise motion to compel; conference regarding same with C. Fisher; |
| 1448 | 06/21/12 | Boschen | 5.70 | $ 150.00 | $ 855.00 | Continued work on revised ESI search term list and further research regarding same[1.2]; correspondence with opposing regarding same [.1]; continued work on document review [3.3];  updated production log [.1]; personal conference regarding production [.1]; copied and mailed Defendants' production to co-counsel [.5]; worked on OCRing and Bates labeling Defendants' production [.3]; correspondence regarding summary of court observation[.1]; |
| 1449 | 06/21/12 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Telephone conferences and email correspondence with co-counsel regarding settlement strategy [.5]; worked on same [.2]; worked on motion to compel discovery from Witt and proposed order granting sme [.4]. |
| 1450 | 06/21/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Edit motion to compel Witt. |
| 1451 | 06/21/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | email correspondence with co-counsel re case strategy; telephone correspondence with co-counsel re settlement |
| 1452 | 06/21/12 | Talner | 0.50 | $ 400.00 | $ 200.00 | Review draft motion to compel re Witt subpoena, investigate case |
| 1453 | 06/21/12 | Fisher | 2.20 | $ 330.00 | $ 726.00 | Edit motion to compel; file motion to compel; |
| 1454 | 06/22/12 | Boschen | 4.70 | $ 150.00 | $ 705.00 | Continued document review [4.7]. |
| 1455 | 06/22/12 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Email correspondence with co-counsel regarding filing of motion to compel [.1]; personal conference regarding Ms. Boschen regarding observations of new public defense attorneys [.5]; worked on search terms and issues related to electronic discovery requests [.8]. |
| 1456 | 06/25/12 | Roos | 1.70 | $ 465.00 | $ 790.50 | Review summer associate research; review materials relating to J. Aarstad; |
| 1457 | 06/26/12 | Boschen | 2.60 | $ 150.00 | $ 390.00 | Revised and finalized ESI search terms and worked on troubleshooting Windows syntax for same [2.6]. |

129

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1458 | 06/26/12 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Prepared for and participated in telephone conference with Mr. Gipe regarding Mountain Law's response to SDT [.6]; email to Mr. Gipe regarding recently entered protective order [.1]; exchanged messages with Mr. Wilbur regarding status of case [.1]; telephone call from Mr. Wilbur regarding same [.1]; analyzed issues regarding existence of outstanding charges for Mr. Wilbur [.1]; worked on discovery issues [.2]. |
| 1459 | 06/26/12 | Bledsoe | 1.00 | $ 120.00 | $ 120.00 | Draft 2nd Amended Subpeona, depo notice and cover letter. |
| 1460 | 06/26/12 | Zuchetto | 0.30 | $ 330.00 | $ 99.00 | Prep/edit subpoena material re Sybrandy dep. |
| 1461 | 06/26/12 | Talner | 4.20 | $ 400.00 | $ 1,680.00 | Travel to and from and observe Mount Vernon court session |
| 1462 | 06/26/12 | Fisher | 4.30 | $ 330.00 | $ 1,419.00 | Observe Mount Vernon Municipal Court's new public defenders; draft agenda for team meeting; |
| 1463 | 06/26/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review and respond to emails on potential settlement of litigation with Cities; |
| 1464 | 06/27/12 | Boschen | 1.10 | $ 150.00 | $ 165.00 | Correspondence regarding electronic discovery search terms; weekly case status conference call; personal conferences and correspondence regarding deposition exhibits. |
| 1465 | 06/27/12 | Marshall | 2.50 | $ 375.00 | $ 937.50 | Prepared for weekly call with co-counsel [.2]; participated in same [1.0]; worked on discovery, document review, and deposition strategy issues [.3]; worked on search terms for electronic discovery requests [.5]; email correspondence with co-counsel and opposing counsel regarding same [.4]; worked on settlement strategy [.1]. |
| 1466 | 06/27/12 | Zuchetto | 1.10 | $ 330.00 | $ 363.00 | Team meeting/call re strategy (.7); Draft settlement letter to defense counsel (.4). |
| 1467 | 06/27/12 | Dunne | 0.50 | $ 380.00 | $ 190.00 | Conference call with co-counsel re case strategy and discovery |
| 1468 | 06/27/12 | Roos | 0.90 | $ 465.00 | $ 418.50 | Communications regarding summer associate research project; telephone conference with team regarding settlement and outstanding discovery issues; |
| 1469 | 06/27/12 | Fisher | 1.30 | $ 330.00 | $ 429.00 | Participate in weekly team call; read memorandum regarding 1983 liability; |
| 1470 | 06/27/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Conference call with litigation team on strategy for potential settlement and other issues; |
| 1471 | 06/28/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Finalized and prepared mailing of FRE 408 letter to opposing counsel. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1472 | 06/28/12 | Marshall | 1.50 | $ 375.00 | $ 562.50 | Worked on analysis of settlement strategy [.6]; worked on letter to opposing counsel regarding invitation to mediation or informal settlement talks [.4]; email correspondence with co-counsel regarding same [.1]; finalized same [.1]; reviewed order compelling Mr. Sybrandy to produce documents and analyzed issues regarding same [.3]. |
| 1473 | 06/28/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review/analyze Court's order re motion to compel (.25); Edit/draft settlement letter (.25). |
| 1474 | 06/28/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Review court order re motion to compel; email correspondence with co-counsel re settlement |
| 1475 | 06/28/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review Court order compelling Sybrandy production; |
| 1476 | 06/29/12 | Boschen | 1.10 | $ 150.00 | $ 165.00 | Personal conference regarding document production from Mountain Law PLLC; commenced review of same. |
| 1477 | 06/29/12 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | E-mail co-counsel re WItt production/motion. |
| 1478 | 06/29/12 | Fisher | 0.30 | $ 330.00 | $ 99.00 | Email J. Murphy to set a time to discuss order compelling R. Sybrandy's compliance with subpoena; |
| 1479 | 07/02/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding reply in support of motion to compel documents from Mr. Witt [.1]; telephone call from Mr. Wilbur regarding factual background issues [.1]. |
| 1480 | 07/02/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review/analyze Witt's response re Subpoena Duces Tecum/Motion to compel, e-mail co-counsel re same. |
| 1481 | 07/02/12 | Talner | 0.90 | $ 400.00 | $ 360.00 | Review documents produced in discovery and prepare deposition questions |
| 1482 | 07/02/12 | Fisher | 1.50 | $ 330.00 | $ 495.00 | Read M. Witt's Response to Plaintiffs' motion to compel compliance with subpoena; draft reply; |
| 1483 | 07/03/12 | Kinsey | 0.20 | $ 100.00 | $ 20.00 | Reviewed and revised Mountain Law stipulated protective order. |
| 1484 | 07/03/12 | Boschen | 3.10 | $ 150.00 | $ 465.00 | Worked on labeling and preparing documents for production; burned production to CD and prepared mailing to opposing; drafted letter regarding same; correspondence regarding same; updated production log; uploaded production to FTP and Dropbox. |
| 1485 | 07/03/12 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Analyzed issues regarding Mr. Wilbur's current situation [.2]; worked on getting stipulated confidentiality order for Mountain Law production [.2]; worked on search term issues [.2]. |
| 1486 | 07/03/12 | Zuchetto | 0.30 | $ 330.00 | $ 99.00 | E-mail co-counsel re proposed protective order language. |
| 1487 | 07/03/12 | Fisher | 2.20 | $ 330.00 | $ 726.00 | Draft reply to motion to compel M. Witt's compliance with subpoena; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1488 | 07/03/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review email from N. Talner with proposed deposition questions for City Administrators; |
| 1489 | 07/05/12 | Boschen | 2.60 | $ 150.00 | $ 390.00 | Correspondence regarding hearing transcription and other production issues [.2]; reviewed outstanding document review projects [.2]; telephone call to Mr. Hoff regarding client [.1]; reviewed jail roster and case history regarding client and correspondence regarding same [.2]; continued document review [1.9]. |
| 1490 | 07/05/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Telephone call from opposing counsel regarding mediation [.1]; analyzed issues and email correspondence with co-counsel regarding same [.4]. |
| 1491 | 07/05/12 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Edit reply re Witt motion to compel (.5); E-mail co-counsel re mediation (.25). |
| 1492 | 07/05/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Exchange emails with litigation team on proposed mediation; review and edit Reply Brief on Witt Motion to Compel; |
| 1493 | 07/05/12 | Fisher | 3.00 | $ 330.00 | $ 990.00 | Draft reply to motion to compel; |
| 1494 | 07/05/12 | Roos | 2.10 | $ 465.00 | $ 976.50 | Draft outline for deposition of J. Aarstad; review summer associate research; communications regarding mediation; |
| 1495 | 07/06/12 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Telephone conference and email correspondence with co-counsel regarding mediation scheduling and strategy [.4]; left message with opposing counsel regarding mediation scheduling [.1]; worked on selection of mediator and scheduling of mediation [.5]. |
| 1496 | 07/06/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review/edit brief re motion to compel Witt. |
| 1497 | 07/06/12 | Roos | 0.80 | $ 465.00 | $ 372.00 | Telephone conference regarding settlement; draft letters to third-party witnesses regarding depositions; |
| 1498 | 07/06/12 | Fisher | 1.70 | $ 330.00 | $ 561.00 | Finalize reply and declaration; participate in team call about mediation and depositions; draft and send A. Cooley letter regarding mediation dates; |
| 1499 | 07/06/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Conference call with team on settlement strategy and postponement of discovery; review letters to opposing counsel and third-party witnesses on postponing discovery; |
| 1500 | 07/09/12 | Talner | 2.60 | $ 400.00 | $ 1,040.00 | Review and summarize court files provided in discovery |
| 1501 | 07/09/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Coordinate with opposing counsel and team on mediation data; |
| 1502 | 07/10/12 | Boschen | 0.60 | $ 150.00 | $ 90.00 | Telephone calls to and conferences with client and his relatives [.4]; correspondence and personal conference regarding mediation costs [.1]; telephone conferences with JAMS regarding mediation scheduling [.1]; |
| 1503 | 07/10/12 | Talner | 5.30 | $ 400.00 | $ 2,120.00 | Review and summarize court files provided in discovery |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1504 | 07/10/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Exchange emails on discovery delay and mediation; |
| 1505 | 07/11/12 | Bledsoe | 0.25 | $ 120.00 | $ 30.00 | Telephone Conference with Jenn Boschen re: Mediation, depos, and discovery productions. |
| 1506 | 07/11/12 | Williams | 0.70 | $ 580.00 | $ 406.00 | Prepare for and preside over weekly litigation team call; review emails; |
| 1507 | 07/12/12 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Worked on locating client and calling same [.2]; correspondence regarding production and discovery issues [.1]. |
| 1508 | 07/16/12 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Worked on mediation, discovery, and action item issues and email correspondence with co-counsel regarding same [.5]; analyzed issues regarding Mr. Sybrandy's failure to comply with court order [.1]; telephone conference with co-counsel regarding mediation strategy [.2]. |
| 1509 | 07/16/12 | Bledsoe | 0.40 | $ 120.00 | $ 48.00 | Review and finalize letter to Mr. Sybrandy. |
| 1510 | 07/16/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Draft letter to Sybrandy re production. |
| 1511 | 07/16/12 | Fisher | 0.10 | $ 330.00 | $ 33.00 | Reply to T. Marshall's email about mediation questions; |
| 1512 | 07/16/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review email exchange on discovery dispute; |
| 1513 | 07/17/12 | Boschen | 2.60 | $ 150.00 | $ 390.00 | Worked on reviewing, gathering and disseminating documents in preparation for mediation and correspondence regarding same [2.1]; drafted and finalized letters to clients regarding mediation [.4]; email correspondence with client regaridng same [.1]; |
| 1514 | 07/17/12 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Analyzed issues regarding response to proposed protective order for Mountain Law production [.1]; email correspondence with Mr. Gipe regarding same [.1]; analyzed issues regarding notice to clients of mediation and participation in same [.2]; email correspondence with co-counsel regarding same [.1]; worked on letter to clients regarding same [.2]; worked on mediation strategy issues [.1]; worked on review of recently produced documents [.1]; worked on mediation submission [.5]. |
| 1515 | 07/18/12 | Kinsey | 0.50 | $ 100.00 | $ 50.00 | Reviewed mediation materials from WAMS [.1]; prepared draft of plaintiffs' mediation submission to Ms. Keller [.4]. |
| 1516 | 07/18/12 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Telephone calls to Chehalis to locate client and telephone conference with client [.2]; telephone conference with Mr. Cecil [.2]; correspondence regarding same [.1]. |
| 1517 | 07/18/12 | Marshall | 3.70 | $ 375.00 | $ 1,387.50 | Prepared for and participated in weekly conference call with co-counsel, focusing on mediation tasks and strategy [.6]; worked on mediation letter [3.1]. |
| 1518 | 07/18/12 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Participate in telephonic team meeting |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 1519 | 07/18/12 | Fisher | 1.70 | $ 330.00 | $ 561.00 | Draft agenda for weekly meeting; participate in team call; draft and send letter to A. Cooley regarding new deposition dates; draft letters to D. Svaren, J. Aarstad, C. Cammock regarding new deposition date; read J. Hong memorandum regarding prospective injunction and voluntary cessation; |
| 1520 | 07/18/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Attend team conference call on case status; discuss settlement strategy with B. Roos and C. Fisher; |
| 1521 | 07/19/12 | Marshall | 2.20 | $ 375.00 | $ 825.00 | Worked on mediation submission and related issues [2.2]. |
| 1522 | 07/19/12 | Talner | 0.20 | $ 400.00 | $ 80.00 | Email co-counsel re witness release, follow-up re obtaining court files |
| 1523 | 07/19/12 | Fisher | 1.30 | $ 330.00 | $ 429.00 | Draft letter to A. Cooley regarding depositions and respond to his email about his unavailability; speak with T. Marshall about M. Witt and R. Sybrandy depositions; discuss deposition dates with J. Williams and B. Roos; review draft settlement agreement; |
| 1524 | 07/19/12 | Roos | 2.10 | $ 465.00 | $ 976.50 | Draft settlement agreement; communications regarding deposition scheduling; |
| 1525 | 07/20/12 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Drafted, finalized, mailed, emailed and filed letter to Mr. Murphy regarding Witt deposition [.3]; worked on reviewing and pulling documents for mediation and correspondence regarding same [.6]; |
| 1526 | 07/20/12 | Marshall | 4.30 | $ 375.00 | $ 1,612.50 | Worked on mediation submission and researched and analyzed issues for same [4.1]; email correspondence with co-counsel regarding fees and costs issues [.2]. |
| 1527 | 07/20/12 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Review/sign letter re Sybrandy dep. |
| 1528 | 07/20/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review and edit proposed class action settlement agreement language; |
| 1529 | 07/21/12 | Marshall | 3.50 | $ 375.00 | $ 1,312.50 | Worked on mediation submission and researched and analyzed issues for same [3.5]. |
| 1530 | 07/22/12 | Marshall | 6.00 | $ 375.00 | $ 2,250.00 | Worked on mediation submission and researched and analyzed issues regarding same [6.0]. |
| 1531 | 07/22/12 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Research re mootness doctrine. |
| 1532 | 07/23/12 | Marshall | 3.40 | $ 375.00 | $ 1,275.00 | Worked on plaintiffs' mediation submission [1.5]; email correspondence with and telephone conferences with co-counsel regarding same [.7]; worked on fee and cost calculations in advance of mediation [1.0]; telephone call from Mr. Cooley regarding mediation discussions and stay of discovery [.1]; email correspondence with co-counsel regarding same [.1]. |
| 1533 | 07/23/12 | Zuchetto | 0.30 | $ 330.00 | $ 99.00 | Review/edit mediation letter. |

134

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1534 | 07/23/12 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Coordinate deposition dates; draft letter to A. Cooley proposing new deposition dates; read mediation statement and make comments; |
| 1535 | 07/23/12 | Roos | 1.80 | $ 465.00 | $ 837.00 | Review and revise mediation statement; revise draft settlement agreement; |
| 1536 | 07/24/12 | Kinsey | 0.30 | $ 100.00 | $ 30.00 | Reviewed, revised and finalized plaintiffs' mediation submission letter to Ms. Keller. |
| 1537 | 07/24/12 | Boschen | 7.10 | $ 150.00 | $ 1,065.00 | Worked on mediation statement exhibits and cites; correspondence and personal conferences regarding same; telephone conference with mediator regarding same; prepared documents for attorney's noteboook for same; prepared mediators' notebook and ABC form. |
| 1538 | 07/24/12 | Marshall | 1.90 | $ 375.00 | $ 712.50 | Worked on mediation submission [1.4]; telephone conferences with co-counsel regarding mediation strategy [.5]. |
| 1539 | 07/24/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Conference call with co-counsel re case strategy and settlement |
| 1540 | 07/24/12 | Roos | 0.50 | $ 465.00 | $ 232.50 | Review mediation statement; |
| 1541 | 07/25/12 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Messengered mediator's notebook [.1]. |
| 1542 | 07/25/12 | Marshall | 3.00 | $ 375.00 | $ 1,125.00 | Analyzed issues regarding mediation submissions and email to opposing counsel regarding same [.1]; researched and analyzed issues regarding ability to recover fees as prevailing party after obtaining court-approved class settlement [1.6]; email to co-counsel regarding same [.2]; researched and analyzed issues regarding burden of proof on mootness assertion and municipal liability standards [.6]; worked on mediation strategy [.4]; telephone call from Mr. Wilbur regarding mediation [.1]. |
| 1543 | 07/25/12 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Prepare for mediation and research re fees. |
| 1544 | 07/25/12 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Email correspondence with co-counsel re settlement and upcoming mediation |
| 1545 | 07/25/12 | Fisher | 2.20 | $ 330.00 | $ 726.00 | Read and reply to emails; participate in meeting with E. Mendoza and B. Roos to discuss attorneys' fees; read mediation statement and settlement agreement in anticipation of mediation preparation; |
| 1546 | 07/25/12 | Roos | 0.60 | $ 465.00 | $ 279.00 | Conference with summer associate regarding recovery of attorneys' fees research; |
| 1547 | 07/25/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review and exchange emails on settlement of case; |
| 1548 | 07/26/12 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Worked on mediation preparation [.1]; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1549 | 07/26/12 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Exchanged messages with Ms. Montague regarding mediation [.1]; researched and analyzed issues regarding requirements for obtaining prevailing party status where settlement is reached [.8]; drafted memorandum to co-counsel regarding same [.4]. |
| 1550 | 07/26/12 | Marshall | 7.40 | $ 375.00 | $ 2,775.00 | Prepared for mediation and reviewed various materials [2.4]; meetings with co-counsel in preparation for mediation [4.0]; worked on mediation arguments [1.0]. |
| 1551 | 07/26/12 | Bergland | 0.20 | $ 190.00 | $ 38.00 | Preparation of report re: hours and fees to date in case; e-mail to Zuchetto re same. |
| 1552 | 07/26/12 | Zuchetto | 8.00 | $ 330.00 | $ 2,640.00 | Travel to Seattle re mediation (4.5); preparation for same (1.5); team meeting re same (2.0).. |
| 1553 | 07/26/12 | Dunne | 1.80 | $ 380.00 | $ 684.00 | Preparation for mediation |
| 1554 | 07/26/12 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Review and analyze plaintiffs' mediation statement in preparation for mediation strategy session with litigation team; meet with D. Burman to discuss settlement strategy; meet with litigation team to discuss media strategy; review materials in preparation for mediation; |
| 1555 | 07/26/12 | Fisher | 1.50 | $ 330.00 | $ 495.00 | Participate in mediation preparation; |
| 1556 | 07/27/12 | Marshall | 9.40 | $ 375.00 | $ 3,525.00 | Prepared for, traveled to, and participated in mediation [9.4]. |
| 1557 | 07/27/12 | Zuchetto | 8.00 | $ 330.00 | $ 2,640.00 | Attend/participate in mediation. |
| 1558 | 07/27/12 | Dunne | 7.50 | $ 380.00 | $ 2,850.00 | Attend mediation |
| 1559 | 07/27/12 | Williams | 7.80 | $ 580.00 | $ 4,524.00 | Prepare for and attend mediation of case with Margo Keller of WAMS; |
| 1560 | 07/30/12 | Kinsey | 0.40 | $ 100.00 | $ 40.00 | Finalized notice of occurrence of alternative dispute resolution [.1]; prepared certificate of service [.1]; arranged filing and service [.1]; email correspondence to mediator transmitting copy [.1]. |
| 1561 | 07/30/12 | Marshall | 1.80 | $ 375.00 | $ 675.00 | Worked on action item list [.1]; telephone call from mediator [.1]; analyzed issues regarding mediation [.4]; telephone call from co-counsel regarding letter to opposing counsel on mediation [.2]; worked on same [.6]; worked on deposition scheduling issues [.2]; analyzed issues regarding proposed protective order for Mountain Law [.1]; left message with and email to Mr. Gipe regarding same [.1]. |
| 1562 | 07/30/12 | Bledsoe | 1.50 | $ 120.00 | $ 180.00 | Draft letter to Mr. Sybrandy re: Deposition date (.5); Revise and finalize Deposition Notice for Mr. Sybrandy, and Subpoena for Zuchetto's review (1.0) |
| 1563 | 07/30/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Work on letter to R. Sybrandy, deposition notice and subpoena. |

136

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1564 | 07/30/12 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Draft second letter to A. Cooley regarding rescheduling of depositions; speak with T. Marshall and M. Zuchetto about deposition dates and times for R. Sybrandy and M. Witt; |
| 1565 | 07/30/12 | Williams | 0.80 | $ 580.00 | $ 464.00 | Review letter to A. Cooley on depositions and expert reports; meet with B. Roos and C. Fisher to discuss action items and outline of examination for municipal court judges; review and exchange emails on case status with L. Medway; |
| 1566 | 07/30/12 | Roos | 0.20 | $ 465.00 | $ 93.00 | Conference with J. Williams and C. Fisher regarding discovery; |
| 1567 | 07/31/12 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Commenced drafting second amended subpoena, notice and acceptance of service for Morgan Witt deposition [.2]; telephone conference and correspondence regarding same [.1]; |
| 1568 | 07/31/12 | Marshall | 3.20 | $ 375.00 | $ 1,200.00 | Worked on letter to opposing counsel regarding mediation discussions [1.7]; email correspondence and telephone conference with co-counsel regarding same [.2]; worked on discovery and case strategy issues [.9]; email correspondence and telephone conference with opposing counsel regarding search terms and electronic discovery production [.4]. |
| 1569 | 07/31/12 | Zuchetto | 1.20 | $ 330.00 | $ 396.00 | Edit/revise letter to def. counsel re settlement, discuss same w/ co-counsel. |
| 1570 | 07/31/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review and approve settlement demand letter to Cities; |
| 1571 | 07/31/12 | Fisher | 0.50 | $ 330.00 | $ 165.00 | Draft and send proposed meeting agenda for weekly call; read order requiring M. Witt's production of documents; read and edit settlement letter; read email regarding update on electronic discovery; |
| 1572 | 08/01/12 | Boschen | 3.60 | $ 150.00 | $ 540.00 | Telephone conferences with client [.2]; finalized FRE 408 letter and prepared for mailing [.3]; finalized and prepared for mailing second amended subpoena and notice for Morgan Witt deposition [.4]; worked on document review and correspondence regarding same [.6]; personal conference and correspondence regarding Sybrandy response to SDT [.3]; researched Sybrandy time management software and tested demo of same [1.4]; Bates labeled and OCRd Sybrandy supplemental production [.2]; correspondence regarding same [.1]; updated production log [.1]; |

137

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1573 | 08/01/12 | Marshall | 2.70 | $ 375.00 | $ 1,012.50 | Email correspondence with co-counsel regarding status of Mountain Law document production and cancellation of team meeting [.1]; reviewed document production from Sybrandy and analyzed issues regarding same [.5]; revised letter to opposing counsel regarding additional mediation discussions [.3]; worked on settlement and case strategy issues [1.0]; worked on discovery issues and strategy for obtaining court-ordered documents from Mr. Sybrandy [.8]. |
| 1574 | 08/01/12 | Zuchetto | 5.75 | $ 330.00 | $ 1,897.50 | Review Sybrandy e-mail re response to Court Order/Subpoena, review same, review materials provided (2.5); Work on letter to Sybrandy (1.75); Discuss same w/ co-counsel (.5); Edit/revise settlement letter (.75); Discuss same w/ co-counsel (.25). |
| 1575 | 08/01/12 | Talner | 0.40 | $ 400.00 | $ 160.00 | Review supplemental production from Sybrandy and email co-counsel about it |
| 1576 | 08/01/12 | Williams | 0.20 | $ 580.00 | $ 116.00 | Exchange emails with team on settlement demand letter; |
| 1577 | 08/02/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Worked on arrangements for Morgan Witt deposition [.1]; correspondence regarding document productions [.1]. |
| 1578 | 08/02/12 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Work on letter to Richard Sybrandy re Court's Order. |
| 1579 | 08/02/12 | Fisher | 0.10 | $ 330.00 | $ 33.00 | Schedule depositions; |
| 1580 | 08/03/12 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Downloaded production and correspondence regarding same and updated production log [.3]. |
| 1581 | 08/03/12 | Bergland | 0.20 | $ 190.00 | $ 38.00 | Office conference with Zuchetto re: file review and review of spreadsheet provided by co-counsel. |
| 1582 | 08/03/12 | Roos | 1.10 | $ 465.00 | $ 511.50 | Preparation for deposition of S. Skelton; |
| 1583 | 08/05/12 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Review and revise deposition outline for J. Skelton |
| 1584 | 08/05/12 | Roos | 3.60 | $ 465.00 | $ 1,674.00 | Prepare for deposition of S. Skelton; |
| 1585 | 08/06/12 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Worked on outline for deposition of Judge Skelton [.8]. |
| 1586 | 08/06/12 | Bledsoe | 1.00 | $ 120.00 | $ 120.00 | Process, review and save all Sybrandy PDF e-mails to the Server. |
| 1587 | 08/06/12 | Zuchetto | 2.25 | $ 330.00 | $ 742.50 | Review e-mails from Sybrandy (.8);  e-mail co-counsel re same (.2); Review e-mails/docs. from R. Sybrandy (1.25). |
| 1588 | 08/06/12 | Roos | 5.20 | $ 465.00 | $ 2,418.00 | Prepare for and attend deposition of S. Skelton; conference regarding same; |

138

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 1589 | 08/07/12 | Boschen | 0.90 | $  150.00 | $  135.00 | Personal conferences and correspondence regarding production estimate [.3]; downloaded Sybrandy supplemental production and correspondence regarding same [.3]; updated production log [.1]; telephone calls to, conference with and correspondence with Mr. Murphy regarding deposition of Morgan Witt [.2]. |
| 1590 | 08/07/12 | Marshall | 1.60 | $  375.00 | $  600.00 | Telephone call from Mr. Cooley regarding settlement negotiations [.3]; telephone conference and email correspondence with co-counsel regarding same [.5]; researched and analyzed issues regarding same [.8]. |
| 1591 | 08/07/12 | Zuchetto | 1.00 | $  330.00 | $  330.00 | Team strategy call, f/u w/ co-counsel re settlement parameters. |
| 1592 | 08/07/12 | Williams | 1.00 | $  580.00 | $  580.00 | Review and exchange email string on Cooley proposed settlement discussions; |
| 1593 | 08/07/12 | Roos | 0.20 | $  465.00 | $  93.00 | Communications regarding settlement proposal; |
| 1594 | 08/08/12 | Boschen | 1.80 | $  150.00 | $  270.00 | Reviewed outline for conference call [.1]; conference call regarding case status [.5]; worked on brainstorming complaint and oversight options for settlement negotiations and personal conferences and correspondence regarding same [1.2]. |
| 1595 | 08/08/12 | Marshall | 5.60 | $  375.00 | $  2,100.00 | Team call regarding settlement negotiations and strategy for responding comments of opposing counsel [.5]; researched and analyzed issues regarding same [2.8]; drafted letter to opposing counsel regarding settlement proposal [2.3]. |
| 1596 | 08/08/12 | Zuchetto | 0.85 | $  330.00 | $  280.50 | E-mail co-counsel re motion to compel Witt (.1); Discuss settlement w/ co-counsel (.75). |
| 1597 | 08/08/12 | Talner | 1.50 | $  400.00 | $  600.00 | Conference call with co-counsel to discuss case strategy; research re public defense complaint processes |
| 1598 | 08/08/12 | Dunne | 0.10 | $  380.00 | $  38.00 | Email correspondence with co-counsel re discovery issues and document production |
| 1599 | 08/08/12 | Roos | 0.50 | $  465.00 | $  232.50 | Telephone conference regarding settlement options and discovery; |
| 1600 | 08/09/12 | Kinsey | 0.40 | $  100.00 | $  40.00 | Prepared draft of, reviewed and revised letter to Mr. Cooley regarding proposed settlement terms. |
| 1601 | 08/09/12 | Boschen | 0.70 | $  150.00 | $  105.00 | Personal conference regarding settlement negotiations [.1]; reviewed settlement correspondence and provided feedback on same [.4]; personal conference and correspondence regarding same [.2]. |

139

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1602 | 08/09/12 | Marshall | 2.50 | $ 375.00 | $ 937.50 | Telephone calls from co-counsel regarding settlement proposal issues [.7]; worked on revisions to settlement letter to opposing counsel [.9]; researched and analyzed issues regarding same [.4]; worked on document management issues [.2]; analyzed issues regarding deposition of Judge Skelton [.3]. |
| 1603 | 08/09/12 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Review settlement letter and e-mail co-counsel re same. |
| 1604 | 08/09/12 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Review letter re settlement; email correspondence with co-counsel re same |
| 1605 | 08/09/12 | Talner | 0.50 | $ 400.00 | $ 200.00 | Discussions with co-counsel about settlement offer |
| 1606 | 08/09/12 | Fisher | 0.30 | $ 330.00 | $ 99.00 | Read and edit second settlement offer letter to A. Cooley; |
| 1607 | 08/09/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review and approve of Class proposed settlement offer letter; |
| 1608 | 08/10/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Worked on settlement strategy issues [.3]; analyzed issues regarding Sybrandy's failure to poduce documents [.2]. |
| 1609 | 08/13/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Email to opposing counsel regarding settlement issues [.1]; worked on same [.1]; worked on discovery issues [.2]. |
| 1610 | 08/13/12 | Zuchetto | 2.25 | $ 330.00 | $ 742.50 | Review Sybrandy e-mail re docs. provided (1.25); Prepare response re same (.75); Review settlement e-mail and discuss same w/ co-counsel (.25). |
| 1611 | 08/13/12 | Fisher | 0.20 | $ 330.00 | $ 66.00 | Read emails regarding R. Sybrandy's production in response to motion to compel; discuss deposition preparation with B. Roos; send email to T. Marshall and M. Zechetto inquiring about deposition preparation and email production progress; |
| 1612 | 08/13/12 | Williams | 0.20 | $ 580.00 | $ 116.00 | Review email to Cooley on failed settlement negotiations; |
| 1613 | 08/14/12 | Boschen | 1.80 | $ 150.00 | $ 270.00 | Correspondence with, telephone call to and conferences with vendor regarding electronic discovery [.6]; researched Mr. Sybrandy's version of Timeslips and telephone conference with Sage regarding same [.4]; reviewed ESI project estimate [.2]; personal conferences and summarized same [.3]; copied production for vendor [.2]; researched current Burlington City Administrator and correspondence regarding same [.1]; |
| 1614 | 08/14/12 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Email correspondence with opposing counsel and co-counsel regarding status of Burlington emails [.2]; email correspondence with Mr. Gipe regarding status of protective order [.1]; analyzed issues regarding deduplication of Cities' production of emails [.3]; worked on case strategy issues [.2]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1615 | 08/14/12 | Fisher | 0.40 | $ 330.00 | $ 132.00 | Read emails from T. Marshall regarding depositions and email productions and discuss with B. Roos; research when we have to file a motion or stipulated order to extend expert report deadline; email T. Marshall and M. Zuchetto about expert report deadline; send out agenda for tomorrow's meeting; |
| 1616 | 08/14/12 | Williams | 0.20 | $ 580.00 | $ 116.00 | Review email exchanges on settlement discussions; |
| 1617 | 08/15/12 | Boschen | 5.10 | $ 150.00 | $ 765.00 | Conference call regarding case status; demoed Clearwell email review application; Bates labeled and produced Sybrandy supplemental productions; updated production log; personal conferences and correspondence regarding management of electronic discovery and associated costs; reivewed documents; |
| 1618 | 08/15/12 | Marshall | 1.50 | $ 375.00 | $ 562.50 | Telephone conference and email correspondence with co-counsel regarding various case strategy and discovery issues [.6]; worked on same [.3]; telephone conference with Mr. Gipe regarding status of proposed stipulated protective order for Mountain Law production [.1]; email correspondence with opposing counsel regarding same [.1]; worked on issues regarding de-duplication and review of email production from cities [.4]. |
| 1619 | 08/15/12 | Bledsoe | 0.10 | $ 120.00 | $ 12.00 | Conference with Zuchetto re files received from TMDW. |
| 1620 | 08/15/12 | Bergland | 1.25 | $ 190.00 | $ 237.50 | Office conference with Zuchetto re e-mail production and need for removal of duplicates (.2); import e-mails into Outlook (.25); research re: duplicate removal, download and review script (.8). |
| 1621 | 08/15/12 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Team meeting re litigation strategy (.5); Review cities' e-mail production and work on process to de-dupe. (1.5). |
| 1622 | 08/15/12 | Roos | 1.00 | $ 465.00 | $ 465.00 | Conference with team regarding discovery issues; |
| 1623 | 08/15/12 | Fisher | 2.50 | $ 330.00 | $ 825.00 | Read email regarding R. Sybrandy's production in response to motion to compel compliance with subpoena; participate in weekly team call; draft letter to J. Murphy regarding order to compel production; draft letter to A. Rosenberg and B. Augenthaler regarding J. Aarstad and B. Harrison depositions and extension of expert report deadline; |
| 1624 | 08/15/12 | Williams | 0.20 | $ 580.00 | $ 116.00 | Review and approve of letters to defense counsel on depositions; |
| 1625 | 08/16/12 | Boschen | 0.40 | $ 150.00 | $ 60.00 | Reviewed ESI catalogue and correspondence regarding same [.1]; corrected acceptance of service and correspondence regarding same [.1]; personal conferences and correspondence regarding email production [.2]; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1626 | 08/16/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Worked on plan for effectively reviewing email documents produced by Mount Vernon and telephone conference with co-counsel regarding same [.4]. |
| 1627 | 08/16/12 | Bergland | 1.00 | $ 190.00 | $ 190.00 | Office conference wtih Zuchetto re: de-duping e-mails and saving same as PDFs (.25); Review of capabilities of Outlook re same (.75). |
| 1628 | 08/16/12 | Zuchetto | 5.00 | $ 330.00 | $ 1,650.00 | Review Mt. Vernon e-mail production and work on de-duping and deleting irrelevant (4.5); Discuss same w/ co-counsel (.5). |
| 1629 | 08/17/12 | Boschen | 1.10 | $ 150.00 | $ 165.00 | Telephone conference and correspondence regarding email production [.3]; researched OLM to PST converters [.1]; telephone conferences with client aobut outstanding charges [.3]; worked on scheduling depositions and personal conferences and correspondence regarding same [.4]. |
| 1630 | 08/17/12 | Webster | 2.50 | $ 80.00 | $ 200.00 | Attempt to delete duplicates of e-mails and resend as usable files. |
| 1631 | 08/17/12 | Zuchetto | 6.25 | $ 330.00 | $ 2,062.50 | Work on de-duping project re Mt. Vernon e-mails (6.0); Respond to co-counsel re Sybrandy deposition (.25). |
| 1632 | 08/17/12 | Fisher | 0.70 | $ 330.00 | $ 231.00 | Email T. Marshall and M. Zuchetto about depositions and email production; figure out deposition scheduling. |
| 1633 | 08/20/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Correspondence and telephone conference regarding email production and processing [.2]. |
| 1634 | 08/20/12 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Email correspondence with opposing counsel regarding status of Burlington email production [.2]; worked on discovery, document management, and deposition issues, especially issues related to deduplication of emails from Mount Vernon [.4]; telephone conference with co-counsel regarding same [.2]; analyzed issues regarding extension of expert disclosure deadline and discovery cutoff for expert depositions and email correspondence with co-counsel regarding same [.2]; email to Mr. Gipe regarding status of protective order for Mountain Law documents [.1]. |
| 1635 | 08/20/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Discuss Mt. Vernon e-mail production w/ co-counsel/de-duping process. |
| 1636 | 08/20/12 | Dunne | 0.20 | $ 380.10 | $ 76.02 | Email correspondence with co-counsel re case strategy and case deadlines |
| 1637 | 08/20/12 | Fisher | 1.80 | $ 330.00 | $ 594.00 | Draft motion to modify expert report deadline; |
| 1638 | 08/20/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review emails on discovery issues and change of deposition dates; approve letter to Cities on same; |
| 1639 | 08/21/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Worked on deposition scheduling and correspondence regarding same [.2]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 1640 | 08/21/12 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Email correspondence with opposing counsel and co-counsel regarding discovery issues [.1]; worked on same [.3]; telephone conference with opposing counsel regarding same [.1]; worked on case strategy issues [.1]; finalized stipulated protective order for Mountain Law documents [.2]. |
| 1641 | 08/21/12 | Talner | 0.80 | $ 400.00 | $ 320.00 | Email and telephone call with consulting expert re evidence in our case |
| 1642 | 08/21/12 | Fisher | 3.80 | $ 330.00 | $ 1,254.00 | Draft and send letter to A. Rosenberg and B. Aughenthaler regarding intent to file motion to modify; draft motion to modify dates; |
| 1643 | 08/22/12 | Kinsey | 0.30 | $ 100.00 | $ 30.00 | Reviewed, revised and finalized proposed stipulated protective order regarding Mountain Law subpoena [.2]; email correspondence to Judge's chambers regarding same [.1]. |
| 1644 | 08/22/12 | Boschen | 1.90 | $ 150.00 | $ 285.00 | Correspondence and telephone conference with vendor regarding email production; conference call regarding case status; correspondence regarding jail visitation; correspondence with court reporter regarding deposition schedule. |
| 1645 | 08/22/12 | Marshall | 2.00 | $ 375.00 | $ 750.00 | Worked on filing of stipulated protective order for Mountain Law documents and analyzed issues regarding deadline for filing of amended pleadings [.1]; prepared for and participated in conference call with co-counsel regarding discovery and case strategy issues [.9]; telephone conference with co-counsel regarding strategy for defeating mootness argument [.6]; worked on same [.3]; worked on stipulated motion to extend disclosure and discovery deadlines [.1]. |
| 1646 | 08/22/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Participate in team litigation call (.8); Discuss alternate theory of liability w/ Marshall (.2). |
| 1647 | 08/22/12 | Talner | 1.50 | $ 400.00 | $ 600.00 | Conference call with co-counsel re case strategy; investigation re potential additional witnesses |
| 1648 | 08/22/12 | Roos | 2.40 | $ 465.00 | $ 1,116.00 | Conference regarding discovery; communications regarding same; prepare for deposition of C. Cammock; |
| 1649 | 08/22/12 | Fisher | 1.30 | $ 330.00 | $ 429.00 | Draft agenda for weekly meeting; participate in meeting; draft stipulated motion to modify scheduling order; send order to opposing counsel for comments; |
| 1650 | 08/22/12 | Williams | 0.40 | $ 580.00 | $ 232.00 | Review proposed Mountain Law Group protective order; prepare for team conference call on status of litigation; |
| 1651 | 08/23/12 | Haynes | 1.10 | $ 190.00 | $ 209.00 | Researched and analyzed issues in preparation for jail visit [1.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1652 | 08/23/12 | Boschen | 9.30 | $ 150.00 | $ 1,395.00 | Personal and telephone conferences regarding jail visitation [1.4]; telephone conference with ESI vendor regarding email production [.2]; worked on document review [7.7]. |
| 1653 | 08/23/12 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Worked on preparation for jailhouse interviews and strategy for same [.8]. |
| 1654 | 08/23/12 | Talner | 0.60 | $ 400.00 | $ 240.00 | Discuss investigation of potential witnesses with co-counsel |
| 1655 | 08/23/12 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Draft proposed order; edit motion in light of opposing counsel's comments; |
| 1656 | 08/24/12 | Boschen | 6.00 | $ 150.00 | $ 900.00 | Continued work on document review; software training with vendor; telephone conference and correspondence regarding same. |
| 1657 | 08/24/12 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Email correspondence with co-counsel regarding case strategy issues and opposing counsel regarding document production [.1]. |
| 1658 | 08/24/12 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Email correspondence with co-counsel re discovery issues and expert deadlines |
| 1659 | 08/24/12 | Fisher | 1.30 | $ 330.00 | $ 429.00 | Revise stipulated motion and send to opposing counsel; file motion and order; |
| 1660 | 08/27/12 | Haynes | 3.80 | $ 190.00 | $ 722.00 | Researched and analyzed issues in preparation for jail visits [3.8]. |
| 1661 | 08/27/12 | Boschen | 4.10 | $ 150.00 | $ 615.00 | Personal conference regarding electronic discovery; Bates labeled production; updated production log; prepared and revised forms for jail visit; reviewed jail roster and revised index; personal conferences regarding same; worked on document review. |
| 1662 | 08/27/12 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Analyzed issues regarding witness interviews [.2]; reviewed stipulated protective order entered by court, transmitted same to Mr. Gipe, and requested deadline for production [.1]; worked on issues regarding Mr. Sybrandy's production of documents and data [.3]. |
| 1663 | 08/27/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Coordinate on re-schedule of City representative depositions; |
| 1664 | 08/28/12 | Haynes | 9.30 | $ 190.00 | $ 1,767.00 | Conducted interviews at Skagit County Jail and traveled to and from same [9.3]. |
| 1665 | 08/28/12 | Boschen | 9.50 | $ 150.00 | $ 1,425.00 | Travel to and from Mount Vernon for witness interviews at Skagit County Jail and data extraction from Mr. Sybrandy's time reporting system [9.5]. |
| 1666 | 08/28/12 | Marshall | 0.90 | $ 375.00 | $ 337.50 | Email correspondence with opposing counsel regarding status of production of Burlington emails [.1]; researched and analyzed issues regarding Defendants' ability to present evidence generated and gathered after the close of discovery [.2]; reviewed settlement counteroffer from defendants and analyzed issues regarding same [.2]; analyzed issues regarding witness interviews and collection of documents and data from Mr. Sybrandy [.4]. |

144

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1667 | 08/28/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review defense counsel response re Burlington e-mail production and e-mail co-counsel re same (.5); Review e-mail from JB re Sybrandy material and respond to same (.25); Review/analyze Defendants' settlement offer and e-mail co-counsel re same (.25). |
| 1668 | 08/28/12 | Talner | 7.50 | $ 400.00 | $ 3,000.00 | Travel to and interview potential witnesses |
| 1669 | 08/28/12 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Schedule depositions; read information regarding Burlington email production; email W. Honea to schedule S. Svaren's deposition; |
| 1670 | 08/28/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Meet with C. Fisher to discuss rescheduling of depositions; |
| 1671 | 08/29/12 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Telephone conference regarding case status; correspondence regarding deposition scheduling and Burlington email production. |
| 1672 | 08/29/12 | Marshall | 2.20 | $ 375.00 | $ 825.00 | Telephone conferences with co-counsel regarding settlement, discovery, and case strategy issues [.3]; prepared for and participated in weekly team call [.7]; telephone conference and email correspondence with opposing counsel regarding email production issues [.3]; worked on same and other discovery issues [.6]; worked on settlement issues [.3]. |
| 1673 | 08/29/12 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Team litigation strategy call (.8); Followup re same w/ co-counsel (.2); Review proposed withdrawal of stipulation and e-mail/call co-counsel re same (.25). |
| 1674 | 08/29/12 | Talner | 0.50 | $ 400.00 | $ 200.00 | Conference call with co-counsel to discuss case strategy |
| 1675 | 08/29/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Email correspondence with opposing counsel and co-counsel re case deadlines; review notice to withdraw stipulated motion re case deadlines |
| 1676 | 08/29/12 | Roos | 0.90 | $ 465.00 | $ 418.50 | Telephone conference with team regarding discovery; communications regarding deposition scheduling and expert disclosures; |
| 1677 | 08/29/12 | Fisher | 1.70 | $ 330.00 | $ 561.00 | Participate in weekly team meeting; send letter to C. Cammock regarding rescheduling deposition; draft letter to opposing counsel regarding deposition schedule; draft and file withdrawal of stipulated motion to modify; |
| 1678 | 08/29/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Conference call with Judge Lasnik's chambers on adjustment of trial and related dates; prepare for and participate in team strategy call; exchange emails with Cooley on trial date extension; |
| 1679 | 08/30/12 | Fisher | 0.10 | $ 330.00 | $ 33.00 | Speak with W. Honea about scheduling S. Svaren's deposition; |
| 1680 | 08/31/12 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Telephone conference regarding expert reports; worked on preparing exhibits for experts and correspondence regarding same; reviewed documents. |

145

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1681 | 08/31/12 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Analyzed issues regarding expert disclosures [.2]; worked on discovery issues [.4]; email correspondence with Mr. Gipe regarding status of Mountain Law production [.1]. |
| 1682 | 08/31/12 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Correspondence with J. Strait re supplemental declaration |
| 1683 | 08/31/12 | Fisher | 1.10 | $ 330.00 | $ 363.00 | Participate in call to discuss expert report deadline; discuss deposition dates with A. Cooley. |
| 1684 | 08/31/12 | Williams | 0.70 | $ 580.00 | $ 406.00 | Exchange emails with C. Fisher and B. Roos on expert reports and scheduling of depositions; |
| 1685 | 09/04/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Personal conference and correspondence regarding third party production [.2]. |
| 1686 | 09/04/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Worked on expert issues [.5]. |
| 1687 | 09/04/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Correspondence with J. Strait re supplemental declaration |
| 1688 | 09/05/12 | Haynes | 0.60 | $ 190.00 | $ 114.00 | Email correspondence regarding jail visits [.6]. |
| 1689 | 09/05/12 | Boschen | 4.60 | $ 150.00 | $ 690.00 | Worked on downloading productions from FTP; correspondence regarding same; worked on uploading productions; telephone conference regarding case status; updated production log; worked on document review; personal conference and correspondence regarding jail visits. |
| 1690 | 09/05/12 | Marshall | 2.30 | $ 375.00 | $ 862.50 | Prepared for and participated in weekly team meeting [.9]; reviewed documents produced by Mountain Law and analyzed issues regarding same [.4]; worked on second SDT to Mountain Law [.4]; worked on witness interview issues [.1]; worked on discovery and expert issues [.3]; analyzed issues regarding evidence to use at trial [.2]. |
| 1691 | 09/05/12 | Zuchetto | 0.95 | $ 330.00 | $ 313.50 | Participate in team litigation strategy call (.7); Review expert declarations. re supplement and discuss same w/ co-counsel (.25). |
| 1692 | 09/05/12 | Dunne | 0.60 | $ 380.00 | $ 228.00 | Correspondence with J. Strait re supplemental declaration |
| 1693 | 09/05/12 | Fisher | 4.60 | $ 330.00 | $ 1,518.00 | Read emails regarding Burlington email production; participate in team meeting; coordinate and email opposing counsel plaintiffs' second supplemental expert disclosures |
| 1694 | 09/05/12 | Roos | 1.20 | $ 465.00 | $ 558.00 | Telephone conference with team regarding discovery; draft deposition notice to Cities; communications regarding expert disclosures; review same; |
| 1695 | 09/06/12 | Boschen | 2.10 | $ 150.00 | $ 315.00 | Correspondence regarding deposition scheduling and expert productions; updated production log; researched public defender contact information; commenced preparation of subpoena duces tecum to Mountain Law; personal conferences and correspondence regarding same. |

146

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1696 | 09/06/12 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Worked on second subpoena duces tecum to Mountain Law and researched and analyzed issues regarding same [.6]; analyzed issues regarding Rule 30(b)(6) deps [.1]; analyzed issues regarding email production from cities [.1]; reviewed defendants' motion to extend trial date and analyzed issues regarding same [.2]. |
| 1697 | 09/06/12 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Review/edit Subpoena Duces Tecum to Mountain Law (.5); Review/analyze motion for continuance (.25). |
| 1698 | 09/06/12 | Roos | 0.90 | $ 465.00 | $ 418.50 | Draft deposition notice for City of Burlington; review motion to continue trial date; |
| 1699 | 09/06/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review draft 30(b)(6) deposition notice and provide comments; |
| 1700 | 09/07/12 | Marshall | 1.70 | $ 375.00 | $ 637.50 | Analyzed issues regarding response to defendants' motion to extend trial date [.2]; drafted memorandum to co-counsel regarding same [.6]; worked on subpoena duces tecum to Mountain Law [.6]; worked on case strategy issues [.3]. |
| 1701 | 09/07/12 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Review declaration re Bewick and e-mail team re same (.5); Work on Subpoenas Duces Tecum re phone records (1.0); e-mail team re strategy (.25). |
| 1702 | 09/07/12 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Review draft document request to Mountain Law |
| 1703 | 09/07/12 | Fisher | 0.70 | $ 330.00 | $ 231.00 | Draft and send letter to A. Cooley regarding depositions; |
| 1704 | 09/07/12 | Williams | 0.30 | $ 580.00 | $ 174.00 | Coordinate with team on response to Cities' Motion to continue trial date; |
| 1705 | 09/07/12 | Roos | 1.10 | $ 465.00 | $ 511.50 | Communications regarding depositions; review documents for deposition of Burlington; communications regarding opposition to motion to continue trial date; |
| 1706 | 09/10/12 | Talner | 2.30 | $ 400.00 | $ 920.00 | Draft declarations from jail visit witnesses |
| 1707 | 09/11/12 | Haynes | 0.30 | $ 190.00 | $ 57.00 | Email correspondence regarding jail visit and declarations [.3]. |
| 1708 | 09/11/12 | Boschen | 1.30 | $ 150.00 | $ 195.00 | Prepared subpoenas, acceptances of service and notices of subpoenas and mailings for same [1]; prepared letter to Mr. Gipe regarding same [.1]; email correspondence with opposing counsel and Mr. Gipe regarding same [.1]; telephone conference regarding production [.1]. |
| 1709 | 09/11/12 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Worked on revisions to second SDT to Mountain Law [.2]; researched and analyzed issues regarding same and email correspondence with co-counsel regarding same [.3]; drafted SDT to Baker Lewis and researched and analyzed issues regarding same [.7]. |
| 1710 | 09/11/12 | Zuchetto | 2.25 | $ 330.00 | $ 742.50 | Team call re case strategy/status. |

147

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1711 | 09/11/12 | Talner | 0.90 | $ 400.00 | $ 360.00 | Draft declarations for jail visit witnesses |
| 1712 | 09/11/12 | Fisher | 0.60 | $ 330.00 | $ 198.00 | Read and edit inmate declarations; draft and send out agenda for weekly team meeting; schedule depositions; |
| 1713 | 09/12/12 | Haynes | 1.00 | $ 190.00 | $ 190.00 | Personal conferences and email correspondence regarding jail visit and declarations [1]. |
| 1714 | 09/12/12 | Boschen | 4.30 | $ 150.00 | $ 645.00 | Conference call regarding case status [.5]; updated case contacts [.1]; reviewed recordings, meeting minutes and contracts and drafted summary of same [1.9]; prepared list of recording speakers for court reporter [.2]; telephone conference with court reporter regarding transcription [.1]; downloaded production and filed same [.2]; reviewed declaration and edited same [.4]; personal conferences and correspondence regarding same [.4]; telephone call to jail [.1]; reviewed jail roster [.1]; reviewed jail visit notes [.1]; reviewed public defender dockets [.2]. |
| 1715 | 09/12/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Team meeting re case status/strategy. |
| 1716 | 09/12/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Conference call with co-counsel re case strategy |
| 1717 | 09/12/12 | Fisher | 0.40 | $ 330.00 | $ 132.00 | Edit and resend agenda for weekly meeting; schedule depositions; |
| 1718 | 09/12/12 | Williams | 0.80 | $ 580.00 | $ 464.00 | Prepare for and preside over trial team strategy conference call; |
| 1719 | 09/13/12 | Haynes | 1.10 | $ 190.00 | $ 209.00 | Reviewed and edited class member declarations [1.1]. |
| 1720 | 09/13/12 | Boschen | 6.40 | $ 150.00 | $ 960.00 | Telephone conferences with witnesses [.8]; worked on revising, finalizing and printing declarations and personal conferences and correspondence regarding same [4.6]; printed out jail roster and reviewed for potential witnesses [.3]; correspondence with court reporter and co-counsel regarding deposition schedule [.2]; personal conference regarding deposition preparation [.3]; prepared for jail visit and witness interviews [.2]. |
| 1721 | 09/13/12 | Marshall | 1.50 | $ 375.00 | $ 562.50 | Worked on preparation for deposition of Mr. Witt [.7]; worked on settlement issues [.2]; telephone conference with co-counsel regarding witness declarations [.1]; worked on same [.4]; analyzed issues regarding SDT re kites [.1]. |
| 1722 | 09/13/12 | Talner | 0.90 | $ 400.00 | $ 360.00 | Teleconferences with witnesses to review declarations from jail visit, revisions to witness declarations |
| 1723 | 09/13/12 | Fisher | 1.70 | $ 330.00 | $ 561.00 | Draft letter regarding depositions; schedule depositions; speak with W. Honea about Svaren's deposition and subpoena for kites; |
| 1724 | 09/13/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Coordinate with team on deposition scheduling and settlement; |
| 1725 | 09/13/12 | Roos | 1.20 | $ 465.00 | $ 558.00 | Revise 30(b)(6) deposition notices; communications regarding depositions; |

148

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1726 | 09/14/12 | Haynes | 8.30 | $ 190.00 | $ 1,577.00 | Drove to/from Mt. Vernon, met with class members, and worked on declarations for same [8.3]. |
| 1727 | 09/14/12 | Boschen | 9.00 | $ 150.00 | $ 1,350.00 | Prepared for and traveled to and from Mount Vernon for witness interviews; drafted declarations; correspondence regarding same. |
| 1728 | 09/14/12 | Marshall | 1.70 | $ 375.00 | $ 637.50 | Drafted letter to opposing counsel regarding settlement counteroffer [.7]; researched and analyzed issues regarding same [.7]; email correspondence with and telephone call from co-counsel regarding same [.3]. |
| 1729 | 09/14/12 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Review settlement offer and e-mail co-counsel re same. |
| 1730 | 09/14/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Conduct legal research re court jurisdiction and monitoring in institutional cases; email with co-counsel re same |
| 1731 | 09/14/12 | Fisher | 5.10 | $ 330.00 | $ 1,683.00 | Schedule depositions; work on 30(b)(6) subpoenas; begin research for opposition to motion to continue trial date; |
| 1732 | 09/14/12 | Roos | 0.30 | $ 465.00 | $ 139.50 | Review response to settlement offer; communications regarding same; |
| 1733 | 09/15/12 | Boschen | 0.40 | $ 150.00 | $ 60.00 | Scanned and emailed signed declarations; correspondence regarding witnesses and declarations. |
| 1734 | 09/16/12 | Fisher | 4.00 | $ 330.00 | $ 1,320.00 | Draft opposition to motion to continue trial; |
| 1735 | 09/17/12 | Haynes | 3.30 | $ 190.00 | $ 627.00 | Email correspondence regarding class member declarations [.3]; worked on class member declarations [2.7]; telephone conference with co-counsel regarding class member declarations [.3]. |
| 1736 | 09/17/12 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Correspondence regarding witness interviews and declarations. |
| 1737 | 09/17/12 | Marshall | 2.10 | $ 375.00 | $ 787.50 | Researched and analyzed issues regarding Mr. Cooley's accusation of ex parte communications with insurance adjuster and drafted response to same [1.0]; telephone conferences and email correspondence with co-counsel regarding same [.4]; reviewed defendants' insurance policy and analyzed issues regarding same [.3]; email to opposing counsel regarding same [.1]; worked on witness declarations [.3]. |
| 1738 | 09/17/12 | Marshall | 2.10 | $ 375.00 | $ 787.50 | Researched and analyzed issues regarding Mr. Cooley's accusation of ex parte communications with insurance adjuster and drafted response to same [1.0]; telephone conferences and email correspondence with co-counsel regarding same [.4]; reviewed defendants' insurance policy and analyzed issues regarding same [.3]; email to opposing counsel regarding same [.1]; worked on witness declarations [.3]. |
| 1739 | 09/17/12 | Zuchetto | 0.55 | $ 330.00 | $ 181.50 | Review/edit declaration re Mountain Law current clients (.25); Review/edit response re defense counsel e-mail re contact w/ ins. adjuster (.3). |

149

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1740 | 09/17/12 | Dunne | 0.50 | $ 380.00 | $ 190.00 | Correspondence with J. Strait; email correspondence with co-counsel re discovery issues |
| 1741 | 09/17/12 | Talner | 1.20 | $ 400.00 | $ 480.00 | Research re Mountain Law, research to prepare for jail visit on 9/18 |
| 1742 | 09/17/12 | Roos | 0.40 | $ 465.00 | $ 186.00 | Revise 30(b)(6) deposition notices; communications regarding same; |
| 1743 | 09/18/12 | Boschen | 5.20 | $ 150.00 | $ 780.00 | Correspondence regarding production, declarations, depositions, discovery and subpoenas [.7]; prepared and finalized letter to opposing regarding supplementation of discovery responses  [.3]; worked on deposition preparation [1.5]; telephone conference with witness [.1]; telephone conference regarding declarations [.1]; revised witness declaration [2]; copied and circulated Burlington email production [.2]; updated production log [.1]; continued document review [.2]. |
| 1744 | 09/18/12 | Marshall | 3.30 | $ 375.00 | $ 1,237.50 | Worked on preparation for Witt deposition [.3]; email correspondence and telephone conference with Mr. Gipe regarding SDTs to Mountain Law and Baker Lewis [.3]; analyzed issues regarding same and request for extension [.2]; drafted letter to opposing counsel requesting supplementation of contract documents [.1]; analyzed issues regarding same [.1]; analyzed issues regarding review of Burlington email production [.2]; worked on deposition and document review issues [.2]; worked on witness declarations [.3]; researched and analyzed issues regarding defendants' request for continuance of trial date and email correspondence with co-counsel regarding response to same [.2]; worked on response to motion for continuance of trial date and telephone conference with co-counsel regarding same [1.4]. |
| 1745 | 09/18/12 | Bergland | 0.80 | $ 190.00 | $ 152.00 | Office conference with Zuchetto re: production of e-mails (.2); E-mails to and from Jen re: same (.2); Review of capability of Outlook re: e-mails (.3); Office conference with AW re: same (.1). |
| 1746 | 09/18/12 | Zuchetto | 1.05 | $ 330.00 | $ 346.50 | Edit response re motion to continue and discuss same w/ co-counsel (.75); E-mail co-counsel re Burlington e-mail production and discuss same w/ KB (.3). |
| 1747 | 09/18/12 | Talner | 4.50 | $ 400.00 | $ 1,800.00 | Travel to and from Skagit County jail; interview witnesses at the jail; draft and revise witness declarations; |
| 1748 | 09/18/12 | Dunne | 0.50 | $ 380.00 | $ 190.00 | Email correspondence with co-counsel re discovery issues; review letter to opposing counsel re discovery; revise witness declaration; review and revise opp'n to defendants' motion to continue trial |
| 1749 | 09/18/12 | Fisher | 2.70 | $ 330.00 | $ 891.00 | Edit opposition to defendants' motion to continue trial date; |

150

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1750 | 09/18/12 | Roos | 0.40 | $ 465.00 | $ 186.00 | Review opposition to motion to continue trial date; |
| 1751 | 09/19/12 | Boschen | 3.00 | $ 150.00 | $ 450.00 | Telephone conference regarding case status [.7]; continued document review [1.3]; researched current client criminal case activity [.1]; worked on proofreading response to motion to stay trial date and correspondence regarding same [.4]; reviewed production history and correspondence regarding same [.2]; worked on deposition scheduling [.2]; correspondence regarding subpoenas [.1]. |
| 1752 | 09/19/12 | Marshall | 1.80 | $ 375.00 | $ 675.00 | Worked on response to Cities' motion for continuance [1.0]; participated in weekly call with co-counsel [.7]; worked on discovery issues [.1]. |
| 1753 | 09/19/12 | Zuchetto | 2.35 | $ 330.00 | $ 775.50 | Edit response re motion to continue trial and discuss same w/ co-counsel (1.1); Prepare for Sybrandy deposition (1.25). |
| 1754 | 09/19/12 | Dunne | 0.70 | $ 380.00 | $ 266.00 | Review and revise opp'n to defendants' motion to continue trial |
| 1755 | 09/19/12 | Fisher | 2.30 | $ 330.00 | $ 759.00 | Edit opposition to defendants' motion to continue trial; edit and serve 30(b)(6) subpoenas; |
| 1756 | 09/19/12 | Roos | 0.80 | $ 465.00 | $ 372.00 | Review opposition to motion to continue trial date; communications regarding same; |
| 1757 | 09/19/12 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Coordinate with team and preside over litigation strategy call; conference call with Skagit County Attorneys' office on subpoena compliance and delivery of documents; draft email to Skagit County Attorney addressing subpoena modification and jail log delivery; |
| 1758 | 09/20/12 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Correspondence regarding production and witnesses [.1]. |
| 1759 | 09/20/12 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Email correspondence with Mr. Gipe and co-counsel regarding SDTs to Mountain Law and Baker Lewis and worked on issues regarding same [.2]; analyzed issues regarding production of confidential documents by Skagit Co. and proposed stipulated protective order for same [.2]; worked on general discovery and case strategy issues [.5]; worked on preparations for deposition of Mr. Witt [.5]. |
| 1760 | 09/20/12 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Email correspondence with co-counsel re discovery issues and jail kites |
| 1761 | 09/20/12 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Draft letter to A. Denny regarding jail logs and inmate communications; |
| 1762 | 09/21/12 | Haynes | 0.30 | $ 190.00 | $ 57.00 | Personal conferences regarding jail visits and class member declarations [.3]. |
| 1763 | 09/21/12 | Kinsey | 0.30 | $ 100.00 | $ 30.00 | Prepared draft of and finalized letter to Mr. Gipe responding to letter regarding improper client contact. |
| 1764 | 09/21/12 | Nusser | 3.90 | $ 225.00 | $ 877.50 | Researched whether a party can introduce evidence at trial that is generated and gathered after the discovery cutoff date [3.9] |

151

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1765 | 09/21/12 | Boschen | 1.30 | $ 150.00 | $ 195.00 | Prepared production to opposing counsel and letter regarding same; personal conferences and correspondence regarding confirmations of understanding; personal conference and correspondence regarding deposition preparation. |
| 1766 | 09/21/12 | Marshall | 4.20 | $ 375.00 | $ 1,575.00 | Researched and analyzed issues regarding Mountain Law's accusations of improper ex parte contacts [1.0]; telephone conferences with co-counsel and expert regarding same [.6]; drafted letter to Mr. Gipe regarding same [.2]; email correspondence with co-counsel regarding same [.1]; prepared for deposition of Mr. Witt and worked on outline for same [2.3]. |
| 1767 | 09/21/12 | Zuchetto | 5.25 | $ 330.00 | $ 1,732.50 | Prepare outline/docs. for Sybrandy deposition (4.0); Discuss letter from Mountain Law attorney re contact w/ current clients w/ co-counsel (.25); Research re same (.5); Review/analyze Defendants' response re motion for continuance (.5). |
| 1768 | 09/21/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Email correspondence with co-counsel re discovery issues and correspondence from opposing counsel |
| 1769 | 09/21/12 | Fisher | 1.20 | $ 330.00 | $ 396.00 | Draft and send letters to A. Cooley regarding J. Feldman and D. Svaren depositions and 30(b)(6) documents; read defendants' reply in support of motion to continue trial; |
| 1770 | 09/21/12 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Review Cities' motion to continue trial date and attached exhibits; review plaintiffs' opposition to motion to continue trial date and declarations in support; review Cooley letter on deposition scheduling; |
| 1771 | 09/22/12 | Marshall | 3.40 | $ 375.00 | $ 1,275.00 | Reviewed defendants' reply in support of motion to continue trial date and analyzed issues regarding same [.2]; prepared for deposition of Mr. Witt, reviewed documents for same, and worked on outline for same [3.2]. |
| 1772 | 09/22/12 | Webster | 3.00 | $ 80.00 | $ 240.00 | Work on deleting duplicates from outlook e-mail files. |
| 1773 | 09/23/12 | Marshall | 4.10 | $ 375.00 | $ 1,537.50 | Worked on outline for deposition of Mr. Witt and reviewed documents for same [4.1]. |
| 1774 | 09/23/12 | Zuchetto | 4.00 | $ 330.00 | $ 1,320.00 | Prepare outline and docs. for Sybrandy deposition. |
| 1775 | 09/24/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Correspondence regarding deposition preparation and production [.2]. |
| 1776 | 09/24/12 | Marshall | 6.60 | $ 375.00 | $ 2,475.00 | Telephone conferences with co-counsel regarding preparations for depositions of Witt and Sybrandy [.7]; worked on outline of Witt deposition and reviewed documents for same [5.9]. |
| 1777 | 09/24/12 | Webster | 2.50 | $ 80.00 | $ 200.00 | Delete duplicates of e-mails through Scott T. Constitution. |
| 1778 | 09/24/12 | Zuchetto | 4.00 | $ 330.00 | $ 1,320.00 | Prepare for Sybrandy deposition. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 1779 | 09/24/12 | Talner | 1.90 | $ 400.00 | $ 760.00 | Teleconference with co-counsel to prepare for Sybrandy and Witt depositions, and list evidence relevant to those for co-counsel |
| 1780 | 09/24/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review Cities' reply regarding motion to continue trial date; |
| 1781 | 09/24/12 | Roos | 0.40 | $ 465.00 | $ 186.00 | Communications regarding depositions and 30(b)(6) deposition notices; revise deposition notices; |
| 1782 | 09/25/12 | Nusser | 2.50 | $ 225.00 | $ 562.50 | Continued researching whether a party can introduce evidence at trial that is generated and gathered after the discovery cutoff date [2.5]. |
| 1783 | 09/25/12 | Boschen | 7.90 | $ 150.00 | $ 1,185.00 | Worked on deposition preparation and personal conferences and correspondence regarding same; worked on Sybrandy data analysis and correspondence regarding same; worked on preparing all files for reproduction to opposing counsel; telephone conference with client. |
| 1784 | 09/25/12 | Marshall | 7.20 | $ 375.00 | $ 2,700.00 | Worked on outline for deposition of Mr. Witt and reviewed documents for same [6.7]; meeting with co-counsel regarding same [.5]. |
| 1785 | 09/25/12 | Webster | 5.00 | $ 80.00 | $ 400.00 | Delete duplicates of e-mails through Bryan H Caseload. |
| 1786 | 09/25/12 | Zuchetto | 10.75 | $ 330.00 | $ 3,547.50 | Prepare for Sybrandy deposition (5.25); Travel to Mt. Vernon re same (5.5). |
| 1787 | 09/26/12 | Boschen | 3.00 | $ 150.00 | $ 450.00 | Bates labeled Skagit County production; telephone conference and correspondence regarding same; drafted letter to opposing counsel regarding past productions; prepared index for same; updated production log; correspondence regarding deposition testimony; continued work on deposition scheduling and correspondence regarding same; correspondence regarding supplemental production. |
| 1788 | 09/26/12 | Marshall | 12.20 | $ 375.00 | $ 4,575.00 | To Mount Vernon for deposition of Mr. Sybrandy [1.3]; meetings with co-counsel regarding same [1.7]; attended deposition of Mr. Sybrandy [7.7]; prepared for deposition of Mr. Witt [1.5]. |
| 1789 | 09/26/12 | Webster | 2.50 | $ 80.00 | $ 200.00 | Create master file for all PDF's extracted from outlook files and begin filling it with one of each e-mail. |
| 1790 | 09/26/12 | Zuchetto | 10.00 | $ 330.00 | $ 3,300.00 | Preparation for and take Sybrandy deposition and debrief with co-counsel re same. |
| 1791 | 09/26/12 | Talner | 8.00 | $ 400.00 | $ 3,200.00 | Attend Sybrandy deposition; travel to and from deposition |
| 1792 | 09/26/12 | Williams | 5.00 | $ 580.00 | $ 2,900.00 | Continue creating deposition examination outline for Mt. Vernon City official Eric Stendal; |

153

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1793 | 09/27/12 | Boschen | 3.10 | $ 150.00 | $ 465.00 | Filed deposition transcripts; correspondence regarding deposition testimony; worked on production; correspondence regarding same;  telephone conference and correspondence with vendor regarding email data export; telephone conference with Mr. Gipe regarding objections to subpoena. |
| 1794 | 09/27/12 | Marshall | 10.70 | $ 375.00 | $ 4,012.50 | Prepared for deposition of Mr. Witt [.5]; deposed Mr. Witt [7.4]; meetings and telephone conferences with co-counsel regarding same [1.2]; returned to Seattle from same [1.6]. |
| 1795 | 09/27/12 | Webster | 2.50 | $ 80.00 | $ 200.00 | Work on master "de-duped" file with outlook e-mails up to Bryan Hoac. |
| 1796 | 09/27/12 | Zuchetto | 12.75 | $ 330.00 | $ 4,207.50 | Preparation for and attend Witt deposition (7.0); Travel home (5.0); Review motions re Judge Svaren deposition and Mountain Law motion for protective order (.75). |
| 1797 | 09/27/12 | Talner | 5.10 | $ 400.00 | $ 2,040.00 | Attend Witt deposition; travel to and from deposition; review documents produced by county and email co-counsel about them |
| 1798 | 09/27/12 | Williams | 3.00 | $ 580.00 | $ 1,740.00 | Meet with B. Roos to discuss opposition to Cities' motion for protective order and motion to extend discovery cutoff for Judge Svaren deposition; continue to prepare for E. Stendal deposition; |
| 1799 | 09/27/12 | Roos | 3.20 | $ 465.00 | $ 1,488.00 | Prepare for deposition of J. Aarstad; telephone conference with A. Gipe regarding Mountain Law subpoenas; prepare for same; communications regarding same; |
| 1800 | 09/28/12 | Boschen | 4.00 | $ 150.00 | $ 600.00 | Telephone conference and correspondence with vendor and co-counsel regarding email export; continued work on production; continued work on deposition scheduling; prepared third amended notice and subpoena for Judge Svaren; |
| 1801 | 09/28/12 | Marshall | 3.90 | $ 375.00 | $ 1,462.50 | Analyzed issues regarding regarding scheduling of continuation of of Mr. Witt's deposition and email correspondence with Mr. Murphy and opposing counsel regarding same [.2]; memorandum to co-counsel regarding deposition of Mr. Witt and analyzed issues regarding same [.5]; worked on strategy for depositions [.3]; reviewed Mountain Law's motion for protective order and researched and analyzed issues raised in same [2.5]; analyzed issues regarding motion to extend discovery cutoff for deposition of Judge Svaren [.3]; email correspondence and exchange of messages with Mr. Augenthaler regarding same [.1]. |
| 1802 | 09/28/12 | Webster | 0.50 | $ 80.00 | $ 40.00 | Work on individual files for Aarstad and Stendal. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1803 | 09/28/12 | Bergland | 0.80 | $ 190.00 | $ 152.00 | Office conference with Zuchetto re: review of Burlington e-mails and upcoming depositions. |
| 1804 | 09/28/12 | Zuchetto | 5.00 | $ 330.00 | $ 1,650.00 | Analyze information provided re Sybrandy/Witt depositions (1.25); Review/analyze motion for protective order re Mountain Law, discuss same w/ co-counsel (2.5); Work on Burlington discovery production review (.75); Review/analyze motion to take dep. after discovery cut-off and discuss same w/ co-counsel (.5). |
| 1805 | 09/28/12 | Talner | 0.90 | $ 400.00 | $ 360.00 | Emails with co-counsel re discovery issues; review outline for upcoming deposition; research re jail kites issue |
| 1806 | 09/28/12 | Dunne | 1.10 | $ 380.00 | $ 418.00 | Email correspondence with co-counsel re pending motions; conference calls with A. Denny re jail kites; email correspondence with co-counsel re same; correspondence with R. Aronson re declaration |
| 1807 | 09/28/12 | Roos | 4.90 | $ 465.00 | $ 2,278.50 | Prepare for deposition of J. Aarstad; communications regarding opposition to motion for protective order; communications regarding Burlington email production; |
| 1808 | 09/28/12 | Williams | 7.50 | $ 580.00 | $ 4,350.00 | Coordinate with ACLU on coverage of opposition to Mountain Law's Motion for Protective Order; continue review of documents and creation of Stendal deposition outline; review correspondence with Skagit County on production of Kites; |
| 1809 | 09/29/12 | Webster | 2.00 | $ 80.00 | $ 160.00 | Work on  Aarstad e-mail file. |
| 1810 | 09/29/12 | Roos | 3.30 | $ 465.00 | $ 1,534.50 | Prepare for deposition of J. Aarstad; review emails relating to same; |
| 1811 | 09/30/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding Stendal and Aarstad depositions [.2]. |
| 1812 | 09/30/12 | Webster | 3.00 | $ 80.00 | $ 240.00 | Work on Stendal e-mails and send to Zuchetto. |
| 1813 | 09/30/12 | Roos | 1.80 | $ 465.00 | $ 837.00 | Prepare for deposition of J. Aarstad; |
| 1814 | 09/30/12 | Williams | 2.10 | $ 580.00 | $ 1,218.00 | Continue creating deposition outline for Mt. Vernon Contract administrator, E. Stendal |
| 1815 | 10/01/12 | Kinsey | 0.60 | $ 100.00 | $ 60.00 | Prepared draft response to Mountain Law's motion for protective order [.2]; prepared Marshall declaration supporting same [.2]; prepared proposed order denying motion [.2]. |
| 1816 | 10/01/12 | Nusser | 0.40 | $ 225.00 | $ 90.00 | Conference regarding response to motion for protective order [.4] |
| 1817 | 10/01/12 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Worked on production issues and correspondence regarding same. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1818 | 10/01/12 | Marshall | 7.00 | $ 375.00 | $ 2,625.00 | Reviewed supplemental production from defendants and email correspondence with co-counsel regarding same [1.8]; researched and analyzed issues regarding Mountain Law's motion for protective order and worked on response to same [4.1]; telephone conferences with co-counsel regarding same [.5]; worked on expert issues for same [.6]. |
| 1819 | 10/01/12 | Webster | 2.50 | $ 80.00 | $ 200.00 | Work on Sybrandy e-mails and send to Zuchetto. |
| 1820 | 10/01/12 | Zuchetto | 2.75 | $ 330.00 | $ 907.50 | Discuss supplemental expert witness disclosures w/ co-counsel re e-mail re same (1.25); Analyze draft declaration re Prof. Aronson and discuss same w/ co-counsel (1.5). |
| 1821 | 10/01/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Correspondence with R. Aronson re declaration; email correspondence with co-counsel re discovery and pending motions |
| 1822 | 10/01/12 | Talner | 1.50 | $ 400.00 | $ 600.00 | Teleconference with expert witness re supplemental report, review documents produced by Baker Lewis and email co-counsel about them |
| 1823 | 10/01/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Continue editing E. Stendal outline to include examination on exhibits belatedly produced by Cities on 10/1/12; conference call with B. Roos on Arstaad deposition; |
| 1824 | 10/02/12 | Nusser | 7.80 | $ 225.00 | $ 1,755.00 | Worked on response to motion for protective order and supporting documents [7.8] |
| 1825 | 10/02/12 | Marshall | 6.80 | $ 375.00 | $ 2,550.00 | Worked on response to Mountain Law's motion for protective order and researched and analyzed issues regarding same [6.1]; worked on expert declaration for same [.4]; worked on discovery issues [.3]. |
| 1826 | 10/02/12 | Webster | 5.00 | $ 80.00 | $ 400.00 | Work on e-mail file for Aarstad and filled it with de-duped e-mails through User PST, ACLU file. |
| 1827 | 10/02/12 | Zuchetto | 2.75 | $ 330.00 | $ 907.50 | Research/work on communication with class member issue (1.25); Review/edit declaration re contacting class members (1.5). |
| 1828 | 10/02/12 | Williams | 11.00 | $ 580.00 | $ 6,380.00 | Prepare for and take deposition of Mt. Vernon Special Projects Administrator E. Stendal in Mt. Vernon; |
| 1829 | 10/03/12 | Kinsey | 2.00 | $ 100.00 | $ 200.00 | Reviewed, revised and finalized plaintiffs' response to Mountain Law's motion for protective order [.9]; reviewed and finalized Roos declaration [.3]; reviewed and finalized Aronson declaration [.3]; reviewed and finalized Marshall declaration [.3]; arranged filing and service [.2]. |
| 1830 | 10/03/12 | Nusser | 6.80 | $ 225.00 | $ 1,530.00 | Researched shifting costs to party requesting documents by subpoena [2]; worked on revisions to response to motion for protective order and supporting documents, and finalized the same for filing [4.8]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1831 | 10/03/12 | Marshall | 7.80 | $ 375.00 | $ 2,925.00 | Worked on response to Mountain Law's motion for protective order, worked on documents in support of same, and researched and analyzed issues regarding same [6.8]; weekly telephone conference with co-counsel regarding various discovery, case strategy, and expert issues [1.0]. |
| 1832 | 10/03/12 | Webster | 2.50 | $ 80.00 | $ 200.00 | Continue to work on adding e-mails to Aarstad folder. |
| 1833 | 10/03/12 | Zuchetto | 5.45 | $ 330.00 | $ 1,798.50 | Work on MV e-mail production (1.75); Review/edit response re motion for protective order (2.7); Team meeting/call re strategy/status (1.0). |
| 1834 | 10/03/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Correspondence with R. Aronson re his declaration for opposition to motion for protective order |
| 1835 | 10/03/12 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Draft summary of E. Stendal deposition; participate in trial team conference call; review draft opposition to motion for protective order; begin developing case time line and theory; |
| 1836 | 10/03/12 | Roos | 2.10 | $ 465.00 | $ 976.50 | Telephone conference with team regarding case status; revise opposition to Mountain Law motion for a protective order; draft declaration in support of same; telephone conference with T. Marshall regarding same; |
| 1837 | 10/04/12 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Worked on discovery and case strategy issues [.4]; worked on issues with deposition exhibits [.2]; telephone call from Mr. Honea regarding scheduling of deposition of Judge Svaren [.1]; worked on Burlington email review project [.6]. |
| 1838 | 10/04/12 | Webster | 2.50 | $ 80.00 | $ 200.00 | Complete work on Aarstad file and begin to work on general file for indigent case e-mails. |
| 1839 | 10/04/12 | Bledsoe | 0.15 | $ 120.00 | $ 18.00 | Draft letter to Richard Sybrandy. |
| 1840 | 10/04/12 | Zuchetto | 4.50 | $ 330.00 | $ 1,485.00 | E-mail co-counsel re Burlington e-mail production (.75); Review Burlington e-mail production (3.0); Draft/edit letter to Sybrandy (.75). |
| 1841 | 10/05/12 | Kinsey | 0.60 | $ 100.00 | $ 60.00 | Prepared draft of plaintiffs' demand for City of Mount Vernon to supplement discovery responses [.3]; prepared draft of plaintiffs' demand for City of Burlington to supplement discovery responses [.3]. |
| 1842 | 10/05/12 | Boschen | 4.40 | $ 150.00 | $ 660.00 | Drafted, finalized and served subpoena and notice to Mountain Law for 30(b)(6) deposition; personal conferences and correspondence regarding same; correspondence regarding experts and production; revised, finalized and served Plaintiffs Demand to Supplement Discovery; personal conferences and correspondence regarding same. |

157

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1843 | 10/05/12 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Worked on draft of supplementation request to defendants [.1]; worked on subpoena to Mountain Law for deposition pursuant to Rule 30(b)(6) and researched and analyzed issues regarding same [.6]; worked on discovery and deposition scheduling issues [.4]; worked on expert issues [.2]; telephone call from co-counsel regarding same [.1]. |
| 1844 | 10/05/12 | Webster | 2.00 | $ 80.00 | $ 160.00 | Continue work on general file for indigent case e-mails. |
| 1845 | 10/05/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review/analyze Mountain Law docs. |
| 1846 | 10/07/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Reviewed Mountain Law's reply in support of protective order motion [.2]; worked on document management and case file issues [.3]. |
| 1847 | 10/08/12 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Correspondence regarding document productions [.1]. |
| 1848 | 10/08/12 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Email correspondence with Mr. Gipe regarding scheduling of Mountain Law deposition [.1]. |
| 1849 | 10/08/12 | Fisher | 1.60 | $ 330.00 | $ 528.00 | Read reply to motion for protective order by Mountain Law and supporting declarations; review discovery production from cities; read R. Sybrandy's deposition transcript; |
| 1850 | 10/08/12 | Roos | 1.60 | $ 465.00 | $ 744.00 | Review reply in support of Mountain Law's motion for protective order; revise Rule 30(b)(6) notices, including review of documents for same; |
| 1851 | 10/08/12 | Williams | 1.80 | $ 580.00 | $ 1,044.00 | Review email correspondence from team on litigation strategy and continue developing trial plan; |
| 1852 | 10/09/12 | Boschen | 1.40 | $ 150.00 | $ 210.00 | Telephone conference with client [.1]; commenced document review and correspondence regarding same [1.3]. |
| 1853 | 10/09/12 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Reviewed court's order continuing trial date and analyzed issues regarding same [.2]; worked on discovery issues [.1]. |
| 1854 | 10/09/12 | Fisher | 1.60 | $ 330.00 | $ 528.00 | Read R. Sybrandy's deposition transcript; review discovery; send agenda for weekly meeting; |
| 1855 | 10/09/12 | Roos | 1.70 | $ 465.00 | $ 790.50 | Revise Rule 30(b)(6) notices, including review of documents for same; review court order regarding motion to continue trial dates; communications regarding same; |
| 1856 | 10/09/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review district court order granting trial date extension; review email on team litigation strategy. |
| 1857 | 10/10/12 | Boschen | 3.70 | $ 150.00 | $ 555.00 | Conference call regarding case status [1.1]; worked on production and discovery issues [2.3]; telephone conference regarding privileged production issue [.1]; correspondence regarding same [.2]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1858 | 10/10/12 | Marshall | 2.20 | $ 375.00 | $ 825.00 | Prepared for and participated in weekly team meeting regarding various discovery and case strategy issues [1.1]; researched and analyzed issues regarding handling of inadvertently produced materials that may be privileged or protected [.4]; worked on same [.3]; email correspondence with co-counsel and opposing counsel regarding same [.2]; telephone conference with opposing counsel regarding same [.2]. |
| 1859 | 10/10/12 | Talner | 1.40 | $ 400.00 | $ 560.00 | Teleconference with main plaintiff, conference call with co-counsel re case strategy |
| 1860 | 10/10/12 | Fisher | 5.90 | $ 330.00 | $ 1,947.00 | Research attorney fee issue; listen to court recordings of R. Martineau's, J. Norman's, participate in weekly team call; read M. Witt's deposition transcript; draft letter to A. Cooley regarding rescheduling of depositions; draft letter to M. Witt regarding production of withheld documents. |
| 1861 | 10/10/12 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Review legal research on mootness theory and standard of proof at trial and prepare for call with litigation team; prepare for and participate in litigation team conference call; begin outlining potential case theory for trial; coordinate on printing Witt and Sybrandy deposition transcripts; |
| 1862 | 10/11/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Telephone conference and email correspondence with Mr. Gipe regarding Mountain Law deposition and analyzed issues regarding same [.2]; analyzed issues regarding same case strategy and telephone conference with co-counsel regarding same [.3]. |
| 1863 | 10/11/12 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Review Court order setting new schedule. |
| 1864 | 10/11/12 | Roos | 0.70 | $ 465.00 | $ 325.50 | Review new discovery and trial schedule; communications regarding same; communications regarding expert discovery; |
| 1865 | 10/11/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Begin outlining and drafting case overview in preparation for trial; |
| 1866 | 10/12/12 | Boschen | 6.40 | $ 150.00 | $ 960.00 | Worked on produciton issues and telephone conferences and correspondence regarding same [6.2]; telephone conference and correspondence with vendor regarding Defendants' inadvertent production of privileged documents [.2]. |
| 1867 | 10/12/12 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Analyzed issues regarding handling of inadvertently produced materials in Burlington email production [.4]; analyzed issues regarding witness disclosures [.1]; worked on case strategy and expert issues [.1]; analyzed issues regarding documents withheld by Mr. Witt on grounds of attorney-client privilege and work product [.1]. |
| 1868 | 10/12/12 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Review files re destroy re inadvertent privilege production by defendants. |

159

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1869 | 10/12/12 | Fisher | 2.60 | $ 330.00 | $ 858.00 | Read M. Witt's deposition transcript and begin gathering evidence to support claims; edit and send letter to J. Murphy regarding privilege log and calendar of meetings with clients; |
| 1870 | 10/14/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Reviewed letter from indigent defendant regarding relief sought in lawsuit and drafted response to same [.2]. |
| 1871 | 10/15/12 | Roos | 0.50 | $ 465.00 | $ 232.50 | Communications regarding deposition scheduling; |
| 1872 | 10/15/12 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Draft letter to A. Cooley regarding cancellation and rescheduling of depositions; coordinate deposition dates with Perkins, T. Marshall, M. Zuchetto, W. Honea, and D. Svaren; read partial summary judgment filed in Grant County case; |
| 1873 | 10/16/12 | Boschen | 4.30 | $ 150.00 | $ 645.00 | Voicemail from client regarding status; telelphone and personal conferences with and regarding client and correspondence regarding same; correspondence regarding deposition schedule; telephone conference and correspondence with vendor regarding production issues. |
| 1874 | 10/16/12 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Analyzed issues regarding Mr. Wilbur and factual background [.3]; worked on research regarding ability of Cities to present evidence obtained after discovery cutoff [.3]. |
| 1875 | 10/16/12 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Review letter from def. counsel re depositions and discuss same w/ co-counsel. |
| 1876 | 10/16/12 | Fisher | 1.60 | $ 330.00 | $ 528.00 | Call W. Honea to schedule D. Svaren's deposition; send letter to A. Cooley regarding cancellation and rescheduling of depositions; draft meeting agenda; talk with J. Boschen about Burlington email production and J. Wilbur; review M. Witt's 50 case files; |
| 1877 | 10/16/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review C. Fisher correspondence; respond to questions on deposition scheduling; review new case law on potential constitutional issue; |
| 1878 | 10/17/12 | Boschen | 3.10 | $ 150.00 | $ 465.00 | Worked on production issues; telephone conference with opposing counsel regarding same; telephone conference and correspondence with vendor regarding same; worked on discovery issues relating to public defense certification; personal conference and correspondence regarding same; call to Chehalis Tribal Jail; telephone conference with client's brother. |
| 1879 | 10/17/12 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Prepared for weekly strategy call with co-counsel [.1]; participated in same [.5]; accounting issues and email correspondence with opposing counsel regarding handling of inadvertently produced emails [.3]; worked on discovery issues [.4]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1880 | 10/17/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Team meeting re case status/strategy. |
| 1881 | 10/17/12 | Dunne | 0.60 | $ 380.00 | $ 228.00 | Conference call with A. Denny re jail log process and kite process; email correspondence with co-counsel re same |
| 1882 | 10/17/12 | Roos | 0.80 | $ 465.00 | $ 372.00 | Telephone conference with team regarding ongoing issues; conference with J. Williams regarding trial strategy; |
| 1883 | 10/17/12 | Fisher | 1.90 | $ 330.00 | $ 627.00 | Update and send team meeting agenda; talk with S. Dunne about Skagit County subpoena regarding jail logs and kites; draft letter to A. Cooley regarding depositions in response to his October 16 letter criticizing us for rescheduling depositions; |
| 1884 | 10/17/12 | Williams | 1.20 | $ 580.00 | $ 696.00 | Prepare for and participate in team strategy call; coordinate with associates on creation of case theory; coordinate with ACLU on jail 30(b)(6) witness; |
| 1885 | 10/18/12 | Boschen | 1.90 | $ 150.00 | $ 285.00 | Continued work on production issues and document review [.7]; correspondence regarding deposition transcripts and scheduling [.1]; telephone conferences with client, Chehalis Tribal Jail, Mr. Chesnin and personal conferences regarding same [1.1]. |
| 1886 | 10/18/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Analyzed issues regarding public records act request for certifications filed by Mountain Law attorneys [.1]; analyzed issues regarding discovery from Skagit Co. [.1]; analyzed issues regarding status of Mr. Wilbur [.2]. |
| 1887 | 10/18/12 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Review and edit letter to counsel for defendants on rescheduling depositions and civility; |
| 1888 | 10/18/12 | Fisher | 2.40 | $ 330.00 | $ 792.00 | Draft letter to A. Cooley regarding rescheduling of depositions to January 2013; draft case overview; speak with J. Boschen about J. Wilbur; read L. Alvarez deposition; |
| 1889 | 10/19/12 | Boschen | 3.40 | $ 150.00 | $ 510.00 | Prepared PDR to Burlington and Mount Vernon municipal courts [.4]; continued work on production issues and correspondence with vendor regarding same [1.5]; telephone conferences regarding client and personal conferences regarding same [.6]; telephone call to class member [.1]; correspondence regarding deposition scheduling [.1]; telephone call to Upper Skagit Court [.1]; continued work on document review [.6]. |
| 1890 | 10/19/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Analyzed issues regarding status of Mr. Wilbur [.4]. |
| 1891 | 10/19/12 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Continue drafting letter to counsel for Cities on scheduling depositions and request for civility; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1892 | 10/19/12 | Fisher | 3.20 | $ 330.00 | $ 1,056.00 | Read E. Stendal's deposition; review documents produced by Cities' regarding their budgets; draft case overview; draft first amended notice of deposition for J. Feldman and fourth amended notice of deposition for D. Svaren; |
| 1893 | 10/20/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Prepared for continuation of Mr. Witt's deposition [.4]. |
| 1894 | 10/21/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Reviewed documents in preparation for continuation of Mr. Witt's deposition [.5]. |
| 1895 | 10/22/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Telephone conference and correspondence regarding deposition [.2]. |
| 1896 | 10/22/12 | Marshall | 7.70 | $ 375.00 | $ 2,887.50 | To Mount Vernon for continuation of Mr. Witt's deposition [1.3]; participated in same [4.7]; returned from same [1.4]; analyzed issues regarding same [.3]. |
| 1897 | 10/22/12 | Fisher | 1.60 | $ 330.00 | $ 528.00 | Draft case overview; read E. Stendal's deposition and add to proof chart; draft and serve subpoenas on J. Feldman and D. Svaren; save depositions and transcripts to DMS |
| 1898 | 10/23/12 | Boschen | 3.80 | $ 150.00 | $ 570.00 | Continued work on production issues and correspondence with vendor regarding same [.2]; continued work on document review and personal conferences regarding same [2.9]; correspondence regarding depositions [.2]; telephone conferences with and regarding client [.5]. |
| 1899 | 10/23/12 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Worked on document review issues and issues regarding potentially inadvertent production of privileged materials [.6]. |
| 1900 | 10/23/12 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review correspondence from attorney for Cities and exchange emails on same; send A. Cooley second request for CR 37 conference; |
| 1901 | 10/24/12 | Boschen | 1.40 | $ 150.00 | $ 210.00 | Case status conference call and prep for same [.5]; worked on deposition scheduling and related issues [.5]; telephone conference with Mr. Augenthaler regarding inadvertently produced privilege documents and personal conference regarding same [.2]; telephone calls to and correspondence with vendor regarding same [.1]; telephone conference with client [.1]; |
| 1902 | 10/24/12 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Prepared for and participated in weekly call with co-counsel [.6]; analyzed issues regarding second production of privileged emails from Burlington and telephone conference with opposing counsel regarding same [.4]; analyzed issues regarding deposition scheduling and telephone conference with Mr. Gipe regarding same [.1]; email to Mr. Murphy regarding production of potentially privileged emails [.1]; left message with Mr. Murphy factual background issues with Mr. Witt and worked on same [.1]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1903 | 10/24/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Team meeting re litigation strategy. |
| 1904 | 10/24/12 | Fisher | 1.50 | $ 330.00 | $ 495.00 | Participate in team meeting; organize Feldman deposition room; discuss production with J. Boschen; |
| 1905 | 10/24/12 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Prepare for and preside over litigation team coordination conference call; draft letter to A. Cooley on CR 37 conference to discuss 30(b)(6) deposition dates; coordinate with Cooley's staff on CR 37 conference; |
| 1906 | 10/25/12 | Fisher | 0.60 | $ 330.00 | $ 198.00 | Draft amended notice of depositions for Mount Vernon and Burlington 30(b)(6) depositions; meet with B. Roos to discuss documents and topics for depositions; |
| 1907 | 10/25/12 | Roos | 0.20 | $ 465.00 | $ 93.00 | Conference regarding city deposition notices; review and revise same; |
| 1908 | 10/25/12 | Williams | 1.00 | $ 580.00 | $ 580.00 | Draft letter to counsel for Cities rejecting proposal to extend discovery cutoff and finalize 30(b)(6) deposition dates for Cities; edit 30(b)(6) notice to include additional examination areas; |
| 1909 | 10/26/12 | Boschen | 0.30 | $ 150.00 | $ 45.00 | Worked on deposition issues [.2]; correspondence regarding clients [.1]; |
| 1910 | 10/26/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Draft letter to Sybrandy. |
| 1911 | 10/26/12 | Williams | 0.70 | $ 580.00 | $ 406.00 | Edit Cities' 30(b)(6) deposition notice; |
| 1912 | 10/29/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on scheduling of Mountain Law deposition and email correspondence with opposing counsel and Mr. Gipe regarding same [.2]. |
| 1913 | 10/29/12 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Review cost/invoices (.5); E-mail team re same (.25). |
| 1914 | 10/30/12 | Boschen | 1.40 | $ 150.00 | $ 210.00 | Worked on deposition issues [1.4]; |
| 1915 | 10/30/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding deposition transcripts [.1]; analyzed issues regarding Mr. Witt's documents and left message with Mr. Murphy regarding same [.1]. |
| 1916 | 10/30/12 | Roos | 0.30 | $ 465.00 | $ 139.50 | Revise Burlington deposition notice; |
| 1917 | 10/30/12 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Edit Mt. Vernon and Burlington 30(b)(6) notices; draft cover letter to Cooley on 30(b)(6) deposition notices; begin review of L. Alvarez deposition testimony; |
| 1918 | 10/31/12 | Boschen | 1.00 | $ 150.00 | $ 150.00 | Worked on deposition issues [.1]; conference call regarding case status [.6]; correspondence regarding public records request [.2]; worked on production issues [.1]; |
| 1919 | 10/31/12 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Analyzed issues regarding deposition transcripts and video [.1]; participated in weekly co-counsel call [.6]; worked on additional discovery requests [.2]; analyzed issues regarding Witt production and related issues [.2]; telephone conference with Mr. Murphy regarding same [.3]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1920 | 10/31/12 | Zuchetto | 1.30 | $ 330.00 | $ 429.00 | Team meting re case status/strategy (1.0); Work on discovery supplement (.3). |
| 1921 | 10/31/12 | Roos | 0.60 | $ 465.00 | $ 279.00 | Telephone conference with team regarding discovery issues; review motion to continue discovery deadline; |
| 1922 | 10/31/12 | Williams | 3.00 | $ 580.00 | $ 1,740.00 | Prepare for and preside over conference call with litigation team on strategy; review Cooley motion to extend discovery cutoff; continue review of L. Alvarez deposition testimony and creation of key events timeline; review and comment on email exchange involving Murphy claim of privilege; |
| 1923 | 11/01/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Telephone conferences with client and correspondence regarding same [.2]; |
| 1924 | 11/01/12 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Worked on discovery issues [.1]. |
| 1925 | 11/01/12 | Zuchetto | 3.10 | $ 330.00 | $ 1,023.00 | Work on outstanding discovery requests. |
| 1926 | 11/01/12 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Continue to review deposition transcripts and create summaries of expected trial testimony; continue to identify documents for Hot Docs Binder; |
| 1927 | 11/02/12 | Boschen | 0.70 | $ 150.00 | $ 105.00 | Worked on amending Mountain Law subpoena and serving same [.7]; |
| 1928 | 11/02/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Telephone conferences with co-counsel regarding issues with litigation expenses [.5]. |
| 1929 | 11/02/12 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Call w/ co-counsel re case costs and review same (.5); Legal research re mootness doctrine (1.5). |
| 1930 | 11/02/12 | Fisher | 1.20 | $ 330.00 | $ 396.00 | Take care of Witt's privileged emails; draft letter to J. Murphy regarding privilege log and electronic calendar meetings; draft letter to W. Honea regarding amended notice and subpoena; |
| 1931 | 11/02/12 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Coordinate with C. Fisher on draft opposition to motion to change trial date; review amended 30(b)(6) notice for Mountain Law; review amended deposition notices for Judge Svaren and expert Feldman; review letter to J. Murphy on Witt production issues; continue development of potential case theory based on L. Alvarez deposition testimony; |
| 1932 | 11/05/12 | Fisher | 2.30 | $ 330.00 | $ 759.00 | Email team secretaries regarding saving documents to DMS; draft opposition to defendants' motion to continue discovery deadline; |
| 1933 | 11/05/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Continue review of E. Stendal deposition to identify trial testimony and exhibits; |

164

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1934 | 11/06/12 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Bates labeled, OCRd and produced documents received by the Mount Vernon Municipal Court in response to public records request [.3]; updated production log [.1]; correspondence regarding deposition transcript and exhibits [.1]; |
| 1935 | 11/06/12 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Edit response re motion to continue. |
| 1936 | 11/06/12 | Roos | 0.40 | $ 465.00 | $ 186.00 | Review and comment regarding opposition to defendants' motion for relief from discovery deadline; |
| 1937 | 11/06/12 | Fisher | 2.20 | $ 330.00 | $ 726.00 | Finish opposition to defendants' motion for relief from discovery deadline; draft and send agenda for tomorrow's meeting to team; |
| 1938 | 11/06/12 | Williams | 1.80 | $ 580.00 | $ 1,044.00 | Review and edit plaintiffs' opposition to Cities' Motion to Change Discovery Cutoff; continue review of Stendal deposition and identification of trial testimony; |
| 1939 | 11/07/12 | Boschen | 1.70 | $ 150.00 | $ 255.00 | Conference call regarding case status [.6]; telephone conference with class member and correspondence regarding same [1]; worked on document review [.1]. |
| 1940 | 11/07/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on response to motion to continue [.2]. |
| 1941 | 11/07/12 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Team meeting re case strategy/status (.75); Review/edit reply re motion for relief from discovery deadline (1.0). |
| 1942 | 11/07/12 | Fisher | 1.80 | $ 330.00 | $ 594.00 | Edit opposition to motion for relief from discovery deadline; update agenda; participate in team call; |
| 1943 | 11/07/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Prepare for and chair team meeting on litigation strategy; coordinate on finalization of opposition to Cities' motion to extend discovery cutoff; |
| 1944 | 11/08/12 | Boschen | 5.50 | $ 150.00 | $ 825.00 | Continued document review [5.5]. |
| 1945 | 11/08/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review proposal re contact w/ Mountain Law current client (.25); E-mail team re same (.25). |
| 1946 | 11/08/12 | Fisher | 0.40 | $ 330.00 | $ 132.00 | Draft letter to J. Murphy regarding production; |
| 1947 | 11/09/12 | Boschen | 2.30 | $ 150.00 | $ 345.00 | Continued work on document review [2.3]. |
| 1948 | 11/09/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Reviewed order compelling documents from Mountain Law and analyzed issues regarding same [.2]. |
| 1949 | 11/09/12 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Review/analyze def. reply re motion to continue discovery deadline. |
| 1950 | 11/09/12 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Edit and send letter to J. Murphy regarding production of non-privileged documents; |
| 1951 | 11/12/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on discovery and witness issues [.1]; telephone conference with co-counsel regarding same [.1]. |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1952 | 11/12/12 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Review Court's order re Mountain Law motion (.25); discuss same w/ co-counsel (.5). |
| 1953 | 11/12/12 | Williams | 6.00 | $ 580.00 | $ 3,480.00 | Review court order compelling Mountain Law's production of documents in response to subpoena; continue review of E. Stendal deposition transcript and identification of trial testimony; continue creating timeline of key events and documents; |
| 1954 | 11/13/12 | Boschen | 5.90 | $ 150.00 | $ 885.00 | Continued document review [5.9]. |
| 1955 | 11/13/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Analyzed issues regarding class counsel's ability to communicate with clients who are currently represented by public defense attorneys in Mount Vernon and Burlington and email correspondence with co-counsel regarding same [.3]; analyzed issues regarding injunctive relief and standards for showing mootness [.2]. |
| 1956 | 11/13/12 | Fisher | 1.10 | $ 330.00 | $ 363.00 | Read team emails; draft and send team agenda for tomorrow's meeting; draft letter to A. Cooley rescheduling P. Hayden's deposition; |
| 1957 | 11/14/12 | Boschen | 3.00 | $ 150.00 | $ 450.00 | Continued document review [2.6]; prepared transcripts for deposition notebooks [.4]; |
| 1958 | 11/14/12 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Prepared for and participated in weekly conference call with co-counsel regarding various case strategy, expert, and discovery issues [.9]; telephone conference with co-counsel regarding same [.1]. |
| 1959 | 11/14/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | team meeting re litigation strategy and case status. |
| 1960 | 11/14/12 | Fisher | 1.20 | $ 330.00 | $ 396.00 | Update and send agenda; participate in team meeting; draft letter to A. Cooley regarding P. Hayden as an untimely disclosure; |
| 1961 | 11/14/12 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Prepare for team conference call; chair conference call with litigation team on strategy; review and edit letter to attorney for Cities advising that expert Hayden should be excluded because of untimely disclosure; |
| 1962 | 11/15/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding late disclosure of expert testimony [.2]. |
| 1963 | 11/15/12 | Fisher | 0.30 | $ 330.00 | $ 99.00 | Edit and send A. Cooley letter regarding P. Hayden; |
| 1964 | 11/16/12 | Zuchetto | 0.30 | $ 330.00 | $ 99.00 | review/edit letter to defense counsel re expert. |
| 1965 | 11/16/12 | Fisher | 2.50 | $ 330.00 | $ 825.00 | Draft letter to B. Authenthaler regarding P. Hayden as untimely disclosure; read depositions and work on case overview; |
| 1966 | 11/19/12 | Marshall | 0.90 | $ 375.00 | $ 337.50 | Worked on trial witness and discovery issues [.9]. |
| 1967 | 11/19/12 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Review recordings from court (.75); Discuss same w/ co-counsel (.25); Review/edit letter to def. counsel re expert disclosures (.5). |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1968 | 11/19/12 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Email correspondence with co-counsel re discovery and experts and case strategy |
| 1969 | 11/19/12 | Roos | 0.10 | $ 465.00 | $ 46.50 | Review and comment on letter regarding expert depositions; |
| 1970 | 11/19/12 | Fisher | 1.60 | $ 330.00 | $ 528.00 | Edit letter regarding P. Hayden; read response from B. Augenthaler; discuss conflict counsel issue with N. Talner; listen to audio recordings of Burlington and Mount Vernon court hearings; |
| 1971 | 11/19/12 | Williams | 1.40 | $ 580.00 | $ 812.00 | Review and approve letters to and from counsel for Cities on expert Hayden's untimely disclosure and objections to same; continue review of E. Stendal deposition to identify testimony and exhibits; |
| 1972 | 11/20/12 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Worked on production issues and correspondence regarding same [.2]. |
| 1973 | 11/20/12 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Worked on discovery and factual background research issues [1.0]. |
| 1974 | 11/20/12 | Dunne | 0.50 | $ 380.00 | $ 190.00 | Meeting with N. Talner re expert witnesses |
| 1975 | 11/20/12 | Talner | 2.50 | $ 400.00 | $ 1,000.00 | Meet with Sarah to discuss expert witnesses; research re evidence needed for permanent injunction order |
| 1976 | 11/20/12 | Fisher | 1.50 | $ 330.00 | $ 495.00 | Research expert disclosure issue regarding P. Hayden; draft and send agenda; work on case overview; |
| 1977 | 11/20/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Continue selection of potential testimony for trial and creation of trial timeline; |
| 1978 | 11/21/12 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Case status conference call [.9]. |
| 1979 | 11/21/12 | Marshall | 0.90 | $ 375.00 | $ 337.50 | Prepared for and participated in weekly conference call with co-counsel [.9]. |
| 1980 | 11/21/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Team meeting re case strategy/status. |
| 1981 | 11/21/12 | Talner | 1.80 | $ 400.00 | $ 720.00 | Conference call with co-counsel to discuss case strategy re discovery and expert witnesses, continue reviewing deposition transcripts and preparing outline of evidence relevant to expert witnesses |
| 1982 | 11/21/12 | Fisher | 6.00 | $ 330.00 | $ 1,980.00 | Edit agenda; participate in weekly team meeting; edit and send letter regarding P. Hayden's and J. Ladenburg's depositions; research expert disclosure issue; review M. Witt's production |
| 1983 | 11/21/12 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Prepare for and chair weekly litigation team conference call; continue creating timeline of key events and documents; continue identifying Stendal trial testimony and exhibits; |
| 1984 | 11/23/12 | Talner | 3.50 | $ 400.00 | $ 1,400.00 | Review deposition transcripts and documents from supplemental production and continue outline of evidence relevant to expert witnesses |
| 1985 | 11/26/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Worked on discovery and expert issues and email correspondence with co-counsel regarding same [.4]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 1986 | 11/26/12 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Email correspondence with co-counsel re discovery issues |
| 1987 | 11/26/12 | Williams | 5.50 | $ 580.00 | $ 3,190.00 | Review letter from A. Cooley on plaintiffs' depositions exceeding ten allowed by federal rules and coordinate with C. Fisher on response; continue selection of Stendal trial testimony and exhibits; coordinate with ACLU on J. Strait writings; begin review of Feldman declarations and reports for expert deposition; |
| 1988 | 11/27/12 | Boschen | 1.30 | $ 150.00 | $ 195.00 | Correspondence regarding experts and production [.2]; continued document review [1.1]. |
| 1989 | 11/27/12 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on witness disclosure issue [.1]; worked on discovery and expert issues and email correspondence with co-counsel regarding same [.2]. |
| 1990 | 11/27/12 | Fisher | 1.20 | $ 330.00 | $ 396.00 | Draft memo regarding 10-deposition limit; discuss saving files to DMS with C. Kness; discuss M. Witt production with J. Higa; |
| 1991 | 11/27/12 | Williams | 0.40 | $ 580.00 | $ 232.00 | Review order from court denying Cities' request to extend discovery deadline and discuss implication with team; |
| 1992 | 11/28/12 | Boschen | 4.90 | $ 150.00 | $ 735.00 | Case status conference call [.6]; updated production log [.1]; correspondence regarding experts and production issues [.2]; reviewed deposition testimony for potential witnesses and commenced drafting third supplemental witness disclosures [3.7]; continued document review [.3]. |
| 1993 | 11/28/12 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on witness issues [.1]; analyzed issues regarding deposition strategy and experts [.2]. |
| 1994 | 11/28/12 | Zuchetto | 1.20 | $ 330.00 | $ 396.00 | Team meeting re case status/strategy (.75); Discuss expert depositions w/ co-counsel (.25); Prepare e-mail to co-counsel re evidentiary issue (.2). |
| 1995 | 11/28/12 | Dunne | 0.70 | $ 380.00 | $ 266.00 | Conference call with co-counsel re case strategy and discovery |
| 1996 | 11/28/12 | Talner | 1.40 | $ 400.00 | $ 560.00 | Conference call with co-counsel to discuss case strategy re discovery and expert witnesses, compile documents for expert witness to review |
| 1997 | 11/28/12 | Roos | 1.10 | $ 465.00 | $ 511.50 | Telephone conference with team regarding ongoing discovery; |
| 1998 | 11/29/12 | Boschen | 5.70 | $ 150.00 | $ 855.00 | Worked on reviewing depositions and production for supplemental witness disclosures and correspondence regarding same [5.7]. |
| 1999 | 11/29/12 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on discovery issues and email correspondence with opposing counsel regarding same [.2]. |
| 2000 | 11/30/12 | Boschen | 4.30 | $ 150.00 | $ 645.00 | Continued document review [4.3]. |
| 2001 | 11/30/12 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | E-mail team re Feldman dep. |
| 2002 | 11/30/12 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Read J. Aarstads deposition and create summary and expected testimony; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2003 | 12/03/12 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Telephone conference with co-counsel regarding discovery and case strategy issues [.6]. |
| 2004 | 12/03/12 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | Discuss witness depositions w/ co-counsel. |
| 2005 | 12/03/12 | Fisher | 2.70 | $ 330.00 | $ 891.00 | Read and take notes from J.Aarstad's deposition; work on case overview; read and reply to team emails; |
| 2006 | 12/04/12 | Boschen | 7.30 | $ 150.00 | $ 1,095.00 | Correspondence regarding document production [.1]; continued document review [6.7]; drafted letter and prepared mailing to indigent defendant [.4]; worked on production issues [.1]. |
| 2007 | 12/04/12 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Analyzed issues regarding experts, factual background, and depositions and email correspondence with co-counsel regarding same [.5]. |
| 2008 | 12/04/12 | Zuchetto | 1.95 | $ 330.00 | $ 643.50 | E-mail team re Feldman's deposition (.5); Discuss same w/ co-counsel (.25); Discuss evidentiary issue w/ co-counsel (.2); Review docs/research re same (.5); Call back CM re status update (.25); Work on expert supplement re supplement discovery and e-mail co-counsel re same (.25). |
| 2009 | 12/04/12 | Dunne | 0.50 | $ 380.00 | $ 190.00 | Conference call with co-counsel re case strategy, experts, and discovery |
| 2010 | 12/04/12 | Fisher | 1.50 | $ 330.00 | $ 495.00 | Read L. Alvarez's deposition and draft summary of deposition and expected testimony; draft and send agenda for weekly meeting; read S. Svaren's deposition and create summary of deposition and expected testimony; |
| 2011 | 12/05/12 | Boschen | 7.00 | $ 150.00 | $ 1,050.00 | Continued document review [5.8]; case status conference call and personal conference regarding same [1.o]; correspondence regarding witness disclosures [.1]; correspondence regarding production [.1]. |
| 2012 | 12/05/12 | Marshall | 1.50 | $ 375.00 | $ 562.50 | Prepared for and participated in weekly call with co-counsel and analyzed issues regarding experts and discovery [1.0]; worked on witness disclosure and discovery issues and email correspondence co-counsel regarding same [.5]. |
| 2013 | 12/05/12 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Team meeting re litigation strategy/status. |
| 2014 | 12/05/12 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Conference call with J. Strait re his health and expert declaration |
| 2015 | 12/05/12 | Roos | 1.10 | $ 465.00 | $ 511.50 | Telephone conference with team regarding ongoing discovery; |
| 2016 | 12/05/12 | Fisher | 1.80 | $ 330.00 | $ 594.00 | Read and summarize S. Skelton's deposition; participate in team call; discuss expert documents and M. Witt's production with N. Talner and the possiblity of asking M. Witt whether he produced everything or if documents, such as plea statements, are missing; compose index of M. Witt's case files; |
| 2017 | 12/06/12 | Boschen | 4.10 | $ 150.00 | $ 615.00 | Continued document review [3.2]; worked on document production and correspondence regarding same [.9]. |

169

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2018 | 12/06/12 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Telephone call from co-counsel regarding case strategy issues, experts, and depositions [.5]; worked on same [.2]. |
| 2019 | 12/06/12 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Conference call with J. Williams and C. Fisher re case; email correspondence with co-counsel re depositions |
| 2020 | 12/06/12 | Roos | 0.20 | $ 465.00 | $ 93.00 | Review and comment regarding letter addressing expert depositions; |
| 2021 | 12/06/12 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Continue creating expert witness deposition outline for James A. Feldman; |
| 2022 | 12/06/12 | Fisher | 3.40 | $ 330.00 | $ 1,122.00 | Discuss P. Hayden, J. Ladenburg, and D. Svaren's depositions with J. Williams; T. Marshall and S. Dunne; draft letter to J. Murphy regarding case files and calendar meetings; draft letter to A. Cooley regarding depositions; review discovery issues; |
| 2023 | 12/07/12 | Boschen | 6.20 | $ 150.00 | $ 930.00 | Telephone conference with potential witness [.3]; continued work on document review [4.6]; worked on production issues and correspondence regarding same [1.3]. |
| 2024 | 12/07/12 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Telephone conference with co-counsel regarding factual background issues [1.0]. |
| 2025 | 12/07/12 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Review expert docs. re Chris Jackson (1.5); Discuss same w/ co-counsel (.5). |
| 2026 | 12/07/12 | Talner | 1.20 | $ 400.00 | $ 480.00 | Teleconference with co-counsel to discuss expert witness, emails to co-counsel re discovery issues |
| 2027 | 12/07/12 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Coordinate with C. Fisher on correspondence to A. Cooley regarding expert depositions; continue developing outline of expert deposition examination for James A. Feldman; |
| 2028 | 12/07/12 | Fisher | 0.50 | $ 330.00 | $ 165.00 | Edit letter to A. Cooley regarding depositions; edit letter to J. Murphy regarding M. Witt's case files and calendars; read team emails regarding discovery and documents to be sent to experts; |
| 2029 | 12/10/12 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Worked on discovery, expert, and witness issues and email correspondence with co-counsel regarding same [.4]. |
| 2030 | 12/10/12 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Respond to inquiry re co-counsel. |
| 2031 | 12/10/12 | Talner | 0.90 | $ 400.00 | $ 360.00 | Review documents newly produced by Mountain Law |
| 2032 | 12/10/12 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Meet with C. Fisher on scheduling of expert depositions; conference calls with T. Marshall and S. Dunne on expert witness depositions; coordinate with C. Fisher on letter to counsel for Cities on expert depositions; continue review of Feldman records in anticipation of Feldman deposition; review prior declarations of Strait, Jackson, and Boerner in preparation for Feldman deposition; |

170

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2033 | 12/11/12 | Boschen | 3.40 | $ 150.00 | $ 510.00 | Worked on production issues and correspondence regarding same [.4]; continued document review [3]. |
| 2034 | 12/11/12 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Reviewed recent productions by Cities and Mountain Law and analyzed issues regarding same [.8]; worked on expert issues and email correspondence with co-counsel regarding same [.6]. |
| 2035 | 12/11/12 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Review and revise witness disclosure list |
| 2036 | 12/11/12 | Talner | 1.30 | $ 400.00 | $ 520.00 | Teleconference with expert witness to discuss discovery documents, emails with co-counsel re reviewing newly produced documents from Mountain Law |
| 2037 | 12/11/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Continue creating expert witness examination outline for James Feldman deposition; |
| 2038 | 12/12/12 | Boschen | 4.00 | $ 150.00 | $ 600.00 | Case status conference call [.5]; continued work on document review [2.1]; worked on witness disclosures [1]; correspondence with Mr. Gipe regarding production [.1]; worked on production issues [.3]. |
| 2039 | 12/12/12 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Prepared for and participated in weekly conference call with co-counsel [.6]; worked on discovery issues [.1]. |
| 2040 | 12/12/12 | Roos | 0.60 | $ 465.00 | $ 279.00 | Telephone conference with team regarding discovery issues; |
| 2041 | 12/12/12 | Williams | 0.80 | $ 580.00 | $ 464.00 | Preparation for and chair litigation team conference call; |
| 2042 | 12/13/12 | Boschen | 1.30 | $ 150.00 | $ 195.00 | Continued work on document review [.5]; worked on witness disclosures [.7]; correspondence with all counsel regarding same [.1]; |
| 2043 | 12/13/12 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on witness disclosure issues [.3]. |
| 2044 | 12/13/12 | Williams | 1.50 | $ 580.00 | $ 870.00 | Prepare outline and organize exhibits for expert witness deposition of James Feldman; |
| 2045 | 12/14/12 | Boschen | 3.80 | $ 150.00 | $ 570.00 | Continued work on document review [3.2]; telephone conference with Mr. Gipe regarding production issues [.2]; drafted and finalized letter regarding same [.4]. |
| 2046 | 12/14/12 | Williams | 6.50 | $ 580.00 | $ 3,770.00 | Prepare for and take expert deposition of James Feldman; |
| 2047 | 12/17/12 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Call W. Honea to tell him that we are cancelling D. Svaren's deposition; write and send follow-up letter to W. Honea regarding cancelling deposition; discuss depositions with M. Walsh; |
| 2048 | 12/18/12 | Boschen | 11.10 | $ 150.00 | $ 1,665.00 | Continued document review [10.3]; worked on production issues and correspondence regarding same [.8]; |
| 2049 | 12/18/12 | Fisher | 0.90 | | $ - | Sort out discovery document issues; draft and send meeting agenda; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2050 | 12/19/12 | Boschen | 6.90 | $ 150.00 | $ 1,035.00 | Continued document review [6.2]; correspondence regarding witness disclosures and production issues [.2]; case status conference call [.5]; |
| 2051 | 12/19/12 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Team call re strategy/status (1.0); E-mail co-counsel re same (.25). |
| 2052 | 12/19/12 | Williams | 0.80 | $ 580.00 | $ 464.00 | Prepare for and preside over litigation team conference call on strategy; review and approve letter to attorney for Cities on expert witness report; |
| 2053 | 12/19/12 | Fisher | 1.40 | $ 330.00 | $ 462.00 | Participate in team call; draft letter to A. Cooley regarding C. Jackson's supplemental expert report; gather information for J. Ladenburg's subpoena; |
| 2054 | 12/19/12 | Roos | 0.60 | $ 465.00 | $ 279.00 | Telephone conference with team regarding discovery issues; |
| 2055 | 12/20/12 | Boschen | 5.60 | $ 150.00 | $ 840.00 | Continued document review [2]; worked on production issues and correspondence and personal conference regarding same [3.6]. |
| 2056 | 12/20/12 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on discovery and expert issues [.3]. |
| 2057 | 12/20/12 | Fisher | 0.90 | $ 330.00 | $ 297.00 | Coordinate subpoena, notice of deposition, and letter to A. Cooley regarding C. Jackson's supplemental report; edit subpoena and notice of depositions; read email from A. Gipe about production issues; |
| 2058 | 12/21/12 | Boschen | 2.10 | $ 150.00 | $ 315.00 | Continued document review [2.1]. |
| 2059 | 12/21/12 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Worked on discovery and case strategy issues [.8]. |
| 2060 | 12/21/12 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Review new contract re pd services (1.0); Discuss same w/ co-counsel (.25); Review supplemental discovery (.75). |
| 2061 | 12/21/12 | Williams | 0.30 | $ 580.00 | $ 174.00 | Review letter from counsel for Cities on expert discovery issues; |
| 2062 | 12/21/12 | Fisher | 0.20 | $ 330.00 | $ 66.00 | Read letter from A. Cooley regarding C. Jackson's supplemental expert report; read N. Talner's email regarding court files; send email to team regarding supplemental expert report position; |
| 2063 | 12/26/12 | Boschen | 9.20 | $ 150.00 | $ 1,380.00 | Drafted, finalized, emailed, mailed and messengered subpoena and notice of deposition regarding Pat Hayden [.5]; continued document review [8.7]. |
| 2064 | 12/26/12 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Researched and analyzed issues regarding expert disclosures and factual background issues and telephone conference and email correspondence with co-counsel regarding same [.7]. |
| 2065 | 12/26/12 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Review def. counsel correspondence re complaint system, e-mail team and discuss same w/ co-counsel. |
| 2066 | 12/27/12 | Boschen | 6.40 | $ 150.00 | $ 960.00 | Continued document review [5.9]; worked on production issues and correspondence regarding same [.5]. |
| 2067 | 12/27/12 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Conference call with J. Strait re his health and supplemental expert report |
| 2068 | 12/28/12 | Boschen | 5.60 | $ 150.00 | $ 840.00 | Drafted and finalized public disclosure requests to municipal courts [.2]; continued work on document review [5.4]. |

172

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2069 | 12/28/12 | Marshall | 0.60 | $ 375.00 | $ 225.00 | Worked on discovery issues and analysis of court files needed for deposition of Mountain Law [.5]; email correspondence with co-counsel regarding same [.1]. |
| 2070 | 12/28/12 | Talner | 2.60 | $ 400.00 | $ 1,040.00 | Discuss discovery issues with Sarah Dunne, discuss documents reviewed and documents needed with expert witness, review Mountain Law attorney files and draft list of court files needed |
| 2071 | 12/31/12 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Email correspondence from attorney witness who now represents former client of Witt |
| 2072 | 01/02/13 | Boschen | 1.10 | $ 150.00 | $ 165.00 | Case status conference call [.8]; correspondence regarding public records requests [.1]; worked on production issues and correspondence regarding same [.2]; |
| 2073 | 01/02/13 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Prepared for and participated in weekly strategy call with co-counsel [.9]; worked on outline for deposition of Mountain Law and reviewed documents in preparation for same [.1]; email correspondence with co-counsel regarding factual background issues related to Mountain Law [.1]. |
| 2074 | 01/02/13 | Talner | 1.50 | $ 400.00 | $ 600.00 | Conference call with co-counsel to discuss case strategy; research Mountain law attorneys, continue outline of points to cover in Mountain Law deposition |
| 2075 | 01/03/13 | Boschen | 4.50 | $ 150.00 | $ 675.00 | Worked on deposition preparation; personal conferences and correspondence regarding same; worked on document review. |
| 2076 | 01/03/13 | Marshall | 1.90 | $ 375.00 | $ 712.50 | Email correspondence with co-counsel regarding case strategy issues [.2]; prepared for deposition of Mountain Law, worked on outline for same, and reviewed documents for same [1.7]. |
| 2077 | 01/03/13 | Fisher | 0.10 | $ 330.00 | $ 33.00 | Discuss deposition schedule with J. Boschen; |
| 2078 | 01/04/13 | Boschen | 5.90 | $ 150.00 | $ 885.00 | Continued document review and deposition preparation [5.9]. |
| 2079 | 01/04/13 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on preparations for deposition of Mountain Law [.2]. |
| 2080 | 01/04/13 | Talner | 1.50 | $ 400.00 | $ 600.00 | Review draft letter to opposing counsel re supplementing expert reports; finish outline of questions for Mountain Law deposition |
| 2081 | 01/07/13 | Boschen | 8.20 | $ 150.00 | $ 1,230.00 | Worked on document review and deposition preparation for Hayden and Laws depositions [8.2]. |
| 2082 | 01/07/13 | Marshall | 2.00 | $ 375.00 | $ 750.00 | Worked on preparation for mountain law deposition and telephone conference and email correspondence with co-counsel regarding same [2.0]. |
| 2083 | 01/07/13 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Discuss 30b6 dep. prep./case strategy w/ co-counsel (.75); Review e-mails re pd performance (.25). |

173

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2084 | 01/07/13 | Talner | 3.50 | $ 400.00 | $ 1,400.00 | Teleconference with co-counsel and research documents to prepare for Mountain Law deposition;review court files and summarize for Mountain Law deposition; research potential additional witnesses |
| 2085 | 01/08/13 | Boschen | 4.20 | $ 150.00 | $ 630.00 | Continued document review and deposition preparation [4.1]; downloaded and filed expert production[.1]. |
| 2086 | 01/08/13 | Marshall | 5.80 | $ 375.00 | $ 2,175.00 | Worked on preparations for deposition of Mountain Law [5.8]. |
| 2087 | 01/08/13 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Discuss 30b6 depo. w/ co-counsel re preparation for same (.5); Research re same (.75). |
| 2088 | 01/08/13 | Talner | 2.50 | $ 400.00 | $ 1,000.00 | Email expert witness about cities' request to take her deposition; review newly provided full case files from Mountain Law and newly provided court files; emails with co-counsel to prepare for Mountain Law and expert depositions |
| 2089 | 01/08/13 | Williams | 0.60 | $ 580.00 | $ 348.00 | Exchange emails with litigation team on setting Chris Jackson deposition; coordinate with Chris Jackson and N. Talner on deposition preparation for Chris Jackson; |
| 2090 | 01/09/13 | Haynes | 9.10 | $ 190.00 | $ 1,729.00 | Performed interviews at Skagit County Jail [9.1]. |
| 2091 | 01/09/13 | Boschen | 7.90 | $ 150.00 | $ 1,185.00 | Continued document review and deposition preparation[7.5]; case status conference call [.4]. |
| 2092 | 01/09/13 | Marshall | 7.90 | $ 375.00 | $ 2,962.50 | Worked on preparation for deposition of Mountain Law and reviewed documents for same [7.5]; weekly telephone conference with co-counsel [.4]. |
| 2093 | 01/09/13 | Zuchetto | 2.50 | $ 330.00 | $ 825.00 | Litigation/strategy call (1.0); Review/analyze recent SCOTUS case re mootness/voluntary cessation and e-mail co-counsel re same (.5); Review/edit dep. outline re Mountain Law (.75); Review Burlington ordinance and e-mail co-counsel re same (.25). |
| 2094 | 01/09/13 | Talner | 3.60 | $ 400.00 | $ 1,440.00 | Interview potential witnesses |
| 2095 | 01/09/13 | Roos | 2.10 | $ 465.00 | $ 976.50 | Telephone conference with team regarding discovery issues; review documents for Rule 30(b)(6) deposition of Burlington; |
| 2096 | 01/09/13 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Review correspondence on discovery from opposing counsel; review email from M. Zuchetto on new U.S. Supreme Court mootness case; prepare for and chair litigation team conference call on strategy and depositions; begin creating Mt. Vernon 30(b)(6) deposition outline; meet with team to discuss set up of 30(b)(6) documents for review; |
| 2097 | 01/10/13 | Haynes | 0.30 | $ 190.00 | $ 57.00 | Email correspondence regarding jail visit [.3]. |

174

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2098 | 01/10/13 | Boschen | 2.90 | $ 150.00 | $ 435.00 | Correspondence regarding witness interviews [.1]; worked on production and clawback issues and personal conferences and correspondence regarding same [1.1]; continued preparation for Hayden deposition [1.7]. |
| 2099 | 01/10/13 | Marshall | 11.30 | $ 375.00 | $ 4,237.50 | Prepared for, traveled to, took, and returned from deposition of Mountain Law [10.6]; analyzed issues regarding same [.7]. |
| 2100 | 01/10/13 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review/analyze co-counsel notes re jail visits and e-mail re same. |
| 2101 | 01/10/13 | Talner | 1.20 | $ 400.00 | $ 480.00 | Emails with co-counsel re expert witness subpoena, summarize witness interviews |
| 2102 | 01/10/13 | Roos | 2.80 | $ 465.00 | $ 1,302.00 | Prepare for Rule 30(b)(6) deposition of Burlington, including review of documents relating to same; |
| 2103 | 01/10/13 | Fisher | 0.30 | $ 330.00 | $ 99.00 | Review emails and rules regarding objections to C. Jackson's subpoena; |
| 2104 | 01/10/13 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Continue drafting outline for Mt. Vernon 30(b)(6) deposition; exchange emails with paralegal on assembling documents; |
| 2105 | 01/11/13 | Marshall | 2.80 | $ 375.00 | $ 1,050.00 | Analyzed issues regarding Mountain Law deposition and drafted memorandum to co-counsel regarding same [.8]; analyzed issues regarding ordering of expedited transcript and email correspondence with court reporter regarding same [.1]; email correspondence with opposing counsel regarding counsel's alleged production of work product [.1]; telephone call from co-counsel regarding supplementation of expert report [.3]; analyzed issues regarding same [.3]; worked on outline for deposition of Mount Vernon [1.2]. |
| 2106 | 01/11/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review co-counsel summary re Mountain Law deposition. |
| 2107 | 01/11/13 | Roos | 2.10 | $ 465.00 | $ 976.50 | Prepare for Rule 30(b)(6) deposition of Burlington, including review of documents and drafting outline; |
| 2108 | 01/11/13 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Review summary of Mountain Law deposition; review correspondence from attorney for Cities on claw back of privileged materials; continue drafting outline for 30(b)(6) deposition of Mt. Vernon and coordinate same with T. Marshall and B. Roos; |
| 2109 | 01/12/13 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Analyzed issues regarding recent jail interviews and email correspondence with co-counsel regarding same [.1]. |
| 2110 | 01/13/13 | Roos | 2.10 | $ 465.00 | $ 976.50 | Review documents for Rule 30(b)(6) deposition; |
| 2111 | 01/13/13 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Continue drafting outline of questions and selection of exhibits for Mt. Vernon 30(b)(6) deposition; |

175

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2112 | 01/14/13 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Worked on SDT to Mr. Powers, investigator for Mountain Law, and analyzed issues regarding same [.3]; researched and analyzed issues regarding Mr. Hayden in preparation for deposition [.2]; reviewed documents and worked on outline for same [.1]; worked on preparations for Mount Vernon 30(b)(6) deposition and email correspondence with co-counsel regarding same [.4]; email to opposing counsel regarding issue with inadvertently disclosed document [.1]. |
| 2113 | 01/14/13 | Zuchetto | 0.55 | $ 330.00 | $ 181.50 | Discuss Hayden dep. w/ co-counsel (.25); Review e-mails/outline re Mt. Vernon deposition (.3). |
| 2114 | 01/14/13 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Correspondence with co-counsel re expert witness subpoena |
| 2115 | 01/14/13 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Continue to identify exhibits and draft questions for Mt. Vernon 30(b)(6) deposition outline; |
| 2116 | 01/14/13 | Roos | 3.10 | $ 465.00 | $ 1,441.50 | Prepare for Rule 30(b)(6) deposition of Burlington, including review of documents and drafting outline; |
| 2117 | 01/15/13 | Nusser | 1.50 | $ 225.00 | $ 337.50 | Researched waiver of the attorney-client privilege where attorney plans to testify at trial [1.5]. |
| 2118 | 01/15/13 | Marshall | 4.90 | $ 375.00 | $ 1,837.50 | Worked on SDT to Mr. Powers, who provides investigative services to Mountain Law [.2]; worked on SDT to Mountain Law for case reports [.2]; worked on PRA request to Everett for complaints against Baker Lewis attorneys [.1]; reviewed documents in preparation for deposition of Mr. Hayden and worked on outline for same [3.5]; worked on outline for deposition of Burlington and email correspondence with co-counsel regarding same [.3]; telephone conference with co-counsel regarding opposing counsel's use of script with witness at deposition and researched and analyzed issues regarding same [.4]; analyzed issues regarding inadvertently disclosed document and email correspondence with opposing counsel regarding same [.2]. |
| 2119 | 01/15/13 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Review summary re Mt. Vernon deposition (.25); Discuss Mt. B. dep. w/ co-counsel (.25); Research re dep. witness (.5); Research re privilege and e-mail co-counsel re same (.25). |
| 2120 | 01/15/13 | Roos | 4.90 | $ 465.00 | $ 2,278.50 | Prepare for deposition of Burlington, including drafting outline regarding same; conduct legal research regarding use of script at deposition; |

176

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2121 | 01/15/13 | Williams | 9.50 | $ 580.00 | $ 5,510.00 | Prepare for, travel to, and take 30(b)(6) deposition of City of Mt. Vernon in Mt. Vernon; draft summary of key points from deposition; review with B. Roos and C. Fisher strategy for addressing use of script at 30(b)(6) deposition; |
| 2122 | 01/16/13 | Nusser | 3.00 | $ 225.00 | $ 675.00 | Researched waiver of the attorney-client privilege where attorney plans to testify at trial [3] |
| 2123 | 01/16/13 | Marshall | 8.20 | $ 375.00 | $ 3,075.00 | Reviewed documents in preparation for deposition of Mr. Hayden and worked on outline of same [7.2]; prepared for and participated in weekly conference call with co-counsel [.9]; reviewed memorandum regarding waiver of attorney-client privilege and work product for attorneys identified as witnesses for trial [.1]. |
| 2124 | 01/16/13 | Zuchetto | 1.40 | $ 330.00 | $ 462.00 | Team call re litigation strategy (.9); Review e-mail from co-counsel re potential witness (.5). |
| 2125 | 01/16/13 | Roos | 10.20 | $ 465.00 | $ 4,743.00 | Attend and take deposition of Burlington in Mount Vernon, Washington; prepare for same; conferences with C. Fisher and J. Williams regarding same; draft summary of same; |
| 2126 | 01/16/13 | Fisher | 9.00 | $ 330.00 | $ 2,970.00 | Attend deposition of B. Harrison on behalf of Burlington; |
| 2127 | 01/17/13 | Marshall | 8.90 | $ 375.00 | $ 3,337.50 | Prepared for, traveled to, took, and returned from deposition of Mr. Hayden [7.9]; telephone conference with co-counsel regarding same [.2]; drafted memorandum to co-counsel regarding same [.8]. |
| 2128 | 01/17/13 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Review/analyze 30b6 dep. summary (.5); Review/analyze Hayden dep. summary and discuss same w/ co-counsel (.75); Review/summarize current cm issues and e-mail team re same (1.75). |
| 2129 | 01/17/13 | Talner | 0.90 | $ 400.00 | $ 360.00 | additional preparation re addition to witness list, teleconference with expert witness re responding to deposition subpoena |
| 2130 | 01/17/13 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review email from B. Roos and T. Marshall on deposition results; conference call with ACLU on Chris Jackson production of documents; |
| 2131 | 01/18/13 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on discovery and case strategy issues [.3]. |
| 2132 | 01/18/13 | Talner | 0.40 | $ 400.00 | $ 160.00 | Emails with co-counsel and teleconference with expert witness re responding to deposition subpoena |
| 2133 | 01/20/13 | Marshall | 3.50 | $ 375.00 | $ 1,312.50 | Reviewed transcript from Mountain Law deposition and worked on expert issues in relation to same. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2134 | 01/21/13 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Reviewed transcript from Mountain Law deposition and email correspondence with Ms. Jackson and co-counsel regarding same and expert issues. |
| 2135 | 01/21/13 | Talner | 0.70 | $ 400.00 | $ 280.00 | Correspondence with expert witness re rescheduled deposition and send expert documents for her review |
| 2136 | 01/22/13 | Boschen | 3.30 | $ 150.00 | $ 495.00 | Worked on preparing documents for expert report [.2]; reviewed Hayden deposition summary [.1]; reviewed witness interview summary [.1]; worked on document production and witness issues [2.9]. |
| 2137 | 01/22/13 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on case strategy issues [.3]. |
| 2138 | 01/22/13 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Discuss expert declaration and witness interview w/ co-counsel. |
| 2139 | 01/22/13 | Talner | 1.80 | $ 400.00 | $ 720.00 | Gather documents for expert witness, investigate potential witnesses, review draft expert supplemental report |
| 2140 | 01/23/13 | Kinsey | 0.80 | $ 100.00 | $ 80.00 | Prepared draft of and finalized stipulation and proposed order extending Mountain Law deposition deadline; arranged filing and service; email correspondence to chambers. |
| 2141 | 01/23/13 | Boschen | 3.50 | $ 150.00 | $ 525.00 | Case status conference call [.8]; worked on document production [.9]; worked on preparing documents related to expert report [1.8]. |
| 2142 | 01/23/13 | Marshall | 3.40 | $ 375.00 | $ 1,275.00 | Worked on expert issues [.2]; worked on deposition scheduling issues and stipulation regarding same [.4]; telephone conferences with opposing counsel and court regarding same [.3]; worked on supplemental declaration of Ms. Jackson [2.5]. |
| 2143 | 01/23/13 | Zuchetto | 4.90 | $ 330.00 | $ 1,617.00 | Review/edit Chris Jackson declaration (3.0); Discuss same w/ co-counsel (1.0); Team meeting re litigation status/strategy (.9). |
| 2144 | 01/23/13 | Talner | 1.90 | $ 400.00 | $ 760.00 | Conference call with co-counsel to discuss case strategy, finalize collection of documents responding to expert deposition subpoena |
| 2145 | 01/23/13 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Prepare for and chair meeting of litigation team on strategy, upcoming depositions and outstanding discovery; coordinate with N. Talner of ACLU on production of documents for C. Jackson deposition; |
| 2146 | 01/24/13 | Kinsey | 0.80 | $ 100.00 | $ 80.00 | Reviewed and revised Christine Jackson declaration; email correspondence to and from Ms. Jackson regarding same. |
| 2147 | 01/24/13 | Boschen | 5.10 | $ 150.00 | $ 765.00 | Prepared exhibits for expert report; telephone conferences and correspondence regarding same. |
| 2148 | 01/24/13 | Marshall | 3.10 | $ 375.00 | $ 1,162.50 | Worked on Ms. Jackson's second supplemental expert declaration and researched and analyzed issues regarding same [3.1]. |

178

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2149 | 01/24/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review/edit Chris Jackson declaration. |
| 2150 | 01/24/13 | Williams | 5.50 | $ 580.00 | $ 3,190.00 | Begin creating Christine Jackson deposition preparation outline and review of Jackson declarations; begin creating deposition outline for Cities expert John Ladenburg and review of Ladenburg expert opinions; |
| 2151 | 01/24/13 | Roos | 0.50 | $ 465.00 | $ 232.50 | Conference with D. Steele regarding mootness issue for anticipated summary judgment motion; review documents regarding same; |
| 2152 | 01/25/13 | Haynes | 1.50 | $ 190.00 | $ 285.00 | Telephone call to witness [.6]; email correspondence regarding potential witness [.9]. |
| 2153 | 01/25/13 | Boschen | 1.80 | $ 150.00 | $ 270.00 | Worked on deposition issues [.1]; finalized expert report and supporting documents [1.1]; telephone conference regarding same [.6]. |
| 2154 | 01/25/13 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Worked on expert and discovery issues [.3]; telephone call from Ms. Jackson regarding revisions to supplemental declaration and factual background issues [1.0]. |
| 2155 | 01/25/13 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Call w/ expert re declaration and review/edit same (1.25); E-mail co-counsel re expert declaration (.1); Review/analyze co-counsel e-mail re additional witness and respond to same (.4). |
| 2156 | 01/25/13 | Roos | 0.70 | $ 465.00 | $ 325.50 | Revise letter to A. Cooley regarding use of notes at deposition; review C. Jackson documents for privilege; |
| 2157 | 01/25/13 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Continue editing Chris Jackson deposition preparation outline; continue creating deposition outline for J. Ladenburg; |
| 2158 | 01/26/13 | Williams | 3.20 | $ 580.00 | $ 1,856.00 | Prepare for meeting with C. Jackson; meet with C. Jackson and B. Roos for Jackson expert witness preparation; |
| 2159 | 01/26/13 | Roos | 3.00 | $ 465.00 | $ 1,395.00 | Conference with J. Williams and C. Jackson regarding deposition preparation; |
| 2160 | 01/27/13 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Worked on case management and discovery issues [.2]. |
| 2161 | 01/27/13 | Williams | 1.80 | $ 580.00 | $ 1,044.00 | Continue creating examination outline for Cities' expert John Ladenburg; |
| 2162 | 01/28/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review Jackson dep. preparation notes and e-mail co-counsel re same. |
| 2163 | 01/28/13 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Continue preparation for Ladenburg expert witness deposition outline and selection of deposition exhibits; |
| 2164 | 01/29/13 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Downloaded document production; updated production log. |
| 2165 | 01/29/13 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Reviewed Mountain Law's response to third subpoena and analyzed issues regarding same [.3]. |
| 2166 | 01/29/13 | Williams | 6.00 | $ 580.00 | $ 3,480.00 | Continue editing Ladenburg deposition outline and selection of deposition exhibits; take deposition of City expert John Ladenburg; |

179

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 2167 | 01/30/13 | Boschen | 2.30 | $ 150.00 | $ 345.00 | Worked on document review and productions; correspondence regarding same. |
| 2168 | 01/30/13 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Worked on witness disclosure issues [.1]; participated in weekly conference call with co-counsel and worked on case strategy issues [.7]; worked on issues regarding motion for summary judgment [.1]; worked on privilege log for expert communications [.4]. |
| 2169 | 01/30/13 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Team meeting re litigation strategy/status (1.0); Review draft privilege log and e-mail co-counsel re same (.75). |
| 2170 | 01/30/13 | Dunne | 0.90 | $ 380.00 | $ 342.00 | Conference call with co-counsel re case strategy; revise privilege log for Jackson deposition; conference call with J. Strait re supplemental report |
| 2171 | 01/30/13 | Fisher | 0.70 | $ 330.00 | $ 231.00 | Participate in weekly team meeting; |
| 2172 | 01/30/13 | Roos | 0.70 | $ 465.00 | $ 325.50 | Telephone conference with team regarding discovery issues and summary judgment; review and communications regarding privilege log; |
| 2173 | 01/30/13 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Prepare overview of Ladenburg deposition results; chair litigation team discussion of case strategy; continue developing case overview for trial and identification of final exhibits; finalize summary of Eric Stendal deposition testimony; |
| 2174 | 01/31/13 | Boschen | 2.20 | $ 150.00 | $ 330.00 | Worked on privilege log and production issues [.2]; telephone call to class member [.1]; worked on supplemental witness disclosures [1.1]; worked on production issues and correspondence regarding same [.8]. |
| 2175 | 01/31/13 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Analyzed issues regarding privilege log for expert communications and email correspondence with co-counsel regarding same [.2]; worked on discovery and expert issues [.4]; worked on witness disclosure supplementation [.1]. |
| 2176 | 01/31/13 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Review privilege log, research re same and e-mail co-counsel re same. |
| 2177 | 01/31/13 | Fisher | 0.70 | $ 330.00 | $ 231.00 | Save documents to DMS; discuss privilege issues with team; draft letter to A. Cooley making second attempt to schedule rule 37 conference to discuss scripted answers used during Rule 30(b)(6) depositions; |
| 2178 | 01/31/13 | Roos | 0.20 | $ 465.00 | $ 93.00 | Review letter to A. Cooley regarding meet and confer conference; communications regarding privilege logs; |
| 2179 | 01/31/13 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Review order from U.S. District Court extending Mountain Law deposition; review email exchange on discovery; review N. Talner email on most recent Supreme Court caselaw; review emails on production of Chris Jackson documents; review and approve letter to A. Cooley on 30(b)(6) deponents using scripted testimony; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2180 | 02/01/13 | Boschen | 1.70 | $ 150.00 | $ 255.00 | Telephone call to class member [.1]; finalized witness disclosures [.6]; telephone conference and correspondence regarding expert reports [.2]; worked on production issues [.8]. |
| 2181 | 02/01/13 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Draft and revise letter to A. Cooley re Strait report |
| 2182 | 02/01/13 | Williams | 5.50 | $ 580.00 | $ 3,190.00 | Prepare for and defend deposition of Christine Jackson at Keating Bucklin; |
| 2183 | 02/01/13 | Roos | 8.50 | $ 465.00 | $ 3,952.50 | Attend and defend deposition of C. Jackson; conferences with J. Williams and C. Jackson regarding same; communications regarding summary of same; |
| 2184 | 02/04/13 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding witness disclosures [.1]; worked on expert document issues and email correspondence with co-counsel regarding same [.1]. |
| 2185 | 02/04/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review/analyze summary of discovery supplements. |
| 2186 | 02/04/13 | Talner | 1.10 | $ 400.00 | $ 440.00 | Review cities' supplemental production and provide comments to co-counsel |
| 2187 | 02/04/13 | Roos | 2.10 | $ 465.00 | $ 976.50 | Follow up from C. Jackson deposition; revise letter to defense counsel regarding C. Jackson documents; conference with C. Fisher regarding summary judgment motion; review materials regarding same; |
| 2188 | 02/04/13 | Williams | 1.50 | $ 580.00 | $ 870.00 | Meet with B. Roos to discuss conclusion of Christine Jackson deposition; begin review and summary of Mt. Vernon 30(b)(6) deposition for trial preparation; |
| 2189 | 02/05/13 | Boschen | 4.50 | $ 150.00 | $ 675.00 | Telephone conference regarding production [.4]; downloaded, labeled and reviewed document productions [4.1]. |
| 2190 | 02/05/13 | Marshall | 3.00 | $ 375.00 | $ 1,125.00 | Worked on strategy for and outline of summary judgment motion and telephone conferences with co-counsel regarding same [1.6]; reviewed transcript from deposition of Mr. Aarstad [1.4]. |
| 2191 | 02/05/13 | Zuchetto | 2.25 | $ 330.00 | $ 742.50 | Review/edit outline re Motion for Summary Judgment (1.5); Discuss same w/ co-counsel (.75). |
| 2192 | 02/05/13 | Roos | 2.20 | $ 465.00 | $ 1,023.00 | Communications regarding summary judgment motion; research regarding permanent injunctive relief; |
| 2193 | 02/05/13 | Fisher | 0.50 | $ 330.00 | $ 165.00 | Draft and send T. Marshall, M. Zuchetto, and B. Roos email outlining summary judgment motion; save documents to DMS; draft and send weekly team agenda to team; meet with B. Roos to discuss summary judgment motion; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2194 | 02/05/13 | Williams | 2.20 | $ 580.00 | $ 1,276.00 | Draft outline of expected trial testimony for Mt. Vernon 30(b)(6) testimony of Eric Stendal; begin review of expert James Feldman's deposition and identification of trial testimony; |
| 2195 | 02/06/13 | Boschen | 1.50 | $ 150.00 | $ 225.00 | Worked on document review and expert productions [.8]; correspondence regarding depositions and subpoenas [.1]; case status conference call [.6]. |
| 2196 | 02/06/13 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Participated in weekly call with co-counsel regarding factual background and case strategy issues [.7]; worked on preparation for continuation of Mountain Law deposition [.2]; reviewed documents for same [.3]; left message with Mr. Powers regarding failure to respond to subpoena duces tecum [.1]. |
| 2197 | 02/06/13 | Zuchetto | 1.15 | $ 330.00 | $ 379.50 | Team meeting re litigation strategy (.9); Review fee payment info. re Mountain Law and discuss same w/ co-counsel (.25). |
| 2198 | 02/06/13 | Dunne | 0.70 | $ 380.00 | $ 266.00 | Meeting with co-counsel re case strategy |
| 2199 | 02/06/13 | Talner | 1.50 | $ 400.00 | $ 600.00 | Conference call with co-counsel re case strategy; review Mountain Law deposition transcript part 1 and send comments to co-counsel to prep for part 2 of Mountain Law deposition |
| 2200 | 02/06/13 | Roos | 4.30 | $ 465.00 | $ 1,999.50 | Telephone conference with team regarding discovery follow up and summary judgment motions; draft summary judgment motion; research regarding same; |
| 2201 | 02/06/13 | Williams | 6.00 | $ 580.00 | $ 3,480.00 | Continue drafting of trial examination outline for Cities' expert James Feldman; prepare for and chair litigation team strategy meeting; |
| 2202 | 02/07/13 | Boschen | 3.20 | $ 150.00 | $ 480.00 | Worked on document review and expert productions [3]; telephone conference and correspondence with vendor regarding document database [.2]. |
| 2203 | 02/07/13 | Marshall | 4.10 | $ 375.00 | $ 1,537.50 | Prepared for second day of Mountain Law deposition and reviewed documents for same [4.1]. |
| 2204 | 02/07/13 | Roos | 1.90 | $ 465.00 | $ 883.50 | Draft motion for summary judgment; |
| 2205 | 02/07/13 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Edit outline of expected trial testimony for Cities' expert Feldman; begin review of Richard Sybrandy deposition and creation of chronology of key events and documents list; |
| 2206 | 02/08/13 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Downloaded and filed deposition transcripts [.1]; |
| 2207 | 02/08/13 | Marshall | 5.50 | $ 375.00 | $ 2,062.50 | Traveled to and participated in deposition of Mountain Law [5.1]; analyzed issues regarding same [.4]. . |
| 2208 | 02/08/13 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Review proposed order material. |

182

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2209 | 02/11/13 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Worked on factual background section for motion for summary judgment [.1]. |
| 2210 | 02/11/13 | Zuchetto | 4.10 | $ 330.00 | $ 1,353.00 | Review/highlight R.Sybrandy deposition transcript re Summary Judgment Motion (3.1); Review material re relief request (1.0). |
| 2211 | 02/11/13 | Williams | 2.70 | $ 580.00 | $ 1,566.00 | Continue review of R. Sybrandy deposition and creation of chronology of key events and documents; |
| 2212 | 02/12/13 | Boschen | 3.50 | $ 150.00 | $ 525.00 | Correspondence regarding deposition testimony [.1]; worked on document review and expert production [3.3]; downloaded expert production [.1]; |
| 2213 | 02/12/13 | Zuchetto | 6.75 | $ 330.00 | $ 2,227.50 | Analyze M. Witt deposition transcript re Summary Judgment Motion (4.75); Analyze R. Sybrandy dep. transcript re Summary Judgment Motion and e-mail co-counsel re same (1.0); Conference call re remedial relief request and prepare for same (1.0). |
| 2214 | 02/12/13 | Dunne | 1.30 | $ 380.00 | $ 494.00 | Conference call with N. Talner and M. Zuchetto re remedy; gather documents for J. Strait |
| 2215 | 02/12/13 | Talner | 0.80 | $ 400.00 | $ 320.00 | Discuss proposed relief order with co-counsel |
| 2216 | 02/12/13 | Williams | 5.50 | $ 580.00 | $ 3,190.00 | Continue review of Sybrandy deposition transcript to identify key admissions for case at trial and in draft opening statement; |
| 2217 | 02/13/13 | Boschen | 1.20 | $ 150.00 | $ 180.00 | Case status conference call [.3]; researched witness [.1]; worked on production issues [.7]; updated witness list [.1]. |
| 2218 | 02/13/13 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Worked on discovery, case strategy, and summary judgment issues [.4]. |
| 2219 | 02/13/13 | Zuchetto | 4.70 | $ 330.00 | $ 1,551.00 | Team call re litigation strategy/case status (.7); Analyze M. Witt deposition transcript re Summary Judgment Motion and e-mail co-counsel re same (4.0). |
| 2220 | 02/13/13 | Dunne | 0.50 | $ 380.00 | $ 190.00 | Conference call with co-counsel re case strategy |
| 2221 | 02/13/13 | Talner | 0.50 | $ 400.00 | $ 200.00 | Conference call with co-counsel re case strategy |
| 2222 | 02/13/13 | Roos | 0.50 | $ 465.00 | $ 232.50 | Telephone conference with team regarding summary judgment and injunctive relief; |
| 2223 | 02/13/13 | Fisher | 2.60 | $ 330.00 | $ 858.00 | Read letter from A. Cooley regarding scripted answers used during 30(b)(6) depositions and send to team; participate in weekly team meeting; research law for summary judgment motion; |
| 2224 | 02/13/13 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Begin review and analysis of Morgan Witt deposition and identification of testimony to support case theory; prepare for and chair litigation team conference call; review email correspondence on Cities' production of 30(b)(6) scripts; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2225 | 02/14/13 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Worked on expert production and correspondence regarding same [.4]; worked on document review [.1]; personal conferences regarding motion for summary judgment and trial preparation[.4]. |
| 2226 | 02/14/13 | Marshall | 6.20 | $ 375.00 | $ 2,325.00 | Worked on factual background section of motion for summary judgment and reviewed documents for same [6.2]. |
| 2227 | 02/14/13 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review/analyze def. counsel deposition script and e-mail team re same (.5); Review and analyze expert issue re co-counsel update and draft e-mail re same (.5). |
| 2228 | 02/14/13 | Dunne | 1.50 | $ 380.00 | $ 570.00 | Meeting with J. Strait re expert report |
| 2229 | 02/14/13 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Continue review of Morgan Witt deposition and selection of testimony for case theory; |
| 2230 | 02/15/13 | Boschen | 3.80 | $ 150.00 | $ 570.00 | Printed all expert reports [.3]; telephone conference with client and correspondence regarding same [.3]; worked on preparing key case documents and testimony and personal conferences regarding same [.4]; downloaded production and updated production log [.2]; worked on document review [2.6]. |
| 2231 | 02/15/13 | Marshall | 2.90 | $ 375.00 | $ 1,087.50 | Worked on factual background section of motion for summary judgment and researched and analyzed issues regarding same [2.9]. |
| 2232 | 02/15/13 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Discuss Motion for Summary Judgment/strategy w/ co-counsel. |
| 2233 | 02/15/13 | Fisher | 2.00 | $ 330.00 | $ 660.00 | Draft summary judgment motion; read email on mootness; |
| 2234 | 02/16/13 | Marshall | 6.50 | $ 375.00 | $ 2,437.50 | Worked on factual background for motion for summary judgment and reviewed documents and deposition transcripts for same [6.5]. |
| 2235 | 02/17/13 | Boschen | 2.50 | $ 150.00 | $ 375.00 | Worked on document review and correspondence regarding same [2.5]. |
| 2236 | 02/17/13 | Marshall | 10.40 | $ 375.00 | $ 3,900.00 | Worked on factual background for motion for summary judgment and reviewed documents and deposition transcripts for same [10.4]. |
| 2237 | 02/18/13 | Marshall | 4.80 | $ 375.00 | $ 1,800.00 | Worked on factual section of motion for summary judgment and reviewed documents, deposition transcripts, and declarations for same [4.8]. |
| 2238 | 02/19/13 | Boschen | 1.00 | $ 150.00 | $ 150.00 | Continued document review [.9]; personal conference regarding same [.1]. |
| 2239 | 02/19/13 | Marshall | 8.30 | $ 375.00 | $ 3,112.50 | Worked on factual section of motion for summary judgment and reviewed documents and deposition transcripts for same [8.3]. |
| 2240 | 02/19/13 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Review/edit fact section re Motion for Summary Judgment and e-mail co-counsel re same. |
| 2241 | 02/19/13 | Talner | 2.50 | $ 400.00 | $ 1,000.00 | Draft proposed remedial order |
| 2242 | 02/19/13 | Fisher | 1.90 | $ 330.00 | $ 627.00 | Draft summary judgment motion; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2243 | 02/19/13 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Review Volume II of Morgan Witt deposition transcript to identify trial testimony; continue editing and updating case overview; |
| 2244 | 02/20/13 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Analyzed issues regarding Mr. Powers's failure to respond to subpoena duces tecum [.1]. |
| 2245 | 02/20/13 | Zuchetto | 4.00 | $ 330.00 | $ 1,320.00 | Edit fact section re Summary Judgment Motion and e-mail co-counsel re same (2.75); Edit relief section re Summary Judgment Motion and e-mail co-counsel re same (1.25). |
| 2246 | 02/20/13 | Williams | 4.50 | $ 580.00 | $ 2,610.00 | Complete review and analysis of Morgan Witt Deposition Day #2; begin review and analysis of Cities' expert witness, J. Ladenburg's deposition testimony; |
| 2247 | 02/20/13 | Fisher | 3.10 | $ 330.00 | $ 1,023.00 | Draft summary judgment motion; |
| 2248 | 02/21/13 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding factual section for motion for summary judgment [.2]. |
| 2249 | 02/21/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Discuss fact section re Motion for Summary Judgment w/ co-counsel and review/analyze e-mail from co-counsel re same. |
| 2250 | 02/21/13 | Fisher | 2.30 | $ 330.00 | $ 759.00 | Draft summary judgment motion; |
| 2251 | 02/22/13 | Boschen | 2.40 | $ 150.00 | $ 360.00 | Reviewed facts section of draft motion for summary judgment and commenced preparing exhibits for same [2.4]. |
| 2252 | 02/22/13 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | E-mail re co-counsel request for 30b6 deposition summary/analysis. |
| 2253 | 02/22/13 | Roos | 1.20 | $ 465.00 | $ 558.00 | Conference with C. Fisher regarding summary judgment motion; draft same; conference with D. Steele regarding mootness argument; |
| 2254 | 02/22/13 | Fisher | 3.80 | $ 330.00 | $ 1,254.00 | Draft summary judgment motion; |
| 2255 | 02/23/13 | Roos | 2.60 | $ 465.00 | $ 1,209.00 | Draft summary judgment motion; |
| 2256 | 02/24/13 | Marshall | 7.20 | $ 375.00 | $ 2,700.00 | Worked on factual section for motion for summary judgment and reviewed documents and deposition transcripts for same [7.2]. |
| 2257 | 02/24/13 | Roos | 0.90 | $ 465.00 | $ 418.50 | Draft summary judgment motion; |
| 2258 | 02/25/13 | Marshall | 10.60 | $ 375.00 | $ 3,975.00 | Worked on factual section for motion for summary judgment and reviewed documents and deposition transcripts for same [10.6]. |
| 2259 | 02/25/13 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Review/analyze 30b6 deps. re highlights for Motion for Summary Judgment and e-mail co-counsel re same. |
| 2260 | 02/25/13 | Dunne | 0.80 | $ 380.00 | $ 304.00 | Revise proposed order for plaintiffs' summary judgment motion |
| 2261 | 02/25/13 | Talner | 1.90 | $ 400.00 | $ 760.00 | Revisions to plaintiffs' draft summary judgment motion |
| 2262 | 02/25/13 | Fisher | 1.40 | $ 330.00 | $ 462.00 | draft and revise summary judgment motion; |

185

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2263 | 02/25/13 | Williams | 3.00 | $ 580.00 | $ 1,740.00 | Continue review of Ladenburg deposition transcript and identify trial testimony; begin creating outline for Ladenburg examination; |
| 2264 | 02/26/13 | Boschen | 3.50 | $ 150.00 | $ 525.00 | Continued work on motion for summary judgment and personal conference regarding same [3.5]. |
| 2265 | 02/26/13 | Marshall | 3.10 | $ 375.00 | $ 1,162.50 | Worked on factual section for motion for summary judgment and reviewed documents in regard to same [2.2]; worked on proposed order granting motion for summary judgment [.1]; telephone conferences with co-counsel regarding factual and legal issues in motion for summary judgment [.8]. |
| 2266 | 02/26/13 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Discuss Motion for Summary Judgment/case strategy w/ co-counsel (.25); Review draft Motion for Summary Judgment (1.0). |
| 2267 | 02/26/13 | Roos | 2.50 | $ 465.00 | $ 1,162.50 | Revise motion for summary judgment; communications with J. Williams and team regarding same; |
| 2268 | 02/26/13 | Fisher | 2.90 | $ 330.00 | $ 957.00 | Work on summary judgment motion; meet with J. Williams and B. Roos to discuss summary judgment motion; |
| 2269 | 02/26/13 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Review ACLU's proposed order granting relief from plaintiffs' summary judgment; continue drafting outline for trial examination of Cities' expert John Ladenburg; coordinate with co-counsel on strategy for summary judgment argument; |
| 2270 | 02/27/13 | Kinsey | 0.40 | $ 100.00 | $ 40.00 | Prepared draft of motion for summary judgment; prepared Marshall declaration in support of motion for summary judgment. |
| 2271 | 02/27/13 | Boschen | 9.80 | $ 150.00 | $ 1,470.00 | Case status conference call [.8]; worked on testimony and exhibits in support of motion for summary judgment and personal conferences and correspondence regarding same [9]. |
| 2272 | 02/27/13 | Marshall | 7.50 | $ 375.00 | $ 2,812.50 | Researched and analyzed issues regarding standards for injunctive relief [2.1]; telephone conferences with co-counsel regarding motion for summary judgment [1.4]; worked on motion for summary judgment [4.0]. |
| 2273 | 02/27/13 | Zuchetto | 2.50 | $ 330.00 | $ 825.00 | Review/analyze Motion for Summary Judgment and discuss same w/ co-counsel (1.5); Team meeting re same (1.0). |
| 2274 | 02/27/13 | Roos | 1.00 | $ 465.00 | $ 465.00 | Telephone conference with team regarding summary judgment motion and opposition; |
| 2275 | 02/27/13 | Williams | 3.00 | $ 580.00 | $ 1,740.00 | Review draft summary judgment statement of facts and legal arguments in preparation for litigation team strategy call; participate in litigation strategy call with team on whether to file summary judgment motion and other matters; |

186

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2276 | 02/28/13 | Kinsey | 0.60 | $ 100.00 | $ 60.00 | Prepared draft and finalized motion for leave to file overlength brief; prepared draft and finalized proposed order granting motion to file overlength brief; arranged filing and service; emailed proposed order to chambers. |
| 2277 | 02/28/13 | Boschen | 7.50 | $ 150.00 | $ 1,125.00 | Continued work on testimony and exhibits in support of motion for summary judgment [7.5]. |
| 2278 | 02/28/13 | Marshall | 8.80 | $ 375.00 | $ 3,300.00 | Worked on motion for summary judgment and researched and analyzed issues regarding same [8.8]. |
| 2279 | 02/28/13 | Zuchetto | 0.40 | $ 330.00 | $ 132.00 | Review Motion for Summary Judgment/motion to short time and e-mail co-counsel re same. |
| 2280 | 02/28/13 | Dunne | 0.10 | $ 380.00 | $ 38.00 | Correspondence with J. Strait |
| 2281 | 02/28/13 | Talner | 2.50 | $ 400.00 | $ 1,000.00 | Revise summary judgment motion; revise proposed remedial order |
| 2282 | 02/28/13 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Begin review and analysis of draft summary judgment motion; begin review and analysis of Vol. I of Mountain Laws' Michael Laws' deposition transcript; |
| 2283 | 03/01/13 | Boschen | 11.40 | $ 150.00 | $ 1,710.00 | Continued work on motion for summary judgment facts [11.4]. |
| 2284 | 03/01/13 | Marshall | 10.20 | $ 375.00 | $ 3,825.00 | Worked on motion for summary judgment and researched and analyzed issues regarding same [9.7]; telephone call from co-counsel regarding same [.5]. |
| 2285 | 03/01/13 | Zuchetto | 5.00 | $ 330.00 | $ 1,650.00 | Review and analyze testimony from Montague, Moon, Sanchez, Johnson and Howson depositions re Summary Judgment Motion and e-mail co-counsel re same. |
| 2286 | 03/02/13 | Marshall | 2.80 | $ 375.00 | $ 1,050.00 | Worked on motion for summary judgment and researched and analyzed issues regarding same [2.8]. |
| 2287 | 03/03/13 | Boschen | 8.50 | $ 150.00 | $ 1,275.00 | Continued work on motion for summary judgment facts [8.5]. |
| 2288 | 03/03/13 | Marshall | 8.70 | $ 375.00 | $ 3,262.50 | Worked on motion for summary judgment and researched and analyzed issues regarding same [8.7]. |
| 2289 | 03/04/13 | Kinsey | 1.10 | $ 100.00 | $ 110.00 | Reviewed, retrieved and assembled exhibits to use in support of motion for summary judgment. |
| 2290 | 03/04/13 | Boschen | 14.30 | $ 150.00 | $ 2,145.00 | Continued work on facts for summary judgment motion [14.3]. |
| 2291 | 03/04/13 | Marshall | 10.80 | $ 375.00 | $ 4,050.00 | Worked on motion for summary judgment and researched and analyzed issues regarding same [10.8]. |
| 2292 | 03/04/13 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Review/edit Motion for Summary Judgment and e-mail co-counsel re same (1.5); Review Sybrandy/Eason newly produced e-mails (.25). |
| 2293 | 03/04/13 | Williams | 1.00 | $ 580.00 | $ 580.00 | Begin reviewing revised Plaintiffs' summary judgment motion; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2294 | 03/05/13 | Kinsey | 5.30 | $ 100.00 | $ 530.00 | Reviewed, revised and finalized Plaintiffs' motion for summary judgment; prepared and finalized table of contents and table of authorities; finalized Marshall declaration and associated exhibits; finalized Boschen declaration; arranged filing and service. |
| 2295 | 03/05/13 | Boschen | 12.00 | $ 150.00 | $ 1,800.00 | Completed work on motion for summary judgment [12]. |
| 2296 | 03/05/13 | Marshall | 11.60 | $ 375.00 | $ 4,350.00 | Worked on motion for summary judgment and related documents; worked on filing issues [11.6]. |
| 2297 | 03/05/13 | Zuchetto | 3.25 | $ 330.00 | $ 1,072.50 | Review/edit Motion for Summary Judgment/proposed order and e-mail co-counsel re same (2.5); Review/analyze Def's motion for summary judgment (.75). |
| 2298 | 03/05/13 | Talner | 0.50 | $ 400.00 | $ 200.00 | Revisions to draft proposed remedial order and plaintiffs' summary judgment motion |
| 2299 | 03/05/13 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Review plaintiffs' draft motion for summary judgment; review orders from Court on overlength briefs; |
| 2300 | 03/06/13 | Kinsey | 1.00 | $ 100.00 | $ 100.00 | Arranged delivery of Plaintiffs' motion for summary judgment to chambers; drafted praecipe to replace Boschen declaration; arranged filing and service. |
| 2301 | 03/06/13 | Boschen | 1.00 | $ 150.00 | $ 150.00 | Summarized facts for opposition to Defendants' motion for summary judgment and correspondence regarding same [.4]; researched factual issues [.5]; transmitted electronic files of motion for summary judgment exhibits [.1]. |
| 2302 | 03/06/13 | Marshall | 1.30 | $ 375.00 | $ 487.50 | Worked on various post-filing issues, including praecipe to correct declaration of Jennifer Boschen [.7]; telephone conference with co-counsel regarding motions for summary judgment [.3]; worked on witness issues [.1]; analyzed issues regarding settlement conference and mediation deadlines [.2]. |
| 2303 | 03/06/13 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Review final Motion for Summary Judgment and discuss same w/ co-counsel. |
| 2304 | 03/06/13 | Talner | 0.20 | $ 400.00 | $ 80.00 | Emails with co-counsel re witness follow-up |
| 2305 | 03/06/13 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Review and analyze Cities' motion for summary judgment on mootness grounds; review and analyze plaintiffs' motion for summary judgment; |
| 2306 | 03/07/13 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Researched facts for opposition to Defendants' motion for summary judgment and correspondence regarding same [.5]. |
| 2307 | 03/07/13 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding defendants' motion for summary judgment [.2]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2308 | 03/08/13 | Marshall | 2.70 | $ 375.00 | $ 1,012.50 | Telephone conference with co-counsel regarding strategy for response to defendants' motion for summary judgment [.3]; reviewed defendants' motion for summary judgment and researched and analyzed issues regarding same [2.4]. |
| 2309 | 03/09/13 | Fisher | 5.30 | $ 330.00 | $ 1,749.00 | Draft opposition to defendants' motion for summary judgment; |
| 2310 | 03/10/13 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Researched and analyzed caselaw regarding mootness [.5]. |
| 2311 | 03/10/13 | Fisher | 6.00 | $ 330.00 | $ 1,980.00 | Draft opposition to Defendants' motion for summary judgment; |
| 2312 | 03/11/13 | Marshall | 6.60 | $ 375.00 | $ 2,475.00 | Researched and analyzed issues regarding response to defendants' motion for summary judgment and email correspondence with co-counsel regarding same [2.4]; meeting with co-counsel regarding strategy for response to defendants' motion for summary judgment and for trial of claims [2.2]; traveled to and from same [.8]; telephone conference with co-counsel regarding strategy for response to mootness claim [1.2]. |
| 2313 | 03/11/13 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Review Defs' Motion for Summary Judgment (.5); Team meeting re response and trial planning (1.0); Discuss Motion for Summary Judgment w/ co-counsel (.5). |
| 2314 | 03/11/13 | Dunne | 1.00 | $ 380.00 | $ 380.00 | Meeting with co-counsel re case strategy and trial prep |
| 2315 | 03/11/13 | Talner | 1.50 | $ 400.00 | $ 600.00 | In person meeting with co-counsel to discuss case strategy re preparing for trial |
| 2316 | 03/11/13 | Roos | 2.50 | | $ - | Conference with team regarding opposition to motion for summary judgment and trial preparation; review motion for summary judgment in preparation for same; |
| 2317 | 03/11/13 | Williams | 1.80 | $ 580.00 | $ 1,044.00 | Prepare for and attend litigation team strategy meeting on summary judgment motions and pretrial planning; |
| 2318 | 03/11/13 | Fisher | 5.00 | $ 330.00 | $ 1,650.00 | Draft opposition to Defendants' motion for summary judgment; participate in team meeting to discuss opposition, trial roles, other steps; |
| 2319 | 03/12/13 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Telephone calls to courts regarding attorney search; researched attorney cases on Washington Courts website. |
| 2320 | 03/12/13 | Marshall | 5.70 | $ 375.00 | $ 2,137.50 | Reviewed law on establishing mootness, researched and analyzed issues regarding same, and worked on memorandum regarding same [5.7]. |
| 2321 | 03/12/13 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Discuss response to def's Motion for Summary Judgment w/ co-counsel (.5); Dall to Perkins re same (.25); Research re same (.5). |
| 2322 | 03/12/13 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Conference call with J. Strait re supplemental expert report |
| 2323 | 03/12/13 | Talner | 0.20 | $ 400.00 | $ 80.00 | Teleconference with co-counsel and expert witness |

189

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2324 | 03/12/13 | Roos | 1.10 | $ 465.00 | $ 511.50 | Conference regarding opposition to motion for summary judgment; conference with C. Jackson regarding trial testimony and action items; |
| 2325 | 03/12/13 | Fisher | 2.20 | $ 330.00 | $ 726.00 | Read Mt. Law deposition; draft opposition to defendants' motion for summary judgment; |
| 2326 | 03/13/13 | Marshall | 3.00 | $ 375.00 | $ 1,125.00 | Worked on memorandum regarding arguments and legal principles to use in response to defendants' motion for summary judgment [3.0]. |
| 2327 | 03/13/13 | Fisher | 3.20 | $ 330.00 | $ 1,056.00 | Draft opposition to defendants' motion for summary judgment; |
| 2328 | 03/14/13 | Fisher | 3.30 | $ 330.00 | $ 1,089.00 | Draft opposition to defendants' motion for summary judgment; |
| 2329 | 03/15/13 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Analyzed issues regarding response to defendants' motion for summary judgment [.2]. |
| 2330 | 03/15/13 | Roos | 1.10 | $ 465.00 | $ 511.50 | Draft opposition to motion for summary judgment; |
| 2331 | 03/15/13 | Fisher | 2.40 | $ 330.00 | $ 792.00 | Draft opposition to defendants' summary judgment motion; |
| 2332 | 03/17/13 | Roos | 4.50 | $ 465.00 | $ 2,092.50 | Draft opposition to motion for summary judgment, including research regarding same; |
| 2333 | 03/18/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | E-mail co-counsel re Michael Laws issue and research re same. |
| 2334 | 03/18/13 | Roos | 2.90 | $ 465.00 | $ 1,348.50 | Draft opposition to motion for summary judgment; |
| 2335 | 03/18/13 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Begin review of Mountain Law deposition of Michael Lewis and begin drafting five key arguments for defending mootness motion; |
| 2336 | 03/19/13 | Boschen | 0.70 | $ 150.00 | $ 105.00 | Personal conference regarding trial preparation [.7]. |
| 2337 | 03/19/13 | Marshall | 0.80 | $ 375.00 | $ 300.00 | Analyzed and worked on issues regarding trial witnesses [.8]. |
| 2338 | 03/19/13 | Williams | 3.80 | $ 580.00 | $ 2,204.00 | Continue review of Mountain Law deposition of Michael Laws and development of counter arguments to mootness motion; begin review and editing of Plaintiffs' opposition to Defendants Cities' Motion for Summary Judgment; |
| 2339 | 03/19/13 | Fisher | 1.50 | $ 330.00 | $ 495.00 | Draft opposition to defendants' motion for summary judgment; |
| 2340 | 03/19/13 | Roos | 3.40 | $ 465.00 | $ 1,581.00 | Draft opposition to motion for summary judgment; conference with J. Williams regarding same; |
| 2341 | 03/20/13 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Analyzed issues regarding response to defendants' motion for summary judgment [.4]. |
| 2342 | 03/20/13 | Zuchetto | 0.70 | $ 330.00 | $ 231.00 | Review new SCOTUS case re mootness doctrine and e-mail co-counsel re same. |
| 2343 | 03/20/13 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Continue editing and drafting plaintiffs' opposition to Cities' summary judgment motion on mootness; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2344 | 03/20/13 | Roos | 3.20 | $ 465.00 | $ 1,488.00 | Draft opposition to motion for summary judgment, including rebuttal of Rule 702 motion to exclude testimony of C. Jackson; |
| 2345 | 03/21/13 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Correspondence regarding production [.1]. |
| 2346 | 03/21/13 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Email correspondence with co-counsel regarding factual background issues for reply to defendants' motion for summary judgment on mootness [.1]; worked on settlement issues and email to opposing counsel regarding same [.3]. |
| 2347 | 03/21/13 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Discuss settlement conf. w/ co-counsel, review Court's order/LR re same, review e-mail re same. |
| 2348 | 03/21/13 | Talner | 0.40 | $ 400.00 | $ 160.00 | Background research re new court rule on public defense standards, email to co-counsel about it |
| 2349 | 03/21/13 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Continue drafting plaintiffs' opposition to defendants' Mootness Motion and identifying deposition testimony in support; |
| 2350 | 03/21/13 | Roos | 2.60 | $ 465.00 | $ 1,209.00 | Draft opposition to motion for summary judgment, including rebuttal of Rule 702 motion to exclude testimony of C. Jackson; |
| 2351 | 03/22/13 | Marshall | 2.40 | $ 375.00 | $ 900.00 | Telephone conference with co-counsel regarding settlement conference [.2]; telephone conference with Judge Donohue's chambers regarding availability for mediation [.1]; analyzed issues regarding settlement strategy [.4]; worked on response to defendants' motion for summary judgment and telephone conference with co-counsel regarding same [1.7]. |
| 2352 | 03/22/13 | Zuchetto | 3.75 | $ 330.00 | $ 1,237.50 | Discuss settlement conference w/ co-counsel (1.75); Draft e-mail to def. counsel re same (.75); Review/edit response re Motion for Summary Judgment and discuss same w/ co-counsel (1.25). |
| 2353 | 03/22/13 | Williams | 1.80 | $ 580.00 | $ 1,044.00 | Finalize first draft of plaintiffs' opposition to defendants' Mootness Motion and coordinate same with team; resume review of Mountain Law deposition; discuss with B. Roos strategy for completing citations to authority for opposition brief; |
| 2354 | 03/22/13 | Roos | 3.10 | $ 465.00 | $ 1,441.50 | Revise opposition to motion for summary judgment, including finding factual and legal support for new arguments; |
| 2355 | 03/24/13 | Roos | 5.30 | $ 465.00 | $ 2,464.50 | Revise opposition to motion for summary judgment; review factual record for support for same; draft declaration supporting same; |
| 2356 | 03/25/13 | Marshall | 2.50 | $ 375.00 | $ 937.50 | Email correspondence with opposing counsel and co-counsel regarding mediation [.1]; analyzed and worked on issues regarding same [.2]; worked on response to defendants' motion for summary judgment [2.2]. |

191

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2357 | 03/25/13 | Zuchetto | 2.10 | $ 330.00 | $ 693.00 | Edit response re Cities' Motion for Summary Judgment and e-mail team re same (.75); Review Cities' response re Pltffs' Motion for Summary Judgment and e-mail co-counsel re same (1.1); E-mail co-counsel re settlement conference/response to def. counsel re same (.25). |
| 2358 | 03/25/13 | Roos | 7.20 | $ 465.00 | $ 3,348.00 | Revise opposition to motion for summary judgment; prepare factual support for same; conferences with J. Williams, C. Fisher, and J. Higa regarding same; |
| 2359 | 03/25/13 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review and coordinate edits to Plaintiffs' Opposition to Mootness Motion for Summary Judgment; review and edit declaration in support of opposition; develop plan for next steps in litigation and allocation of personnel; |
| 2360 | 03/26/13 | Kinsey | 0.30 | $ 100.00 | $ 30.00 | Prepared draft of reply in support of motion for summary judgment. |
| 2361 | 03/26/13 | Zuchetto | 5.50 | $ 330.00 | $ 1,815.00 | Discuss reply brief w/ co-counsel and e-mail team re same (1.0); Work on outline re reply (4.5). |
| 2362 | 03/26/13 | Williams | 6.00 | $ 580.00 | $ 3,480.00 | Begin review of Cities' opposition to Plaintiffs' Summary Judgment Motion; begin drafting Plaintiffs' Reply for Summary Judgment brief; exchange emails with team on strategy for distributing work; |
| 2363 | 03/27/13 | Boschen | 2.20 | $ 150.00 | $ 330.00 | Reviewed witness files; correspondence and telephone conferences with witnesses; prepared summaries of conversations with witnesses; commenced preparation of exhibits in support of reply in support of motion for summary judgment. |
| 2364 | 03/27/13 | Marshall | 11.20 | $ 375.00 | $ 4,200.00 | Reviewed defendants' response to plaintiffs' motion for summary judgment, researched and analyzed issues regarding same, and worked on reply in support of motion for summary judgment [11.2]. |
| 2365 | 03/27/13 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Draft outline re reply Plaintiffs' Motion for Summary Judgment (2.0); discuss same w/ co-counsel (.5); E-mail co-counsel re mediation (.5). |
| 2366 | 03/27/13 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Correspondence with J. Strait re supplemental report |
| 2367 | 03/27/13 | Roos | 0.40 | $ 465.00 | $ 186.00 | Conference regarding reply to motion for summary judgment; communications regarding same; review opposition to motion for summary judgment; |
| 2368 | 03/27/13 | Williams | 1.50 | $ 580.00 | $ 870.00 | Continue drafting reply on plaintiffs' summary judgment motion; coordinate with T. Marshall on handing off reply brief for T. Marshall completion; |
| 2369 | 03/28/13 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Witness research and telephon conferences and correspondence regarding same [.9]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2370 | 03/28/13 | Marshall | 10.50 | $ 375.00 | $ 3,937.50 | Worked on reply in support of motion for summary judgment and researched and analyzed issues regarding same [10.3]; telephone call from court clerk regarding settlement conference [.1]; email correspondence with co-counsel regarding same [.1]. |
| 2371 | 03/28/13 | Zuchetto | 2.25 | $ 330.00 | $ 742.50 | Review/edit reply re Motion for Summary Judgment (1.5); Review Strait supplemental declaration and e-mail co-counsel re same (.75). |
| 2372 | 03/28/13 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Correspondence with J. Strait re supplemental report |
| 2373 | 03/28/13 | Talner | 0.70 | $ 400.00 | $ 280.00 | Revisions to reply brief re plaintiffs' summary judgment motion, |
| 2374 | 03/29/13 | Kinsey | 0.30 | $ 100.00 | $ 30.00 | Prepared draft of reply in support of plaintiffs' motion for summary judgment. |
| 2375 | 03/29/13 | Boschen | 2.60 | $ 150.00 | $ 390.00 | Worked on facts in support of reply in support of motion for summary judgment [2.6]; |
| 2376 | 03/29/13 | Marshall | 3.30 | $ 375.00 | $ 1,237.50 | Worked on reply in support of motion for summary judgment [3.3]. |
| 2377 | 03/29/13 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Review reply re Motion for Summary Judgment and e-mail co-counsel re same. |
| 2378 | 03/30/13 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Worked on settlement strategy issues [.4]. |
| 2379 | 03/30/13 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review second supplemental declaration of John Strait and Reply of Cities on Mootness Summary Judgment Motion; |
| 2380 | 04/01/13 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Email correspondence with magistrate judge's clerk regarding scheduling of mediation [.1]. |
| 2381 | 04/01/13 | Williams | 1.50 | $ 580.00 | $ 870.00 | Coordinate with litigation team and U.S. District Court on available mediation dates; review plaintiffs' reply on summary judgment motion; |
| 2382 | 04/02/13 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Updated trial witness list; correspondence and personal conference regarding same [.2]. |
| 2383 | 04/02/13 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Email from Judge Donohue's clerk regarding scheduling of mediation, analyzed issues regarding same, and email correspondence with co-counsel regarding same [.3]; telephone call from ACLU regarding efforts to schedule earlier mediation [.4]; telephone conference and email correspondence with co-counsel regarding same [.3]; email to Judge Donahue's clerk regarding same [.1]; worked on trial witness issues [.3]. |
| 2384 | 04/02/13 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Email correspondence with co-counsel re settlement conference |

193

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2385 | 04/02/13 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review exchange of emails with Magistrate Donohue's chambers on settlement; exchange emails with Wilbur litigation team on mediation options; exchange emails with C. Fisher and B. Roos on strategy for mediation with Cities; |
| 2386 | 04/03/13 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | E-mail team re cancel litigation meeting until Judge Donahue schedules settlement conference. |
| 2387 | 04/04/13 | Zuchetto | 0.20 | $ 330.00 | $ 66.00 | Review Court's order re settlement conference and discuss same w/ co-counsel. |
| 2388 | 04/08/13 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | E-mail team re agenda for litigation call. |
| 2389 | 04/08/13 | Williams | 2.00 | $ 580.00 | $ 1,160.00 | Review order from Judge Donohue setting May 16 settlement conference; discuss prior week team conference call with C. Fisher; discuss with C. Fisher plan for May 2 pretrial conference; send email to team addressing tasks identified in Judge Donohue's order; review new Supreme Court order on case-weighting policy and coordinate with litigation team; |
| 2390 | 04/09/13 | Fisher | 0.50 | $ 330.00 | $ 165.00 | Read recent Washington State Supreme Court regarding indigent defense standards implementation; draft agenda for weekly meeting, upcoming dates and deadlines, and division of labor for trial preparation; email S. Dunne regarding Sgt. O'Neill and jail log and complaint process; |
| 2391 | 04/10/13 | Boschen | 0.60 | $ 150.00 | $ 90.00 | Case status conference call [.6]. |
| 2392 | 04/10/13 | Williams | 1.00 | $ 580.00 | $ 580.00 | Prepare for and chair conference call with litigation team on assignment of pre-mediation tasks; |
| 2393 | 04/11/13 | Zuchetto | 4.00 | $ 330.00 | $ 1,320.00 | Draft settlement brief. |
| 2394 | 04/12/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Work on settlement brief and e-mail team re same. |
| 2395 | 04/13/13 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Work on settlement memo. |
| 2396 | 04/15/13 | Talner | 0.40 | $ 400.00 | $ 160.00 | Research AOC caseloads reports for data relevant to case |
| 2397 | 04/16/13 | Fisher | 2.20 | $ 330.00 | $ 726.00 | Draft pretrial order; send agenda for weekly meeting; |
| 2398 | 04/17/13 | Boschen | 1.20 | $ 150.00 | $ 180.00 | Telephone conference with client [.1]; worked on trial witness analysis [1.1]. |
| 2399 | 04/17/13 | Zuchetto | 1.20 | $ 330.00 | $ 396.00 | E-mail team re meeting (.1); Work on settlement memo (1.1). |
| 2400 | 04/17/13 | Fisher | 0.20 | $ 330.00 | $ 66.00 | Draft pretrial statement and send to J. Williams; |
| 2401 | 04/17/13 | Williams | 3.00 | $ 580.00 | $ 1,740.00 | Begin selecting exhibits for trial and pre-trial statement; begin editing pretrial statement; |
| 2402 | 04/18/13 | Boschen | 3.20 | $ 150.00 | $ 480.00 | Worked on identification and location of trial witnesses; worked on reviewing proposed trial exhibits; worked on new server purchase issues; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2403 | 04/18/13 | Zuchetto | 3.00 | $ 330.00 | $ 990.00 | Work on settlement brief (1.75); Review/analyze exhibit list and e-mail team re same (1.25). |
| 2404 | 04/18/13 | Roos | 3.20 | $ 465.00 | $ 1,488.00 | Review and revise exhibit list; |
| 2405 | 04/18/13 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Continue review and edit of trial exhibit list; continue drafting pretrial statement; |
| 2406 | 04/19/13 | Boschen | 9.50 | $ 150.00 | $ 1,425.00 | Continued work on trial witnesses and trial exhibits for pre-trial statement [9.5]. |
| 2407 | 04/19/13 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Worked on trial witness issues [.5]. |
| 2408 | 04/19/13 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Review/analyze trial exhibits and e-mail team re same. |
| 2409 | 04/19/13 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Coordinate with litigation team on trial exhibit list; continue editing pretrial statement; send draft of pretrial statement to litigation team; |
| 2410 | 04/20/13 | Fisher | 0.50 | $ 330.00 | $ 165.00 | Review and add to pretrial statement exhibit list; |
| 2411 | 04/21/13 | Boschen | 2.50 | $ 150.00 | $ 375.00 | Reviewed proposed trial exhibits [2.5]. |
| 2412 | 04/21/13 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Review/edit pretrial statement and e-mail team re same. |
| 2413 | 04/22/13 | Boschen | 6.90 | $ 150.00 | $ 1,035.00 | Continued work on trial exhibits and witnesses for pretrial statement and personal conferences and correspondence regarding same [6.9]. |
| 2414 | 04/22/13 | Marshall | 6.80 | $ 375.00 | $ 2,550.00 | Worked on pre-trial statement and trial exhibit list and email correspondence and telephone conferences with co-counsel regarding same [6.5]; worked on document management issues [.3]. |
| 2415 | 04/22/13 | Zuchetto | 5.00 | $ 330.00 | $ 1,650.00 | Discuss pretrial statement/case status w/ co-counsel (1.25); Edit settlement brief (3.5); Review revised pretrial statement and e-mail co-counsel re same (.25). |
| 2416 | 04/22/13 | Talner | 1.50 | $ 400.00 | $ 600.00 | Telconference with co-counsel to discuss potential trial witnesses; review draft pretrial statement and provide revisions to co-counsel. |
| 2417 | 04/22/13 | Roos | 1.10 | $ 465.00 | $ 511.50 | Communications regarding pretrial statement; review and revise same; |
| 2418 | 04/22/13 | Fisher | 2.90 | $ 330.00 | $ 957.00 | Review pretrial statement; work on exhibit list; finalize pretrial statement; |
| 2419 | 04/22/13 | Williams | 3.00 | $ 580.00 | $ 1,740.00 | Coordinate with litigation team on Pretrial Statement; review and finalize Pretrial Statement with input from litigation team; |
| 2420 | 04/23/13 | Boschen | 3.70 | $ 150.00 | $ 555.00 | Telephone conference with client [.1]; worked on trial exhibits and witnesses and personal conferences and correspondence regarding same [3.6]. |
| 2421 | 04/23/13 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Worked on trial issues [.3]. |
| 2422 | 04/23/13 | Zuchetto | 6.25 | $ 330.00 | $ 2,062.50 | Work on settlement brief (1.5); Review LR re pretrial statement (.75); Continue Work on Settlement Brief (4.0). |

195

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2423 | 04/23/13 | Higa | 2.90 | $ 155.00 | $ 449.50 | Review pre-trial order, compare same to trial exhibit list to determine bates range; review document database to find same; prepare trial document tracking spreadsheet; re-format documents for inclusion into electronic database; |
| 2424 | 04/23/13 | Williams | 0.20 | $ 580.00 | $ 116.00 | Coordinate with counsel for Cities on pretrial statement exhibits; provide instructions to paralegal on same; |
| 2425 | 04/24/13 | Marshall | 1.40 | $ 375.00 | $ 525.00 | Participated in weekly conference call regarding case strategy issues and trial preparation [.8]; telephone conference with co-counsel regarding mediation materials and settlement strategy [.6]. |
| 2426 | 04/24/13 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Participate in team meeting re litigation status and strategy (1.0); Work on settlement memo. (.75); Discuss same and confidential memo w/ co-counsel (.25). |
| 2427 | 04/24/13 | Higa | 6.10 | $ 155.00 | $ 945.50 | Review pre-trial order, compare same to trial exhibit list to determine bates range; review document database to find same; prepare trial document tracking spreadsheet; re-format documents for inclusion into electronic database; |
| 2428 | 04/24/13 | Roos | 1.60 | $ 465.00 | $ 744.00 | Conference with team regarding trial preparation and mediation; draft trial plan; |
| 2429 | 04/24/13 | Williams | 1.50 | $ 580.00 | $ 870.00 | Prepare for and coordinate conference call with litigation team; meet with Perkins Coie litigation team members to discuss assignments; |
| 2430 | 04/24/13 | Fisher | 1.70 | $ 330.00 | $ 561.00 | Draft and send email to A. Denny regarding Sgt. O'Neill; update and send agenda; participate in team call; draft motions in limine; |
| 2431 | 04/25/13 | Marshall | 5.40 | $ 375.00 | $ 2,025.00 | Worked on mediation submission (settlement brief), analyzed issues regarding same and confidential memorandum, and telephone conference with co-counsel regarding same [5.0]; reviewed court's order denying summary judgment motions and analyzed issues regarding same [.4]. |
| 2432 | 04/25/13 | Zuchetto | 3.75 | $ 330.00 | $ 1,237.50 | Draft/edit confidential settlement memo. |
| 2433 | 04/25/13 | Higa | 2.70 | $ 155.00 | $ 418.50 | Review pre-trial order, compare same to trial exhibit list to determine bates range; review document database to find same; prepare trial document tracking spreadsheet; re-format documents for inclusion into electronic database; |
| 2434 | 04/25/13 | Roos | 1.60 | $ 465.00 | $ 744.00 | Review order regarding motion for summary judgment; communications regarding same; draft findings of fact; |

196

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2435 | 04/25/13 | Williams | 0.80 | $ 580.00 | $ 464.00 | Review court order denying motions for summary judgment and exchange emails with litigation team on same; |
| 2436 | 04/25/13 | Fisher | 1.10 | $ 330.00 | $ 363.00 | Read court's order denying both parties' summary judgment motions; draft motions in limine outline; |
| 2437 | 04/26/13 | Boschen | 1.10 | $ 150.00 | $ 165.00 | Continued work on trial exhibits and witness location [1.1]. |
| 2438 | 04/26/13 | Marshall | 5.90 | $ 375.00 | $ 2,212.50 | Analyzed issues regarding search for Mr. Moon [.2]; worked on settlement brief [.4]; worked on confidential memorandum to Judge Donohue and researched and analyzed issues regarding same [5.3]. |
| 2439 | 04/26/13 | Bledsoe | 1.00 | $ 120.00 | $ 120.00 | Prepare Plaintiffs' settlement brief for Zuchetto. |
| 2440 | 04/26/13 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Edit settlement memo and confidential memo (1.5); Discuss same w/ co-counsel (.5). |
| 2441 | 04/26/13 | Higa | 5.20 | $ 155.00 | $ 806.00 | Review pre-trial order, compare same to trial exhibit list to determine bates range; review document database to find same; prepare trial document tracking spreadsheet; re-format documents for inclusion into electronic database; prepare email and ftp transfer to transmit same to opposing counsel and litigation team; |
| 2442 | 04/26/13 | Roos | 3.40 | $ 465.00 | $ 1,581.00 | Review motion in limine; conference regarding same with C. Fisher, A. Locke, and S. Kung; draft trial plan and findings of fact; communications regarding Rule 1006 summary of caseloads; |
| 2443 | 04/26/13 | Fisher | 1.80 | $ 330.00 | $ 594.00 | Draft motion in limine outline and send to A. Locke and S. Kung; meet with A. Lock, S. Kung, and B. Roos to discuss motion in limine; |
| 2444 | 04/28/13 | Marshall | 2.60 | $ 375.00 | $ 975.00 | Worked on confidential memorandum to Judge Donohue and researched and analyzed issues for same [2.6]. |
| 2445 | 04/29/13 | Marshall | 4.60 | $ 375.00 | $ 1,725.00 | Worked on confidential mediation memorandum to Judge Donohue and researched and analyzed issues regarding same [3.0]; email correspondence with co-counsel regarding same [.2]; analyzed issues regarding trial exhibits and email correspondence with co-counsel regarding same [.2]; worked on settlement brief and analyzed issues regarding same [.6]; worked on case strategy issues [.1]; analyzed issues regarding fees and costs [.3]; analyzed issues regarding trial tasks [.2]. |
| 2446 | 04/29/13 | Zuchetto | 3.75 | $ 330.00 | $ 1,237.50 | Edit confidential memo and e-mail co-counsel re same (1.75); Incorporate co-counsel revisions into settlement brief and work on fees/costs calculation (2.0). |

197

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2447 | 04/29/13 | Talner | 0.80 | $ 400.00 | $ 320.00 | Review and suggest revisions to confidential settlement brief; add to list of witnesses that go with exhibits for trial. |
| 2448 | 04/29/13 | Williams | 1.20 | $ 580.00 | $ 696.00 | Review and approve draft Confidential Memorandum for Mediation before Judge Donohue; review and approve of Plaintiffs' settlement statement; |
| 2449 | 04/29/13 | Roos | 2.30 | $ 465.00 | $ 1,069.50 | Draft findings of fact; |
| 2450 | 04/30/13 | Boschen | 1.10 | $ 150.00 | $ 165.00 | Continued work on trial witness identification and location and personal conferences and correspondence regarding same [.3]; downloaded and resized Plaintiffs' proposed trial exhibits [.8]. |
| 2451 | 04/30/13 | Marshall | 1.70 | $ 375.00 | $ 637.50 | Worked on trial witness and strategy issues and email correspondence with co-counsel regarding same [1.0]; worked on mediation submissions [.3]; analyzed issues regarding pretrial and attorney conferences [.4]. |
| 2452 | 04/30/13 | Higa | 1.20 | $ 155.00 | $ 186.00 | Review email from opposing counsel and prepare response regarding duplicate exhibits in proposed exhibit list; review email from counsel and prepare ftp transfer to opposing counsel's paralegal; |
| 2453 | 04/30/13 | Roos | 2.10 | $ 465.00 | $ 976.50 | Communications regarding motion in limine; draft trial plan and findings of fact; |
| 2454 | 04/30/13 | Williams | 0.30 | $ 580.00 | $ 174.00 | Review emails on indigent defendant trial witnesses and plan for motions in limine; |
| 2455 | 05/01/13 | Kinsey | 2.80 | $ 100.00 | $ 280.00 | Reviewed, revised and finalized plaintiffs' settlement brief; prepared table of contents and table of authorities. |
| 2456 | 05/01/13 | Boschen | 2.80 | $ 150.00 | $ 420.00 | Continued work on trial preparation and personal conferences and correspondence regarding same [2.8]. |
| 2457 | 05/01/13 | Marshall | 5.10 | $ 375.00 | $ 1,912.50 | Worked on mediation submissions and related issues [1.0]; worked on trial witness issues [.5]; meetings with co-counsel in preparation for pretrial conference and trial [3.6]. |
| 2458 | 05/01/13 | Zuchetto | 7.00 | $ 330.00 | $ 2,310.00 | Travel to Seattle re Pretrial Conference (5.0); Team meeting re strategy/preparation for Pretrial Conference (2.0). |
| 2459 | 05/01/13 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Email correspondence with co-counsel re upcoming mediation |
| 2460 | 05/01/13 | Talner | 1.50 | $ 400.00 | $ 600.00 | Review and comment on proposed trial witness list and provide additional info on potential witnesses to co-counsel; meeting w/co-counsel to discuss pretrial conference and trial preparation. |
| 2461 | 05/01/13 | Roos | 4.20 | $ 465.00 | $ 1,953.00 | Draft findings of fact; prepare trial testimony; conference with team regarding trial and pretrial conference; revise motion in limine; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2462 | 05/01/13 | Williams | 3.00 | $ 580.00 | $ 1,740.00 | Prepare for and participate in litigation team meeting on pretrial conference strategy; review Defendants' settlement brief; |
| 2463 | 05/01/13 | Fisher | 2.50 | $ 330.00 | $ 825.00 | Edit motions in limine; participate in team meeting in preparation for pretrial conference with Judge Lasnik |
| 2464 | 05/01/13 | Higa | 1.80 | $ 155.00 | $ 279.00 | Attend pre-trial hearing litigation team meeting; |
| 2465 | 05/01/13 | Higa | 0.30 | $ 155.00 | $ 46.50 | Attend telephone conference with opposing counsel regarding plaintiff's pre-trial exhibits; |
| 2466 | 05/02/13 | Boschen | 0.50 | $ 150.00 | $ 75.00 | Personal conferences and correspondence regarding trial strategy [.5]. |
| 2467 | 05/02/13 | Marshall | 5.00 | $ 375.00 | $ 1,875.00 | Telephone conference for pretrial conference and meetings with co-counsel regarding same and trial strategy [3.1]; worked on trial witnes and trial preparation issues [.5]; worked on motions in limine [1.4]. |
| 2468 | 05/02/13 | Zuchetto | 7.20 | $ 330.00 | $ 2,376.00 | Preparation for and attend pretrial conference and debrief w/ co-counsel re same (2.0); Travel from Seattle to Spokane re pretrial conference (5.0); Review Defendants' pretrial statement (.2). |
| 2469 | 05/02/13 | Dunne | 1.20 | $ 380.00 | $ 456.00 | Prepare for and attend pretrial conference; meeting with co-counsel re same; meeting with N. Talner re same |
| 2470 | 05/02/13 | Talner | 0.80 | $ 400.00 | $ 320.00 | Discuss pretrial conference w/co-counsel; discuss documents needed in connection w/witness testimony and motions in limine; review and suggest revisions to draft motions in limine. |
| 2471 | 05/02/13 | Roos | 3.60 | $ 465.00 | $ 1,674.00 | Attend pretrial conference; conference with team regarding same; prepare for motion in limine meet and confer; review defendants' pretrial statement; prepare trial testimony; |
| 2472 | 05/02/13 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Prepare for pretrial conference with Judge Lasnik; attend pretrial conference with trial team before Judge Lasnik; discuss results of pretrial conference with litigation team; |
| 2473 | 05/02/13 | Fisher | 3.30 | $ 330.00 | $ 1,089.00 | Prepare and participate in pretrial conference with Judge Lasnik; |
| 2474 | 05/03/13 | Boschen | 0.90 | $ 150.00 | $ 135.00 | Continued locating witnesses for trial [.2]; continued work on trial exhibits and correspondence regarding same [.7]. |
| 2475 | 05/03/13 | Marshall | 0.30 | $ 375.00 | 112.50 | Worked on trial preparation issues [.3]. |
| 2476 | 05/03/13 | Dunne | 0.70 | $ 380.00 | $ 266.00 | Telephone conference with J. Strait re trial testimony; email correspondence with co-counsel re same; email correspondence with J. Strait re trial |
| 2477 | 05/03/13 | Roos | 0.90 | $ 465.00 | $ 418.50 | Prepare for and attend motion in limine meet and confer conference; communications regarding same; |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2478 | 05/03/13 | Williams | 0.50 | $ 580.00 | $ 290.00 | Coordinate and exchange emails with ACLU and litigation team on expert testimony of John Strait and J. Boerner; |
| 2479 | 05/03/13 | Fisher | 3.60 | $ 330.00 | $ 1,188.00 | Prepare for and participate in phone conference with A. Rosenberg to discuss motions in limine, conference of attorneys, and admission of deposition transcript testimony; coordinate meeting time with Sgt. O'Neil and A. Denny; draft motions in limine; |
| 2480 | 05/03/13 | Higa | 3.20 | $ 155.00 | $ 496.00 | Review case file production and prepare email to co-counsel paralegal regarding same; review hard copy trial exhibits and prepare notebooks of same; |
| 2481 | 05/05/13 | Marshall | 2.10 | $ 375.00 | $ 787.50 | Worked on strategy, witness, and exhibit issues for trial [2.1]. |
| 2482 | 05/06/13 | Marshall | 4.40 | $ 375.00 | $ 1,650.00 | Worked on motions in limine and researched and analyzed issues regarding same [1.5]; email correspondence with co-counsel regarding same [.2]; worked on trial exhibits, trial task list, trial witness issues, and trial strategy [2.3]; telephone conference with co-counsel regarding same [.4]. |
| 2483 | 05/06/13 | Zuchetto | 1.40 | $ 330.00 | $ 462.00 | Review/edit Motion in Limine (.4); Discuss trial prep. and work on same w/ co-counsel (1.0). |
| 2484 | 05/06/13 | Talner | 0.30 | $ 400.00 | $ 120.00 | Review and comment on draft motions in limine. |
| 2485 | 05/06/13 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review and exchange emails with litigation team on trial preparation. |
| 2486 | 05/06/13 | Roos | 0.90 | $ 465.00 | $ 418.50 | Revise motion in limine; communications regarding smae; |
| 2487 | 05/06/13 | Fisher | 3.90 | $ 330.00 | $ 1,287.00 | Finalize motions in limine; |
| 2488 | 05/07/13 | Boschen | 0.80 | $ 150.00 | $ 120.00 | Continued work on locating trial witnesses [.5]; continued review of and work on trial exhibits [.3]. |
| 2489 | 05/07/13 | Marshall | 6.40 | $ 375.00 | $ 2,400.00 | Worked on trial tasks, including deposition designations, and email correspondence with co-counsel regarding same [.4]; worked on trial exhibits and strategy for admitting same [2.4]; reviewed additional exhibits for amendment to pretrial statement and email correspondence with co-counsel regarding same [.9]; worked on designations for Witt deposition [2.7]. |
| 2490 | 05/07/13 | Zuchetto | 0.35 | $ 330.00 | $ 115.50 | E-mail co-counsel re deposition designations (.1); Review draft findings (.25). |
| 2491 | 05/07/13 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review and exchange emails with litigation team on trial preparation and scheduling issues; |
| 2492 | 05/07/13 | Higa | 0.30 | $ 155.00 | $ 46.50 | Finalize assembly of Trial Exhibit binders; |

200

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2493 | 05/07/13 | Roos | 0.70 | $ 465.00 | $ 325.50 | Conference regarding opposition to motion in limine; review defendants' motion in limine; |
| 2494 | 05/07/13 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Organize conference of attorneys; draft agenda; read defendants' motions in limine; |
| 2495 | 05/08/13 | Boschen | 6.80 | $ 150.00 | $ 1,020.00 | Case status conference call [.9]; telephone and correspondence with witness [1.2]; drafted summary regarding same [.6]; drafted and finalized public disclosure request [.2]; continued work on trial exhibit review and witness location [3.5]; worked on deposition designations [.2]; personal conference regarding trial preparation [.2]. |
| 2496 | 05/08/13 | Marshall | 3.80 | $ 375.00 | $ 1,425.00 | Participated in weekly conference call with co-counsel regarding various trial preparation, witness, and exhibit issues [.9]; updated trial task list and email to co-counsel regarding same [.1]; worked on various trial task issues [.8]; analyzed issues regarding class member as trial witness [.4]; reviewed deposition transcripts of Mr. Witt and Mr. Moon in preparation for trial [1.6]. |
| 2497 | 05/08/13 | Zuchetto | 5.25 | $ 330.00 | $ 1,732.50 | Work on trial witness/deposition designation issues (3.0); Work on trial witness prep. (1.25); Team meeting re litigation strategy/case status (1.0). |
| 2498 | 05/08/13 | Talner | 0.60 | $ 400.00 | $ 240.00 | Teleconference with co-counsel to discuss case strategy and trial preparation; emails w/co-counsel to discuss potential trial witnesses. |
| 2499 | 05/08/13 | Williams | 0.50 | $ 580.00 | $ 290.00 | Exchange emails with litigation team and discuss results of team meeting with C. Fisher; |
| 2500 | 05/08/13 | Higa | 2.10 | $ 155.00 | $ 325.50 | Attend trial team litigation conference; revise page/line deposition designations and prepare same for filing; |
| 2501 | 05/08/13 | Roos | 3.90 | $ 465.00 | $ 1,813.50 | Telephone conference regarding trial preparation; designate deposition testimony to be offered in lieu of live testimony; |
| 2502 | 05/08/13 | Fisher | 2.30 | $ 330.00 | $ 759.00 | Participate in team meeting; outline interview questions for call with Sgt. O'Neil; |
| 2503 | 05/09/13 | Boschen | 7.40 | $ 150.00 | $ 1,110.00 | Continued work on deposition designations, trial witnesses and objections and stipulations to Defendants' proposed trial exhibits; personal conferences and correspondence regarding same. |
| 2504 | 05/09/13 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Finalize witness deposition review and designations re trial. |
| 2505 | 05/09/13 | Higa | 3.20 | $ 155.00 | $ 496.00 | Revise and assemble electronic copies of page/line deposition designations; |
| 2506 | 05/09/13 | Roos | 3.10 | $ 465.00 | $ 1,441.50 | Designate deposition testimony to be offered in lieu of live testimony; |
| 2507 | 05/09/13 | Fisher | 3.50 | $ 330.00 | $ 1,155.00 | Complete deposition designations for J. Ladenburg and E. Stendal; interview Sgt. O'Neil; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2508 | 05/10/13 | Boschen | 5.50 | $ 150.00 | $ 825.00 | Continued work on objections and stipulations to Defendants' proposed trial exhibits; continued work on witness location. |
| 2509 | 05/10/13 | Marshall | 2.80 | $ 375.00 | $ 1,050.00 | Worked on trial preparation, including deposition designations, trial exhibit issues, and pretrial statement amendment issues; email correspondence with co-counsel regarding same [2.1]; worked on trial witness issues [.7]. |
| 2510 | 05/10/13 | Zuchetto | 2.75 | $ 330.00 | $ 907.50 | Finalize deposition review/analysis and designations. |
| 2511 | 05/10/13 | Talner | 2.70 | $ 400.00 | $ 1,080.00 | Review and compile factual evidence for proof of claim; draft memo re same for purposes of settlement conference and trial. |
| 2512 | 05/10/13 | Higa | 1.20 | $ 155.00 | $ 186.00 | Revise page line deposition designations; |
| 2513 | 05/10/13 | Roos | 0.40 | $ 465.00 | $ 186.00 | Revise deposition designations; |
| 2514 | 05/10/13 | Fisher | 2.80 | $ 330.00 | $ 924.00 | Organize and send deposition designations to defendants; edit and send amended pretrial statement to defendants; |
| 2515 | 05/11/13 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Worked on trial preparation [.4]. |
| 2516 | 05/13/13 | Boschen | 4.10 | $ 150.00 | $ 615.00 | Continued work on objections and stipulations to Defendants trial exhibits; |
| 2517 | 05/13/13 | Talner | 3.10 | $ 400.00 | $ 1,240.00 | Review and compile factual evidence for proof of claim; draft memo re same for purposes of settlement conference and trial. |
| 2518 | 05/13/13 | Roos | 1.70 | $ 465.00 | $ 790.50 | Conference with D. Steele regarding pretrial order; communications regarding deposition designations; review deposition transcript of C. Jackson; |
| 2519 | 05/13/13 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review various emails on pretrial statement, exchange of exhibits and filing of deposition designations; |
| 2520 | 05/14/13 | Boschen | 2.70 | $ 150.00 | $ 405.00 | Worked on witness location; telephone conferences, personal conferences and correspondence regarding same; telephone conference with client. |
| 2521 | 05/14/13 | Marshall | 1.80 | $ 375.00 | $ 675.00 | Worked on stipulations and objections to defendants' exhibits and other trial preparation issues [1.8]. |
| 2522 | 05/14/13 | Talner | 1.50 | $ 400.00 | $ 600.00 | Review and compile factual evidence for proof of claim; draft memo re same for purposes of settlement conference and trial. |
| 2523 | 05/14/13 | Higa | 4.40 | $ 155.00 | $ 682.00 | Review attorney memorandum and insure that page line deposition designations comport with same; review case file trial exhibit for redactions per LCR 5.2; |
| 2524 | 05/14/13 | Fisher | 4.00 | $ 330.00 | $ 1,320.00 | Find documents to support motion in limine opposition; discuss deposition designation and exhibits with J. Higa and B. Roos; look for places where Cities said their systems would be adequate by January 2013; |
| 2525 | 05/14/13 | Roos | 3.80 | $ 465.00 | $ 1,767.00 | Revise opposition to motion in limine; research regarding same; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2526 | 05/15/13 | Boschen | 8.40 | $ 150.00 | $ 1,260.00 | Continued work on objections and stipulations to Defendants' proposed trial exhibits; personal conferences and correspondence regarding same; telephone conferences with class member and client; researched witness location; telephone conferences and correspondence regarding same. |
| 2527 | 05/15/13 | Marshall | 6.10 | $ 375.00 | $ 2,287.50 | Analyzed issues regarding settlement conference and strategy for same [.2]; telephone conference with co-counsel regarding various trial and settlement issues [1.0]; worked on deposition designations, pretrial order, and other trial issues [1.9]; worked on proposed settlement terms and strategy for settlement conference [3.0]. |
| 2528 | 05/15/13 | Zuchetto | 3.50 | $ 330.00 | $ 1,155.00 | Team litigation meeting re mediation and trial prep. and follow up re same w/ co-counsel. |
| 2529 | 05/15/13 | Dunne | 1.90 | $ 380.00 | $ 722.00 | Prepare for upcoming mediation; correspondence with co-counsel re same |
| 2530 | 05/15/13 | Talner | 0.80 | $ 400.00 | $ 320.00 | Teleconference with co-counsel to discuss case strategy and trial preparation. |
| 2531 | 05/15/13 | Higa | 3.90 | $ 155.00 | $ 604.50 | Attend litigation team conference; continue LCR 5.2 redaction review of trial exhibits; |
| 2532 | 05/15/13 | Fisher | 2.80 | $ 330.00 | $ 924.00 | Edit pretrial order; participate in team call; draft and send letter to A. Rosenberg regarding deposition designations; draft agenda for conference of attorneys; edit oppositions to motions in limine; |
| 2533 | 05/15/13 | Roos | 7.10 | $ 465.00 | $ 3,301.50 | Revise pretrial order; conference with trial team regarding trial preparation; revise opposition to motion in limine; research relating to same; review deposition transcript of C. Jackson in preparation of direct testimony. |
| 2534 | 05/15/13 | Williams | 5.00 | $ 580.00 | $ 2,900.00 | Prepare for litigation team conference call on trial preparation and settlement discussions; participate in litigation team conference call; provide instructions to Perkins team on witnesses, exhibits and visual aides; review and edit proposed settlement terms; |
| 2535 | 05/16/13 | Boschen | 1.50 | $ 150.00 | $ 225.00 | Continued work on trial exhibits and correspondence regarding same [.8]; finalized objections and stipulations to Defendants' proposed trial exhibits and correspondence regarding same [.7]. |
| 2536 | 05/16/13 | Marshall | 10.90 | $ 375.00 | $ 4,087.50 | Meeting with co-counsel in preparation for mediation [.4]; traveled to, participated in, and returned from mediation [8.8]; meeting with co-counsel regarding same [.5]; worked on settlement issues [1.2]. |
| 2537 | 05/16/13 | Zuchetto | 14.00 | $ 330.00 | $ 4,620.00 | Preparation for and attend mediation (9); Travel back to Spokane (5). |

203

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2538 | 05/16/13 | Fisher | 2.00 | $ 330.00 | $ 660.00 | Review our stipulations and objections to defendants' exhibit list; edit opposition to motions in limine and draft declaration thereto; |
| 2539 | 05/16/13 | Dunne | 10.00 | $ 380.00 | $ 3,800.00 | Meeting with co-counsel in prep for mediation; attend mediation |
| 2540 | 05/16/13 | Williams | 10.00 | $ 580.00 | $ 5,800.00 | Review and exchange emails with Sarah Dunne of ACLU on fees and disbursements; prepare for and attend mediation of case with Magistrate Judge Donohue; |
| 2541 | 05/17/13 | Marshall | 8.80 | $ 375.00 | $ 3,300.00 | Telephone conferences with co-counsel, Mr. Hardesty, and Mr. Rogerson regarding settlement negotiations [2.3]; analyzed issues regarding same [1.7]; worked on final settlement agreement [1.6]; worked on revisions to defendants' proposed settlement terms and analyzed issues regarding same [3.2]. |
| 2542 | 05/17/13 | Zuchetto | 3.25 | $ 330.00 | $ 1,072.50 | Work on settlement and e-mail co-counsel and adjuster re same. |
| 2543 | 05/17/13 | Dunne | 0.80 | $ 380.00 | $ 304.00 | Correspondence with co-counsel re settlement terms and fees and costs |
| 2544 | 05/17/13 | Higa | 3.10 | $ 155.00 | $ 480.50 | Continue review of Trial Exhibits for CR 5.2 redactions; |
| 2545 | 05/17/13 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Save and review email from A. Rosenberg regarding parties' trail exhibits; participate in conference of attorneys; discuss case with J. Williams and B. Roos; |
| 2546 | 05/17/13 | Roos | 2.10 | $ 465.00 | $ 976.50 | Conference with A. Rosenberg regarding pretrial order; prepare for same; communications regarding same; revise opposition to motion in limine; |
| 2547 | 05/17/13 | Williams | 1.20 | $ 580.00 | $ 696.00 | Meeting with A. Rosenburg on pretrial statement; meet with B. Roos and C. Fisher on case status and results of 05/16/13 mediation before Judge Donohue; |
| 2548 | 05/18/13 | Marshall | 1.20 | $ 375.00 | $ 450.00 | Worked on settlement issues [.2]; worked on response to defendants' motions in limine and analyzed issues regarding same [.7]; worked on trial strategy issues [.2]; worked on document management issues [.1]. |
| 2549 | 05/19/13 | Marshall | 1.90 | $ 375.00 | $ 712.50 | Worked on settlement agreement terms and researched and analyzed issues regarding same [1.5]; email correspondence with co-counsel regarding same [.1]; worked on trial preparation [.3]. |
| 2550 | 05/19/13 | Zuchetto | 1.50 | $ 330.00 | 495.00 | Edit/revise response re Motion in Limine and proposed settlement agreement. |
| 2551 | 05/19/13 | Dunne | 1.10 | $ 380.00 | 418.00 | email correspondence with co-counsel re settlement terms; review and revise settlement agreement |
| 2552 | 05/19/13 | Roos | 1.10 | $ 465.00 | $ 511.50 | Revise opposition to motion in limine; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2553 | 05/20/13 | Marshall | 6.40 | $ 375.00 | $ 2,400.00 | Email correspondence with co-counsel regarding draft settlement agreement [.2]; analyzed issues regarding same [.2]; email to opposing counsel regarding same [.1]; worked on strategy for resolving fees and costs [.9]; worked on settlement negotiations and email correspondence and telephone conferences with Mr. Hardesty and co-counsel regarding same [1.8]; email correspondence with Judge Donohue regarding assistance with same [.2]; telephone conferences and email correspondence with co-counsel regarding settlement negotiations and strategy for same [.8]; researched and analyzed issues regarding entitlement to fees [.3]; worked on trial preparation [1.1]; telephone conferences with co-counsel and Judge Donohue regarding mediation [.8]. |
| 2554 | 05/20/13 | Zuchetto | 4.35 | $ 330.00 | $ 1,435.50 | Discuss settlement negotiations w/ co-counsel work on response/strategy re same and participate in settlement conference w/ Judge Donahue (4.1); Review Cities' response to Motion in Limine (.25). |
| 2555 | 05/20/13 | Dunne | 0.80 | $ 380.00 | $ 304.00 | correspondence with co-counsel re settlement terms and fees and costs |
| 2556 | 05/20/13 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Conference call with litigation team on status of settlement terms and attorneys' fees; exchange emails on same; begin trial preparation with review of summary judgment motions; editing of opening statement; |
| 2557 | 05/20/13 | Roos | 2.30 | $ 465.00 | $ 1,069.50 | Revise opposition to motion in limine; prepare direct testimony of C. Jackson; telephone conference with team regarding trial and mediation; |
| 2558 | 05/21/13 | Boschen | 8.50 | $ 150.00 | $ 1,275.00 | Continued work on trial preparation and witness location and subpoenas; personal conferences and correspondence regarding same. |
| 2559 | 05/21/13 | Marshall | 8.90 | $ 375.00 | $ 3,337.50 | Prepared for, traveled to, participated in, and returned from settlement conference with Judge Donohue [2.6]; analyzed issues regarding same [.1]; telephone conference with co-counsel regarding trial preparation [.2]; worked on trial preparation [1.6]; worked on exhibit issues [.4]; telephone conferences with Mr. Williams and witness regarding trial testimony [1.4]; telephone conference with Mr. Zuchetto regarding trial assignments [.4]; worked on trial witness issues [.6]; worked on trial lineup chart [.8]; worked on trial brief [.8]. |
| 2560 | 05/21/13 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Prepare for call to R. Howson (.25); Discuss trial prep. w/ co-counsel (.5). |
| 2561 | 05/21/13 | Dunne | 2.80 | $ 380.00 | $ 1,064.00 | Prepare for and attend settlement conference; correspondence with co-counsel re settlement; email correspondence re witnesses in jails |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| **2562** | 05/21/13 | Roos | 2.80 | $ 465.00 | $ 1,302.00 | Communications regarding trial subpoenas and mediation; review pretrial order; prepare for direct testimony of C. Jackson. |
| **2563** | 05/21/13 | Higa | 9.40 | $ 155.00 | $ 1,457.00 | Attend conference regarding trial technology support; continue review of case file exhibits for LCR 5.2 redactions; review trial exhibits for material that references L. Alvarez and prepare email providing summary of same; |
| **2564** | 05/21/13 | Fisher | 0.20 | $ 330.00 | $ 66.00 | Email A. Denny asking to accept service of Sgt. O'Neil's trial subpoena; |
| **2565** | 05/21/13 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Exchange emails with litigation team on status of settlement discussions; conference call with litigation team on trial preparation plan; conference call with T. Marshall and L. Alvarez on expected witness testimony; draft witness subpoena for L. Alvarez; send email to J. Higa on collecting Alvarez correspondence; |
| **2566** | 05/22/13 | Boschen | 3.40 | $ 150.00 | $ 510.00 | Personal conference regarding case timeline for trial; telephone conferences and correspondence with inmate counselors; telephone conference with chambers regarding telephonic testimony; continued work on witness location; telephone conference to jail regarding with witness. |
| **2567** | 05/22/13 | Marshall | 7.40 | $ 375.00 | $ 2,775.00 | Worked on trial preparation issues [.3]; analyzed issues regarding proposed testimony of Mr. Howson and telephone conference with co-counsel regarding same [.4]; worked on proposed witness order in plaintiffs' case and email correspondence with co-counsel regarding same [.8]; prepared for, traveled to, participated in, and returned from trial strategy meeting with co-counsel [4.1]; analyzed issues regarding presentation of testimony from incarcerated individuals and attempted to contact opposing counsel regarding same [.3]; reviewed materials for Mr. Osborn and Mr. Norman in preparation for trial testimony [1.2]; worked on exhibit issues [.3]. |
| **2568** | 05/22/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Call to Roy Howson re potential trial witness and discuss same w/ co-counsel. |
| **2569** | 05/22/13 | Roos | 5.20 | $ 465.00 | $ 2,418.00 | Conference with trial team regarding trial schedule and strategy; review trial exhibits for direct testimony of C. Jackson, J. Aarstad and B. Harrison; revise pretrial order and deposition designations; |
| **2570** | 05/22/13 | Higa | 5.60 | $ 155.00 | $ 868.00 | Continue review of trial exhibits for LCR 5.2 redactions; attend weekly litigation conference; revise page and line deposition designations; finalize collection and review of L. Alvarez review material; review additional exhibits from co-counsel and revise trial exhibit collection; review trial witness assignments and revise proposed trial schedule; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| 2571 | 05/22/13 | Williams | 7.30 | $ 580.00 | $ 4,234.00 | Various meetings with trial team to discuss witnesses and prepare for trial; continue developing direct examination of L. Alvarez; begin drafting opening statement visual aids; coordinate on final pretrial order; |
| 2572 | 05/23/13 | Kinsey | 0.40 | $ 100.00 | $ 40.00 | Prepared draft of stipulation and proposed order regarding incarcerated witness testimony. |
| 2573 | 05/23/13 | Boschen | 4.50 | $ 150.00 | $ 675.00 | Worked on corrected trial exhibits and correspondence and personal conference regarding same [1.5]; reviewed witness direct examination outline and correspondence regarding same [.2]; telephone conferences with trial witnesses and personal conference regarding same [2.1]; continued work on trial preparation [.7]. |
| 2574 | 05/23/13 | Marshall | 8.20 | $ 375.00 | $ 3,075.00 | Worked on exhibit issues [.6]; researched and analyzed issues regarding hearsay exception [.4]; telephone conference with Mr. Osborn regarding trial testimony [.7]; telephone conference with Mr. Norman regarding trial testimony [.7]; worked on outlines of direct examinations of indigent defendants [2.8]; telephone conference and email correspondence with with opposing counsel regarding testimony of incarcerated defendants via telephonic transmission [.3]; worked on stipulation for same [.1]; analyzed issues regarding same [.3]; worked on trial witness issues [.8]; worked on various trial preparation issues [1.5]. |
| 2575 | 05/23/13 | Zuchetto | 0.10 | $ 330.00 | $ 33.00 | Respond re hearsay issue. |
| 2576 | 05/23/13 | Roos | 1.90 | $ 465.00 | $ 883.50 | Communications regarding exhibits; communications regarding service of subpoena on J. Aarstad; review trial exhibits for direct testimony of witnesses; |
| 2577 | 05/23/13 | Williams | 7.80 | $ 580.00 | $ 4,524.00 | Continue to prepare for trial by creating examination outlines for Letty Alvarez, John Stendal, and John Strait; coordinate with D. Steele on legal research of hearsay exception; |
| 2578 | 05/23/13 | Higa | 4.60 | $ 155.00 | $ 713.00 | Review Stendal fact and 30b6 depositions and ascertain correlating trial exhibits for witness preparation; review recent drafts of Trial Exhibit and Witness Tracking Sheet to determine which exhibits to pull; attend telephone conference and prepare email regarding trial logistics with Judge Lasnik's clerk; |

207

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2579 | 05/24/13 | Boschen | 3.80 | $ 150.00 | $ 570.00 | Telephone conference with witness; telephone calls, telephone conferences and email correspondence with witnesses; drafted subpoenas, acceptances of service and cover letters; prepared mailings for same; personal conferences regarding trial witnesses. |
| 2580 | 05/24/13 | Marshall | 8.10 | $ 375.00 | $ 3,037.50 | Analyzed issues regarding authentication and admissibility of certain exhibits [.1]; worked on outline for Alvarez direct and reviewed exhibits to be used during same [.7]; worked on direct examination outlines for Mr. Osborn and Mr. Norman and reviewed documents in regard to same [2.2]; worked on witness issues [1.1]; reviewed defendants' reply on motion in limine and analyzed issues regarding inappropriateness of filing same [.2]; telephone conference with Mr. Muenscher regarding trial testimony [.5]; telephone conference with class member regarding potential trial testimony [.6]; worked on trial preparation [2.7]. |
| 2581 | 05/24/13 | Roos | 1.10 | $ 465.00 | $ 511.50 | Draft outline for direct testimony of C. Jackson; |
| 2582 | 05/24/13 | Williams | 7.20 | $ 580.00 | $ 4,176.00 | Continue to prepare for trial by creating examination outlines for Letty Alvarez, John Stendal, and John Strait; |
| 2583 | 05/24/13 | Higa | 3.20 | $ 155.00 | $ 496.00 | Prepare email summary of trial logistics; reformat trial exhibits for inclusion into Trial Director database; attend conference regarding setup of same; review original deposition transcripts in file and prepare email to co-counsel paralegal inquiring as to status of same; |
| 2584 | 05/25/13 | Marshall | 5.40 | $ 375.00 | $ 2,025.00 | Worked on outline of direct examination of Mr. Muenscher [.8]; worked on outlines of direct examinations of Mr. Moon and Ms. Montague and reviewed documents in regard to same [4.1]; reviewed documents in preparation for cross examination of Mr. Laws [.5]. |
| 2585 | 05/26/13 | Marshall | 4.90 | $ 375.00 | $ 1,837.50 | Worked on outline of Moon direct examination and reviewed documents in regard to same [1.6]; worked on trial preparation issues [.6]; worked on trial brief [2.7]. |
| 2586 | 05/26/13 | Roos | 2.10 | $ 465.00 | $ 976.50 | Draft outline of direct testimony of C. Jackson; |
| 2587 | 05/26/13 | Higa | 4.00 | $ 155.00 | $ 620.00 | Finalize reformatting of trial exhibits for inclusion in Trial Director Database; perform dry run of functions; assemble trial logistic information and prepare emails regarding same; |
| 2588 | 05/26/13 | Williams | 8.10 | $ 580.00 | $ 4,698.00 | Continue to prepare for trial by editing examination outlines for Letty Alvarez, John Stendal, and John Strait; begin working on opening statement; |
| 2589 | 05/26/13 | Fisher | 0.20 | $ 330.00 | $ 66.00 | Check cites for Stendal's cross-examination; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2590 | 05/27/13 | Marshall | 6.90 | $ 375.00 | $ 2,587.50 | Worked on trial brief [5.5]; worked on trial exhibits [.2]; worked on outline for examination of Mr. Stendal [.7]; researched and analyzed issues regarding Rule 43 and presentation of testimony of incarcerated individuals [.5]. |
| 2591 | 05/27/13 | Fisher | 2.80 | $ 330.00 | $ 924.00 | Check cites for Stendal's cross-examination; send J. Williams list of Feldman's recommendations that the Cities have not implemented; |
| 2592 | 05/27/13 | Roos | 5.10 | $ 465.00 | $ 2,371.50 | Draft outline for direct testimony of C. Jackson; review exhibits relating to same; draft motion to strike; |
| 2593 | 05/27/13 | Williams | 8.20 | $ 580.00 | $ 4,756.00 | Continue to prepare for trial by editing examination outlines for Letty Alvarez, John Stendal, and John Strait; continue working on opening statement; |
| 2594 | 05/28/13 | Boschen | 8.90 | $ 150.00 | $ 1,335.00 | Coordinated accommodations and transportation for trial witnesses; telephone conferences and correspondence with witnesses; prepared subpoenasworked on exhibits; conference call regarding trial preparation; drafted Declaration of Shari Hall in support of motion to allow witnesses to testify telephonically; telephone conference with Attorney General's office and corrections facilities regarding same. |
| 2595 | 05/28/13 | Marshall | 10.10 | $ 375.00 | $ 3,787.50 | Analyzed issues regarding difficulty with transporting prisonors for testimony and analyzed issues regarding proposal for telephonic testimony [.5]; telephone conference and email correspondence with opposing counsel regarding same [.2]; worked on general trial preparation and email correspondence with co-counsel regarding same [.3]; worked on trial brief [1.0]; worked on appendix to same [.3]; worked on issues regarding witness lineup and related time constraints [.3]; worked on issues regarding direct examination of witness [.1]; telephone conferences with opposing counsel and court regarding request for telephonic motion over presentation of testimony of incarcerated individuals [.2]; researched and analyzed issues regarding same and worked on motion to allow telephonic testimony [5.6]; telephone conference with co-counsel regarding various trial issues [.5]; worked on witness examination outline for Ms. Montague and other trial preparation issues [1.1]. |
| 2596 | 05/28/13 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Review/edit trial brief (.75); Participate in pretrial litigation strategy call (.5). |

209

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2597 | 05/28/13 | Higa | 6.50 | $ 155.00 | $ 1,007.50 | prepare for and attend litigation team conference; review additional trial exhibits from co-counsel and reformat same to include in trial exhibits; perform final review of trial exhibits and coordinate transfer of same to vendor for preparation of court copies; attend conferences, prepare emails, and attend telephonic conferences to resolve Trial Director support issues; |
| 2598 | 05/28/13 | Fisher | 1.50 | $ 330.00 | $ 495.00 | Check E. Stendal deposition cites for accuracy; participate in team call; draft direct examination outline for J. O'Neill; |
| 2599 | 05/28/13 | Roos | 7.90 | $ 465.00 | $ 3,673.50 | Telephone conference with team regarding trial witness preparation and strategy; draft outline of direct testimony of C. Jackson; review witness outlines and exhibit list; |
| 2600 | 05/28/13 | Williams | 7.70 | $ 580.00 | $ 4,466.00 | Continue to prepare for trial by editing examination outlines for Letty Alvarez, John Stendal, and John Strait; continue working on opening statement; |
| 2601 | 05/29/13 | Kinsey | 3.10 | $ 100.00 | $ 310.00 | Reviewed, revised and finalized trial brief; arranged filing and service of same; prepared draft of, reviewed, revised and finalized motion to allow incarcerated witnesses testify; prepared and finalized supporting Marshall declaration; finalized declarations of Shari Hall and Kathleen Glennon; prepared and finalized proposed order; arranged filing and service of same; transmission of proposed order to chambes; coordinate notebook transmission to chambers. |
| 2602 | 05/29/13 | Boschen | 9.10 | $ 150.00 | $ 1,365.00 | Continued work on trial witnesses, evidence, and exhibits; continued work on declarations in support of motion to allow telephonic testimony; personal conferences and correspondence regarding same. |

210

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2603 | 05/29/13 | Marshall | 11.90 | $ 375.00 | $ 4,462.50 | Analyzed issues regarding expert testimony and email correspondence with co-counsel regarding same [.1]; worked on witness issues and email to Ms. Montague regarding same [.2]; worked on motion to allow telephonic testimony of incarcerated witnesses and declarations in support of same [2.0]; worked on amendment to exhibit list for pretrial order [.1]; finalized trial brief [.5]; worked on exhibit admission issues [.2]; telephone conference with Ms. Osborne regarding trial testimony [1.0]; worked on revisions to outline for direct examination of Ms. Osborne [.4]; worked on revisions to witness lineup [.5]; worked on trial and witness preparation [1.5]; worked on plan for admitting documents that defendants are challenging on authenticity and admissibility grounds and telephone conference with co-counsel regarding same [2.2]; analyzed issues regarding expert declaration submissions and worked on notice of Mr. Boerner's declaration [.2]; researched and analyzed issues regarding refreshing of recollection [.4]; reviewed documents and deposition transcripts in preparation for outline of Montague direct examination [2.6]. |
| 2604 | 05/29/13 | Zuchetto | 2.65 | $ 330.00 | $ 874.50 | Edit/review motion re telephonic testimony (.4); Research re prevailing party requirements and e-mail co-counsel re same (1.75); Edit trial brief (.5). |
| 2605 | 05/29/13 | Higa | 7.40 | $ 155.00 | $ 1,147.00 | Review vendor's copy of plaintiff's trial exhibits and coordinate delivery of same to Court; review correspondence and task lists to prepare for and attend litigation team conference; review draft witness outlines and prepare exhibit notebooks for same; review draft witness outlines and prepare electronic workbooks in Trial Director for same; review exhibits for additional testimony related to target witnesses; |
| 2606 | 05/29/13 | Roos | 7.40 | $ 465.00 | $ 3,441.00 | Draft outline of C. Jackson direct examination; draft outline of B. Harrison direct examination; telephone conference with trial team regarding exhibits; |
| 2607 | 05/29/13 | Williams | 10.10 | $ 580.00 | $ 5,858.00 | Continue to prepare for trial by editing examination outlines for Letty Alvarez, John Stendal, and John Strait; continue working on opening statement and visual aids; |
| 2608 | 05/30/13 | Boschen | 10.50 | $ 150.00 | $ 1,575.00 | Continued work on trial preparation, witnesses, exhibits, evidence and logistics. |

211

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2609 | 05/30/13 | Marshall | 12.10 | $ 375.00 | $ 4,537.50 | Telephone conference with co-counsel regarding themes in opening and key evidence [.3]; worked on trial preparations [.3]; telephone conference and email correspondence with Mr. Gipe regarding witness subpoena for Mr. Laws and worked on issues related to same [.3]; worked on trial exhibit issues [.4]; telephone conference with opposing counsel regarding same [.1]; worked on witness examination outlines [9.7]; worked on trial technology issues [1.0]. |
| 2610 | 05/30/13 | Zuchetto | 4.55 | $ 330.00 | $ 1,501.50 | Work on Sybrandy cross outline (4.25); Review/analyze trial exhibits and e-mail co-counsel re same (.3). |
| 2611 | 05/30/13 | Higa | 8.40 | $ 155.00 | $ 1,302.00 | Prepare email to court clerk regarding tech dry run plans; review exhibits for J. Strait declarations and prepare email regarding same; attend conference calls with co-counsel paralegal to discuss trial exhibit modification and trial logistics; review revised exhibits 11 and 12, reformat same for production to Court and counsel, and ftp to co-counsel paralegal; attend technology dry run at Court and prepare email summarizing conference with Court Clerk; review draft powerpoint and compare to trial exhibits to perform citation check of same; review revised witness outlines and revise trial witness exhibits accordingly; load deposition transcripts into Trial Director and revise formatting of same; prepare back-up copies of data for Trial Director and format backup laptop; |
| 2612 | 05/30/13 | Roos | 6.50 | $ 465.00 | $ 3,022.50 | Conference with C. Jackson regarding direct examination; revise outline for same; draft outline of B. Harrison direct examination; |
| 2613 | 05/30/13 | Williams | 7.20 | $ 580.00 | $ 4,176.00 | Continue to prepare for trial by editing examination outlines for Letty Alvarez, John Stendal, and John Strait; continue working on opening statement and visual aids; |
| 2614 | 05/31/13 | Boschen | 8.40 | $ 150.00 | $ 1,260.00 | Continued work on trial preparation, witnesses, exhibits, evidence and logistics. |
| 2615 | 05/31/13 | Marshall | 11.60 | $ 375.00 | $ 4,350.00 | Worked on outline for Ms. Montague's direct examination [.8]; worked on opening and closing issues [.6]; traveled to, participated in, and returned from meeting with co-counsel regarding opening statement [3.0]; worked on trial preparation [7.2]. |
| 2616 | 05/31/13 | Zuchetto | 5.50 | $ 330.00 | $ 1,815.00 | Finalize Sybrandy cross and e-mail team re same (3.25); Review opening statement material and provide feedback re same (2.25). |

212

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2617 | 05/31/13 | Higa | 6.80 | $ 155.00 | $ 1,054.00 | Attend dry run of opening statement; review Exhibit 107 and revise same; review powerpoint and revise formatting to fit screen; attend conference regarding screen resolution and powerpoint formatting issues; review deposition designations for Aarstad, Stendal, Mt. Vernon, and Harrison to determine where deposition exhibits were designated; review trial exhibits to correlate designated deposition exhibits and prepare chart and email summarizing same; |
| 2618 | 05/31/13 | Williams | 8.30 | $ 580.00 | $ 4,814.00 | Continue preparing witness outline for expert John Strait; continue creating opening statement and do dry run of same with trial team; discuss trial strategy with team; |
| 2619 | 05/31/13 | Roos | 5.10 | $ 465.00 | $ 2,371.50 | Draft outlines for direct testimony of J. Aarstad and B. Harrison; conference with trial team regarding witness testimony and opening statements; |
| 2620 | 05/31/13 | Fisher | 3.30 | $ 330.00 | $ 1,089.00 | Participate in opening statement presentation; edit opening statement slides; prepare for trial; |
| 2621 | 06/01/13 | Marshall | 8.20 | $ 375.00 | $ 3,075.00 | Worked on cross examination outlines and trial preparation [8.2]. |
| 2622 | 06/01/13 | Higa | 4.00 | $ 155.00 | $ 620.00 | Review powerpoint for opening, Alvarez, and Stendal examinations, revise formatting of same; begin citation check of examinations; review witness outlines and prepare exhibit collections for same; prepare trial exhibit collections; |
| 2623 | 06/01/13 | Fisher | 2.40 | $ 330.00 | $ 792.00 | Prepare for motions in limine arguments; draft cross examinations for witnesses; review defendants' exhibits; determine which of defendants' exhibits were produced and/or generated after discovery deadline; |
| 2624 | 06/02/13 | Boschen | 8.10 | $ 150.00 | $ 1,215.00 | Continued work on trial preparation, witnesses, exhibits, evidence, and closing statement. |
| 2625 | 06/02/13 | Marshall | 9.80 | $ 375.00 | $ 3,675.00 | Traveled to, participated in, and returned from meeting with co-counsel and witness regarding trial testimony [3.8]; worked on trial preparation, direct examination outlines, and cross-examination outlines [6.0]. |
| 2626 | 06/02/13 | Higa | 5.00 | $ 155.00 | $ 775.00 | Attend L. Alvarez preparation session; revise powerpoint formatting; gather trial preparation material; |
| 2627 | 06/02/13 | Fisher | 2.50 | $ 330.00 | $ 825.00 | Prepare for motions in limine argument; |
| 2628 | 06/02/13 | Williams | 3.60 | $ 580.00 | $ 2,088.00 | Meet with L. Alvarez and trial team for witness preparation; continue preparing opening statement for trial; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2629 | 06/02/13 | Roos | 5.90 | $ 465.00 | $ 2,743.50 | Draft outlines for direct testimony of J. Aarstad and B. Harrison; review documents relating to same; revise outline for direct testimony of C. Jackson; |
| 2630 | 06/03/13 | Boschen | 8.60 | $ 150.00 | $ 1,290.00 | Continued work on trial preparation, witnesses, exhibits, evidence and closing statement. |
| 2631 | 06/03/13 | Marshall | 13.30 | $ 375.00 | $ 4,987.50 | Prepared for, traveled to, participated in, and returned from trial [9.1]; prepared for next trial day and worked on examination outlines [4.2]. |
| 2632 | 06/03/13 | Higa | 13.00 | $ 155.00 | $ 2,015.00 | Attend and support trial team logistics and technology services; transport material for war room and assemble same; review email regarding trial exhibits and prepare response to same; |
| 2633 | 06/03/13 | Fisher | 9.60 | $ 330.00 | $ 3,168.00 | Attend trial; meeting with trial team |
| 2634 | 06/03/13 | Williams | 12.00 | $ 580.00 | $ 6,960.00 | Prepare for and attend trial day no. 1 in U.S. District Court; debrief with team on results of the day; meet with C. Jackson and B. Roos to review expert testimony; |
| 2635 | 06/03/13 | Roos | 11.70 | $ 465.00 | $ 5,440.50 | Attend trial; conference with trial team regarding same; conference regarding and prepare for direct testimony of C. Jackson; review exhibits relating to same; |
| 2636 | 06/04/13 | Boschen | 3.80 | $ 150.00 | $ 570.00 | Continued work on trial preparation, witnesses, exhibits, evidence and closing statement. |
| 2637 | 06/04/13 | Marshall | 13.10 | $ 375.00 | $ 4,912.50 | Prepared for, traveled to, participated in, and returned from trial [9.5]; prepared for next trial day and worked on examination outlines [3.6]. |
| 2638 | 06/04/13 | Higa | 14.50 | $ 155.00 | $ 2,247.50 | Attend and support trial team logistics and technology services; review exhibits in anticipation of following days' examinations; review witness outlines to prepare for same; review C. Jackson testimony; |
| 2639 | 06/04/13 | Roos | 10.10 | $ 465.00 | $ 4,696.50 | Prepare for direct examination of C. Jackson; attend trial; conference with trial team regarding same; prepare for direct examination of B. Harrison; |
| 2640 | 06/04/13 | Williams | 10.70 | $ 580.00 | $ 6,206.00 | Prepare for and attend trial day #2 in U.S. District Court; prepare for expert witness examination of John Strait; |
| 2641 | 06/04/13 | Fisher | 3.50 | $ 330.00 | $ 1,155.00 | Attend trial |
| 2642 | 06/05/13 | Boschen | 2.60 | $ 150.00 | $ 390.00 | Continued work on trial preparation, evidence, exhibits and closing statement. |
| 2643 | 06/05/13 | Marshall | 13.40 | $ 375.00 | $ 5,025.00 | Prepared for, traveled to, participated in, and returned from trial [9.7]; prepared for next trial day and worked on examination outlines [3.7]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2644 | 06/05/13 | Higa | 10.50 | $ 155.00 | $ 1,627.50 | Attend and support trial team logistics and technology services; review exhibits in anticipation of following days' examinations; review witness outlines to prepare for same; |
| 2645 | 06/05/13 | Roos | 12.70 | $ 465.00 | $ 5,905.50 | Prepare for direct examination of B. Harrison and J. Aarstad; attend trial; conference with trial team regarding same; prepare for direct examination of J. O'Neill; conference with J. Williams and J. Strait regarding expert witness testimony; |
| 2646 | 06/05/13 | Williams | 12.10 | $ 580.00 | $ 7,018.00 | Attend Day #3 of trial; meet with trial team for #4 strategy; meet with expert John Strait on trial preparation; |
| 2647 | 06/06/13 | Boschen | 3.50 | $ 150.00 | $ 525.00 | Continued work on trial preparation, exhibits, evidence and closing statement; personal conferences and correspondence regarding same. |
| 2648 | 06/06/13 | Marshall | 12.30 | $ 375.00 | $ 4,612.50 | Prepared for, traveled to, participated in, and returned from trial [6.4]; meeting with experts regarding trial strategy [.5]; worked on cross-examination outlines [5.4]. |
| 2649 | 06/06/13 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Discuss trial strategy/status w/ co-counsel. |
| 2650 | 06/06/13 | Higa | 11.60 | $ 155.00 | $ 1,798.00 | Attend and support trial team logistics and technology services; |
| 2651 | 06/06/13 | Williams | 8.20 | $ 580.00 | $ 4,756.00 | Prepare for and attend Trial Day #4 in U.S. District Court; meet with trial team for debrief and strategy session on upcoming week; develop cross-examination outline for Snyder and Feldman; exchange emails with trial team; |
| 2652 | 06/06/13 | Roos | 6.10 | $ 465.00 | $ 2,836.50 | Prepare for direct examination of J. Aarstad and J. O'Neill; attend trial; conference with trial team regarding same; |
| 2653 | 06/07/13 | Boschen | 6.40 | $ 150.00 | $ 960.00 | Continued work on trial preparation, witnesses, exhibits and evidence; personal conferences and correspondence regarding same. |
| 2654 | 06/07/13 | Marshall | 11.40 | $ 375.00 | $ 4,275.00 | Telephone conference with Mr. Gipe regarding admission of confidential documents at trial and analyzed issues regarding same [.3]; worked on cross-examinations and other trial preparation [11.1]. |
| 2655 | 06/07/13 | Higa | 2.10 | $ 155.00 | $ 325.50 | Order transcript from Strait testimony, coordinate delivery and transmission to team; attend litigation team conference to prepare for cross examination of defendants' witnesses; |
| 2656 | 06/07/13 | Williams | 5.00 | $ 580.00 | $ 2,900.00 | Begin research on Scott Snyder background and prepare cross-examination outline; meet with trial team to discuss approach to cross examining City Attorneys and prosecutors; begin preparing for cross examination of expert Feldman; |

215

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2657 | 06/07/13 | Roos | 3.20 | $ 465.00 | $ 1,488.00 | Communications regarding trial status; conference with J. Williams regarding cross examinations of defendants' witnesses; review documents relating to same; review C. Jackson testimony in preparation for cross examinations of defendants' witnesses; |
| 2658 | 06/07/13 | Fisher | 3.40 | $ 330.00 | $ 1,122.00 | Create admitted exhibits list; create outline for cross of M. Van de Grift; |
| 2659 | 06/08/13 | Marshall | 7.10 | $ 375.00 | $ 2,662.50 | Worked on trial preparation and cross-examination outlines and and reviewed documents for examinations [7.1]. |
| 2660 | 06/08/13 | Higa | 2.00 | $ 155.00 | $ 310.00 | Review exhibits for cross-examination of witnesses and prepare collection of same; |
| 2661 | 06/08/13 | Williams | 5.00 | $ 580.00 | $ 2,900.00 | Continue trial preparation and development of Snyder cross examination; begin drafting cross examination for prosecutors and Municipal Court judges; |
| 2662 | 06/08/13 | Fisher | 1.20 | $ 330.00 | $ 396.00 | Draft cross examination outline for M. Van De Grfit; |
| 2663 | 06/09/13 | Boschen | 8.10 | $ 150.00 | $ 1,215.00 | Continued work on trial preparation, witnesses, exhibits, evidence and closing statement; personal conferences and correspondence regarding same. |
| 2664 | 06/09/13 | Marshall | 10.20 | $ 375.00 | $ 3,825.00 | Worked on trial preparation and cross-examination outlines and reviewed documents for same [10.2]. |
| 2665 | 06/09/13 | Fisher | 1.40 | $ 330.00 | $ 462.00 | Edit cross-examination outline for M. Van De Grift; read transcripts; |
| 2666 | 06/09/13 | Higa | 4.50 | $ 155.00 | $ 697.50 | Review defendants' trial exhibit list, reformat, and incorporate same into trial exhibit tracking sheet; review exhibits for material in anticipation of cross examination; |
| 2667 | 06/09/13 | Williams | 4.60 | $ 580.00 | $ 2,668.00 | Continue trial preparation and development of Snyder cross examination; begin drafting cross examination for prosecutors and Municipal Court judges; |
| 2668 | 06/09/13 | Roos | 3.20 | $ 465.00 | $ 1,488.00 | Review documents relating to C. Cammock; prepare cross examination of same; |
| 2669 | 06/10/13 | Boschen | 11.40 | $ 150.00 | $ 1,710.00 | Continued work on trial preparation, witnesses, exhibits, evidence and closing statement; personal conferences and correspondence regarding same. |
| 2670 | 06/10/13 | Marshall | 14.40 | $ 375.00 | $ 5,400.00 | Prepared for, traveled to, participated in, and returned from trial [9.3]; worked on cross-examination outlines for Mr. Witt and Mr. Sybrandy [5.1]. |
| 2671 | 06/10/13 | Higa | 9.00 | $ 155.00 | $ 1,395.00 | Attend and support trial team logistics and technology services; |
| 2672 | 06/10/13 | Roos | 9.90 | $ 465.00 | $ 4,603.50 | Attend trial; conference with trial team regarding same; prepare for cross examinations of witnesses; |
| 2673 | 06/10/13 | Fisher | 2.30 | $ 330.00 | $ 759.00 | Edit M. Van De Grift outline for cross examination; pull Eason exhibits; |

216

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2674 | 06/10/13 | Williams | 10.00 | $ 580.00 | $ 5,800.00 | Attend trial Day #5; meet with trial team and continue developing cross examination of prosecutor Eason. |
| 2675 | 06/11/13 | Boschen | 7.30 | $ 150.00 | $ 1,095.00 | Continued work on trial preparation, exhibits and closing statement. |
| 2676 | 06/11/13 | Marshall | 11.60 | $ 375.00 | $ 4,350.00 | Prepared for, traveled to, participated in, and returned from trial [9.1]; worked on cross-examination outlines [2.5]. |
| 2677 | 06/11/13 | Higa | 14.50 | $ 155.00 | $ 2,247.50 | Attend and support trial team logistics and technology services; review cross-examination outlines and prepare Trial Director workbooks and exhibits in anticipation of cross examinations; review trial exhibits for documents related to Judges and prepare email summarizing findings; re-format depositions for upcoming witnesses and load same into Trial Director; |
| 2678 | 06/11/13 | Roos | 10.50 | $ 465.00 | $ 4,882.50 | Attend trial; conference with trial team regarding same; draft summary of trial testimony; prepare for cross examinations of witnesses; |
| 2679 | 06/11/13 | Fisher | 3.90 | $ 330.00 | $ 1,287.00 | Read transcripts from June 4, 2013; trial; update admitted trial exhibits; |
| 2680 | 06/11/13 | Williams | 12.00 | $ 580.00 | $ 6,960.00 | Prepare for and attend Day #6 of trial; meet with trial team to discuss strategy for Day #7; continue preparation of Ladenberg and Feldman cross examinations; continue developing cross examination of Municipal Court judges; |
| 2681 | 06/12/13 | Boschen | 6.80 | $ 150.00 | $ 1,020.00 | Continued work on closing statement; personal conferences and correspondence regarding same. |
| 2682 | 06/12/13 | Marshall | 11.80 | $ 375.00 | $ 4,425.00 | Prepared for, traveled to, participated in, and returned from trial [9.5]; worked on summarizing materials for closing argument [2.3]. |
| 2683 | 06/12/13 | Higa | 8.50 | $ 155.00 | $ 1,317.50 | Attend and support trial team logistics and technology services; attend conference regarding closing arguments and prepare email to co-counsel paralegal to coordinate technology support; coordinate additional technological support for co-counsel by attending telephone conferences and preparing email requests for equipment; review file for defendants' exhibits and provide same to co-counsel paraelgal; |
| 2684 | 06/12/13 | Roos | 10.80 | $ 465.00 | $ 5,022.00 | Attend trial; conference with trial team regarding same; prepare for cross examinations of judges; review documents relating to same; |
| 2685 | 06/12/13 | Fisher | 8.20 | $ 330.00 | $ 2,706.00 | Attend trial |
| 2686 | 06/12/13 | Williams | 12.00 | $ 580.00 | $ 6,960.00 | Prepare for and attend trial day #7; draft cross-examination outline for Judge Svaren; exchange emails with trial team on strategy for cross-examining judges; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2687 | 06/13/13 | Boschen | 3.70 | $ 150.00 | $ 555.00 | Continued work on closing statement; personal conferences and correspondence regarding same; coordinated closing presentation logistics; telephone conference with client. |
| 2688 | 06/13/13 | Marshall | 9.80 | $ 375.00 | $ 3,675.00 | Prepared for, traveled to, participated in, and returned from trial [4.1]; worked on exhibit issues [.1]; worked on summaries of testimony and exhibits for closing argument [5.6]. |
| 2689 | 06/13/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Discuss case status/strategy w/ co-counsel. |
| 2690 | 06/13/13 | Higa | 5.50 | $ 155.00 | $ 852.50 | Attend and support trial team logistics and technology services; prepare revised Plaintiffs' exhibit list and send same to Court Clerk; coordinate clean-up of court war room with messengers and attend clean-up; |
| 2691 | 06/13/13 | Roos | 5.60 | $ 465.00 | $ 2,604.00 | Attend trial; conference with trial team regarding same; review notes from trial in preparation for closing arguments; |
| 2692 | 06/13/13 | Fisher | 4.10 | $ 330.00 | $ 1,353.00 | Review judge's cross-examination outlines; cross-check exhibits for closing purposes; trial; |
| 2693 | 06/13/13 | Williams | 7.50 | $ 580.00 | $ 4,350.00 | Continue creating cross-examination outline for Judge Svaren; prepare for and attend trial day #8; |
| 2694 | 06/14/13 | Boschen | 2.30 | $ 150.00 | $ 345.00 | Telephone conference regarding closing arguments; continued work on closing statement. |
| 2695 | 06/14/13 | Marshall | 9.60 | $ 375.00 | $ 3,600.00 | Worked on outline of closing argument [6.7]; meeting with co-counsel regarding same and travel to and from meeting [2.9]. |
| 2696 | 06/14/13 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Review closing outline/presentation, participate in prep. of closing, and e-mail co-counsel re same. |
| 2697 | 06/14/13 | Higa | 2.00 | $ 155.00 | $ 310.00 | Attend conference regarding closing argument and prepare technology support for same; |
| 2698 | 06/14/13 | Roos | 2.50 | $ 465.00 | $ 1,162.50 | Conference with team regarding closing arguments; |
| 2699 | 06/14/13 | Fisher | 2.60 | $ 330.00 | $ 858.00 | Organize notes; add exhibits admitted; prepare for closing argument meeting; |
| 2700 | 06/14/13 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Prepare for and meet with trial team to discuss content of closing argument and strongest testimony for Wilbur case; |
| 2701 | 06/15/13 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Worked on closing statement [.2]. |
| 2702 | 06/15/13 | Marshall | 5.40 | $ 375.00 | $ 2,025.00 | Worked on closing argument and powerpoint presentation and reviewed exhibits for same [5.4]. |
| 2703 | 06/16/13 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Continued work on closing statement and correspondence regarding same [.2]. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2704 | 06/16/13 | Marshall | 9.10 | $ 375.00 | $ 3,412.50 | Reviewed exhibits and testimony for closing argument, worked on outline of same, and worked on powerpoint presentation [9.1]. |
| 2705 | 06/17/13 | Boschen | 3.20 | $ 150.00 | $ 480.00 | Worked on closing statement [3.2]. |
| 2706 | 06/17/13 | Marshall | 14.60 | $ 375.00 | $ 5,475.00 | Worked on closing argument and powerpoint presentation for same; reviewed exhibits and testimony for closing argument [14.6]. |
| 2707 | 06/17/13 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Review closing statement exhibits and work on closing w/ co-counsel. |
| 2708 | 06/17/13 | Fisher | 0.80 | $ 330.00 | $ 264.00 | Reply to T. Marshall's email regarding deposition designations. |
| 2709 | 06/17/13 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Review evidence and assist with preparation of closing argument; participate in dry-run of closing argument; discuss strategy with trial team; |
| 2710 | 06/18/13 | Boschen | 9.70 | $ 150.00 | $ 1,455.00 | Completed work on closing statement; travel to court for closing arguments [9.7] |
| 2711 | 06/18/13 | Marshall | 9.50 | $ 375.00 | $ 3,562.50 | Worked on outline for closing argument and powerpoint presentation for same [5.8]; to court for hearing on closing argument [.4]; attended same [2.7]; meeting with co-counsel regarding same [.2]; returned from same [.4]. |
| 2712 | 06/18/13 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Debrief co-counsel re closing. |
| 2713 | 06/18/13 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Attend closing arguments at US District Court; meet with trial team after closing arguments to discuss supplemental briefing and comments from the Court; |
| 2714 | 06/18/13 | Fisher | 3.00 | $ 330.00 | $ 990.00 | Attend closing arguments; |
| 2715 | 06/18/13 | Roos | 3.20 | $ 465.00 | $ 1,488.00 | Attend closing arguments; conferences regarding same; |
| 2716 | 06/20/13 | Williams | 0.50 | $ 580.00 | $ 290.00 | Review emails from trial team; conference call with ACLU on trial results and likelihood of success; |
| 2717 | 06/24/13 | Marshall | 0.30 | $ 375.00 | $ 112.50 | Telephone call from Mr. Wilbur regarding trial and case status [.2]; reviewed court's witness and exhibit lists from trial [.1]. |
| 2718 | 06/27/13 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Personal confrence regarding class representative. |
| 2719 | 06/28/13 | Marshall | 1.50 | $ 375.00 | $ 562.50 | Reviewed court order regarding post-trial briefing and researched and analyzed issues regarding same [1.5]. |
| 2720 | 06/28/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review and analyze Court's order re supplemental briefing. |
| 2721 | 06/28/13 | Dunne | 3.70 | $ 380.00 | $ 1,406.00 | Review Order from court re supplemental briefing; email correspondence with co-counsel re same; email with J. Strait re Order from Court re supplemental briefing; conduct legal research re Order requesting supplemental briefing. |
| 2722 | 06/28/13 | Roos | 0.80 | $ 465.00 | $ 372.00 | Review court order regarding additional briefing; review prior research relating to same; communications relating to same; |

219

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2723 | 06/28/13 | Williams | 1.50 | $ 580.00 | $ 870.00 | Review Court's order requesting supplemental briefing on four questions; coordinate with trial team on four questions from court and set up conference call; exchange emails with expert witnesses on same; |
| 2724 | 07/02/13 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Researched and analyzed issues for response to court's questions regarding caseloads, etc., and email correspondence with co-counsel and experts regarding same [1.1]. |
| 2725 | 07/03/13 | Marshall | 2.70 | $ 375.00 | $ 1,012.50 | Researched and analyzed issues for responses to court's questions on caseload standards, etc. [1.0]; and telephone conference with Mr. Zuchetto regarding same [.4]; telephone conference with co-counsel and experts regarding same [1.3]. |
| 2726 | 07/03/13 | Zuchetto | 3.75 | $ 330.00 | $ 1,237.50 | Preparation for team meeting re supplemental briefing and participate in same (2.75); Discuss post trial questions from Court w/ co-counsel (1.0). |
| 2727 | 07/03/13 | Dunne | 1.90 | $ 380.00 | $ 722.00 | Telephone conference with co-counsel re Order for supplemental briefing; telephone conference with J. Strait re Order for supplemental briefing; email and telephone correspondence with DOJ re Order for supplemental briefing. |
| 2728 | 07/03/13 | Talner | 3.40 | $ 400.00 | $ 1,360.00 | t/c w/co-counsel to discuss response to court's briefing order; research re court's briefing order |
| 2729 | 07/03/13 | Roos | 1.50 | $ 465.00 | $ 697.50 | Telephone conference with team regarding post-trial briefing; communications regarding follow-up from same; |
| 2730 | 07/03/13 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Prepare for and participate in trial team conference call; develop strategy for responding to Court's request for supplemental briefing; meet with Perkins Coie team to discuss division of labor; |
| 2731 | 07/03/13 | Fisher | 1.30 | $ 330.00 | $ 429.00 | Participate in team call; draft and send team deadlines and tasks; |
| 2732 | 07/05/13 | Dunne | 0.20 | $ 380.00 | $ 76.00 | Telephone conference and email correspondence with D. Leff re Order for supplemental briefing. |
| 2733 | 07/05/13 | Roos | 3.20 | $ 465.00 | $ 1,488.00 | Draft post-trial brief; research regarding caseload standards and previous holdings under Monell; |
| 2734 | 07/05/13 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review emails from ACLU on progress made to provide data to support answers to the Court's questions; review emails to and from M. Boman on caseload information; |
| 2735 | 07/08/13 | Marshall | 0.70 | $ 375.00 | $ 262.50 | Researched and analyzed issues regarding jurisdictions with hard caseloads [.4]; telephone conferences with co-counsel regarding possibility for amicus brief by DOJ [.2]; analyzed issues regarding same [.1]. |

220

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **SUBTOTAL** | **DESCRIPTION OF WORK** |
| **2736** | 07/08/13 | Dunne | 1.50 | $ 380.00 | $ 570.00 | Email correspondence with DOJ re potential amicus brief; telephone conference with T. Marshall re supplemental briefing and amicus briefs; telephone conference with J. Williamson re supplemental briefing and amicus briefs; email correspondence with national experts regarding supplemental briefing and amicus briefs. |
| **2737** | 07/08/13 | Talner | 3.50 | $ 400.00 | $ 1,400.00 | t/c's w/indigent defense experts to answer questions in judge's briefing order; research and gather materials to answer questions in judge's briefing order |
| **2738** | 07/08/13 | Roos | 2.40 | $ 465.00 | $ 1,116.00 | Research regarding post-trial briefing issues; |
| **2739** | 07/09/13 | Marshall | 4.50 | $ 375.00 | $ 1,687.50 | Researched and analyzed issues regarding caseload limitations in other states and email correspondence with co-counsel regarding same [.3]; reviewed Washington city and county codes regarding caseload limits and supervision requirements, drafted memorandum and prepared spreadsheet regarding same, and email correspondence with co-counsel regarding same [4.2]. |
| **2740** | 07/09/13 | Zuchetto | 0.10 | $ 330.00 | $ 33.00 | E-mail co-counsel re consulting expert. |
| **2741** | 07/09/13 | Talner | 2.20 | $ 400.00 | $ 880.00 | Conduct legal research and gather materials to answers questions in judge's briefing order |
| **2742** | 07/09/13 | Roos | 1.60 | $ 465.00 | $ 744.00 | Conference with J. Williams regarding post-trial briefing; research relating to same; |
| **2743** | 07/10/13 | Marshall | 2.50 | $ 375.00 | $ 937.50 | Researched and analyzed issues for post-trial briefing response to Question 4 [2.0]; telephone conference with co-counsel regarding post-trial briefing response to all questions [.5]. |
| **2744** | 07/10/13 | Talner | 1.10 | $ 400.00 | $ 440.00 | research and gather materials to answer questions in judge's briefing order, t/c w/co-counsel to discuss response to the briefing order |
| **2745** | 07/10/13 | Roos | 1.80 | $ 465.00 | $ 837.00 | Conference with team regarding post-trial briefing; research relating to same; |
| **2746** | 07/10/13 | Williams | 1.00 | $ 580.00 | $ 580.00 | Prepare for and participate in trial team conference call on response to Judge's request for supplemental briefing; meet with B. Roos and C. Fisher to discuss Perkins Coie action items for supplemental briefing; |
| **2747** | 07/11/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Research re prevailing party/mootness issues and e-mail co-counsel re same. |
| **2748** | 07/11/13 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Telephone conference with L. Dupers re amicus brief. |
| **2749** | 07/11/13 | Talner | 3.50 | $ 400.00 | $ 1,400.00 | research and gather materials to answer questions in judge's briefing order, |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2750 | 07/11/13 | Roos | 0.90 | $ 465.00 | $ 418.50 | Research regarding post-trial briefing; communications regarding relevant documents from Grant County matter; prepare same for potential amicus; |
| 2751 | 07/11/13 | Williams | 0.80 | $ 580.00 | $ 464.00 | Exchange emails with ACLU on status of responses to supplemental briefing; |
| 2752 | 07/12/13 | Marshall | 2.90 | $ 375.00 | $ 1,087.50 | Researched and analyzed issues regarding court's post-trial questions [2.3]; telephone conference with ACLU affiliates regarding same [.6]. |
| 2753 | 07/12/13 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Discuss research re prevailing party w/ co-counsel and review comments. re same. |
| 2754 | 07/12/13 | Talner | 0.50 | $ 400.00 | $ 200.00 | t/c w/national experts on indigent defense cases, research and gather materials to answer questions in judge's briefing order |
| 2755 | 07/12/13 | Roos | 1.90 | $ 465.00 | $ 883.50 | Draft post-trial briefing relating to caseload standards; telephone conference with ACLU counsel regarding same; |
| 2756 | 07/15/13 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Telephone conference with client [.1]. |
| 2757 | 07/15/13 | Marshall | 2.10 | $ 375.00 | $ 787.50 | Telephone conferences with co-counsel and consulting expert regarding potential amicus briefs [1.3]; analyzed and worked on issues regarding same [.3]; worked on research for court's post-trial questions [.5]. |
| 2758 | 07/15/13 | Zuchetto | 1.75 | $ 330.00 | $ 577.50 | Review e-mail from co-counsel re supplemental briefing and discuss same w/ co-counsel and call to potential amici/support re same. |
| 2759 | 07/15/13 | Talner | 4.80 | $ 400.00 | $ 1,920.00 | t/c w/expert re briefing order; research and draft answers court's questions in briefing order |
| 2760 | 07/15/13 | Roos | 2.90 | $ 465.00 | $ 1,348.50 | Telephone conference with ACLU regarding post-trial briefing; review ACLU outline and documents regarding same; draft post-trial briefing; |
| 2761 | 07/16/13 | Marshall | 3.40 | $ 375.00 | $ 1,275.00 | Researched and analyzed issues regarding response to question 4 [1.0]; researched and analyzed issues regarding response to question 1, particularly waiver of abstention defense for cases removed to federal court, and worked on outline to same [2.4]. |
| 2762 | 07/16/13 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Review transcript re response to Judge's questions. |
| 2763 | 07/16/13 | Talner | 2.80 | $ 400.00 | $ 1,120.00 | research and draft answers to court's questions in briefing order |
| 2764 | 07/16/13 | Roos | 1.50 | $ 465.00 | $ 697.50 | Draft post-trial briefing; |
| 2765 | 07/17/13 | Marshall | 1.00 | $ 375.00 | $ 375.00 | Telephone conferences with co-counsel regarding progress of response to Court's post-trial questions [.5]; worked on post-trial briefing [.5]. |
| 2766 | 07/17/13 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Participate in litigation strategy call (.5); E-mail consulting expert re potential amicus issues (.25). |
| 2767 | 07/17/13 | Talner | 2.20 | $ 400.00 | $ 880.00 | t/c w/co-counsel to discuss court's briefing order; research and draft answers to court's questions in briefing order |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2768 | 07/17/13 | Williams | 1.00 | $ 580.00 | $ 580.00 | Prepare for and participate in trial team conference call on supplemental submission; meet with B. Roos to discuss strategic use of ACLU materials; |
| 2769 | 07/17/13 | Roos | 2.90 | $ 465.00 | $ 1,348.50 | Telephone conference with team regarding post-trial briefing; draft post-trial briefing; review ACLU outline regarding same; |
| 2770 | 07/18/13 | Marshall | 2.20 | $ 375.00 | $ 825.00 | Worked on outline of response to Question 4 [.8]; researched and analyzed issues regarding same [1.4]. |
| 2771 | 07/18/13 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Review draft outline re response to Court's questions and e-mail co-counsel re same. |
| 2772 | 07/18/13 | Dunne | 0.80 | $ 380.00 | $ 304.00 | Telephone conference with co-counsel re supplemental briefing and potential amicus briefs. |
| 2773 | 07/18/13 | Talner | 2.50 | $ 400.00 | $ 1,000.00 | research and draft answers to court's questions in briefing order |
| 2774 | 07/18/13 | Roos | 3.30 | $ 465.00 | $ 1,534.50 | Draft post-trial briefing regarding court enforcement of public defense standards; research relating to same; |
| 2775 | 07/19/13 | Roos | 2.70 | $ 465.00 | $ 1,255.50 | Draft post-trial briefing regarding caseloads and court enforcement of public defense standards; research relating to same; |
| 2776 | 07/22/13 | Marshall | 3.40 | $ 375.00 | $ 1,275.00 | Analyzed issues regarding responses to questions one and three and materials in support of same [.2]; researched and analyzed issues for response to question number four [3.2]. |
| 2777 | 07/22/13 | Roos | 3.60 | $ 465.00 | $ 1,674.00 | Draft post-trial briefing; research relating to same; prepare appendices in support of same; |
| 2778 | 07/23/13 | Boschen | 0.60 | $ 150.00 | $ 90.00 | Filing regarding additional briefing. |
| 2779 | 07/23/13 | Marshall | 6.20 | $ 375.00 | $ 2,325.00 | Continued researching and analyzing issues for response to question number four [4.4]; worked on draft of same [1.8]. |
| 2780 | 07/23/13 | Roos | 4.90 | $ 465.00 | $ 2,278.50 | Draft post-trial briefing; research relating to same; prepare appendices in support of same; |
| 2781 | 07/23/13 | Williams | 0.30 | $ 580.00 | $ 174.00 | Review and exchange emails with ACLU on input for supplemental questions from Judge Lasnik. |
| 2782 | 07/24/13 | Marshall | 5.80 | $ 375.00 | $ 2,175.00 | Worked on response to question four [4.7]; researched and analyzed issues regarding same [.5]; telephone conference and email correspondence with with co-counsel regarding same [.6]. |
| 2783 | 07/24/13 | Zuchetto | 2.00 | $ 330.00 | $ 660.00 | Review/edit supplement brief re questions from Judge Lasnik and discuss same w/ co-counsel. |
| 2784 | 07/24/13 | Roos | 3.90 | $ 465.00 | $ 1,813.50 | Draft post-trial briefing; research relating to same; prepare appendices in support of same; |

223

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2785 | 07/24/13 | Williams | 2.50 | $ 580.00 | $ 1,450.00 | Review and edit plaintiffs' post-trial brief response to June 28, 2013, order; meet with B. Roos to discuss same; |
| 2786 | 07/25/13 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Review draft response re Judge Lasnik question and e-mail co-counsel re same. |
| 2787 | 07/25/13 | Roos | 2.10 | $ 465.00 | $ 976.50 | Draft post-trial briefing; research relating to same; |
| 2788 | 07/25/13 | Williams | 3.50 | $ 580.00 | $ 2,030.00 | Continue editing plaintiffs' post-trial brief and integrate answer to question no. 4 from T. Marshall and M. Zuchetto; |
| 2789 | 07/26/13 | Roos | 3.70 | $ 465.00 | $ 1,720.50 | Draft post-trial briefing; research relating to same; prepare appendices in support of same; |
| 2790 | 07/26/13 | Williams | 0.70 | $ 580.00 | $ 406.00 | Meet with B. Roos to discuss draft of plaintiffs' response to court's request for supplemental briefing; review final draft of response to court's request for supplemental briefing and B. Roos transmittal to trial team; |
| 2791 | 07/29/13 | Talner | 0.80 | $ 400.00 | $ 320.00 | review revised draft of post-trial brief and provide comments to co-counsel, research supporting documents for post-trial brief |
| 2792 | 07/29/13 | Roos | 1.80 | $ 465.00 | $ 837.00 | Communications regarding post-trial briefing; revise post-trial briefing to incorporate team comments; |
| 2793 | 07/30/13 | Marshall | 2.80 | $ 375.00 | $ 1,050.00 | Worked on post-trial brief and researched and researched and analyzed issues regarding same [2.8]. |
| 2794 | 07/30/13 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Edit brief re supplement brief request from Judge Lasnik and e-mail co-counsel re same. |
| 2795 | 07/30/13 | Roos | 2.60 | $ 465.00 | $ 1,209.00 | Revise pretrial brief; prepare appendices regarding same; research regarding Washington county caseload standards; |
| 2796 | 07/31/13 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Worked on post-trial briefing [.1]; telephone conference with co-counsel regarding same [.4]. |
| 2797 | 07/31/13 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Prepare for and participate in litigation strategy call re Judge Lasnik's questions. |
| 2798 | 07/31/13 | Roos | 2.10 | $ 465.00 | $ 976.50 | Telephone conference with team regarding post-trial briefing; revise post-trial briefing; prepare appendices relating to same; |
| 2799 | 07/31/13 | Williams | 1.50 | $ 580.00 | $ 870.00 | Prepare for and participate in conference call with trial team on finalization of brief responding to Court's supplemental questions; |
| 2800 | 08/01/13 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Researched and analyzed issues regarding post-trial brief and email correspondence with co-counsel regarding same [.4]; worked on post-trial briefing [.7]. |
| 2801 | 08/01/13 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Review/analyze brief re amicus and e-mail co-counsel re same. |

224

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2802 | 08/01/13 | Roos | 0.40 | $ 465.00 | $ 186.00 | Revise post-trial brief; review exhibits for inclusion in appendices for same; |
| 2803 | 08/02/13 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Telephone call from co-counsel regarding WDA amicus brief [.2]; worked on same [.2]. |
| 2804 | 08/02/13 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review and approve final draft of plaintiffs' post-trial brief in response to June 28, 2013, order from Court; meet with B. Roos and C. Fisher to discuss finalization of appendix and filing with Court; |
| 2805 | 08/06/13 | Marshall | 1.10 | $ 375.00 | $ 412.50 | Searched internet and databases for executed version of Flournoy consent decree [.3]; emails to Ms. Lucas, Mr. Caplan, and Ms. Velez regarding same [.3]; worked on obtaining additional materials for post-trial briefing [.3]; reviewed materials from Flournoy case [.2]. |
| 2806 | 08/07/13 | Marshall | 2.80 | $ 375.00 | $ 1,050.00 | Telephone conference with co-counsel and Ms. Jackson regarding post-trial briefing and related issues [.3]; telephone conference with Mr. Zuchetto regarding Washington jurisdictions with caseload standards [.2]; worked on WDA brief and email to co-counsel regarding same [.5]; researched and analyzed issues regarding additional citations for post-trial brief and reviewed materials related to same [1.5]; email correspondence with co-counsel regarding same [.1]; worked on revisions to post-trial brief [.2]. |
| 2807 | 08/07/13 | Zuchetto | 2.50 | $ 330.00 | $ 825.00 | Prepare for and participate in litigation strategy call and discuss amici/supplemental brief w/ co-counsel (1.0); Review/analyze amicus brief (.25); Discuss amicus filing w/ co-counsel and review research/codes re same (1.25). |
| 2808 | 08/07/13 | Dunne | 1.10 | $ 380.00 | $ 418.00 | Telephone conference with co-counsel re post-trial briefing; email and telephone correspondence with DOJ re DOJ amicus brief; review email correspondence with co-counsel re case examples for post-trial briefing; |
| 2809 | 08/07/13 | Williams | 0.80 | $ 580.00 | $ 464.00 | Participate in trial team conference call with experts on draft supplemental briefing; coordinate with B. Boruchowitz on expert witness report; |
| 2810 | 08/08/13 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Telephone conference with expert regarding post-trial brief [.1]; email correspondence with co-counsel regarding materials to include in same [.1]. |
| 2811 | 08/08/13 | Dunne | 0.50 | $ 380.00 | $ 190.00 | Telephone conference with J. Strait re post-trial brief on remedy |
| 2812 | 08/08/13 | Fisher | 1.80 | $ 330.00 | $ 594.00 | Edit post-trial brief to include additional cites; |
| 2813 | 08/08/13 | Williams | 0.50 | $ 580.00 | $ 290.00 | Participate in conference call with expert John Strait and ACLU on Supplemental Brief; provide instructions to C. Fisher on finalization of brief; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2814 | 08/09/13 | Marshall | 0.50 | $ 375.00 | $ 187.50 | Analyzed issues regarding Mr. Cooley's request to omit appendices from post-trial briefing and email correspondence with co-counsel and opposing counsel regarding same [.2]; reviewed final version of post-trial brief and appendices in support of same [.3]. |
| 2815 | 08/09/13 | Williams | 0.50 | $ 580.00 | $ 290.00 | Coordinate team response to Cities' attorney on use of appendices for Supplemental Briefing; |
| 2816 | 08/11/13 | Williams | 1.00 | $ 580.00 | $ 580.00 | Review final draft of Supplemental Briefing; |
| 2817 | 08/12/13 | Williams | 0.50 | $ 580.00 | $ 290.00 | Exchange emails with trial team on amicus brief and plan for filing supplemental briefing; |
| 2818 | 08/13/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Review NY court decision re monitor and e-mail co-counsel re same. |
| 2819 | 08/14/13 | Kinsey | 0.30 | $ 100.00 | $ 30.00 | Prepared draft and finalized TMDW notice of change of address; arranged filing and service. |
| 2820 | 08/14/13 | Marshall | 0.90 | $ 375.00 | $ 337.50 | Reviewed Department of Justice's statement of interest and analyzed issues regarding same [.6]; reviewed defendants' post-trial brief and analyzed issues regarding same [.3]. |
| 2821 | 08/14/13 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Review amicus filings. |
| 2822 | 08/14/13 | Williams | 2.40 | $ 580.00 | $ 1,392.00 | Review Defender Association motion for leave to file amicus brief and attached amicus brief; final review and edits to plaintiffs' post-trial brief in response to June 28, 2013, order; review statement of interest of United States Department of Justice; review Cities' response to court's order for further briefing; |
| 2823 | 08/15/13 | Zuchetto | 0.25 | $ 330.00 | $ 82.50 | Review defs' supplemental briefing. |
| 2824 | 09/03/13 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Telephone conference with client [.1]. |
| 2825 | 09/08/13 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Email correspondence with mother of potential class member [.1]. |
| 2826 | 09/11/13 | Boschen | 0.10 | $ 150.00 | $ 15.00 | Telephone conference with client [.1]. |
| 2827 | 09/26/13 | Boschen | 0.20 | $ 150.00 | $ 30.00 | Received message and telephone call from client [.2]. |
| 2828 | 12/04/13 | Marshall | 1.60 | $ 375.00 | $ 600.00 | Reviewed court's memorandum of decision and analyzed issues regarding same [1.4]; worked on website notice update regarding decision [.2]. |
| 2829 | 12/04/13 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Review/analyze Court's order and discuss same w/ co-counsel. |
| 2830 | 12/04/13 | Williams | 4.00 | $ 580.00 | $ 2,320.00 | Review and analyze Court's Memorandum Decision with findings and conclusions; coordinate with trial team on case results; coordinate with C. Fisher on drafting talking points and Q&A memos; begin search for potential system supervisor suggestions; |

226

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | SUBTOTAL | DESCRIPTION OF WORK |
| 2831 | 12/05/13 | Marshall | 0.40 | $ 375.00 | $ 150.00 | Email correspondence with various individuals regarding court's ruling and order of injunctive relief [.3]; drafted letter to Mr. Wilbur and email to Ms. Montague regarding same [.1]. |
| 2832 | 12/05/13 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Review Court's order and discuss same and next steps w/ team. |
| 2833 | 12/05/13 | Dunne | 0.40 | $ 380.00 | $ 152.00 | Telephone conference with DOJ and US Attorneys office re verdict and injunctive relief; |
| 2834 | 12/06/13 | Marshall | 1.80 | $ 375.00 | $ 675.00 | Prepared for telephone conference with co-counsel and analyzed issues regarding selection of supervisor and filing of motion for fees and costs [.2]; telephone conference with co-counsel regarding court's ruling, selection of supervisor, motion for fees and costs, and division of work [1.0]; worked on docketing of various deadlines [.1]; left messages with Mr. Moon and Ms. Osborne regarding court's decision [.1]; email to Mr. Moon regarding same [.1]; telephone call from Mr. Moon regarding same [.2]; email to team updating them on Mr. Moon [.1]. |
| 2835 | 12/06/13 | Williams | 1.30 | $ 580.00 | $ 754.00 | Prepare for trial team meeting on court's order and action items; chair trial team conference call and cover agenda items; coordinate with C. Fisher on assembly of fee petition; |
| 2836 | 12/06/13 | Dunne | 0.80 | $ 380.00 | $ 304.00 | Telephone conference with co-counsel re remedy implementation |
| 2837 | 12/12/13 | Dunne | 0.30 | $ 380.00 | $ 114.00 | Telephone conference with Bryan Harrison re remedy implementation |
| 2838 | 12/12/13 | Zuchetto | 0.50 | $ 330.00 | $ 165.00 | Discuss call w/ Harrision w/ co-counsel. re supervisor selection process. |
| 2839 | | | | | | |
| 2840 | | | 6868.95 | | $ 2,396,423.52 | |

# — APPENDIX  B —

| | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 2 | 1/18/2011 | Reproduction (B&W) | $ 0.15 |
| 3 | 1/18/2011 | Reproduction (Color) | $ 7.00 |
| 4 | 1/18/2011 | Westlaw charges | $ 31.77 |
| 5 | 1/24/2011 | Reproduction (B&W) | $ 2.85 |
| 6 | 3/2/2011 | Reproduction (B&W) | $ 8.40 |
| 7 | 3/8/2011 | Meals | $ 32.23 |
| 8 | 3/8/2011 | Mileage | $ 61.12 |
| 9 | 3/8/2011 | Mileage | $ 61.12 |
| 10 | 3/8/2011 | Mileage | $ 61.14 |
| 11 | 3/8/2011 | Parking | $ 15.00 |
| 12 | 3/9/2011 | Reproduction (B&W) | $ 11.10 |
| 13 | 3/14/2011 | Mileage | $ 60.27 |
| 14 | 3/14/2011 | Parking | $ 15.00 |
| 15 | 3/17/2011 | Reproduction (B&W) | $ 4.65 |
| 16 | 3/31/2011 | Reproduction (B&W) | $ 79.35 |
| 17 | 3/31/2011 | Reproduction (Color) | $ 3.75 |
| 18 | 4/1/2011 | Reproduction (B&W) | $ 4.65 |
| 19 | Apr-11 | Research | $ 7.93 |
| 20 | 4/8/2011 | Reproduction (Scans) | $ 1.60 |
| 21 | 4/12/2011 | Reproduction (B&W) | $ 97.50 |
| 22 | 4/12/2011 | Reproduction (Color) | $ 0.25 |
| 23 | 4/12/2011 | Reproduction (Scans) | $ 0.05 |
| 24 | 4/13/2011 | Reproduction (B&W) | $ 1.05 |
| 25 | 4/13/2011 | Reproduction (Scans) | $ 0.10 |
| 26 | 4/14/2011 | Reproduction (B&W) | $ 0.30 |
| 27 | 4/14/2011 | Reproduction (Scans) | $ 0.10 |
| 28 | 4/19/2011 | Reproduction (B&W) | $ 2.40 |
| 29 | 4/19/2011 | Reproduction (Scans) | $ 20.40 |
| 30 | 4/19/2011 | Westlaw charges | $ 22.97 |
| 31 | 4/20/2011 | Reproduction (B&W) | $ 1.95 |
| 32 | 4/20/2011 | Reproduction (Scans) | $ 0.10 |
| 33 | 4/27/2011 | Reproduction (B&W) | $ 0.45 |
| 34 | 4/27/2011 | Westlaw charges | $ 134.30 |
| 35 | 4/27/2011 | Westlaw charges | $ 115.62 |
| 36 | May-11 | Research | $ 4.45 |
| 37 | 5/2/2011 | Reproduction (B&W) | $ 10.50 |
| 38 | 5/2/2011 | Reproduction (Scans) | $ 0.20 |
| 39 | 5/5/2011 | Reproduction (B&W) | $ 5.40 |
| 40 | 5/6/2011 | Accurint online research | $ 24.14 |
| 41 | 5/11/2011 | Reproduction (Scans) | $ 13.55 |
| 42 | 5/18/2011 | Postage | $ 3.36 |
| 43 | 5/19/2011 | Westlaw charges | $ 54.60 |
| 44 | 5/23/2011 | Westlaw charges | $ 216.60 |
| 45 | 5/25/2011 | Westlaw charges | $ 119.21 |
| 46 | 5/26/2011 | Westlaw charges | $ 58.81 |

| | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 47 | 5/27/2011 | Reproduction (B&W) | $ 0.30 |
| 48 | 5/27/2011 | Reproduction (Color) | $ 0.25 |
| 49 | 5/27/2011 | Westlaw charges | $ 44.55 |
| 50 | 5/30/2011 | Westlaw charges | $ 28.55 |
| 51 | Jun-11 | Research | $ 3.56 |
| 52 | 6/6/2011 | Reproduction (B&W) | $ 16.80 |
| 53 | 6/7/2011 | Westlaw charges | $ 134.67 |
| 54 | 6/9/2011 | Reproduction (B&W) | $ 25.35 |
| 55 | 6/11/2011 | Westlaw charges | $ 129.23 |
| 56 | 6/12/2011 | Westlaw charges | $ 143.62 |
| 57 | 6/13/2011 | Courier/process server | $ 25.00 |
| 58 | 6/13/2011 | Reproduction (B&W) | $ 24.60 |
| 59 | 6/13/2011 | Reproduction (Color) | $ 40.25 |
| 60 | 6/13/2011 | Reproduction (Scans) | $ 1.25 |
| 61 | 6/13/2011 | Westlaw charges | $ 37.87 |
| 62 | 6/14/2011 | Courier/process server | $ 137.45 |
| 63 | 6/14/2011 | Courier/process server | $ 11.00 |
| 64 | 6/14/2011 | Reproduction (B&W) | $ 113.85 |
| 65 | 6/14/2011 | Reproduction (Color) | $ 40.25 |
| 66 | 6/14/2011 | Reproduction (Scans) | $ 1.70 |
| 67 | 6/15/2011 | Reproduction (B&W) | $ 1.05 |
| 68 | 6/16/2011 | Meals | $ 13.07 |
| 69 | 6/16/2011 | Mileage | $ 60.18 |
| 70 | 6/16/2011 | Mileage | $ 63.24 |
| 71 | 6/16/2011 | Telephone Calls | $ 20.57 |
| 72 | 6/16/2011 | Telephone Calls | $ 20.57 |
| 73 | 6/16/2011 | Telephone Calls | $ 20.57 |
| 74 | 6/17/2011 | Reproduction (Color) | $ 1.00 |
| 75 | 6/20/2011 | Courier/process server | $ 71.50 |
| 76 | 6/20/2011 | Postage | $ 1.32 |
| 77 | 6/20/2011 | Westlaw charges | $ 4.86 |
| 78 | 6/20/2011 | Westlaw charges | $ 47.57 |
| 79 | 6/21/2011 | Reproduction (B&W) | $ 4.05 |
| 80 | 6/22/2011 | Reproduction (Scans) | $ 1.85 |
| 81 | 6/23/2011 | Courier/process server | $ 71.50 |
| 82 | 6/23/2011 | Meals | $ 8.05 |
| 83 | 6/23/2011 | Mileage | $ 60.18 |
| 84 | 6/23/2011 | Reproduction (Scans) | $ 8.60 |
| 85 | 6/28/2011 | Courier/process server | $ 59.00 |
| 86 | 6/29/2011 | Reproduction (B&W) | $ 131.40 |
| 87 | 6/29/2011 | Reproduction (Color) | $ 1.50 |
| 88 | 6/29/2011 | Reproduction (Scans) | $ 15.25 |
| 89 | 7/1/2011 | Westlaw charges | $ 98.99 |
| 90 | 7/1/2011 | Westlaw charges | $ 38.51 |
| 91 | 7/5/2011 | Courier/process server | $ 25.00 |

|     | A | B | C |
|-----|------|------------------------------|--------------|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 92 | 7/5/2011 | Reproduction (B&W) | $ 56.25 |
| 93 | 7/5/2011 | Reproduction (Color) | $ 1.00 |
| 94 | 7/5/2011 | Reproduction (Scans) | $ 6.35 |
| 95 | 7/5/2011 | Westlaw charges | $ 163.47 |
| 96 | 7/5/2011 | Westlaw charges | $ 18.00 |
| 97 | 7/6/2011 | Reproduction (B&W) | $ 4.80 |
| 98 | 7/6/2011 | Reproduction (Scans) | $ 0.45 |
| 99 | 7/7/2011 | Postage Hard | $ 16.95 |
| 100 | 7/7/2011 | Reproduction (Scans) | $ 5.20 |
| 101 | 7/8/2011 | Accurint online research | $ 43.85 |
| 102 | 7/8/2011 | Courier/process server | $ 87.50 |
| 103 | 7/12/2011 | Reproduction (Scans) | $ 0.25 |
| 104 | 7/18/2011 | Postage | $ 13.92 |
| 105 | 7/21/2011 | Reproduction (B&W) | $ 7.05 |
| 106 | 7/21/2011 | Reproduction (Scans) | $ 2.10 |
| 107 | 7/22/2011 | Courier/process server | $ 125.00 |
| 108 | 7/22/2011 | Reproduction (B&W) | $ 15.30 |
| 109 | 7/22/2011 | Reproduction (Color) | $ 0.50 |
| 110 | 7/28/2011 | Reproduction (B&W) | $ 1.65 |
| 111 | 7/29/2011 | Reproduction (B&W) | $ 5.55 |
| 112 | 8/1/2011 | Reproduction (B&W) | $ 7.50 |
| 113 | 8/1/2011 | Reproduction (Scans) | $ 0.15 |
| 114 | 8/2/2011 | Reproduction (B&W) | $ 2.55 |
| 115 | 8/3/2011 | Mileage | $ 64.26 |
| 116 | 8/3/2011 | Parking | $ 20.50 |
| 117 | 8/3/2011 | Telephone Calls | $ 21.30 |
| 118 | 8/3/2011 | Reproduction (B&W) | $ 13.65 |
| 119 | 8/3/2011 | Reproduction (Scans) | $ 4.40 |
| 120 | 8/3/2011 | Westlaw charges | $ 35.25 |
| 121 | 8/4/2011 | Westlaw charges | $ 30.59 |
| 122 | 8/5/2011 | Accurint online research | $ 18.23 |
| 123 | 8/9/2011 | Mileage | $ 69.38 |
| 124 | 8/9/2011 | Mileage | $ 73.95 |
| 125 | 8/9/2011 | Reproduction (B&W) | $ 3.75 |
| 126 | 8/9/2011 | Reproduction (Color) | $ 1.25 |
| 127 | 8/10/2011 | Reproduction (B&W) | $ 4.65 |
| 128 | 8/10/2011 | Reproduction (Color) | $ 0.25 |
| 129 | 8/10/2011 | Reproduction (Scans) | $ 0.30 |
| 130 | 8/11/2011 | Meals | $ 10.50 |
| 131 | 8/11/2011 | Reproduction (B&W) | $ 13.65 |
| 132 | 8/11/2011 | Westlaw charges | $ 14.17 |
| 133 | 8/12/2011 | Westlaw charges | $ 11.58 |
| 134 | 8/16/2011 | Reproduction (B&W) | $ 45.75 |
| 135 | 8/18/2011 | Courier/process server | $ 22.00 |
| 136 | 8/18/2011 | Courier/process server | $ 70.00 |

|  | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 137 | 8/18/2011 | Reproduction (B&W) | $ 13.65 |
| 138 | 8/18/2011 | Reproduction (Scans) | $ 2.80 |
| 139 | 8/18/2011 | Westlaw charges | $ 93.06 |
| 140 | 8/18/2011 | Travel | $ 47.00 |
| 141 | 8/19/2011 | Courier/process server | $ 25.00 |
| 142 | 8/22/2011 | Courier/process server | $ 29.95 |
| 143 | 8/22/2011 | Courier/process server | $ 42.25 |
| 144 | 8/23/2011 | Reproduction (B&W) | $ 0.15 |
| 145 | 8/23/2011 | Reproduction (Color) | $ 0.25 |
| 146 | 8/23/2011 | Reproduction (Scans) | $ 0.55 |
| 147 | 8/24/2011 | Reproduction (B&W) | $ 9.60 |
| 148 | 8/24/2011 | Reproduction (Color) | $ 0.75 |
| 149 | 8/24/2011 | Reproduction (Scans) | $ 0.15 |
| 150 | 8/25/2011 | Reproduction (B&W) | $ 9.60 |
| 151 | 8/25/2011 | Reproduction (Color) | $ 0.75 |
| 152 | 8/25/2011 | Reproduction (Scans) | $ 0.25 |
| 153 | 8/25/2011 | Westlaw charges | $ 46.05 |
| 154 | 8/26/2011 | Reproduction (B&W) | $ 0.15 |
| 155 | 8/26/2011 | Reproduction (Color) | $ 0.50 |
| 156 | 8/26/2011 | Reproduction (Scans) | $ 0.05 |
| 157 | 8/27/2011 | Courier/process server | $ 63.75 |
| 158 | 8/29/2011 | Reproduction (B&W) | $ 14.40 |
| 159 | 8/29/2011 | Travel | $ 4.50 |
| 160 | 8/31/2011 | Accurint online research | $ 75.60 |
| 161 | 8/31/2011 | Reproduction (Scans) | $ 0.10 |
| 162 | 9/2/2011 | Reproduction (B&W) | $ 4.35 |
| 163 | 9/2/2011 | Reproduction (Color) | $ 0.25 |
| 164 | 9/6/2011 | Long distance telephone charges | $ 11.47 |
| 165 | 9/8/2011 | Reproduction (B&W) | $ 1.20 |
| 166 | 9/9/2011 | Long distance telephone charges | $ 0.16 |
| 167 | 9/11/2011 | Reproduction (Scans) | $ 0.15 |
| 168 | 9/12/2011 | Westlaw charges | $ 21.25 |
| 169 | 9/13/2011 | Reproduction (B&W) | $ 1.80 |
| 170 | 9/13/2011 | Long distance telephone charges | $ 0.62 |
| 171 | 9/15/2011 | Reproduction (B&W) | $ 4.20 |
| 172 | 9/15/2011 | Reproduction (Color) | $ 0.25 |
| 173 | 9/16/2011 | Reproduction (B&W) | $ 15.75 |
| 174 | 9/16/2011 | Reproduction (Scans) | $ 5.55 |
| 175 | 9/19/2011 | Postage | $ 27.99 |
| 176 | 9/19/2011 | Reproduction (B&W) | $ 8.85 |
| 177 | 9/20/2011 | Reproduction (B&W) | $ 129.30 |
| 178 | 9/20/2011 | Long distance telephone charges | $ 0.16 |
| 179 | 9/21/2011 | Reproduction (B&W) | $ 1.80 |
| 180 | 9/21/2011 | Reproduction (Color) | $ 1.00 |
| 181 | 9/21/2011 | Westlaw charges | $ 80.59 |

4

| | A | B | C |
|---|---|---|---|
| **1** | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 182 | 9/22/2011 | Meals | $ 15.18 |
| 183 | 9/22/2011 | Parking | $ 6.50 |
| 184 | 9/22/2011 | Parking | $ 9.00 |
| 185 | 9/23/2011 | Reproduction (B&W) | $ 11.40 |
| 186 | 9/26/2011 | Westlaw charges | $ 744.09 |
| 187 | 9/27/2011 | Parking | $ 8.00 |
| 188 | 9/27/2011 | Reproduction (B&W) | $ 9.60 |
| 189 | 9/27/2011 | Westlaw charges | $ 1,730.85 |
| 190 | 9/27/2011 | Westlaw charges | $ 2.23 |
| 191 | 9/28/2011 | Reproduction (B&W) | $ 28.50 |
| 192 | 9/28/2011 | Westlaw charges | $ 187.03 |
| 193 | 9/29/2011 | Westlaw charges | $ 1,044.69 |
| 194 | 9/30/2011 | Accurint online research | $ 40.50 |
| 195 | 9/30/2011 | Reproduction (B&W) | $ 12.75 |
| 196 | 9/30/2011 | Reproduction (Color) | $ 0.75 |
| 197 | 9/30/2011 | Westlaw charges | $ 93.86 |
| 198 | 9/30/2011 | Westlaw charges | $ 1.27 |
| 199 | 10/3/2011 | Reproduction (B&W) | $ 0.15 |
| 200 | 10/3/2011 | Westlaw charges | $ 52.13 |
| 201 | 10/5/2011 | Travel | $ 6.00 |
| 202 | 10/7/2011 | Long distance telephone charges | $ 0.16 |
| 203 | 10/10/2011 | PACER | $ 0.32 |
| 204 | 10/10/2011 | Reproduction (B&W) | $ 9.60 |
| 205 | 10/10/2011 | Westlaw charges | $ 75.99 |
| 206 | 10/11/2011 | Reproduction (B&W) | $ 16.20 |
| 207 | 10/11/2011 | Westlaw charges | $ 76.65 |
| 208 | 10/12/2011 | Reproduction (B&W) | $ 5.40 |
| 209 | 10/12/2011 | Reproduction (Color) | $ 25.00 |
| 210 | 10/12/2011 | Westlaw charges | $ 59.40 |
| 211 | 10/13/2011 | Reproduction (B&W) | $ 8.25 |
| 212 | 10/14/2011 | Mileage | $ 68.15 |
| 213 | 10/14/2011 | Travel | $ 6.00 |
| 214 | 10/19/2011 | Postage | $ 29.42 |
| 215 | 10/20/2011 | Reproduction (B&W) | $ 7.20 |
| 216 | 10/20/2011 | Reproduction (Color) | $ 0.25 |
| 217 | 10/20/2011 | Reproduction (Scans) | $ 1.80 |
| 218 | 10/20/2011 | Westlaw charges | $ 63.75 |
| 219 | 10/24/2011 | Reproduction (B&W) | $ 10.80 |
| 220 | 10/24/2011 | Reproduction (Scans) | $ 1.65 |
| 221 | 10/24/2011 | Westlaw charges | $ 206.85 |
| 222 | 10/24/2011 | Long distance telephone charges | $ 0.31 |
| 223 | 10/24/2011 | Long distance telephone charges | $ 1.71 |
| 224 | 10/24/2011 | Long distance telephone charges | $ 0.16 |
| 225 | 10/25/2011 | Westlaw charges | $ 277.95 |
| 226 | 10/26/2011 | Telephone conference calls | $ 4.17 |

5

| | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 227 | 10/28/2011 | Long distance telephone charges | $ 0.16 |
| 228 | 10/28/2011 | Long distance telephone charges | $ 0.16 |
| 229 | 10/28/2011 | Long distance telephone charges | $ 0.47 |
| 230 | 10/28/2011 | Long distance telephone charges | $ 0.16 |
| 231 | 10/28/2011 | Air express charge | $ 8.30 |
| 232 | 10/31/2011 | Travel expense - | $ 366.00 |
| 233 | 10/31/2011 | Travel expense meals - | $ 28.79 |
| 234 | 10/31/2011 | Travel expense - | $ 372.78 |
| 235 | 10/31/2011 | Travel expense meals - | $ 27.78 |
| 236 | 10/31/2011 | Long distance telephone charges | $ 0.16 |
| 237 | 11/2/2011 | Meals | $ 9.60 |
| 238 | 11/2/2011 | Parking | $ 4.00 |
| 239 | 11/2/2011 | Parking | $ 5.00 |
| 240 | 11/2/2011 | Reproduction (B&W) | $ 45.45 |
| 241 | 11/6/2011 | Westlaw charges | $ 275.25 |
| 242 | 11/7/2011 | Meals | $ 18.61 |
| 243 | 11/7/2011 | Mileage | $ 61.05 |
| 244 | 11/7/2011 | Mileage | $ 78.81 |
| 245 | 11/7/2011 | Mileage | $ 101.01 |
| 246 | 11/7/2011 | Mileage | $ 68.82 |
| 247 | 11/7/2011 | Reproduction (B&W) | $ 34.35 |
| 248 | 11/8/2011 | Reproduction (B&W) | $ 4.20 |
| 249 | 11/8/2011 | Westlaw charges | $ 25.80 |
| 250 | 11/9/2011 | Mileage | $ 78.81 |
| 251 | 11/9/2011 | Westlaw charges | $ 1.95 |
| 252 | 11/10/2011 | Westlaw charges | $ 128.25 |
| 253 | 11/11/2011 | PACER | $ 4.16 |
| 254 | 11/11/2011 | PACER | $ 4.16 |
| 255 | 11/14/2011 | Reproduction (B&W) | $ 23.40 |
| 256 | 11/14/2011 | Reproduction (Scans) | $ 3.95 |
| 257 | 11/15/2011 | Accurint online research | $ 130.50 |
| 258 | 11/15/2011 | Long distance telephone charges | $ 0.16 |
| 259 | 11/16/2011 | Westlaw charges | $ 84.30 |
| 260 | 11/17/2011 | Mileage | $ 68.82 |
| 261 | 11/17/2011 | Mileage | $ 68.82 |
| 262 | 11/17/2011 | Reproduction (Scans) | $ 0.50 |
| 263 | 11/17/2011 | Westlaw charges | $ 91.50 |
| 264 | 11/18/2011 | Travel | $ 50.00 |
| 265 | 11/19/2011 | Westlaw charges | $ 93.00 |
| 266 | 11/21/2011 | Courier/process server | $ 29.00 |
| 267 | 11/21/2011 | Mileage | $ 73.26 |
| 268 | 11/21/2011 | PACER | $ 0.40 |
| 269 | 11/21/2011 | PACER | $ 0.40 |
| 270 | 11/21/2011 | Postage | $ 51.25 |
| 271 | 11/21/2011 | Reproduction (B&W) | $ 136.65 |

6

|     | A | B | C |
|-----|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 272 | 11/21/2011 | Reproduction (Color) | $ 3.00 |
| 273 | 11/21/2011 | Reproduction (Scans) | $ 4.20 |
| 274 | 11/21/2011 | Westlaw charges | $ 23.85 |
| 275 | 11/23/2011 | Westlaw charges | $ 56.70 |
| 276 | 11/28/2011 | Reproduction (B&W) | $ 6.90 |
| 277 | 11/28/2011 | Reproduction (Scans) | $ 0.40 |
| 278 | 11/29/2011 | Reproduction (B&W) | $ 48.45 |
| 279 | 11/30/2011 | Westlaw charges | $ 113.85 |
| 280 | 12/1/2011 | Reproduction (B&W) | $ 10.80 |
| 281 | Dec-11 | Long Distance | $ 10.00 |
| 282 | 12/2/2011 | PACER | $ 2.80 |
| 283 | 12/2/2011 | PACER | $ 2.80 |
| 284 | 12/2/2011 | Westlaw charges | $ 11.70 |
| 285 | 12/5/2011 | Courier/process server | $ 30.00 |
| 286 | 12/5/2011 | Reproduction (B&W) | $ 36.90 |
| 287 | 12/5/2011 | Reproduction (Scans) | $ 14.85 |
| 288 | 12/6/2011 | PACER | $ 0.16 |
| 289 | 12/6/2011 | PACER | $ 0.16 |
| 290 | 12/6/2011 | Reproduction (B&W) | $ 7.05 |
| 291 | 12/6/2011 | Westlaw charges | $ 3.90 |
| 292 | 12/7/2011 | Courier/process server | $ 29.00 |
| 293 | 12/7/2011 | Mileage | $ 68.82 |
| 294 | 12/7/2011 | Mileage | $ 68.82 |
| 295 | 12/7/2011 | Reproduction (B&W) | $ 13.50 |
| 296 | 12/7/2011 | Westlaw charges | $ 45.30 |
| 297 | 12/8/2011 | Westlaw charges | $ 160.95 |
| 298 | 12/9/2011 | Westlaw charges | $ 13.65 |
| 299 | 12/12/2011 | Reproduction (B&W) | $ 0.15 |
| 300 | 12/19/2011 | Postage | $ 5.12 |
| 301 | 12/20/2011 | Reproduction (B&W) | $ 3.60 |
| 302 | 12/20/2011 | Travel | $ 52.00 |
| 303 | 12/20/2011 | Conference calls | $ 25.90 |
| 304 | 12/22/2011 | Reproduction (B&W) | $ 5.25 |
| 305 | 12/30/2011 | Telephone conference calls | $ 56.84 |
| 306 | Jan-12 | Long Distance | $ 10.00 |
| 307 | 1/3/2012 | Courier/process server | $ 29.00 |
| 308 | 1/5/2012 | PACER | $ 1.04 |
| 309 | 1/19/2012 | Postage | $ 0.64 |
| 310 | 1/26/2012 | Reproduction (B&W) | $ 1.95 |
| 311 | 1/26/2012 | Reproduction (Color) | $ 598.25 |
| 312 | Feb-12 | Long Distance | $ 10.00 |
| 313 | Feb-12 | Postage | $ 0.45 |
| 314 | 2/6/2012 | Reproduction (B&W) | $ 0.90 |
| 315 | 2/9/2012 | Reproduction (B&W) | $ 0.75 |
| 316 | 2/9/2012 | Reproduction (Scans) | $ 0.30 |

7

| | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 317 | 2/10/2012 | Westlaw charges | $ 73.20 |
| 318 | 2/13/2012 | Reproduction (B&W) | $ 35.40 |
| 319 | 2/13/2012 | Westlaw charges | $ 1.95 |
| 320 | 2/13/2012 | Telephone conference calls | $ 5.38 |
| 321 | 2/14/2012 | Parking | $ 22.00 |
| 322 | 2/14/2012 | Reproduction (B&W) | $ 7.80 |
| 323 | 2/15/2012 | Reproduction (B&W) | $ 0.30 |
| 324 | 2/21/2012 | Telephone conference calls | $ 5.38 |
| 325 | 2/23/2012 | Conference calls | $ 14.90 |
| 326 | 2/27/2012 | Postage | $ 5.70 |
| 327 | 2/27/2012 | Reproduction (B&W) | $ 3.75 |
| 328 | 2/27/2012 | Reproduction (Color) | $ 0.25 |
| 329 | 2/28/2012 | Reproduction (B&W) | $ 4.35 |
| 330 | Mar-12 | Long Distance | $ 10.00 |
| 331 | Mar-12 | Postage | $ 0.90 |
| 332 | 3/1/2012 | Long distance telephone charges | $ 0.48 |
| 333 | 3/1/2012 | Travel | $ 12.20 |
| 334 | 3/5/2012 | Westlaw charges | $ 63.45 |
| 335 | 3/9/2012 | Accurint online research | $ 16.26 |
| 336 | 3/9/2012 | Long distance telephone charges | $ 0.32 |
| 337 | 3/9/2012 | Long distance telephone charges | $ 0.32 |
| 338 | 3/12/2012 | Westlaw charges | $ 118.80 |
| 339 | 3/13/2012 | Mileage | $ 68.27 |
| 340 | 3/14/2012 | Reproduction (B&W) | $ 3.75 |
| 341 | 3/14/2012 | Reproduction (Scans) | $ 0.05 |
| 342 | 3/19/2012 | Postage | $ 1.30 |
| 343 | 3/19/2012 | Westlaw charges | $ 39.45 |
| 344 | 3/20/2012 | Westlaw charges | $ 13.65 |
| 345 | 3/22/2012 | Electronic document production costs | $ 175.86 |
| 346 | 3/26/2012 | Reproduction (B&W) | $ 0.60 |
| 347 | 3/26/2012 | Reproduction (Scans) | $ 0.05 |
| 348 | 3/27/2012 | Reproduction (B&W) | $ 3.60 |
| 349 | 3/27/2012 | Westlaw charges | $ 25.05 |
| 350 | 3/28/2012 | Reproduction (B&W) | $ 21.60 |
| 351 | 3/28/2012 | Westlaw charges | $ 57.15 |
| 352 | 3/29/2012 | Courier/process server | $ 29.00 |
| 353 | 3/29/2012 | Reproduction (B&W) | $ 4.80 |
| 354 | 3/29/2012 | Westlaw charges | $ 5.85 |
| 355 | 3/29/2012 | Long distance telephone charges | $ 0.32 |
| 356 | 3/30/2012 | Conference calls | $ 10.43 |
| 357 | Apr-12 | Long Distance | $ 10.00 |
| 358 | Apr-12 | Postage | $ 0.65 |
| 359 | 4/2/2012 | Reproduction (B&W) | $ 5.40 |
| 360 | 4/2/2012 | Reproduction (Color) | $ 0.75 |
| 361 | 4/3/2012 | Reproduction (B&W) | $ 9.75 |

8

|     | A | B | C |
|-----|-----------|------------------------------------|-----------------|
| 1   | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 362 | 4/3/2012 | Westlaw charges | $ 18.00 |
| 363 | 4/4/2012 | Reproduction (B&W) | $ 5.85 |
| 364 | 4/4/2012 | Westlaw charges | $ 375.60 |
| 365 | 4/5/2012 | Courier/process server | $ 25.00 |
| 366 | 4/5/2012 | Reproduction (B&W) | $ 1.65 |
| 367 | 4/9/2012 | Westlaw charges | $ 55.50 |
| 368 | 4/9/2012 | Long distance telephone charges | $ 2.88 |
| 369 | 4/10/2012 | Long distance telephone charges | $ 0.32 |
| 370 | 4/11/2012 | Accurint online research | $ 14.78 |
| 371 | 4/11/2012 | Long distance telephone charges | $ 0.32 |
| 372 | 4/13/2012 | Telephone conference calls | $ 33.42 |
| 373 | 4/14/2012 | Telephone conference calls | $ 35.09 |
| 374 | 4/17/2012 | Courier/process server | $ 39.95 |
| 375 | 4/18/2012 | Postage | $ 2.35 |
| 376 | 4/23/2012 | Telephone conference calls | $ 13.95 |
| 377 | 5/1/2012 | Westlaw charges | $ 19.95 |
| 378 | May-12 | Long Distance | $ 10.00 |
| 379 | May-12 | Research | $ 24.92 |
| 380 | 5/2/2012 | Reproduction (B&W) | $ 2.55 |
| 381 | 5/3/2012 | Telephone conference calls | $ 10.45 |
| 382 | 5/3/2012 | Court Files | $ 2,080.00 |
| 383 | 5/3/2012 | Court Files | $ 600.00 |
| 384 | 5/3/2012 | Court Files | $ 400.00 |
| 385 | 5/7/2012 | Courier/process server | $ 25.00 |
| 386 | 5/7/2012 | Reproduction (B&W) | $ 30.75 |
| 387 | 5/7/2012 | Reproduction (Scans) | $ 0.50 |
| 388 | 5/10/2012 | Courier/process server | $ 56.55 |
| 389 | 5/16/2012 | Westlaw charges | $ 75.45 |
| 390 | 5/16/2012 | Air express charge | $ 15.43 |
| 391 | 5/16/2012 | Long distance telephone charges | $ 0.64 |
| 392 | 5/20/2012 | Courier/process server | $ 25.00 |
| 393 | 5/21/2012 | Courier/process server | $ 25.00 |
| 394 | 5/22/2012 | Postage | $ 20.65 |
| 395 | 5/22/2012 | Reproduction (B&W) | $ 0.30 |
| 396 | 5/22/2012 | Reproduction (Scans) | $ 5.15 |
| 397 | 5/22/2012 | Long distance telephone charges | $ 0.16 |
| 398 | 5/29/2012 | Reproduction (B&W) | $ 0.45 |
| 399 | 5/29/2012 | Reproduction (Scans) | $ 0.15 |
| 400 | 5/30/2012 | Reproduction (B&W) | $ 0.45 |
| 401 | 5/30/2012 | Reproduction (Color) | $ 0.25 |
| 402 | 5/30/2012 | Reproduction (Scans) | $ 0.20 |
| 403 | 5/31/2012 | Telephone conference calls | $ 28.80 |
| 404 | 5/31/2012 | Messenger service | $ 8.00 |
| 405 | 5/31/2012 | Long distance telephone charges | $ 2.72 |
| 406 | Jun-12 | Long Distance | $ 10.00 |

| | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 407 | Jun-12 | Postage | $ 9.84 |
| 408 | Jun-12 | Research | $ 2.66 |
| 409 | 6/1/2012 | Long distance telephone charges | $ 0.80 |
| 410 | 6/4/2012 | Reproduction (B&W) | $ 0.45 |
| 411 | 6/4/2012 | Reproduction (Scans) | $ 0.15 |
| 412 | 6/4/2012 | Messenger service | $ 8.00 |
| 413 | 6/6/2012 | Reproduction (B&W) | $ 3.15 |
| 414 | 6/6/2012 | Reproduction (B&W) | $ 3.90 |
| 415 | 6/6/2012 | Reproduction (Color) | $ 0.50 |
| 416 | 6/6/2012 | Reproduction (Scans) | $ 0.35 |
| 417 | 6/6/2012 | Telephone conference calls | $ 7.52 |
| 418 | 6/7/2012 | Courier/process server | $ 25.00 |
| 419 | 6/7/2012 | Reproduction (B&W) | $ 0.15 |
| 420 | 6/11/2012 | Reproduction (B&W) | $ 1.80 |
| 421 | 6/11/2012 | Reproduction (Color) | $ 0.50 |
| 422 | 6/11/2012 | Reproduction (Scans) | $ 0.05 |
| 423 | 6/11/2012 | Long distance telephone charges | $ 0.32 |
| 424 | 6/12/2012 | Reproduction (B&W) | $ 1.65 |
| 425 | 6/12/2012 | Long distance telephone charges | $ 0.48 |
| 426 | 6/12/2012 | Long distance telephone charges | $ 0.32 |
| 427 | 6/13/2012 | Reproduction (B&W) | $ 0.45 |
| 428 | 6/13/2012 | Reproduction (Scans) | $ 0.10 |
| 429 | 6/13/2012 | Telephone conference calls | $ 1.61 |
| 430 | 6/14/2012 | Reproduction (Color) | $ 0.75 |
| 431 | 6/18/2012 | Courier/process server | $ 144.45 |
| 432 | 6/18/2012 | Postage | $ 51.71 |
| 433 | 6/18/2012 | Reproduction (B&W) | $ 0.75 |
| 434 | 6/20/2012 | Air express charge | $ 8.50 |
| 435 | 6/20/2012 | Air express charge | $ 7.91 |
| 436 | 6/20/2012 | Long distance telephone charges | $ 0.96 |
| 437 | 6/20/2012 | Long distance telephone charges | $ 0.16 |
| 438 | 6/21/2012 | Mileage | $ 70.39 |
| 439 | 6/21/2012 | Reproduction (Color) | $ 1.50 |
| 440 | 6/21/2012 | Reproduction (Scans) | $ 21.25 |
| 441 | 6/22/2012 | Messenger service | $ 10.00 |
| 442 | 6/25/2012 | Reproduction (Color) | $ 0.75 |
| 443 | 6/25/2012 | Reproduction (Scans) | $ 0.05 |
| 444 | 6/27/2012 | Reproduction (B&W) | $ 2.40 |
| 445 | 6/27/2012 | Telephone conference calls | $ 18.57 |
| 446 | Jul-12 | Long Distance | $ 10.00 |
| 447 | Jul-12 | Postage | $ 2.45 |
| 448 | 7/3/2012 | Reproduction (B&W) | $ 0.15 |
| 449 | 7/5/2012 | Reproduction (Color) | $ 0.25 |
| 450 | 7/5/2012 | Reproduction (Scans) | $ 0.15 |
| 451 | 7/6/2012 | PACER | $ 0.80 |

10

| | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 452 | 7/11/2012 | Telephone conference calls | $ 5.69 |
| 453 | 7/18/2012 | Reproduction (B&W) | $ 1.05 |
| 454 | 7/18/2012 | Reproduction (Scans) | $ 0.20 |
| 455 | 7/18/2012 | Westlaw charges | $ 3.90 |
| 456 | 7/18/2012 | Telephone conference calls | $ 7.07 |
| 457 | 7/19/2012 | Reproduction (B&W) | $ 5.10 |
| 458 | 07/19/2012 | Flight | $ 299.60 |
| 459 | 07/19/2012 | Travel | $ 166.87 |
| 460 | 7/20/2012 | Westlaw charges | $ 10.95 |
| 461 | 07/20/2012 | Lodging | $ 289.84 |
| 462 | 7/21/2012 | Westlaw charges | $ 29.70 |
| 463 | 7/22/2012 | Westlaw charges | $ 40.65 |
| 464 | 7/23/2012 | Postage | $ 2.20 |
| 465 | 7/23/2012 | Reproduction (Color) | $ 0.25 |
| 466 | 7/23/2012 | Westlaw charges | $ 3.90 |
| 467 | 7/24/2012 | Reproduction (B&W) | $ 0.60 |
| 468 | 7/24/2012 | Reproduction (Color) | $ 3.75 |
| 469 | 7/24/2012 | Westlaw charges | $ 12.90 |
| 470 | 7/25/2012 | Reproduction (B&W) | $ 105.00 |
| 471 | 7/25/2012 | Reproduction (Color) | $ 8.50 |
| 472 | 7/25/2012 | Westlaw charges | $ 196.65 |
| 473 | 7/26/2012 | Courier/process server | $ 29.00 |
| 474 | 7/26/2012 | Meals | $ 60.56 |
| 475 | 7/26/2012 | Meals | $ 4.27 |
| 476 | 7/26/2012 | Reproduction (B&W) | $ 8.85 |
| 477 | 7/26/2012 | Reproduction (Color) | $ 7.00 |
| 478 | 7/26/2012 | Reproduction (Scans) | $ - |
| 479 | 7/26/2012 | Westlaw charges | $ 17.55 |
| 480 | 7/27/2012 | Parking | $ 26.00 |
| 481 | 7/30/2012 | Reproduction (B&W) | $ 33.75 |
| 482 | 8/1/2012 | Reproduction (B&W) | $ 4.35 |
| 483 | 8/1/2012 | Reproduction (Color) | $ 0.50 |
| 484 | 8/1/2012 | Reproduction (Scans) | $ 0.05 |
| 485 | Aug-12 | Long Distance | $ 10.00 |
| 486 | Aug-12 | Research | $ 1.55 |
| 487 | 8/6/2012 | Travel expense meals - | $ 8.50 |
| 488 | 8/6/2012 | Travel expense - | $ 90.82 |
| 489 | 8/7/2012 | Reproduction (B&W) | $ 0.45 |
| 490 | 8/7/2012 | Reproduction (Color) | $ 0.50 |
| 491 | 8/7/2012 | Messenger service | $ 8.00 |
| 492 | 8/8/2012 | Reproduction (B&W) | $ 1.05 |
| 493 | 8/8/2012 | Telephone conference calls | $ 11.10 |
| 494 | 8/9/2012 | Reproduction (B&W) | $ 5.40 |
| 495 | 8/10/2012 | Air express charge | $ 7.77 |
| 496 | 8/13/2012 | Air express charge | $ 8.36 |

| | A | B | C | |
|---|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** | |
| 497 | 8/14/2012 | Reproduction (B&W) | $ | 2.55 |
| 498 | 8/15/2012 | Reproduction (B&W) | $ | 0.30 |
| 499 | 8/15/2012 | Telephone conference calls | $ | 12.45 |
| 500 | 8/16/2012 | Reproduction (Color) | $ | 0.50 |
| 501 | 8/20/2012 | Postage | $ | 2.45 |
| 502 | 8/22/2012 | Reproduction (B&W) | $ | 0.60 |
| 503 | 8/22/2012 | Reproduction (Scans) | $ | 0.20 |
| 504 | 8/27/2012 | Reproduction (B&W) | $ | 21.60 |
| 505 | 8/28/2012 | Reproduction (B&W) | $ | 49.05 |
| 506 | 8/29/2012 | Telephone conference calls | $ | 15.72 |
| 507 | 8/31/2012 | Electronic document production costs | $ | 1,242.63 |
| 508 | 8/31/2012 | Telephone conference calls | $ | 9.84 |
| 509 | Sep-12 | Long Distance | $ | 10.00 |
| 510 | 9/5/2012 | Mileage | $ | 65.58 |
| 511 | 9/5/2012 | Reproduction (B&W) | $ | 4.20 |
| 512 | 9/5/2012 | Reproduction (Color) | $ | 0.25 |
| 513 | 9/5/2012 | Reproduction (Scans) | $ | 0.10 |
| 514 | 9/5/2012 | Westlaw charges | $ | 19.95 |
| 515 | 9/5/2012 | Telephone conference calls | $ | 20.83 |
| 516 | 9/6/2012 | Messenger service | $ | 8.00 |
| 517 | 9/11/2012 | Reproduction (B&W) | $ | 0.30 |
| 518 | 9/12/2012 | Reproduction (B&W) | $ | 14.25 |
| 519 | 9/12/2012 | Reproduction (Color) | $ | 0.25 |
| 520 | 9/12/2012 | Reproduction (Scans) | $ | 0.10 |
| 521 | 9/13/2012 | Reproduction (B&W) | $ | 1.20 |
| 522 | 9/17/2012 | Reproduction (B&W) | $ | 18.90 |
| 523 | 9/18/2012 | Meals | $ | 8.75 |
| 524 | 9/18/2012 | Mileage | $ | 65.58 |
| 525 | 9/18/2012 | Reproduction (B&W) | $ | 0.45 |
| 526 | 9/18/2012 | Reproduction (Color) | $ | 0.25 |
| 527 | 9/18/2012 | Reproduction (Scans) | $ | 0.40 |
| 528 | 9/18/2012 | Westlaw charges | $ | 28.50 |
| 529 | 9/18/2012 | Air express charge | $ | 7.88 |
| 530 | 9/19/2012 | Postage | $ | 6.60 |
| 531 | 9/19/2012 | Telephone conference calls | $ | 15.13 |
| 532 | 9/19/2012 | Messenger service | $ | 12.00 |
| 533 | 9/20/2012 | Reproduction (B&W) | $ | 0.15 |
| 534 | 9/21/2012 | Westlaw charges | $ | 463.20 |
| 535 | 9/21/2012 | Westlaw charges | $ | 14.85 |
| 536 | 09/21/2012 | Flight | $ | 343.60 |
| 537 | 09/21/2012 | Lodging | $ | 284.32 |
| 538 | 09/21/2012 | Travel | $ | 278.69 |
| 539 | 9/24/2012 | Electronic document production costs | $ | 355.88 |
| 540 | 9/24/2012 | Reproduction (B&W) | $ | 50.70 |
| 541 | 9/24/2012 | Reproduction (Scans) | $ | 0.20 |

|  | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 542 | 9/24/2012 | Westlaw charges | $ 92.10 |
| 543 | 9/24/2012 | Messenger service | $ 16.00 |
| 544 | 9/25/2012 | Reproduction (B&W) | $ 175.20 |
| 545 | 9/25/2012 | Reproduction (Color) | $ 0.25 |
| 546 | 9/25/2012 | Reproduction (Scans) | $ 2.40 |
| 547 | 9/25/2012 | Westlaw charges | $ 101.10 |
| 548 | 09/25/2012 | Fax | $ 1.50 |
| 549 | 9/25/2012 | Messenger service | $ 8.00 |
| 550 | 9/26/2012 | Hotel Charges | $ 142.16 |
| 551 | 9/26/2012 | Meals | $ 51.82 |
| 552 | 9/26/2012 | Mileage | $ 70.82 |
| 553 | 9/26/2012 | Reproduction (B&W) | $ 168.90 |
| 554 | 9/26/2012 | Reproduction (Color) | $ 0.25 |
| 555 | 9/27/2012 | Meals | $ 3.35 |
| 556 | 9/27/2012 | Reproduction (Color) | $ 0.25 |
| 557 | 9/27/2012 | Telephone conference calls | $ 2.42 |
| 558 | 9/28/2012 | Westlaw charges | $ 10.95 |
| 559 | 9/30/2012 | Electronic document production costs | $ 1,015.00 |
| 560 | 10/1/2012 | Reproduction (B&W) | $ 19.35 |
| 561 | 10/1/2012 | Reproduction (Color) | $ 0.25 |
| 562 | 10/1/2012 | Westlaw charges | $ 131.40 |
| 563 | Oct-12 | Courier | $ 5.00 |
| 564 | Oct-12 | Long Distance | $ 10.00 |
| 565 | Oct-12 | Postage | $ 0.90 |
| 566 | Oct-12 | Research | $ 19.75 |
| 567 | Oct-12 | Research | $ 3.50 |
| 568 | 10/2/2012 | Westlaw charges | $ 108.60 |
| 569 | 10/3/2012 | Westlaw charges | $ 1.95 |
| 570 | 10/3/2012 | Westlaw charges | $ 141.45 |
| 571 | 10/3/2012 | Telephone conference calls | $ 20.17 |
| 572 | 10/4/2012 | Courier/process server | $ 16.25 |
| 573 | 10/4/2012 | Reproduction (B&W) | $ 21.00 |
| 574 | 10/8/2012 | Reproduction (B&W) | $ 6.60 |
| 575 | 10/8/2012 | Reproduction (Scans) | $ 0.05 |
| 576 | 10/10/2012 | Reproduction (B&W) | $ 0.60 |
| 577 | 10/10/2012 | Telephone conference calls | $ 24.47 |
| 578 | 10/11/2012 | Messenger Service (CDs) | $ 25.00 |
| 579 | 10/12/2012 | Courier/process server | $ 46.95 |
| 580 | 10/16/2012 | Office services/special handling - copy center | $ 71.00 |
| 581 | 10/17/2012 | Courier/process server | $ 7.00 |
| 582 | 10/17/2012 | Reproduction (Color) | $ 1.00 |
| 583 | 10/17/2012 | Telephone conference calls | $ 12.91 |
| 584 | 10/22/2012 | Meals | $ 11.47 |
| 585 | 10/22/2012 | Mileage | $ 66.60 |
| 586 | 10/23/2012 | Reproduction (B&W) | $ 9.30 |

13

| | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 587 | 10/24/2012 | Telephone conference calls | $ 9.82 |
| 588 | 10/31/2012 | Reproduction (B&W) | $ 1.65 |
| 589 | 10/31/2012 | Reproduction (Scans) | $ 0.05 |
| 590 | 10/31/2012 | Messenger service | $ 12.00 |
| 591 | 10/31/2012 | Telephone conference calls | $ 13.82 |
| 592 | Nov-12 | Long Distance | $ 10.00 |
| 593 | 11/5/2012 | Courier/process server | $ 45.00 |
| 594 | 11/7/2012 | Telephone conference calls | $ 10.91 |
| 595 | 11/12/2012 | Reproduction (B&W) | $ 7.95 |
| 596 | 11/12/2012 | Reproduction (Scans) | $ 0.10 |
| 597 | 11/14/2012 | Reproduction (B&W) | $ 297.75 |
| 598 | 11/14/2012 | Telephone conference calls | $ 11.38 |
| 599 | 11/19/2012 | Postage | $ 1.95 |
| 600 | 11/20/2012 | Reproduction (B&W) | $ 1.20 |
| 601 | 11/21/2012 | Telephone conference calls | $ 17.80 |
| 602 | 11/28/2012 | Telephone conference calls | $ 12.55 |
| 603 | Dec-12 | Long Distance | $ 10.00 |
| 604 | 12/5/2012 | Telephone conference calls | $ 25.31 |
| 605 | 12/12/2012 | Telephone conference calls | $ 18.11 |
| 606 | 12/15/2012 | Courier/process server | $ 25.00 |
| 607 | 12/17/2012 | Reproduction (B&W) | $ 4.65 |
| 608 | 12/17/2012 | Reproduction (Scans) | $ 0.25 |
| 609 | 12/18/2012 | Postage | $ 3.40 |
| 610 | 12/19/2012 | Telephone conference calls | $ 8.42 |
| 611 | 12/20/2012 | Messenger service | $ 12.00 |
| 612 | 12/30/2012 | Courier/process server | $ 39.95 |
| 613 | 12/31/2012 | Electronic document production costs | $ 2,213.22 |
| 614 | Jan-13 | Long Distance | $ 10.00 |
| 615 | Jan-13 | Research | $ 2.99 |
| 616 | 1/2/2013 | Reproduction (B&W) | $ 35.10 |
| 617 | 1/2/2013 | Reproduction (Scans) | $ 0.05 |
| 618 | 1/2/2013 | Telephone conference calls | $ 17.99 |
| 619 | 1/4/2013 | Mileage | $ 80.23 |
| 620 | 1/5/2013 | Westlaw charges | $ 1.95 |
| 621 | 1/7/2013 | Courier/process server | $ 79.50 |
| 622 | 1/9/2013 | Meals | $ 3.25 |
| 623 | 1/9/2013 | Reproduction (B&W) | $ 263.10 |
| 624 | 1/9/2013 | Reproduction (Scans) | $ 0.10 |
| 625 | 1/9/2013 | Telephone conference calls | $ 7.93 |
| 626 | 1/10/2013 | Parking | $ 13.00 |
| 627 | 1/10/2013 | Reproduction (B&W) | $ 121.95 |
| 628 | 1/10/2013 | Reproduction (Color) | $ 2.00 |
| 629 | 1/14/2013 | Reproduction (B&W) | $ 3.75 |
| 630 | 1/15/2013 | Reproduction (B&W) | $ 0.15 |
| 631 | 1/15/2013 | Westlaw charges | $ 19.95 |

| | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 632 | 1/15/2013 | Westlaw charges | $ 11.70 |
| 633 | 1/15/2013 | Photocopies and printing | $ 122.00 |
| 634 | 1/15/2013 | Long distance telephone charges | $ 0.32 |
| 635 | 1/15/2013 | Long distance telephone charges | $ 2.24 |
| 636 | 1/16/2013 | Westlaw charges | $ 104.70 |
| 637 | 1/16/2013 | Telephone conference calls | $ 16.77 |
| 638 | 1/17/2013 | Mileage | $ 65.54 |
| 639 | 1/17/2013 | Reproduction (B&W) | $ 147.60 |
| 640 | 1/17/2013 | Reproduction (B&W) | $ 10.05 |
| 641 | 1/17/2013 | Reproduction (Color) | $ 0.25 |
| 642 | 1/22/2013 | Postage | $ 13.77 |
| 643 | 1/22/2013 | Reproduction (B&W) | $ 61.05 |
| 644 | 1/23/2013 | Courier/process server | $ 119.50 |
| 645 | 1/23/2013 | Telephone conference calls | $ 13.72 |
| 646 | 1/24/2013 | Westlaw charges | $ 34.80 |
| 647 | 1/26/2013 | Telephone conference calls | $ 8.60 |
| 648 | 1/30/2013 | Travel expense meals - | $ 11.50 |
| 649 | 1/30/2013 | Telephone conference calls | $ 15.55 |
| 650 | 1/31/2013 | Messenger service | $ 8.00 |
| 651 | Feb-13 | Long Distance | $ 10.00 |
| 652 | Feb-13 | Research | $ 9.09 |
| 653 | 2/1/2013 | Messenger service | $ 50.00 |
| 654 | 2/4/2013 | Reproduction (B&W) | $ 7.20 |
| 655 | 2/5/2013 | Courier/process server | $ 39.95 |
| 656 | 2/6/2013 | Reproduction (B&W) | $ 0.45 |
| 657 | 2/6/2013 | Telephone conference calls | $ 12.80 |
| 658 | 2/7/2013 | Accurint online research | $ 10.84 |
| 659 | 2/7/2013 | Reproduction (B&W) | $ 1.80 |
| 660 | 2/8/2013 | Parking | $ 4.50 |
| 661 | 2/11/2013 | Reproduction (B&W) | $ 19.80 |
| 662 | 2/13/2013 | Delivery of documents to Professor John Strait | $ 65.00 |
| 663 | 2/14/2013 | Reproduction (B&W) | $ 9.75 |
| 664 | 2/19/2013 | Postage | $ 0.92 |
| 665 | 2/19/2013 | Reproduction (B&W) | $ 14.10 |
| 666 | 2/20/2013 | Reproduction (B&W) | $ 4.05 |
| 667 | 2/20/2013 | Delivery of documents to Professor John Strait | $ 27.00 |
| 668 | 2/25/2013 | Reproduction (B&W) | $ 33.00 |
| 669 | 2/26/2013 | Westlaw charges | $ 14.85 |
| 670 | 2/27/2013 | Reproduction (B&W) | $ 10.65 |
| 671 | 2/27/2013 | Westlaw charges | $ 80.55 |
| 672 | 2/28/2013 | Reproduction (B&W) | $ 25.80 |
| 673 | 2/28/2013 | Westlaw charges | $ 84.30 |
| 674 | 2/28/2013 | Delivery of documents to Professor John Strait | $ 20.00 |
| 675 | 3/1/2013 | Westlaw charges | $ 44.85 |
| 676 | Mar-13 | Long Distance | $ 10.00 |

|     | A | B | C |
|-----|------|-----------------------------|-----------|
| 1   | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 677 | Mar-13 | Research | $ 2.10 |
| 678 | 3/1/2013 | Air express charge | $ 760.00 |
| 679 | 3/3/2013 | Westlaw charges | $ 240.45 |
| 680 | 3/4/2013 | Reproduction (B&W) | $ 53.85 |
| 681 | 3/4/2013 | Reproduction (Color) | $ 5.50 |
| 682 | 3/4/2013 | Westlaw charges | $ 49.65 |
| 683 | 3/5/2013 | Reproduction (B&W) | $ 21.15 |
| 684 | 3/5/2013 | Reproduction (Color) | $ 7.75 |
| 685 | 3/5/2013 | Westlaw charges | $ 41.40 |
| 686 | 3/6/2013 | Reproduction (B&W) | $ 317.85 |
| 687 | 3/6/2013 | Reproduction (Color) | $ 13.00 |
| 688 | 3/7/2013 | Reproduction (B&W) | $ 73.35 |
| 689 | 3/10/2013 | Westlaw charges | $ 69.60 |
| 690 | 3/11/2013 | Parking | $ 16.00 |
| 691 | 3/11/2013 | Reproduction (B&W) | $ 27.30 |
| 692 | 3/11/2013 | Telephone conference calls | $ 19.62 |
| 693 | 3/11/2013 | Records request fee | $ 105.00 |
| 694 | 3/12/2013 | Reproduction (B&W) | $ 2.10 |
| 695 | 3/12/2013 | Westlaw charges | $ 41.10 |
| 696 | 3/13/2013 | Westlaw charges | $ 88.20 |
| 697 | 3/13/2013 | Photocopies and printing | $ 662.80 |
| 698 | 3/14/2013 | Messenger service | $ 32.00 |
| 699 | 3/18/2013 | Postage | $ 0.92 |
| 700 | 3/18/2013 | Air express charge | $ 7.31 |
| 701 | 3/25/2013 | Reproduction (B&W) | $ 13.65 |
| 702 | 3/26/2013 | Messenger service | $ 16.00 |
| 703 | 3/27/2013 | Reproduction (B&W) | $ 34.20 |
| 704 | 3/27/2013 | Westlaw charges | $ 153.30 |
| 705 | 3/28/2013 | Reproduction (B&W) | $ 0.15 |
| 706 | 3/28/2013 | Reproduction (Color) | $ 0.25 |
| 707 | 3/28/2013 | Reproduction (Scans) | $ 0.10 |
| 708 | 3/28/2013 | Westlaw charges | $ 25.80 |
| 709 | 4/1/2013 | Courier/process server | $ 25.00 |
| 710 | 4/1/2013 | Reproduction (B&W) | $ 15.00 |
| 711 | Apr-13 | Long Distance | $ 10.00 |
| 712 | 4/10/2013 | Telephone conference calls | $ 11.29 |
| 713 | 4/23/2013 | Postage | $ 0.46 |
| 714 | 4/23/2013 | Reproduction (B&W) | $ 11.70 |
| 715 | 4/23/2013 | Reproduction (Color) | $ 0.50 |
| 716 | 4/24/2013 | Telephone conference calls | $ 14.02 |
| 717 | 4/28/2013 | Westlaw charges | $ 18.75 |
| 718 | 4/29/2013 | Reproduction (B&W) | $ 3.60 |
| 719 | 4/29/2013 | Reproduction (B&W) | $ 55.95 |
| 720 | 4/29/2013 | Westlaw charges | $ 80.70 |
| 721 | 5/1/2013 | Parking | $ 7.00 |

16

| | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 722 | 5/1/2013 | Reproduction (B&W) | $ 6.00 |
| 723 | 5/1/2013 | Westlaw charges | $ 10.80 |
| 724 | May-13 | Long Distance | $ 10.00 |
| 725 | May-13 | Research | $ 6.99 |
| 726 | 5/2/2013 | Parking | $ 13.00 |
| 727 | 5/2/2013 | Reproduction (B&W) | $ 14.70 |
| 728 | 5/2/2013 | Westlaw charges | $ 43.80 |
| 729 | 5/6/2013 | Reproduction (B&W) | $ 6.15 |
| 730 | 5/6/2013 | Westlaw charges | $ 37.95 |
| 731 | 05/06/2013 | Travel | $ 325.03 |
| 732 | 5/7/2013 | Messenger service | $ 10.00 |
| 733 | 5/8/2013 | Reproduction (B&W) | $ 0.45 |
| 734 | 5/8/2013 | Telephone conference calls | $ 25.81 |
| 735 | 5/9/2013 | Long distance telephone charges | $ 5.60 |
| 736 | 5/13/2013 | Reproduction (B&W) | $ 35.70 |
| 737 | 5/15/2013 | Meals | $ 15.04 |
| 738 | 5/15/2013 | Reproduction (B&W) | $ 10.65 |
| 739 | 5/15/2013 | Westlaw charges | $ 7.80 |
| 740 | 5/16/2013 | Meals | $ 7.58 |
| 741 | 5/16/2013 | Parking | $ 16.00 |
| 742 | 5/16/2013 | Reproduction (B&W) | $ 1.20 |
| 743 | 5/16/2013 | Westlaw charges | $ 77.85 |
| 744 | 5/17/2013 | Private Investigator | $ 273.00 |
| 745 | 5/17/2013 | Westlaw charges | $ 8.25 |
| 746 | 5/20/2013 | Reproduction (B&W) | $ 3.15 |
| 747 | 5/20/2013 | Messenger service | $ 10.00 |
| 748 | 5/21/2013 | Parking | $ 8.00 |
| 749 | 05/21/2013 | Travel | $ 351.06 |
| 750 | 5/22/2013 | Parking | $ 16.00 |
| 751 | 5/22/2013 | Reproduction (B&W) | $ 423.45 |
| 752 | 5/22/2013 | Reproduction (Color) | $ 3.25 |
| 753 | 5/22/2013 | Reproduction (Scans) | $ 0.20 |
| 754 | 5/23/2013 | Messenger service | $ 20.00 |
| 755 | 5/27/2013 | Westlaw charges | $ 63.75 |
| 756 | 5/28/2013 | Reproduction (B&W) | $ 362.85 |
| 757 | 5/28/2013 | Reproduction (Color) | $ 0.75 |
| 758 | 5/28/2013 | Reproduction (Scans) | $ 0.55 |
| 759 | 5/28/2013 | Westlaw charges | $ 96.45 |
| 760 | 5/29/2013 | Reproduction (B&W) | $ 10.65 |
| 761 | 5/29/2013 | Reproduction (Scans) | $ 0.60 |
| 762 | 5/29/2013 | Westlaw charges | $ 120.45 |
| 763 | 5/29/2013 | Messenger service | $ 48.00 |
| 764 | 5/30/2013 | Meals | $ 27.91 |
| 765 | 5/30/2013 | Parking | $ 8.00 |
| 766 | 5/30/2013 | Reproduction (B&W) | $ 125.70 |

| | A | B | C | |
|---|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** | |
| 767 | 5/30/2013 | Reproduction (Color) | $ | 0.25 |
| 768 | 5/30/2013 | Reproduction (Scans) | $ | 0.20 |
| 769 | 5/31/2013 | Courier/process server | $ | 29.00 |
| 770 | 5/31/2013 | Parking | $ | 22.00 |
| 771 | 5/31/2013 | Parking | $ | 2.75 |
| 772 | 05/31/2013 | Fed Ex | $ | 41.32 |
| 773 | Jun-13 | Long Distance | $ | 10.00 |
| 774 | 6/2/2013 | Parking | $ | 11.00 |
| 775 | 6/3/2013 | Hotel Charges-Muenscher | $ | 168.06 |
| 776 | 6/3/2013 | Meals | $ | 35.54 |
| 777 | 6/3/2013 | Parking | $ | 16.00 |
| 778 | 6/3/2013 | Parking | $ | 7.00 |
| 779 | 6/3/2013 | Parking | $ | 8.00 |
| 780 | 6/3/2013 | Reproduction (B&W) | $ | 360.90 |
| 781 | 6/3/2013 | Reproduction (Color) | $ | 15.75 |
| 782 | 6/3/2013 | Reproduction (Scans) | $ | 13.10 |
| 783 | 6/3/2013 | Witness Fee-Montague (2nd day) | $ | 40.00 |
| 784 | 6/3/2013 | Witness Fee-Moon (2nd day) | $ | 40.00 |
| 785 | 6/4/2013 | Hotel Charges-Moon | $ | 250.66 |
| 786 | 6/4/2013 | Hotel Charges-Montague | $ | 290.93 |
| 787 | 6/4/2013 | Meals | $ | 30.43 |
| 788 | 6/4/2013 | Meals | $ | 83.86 |
| 789 | 6/4/2013 | Meals | $ | 47.36 |
| 790 | 6/4/2013 | Parking | $ | 23.00 |
| 791 | 6/4/2013 | Reproduction (B&W) | $ | 11.10 |
| 792 | 6/4/2013 | Reproduction (Color) | $ | 1.25 |
| 793 | 6/4/2013 | Transcripts | $ | 472.50 |
| 794 | 6/5/2013 | Parking | $ | 16.00 |
| 795 | 6/5/2013 | Reproduction (B&W) | $ | 40.50 |
| 796 | 6/5/2013 | Witness Fee-Muenscher (2nd day) | $ | 40.00 |
| 797 | 6/6/2013 | Parking | $ | 16.00 |
| 798 | 6/6/2013 | Reproduction (B&W) | $ | 4.50 |
| 799 | 6/7/2013 | Courier/process server | $ | 79.50 |
| 800 | 6/7/2013 | Transcripts | $ | 245.70 |
| 801 | 6/8/2013 | Westlaw charges | $ | 74.10 |
| 802 | 6/9/2013 | Westlaw charges | $ | 1.95 |
| 803 | 6/10/2013 | Parking | $ | 16.00 |
| 804 | 6/10/2013 | Reproduction (B&W) | $ | 171.90 |
| 805 | 6/11/2013 | Accurint online research | $ | 21.68 |
| 806 | 6/11/2013 | Parking | $ | 16.00 |
| 807 | 6/12/2013 | Parking | $ | 16.00 |
| 808 | 6/12/2013 | Reproduction (B&W) | $ | 9.75 |
| 809 | 6/12/2013 | Reproduction (Color) | $ | 32.25 |
| 810 | 6/12/2013 | Westlaw charges | $ | 54.00 |
| 811 | 6/13/2013 | Parking | $ | 13.00 |

18

| | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 812 | 6/13/2013 | Reproduction (B&W) | $ 5.40 |
| 813 | 6/13/2013 | Westlaw charges | $ 64.80 |
| 814 | 6/13/2013 | Messenger service | $ 38.00 |
| 815 | 6/14/2013 | Parking | $ 22.00 |
| 816 | 6/15/2013 | Westlaw charges | $ 99.75 |
| 817 | 6/17/2013 | Parking | $ 9.00 |
| 818 | 6/17/2013 | Reproduction (B&W) | $ 86.70 |
| 819 | 6/17/2013 | Reproduction (Color) | $ 10.00 |
| 820 | 6/17/2013 | Reproduction (Scans) | $ 0.55 |
| 821 | 6/18/2013 | Parking | $ 15.00 |
| 822 | 6/18/2013 | Postage | $ 4.74 |
| 823 | 6/18/2013 | Reproduction (B&W) | $ 9.15 |
| 824 | 6/18/2013 | Reproduction (Color) | $ 10.25 |
| 825 | 6/19/2013 | Reproduction (B&W) | $ 0.45 |
| 826 | 6/19/2013 | Reproduction (Color) | $ 84.25 |
| 827 | 6/21/2013 | Private Investigator | $ 312.00 |
| 828 | 7/1/2013 | Reproduction (B&W) | $ 0.90 |
| 829 | Jul-13 | Long Distance | $ 10.00 |
| 830 | Jul-13 | Research | $ 3.40 |
| 831 | 7/10/2013 | Reproduction (B&W) | $ 1.50 |
| 832 | 7/10/2013 | Westlaw charges | $ 84.45 |
| 833 | 7/12/2013 | Westlaw charges | $ 209.85 |
| 834 | 7/15/2013 | Westlaw charges | $ 9.75 |
| 835 | 7/16/2013 | Westlaw charges | $ 117.15 |
| 836 | 7/18/2013 | Westlaw charges | $ 34.35 |
| 837 | 7/22/2013 | Westlaw charges | $ 265.80 |
| 838 | 7/22/2013 | Westlaw charges | $ 265.80 |
| 839 | 7/22/2013 | Westlaw charges | $ 265.80 |
| 840 | 7/23/2013 | Reproduction (B&W) | $ 4.95 |
| 841 | 7/24/2013 | Reproduction (B&W) | $ 5.70 |
| 842 | 7/24/2013 | Westlaw charges | $ 36.30 |
| 843 | 7/29/2013 | Reproduction (B&W) | $ 0.30 |
| 844 | 7/30/2013 | Westlaw charges | $ 7.80 |
| 845 | Aug-13 | Long Distance | $ 10.00 |
| 846 | 8/5/2013 | Reproduction (Color) | $ 1.00 |
| 847 | 8/7/2013 | Westlaw charges | $ 18.75 |
| 848 | 8/14/2013 | Westlaw charges | $ 5.85 |
| 849 | 8/15/2013 | Messenger service | $ 16.00 |
| 850 | 8/19/2013 | Reproduction (B&W) | $ 16.20 |
| 851 | Sep-13 | Long Distance | $ 10.00 |
| 852 | Oct-13 | Courier | $ 1.13 |
| 853 | Oct-13 | Long Distance | $ 10.00 |
| 854 | 10/14/2013 | Reproduction (Color) | $ 0.50 |
| 855 | 10/17/2013 | Reproduction (B&W) | $ 0.30 |
| 856 | 10/28/2013 | Reproduction (B&W) | $ 1.20 |

19

| | A | B | C |
|---|---|---|---|
| 1 | **DATE** | **DESCRIPTION OF CHARGE** | **AMOUNT** |
| 857 | Nov-13 | Long Distance | $ 10.00 |
| 858 | 11/18/2013 | Reproduction (B&W) | $ 3.60 |
| 859 | 11/21/2013 | Reproduction (B&W) | $ 0.15 |
| 860 | 11/21/2013 | Reproduction (Color) | $ 0.50 |
| 861 | Dec-13 | Long Distance | $ 10.00 |
| 862 | 12/4/2013 | Reproduction (B&W) | $ 3.45 |
| 863 | 12/9/2013 | Westlaw charges | $ 216.30 |
| 864 | 12/12/2013 | Reproduction (B&W) | $ 5.55 |
| 865 | 12/17/2013 | Reproduction (B&W) | $ 84.45 |
| 866 | | **GRAND TOTAL** | **$ 43,496.50** |

20

# — APPENDIX  C —

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | LINE TOTAL | DESCRIPTION |
| 2 | 12/9/13 | Marshall | 3.30 | $ 375.00 | $ 1,237.50 | Researched and analyzed issues regarding recovery of attorneys' fees and expenses [2.4]; telephone conference with co-counsel regarding same [.2]; researched and analyzed issues regarding Rule 23(h) requirement of notice for fees motion and advisory committee note regarding court's ability to 'calibrate' same [.7]. |
| 3 | 12/10/13 | Dunne | 1.30 | $ 380.00 | $ 494.00 | Conference call with co-counsel re fee petition; conduct legal research for fee petition; |
| 4 | 12/10/13 | Marshall | 0.10 | $ 375.00 | $ 37.50 | Worked on review of fees and expenses [.1]. |
| 5 | 12/10/13 | Marshall | 3.60 | $ 375.00 | $ 1,350.00 | Telephone conferences with co-counsel regarding strategy and division of work for submission of motions for fees and litigation expenses [1.5]; researched and analyzed issues regarding fees and expenses standards under section 1988 [1.1]; worked on compilations of fees and expenses [1.0]. |
| 6 | 12/10/13 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Conference call w/ co-counsel re fee/expense petition. |
| 7 | 12/10/13 | Zuchetto | 1.50 | $ 330.00 | $ 495.00 | Work on SLG fee/expense petition. |
| 8 | 12/11/13 | Bergland | 1.30 | $ 190.00 | $ 247.00 | Office conference with Zuchetto re: Fee Petition (.2); work on analysis of time entries (1.0); Office conference with KAR re: cost summary needed (.1). |
| 9 | 12/11/13 | Bergland | 0.90 | $ 190.00 | $ 171.00 | Begin draft of Zuchetto Declaration in support of Fee Petition. |
| 10 | 12/11/13 | Dunne | 0.80 | $ 380.00 | $ 304.00 | Telephone conference with co-counsel re fee petition and email correspondence re same; telephone correspondence with S. Mungia re fee declaration; |
| 11 | 12/11/13 | Marshall | 2.90 | $ 375.00 | $ 1,087.50 | Worked on materials in support of fees and expenses motion and researched and analyzed issues regarding same [2.6]; telephone conference with co-counsel regarding same [.3]. |
| 12 | 12/11/13 | Stanley | 0.20 | $ 100.00 | $ 20.00 | Worked on motion for attorneys' fees. |
| 13 | 12/11/13 | Williams | 0.50 | $ 580.00 | $ 290.00 | Coordinate with D. Burman and B. Keller on submitting fee declaration supporting fee request; |

1

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **1** | **DATE** | **TIME KEEPER** | **HOURS** | **RATE** | **LINE TOTAL** | **DESCRIPTION** |
| **14** | 12/11/13 | Zuchetto | 2.75 | $ 330.00 | $ 907.50 | Work on fee/expense petition. |
| **15** | 12/11/13 | Zuchetto | 0.75 | $ 330.00 | $ 247.50 | Participate in conference call and e-mail co-counsel re same. |
| **16** | 12/12/13 | Bergland | 1.50 | $ 190.00 | $ 285.00 | Revisions to Fee Petition Declaration and preparation of lodestar analysis. |
| **17** | 12/12/13 | Marshall | 0.20 | $ 375.00 | $ 75.00 | Telephone conference with co-counsel regarding call with Mr. Harrison and plan for implementing injunctive relief [.2]. |
| **18** | 12/12/13 | Marshall | 4.70 | $ 375.00 | $ 1,762.50 | Worked on motion and supporting documents for award of fees and expenses and researched and analyzed issues regarding same [2.9]; worked on review, redaction, and reduction of time records [1.8]. |
| **19** | 12/12/13 | Williams | 0.70 | $ 580.00 | $ 406.00 | Review and edit declarations of James F. Williams and Bradley Keller in support of Motion for Award of Attorneys' Fees; |
| **20** | 12/12/13 | Zuchetto | 1.00 | $ 330.00 | $ 330.00 | Analyze/review SLG time entries re fee petition. |
| **21** | 12/13/13 | Bergland | 1.50 | $ 190.00 | $ 285.00 | Final revisions to Declaration; Office conference with Zuchetto re: Fee Petition; prepare spreadsheet for Fee Petition. |
| **22** | 12/13/13 | Dunne | 5.60 | $ 380.00 | $ 2,128.00 | Telephone conference with J. Shaeffer re fee declaration; review time sheets for ACLU and Perkins Coie; conduct legal research for fee petition; |
| **23** | 12/13/13 | Fisher | 1.00 | $ 330.00 | $ 330.00 | Edit B. Keller's declaration in support of fee petition; edit J. Williams' declaration in support of fee petition; |
| **24** | 12/13/13 | Marshall | 3.50 | $ 375.00 | $ 1,312.50 | Worked on declaration in support of motion for award of attorneys' fees and expenses [1.1]; worked on review, redaction, and reduction of fees [1.8]; reviewed case file for summary of work done in litigation [.6]. |
| **25** | 12/13/13 | Zuchetto | 1.25 | $ 330.00 | $ 412.50 | Review/edit decl. iso fee petition and email co-counsel re same. |
| **26** | 12/14/13 | Marshall | 2.00 | $ 375.00 | $ 750.00 | Worked on motion for award of attorneys' fees and litigation expenses [2.0]. |

2

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | LINE TOTAL | DESCRIPTION |
| 27 | 12/15/13 | Dunne | 3.50 | $ 380.00 | $ 1,330.00 | draft and revise Dunne declaration in support of fee petition; revise Williams declaration in support of fee petition; review timesheets for ACLU and Perkins Coie; email correspondence with S. Mungia re fee declaration; email correspondence with J. Shaeffer re fee declaration |
| 28 | 12/15/13 | Marshall | 3.70 | $ 375.00 | $ 1,387.50 | Worked on motion for award of attorneys' fees and expenses and researched and analyzed issues regarding same [3.7]. |
| 29 | 12/16/13 | Bergland | 1.50 | $ 190.00 | $ 285.00 | Office conference with Zuchetto re: Fee Petition; work on allocation of fee petition time re co-counsel instructions. |
| 30 | 12/16/13 | Dunne | 2.40 | $ 380.00 | $ 912.00 | Meeting with co-counsel re fee petition; telephone conference with co-counsel re fee petition; revise Dunne and Williams declarations for fee petition |
| 31 | 12/16/13 | Fisher | 0.60 | $ 330.00 | $ 198.00 | Read motion for attorneys' fees and expenses; participate in conference with J. Williams, S. Dunn, and T. Marshall regarding fee petition; gather updated time sheets and breakdown of disbursements; |
| 32 | 12/16/13 | Marshall | 4.60 | $ 375.00 | $ 1,725.00 | Worked on motion for award of fees and expenses and researched and analyzed issues regarding same [1.8]; meeting and telephone conference with co-counsel regarding review, redaction, and reduction of time records [2.5]; worked on same [.3]. |
| 33 | 12/16/13 | Zuchetto | 2.50 | $ 330.00 | $ 825.00 | Prep. for and participate in conference call w/ Marshall, Sarah re fees/expenses and review same (2.25), discuss same w/ James (.25), work on SLG fee/expense petition and discuss same w/ KB (1.0). |
| 34 | 12/17/13 | Bergland | 4.20 | $ 190.00 | $ 798.00 | Office conference with Zuchetto re: Fee Petition (.2); revisions to time entries to standardize and consolidate same; preparation of revised spreadsheets; e-mail co-counsel re: same (4.0). |

3

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | TIME KEEPER | HOURS | RATE | LINE TOTAL | DESCRIPTION |
| 35 | 12/17/13 | Dunne | 3.50 | $ 380.00 | $ 1,330.00 | Draft and revise cost sheets for ACLU and Perkins for Section 1988 fee petition; email correspondence with co-counsel re same; revise fee petition; revise Dunne and Williams declarations |
| 36 | 12/17/13 | Marshall | 5.00 | $ 375.00 | $ 1,875.00 | Worked on presentation of detailed fees [1.4]; telephone conference with co-counsel regarding same [.1]; worked on motion for fees and expenses and declarations in support of same [3.3]; email correspondence with co-counsel regarding same [.2]. |
| 37 | 12/17/13 | Zuchetto | 5.25 | $ 330.00 | $ 1,732.50 | Review/edit brief in support of fee petition and email co-counsel re same (1.0); review SLG fee/expenses and supporting decl. re same (1); edit/finalize supporting declaration (3.25). |
| 38 | 12/18/13 | Marshall | 4.80 | $ 375.00 | $ 1,800.00 | Worked on finalizing all materials in support of motion for fees and expenses [4.8]. |
| 39 |  |  | **85.40** |  | **$29,493.00** |  |

4

# Exhibit A-5

# COMPLAINT

FILED

17 SEP 05 PM 2:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated, | NO. |
| Plaintiff, | CLASS ACTION COMPLAINT FOR DAMAGES |
| v. | |
| JBS CARRIERS, INC., a Delaware corporation, | |
| Defendant. | |

Plaintiff Kurt Skau brings this action on his own behalf and on behalf of all others similarly situated and alleges as follows:

## I. INTRODUCTION

1.1   <u>Nature of Action.</u> Plaintiff Kurt Skau brings this class action against JBS Carriers, Inc. ("Defendant"). Defendant is a truckload transportation company that delivers goods throughout the United States, including the state of Washington. Plaintiff alleges Defendant has engaged in a common course of failing to compensate its Washington-based driver employees for the paid rest breaks to which they are entitled, failing to compensate driver employees for all hours of work, and failing to pay overtime wages.

## II. JURISDICTION AND VENUE

2.1   <u>Jurisdiction.</u> Defendant is within the jurisdiction of this Court. Defendant conducts business in Washington. Defendant hires drivers that reside in Washington and have

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

commercial driver's licenses issued by the state of Washington. Thus, Defendant has obtained the benefits of the laws of Washington as well as Washington's commercial and labor markets.

      2.2    <u>Venue.</u> Venue is proper in King County because Defendant operates and transacts business in King County, and Plaintiff performed work for Defendant in King County.

      2.3    <u>Governing Law.</u> The claims asserted on behalf of Plaintiff and Class members in this complaint are brought solely under state law causes of action and are governed exclusively by Washington law.

### III. PARTIES

      3.1    <u>Plaintiff Kurt Skau.</u> Plaintiff worked for Defendant from approximately November 9, 2015 to May 5, 2017. Plaintiff worked as part of Defendant's Western Regional fleet and regularly transported goods within the western part of the United States, including the state of Washington. Plaintiff has a commercial driver's license issued by the state of Washington. During the duration of his employment, Plaintiff was a resident of Port Orchard, Washington. Plaintiff performed work for Defendant in King County, Washington.

      3.2    <u>Defendant JBS Carriers, Inc.</u> Defendant is a Delaware corporation that is headquartered in Greeley, Colorado and does business in Washington. Defendant is an interstate and regional truckload transportation company that primarily transports meat and poultry products. Defendant maintains a fleet of over 600 trucks and 800 employees. Defendant's Western Regional fleet operates in the western part of the United States, including the state of Washington. Defendant recruits individuals who reside in Washington to work for the Western Regional fleet. Defendant has employed Plaintiff and hundreds of other Washington-based drivers and has exercised control over how and when those employees were paid.

CLASS ACTION COMPLAINT FOR DAMAGES - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

#### IV.  CLASS ACTION ALLEGATIONS

4.1     Class Definition. Under Civil Rule 23(a) and (b)(3), Plaintiff brings this case as a class action against Defendant on behalf of the class defined as follows (the "Class"):

> All current and former employees of JBS Carriers, Inc. who worked as drivers for the company while residing in the state of Washington at any time between September 5, 2014 and the date of final disposition of this action.

Excluded from the Class are any entity in which Defendant has a controlling interest or that has a controlling interest in Defendant, and Defendant's legal representatives, assignees, and successors. Also excluded are the judge to whom this case is assigned and any member of the judge's immediate family.

4.2     Numerosity. Plaintiff believes that more than one hundred persons have worked as driver employees for Defendant while based in Washington during the proposed class period. The Class members are so numerous that joinder of all members is impracticable. Moreover, the disposition of the claims of the Class in a single action will provide substantial benefits to all parties and the Court.

4.3     Commonality. There are numerous questions of law and fact common to Plaintiff and Class members. These questions include, but are not limited to, the following:

        a.     Whether Defendant has engaged in a common course of failing to pay Class members at no less than minimum wage for all hours spent in mandatory orientation and driver training;

        b.     Whether Defendant has engaged in a common course of failing to pay Class members at no less than minimum wage for all non-driving work performed;

        c.     Whether Defendant has engaged in a common course of failing to pay Class members overtime compensation for hours worked beyond 40 in a week;

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    d.    Whether Defendant has engaged in a common course of failing to

2          separately pay Class members for rest breaks, whether received or not;

3    e.    Whether Defendant has engaged in a common course of failing to keep

4          true and accurate time records for all hours worked by Class members;

5    f.    Whether Defendant's failure to pay all wages owed to Class members

6          was willful;

7    g.    Whether Defendant has violated RCW 49.12.020;

8    h.    Whether Defendant has violated WAC 296-126-092;

9    i.    Whether Defendant has violated RCW 49.46.090;

10   j.    Whether Defendant has violated RCW 49.46.130;

11   k.    Whether Defendant has violated WAC 296-128-012;

12   l.    Whether Defendant has violated RCW 49.46.040;

13   m.    Whether Defendant has violated WAC 296-128-010;

14   n.    Whether Defendant has violated WAC 296-128-011;

15   o.    Whether Defendant has violated WAC 296-128-020;

16   p.    Whether Defendant has violated WAC 296-126-040;

17   q.    Whether Defendant has violated WAC 296-126-050;

18   r.    Whether Defendant has violated RCW 49.48.010;

19   s.    Whether Defendant has violated RCW 49.52.050; and

20   t.    The nature and extent of Class-wide injury and the measure of

21         compensation for such injury.

22        4.4    Typicality. Plaintiff's claims are typical of the claims of the Class. Plaintiff has

23   performed work for Defendant as a driver employee while residing in the state of Washington

24   and is thus a member of the Class. Plaintiff's claims, like the claims of the Class, arise out of

25   the same common course of conduct by Defendant and are based on the same legal and

26   remedial theories.

27

CLASS ACTION COMPLAINT FOR DAMAGES - 4

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

4.5     Adequacy.  Plaintiff will fairly and adequately protect the interests of the Class. Plaintiff has retained competent and capable attorneys who have significant experience in complex and class action litigation, including employment law. Plaintiff and his counsel are committed to prosecuting this action vigorously on behalf of the Class and have the financial resources to do so. Neither Plaintiff nor his counsel have interests that are contrary to or that conflict with those of the Class.

4.6     Predominance.  Defendant has engaged in a common course of wage and hour abuse toward Plaintiff and members of the Class. The common issues arising from this conduct that affect Plaintiff and members of the Class predominate over any individual issues. Adjudication of these common issues in a single action has important and desirable advantages of judicial economy.

4.7     Superiority.  Plaintiff and Class members have suffered and will continue to suffer harm and damages as a result of Defendant's unlawful and wrongful conduct. Absent a class action, however, most Class members likely would find the cost of litigating their claims prohibitive. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action. The Class members are readily identifiable from Defendant's records.

## V.  SUMMARY OF FACTUAL ALLEGATIONS

5.1     Common Course of Conduct: Failure to Pay for All Hours of Work.  Defendant has engaged in a common course of failing to pay Plaintiff and Class members for each hour worked.

5.2     Defendant pays its drivers a piece rate for driving work—specifically, a certain amount for each mile driven. Defendant also pays drivers a piece rate for certain other activities.

CLASS ACTION COMPLAINT FOR DAMAGES - 5

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

5.3     Defendant has engaged in a common course of failing to pay Plaintiff and Class members at least minimum wage for all hours of work performed during mandatory orientation and driver training. Defendant requires new drivers to attend a mandatory orientation at Defendant's headquarters in Greeley, Colorado. Defendant pays drivers a set weekly rate for this orientation. Defendant also requires new drivers to complete at least 15,000 miles of driver training. Defendant pays drivers a set weekly rate for hours spent training.

5.4     Defendant has engaged in a common course of failing to pay Plaintiff and Class members at least minimum wage for all hours spent performing many work activities, including but not limited to pickups, deliveries, waiting and detention time, fueling, scaling, loading, washing and cleaning trailers and tractors, unloading, pre-trip and post-trip inspections, communicating with dispatch, completing paperwork, completing online training courses, assisting new driver orientation, transporting drivers to and from Defendant's facilities, and moving trailers at Defendant's facilities.

5.5     Defendant has engaged in a common course of encouraging Plaintiff and Class members to perform non-driving work activities while off the clock and in "off-duty" or "sleeper berth" status.

5.6     Defendant has had actual or constructive knowledge of the facts set forth in Paragraphs 5.1 through 5.5.

5.7     Common Course of Conduct: Failure to Provide Paid Rest Breaks.  Defendant has engaged in a common course of failing to provide Plaintiff and Class members with a paid ten-minute rest break for every four hours of work.

5.8     Defendant has engaged in a common course of failing to separately pay Class members for rest breaks, whether received or not, at their average hourly rate.

5.9     Defendant has had actual or constructive knowledge of the facts set forth in Paragraphs 5.7 through 5.8.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      5.10    <u>Common Course of Conduct: Failure to Pay Overtime Wages</u>. Defendant has

2  engaged in a common course of failing to pay overtime wages to Plaintiff and Class members.

3      5.11    Defendant has engaged in a common course of failing to pay overtime wages to

4  Plaintiff and Class members for hours worked in excess of forty hours per week. Defendant's

5  piece-rate compensation system fails to pay drivers the reasonable equivalent of overtime

6  pay.

7      5.12    Defendant has had actual or constructive knowledge of the facts set forth in

8  Paragraphs 5.10 through 5.11.

9      5.13    <u>Common Course of Conduct: Failure to Maintain and Provide Accurate Wage

10  Statements</u>.  Defendant has engaged in a common course of failing to keep true and accurate

11  time records for all hours worked by Plaintiff and Class members.

12      5.14    Defendant has engaged in a common course of failing to provide proper payroll

13  documents to Plaintiff and Class members.

14      5.15    Defendant has had actual or constructive knowledge of the facts set forth in

15  Paragraphs 5.13 through 5.14.

16  **VI.  FIRST CLAIM FOR RELIEF**
   **(Violations of RCW 49.12.020 and WAC 296-126-092 —**

17  **Failure to Provide Paid Rest Periods)**

18      6.1    Plaintiff realleges and incorporates by reference each and every allegation set

19  forth in the preceding paragraphs.

20      6.2    RCW 49.12.010 provides that "[t]he welfare of the state of Washington

21  demands that all employees be protected from conditions of labor which have a pernicious

22  effect on their health. The state of Washington, therefore, exercising herein its police and

23  sovereign power declares that inadequate wages and unsanitary conditions of labor exert

24  such pernicious effect."

25

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6.3     RCW 49.12.020 provides that "[i]t shall be unlawful to employ any person in any industry or occupation within the state of Washington under conditions of labor detrimental to their health."

6.4     Under RCW 49.12.005 and WAC 296-126-002, "conditions of labor" "means and includes the conditions of rest . . . periods" for employees.

6.5     WAC 296-126-092 provides that employees shall be allowed certain paid rest periods during their shifts.

6.6     Under Washington law, Defendant has an obligation to separately pay employees for each rest break to which they are entitled, regardless of whether the employees receive those rest breaks.

6.7     By the actions alleged above, Defendant has violated the provisions of RCW 49.12.020 and WAC 296-126-092.

6.8     As a result of the unlawful acts of Defendant, Plaintiff and members of the Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff and members of the Class are entitled to the recovery of such damages, including interest thereon, attorneys' fees under RCW 49.48.030, and costs.

## VII.  SECOND CLAIM FOR RELIEF
### (Violation of RCW 49.46.090 — Payment of Wages Less than Entitled)

7.1     Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

7.2     RCW 49.46.020 provides that every employer shall pay its employees not less than the minimum hourly wage in effect at the time the work is performed.

7.3     RCW 49.46.090 provides that "[a]ny employer who pays any employee less than wages to which such employee is entitled under or by virtue of [the Minimum Wage Act], shall be liable to such employee affected for the full amount of such wage rate, less any amount actually paid to such employee by the employer, and for costs and such reasonable attorney's fees as may be allowed by the court."

CLASS ACTION COMPLAINT FOR DAMAGES - 8

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   7.4   By the actions alleged above, Defendant has violated the provisions of RCW

2   49.46.090.

3   7.5   As a result of the unlawful acts of Defendant, Plaintiff and members of the

4   Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff

5   and members of the Class are entitled to the recovery of such damages, including interest

6   thereon, as well as attorneys' fees and costs under RCW 49.46.090.

7   ### VIII.  THIRD CLAIM FOR RELIEF
### (Violations of RCW 49.46.130 – Failure to Pay Overtime Wages)

8   8.1   Plaintiff realleges and incorporate by reference each and every allegation set

9   

10  forth in the preceding paragraphs.

11  8.2   RCW 49.46.130 provides that "no employer shall employ any of his employees

12  for a workweek longer than 40 hours unless such employee receives compensation for his

13  employment in excess of the hours above specified at a rate not less than one and one-half

14  times the regular rate at which he is employed."

15  8.3   RCW 49.46.130 (f) excludes an individual employed as a truck or bus driver who

16  is subject to the provisions of the Federal Motor Carrier Act (49 U.S.C. Sec. 3101 et seq. and 49

17  U.S.C. Sec. 10101 et seq.), if the compensation system under which the truck or bus driver is

18  paid includes overtime pay, reasonably equivalent to that required by this subsection, for

19  working longer than forty hours per week. Upon information and belief, Defendant did not

20  employ a "reasonably equivalent" method to pay overtime to Plaintiff and Class members.

21  8.4   WAC 296-128-012 provides a method for compensating truck drivers for

22  overtime pay. Defendant did not compensate Plaintiff and Class members for overtime hours

23  worked.

24  8.5   By the actions alleged above, Defendant has violated the provisions of RCW

25  49.46.130.

26  8.6   As a result of the unlawful acts of Defendant, Plaintiff and members of the

27  Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff

CLASS ACTION COMPLAINT FOR DAMAGES - 9

and members of the Class are entitled to recovery of such damages, including interest thereon, as well as attorneys' fees and costs under RCW 49.46.090.

### IX.  FOURTH CLAIM FOR RELIEF
**(Violation of RCW 49.48.010 — Unpaid Wages on Termination)**

9.1     Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

9.2     RCW 49.48.010 provides that "[w]hen any employee shall cease to work for an employer, whether by discharge or by voluntary withdrawal, the wages due him or her on account of his or her employment shall be paid to him or her at the end of the established pay period." The statute further provides that "[i]t shall be unlawful for any employer to withhold or divert any portion of an employee's wages . . . ."

9.3     By the actions alleged above, Defendant has violated the provisions of RCW 49.48.010 by failing to pay wages to Plaintiff and Class members for rest breaks, by failing to pay wages to Plaintiff and Class members for all hours of work, and by failing to pay overtime wages to Plaintiff and Class members.

9.4     As a result of the unlawful acts of Defendant, Plaintiff and members of the Class have been deprived of compensation in amounts to be determined at trial, and Plaintiff and members of the Class are entitled to the recovery of such damages, including interest thereon, attorneys' fees under RCW 49.48.030, and costs.

### X.  FIFTH CLAIM FOR RELIEF
**(Violation of RCW 49.52.050 — Willful Deprivation of Wages)**

10.1     Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

10.2     RCW 49.52.050(2) provides that "[a]ny employer or officer, vice principal or agent of any employer . . . who . . . [w]ilfully and with intent to deprive the employee of any part of his or her wages, shall pay any employee a lower wage than the wage such employer is

CLASS ACTION COMPLAINT FOR DAMAGES - 10

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 | obligated to pay such employee by any statute, ordinance, or contract" shall be guilty of a

2 | misdemeanor.

3 |       10.3    Defendant's violations of RCW 49.12.020, WAC 296-126-092, RCW 49.46.090,

4 | RCW 49.46.130, and RCW 49.48.010 as discussed above, were willful and constitute violations

5 | of RCW 49.52.050.

6 |       10.4    RCW 49.52.070 provides that any employer who violates the provisions of RCW

7 | 49.52.050 shall be liable in a civil action for twice the amount of wages withheld, attorneys'

8 | fees, and costs.

9 |       10.5    As a result of the willful, unlawful acts of Defendant, Plaintiff and members of

10 | the Class have been deprived of compensation in amounts to be determined at trial and

11 | Plaintiff and members of the Class are entitled to recovery of twice such damages, including

12 | interest thereon, as well as attorneys' fees and costs under RCW 49.52.070.

13 | **XI.  PRAYER FOR RELIEF**

14 | WHEREFORE, Plaintiff, on his own and on behalf of the members of the Class, prays for

15 | judgment against Defendant as follows:

16 |     A.    Certify the proposed Class;

17 |     B.    Appoint Plaintiff as representative of the Class;

18 |     C.    Appoint the undersigned attorneys as counsel for the Class;

19 |     D.    Aware compensatory and exemplary damages to Plaintiff and Class members

20 |             for violation of Washington's wage and hour laws, in amounts to be proven at

21 |             trial;

22 |     E.    Award attorneys' fees and costs to Plaintiff and Class members, as allowed by

23 |             law;

24 |     F.    Award prejudgment and post-judgment interest to Plaintiff and Class members,

25 |             as provided by law;

26 |

27 |

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

G.    Permit Plaintiff and members of the Class leave to amend the complaint to conform to the evidence presented at trial; and

H.    Grant such other and further relief as the Court deems necessary, just, and proper.

RESPECTFULLY SUBMITTED AND DATED this 5th day of September, 2017.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email:  tmarshall@terrellmarshall.com
Maria Hoisington-Bingham, WSBA #51493
Email:  mhoisington@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

REKHI & WOLK, P.S.
Hardeep S. Rekhi, WSBA #34579
Email:  hardeep@rekhiwolk.com
Gregory A. Wolk, WSBA #28946
Email:  greg@rekhiwolk.com
529 Warren Avenue North, Suite 201
Seattle, Washington 98109
Telephone: (206) 388-5887
Facsimile: (206) 577-3924

*Attorneys for Plaintiff*

CLASS ACTION COMPLAINT FOR DAMAGES - 12

JS 44 (Rev. 06/17)

Case 2:18-cv-00601-RAJ Document 1-5 Filed 05/10/18 Page 522 of 590
Case 2:17-cv-01498-RAJ Document 1-1 Filed 10/05/17 Page 1 of 2

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated | JBS CARRIERS, INC. |

| (b) County of Residence of First Listed Plaintiff    King County | County of Residence of First Listed Defendant    Delaware |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* <br> See Attachment A | Attorneys *(If Known)* <br> See Attachment A |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault, Libel & Slander <br> ☐ 330 Federal Employers' Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle Product Liability <br> ☐ 360 Other Personal Injury <br> ☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - Product Liability <br> ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability <br> ☐ 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage <br> ☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 <br> ☐ 690 Other | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal 28 USC 157 <br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated New Drug Application <br> ☐ 840 Trademark | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC 3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ Exchange <br> ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information Act <br> ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision <br> ☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ Accommodations <br> ☐ 445 Amer. w/Disabilities - Employment <br> ☐ 446 Amer. w/Disabilities - Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate Sentence <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - Conditions of Confinement | **LABOR** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Management Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical Leave Act <br> ☒ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement Income Security Act <br> **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration Actions | **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) <br> **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff or Defendant) <br> ☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332; 28 U.S.C. § 1367

Brief description of cause:
Plaintiff alleges failure to pay wages owed under state law

| VII. REQUESTED IN COMPLAINT: | ☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint: <br> JURY DEMAND:    ☐ Yes  ☒ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE | | DOCKET NUMBER | |
|---|---|---|---|---|---|

| DATE <br> 10/05/2017 | SIGNATURE OF ATTORNEY OF RECORD <br> /s/ Michael Killeen |
|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

# ATTACHMENT A

**Plaintiff's Attorneys**

Toby J. Marshall
Maria Hoisington-Bingham
Terrell Marshall Law Group LLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: 206-816-6603

Hardeep S. Rekhi
Gregory A. Wolk
Rehki & Wolk, P.S.
529 Warren Avenue North, Suite 201
Seattle, WA 98109
Telephone: (206) 388-5887

**Defendant's Attorneys**

Michael J. Killeen
N. Joseph Wonderly
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: 206-622-3150

Jonathon Watson (*Pro Hac Vice* application forthcoming)
Sherman & Howard LLC
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Telephone: 303-299-8286

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
7                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
8

9   KURT SKAU, on behalf of himself and on
    behalf of others similarly situated,              No.
10
                         Plaintiff,                   CERTIFICATE OF SERVICE
11
          v.
12
    JBS CARRIERS, INC., a Delaware corporation,
13
                         Defendant.
14

15        I hereby certify that on October 5, 2017, I electronically filed a Notice of Removal,

16  Certificate of Filing, Civil Cover Sheet, Verification of State Court Records, Defendant's

17  Corporate Disclosure Statement, and this Certificate of Service with the Clerk of the Court

18  using the CM/ECF system and served copies of such filings to the following in the manner

19  noted below:

20

21  | TERRELL MARSHALL LAW GROUP LLC | ☐ Via Legal Messenger |
    | Toby J. Marshall, WSBA # 32726 | ☐ U.S. Mail, postage prepaid |
22  | Email: tmarshall@terrellmarshall.com | ☐ Federal Express |
    | Maria Hoisington-Bingham, WSBA # 51493 | ☐ Facsimile |
23  | Email: mhoisington@terrellmarshall.com | ☐ E-Serve Application |
    | 936 North 34th Street, Suite 300 | ☒ Email |
24  | Seattle, Washington 98103-8869 | |
    | Telephone: 206-816-6603 | |
25  | Facsimile: 206-319-5450 | |

26

27

CERTIFICATE OF SERVICE - 1
4848-4905-2497v.1 0036800-000002

| | |
|---|---|
| REKHI & WOLK, P.S.<br>Hardeep S. Rekhi, WSBA #34579<br>Email: Hardeep@rekhiwolk.com<br>Gregory A. Wolk, WSBA #28946<br>Email: greg@rekhiwolk.com<br>529 Warren Avenue North, Suite 201<br>Seattle, WA 98109<br>Telephone: (206) 388-5887<br>Facsimile: (206) 577-3924 | ☐ Via Legal Messenger<br>☐ U.S. Mail, postage prepaid<br>☐ Federal Express<br>☐ Facsimile<br>☐ E-Serve Application<br>☒ Email |

DATED this 5th day of October 2017.


Davis Wright Tremaine LLP

By: */s/ Michael J. Killeen*
     Michael J. Killeen, WSBA # 7837
     N. Joseph Wonderly, WSBA # 51925
     1201 Third Avenue, Suite 2200
     Seattle, WA  98101-3045
     Telephone: 206-622-3150
     Fax: 206-757-7700
     E-mail: MikeKilleen@dwt.com
     E-mail: JoeWonderly@dwt.com


Sherman & Howard LLC

By: */s/ Jonathon Watson*
     Jonathon Watson (*Pro Hac Vice* application
     forthcoming*)*
     633 Seventeenth Street, Suite 3000
     Denver, Colorado 80202
     Telephone: 303-299-8286
     Fax: 303-298-0940
     E-mail: JWatson@shermanhoward.com

.

Attorneys for Defendant JBS Carriers, Inc.

CERTIFICATE OF SERVICE - 2
4848-4905-2497v.1 0036800-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the State of Washington that on October 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy of such filing to the following in the manner noted below:

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP LLC<br>Toby J. Marshall, WSBA # 32726<br>Email: tmarshall@terrellmarshall.com<br>Maria Hoisington-Bingham, WSBA # 51493<br>Email: mhoisington@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: 206-816-6603<br>Facsimile: 206-319-5450 | ☐ Via Legal Messenger<br>☐ U.S. Mail, postage prepaid<br>☐ Federal Express<br>☐ Facsimile<br>☐ E-Serve Application<br>☒ Email |
| REKHI & WOLK, P.S.<br>Hardeep S. Rekhi, WSBA #34579<br>Email: Hardeep@rekhiwolk.com<br>Gregory A. Wolk, WSBA #28946<br>Email: greg@rekhiwolk.com<br>529 Warren Avenue North, Suite 201<br>Seattle, WA 98109<br>Telephone: (206) 388-5887<br>Facsimile: (206) 577-3924 | ☐ Via Legal Messenger<br>☐ U.S. Mail, postage prepaid<br>☐ Federal Express<br>☐ Facsimile<br>☐ E-Serve Application<br>☒ Email |

DATED this 5th day of October 2017.

/s/ Daniela Najera
Daniela Najera, Legal Secretary

CERTIFICATE OF SERVICE - 3
4848-4905-2497v.1 0036800-000002

Exh. B-11

FILED
KING COUNTY, WASHINGTON

DEC 22 2017

DEPARTMENT OF
JUDICIAL ADMINISTRATION

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

**SKAU**

**vs**

**JBS CARRIERS INC**

NO.   17-2-23242-4        ☒ SEA
                          ☐ KNT

**Notice of remand from US District Court.**

THE HONORABLE JOHN C. COUGHENOUR

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT SKAU, *et al.*,                            CASE NO. C17-1499-JCC

            Plaintiffs,                          ORDER

    v.

JBS CARRIERS, INC.,

            Defendant.

1    This matter comes before the Court on Plaintiffs' motion for remand (Dkt. No. 13).
2    Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral
3    argument unnecessary and hereby GRANTS the motion as it relates to remand and DENIES the
4    motion as it relates to the award of attorney fees and costs.

## I.    BACKGROUND

        Plaintiff Kurt Skau ("Skau") worked as a truck driver for Defendant JBS Carriers, Inc.
("JBS"). (Dkt. No. 1-1 at 3.) Skau filed a class action lawsuit against JBS in King County
Superior Court alleging that JBS violated several Washington State pay and hour regulations.
(*Id.* at 4–5.) JBS removed the lawsuit to this Court asserting diversity jurisdiction under 28
U.S.C. § 1332. (Dkt. No. 1.) Skau asks the Court to remand the case to state court because JBS
has not proved that the amount in controversy is greater than $75,000. (Dkt. No. 13 at 6.)

        //

## II.   DISCUSSION

A party to a civil action brought in state court may remove that action to federal court if the district court would have had original jurisdiction at the time of both commencement of the action and removal. *See* 28 U.S.C. § 1441(a); 14B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 3723 (4th ed. 2013). Where federal jurisdiction is conferred by diversity, the removing party bears the burden of proving complete diversity of citizenship and an amount in controversy greater than $75,000. *See Abrego Abrego v. The Dow Chem. Co.*, 443 F.3d 676, 683 (9th Cir. 2006) (citation omitted). There is a strong presumption against removal jurisdiction, and federal jurisdiction "must be rejected if there is any doubt as to the right of removal in the first instance." *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir.1992). If the complaint does not specify the amount of damages claimed, a removing defendant must establish the amount in controversy requirement by a preponderance of the evidence. *Id.* at 566-67.

Skau's motion turns on a single issue: should the Court factor prospective attorney fees into the $75,000 amount in controversy requirement when it determines whether removal is proper under 28 U.S.C. § 1441. Skau asserts that the Court should only consider attorney fees that have been incurred at the time of removal. (Dkt. No. 13 at 9.) JBS argues that the Court may add to the amount in controversy a reasonable estimate of Plaintiff's attorney fees likely to be incurred during litigation. (Dkt. No. 1 at 8.)

It is undisputed that where an underlying statute authorizes an award of attorney fees to a prevailing party, a claim for such fees can be included in the amount in controversy. *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1155 (9th Cir. 1998). There is Circuit split, however, as to whether attorney fees incurred after removal should be included in the amount in controversy. *Compare Hart v. Schering-Plough Corp.*, 253 F.3d 272, 273-74 (7th Cir. 2001) (holding prospective attorney fees are not included as part of amount in controversy), *with Suber v. Chrysler Corp.*, 104 F.3d 578, 585 (3d Cir. 1997), ("in calculating the amount in controversy, we must consider potential attorney's fees.") The Ninth Circuit has not resolved this issue. *See*

1    *Gonzales v. CarMax Auto Superstores, LLC*, 840 F.3d 644, 649 n. 2 (9th Cir. 2016). As the

2    parties point out, courts across the Circuit—and within the District—have reached differing

3    conclusions. (Dkt. Nos. 13 at 9); *compare Keodalah v. Allstate Ins. Co.*, No. C15-01412-RAJ,

4    slip op. at 4 (W.D. Wash. Mar. 25, 2016) (holding that future attorney fees should not be

5    included in amount in controversy), *with Roe v. Teletech Customer Care Mgmt. (CO), LLC*, No.

6    C07-5149-RBL, slip op. at 4 (W.D. Wash. June 6, 2007) (holding that estimates of future

7    attorney fees can be included in the amount in controversy).

8         The Court has addressed this issue in a prior case. *See Holstrom v. Safeco Insurance*

9    *Company*, Case No. C12-0506-JCC, Dkt. No. 28 at 4 (W.D. Wash. 2012). Similar to this case,

10   *Holstrom* involved a class action lawsuit that the Defendant removed to this Court based on

11   diversity jurisdiction. *Id.* at 2. The Defendant argued that the amount in controversy requirement

12   was met because the Plaintiff's attorney would ultimately expend more than $75,000 litigating

13   the case. *Id.* The Court reasoned that because diversity jurisdiction must be determined at the

14   time an action commences, it is too speculative and impractical to estimate prospective attorney

15   fees as part of the amount in controversy. *Id.* The Court held that its position was "consonant

16   with the policy of strict construction of federal jurisdiction and the goals underlying the amount-

17   in-controversy requirement, which preserves the jurisdiction of the state courts and limits the

18   diversity caseload of the federal courts." *Id.* (citing *Snyder v. Harris*, 394 U.S. 332, 340 (1969)).

19   In doing so, the Court joined others that have held that only attorney fees incurred at the time of

20   removal should be included in the amount in controversy determination. *See, e.g., Gardynski-*

21   *Leschuck v. Ford Motor Co.*, 142 F.3d 955, 959 (7th Cir. 1998); *Kahlo v. Bank of Am., N.A.*, No.

22   C12-0083-RSM, slip op. at 3 (W.D. Wash. Mar. 28, 2012).

23        In this case, the parties dispute whether the amount in controversy is greater than

24   $75,000. Skau's complaint seeks compensatory and exemplary damages, as well as attorney fees

25   and costs under applicable state law. (Dkt. No. 1-1 at 12.) Because the complaint does not

26

ORDER
C17-1499-JCC
PAGE - 3

1    specify the amount of damages sought, JBS has the burden of proving that the amount in

2    controversy is greater than $75,000.

3        In its notice of removal, JBS calculates Skau's prospective damages as $53,648.66. (Dkt.

4    No. 1 at 7.) Skau does not dispute this calculation. By declaration, Skau's attorneys assert that

5    they had incurred $14,085 in fees at the time JBS removed the case from state court. (*See* Dkt.

6    Nos. 14, 15.) While the total of these figures falls $7,266.34 short of the $75,000 amount in

7    controversy threshold, JBS argues that Skau will incur litigation costs far in excess of that

8    shortfall over the life of the lawsuit. (Dkt. No. 1 at 8.) In addition, JBS cites to past class action

9    cases in which Skau's attorneys have been awarded attorney fees that alone eclipsed $75,000.

10   (*Id.*) As noted above, the Court does not find that an estimate of future attorney fees can be used

11   to satisfy the amount in controversy requirement. Therefore, JBS has failed to prove by a

12   preponderance of the evidence that at the time of removal the amount in controversy was greater

13   than $75,000. For that reason, Skau's motion to remand is GRANTED.

14       Skau additionally asks the Court to award him attorney fees and costs because "JBS

15   lacked an objectively reasonable basis for removing this case to federal court." (Dkt. No. 13 at

16   12.) Because courts throughout our Circuit have resolved this issue differently, the Court

17   concludes that JBS had an objectively reasonable basis to remove the case. Skau's motion for

18   attorney fees and costs is DENIED.

19   **III.    CONCLUSION**

20       For those reasons, Plaintiffs' motion for remand (Dkt. No. 13) is GRANTED in part and

21   DENIED in part. The Clerk is DIRECTED to remand this case to King County Superior Court.

22       DATED this 30th day of November 2017.

23

24

25

26

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1499-JCC
PAGE - 4

CLOSED,JURYDEMAND,REMAND

## U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:17-cv-01499-JCC

Skau v. JBS Carriers, Inc.                    Date Filed: 10/05/2017
Assigned to: U.S. District Judge John C Coughenour    Date Terminated: 11/30/2017
Case in other court: King County Superior Court of    Jury Demand: Defendant
                     Washington, 17-00002-23242-4 SEA    Nature of Suit: 790 Labor: Other
Cause: 28:1441 Notice of Removal               Jurisdiction: Diversity

### Plaintiff

**Kurt Skau**                        represented by    **Greg Alan Wolk**
*on behalf of himself and on behalf of*               REKHI & WOLK, P.S.
*others similarly situated*                           529 WARREN AVENUE N., SUITE
                                                      201
                                                      SEATTLE, WA 98109
                                                      206-388-5887
                                                      Fax: 206-577-3924
                                                      Email: greg@rekhiwolk.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Hardeep S Rekhi**
                                                      REKHI & WOLK, P.S.
                                                      529 WARREN AVENUE N., SUITE
                                                      201
                                                      SEATTLE, WA 98109
                                                      206-388-5887
                                                      Fax: 206-577-3924
                                                      Email: hardeep@rekhiwolk.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Toby James Marshall**
                                                      TERRELL MARSHALL LAW
                                                      GROUP PLLC
                                                      936 NORTH 34TH STREET
                                                      STE 300
                                                      SEATTLE, WA 98103-8869
                                                      206-816-6603
                                                      Fax: 206-319-5450
                                                      Email: tmarshall@terrellmarshall.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*



CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
                        Deputy Clerk

**Maria Hoisington-Bingham**
TERRELL MARSHALL LAW
GROUP PLLC
936 NORTH 34TH STREET
STE 300
SEATTLE, WA 98103-8869
206-816-6603
Email:
mhoisington@terrellmarshall.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JBS Carriers, Inc.**                represented by **Jonathon Watson**
*a Delaware corporation*                              SHERMAN & HOWARD LLC
                                                      633 SEVENTEENTH STREET, STE
                                                      3000
                                                      DENVER, CO 80202
                                                      303-299-8286
                                                      Email: jwatson@shermanhoward.com
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michael J Killeen**
                                                      DAVIS WRIGHT TREMAINE (SEA)
                                                      1201 THIRD AVENUE
                                                      STE 2200
                                                      SEATTLE, WA 98101-3045
                                                      206-622-3150
                                                      Fax: 206-757-7700
                                                      Email: mikekilleen@dwt.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Nathaniel Joseph Wonderly**
                                                      DAVIS WRIGHT TREMAINE (SEA)
                                                      1201 THIRD AVENUE
                                                      STE 2200
                                                      SEATTLE, WA 98101-3045
                                                      206-622-3150
                                                      Fax: 206-757-7700
                                                      Email: joewonderly@dwt.com
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
|            |   |             |

| | | |
|---|---|---|
| 10/05/2017 | 1 | NOTICE OF REMOVAL from King Count Superior Court, case number 17-2-23242-4 SEA; () Attorney Nathaniel Joseph Wonderly added to party JBS Carriers, Inc. (pty:dft), filed by JBS Carriers, Inc.. (Attachments: # 1 Exhibit Exh A Complaint, # 2 Exhibit Exh B-1 Case Schedule, # 3 Exhibit Exh B-2 Case Information Cover Sheet, # 4 Exhibit Exh B-3 Summons, # 5 Exhibit Exh B-4 Affidavit of Service of Summons Complaint and Related Docs, # 6 Exhibit Exh B-5 Case Assignment & Area Desig, # 7 Exhibit Exh B-6 Notice of Appear M. Killeen & J. Watson, # 8 Exhibit Exh B-7 Notice of Appearance for J. Wonderly, # 9 Exhibit Exh B-8 Stip for Electronic Service, # 10 Exhibit Exh C Declaration of Taylor - Executed, # 11 Exhibit Exh D Declaration of McQuade - Executed, # 12 Exhibit Exh E Time Entries - Helde, # 13 Exhibit Exh F Time Entries - Wilbur, # 14 Complaint, # 15 Civil Cover Sheet, # 16 Certificate of Service)(Wonderly, Nathaniel) (Receipt # 0981-5043152) Modified on 10/5/2017 (PS). (Entered: 10/05/2017) |
| 10/05/2017 | 2 | VERIFICATION OF STATE COURT RECORDS re 1 Notice of Removal,,, by Defendant JBS Carriers, Inc. (Attachments: # 1 Exhibit Exh A, # 2 Exhibit Exh B-1, # 3 Exhibit Exh B-2, # 4 Exhibit Exh B-3, # 5 Exhibit Exh B-4, # 6 Exhibit Exh B-5, # 7 Exhibit Exh B-6, # 8 Exhibit Exh B-7, # 9 Exhibit Exh B-8, # 10 Exhibit Exh C, # 11 Exhibit Exh D, # 12 Exhibit Exh E, # 13 Exhibit Exh F)(Wonderly, Nathaniel) (Entered: 10/05/2017) |
| 10/05/2017 | 3 | CERTIFICATE of Filing Notice of Removal in State Court re 1 Notice of Removal,,, by Defendant JBS Carriers, Inc. (Wonderly, Nathaniel) (Entered: 10/05/2017) |
| 10/05/2017 | 4 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent ~~JBS Carriers, Inc.~~ Swift Brands Company for JBS Carriers, Inc.. Filed pursuant to Fed.R.Civ.P 7.1. Filed by JBS Carriers, Inc. (Wonderly, Nathaniel) Modified on 10/10/2017 to correctly reflect Corporate Parent identified in corporate disclosure statement (KB). (Entered: 10/05/2017) |
| 10/05/2017 | | NOTICE of Docket Text Modification re 4 Corporate Disclosure Statement: Modified on 10/10/17 to correctly reflect Corporate Parent identified in corporate disclosure statement. (KB) (Entered: 10/10/2017) |
| 10/06/2017 | | U.S. District Judge John C Coughenour added. (ST) (Entered: 10/06/2017) |
| 10/06/2017 | 5 | LETTER from Clerk to counsel re receipt of case from King County Superior Court and advising of WAWD case number and judge assignment. (ST) (Entered: 10/06/2017) |
| 10/06/2017 | | **NOTICE TO FILER RE ERRORS UPON CASE OPENING:** 1) When filing a Notice of Removal, the attorney or pro se party who filed the case on behalf of the plaintiff must be entered in order to receive notice of filings. In this case, Toby J. Marshall and Hardeep S. Rekhi were not entered by the filer. The docket has been updated. 2) The filer must add all of the attorneys who signed the Notice of Removal. In this case, Michael J. Killeen was not entered as counsel for the plaintiff. The docket has been updated. 3) Pursuant to FRCP Rule 11 and LCR 5(d), signatures must comply with Section III(L) of the Electronic Filing Procedures, which states, "An electronically filed |

| | | |
|---|---|---|
| | | pleading or other document which requires an attorney's signature must have the signers name(s) printed or typed on the line and under all signature lines. Attorney N. Joseph Wonderly did not include an original or electronic signature on the Notice of Removal. You do not have to re-file this document, but please be sure that future documents are properly signed according to the court rule. 4) The filer is responsible for entering party text exactly as it appears on the original state court complaint. For example, a Delaware corporation should have been entered as party text for JBS Carriers, Inc.. **When opening future cases, please follow the step-by-step instructions on the Attorney's Guide to Opening a Civil Case on the court's website at wawd.uscourts.gov.** (ST) (Entered: 10/06/2017) |
| 10/06/2017 | | **NOTICE TO PLAINTIFF'S COUNSEL:** Although attorney Maria Hoisington-Bingham was noted as attorney of record on the original state court complaint, she is not admitted to practice in U.S. District Court, Western District of Washington. Counsel must file an Attorney Admission Petition form and register for ECF. These forms can be found under the Attorneys tab/Attorney Admissions on the courts website at wawd.uscourts.gov. If you have any questions about e-filing, registration or training, please call the ECF Support Desk at 206-370-8440, ext 2. After you have been admitted to practice before this court, please promptly file a Notice of Appearance pursuant to LCR 83.2 to ensure that you are added to the docket in order to receive notice of case filings. Thank you. (cc: Maria Hoisington-Bingham, Ad Hoc) (ST) (Entered: 10/06/2017) |
| 10/06/2017 | 6 | ORDER REGARDING DISCOVERY AND DEPOSITIONS by U.S. District Judge John C. Coughenour. (PP) (Entered: 10/06/2017) |
| 10/06/2017 | 7 | MINUTE ENTRY re: STATUS CONFERENCE.<br><br>The attorney who will be responsible for trying the case should attend the conference and be prepared to discuss the following matters at the conference: **1.** The nature of the case; **2.** The status of matters which are presently set before the Court, e.g., hearings, motions, etc.; **3.** The status of discovery and a time schedule for its completion; **4.** A statement of any legal issues about which motions are contemplated and a possible briefing schedule; **5.** An estimate of the number of days needed for trial; **6.** Whether the case is jury or non-jury; **7.** The date by which the case will be ready for trial; **8.** Settlement probabilities; and **9.** Whether the parties consent to proceed to trial before an assigned magistrate judge pursuant to 28 U.S.C. 636(c). If counsel's office is outside of the Greater Metropolitan Seattle area, arrangements may be made to participate telephonically in the conference by contacting the Courtroom Deputy Clerk at **Paul_Pierson@wawd.uscourts.gov** at least TEN (10) days prior to the proceeding. Counsel do NOT need to file a Joint Status Report or Rule 26(f) Report in advance of the Status Conference. Counsel should plan on arriving 10-15 minutes early to check in with the Courtroom Deputy Clerk, as the Court's calendar begins promptly at 9:00 a.m. COUNSEL OR THE PRO SE PARTY WHO FILED THIS MATTER SHALL IMMEDIATELY NOTIFY |

| | | |
|---|---|---|
| | | ALL PARTIES OF THE DATE AND TIME OF THE SCHEDULED STATUS CONFERENCE. A **Status Conference is set for 1/16/2018 at 9:00 AM** in Courtroom 16206 before U.S. District Judge John C. Coughenour. (PP) (Entered: 10/06/2017) |
| 10/09/2017 | 8 | APPLICATION OF ATTORNEY Jonathon Watson FOR LEAVE TO APPEAR PRO HAC VICE for Defendant JBS Carriers, Inc. (Fee Paid) Receipt No. 0981-5045788 (Killeen, Michael) (Entered: 10/09/2017) |
| 10/09/2017 | 9 | MOTION for Extension of Time to File Answer , filed by Defendant JBS Carriers, Inc.. Noting Date 10/10/2017, (Killeen, Michael) (Entered: 10/09/2017) |
| 10/10/2017 | 10 | MINUTE ORDER granting Defendant's 9 Motion for Extension of Time to Answer ; Defendant shall FILE its responsive pleading no later than 10/27/2017. Authorized by U.S. District Judge John C Coughenour. (SWT) (Entered: 10/10/2017) |
| 10/10/2017 | 11 | ORDER re 8 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Jonathan Watson for Defendant JBS Carriers, Inc., by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 10/10/2017) |
| 10/16/2017 | 12 | ANSWER to Complaint; with JURY DEMAND by JBS Carriers, Inc.. (Wonderly, Nathaniel) (Entered: 10/16/2017) |
| 11/02/2017 | 13 | MOTION to Remand , filed by Plaintiff Kurt Skau. (Attachments: # 1 Proposed Order) Noting Date 11/24/2017, (Marshall, Toby) (Entered: 11/02/2017) |
| 11/02/2017 | 14 | DECLARATION of Toby J. Marshall filed by Plaintiff Kurt Skau re 13 MOTION to Remand (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Marshall, Toby) (Entered: 11/02/2017) |
| 11/02/2017 | 15 | DECLARATION of Gregory A. Wolk filed by Plaintiff Kurt Skau re 13 MOTION to Remand (Marshall, Toby) (Entered: 11/02/2017) |
| 11/07/2017 | 16 | NOTICE of Appearance by attorney Maria Hoisington-Bingham on behalf of Plaintiff Kurt Skau. (Hoisington-Bingham, Maria) (Entered: 11/07/2017) |
| 11/20/2017 | 17 | RESPONSE, by Defendant JBS Carriers, Inc., to 13 MOTION to Remand . (Wonderly, Nathaniel) (Entered: 11/20/2017) |
| 11/20/2017 | 18 | DECLARATION of Michael McQuade filed by Defendant JBS Carriers, Inc. re 13 MOTION to Remand (Wonderly, Nathaniel) (Entered: 11/20/2017) |
| 11/20/2017 | 19 | PRAECIPE re 18 Declaration *of Michael McQuade* by Defendant JBS |

| | | |
|---|---|---|
| | | Carriers, Inc. (Attachments: # 1 Declaration of Michael McQuade)(Killeen, Michael) (Entered: 11/20/2017) |
| 11/22/2017 | 20 | REPLY, filed by Plaintiff Kurt Skau, TO RESPONSE to 13 MOTION to Remand (Marshall, Toby) (Entered: 11/22/2017) |
| 11/30/2017 | 21 | ORDER granting in part and denying in part Plaintiffs' 13 Motion to Remand. The Clerk is DIRECTED to remand this case to King County Superior Court.<br><br>Per LCR 3(i), case will be remanded 14 days from the date of this Order, on 12/14/2017. Signed by U.S. District Judge John C Coughenour. (TH) (Entered: 11/30/2017) |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

December 14, 2017

King County Superior Court
Clerk of the Court
516 – 3RD AVE, E–609
SEATTLE, WA 98104

RE: *Skau v. JBS Carriers, Inc.*
Case #2:17–cv–01499–JCC

Dear Clerk:

Please find enclosed the certified copy of Judge John C Coughenour's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s):* 17–2–23242–4 SEA

*Assigned to Judge:* _____

*Completed by Deputy Clerk:* _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Sharita W Tolliver,
*Deputy Clerk*

Enclosures

Exh. B-12



**King County**
**Department of Judicial Administration**
*Barbara Miner*
*Director and Superior Court Clerk*
(206) 296-9300   (206) 296-0100 TTY/TDD

FILED

17 DEC 27 PM 2:37

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

December 27, 2017


MARSHALL, TOBY JAMES
936 N 34TH ST STE 300
SEATTLE, WA 98103-8869


RE: SKAU v. JBS CARRIERS INC., Cause # 17-2-23242-4 SEA

Dear Mr. Marshall:

On **09-05-2017**, a case was filed with the King County Superior Court and an Order Setting an Original Trial date of **09-04-2018** was issued.  This matter was disposed on **10-05-2017** when a Notice of Filing Petition for Removal to US District Court was filed with the clerk.  On **12-22-2017**, we received notification that this matter has been returned to our jurisdiction.

This is to advise you that the case schedule with the trial date of **09-04-2018** has been reinstated.  This case is assigned to the **Hon. Veronica A. Galvan, Tel. No. 206-477-1453.**  Please notify all interested parties of this reinstatement.  If due dates become a concern; please motion the court to amend your case schedule.

Please contact Bailiff Annie Johnson @ galvan.court@kingcounty.gov if you have any questions or need additional information.

Sincerely,



E. Nordmark
Deputy Clerk, Caseflow Section


Cc: case file

---

| *Seattle:* | *Regional Justice Center:* | *Juvenile:* |
|---|---|---|
| 516 Third Avenue Room E609 | 401 Fourth Avenue North Room 2C | 1211 East Alder Room 307 |
| Seattle, WA  98104-2386 | Kent, WA 98032-4429 | Seattle, WA  98122-5598 |

Exh. B-13

FILED

18 JAN 25 AM 9:00

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JBS CARRIERS, INC., a Delaware corporation,<br>Defendant. | **CASE NO.** 17-2-23242-4 SEA<br>**NOTICE OF COURT DATE (Judges)**<br>**(NOTICE FOR HEARING)**<br>**SEATTLE COURTHOUSE ONLY**<br>(Clerk's Action Required)   (NTHG) |

**TO:**  **THE CLERK OF THE COURT** and to all other parties per list on Page 2:
**PLEASE TAKE NOTICE** that an issue of law in this case will be heard on the date below and the Clerk is directed to note this issue on the calendar checked below.

**Calendar Date:** February 2, 2018   **Day of Week:** Friday
**Nature of Motion:** FOR LIMITED ADMISSION PURSUANT TO APR 8(b) *(PRO HAC VICE)*

| CASES ASSIGNED TO INDIVIDUAL JUDGES – SEATTLE |
|---|
| If oral argument on the motion is allowed (LCR 7(b)(2)), contact staff of assigned judge to schedule date and time before filing this notice. **Working Papers:** The judge's name, date and time of hearing must be noted in the upper right corner of the Judge's copy.   **Deliver Judge's copies to Judges' Mailroom at C203.** |
| [X] Without oral argument (Mon - Fri) |
| [ ] With oral argument Hearing               Date/Time: February 2, 2018 |
| Judge's Name: The Honorable Veronica A. Galvan      Trial Date: September 4, 2018 |

| CHIEF CRIMINAL DEPARTMENT – SEATTLE (E1201) |
|---|
| [ ] Bond Forfeiture  3:15 pm, 2nd Thursday of each month |
| [ ] Extraordinary Writs from criminal or infraction (Show Cause Hearing) LCR 98.40(d)    3:00 p.m. Mon-Thurs. |
| [ ] Certificates of Rehabilitation- Weapon Possession **(Convictions from Limited Jurisdiction Courts)** 3:30 First Tues of each month |

| CHIEF CIVIL DEPARTMENT – SEATTLE (Please report to W325 courtroom 2 for assignment) |
|---|
| *Deliver working copies to Judges' Mailroom, Room C203.  In upper right corner of papers write "Chief Civil Department" or judge's name and date of hearing* |
| [ ] Extraordinary Writs (Show Cause Hearing) (LCR 98.40)  1:30 p.m. Thurs/Fri -report to Room W719 |
| [ ] Supplemental Proceedings/ Judicial Subpoenas   (1:30 pm **Thurs/Fri**)(LCR 69) |
| [ ] Motions to Consolidate with multiple judges assigned (LCR 40(a)(4) (without oral argument) M-F |
| [ ] Structured Settlements   (1:30 pm **Thurs/Fri**)(LCR 40(2)(S)) |

| Non-Assigned Cases: |
|---|
| [ ] Non-Dispositive Motions M-F (without oral argument). |
| [ ] Dispositive Motions and Revisions (1:30 pm **Thurs/Fri**). |
| [ ] Certificates of Rehabilitation (**Employment**) 1:30 pm **Thurs/Fri** (LR 40(a)(2)(B)) |

**You may list an address that is not your residential address where you agree to accept legal documents.**

| | |
|---|---|
| Sign: */s/ Michael J. Killeen* | Print/Type Name: Michael J. Killeen |
| WSBA # 7837 (if attorney) | Attorney for: JBS Carriers, INC., Defendant |
| Address: 1201 Third Ave., Suite 2200 | City, State, Zip Seattle, WA 98101 |
| Telephone: (206) 622-3150 | Email Address: MikeKilleen@dwt.com        Date: 1/24/2018 |

## DO NOT USE THIS FORM FOR FAMILY LAW OR EX PARTE MOTIONS.

| LIST NAMES AND SERVICE ADDRESSES FOR ALL NECESSARY PARTIES REQUIRING NOTICE |
|---|

Name: <u>Toby J. Marshall, WSBA # 32726</u>
Name: <u>Maria Hoisington-Bingham, WSBA # 51493</u>
Service Address: <u>936 North 34th Street, Suite 300</u>
City, State, Zip: <u>Seattle, Washington 98103-8869</u>
Atty. For: <u>Kurt Skau, Plaintiff</u>
Telephone #: <u>206-816-6603</u>
Email: <u>tmarshall@terrellmarshall.com</u>
Email: <u>mhoisington@terrellmarshall.com</u>

Name: <u>Hardeep S. Rekhi, WSBA #34579</u>
Name: <u>Gregory A. Wolk, WSBA #28946</u>
Service Address: <u>529 Warren Avenue North, Suite 201</u>
City, State, Zip: <u>Seattle, WA 98109</u>
Atty. For: <u>Kurt Skau, Plaintiff</u>
Telephone #: <u>206-388-5887</u>
Email: <u>tmarshall@terrellmarshall.com</u>
Email: <u>mhoisington@terrellmarshall.com</u>

## IMPORTANT NOTICE REGARDING CASES

Party requesting hearing must file motion & affidavits separately along with this notice. List the names, addresses and telephone numbers of all parties requiring notice (including GAL) on this page. Serve a copy of this notice, with motion documents, on all parties.

The original must be filed at the Clerk's Office not less than **six** court days prior to requested hearing date, except for Summary Judgment Motions (to be filed with Clerk 28 days in advance).

THIS IS ONLY A PARTIAL SUMMARY OF THE LOCAL RULES AND ALL PARTIES ARE ADVISED TO CONSULT WITH AN ATTORNEY.

The SEATTLE COURTHOUSE is in Seattle, Washington at 516 Third Avenue. The Clerk's Office is on the sixth floor, room E609. The Judges' Mailroom is Room C203.

Exh. B-14

FILED

18 JAN 25 AM 9:00

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-23242-4 SEA

The Honorable Veronica A. Galvan
Hearing Date: February 2, 2018
Without Oral Argument

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY

KURT SKAU, on behalf of himself and on
behalf of others similarly situated,

               Plaintiff,

    v.

JBS CARRIERS, INC., a Delaware
corporation,

               Defendant.

No. 17-2-23242-4 SEA

**UNOPPOSED MOTION FOR LIMITED
ADMISSION PURSUANT TO APR 8(b)
(*PRO HAC VICE*)**

## I. RELIEF REQUESTED

The Moving Party, Michael J. Killeen, moves the court for the limited admission of

Jonathon Watson and James S. Korte for the purpose of appearing as a lawyer in this

proceeding.  Plaintiff's counsel has indicated that they do not oppose this motion.

**Identity of Moving Party** (Washington State Bar Association Member):

| | | |
|---|---|---|
| Name: | Michael J. Killeen | WSBA No 7837 |
| Address: | Davis Wright Tremaine LLP | |
| | 1201 Third Avenue, Suite 2200 | |
| | Seattle, WA  98101 | |
| | Phone No. (206) 622-3150 | Email: mikekilleen@dwt.com |

SUPERIOR COURT
APR 8(b) MOTION
Page 1 of 7

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4848-5834-3258v.1 0036800-000002

**Identities of Applicants for Limited Admission:**

**Name:**      **Jonathon Watson**                Bar No. 45203

Jurisdiction of Primary Practice:      Colorado

Address:      Sherman & Howard L.L.C.
              633 Seventeenth Street, Suite 3000
              Denver, Colorado  80202

Phone No.    (303) 299-8286              Email: jwatson@shermanhoward.com


**Name:**      **James S. Korte**                 Bar No. 51196

Jurisdiction of Primary Practice:      Colorado

Address:      Sherman & Howard L.L.C.
              633 Seventeenth Street, Suite 3000
              Denver, Colorado  80202

Phone No.    (303) 299-8216              Email: JKorte@shermanhoward.com

## II.  STATEMENT OF THE FACTS

Jonathon Watson was admitted to practice law in Colorado in 2012.  He is a resident of Denver, Colorado and maintains a law practice in the State of Colorado.  Mr. Watson is a member in good standing of the Colorado State Bar and has read and complied with APR 8(b).

James S. Korte was admitted to practice law in Colorado in 2017.  He is a resident of Denver, Colorado and maintains a law practice in the State of Colorado.  Mr. Korte is a member in good standing of the Colorado State Bar and has read and complied with APR 8(b).

## III.  STATEMENT OF THE ISSUE

Should the Applicant for Limited Admission named above be granted limited admission to the practice of law pursuant to APR 8(b) for the purpose of appearing as a lawyer in this proceeding? Answer: Yes.

SUPERIOR COURT
APR 8(b) MOTION
Page 2 of 7

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

4848-5834-3258v.1 0036800-000002

1

## IV.  EVIDENCE RELIED UPON

2      This motion is based on the accompanying certifications of the Moving Party and the

3  Applicants for Limited Admission.

4

## V.  LEGAL AUTHORITY

5      This motion is made pursuant to Rule 8(b) of the Admission to Practice Rules (APR).

6

## VI.  PROPOSED ORDER

7      A proposed order granting the relief requested accompanies this motion.

8      RESPECTFULLY SUBMITTED this 24th day of January, 2018.

9                                           **Davis Wright Tremaine LLP**

10

11                                    By:  */s/ Michael J. Killeen*
                                          Michael J. Killeen, WSBA # 7837
12                                        1201 Third Avenue, Suite 2200
                                          Seattle, WA  98101-3045
13                                        Telephone: 206-622-3150
                                          Fax: 206-757-7700
14                                        E-mail:    MikeKilleen@dwt.com

15

16

17

18

19

20

21

22

23

24  SUPERIOR COURT
    APR 8(b) MOTION
    Page 3 of 7

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4848-5834-3258v.1 0036800-000002

## CERTIFICATION OF APPLICANT FOR LIMITED ADMISSION

I hereby certify under penalty of perjury under the laws of the State of Washington that:

1. I am a member in good standing of the bar of the state of the United States listed above as my jurisdiction of primary practice.

2. I am a resident of and maintain a law practice in that jurisdiction of primary practice.

3. I have read the Rules of Professional Conduct adopted by the Supreme Court of the State of Washington and agree to abide by them.

4. I have complied with all of the requirements of APR 8(b).

5. I have read the foregoing motion and certification and the statements contained in it are full, true and correct.

Signed on _January 22_____, 2018 at Denver, Colorado.

Jonathon Watson

SUPERIOR COURT
APR 8(b) MOTION
Page 4 of 7

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4848-5834-3258v.1 0036800-000002

## CERTIFICATION OF APPLICANT FOR LIMITED ADMISSION

I hereby certify under penalty of perjury under the laws of the State of Washington that:

1. I am a member in good standing of the bar of the state of the United States listed above as my jurisdiction of primary practice.

2. I am a resident of and maintain a law practice in that jurisdiction of primary practice.

3. I have read the Rules of Professional Conduct adopted by the Supreme Court of the State of Washington and agree to abide by them.

4. I have complied with all of the requirements of APR 8(b).

5. I have read the foregoing motion and certification and the statements contained in it are full, true and correct.

Signed _January 22_, 2018 at Denver, Colorado.

James S. Korte

SUPERIOR COURT
APR 8(b) MOTION
Page 5 of 7

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4848-5834-3258v.1 0036800-000002

## CERTIFICATION OF MOVING PARTY/WSBA MEMBER

I hereby certify under penalty of perjury under the laws of the State of Washington that:

    1.  I am an active member in good standing of the Washington State Bar Association.

    2.  I will be the lawyer of record in this proceeding, responsible for the conduct of the applicant, and present at proceedings in this matter unless excused by the court.

    3.  I have submitted a copy of this motion together with the required fee of $830 to the Washington State Bar Association, 1325 4th Ave., Ste. 600, Seattle, WA 98101-2539.

    4.  I have complied with all of the requirements of APR 8(b).

    5.  I have read the foregoing motion and certification and the statements contained in it are full, true and correct.

Signed on January 24, 2018 at Seattle, Washington.

By: /s/ Michael J. Killeen
       Michael J. Killeen, WSBA # 7837
       1201 Third Avenue, Suite 2200
       Seattle, WA 98101-3045
       Telephone: 206-622-3150
       Fax: 206-757-7700
       E-mail:   MikeKilleen@dwt.com

SUPERIOR COURT
APR 8(b) MOTION
Page 6 of 7

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4848-5834-3258v.1 0036800-000002

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the State of Washington and the United States that, on the date indicated below, I electronically filed the foregoing document with the Clerk of the Court using the ECF system and will provide a copy of such filing to the following per our electronic agreement:

**Via Email**

TERRELL MARSHALL LAW GROUP LLC
Toby J. Marshall, WSBA # 32726
Email: tmarshall@terrellmarshall.com
Maria Hoisington-Bingham, WSBA # 51493
Email: mhoisington@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: 206-816-6603
Facsimile: 206-319-5450

REKIII & WOLK, P.S.
Hardeep S. Rekhi, WSBA #34579
Email: Hardeep@rekhiwolk.com
Gregory A. Wolk, WSBA #28946
Email: greg@rekhiwolk.com
529 Warren Avenue North, Suite 201
Seattle, WA 98109
Telephone: (206) 388-5887
Facsimile: (206) 577-3924

DATED this 24th day of January 2018.

/s/ Daniela Najera
Daniela Najera, Legal Secretary

SUPERIOR COURT
APR 8(b) MOTION
Page 7 of 7

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4848-5834-3258v.1 0036800-000002

<div align="right">

The Honorable Veronica A. Galvan
Hearing Date: February 2, 2018
Without Oral Argument

</div>

1
2
3
4
5
6

**IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY**

7
8

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated, | |
| Plaintiff, | No. 17-2-23242-4 SEA |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR LIMITED ADMISSION PURSUANT TO APR 8(b)** (***PRO HAC VICE***) |
| JBS CARRIERS, INC., a Delaware corporation, | |
| Defendant. | |

9
10
11
12
13
14

It is hereby ORDERED that Jonathon Watson and James S. Korte, Applicants for Limited Admission pursuant to APR 8(b) are admitted, *pro hac vice*, to practice as lawyers in this proceeding.  The Moving Party, Michael J. Killeen of Davis Wright Tremaine, LLP, will be the lawyer of record in this case, will be responsible for the conduct of Jonathon Watson and James S. Korte and he will be present at proceedings in this matter unless excused by the Court.

///

///

///

[PROPOSED] ORDER GRANTING
APR 8(b) MOTION
Page 1 of 2

4847-2077-7049v.1 0036800-000002
4830-2975-7786v.1 0036800-000002

1        IT IS SO ORDERED.

2            Dated _____.

3

4                                        _____
                                         The Honorable Veronica A. Galvan

5

6    Presented by:

7    Davis Wright Tremaine LLP
     Attorneys for JBS CARRIERS, INC.

8

9    By: /s/ Michael J. Killeen
         Michael J. Killeen, WSBA # 7837
         1201 Third Avenue, Suite 2200
10       Seattle, WA  98101-3045
         Telephone: 206-622-3150
11       Fax: 206-757-7700
         E-mail: MikeKilleen@dwt.com

12

13

14

15

16

17

18

19

20

21

22

23

24   [PROPOSED] ORDER GRANTING              Davis Wright Tremaine LLP
     APR 8(b) MOTION                              LAW OFFICES
     Page 2 of 2                            1201 Third Avenue, Suite 2200
                                              Seattle, WA  98101-3045
                                       206.622.3150 main · 206.757.7700 fax

Exh. B-15



KING COUNTY, WASHINGTON

JAN 26 2018

SUPERIOR COURT CLERK
BY Tara Shoemaker
DEPUTY

THE HONORABLE VERONICA A. GALVAN
Department 21

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

KURT SKAU, on behalf of himself and on
behalf of others similarly situated,

               Plaintiff,

    v.

JBS CARRIERS, INC., a Delaware corporation,

               Defendant.

NO. 17-2-23242-4 SEA

PROTECTIVE ORDER

Pursuant to CR 26(c), the Court hereby enters the following Protective Order.

**A.**    **Purpose and Limitations.**

Discovery in this action is likely to involve production of confidential, proprietary, or

private information for which special protection may be warranted. Accordingly, the parties

stipulate to and enter into the following agreement regarding discovery, which the parties

respectfully ask the Court to enter as a Stipulated Protective Order ("Protective Order").[1]

The parties acknowledge that this agreement is consistent with Civil Rule 26(c) and

Local Civil Rule 26(c). It does not confer blanket protection on all disclosures or responses to

discovery, the protection it affords from public disclosure and use extends only to the limited

information or items that are entitled to confidential treatment under the applicable legal

---

[1] This agreement will be binding on the parties upon signing.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1   principles, and it does not presumptively entitle parties to file confidential information under

2   seal.

3   **B.    Scope of Protective Order**

4        1.      This Protective Order shall govern the use and disclosure of certain sensitive and

5   confidential information designated in good faith by a party to this litigation as being

6   "Confidential," as set forth below, and which is contained in (a) any documents, written

7   discovery responses, or tangible evidence produced in this litigation by means of discovery and

8   (b) any testimony or transcripts of depositions taken in this action. This Protective Order

9   establishes a procedure for the expeditious handling of such Confidential information; it shall not

10  be construed as creating any presumption on the confidentiality of any document.

11       2.      The attorneys of record, and all others to whom any such designated Confidential

12  information and material is disclosed, shall maintain such designated Confidential information

13  and material in strict confidence, shall not disclose such designated Confidential information and

14  material except in accordance with this Protective Order, and shall use such designated

15  Confidential information and material solely for this litigation.  All produced Confidential

16  information and material shall be carefully maintained in secure facilities (such as law firm

17  offices), and access to such Confidential information and material shall be permitted only to

18  persons properly having access thereto under the terms of this Protective Order.

19  **C.    Confidential Matter**

20       3.      The party claiming that documents, written discovery responses, or tangible

21  evidence constitute or include Confidential information or material (the "Designating Party")

22  shall mark those portions of the material considered in good faith to be confidential (in such

23  manner as will not interfere with the legibility thereof) with the legend: "Confidential."

24  Deposition testimony may be designated as "Confidential" by invoking this Protective Order on

25  the record with respect to specific designated testimony, or by using the procedure described in

26  Paragraph 5 of this section.

27

PROTECTIVE ORDER - 2
CASE NO. 17-2-23242-4 SEA

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1      4.    By designating materials as Confidential, the Designating Party and its counsel

2 represent that they have a good faith belief that the materials so designated contain sensitive,

3 non-public, confidential information, including but not limited to, (a) medical records, (b)

4 employee personnel records; (c) payroll and salary information, (d) financial or business

5 information not subject to public disclosure, and (e) sensitive business information, including but

6 not limited to, Company competitive strategic initiatives and policies, as well as client

7 identifying information, and client billing, fees, and costs.

8      5.    If depositions are conducted which involve Confidential information, each party

9 shall have until ten (10) days after receipt of the deposition transcript within which to provide

10 written notice to the other party of the portions of the transcript (by specific page and line

11 reference) to be designated Confidential. Prior to the expiration of the ten (10) day period, the

12 entire deposition transcript shall be treated as Confidential information. The Designating Party

13 shall be responsible for assuring that those portions of the deposition transcript and exhibits

14 designated Confidential are appropriately bound by the reporter.

15      6.    Confidential information or material may be disclosed only to the following

16 persons:

17      6.1.    Authors, originators, or original recipients of the Confidential information

18 or material.

19      6.2.    The parties to this action.

20      6.3.    Employees, officers and directors of a party to this action, to the extent

21 that such employees, officers and directors have a need to know the Confidential information for

22 the conduct of this litigation.

23      6.4.    The attorneys of record in this litigation and employees or contract

24 personnel retained by such attorneys' offices (such as secretaries, legal assistants, and document

25 copying, coding, or imaging services) to whom it is necessary to disclose such information or

26 material in furtherance of the prosecution or defense of this action, any insurance representative

27 to whom it is necessary to disclose such information or material, and any mediator selected to

PROTECTIVE ORDER - 3
CASE NO. 17-2-23242-4 SEA

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  mediate this matter; provided, however, that the attorneys of record utilizing such personnel shall

2  be responsible to ensure compliance with this Order with respect to all such contract personnel

3  and third party vendors.

4           6.5.    The Court and its personnel, as necessary in support of motions, pleadings

5  and other court papers and proceedings.

6           6.6.    Court reporters and their assistants, to the extent reasonably necessary for

7  the reporting of depositions and hearings.

8           6.7.    Non-party witnesses who, prior to receiving Confidential information,

9  have received a copy of this Protective Order and signed an agreement (in substantially the form

10  presented in Exhibit A hereto) to be bound by its terms and to refrain from redistributing all such

11  information. Such lay witnesses shall have access to Confidential information only if the

12  disclosing party has a good faith belief disclosure is necessary and the disclosure is only for

13  purposes limited to participation in this litigation (i.e., testimony, deposition preparation,

14  interviews yielding affidavits or declarations, etc.).  Such witness may not retain any

15  "Confidential" material. However, Plaintiff and his attorneys and representatives shall not share

16  Confidential information specific to one putative class member or named Plaintiff with another

17  putative class member or named Plaintiff.

18           6.8.    Experts retained by an attorney to whom disclosure may be made pursuant

19  to Paragraph 6.4, but only to the extent that the expert, prior to receiving any Confidential

20  information or material, has received a copy of this Protective Order and signed an agreement (in

21  substantially the form presented in Exhibit A hereto) to be bound by its terms and to refrain from

22  redistributing all such information. Such experts shall have access to Confidential information

23  only if the disclosing party has a good faith belief disclosure is necessary and the disclosure is

24  only for purposes limited to participation in this litigation. Such experts may not retain any

25  "Confidential" material.

26       7.    If a Designating Party files Confidential information or material, not under seal

27  and without redaction, its designation shall be deemed abandoned.  Nothing in this Protective

PROTECTIVE ORDER - 4
CASE No. 17-2-23242-4 SEA

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1   Order precludes either party from seeking a supplemental agreement or protective order

2   imposing additional protections for specific documents that present special or unique

3   confidentially concerns.

4   **D.    Production of Redacted Documents - Redactions Required by GR 31**

5        8.    When any party is producing documents to another party, the producing party

6   shall have the option to redact information identified in GR 31, which provides in pertinent part:

7        9.    Personal Identifiers Omitted or Redacted from Court Records

8          9.1    Except as otherwise provided in GR 22, parties shall not include, and if

9              present shall redact, the following personal identifiers from all documents

10             filed with the court, whether filed electronically or in paper, unless

11             necessary or otherwise ordered by the Court.

12             (a)    Social Security Numbers. If the Social Security Number of an

13                 individual must be included in a document, only the last four digits

14                 of that number shall be used.

15             (b)    Financial Account Numbers. If financial account numbers are

16                 relevant, only the last four digits shall be recited in the document.

17             (c)    Driver's License Numbers.

18  **E.    Filing Protected Materials with the Court**

19       10.    Before filing material designated Confidential in Court or discussing or

20  referencing such material in Court filings, the party seeking to file protected materials with the

21  Court ("Filing Party") party shall confer with the Designating Party to determine whether the

22  Designating Party will remove the Confidential designation, whether the document can be

23  redacted, or whether a motion to seal or stipulation and proposed order is necessary. If the Filing

24  Party and the Designating Party cannot reach agreement about the filing of or reference to

25  material designated confidential, the Filing Party shall move to seal such materials, by separate

26  motion or stipulated motion, noted for hearing and filed (and provided to the Court) pursuant to

27  LCR 7 and LGR 15(E).  The Filing Party shall provide to the hearing judge the original

PROTECTIVE ORDER - 5
Case No. 17-2-23242-4 SEA

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1   unredacted copy of the document(s) that party seeks to file, for in camera review, in the manner

2   specified in LGR 15(c)(2)(E)(i)(a).

3          11.    The burden is on the Designating Party (the true movant) to provide the needed

4   information, and, if appropriate, a proposed redacted copy of the subject document(s) to the

5   Court, so that the Court can determine whether all, a portion, or none of the document may be

6   filed under seal, as well as a proposed order granting the motion to seal with specific proposed

7   findings setting forth the basis for sealing the Confidential information or material, pursuant to

8   LGR 15(c)(2)(E)(i)(b-c). This shall be done within five (5) court days of the filing of the motion

9   and submission to the hearing judge of the original unredacted copy of the document(s) by the

10  Filing Party.  Unless the Filing Party is also the Designating Party, the Filing Party is not the true

11  movant, and need not submit to the hearing judge a proposed unredacted copy of the subject

12  document(s) nor a proposed order granting the motion to seal.

13         12.    In the event this case goes to trial, upon receipt of the witness and exhibit list, the

14  parties will meet and confer in an effort to reach agreement on the appropriate handling of trial

15  exhibits that contain Confidential information.  If the Designating Party seeks to have

16  Confidential information sealed at trial, the Designating Party shall file a motion no later than 10

17  days before trial to have such documents treated as "under seal."

18  **F.     Confidentiality Challenge**

19         13.    If, at any time, a party disagrees with the Confidential designation of any

20  document or information, it shall so notify the Designating Party in writing and provide the

21  Designating Party ten (10) calendar days in which to consider the challenge. The parties agree

22  that, during that period, they will make a good faith effort to resolve any disputes concerning the

23  treatment of Confidential information or material.  If the matter has not been resolved, the

24  Designating Party must move for such protection under Rule 26(c), or the designation shall be

25  deemed abandoned.

26

27

PROTECTIVE ORDER - 6
CASE NO. 17-2-23242-4 SEA

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1   **G.      Inadvertent Failure to Designate Under Protective Order.**

2         14.      Any party who inadvertently fails to designate Confidential information shall

3   have 14 days from the discovery of its oversight to correct its failure.  Such failure shall be

4   corrected by providing written notice of the inadvertent failure to designate and shall include

5   substituted copies of the inadvertently unmarked documents.  Any party receiving notice of such

6   inadvertently unmarked documents shall immediately make prompt, reasonable efforts to

7   retrieve documents distributed to persons not entitled to receive documents with the corrected

8   designation and destroy documents constituting or containing such information or return them to

9   the producing party, at the receiving party's election.

10  **H.      No Waiver of Privilege**

11        15.      If a party inadvertently produces documents that are privileged, including but not

12  limited to documents protected by the attorney-client privilege, work product doctrine, or

13  mediation privilege (together, all inadvertently produced documents shall be a "Privileged

14  Document"), pursuant to ER 502(b) inadvertent production of a Privileged Document shall not

15  be deemed a waiver of any applicable privilege.  Upon discovery that a Privileged Document has

16  been produced, the producing party shall promptly notify counsel for the other party who shall

17  promptly return the Privileged Document and all copies of the Privileged Document. If a party

18  contends that a Privileged Document has been erroneously designated as such or that the

19  privilege has been waived for reason(s) other than inadvertent production, the party will

20  nevertheless return the Privileged Document and all copies of the Privileged Document to the

21  party asserting the privilege. The parties reserve the right to contest any determination that a

22  document is privileged or is otherwise protected from disclosure.

23  **I.      Termination**

24        16.      After the termination of this action, this Protective Order shall continue to be

25  binding upon the parties hereto and upon all persons to whom Confidential information or

26  materials have been disclosed or communicated. The confidentiality obligations imposed by this

27

PROTECTIVE ORDER - 7
CASE NO. 17-2-23242-4 SEA

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1   Protective Order shall remain in effect until a designating party agrees otherwise in writing or a

2   court orders otherwise.

3   **J.     Modification**

4         17.     This Order may be modified in the event that the parties agree in writing to a

5   modification of the provisions and such modification is approved by this Court, or upon either

6   party's application to the Court for modification.  No party shall be prejudiced by being bound

7   by this Order.

8   **K.     Remedies**

9         18.     The parties expressly acknowledge and agree that all remedies under CR 37 will

10  be available to the Court, in its discretion, to sanction any violation of this Order.

11        **L.     Retention of Jurisdiction**

12        19.     The parties and any other person subject to the terms of this Order agree that this

13  Court has and retains jurisdiction during this action to resolve matters relating to this Order.

14        DATED this 25 day of January, 2018.

15

16                                                       _____

17                                              HONORABLE VERONICA A. GALVAN
                                                KING COUNTY SUPERIOR COURT JUDGE

18

19

20

21

22

23

24

25

26

27

PROTECTIVE ORDER - 8
CASE NO. 17-2-23242-4 SEA

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1   Presented by:

2   DAVIS WRIGHT TREMAINE LLP

3   By: */s/ Michael J. Killeen*
        Michael J. Killeen, WSBA # 7837
4       Email: mikekilleen@dwt.com
        1201 Third Avenue, Suite 2200
5       Seattle, WA 98101-3045
        Telephone: (206) 622-3150
6       Facsimile: (206) 757-7700

7
    SHERMAN & HOWARD LLC
8
    By: */s/ Jonathon Watson*
9       Jonathon Watson *(Pro Hac Vice Motion Pending)*
        Email: JWatson@shermanhoward.com
10      633 Seventeenth Street, Suite 3000
        Denver, Colorado 80202
11      Telephone: (303) 299-8286
        Facsimile: (303) 298-0940
12

13  *Attorneys for Defendant JBS Carriers, Inc.*

14
    TERRELL MARSHALL LAW GROUP PLLC
15
    By: */s/ Toby J. Marshall*
16      Toby J. Marshall, WSBA #32726
        Email: tmarshall@terrellmarshall.com
17      Maria Hoisington-Bingham, WSBA #51493
        Email: mhoisington@terrellmarshall.com
18      936 North 34th Street, Suite 300
19      Seattle, Washington 98103-8869
        Telephone: (206) 816-6603
20

21  REKHI & WOLK, P.S.

22  By: */s/ Hardeep S. Rekhi*
        Hardeep S. Rekhi, WSBA #34579
23      Email: hardeep@rekhiwolk.com
        Gregory A. Wolk, WSBA #28946
24      Email: greg@rekhiwolk.com
        529 Warren Avenue North, Suite 201
25      Seattle, Washington 98109
        Telephone: (206) 388-5887
26

27  *Attorneys for Plaintiff*

PROTECTIVE ORDER - 9
CASE NO. 17-2-23242-4 SEA

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1

**EXHIBIT A**

2

**AGREEMENT TO BE BOUND BY PROTECTIVE ORDER**

3
I, _____ , hereby acknowledge that I have

4
received a copy of the Protective Order entered in the matter of [Case Name] in King County

5
Superior Court, No. _____ .  I have read and agree to be bound by all of the provisions of the

6
Protective Order.  I agree (a) not to divulge any Confidential information or materials to any

7
other person; and (b) not to use any Confidential information or materials for any purpose other

8
than this litigation.  In addition, I consent to the jurisdiction and contempt power of King County

9
Superior Court with respect to the enforcement of the Protective Order.

10
DATED this _____ day of _____, 2018.

11

12
_____

13
Signature

14
_____

15
Print Name

16

17

18

19

20

21

22

23

24

25

26

27

PROTECTIVE ORDER - 10
CASE NO. 17-2-23242-4 SEA

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1

**CERTIFICATE OF SERVICE**

2        I hereby declare under penalty of perjury under the laws of the State of Washington and

3    the United States that, on the date indicated below, I electronically filed the foregoing document

4    with the Clerk of the Court using the ECF system and will provide a copy of such filing to the

5    following per our electronic agreement:

6    **Via Email**

7        TERRELL MARSHALL LAW GROUP LLC
    Toby J. Marshall, WSBA # 32726

8        Email: tmarshall@terrellmarshall.com
    Maria Hoisington-Bingham, WSBA # 51493

9        Email: mhoisington@terrellmarshall.com
    936 North 34th Street, Suite 300

10        Seattle, Washington 98103-8869
    Telephone: 206-816-6603

11        Facsimile: 206-319-5450

12        REKHI & WOLK, P.S.
    Hardeep S. Rekhi, WSBA #34579

13        Email: Hardeep@rekhiwolk.com
    Gregory A. Wolk, WSBA #28946

14        Email: greg@rekhiwolk.com
    529 Warren Avenue North, Suite 201

15        Seattle, WA 98109

16        Telephone: (206) 388-5887
    Facsimile: (206) 577-3924

17

18    DATED this 25th day of January 2018.

19                            /s/ Daniela Najera

20                            Daniela Najera, Legal Secretary

21

22

23

24

25

26

27

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Exh. B-16

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

The Honorable Veronica A. Galvan
Hearing Date: February 2, 2018
Without Oral Argument

**FILED**
KING COUNTY, WASHINGTON

FEB -8 2018

SUPERIOR COURT CLERK
**BY Tara Shoemaker**
DEPUTY

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY

KURT SKAU, on behalf of himself and on
behalf of others similarly situated,

            Plaintiff,

    v.

JBS CARRIERS, INC., a Delaware
corporation,

            Defendant.

No. 17-2-23242-4 SEA

**ORDER GRANTING MOTION FOR
LIMITED ADMISSION PURSUANT TO
APR 8(b)**
*(PRO HAC VICE)*

It is hereby ORDERED that Jonathon Watson and James S. Korte, Applicants for

Limited Admission pursuant to APR 8(b) are admitted, *pro hac vice*, to practice as lawyers

in this proceeding.   The Moving Party, Michael J. Killeen of Davis Wright Tremaine,

LLP, will be the lawyer of record in this case, will be responsible for the conduct of

Jonathon Watson and James S. Korte and he will be present at proceedings in this matter

unless excused by the Court.

///

///

///

[PROPOSED] ORDER GRANTING
APR 8(b) MOTION
Page 1 of 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4847-2077-7049v.1 0036800-000002
4830-2975-7786v.1 0036800-000002

1      IT IS SO ORDERED.

2          Dated   2-8-18

3

4                                    The Honorable Veronica A. Galvan

5

6    Presented by:

7    Davis Wright Tremaine LLP
     Attorneys for JBS CARRIERS, INC.

8

     By: /s/ Michael J. Killeen
9        Michael J. Killeen, WSBA # 7837
         1201 Third Avenue, Suite 2200
10       Seattle, WA  98101-3045
         Telephone: 206-622-3150
11       Fax: 206-757-7700
         E-mail: MikeKilleen@dwt.com
12

13

14

15

16

17

18

19

20

21

22

23

24   [PROPOSED] ORDER GRANTING              Davis Wright Tremaine LLP
     APR 8(b) MOTION                              LAW OFFICES
     Page 2 of 2                           1201 Third Avenue, Suite 2200
                                             Seattle, WA  98101-3045
                                        206.622.3150 main · 206.757.7700 fax

Exh. B-17

THE HONORABLE VERONICA A. GALVAN
Department 21

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

KURT SKAU, on behalf of himself and on behalf
of others similarly situated,

                    Plaintiff,

          v.

JBS CARRIERS, INC., a Delaware corporation,

                    Defendant.

NO.  17-2-23242-4 SEA

**CONFIRMATION OF JOINDER OF PARTIES,
CLAIMS, AND DEFENSES**

**(CF) (Clerk's Action Required)**

I.    [X]    The Plaintiff/petitioner makes the following representations:

        1.    This case is not subject to mandatory arbitration.

               [If it is, this report should not be filed; instead, no later than the deadline for filing
               this report, a statement of arbitrability should be filed, pursuant to LMAR 2.1(a).]

        2.    All parties have been served or have waived service.

        3.    All mandatory pleadings have been filed.

II.   [ ]    Plaintiff(s)/petitioner(s) do not make the foregoing representations
               because if appropriate, check both the box at left and every applicable box
               below. The Court may set a hearing.

        [ ]   This case is subject to mandatory arbitration, but not ready yet for the Statement
               of Arbitrability to be filed.

        [ ]   A party remains to be served.

        [ ]   A mandatory pleading remains to be filed.

        [ ]   Other explanation:

CONFIRMATION OF JOINDER OF PARTIES, CLAIMS, AND
DEFENSES - 1
CASE NO. 17-2-23242-4 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

2    RESPECTFULLY SUBMITTED AND DATED this 13th day of February, 2018.

3                          TERRELL MARSHALL LAW GROUP PLLC

4

5                          By:  /s/ Toby J. Marshall, WSBA #32726
                                Toby J. Marshall, WSBA #32726
6                               Email:  tmarshall@terrellmarshall.com
                                Maria Hoisington-Bingham, WSBA #51493
7                               Email:  mhoisington@terrellmarshall.com
8                               936 North 34th Street, Suite 300
                                Seattle, Washington 98103-8869
9                               Telephone: (206) 816-6603
10                              Facsimile: (206) 319-5450

11                              REKHI & WOLK, P.S.
                                Hardeep S. Rekhi, WSBA #34579
12                              Email: hardeep@rekhiwolk.com
                                Gregory A. Wolk, WSBA #28946
13                              Email: greg@rekhiwolk.com
14                              529 Warren Avenue North, Suite 201
                                Seattle, Washington 98109
15                              Telephone: (206) 388-5887
16                              Facsimile: (206) 577-3924

17                              *Attorneys for Plaintiff*

18

19

20

21

22

23

24

25

26

27

CONFIRMATION OF JOINDER OF PARTIES, CLAIMS, AND
DEFENSES - 2
CASE NO. 17-2-23242-4 SEA

1

CERTIFICATE OF SERVICE

2

3
I hereby certify under penalty of perjury under the laws of the State of Washington

that on this date I caused to be served the foregoing Confirmation of Joinder on the following

4
parties, in the manner indicated:

5

6
Michael J. Killeen, WSBA #7837
Email: mikekilleen@dwt.com

☐ U.S. Mail, postage prepaid
☐ Hand Delivered via Messenger Service
☐ Overnight Courier

7
N. Joe Wonderly, WSBA #51925
Email: joewonderly@dwt.com

☐ Facsimile
☒ Electronic Mail

8
Email: cindylein@dwt.com
Email: lindseystrickland@dwt.com

☒ Via the King County Electronic Filing
Notification System

9
DAVIS WRIGHT TREMAINE LLP

10
1201 Third Ave, Suite 2200
Seattle, Washington 98101

11
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

12

13
Jonathon Watson
Email: jwatson@shermanhoward.com

14
Email: jkorte@shermanhoward.com
Email: kedinger@shermanhoward.com

15
Email: lhowell@shermandhoward.com

16
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000

17
Denver, CO 80202

18
Telephone: (303) 299-8286
Facsimile: (303) 298-0940

19

20
*Attorneys for Defendant*

21
DATED this 13th day of February, 2018, at Seattle, Washington.

22

23
Leslie Boston, Legal Assistant

24

25

26

27

CONFIRMATION OF JOINDER OF PARTIES, CLAIMS, AND
DEFENSES - 3
CASE No. 17-2-23242-4 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Exh. B-18

1

2     F I L E D
      KING COUNTY, WASHINGTON

3          APR 2 3 2018

4
      DEPARTMENT OF
5     JUDICIAL ADMINISTRATION

6

                    THE HONORABLE VERONICA A. GALVAN
                                   Department 21

6          SUPERIOR COURT FOR THE STATE OF WASHINGTON
7                    IN AND FOR KING COUNTY

8    KURT SKAU, on behalf of himself and on behalf
     of others similarly situated,
9
                                              NO.  17-2-23242-4 SEA
                      Plaintiff,
10                                            STIPULATION AND [~~PROPOSED~~] ORDER
                                              AMENDING CASE SCHEDULE
11        v.
                                              (Clerk's Action Required)
12   JBS CARRIERS, INC., a Delaware corporation,

13                    Defendant.

14

15

16        Plaintiff Kurt Skau and Defendant JBS Carriers, Inc., by and through their respective

17   counsel, stipulate and jointly move the Court to enter an amended case schedule as set forth

18   below:

19        WHEREAS Plaintiff filed this Class Action lawsuit on September 5, 2017;

20        WHEREAS Defendant removed this lawsuit from this Court on October 5, 2017;

21        WHEREAS the federal district court remanded this lawsuit to this Court on December 14,

22   2017;

23        WHEREAS the Court reinstated the original case schedule with a trial date of September

24   4, 2018;

25        WHEREAS the parties are working together to produce and review discovery;

26        WHEREAS the parties jointly moved the Court to enter a briefing schedule on Plaintiff's

27   Motion for Class Certification and stay all other case scheduling deadlines on March 30, 2018;

STIPULATION AND [PROPOSED] ORDER AMENDING CASE
SCHEDULE - 1
CASE NO. 17-2-23242-4 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

WHEREAS on April 2, 2018 the Court declined to enter the parties' joint briefing schedule and stated it would entertain a motion to continue the trial date to a mutually agreeable date; and

WHEREAS the parties agree to the amended case schedule below.

## I.  STIPULATION

The parties agree that good cause exists to enter the following amended case schedule:

| CASE EVENTS | NEW DATE |
|---|---|
| DEADLINE for Disclosure of Possible Primary Witnesses [See KCLCR 26(k)] | June 15, 2018 |
| DEADLINE for Plaintiff's Motion for Class Certification | September 21, 2018 |
| DEADLINE for Defendant's Response to Plaintiff's Motion for Class Certification | October 31, 2018 |
| DEADLINE for Plaintiff's Reply in Support of Motion for Class Certification | November 19, 2018 |
| DEADLINE for Disclosure of Possible Additional Witnesses [KCLCR 26(k)] | January 28, 2019 |
| DEADLINE for Jury Demand [See KCLCR 38(b)(2)] | February 4, 2019 |
| DEADLINE for Change in Trial Date [See KCLCR 40(e)(2)] | February 4, 2019 |
| DEADLINE for Discovery Cutoff [See KCLCR 37(g)] | May 3, 2019 |
| DEADLINE for Engaging in Alternative Dispute Resolution [See KCLCR 16(b)] | July 15, 2019 |
| DEADLINE to Exchange Witness & Exhibit Lists & Documentary Exhibits [See KCLCR 4(j)] | August 26, 2019 |
| DEADLINE to file Joint Confirmation of Trial Readiness [See KCLCR 16(a)(1)] | August 26, 2019 |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| CASE EVENTS | NEW DATE |
|---|---|
| DEADLINE for Hearing Dispositive Pretrial Motions [See KCLCR 56; CR 56] | June 28, 2019 |
| Joint Statement of Evidence [See KCLCR 4(k)] | September 9, 2019 |
| DEADLINE for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusions of Law with the Clerk) | September 9, 2019 |
| Trial Date [See KCLCR 40] | September 16, 2019 |

STIPULATED TO, DATED AND RESPECTFULLY SUBMITTED this 16th day of April, 2018.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Toby J. Marshall, WSBA #32726
     Toby J. Marshall, WSBA #32726
     Email: tmarshall@terrellmarshall.com
     Maria Hoisington-Bingham, WSBA #51493
     Email: mhoisington@terrellmarshall.com
     936 North 34th Street, Suite 300
     Seattle, Washington 98103-8869
     Telephone: (206) 816-6603

REKHI & WOLK, P.S.
Hardeep S. Rekhi, WSBA #34579
Email: hardeep@rekhiwolk.com
Gregory A. Wolk, WSBA #28946
Email: greg@rekhiwolk.com
529 Warren Avenue North, Suite 201
Seattle, Washington 98109
Telephone: (206) 388-5887

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By:  /s/ Michael J. Killeen, WSBA #7837
     Michael J. Killeen, WSBA #7837
     Email: mikekilleen@dwt.com
     N. Joe Wonderly, WSBA #51925
     Email: joewonderly@dwt.com
     Email: cindylein@dwt.com
     Email: donnaspaulding@dwt.com
     DAVIS WRIGHT TREMAINE LLP
     1201 Third Avenue, Suite 2200
     Seattle, Washington 98101
     Telephone: (206) 622-3150

Jonathon Watson, *Admitted Pro Hac Vice*
Email: jwatson@shermanhoward.com
James S. Korte, *Admitted Pro Hac Vice*
Email: jkorte@shermanhoward.com
Email: kedinger@shermanhoward.com
Email: lhowell@shermanhoward.com
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 299-8286

*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER AMENDING CASE
SCHEDULE - 3
CASE No. 17-2-23242-4 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

## II. [PROPOSED] ORDER

2      IT IS HEREBY ORDERED THAT the case management schedule is hereby set. The trial

3    date is reset, and the case schedule shall be as follows:

4

5

| CASE EVENTS | NEW DATE |
|---|---|
| DEADLINE for Disclosure of Possible Primary Witnesses [See KCLCR 26(k)] | June 15, 2018 |
| DEADLINE for Plaintiff's Motion for Class Certification | September 21, 2018 |
| DEADLINE for Defendant's Response to Plaintiff's Motion for Class Certification | October 31, 2018 |
| DEADLINE for Plaintiff's Reply in Support of Motion for Class Certification | November 19, 2018 |
| DEADLINE for Disclosure of Possible Additional Witnesses [KCLCR 26(k)] | January 28, 2019 |
| DEADLINE for Jury Demand [See KCLCR 38(b)(2)] | February 4, 2019 |
| DEADLINE for Change in Trial Date [See KCLCR 40(e)(2)] | February 4, 2019 |
| DEADLINE for Discovery Cutoff [See KCLCR 37(g)] | May 3, 2019 |
| DEADLINE for Engaging in Alternative Dispute Resolution [See KCLCR 16(b)] | July 15, 2019 |
| DEADLINE to Exchange Witness & Exhibit Lists & Documentary Exhibits [See KCLCR 4(j)] | August 26, 2019 |
| DEADLINE to file Joint Confirmation of Trial Readiness [See KCLCR 16(a)(1)] | August 26, 2019 |
| DEADLINE for Hearing Dispositive Pretrial Motions [See KCLCR 56; CR 56] | June 28, 2019 |
| Joint Statement of Evidence [See KCLCR 4(k)] | September 9, 2019 |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND [PROPOSED] ORDER AMENDING CASE
SCHEDULE - 4
CASE NO. 17-2-23242-4 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| CASE EVENTS | NEW DATE |
|---|---|
| DEADLINE for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusions of Law with the Clerk) | September 9, 2019 |
| Trial Date [See KCLCR 40] | September 16, 2019 |

IT IS SO ORDERED.

DATED this 23 day of ___April___, 2018.

_____
JUDGE/COURT COMMISSIONER

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Toby J. Marshall, WSBA #32726
     Toby J. Marshall, WSBA #32726
     Email: tmarshall@terrellmarshall.com
     Maria Hoisington-Bingham, WSBA #51493
     Email: mhoisington@terrellmarshall.com
     936 North 34th Street, Suite 300
     Seattle, Washington 98103-8869
     Telephone: (206) 816-6603
     Facsimile: (206) 319-5450

REKHI & WOLK, P.S.
     Hardeep S. Rekhi, WSBA #34579
     Email: hardeep@rekhiwolk.com
     Gregory A. Wolk, WSBA #28946
     Email: greg@rekhiwolk.com
     529 Warren Avenue North, Suite 201
     Seattle, Washington 98109
     Telephone: (206) 388-5887
     Facsimile: (206) 577-3924

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER AMENDING CASE
SCHEDULE - 5
CASE No. 17-2-23242-4 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

DAVIS WRIGHT TREMAINE LLP

2

By:   /s/ Michael J. Killeen, WSBA #7837

3
    Michael J. Killeen, WSBA #7837
    Email: mikekilleen@dwt.com

4
    N. Joe Wonderly, WSBA #51925

5
    Email: joewonderly@dwt.com
    Email: cindylein@dwt.com

6
    Email: donnaspaulding@dwt.com

7
    DAVIS WRIGHT TREMAINE LLP
    1201 Third Avenue, Suite 2200

8
    Seattle, Washington 98101

9
    Telephone: (206) 622-3150
    Facsimile: (206) 757-7700

10

11
    Jonathon Watson, *Admitted Pro Hac Vice*
    Email: jwatson@shermanhoward.com

12
    James S. Korte, *Admitted Pro Hac Vice*
    Email: jkorte@shermanhoward.com

13
    Email: kedinger@shermanhoward.com
    Email: lhowell@shermanhoward.com

14
    SHERMAN & HOWARD LLC

15
    633 Seventeenth Street, Suite 3000
    Denver, Colorado 80202

16
    Telephone: (303) 299-8286
    Facsimile: (303) 299-0940

17

18
*Attorneys for Defendant*

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER AMENDING CASE
SCHEDULE - 6
Case No. 17-2-23242-4 SEA

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# Exhibit C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT SKAU, on behalf of himself and on
behalf of others similarly situated,

    Plaintiff,

    v.

JBS CARRIERS, INC., a Delaware corporation,

    Defendant.

No.

DECLARATION OF DARRIN
TAYLOR IN SUPPORT OF
DEFENDANT JBS CARRIERS,
INC'S NOTICE OF REMOVAL

I, Darrin Taylor, declare:

1.    I am the Director of Sales & Regional Operations for Defendant, JBS Carriers, Inc. ("JBS Carriers"). As Director of Sales & Regional Operations and in preparation for this declaration, I reviewed Mr. Skau's settlement sheets, paycheck stubs, and his available Hours of Service Logs ("HOS Logs"). I have personal knowledge of the facts stated herein and if called to testify thereto could do so competently.

2.    This declaration sets forth information I have compiled from other corporate departments located here in Greeley, Colorado. This information is maintained in the ordinary course of business, was prepared at or near the time of events or matters described therein, and records such data accurately. I have access, either directly or indirectly, to these business and corporate records in the ordinary course of business, and I periodically refer to them.

3.    JBS Carriers employs over the road truck drivers who transport product from production facilities to customers throughout the United States. Much of the product transported is animal proteins and agricultural products produced by a related entity, JBS USA Food Company ("JBS"). JBS Carriers is headquartered in Greeley, Colorado and does not have any offices or terminals in Washington. The majority of JBS Carriers' administrative functions

DECLARATION OF DARRIN TAYLOR IN SUPPORT
OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
REMOVAL
46827062.1

(including that of legal, payroll, human resources, operation, and planning) are conducted in Greeley, Colorado. Greeley, Colorado is where the actual center of direction, control, and coordination for JBS Carriers takes place. JBS Carriers' principal place of business is in Colorado.

4.     Plaintiff Kurt Skau was a resident of Washington during his employment with JBS Carriers, and I do not have any reason to believe Plaintiff is no longer a resident of Washington. Plaintiff was employed by JBS Carriers from November 9, 2015 until May 5, 2017.

5.     Drivers at JBS Carriers are paid on a per-trip basis, determined by factors including the length of the haul, and the driver's base per-mile rate, which varies depending on the level of experience and the length of the trip.

6.     Pursuant to Department of Transportation ("DOT") regulations, JBS Carriers maintains a detailed HOS Log for rolling six month periods. The HOS Log is an electronic record of drivers' daily activities, as recorded into four primary categories; (1) off duty, (2) sleeper birth; (3) driving; and (4) on duty, not driving. The HOS Log is a requirement of DOT regulations.

7.     Mr. Skau filed his Complaint on September 5, 2017, and given a reasonable amount of time after service occurred, JBS Carriers stopped the six month period from continuing to roll. Therefore, the most accurate records of Mr. Skau's hours of service date from March 26, 2017 to May 1, 2017 (Mr. Skau's last day of driving).

8.     By analyzing JBS Carriers' records, I calculate Mr. Skau earned an average hourly rate of approximately $25.81 per hour. I calculated this number based on the five weeks of Mr. Skau's available HOS Log (from March 26, 2017 until May, 1 2017), excluding one week in which Mr. Skau did not work. Based on this data, I divided the total gross pay for the same time period ($5,047.37) by the total number of hours that Mr. Skau worked (195.53

DECLARATION OF DARRIN TAYLOR IN SUPPORT
OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
REMOVAL
46827062.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1    hours). Dividing $5,047.37 by 195.53 hours equals approximately $25.81, which is a

2    reasonable estimate of Mr. Skau's hourly pay.

3          9.     By analyzing Plaintiff's HOS Log, I calculate that Mr. Skau spent

4    approximately three hours per week working, but not driving. This number was calculated by

5    reviewing the HOS Log data from the five week period, and excluding the week Mr. Skau did

6    not work. As noted above, the HOS Log indicates how much time Plaintiff spent driving and

7    also working, but not driving. Using the HOS Log, I first totaled all of the time Mr. Skau spent

8    working, but not driving, which amounted to 13.02 hours, or 781.2 minutes. I then divided that

9    number by the days Mr. Skau worked in the period (30), which equals approximately 26.04

10   minutes per day of on duty, not driving time. Next, I multiplied the average minutes per day of

11   on duty, not driving time (26.04) by seven days to get the weekly average (182.28 minutes).

12   Based on the above calculations, I determined that Mr. Skau spent an average of three hours per

13   week working, but not driving (182.28 minutes divided by 60 minutes per hour).

14         10.    Also by analyzing Mr. Skau's HOS Log, I calculate that Mr. Skau worked an

15   average of 49 hours per week. (This number combines the time Mr. Skau spent driving and the

16   time spent working, but not driving.) I calculated this number by analyzing the available HOS

17   Log data from the five week period, excluding the week Mr. Skau did not work. Using this data

18   I totaled all of the time Mr. Skau spent working (195.53 hours) and divided it by the number of

19   weeks Mr. Skau worked (4 weeks). Based on the above calculations, I determined that Mr.

20   Skau spent an average of 49 hours per week working.

21         11.    Based on Mr. Skau's available HOS Logs, I estimate that he drove 10,410 miles

22   during the five week period of March 26, 2017 to May 1, 2017. As noted above, Mr. Skau

23   worked approximately 195.53 hours during this period, which includes both on duty driving

24   and on duty, not driving time. Thus, I estimate that Mr. Skau traveled approximately 53 miles

25   per hour during the period in which his HOS Logs are available.

26

27   DECLARATION OF DARRIN TAYLOR IN SUPPORT
     OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
     REMOVAL
     46827062.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1    I declare under penalty of perjury under the laws of the United States that the foregoing

2  is true and correct.

3    Executed    at  _____Greeley_____, _____Colorado_____, on

4  September 29, 2017.

5

6                                                    _____
                                                     Darrin Taylor

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  DECLARATION OF DARRIN TAYLOR IN SUPPORT
    OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
    REMOVAL
    46795094.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# Exhibit D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT SKAU, on behalf of himself and on
behalf of others similarly situated,

        Plaintiff,

    v.

JBS CARRIERS, INC., a Delaware corporation,

        Defendant.

No.

DECLARATION OF MICHAEL
McQUADE IN SUPPORT OF
DEFENDANT JBS CARRIERS,
INC'S NOTICE OF REMOVAL

I, Michael McQuade, declare:

1. I am the Human Resources Director for Defendant, JBS Carriers, Inc. ("JBS Carriers"). In my role as Human Resources Director, I oversee all human resources operations for JBS Carriers. As Human Resources Director and in preparation for this declaration, I reviewed Mr. Skau's personnel file and other documents relating to Mr. Skau. As such, I have personal knowledge of the facts stated herein and if called to testify thereto could do so competently.

2. This declaration sets forth information I have compiled from other corporate departments located here in Greely, Colorado. This information is maintained in the ordinary course of business, was prepared at or near the time of events or matters described therein, and records such data accurately. I have access, either directly or indirectly, to these business and corporate records in the ordinary course of business, and I periodically refer to them.

3. JBS Carriers is a subsidiary of Swift Brands Company, which falls under the JBS USA Food Company ("JBS") umbrella. JBS is a food processing company with plants around the country. JBS Carriers employs over the road truck drivers who, in large part,

DECLARATION OF MICHAEL MCQUADE IN SUPPORT
OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
REMOVAL
46816360.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

transport JBS' animal protein and agricultural products from production facilities to customers throughout the United States. JBS Carriers operates nationwide.

4.      JBS and JBS Carriers are both headquartered in Greeley, Colorado. Almost all of JBS Carriers' human resources, payroll, accounting, hiring, recruiting, and training personnel are located and operated out of Greeley, Colorado. The only exception is that JBS Carriers employs one recruiter in Green Bay, Wisconsin and Hyrum, Utah, and one billing specialist in Texas. As JBS Carriers' HR Director, my office is located in Greeley, Colorado. JBS Carriers' principal place of business is in Colorado.

5.      Plaintiff Kurt Skau was a resident of Washington during his employment with JBS Carriers, and I do not have any reason to believe plaintiff is no longer a resident of Washington. Plaintiff was employed by JBS Carriers from November 9, 2015 until May 5, 2017.

6.      Every new driver, including Mr. Skau attends an orientation program that occurs in Greeley, Colorado. The orientation program offered to new drivers of JBS Carriers is approximately four days long, with drivers arriving on Monday and being relieved of work at varying times throughout the day on Thursday. The length of orientation is between 24-32 hours, depending on the driver.

7.      In addition to the orientation program, some drivers also participate in a driving training program, known as the "Trainee/Mentor Program." The Trainee/Mentor Program pairs new drivers with a mentor for approximately 15,000 miles. The number of miles required varies depending on the new driver's experience and development. Generally, it takes new drivers 5 weeks to complete the training, but, again, it can take more or less time depending on the experience and development of each individual. Once the new driver completes the Trainee/Mentor Program, he is offered routes to drive on his own.

DECLARATION OF MICHAEL MCQUADE IN SUPPORT
OF DEFENDANT JBS CARRIERS, INC.'S NOTICE OF
REMOVAL
46816360.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at _Greeley_, _Colorado_, on September _29_, 2017.

Michael McQuade

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax