HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT SKAU,

    Plaintiff,

v.

JBS CARRIERS, INC.,

    Defendant.

Case No. C18-00681-RAJ

ORDER

This matter comes before the Court on Plaintiff's Motion to Reassign Case. Dkt. # 8. Plaintiff filed this case in King County Superior Court on September 5, 2017. Defendant filed a Notice of Removal on October 5, 2017. *See Skau v. JBS Carriers, Inc.*, No. 2:17-cv-01499-JCC. On November 30, 2017, Plaintiff' Motion to Remand was granted. *Id*. Defendant removed this case for a second time on May 10, 2018. Dkt. # 1. Plaintiff then filed this Motion requesting that this case be reassigned to the previous Judge assigned to this matter, arguing that the interests of judicial economy weigh in favor of reassignment. Dkt. # 8. Plaintiff cites to no legal authority in support of his contention that reassignment is appropriate in this case. This matter has not yet developed a significant record and litigation has not advanced such that considerations of judicial economy would be appropriately considered at this time. Having considered the

ORDER – 1

Motion, the submissions of the parties, and the applicable law, the Court **DENIES** Plaintiff's Motion. Dkt. # 8.

DATED this 12th day of June, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2