The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JBS CARRIERS, INC., a Delaware corporation,<br><br>Defendant. | No. 2:18-cv-00681-RAJ<br><br>DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY TO RESPONSE TO MOTION FOR REMAND<br><br>[Noting Date:  July 6, 2018] |

COMES NOW Defendant JBS Carriers, Inc. ("JBS Carriers"), through its attorneys Sherman & Howard L.L.C., and hereby provides Notice of Supplemental Authority in support of its July 2, 2018 Opposition to Plaintiff's Motion to Remand pursuant to Local Rule of Civil Procedure 7(n).

**Counsel's Meet and Confer Certificate**

On August 8, 2018, pursuant to the Court's Standing Order, undersigned counsel conferred with Plaintiff's counsel regarding its Notice and whether Plaintiff would agree to withdraw his Motion to Remand in light of the Ninth Circuit's decision identified below. Plaintiff has "no position" on this Notice, but does not intend to withdraw its Motion to Remand.

**Supplementation with Recent Ninth Circuit Decision**

On August 8, 2018, the Ninth Circuit issued a decision in *Fritsch v. Swift Transp. Co. of*

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY TO RESPONSE TO MOTION FOR REMAND (No. 2:17-cv-1327) - 1

4833-5146-0975v.2 0036800-000002
48809395.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

*Ariz., LLC*, D.C. No. 5:17-cv-02226-JGB-SP (9th Cir., Aug. 8, 2018) addressing the issue of whether to include future and yet unaccrued attorneys' fees in the amount in controversy calculation. A copy of that decision is attached hereto as **Exhibit A**. Defendant respectfully requests that the Court consider this case as supplemental authority.

DATED this 9th day of August, 2018.

    Davis Wright Tremaine LLP

    By: */s Michael J. Killeen*
        Michael J. Killeen, WSBA # 7837
        N. Joseph Wonderly, WSBA #51925
        1201 Third Avenue, Suite 2200
        Seattle, WA  98101-3045
        Telephone: 206-622-3150
        Fax: 206-757-7700
        E-mail:   MikeKilleen@dwt.com
        E-mail:   JoeWonderly@dwt.com

    Attorney for Defendant JBS Carriers, Inc.

    Sherman & Howard LLC

    By: */s Jonathon Watson*
        Jonathon Watson (*admitted Pro Hac Vice*)
        633 Seventeenth Street, Suite 3000
        Denver, Colorado 80202
        Telephone: 303-299-8286
        Fax: 303-298-0940
        E-mail:   JWatson@shermanhoward.com

    Co-counsel for Defendant JBS Carriers, Inc.

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
TO RESPONSE TO MOTION FOR REMAND (No. 2:17-cv-1327) - 2
4833-5146-0975v.2 0036800-000002
48809395.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 9th day of August, 2018, a true and correct copy of the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** was electronically filed with the Clerk of the Court using the CM/ECF system which electronically served a copy of such filing to each of the following:

| TERRELL MARSHALL LAW GROUP LLC<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>Maria Hoisington-Bingham, WSBA #51493<br>Email: mhoisington@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: 206) 319-5450 | REKHI & WOLK, P.C.<br>Hardeep S. Rekhi, WSBA #34579<br>Email: Hardeep @rekhiwolk.com<br>Gregory A. Wolk, WSSBA #28946<br>Email: greg@rekhiwolk.com<br>529 Warren Ave North, Suite 201<br>Seattle, WA 98109<br>Telephone: (206) 388-5887<br>Facsimile: (206) 577-3924 |
|---|---|

And a Courtesy Copy has been transmitted to the following via regular first class U.S. mail, postage prepaid:

The Honorable Richard A. Jones
United States courthouse for the
  District of Washington, Western Division
700 Stewart Street, Suite 13128
Seattle, WA 98101-9906

By: _/s Lynn Howell_
      Lynn Howell, Legal Secretary

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
TO RESPONSE TO MOTION FOR REMAND (No. 2:17-cv-1327) - 3
4833-5146-0975v.2 0036800-000002
48809395.1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax